ETHAN P. DAVIS
Acting Assistant Attorney General
DIANE KELLEHER
Assistant Branch Director
SERENA M. ORLOFF (Cal. Bar No. 260888)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 305-0167
Fax: (202) 616-8470
serena.m.orloff@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE, *et al.*, | Case No. 3:20-cv-05910-LB |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE** |
| DONALD J. TRUMP, President of the United States, and WILBUR ROSS, Secretary of Commerce, | |
| Defendants. | |

Please take notice that the undersigned attorney, Serena M. Orloff, of the United States Department of Justice, Civil Division, Federal Programs Branch, enters her appearance in the above-captioned case on behalf of Defendants.

Date: August 26, 2020                              Respectfully submitted,

                                                   ETHAN P. DAVIS
                                                   Acting Assistant Attorney General

                                                   DIANE KELLEHER
                                                   Assistant Branch Director

                                                    /s/ *Serena Orloff*
                                                   SERENA M. ORLOFF

Notice of Appearance, *U.S. WeChat Users Alliance, et al. v. Trump, et al.*, Case No. 3:20-cv-05910-LB         Page 1

Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12512
Washington, DC 20530
Telephone: (202) 305-0167
Facsimile: (202) 616-8470
Email: serena.m.orloff@usdoj.gov

*Counsel for Defendants*