ETHAN P. DAVIS
Acting Assistant Attorney General
DIANE KELLEHER
Assistant Branch Director
STUART J. ROBINSON (Cal. Bar No. 267183)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
Tel: (415) 436-6635
Fax: (415) 436-6632
stuart.j.robinson@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE, *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>DONALD J. TRUMP, President of the United States, and WILBUR ROSS, Secretary of Commerce, <br><br>Defendants. | Case No. 3:20-cv-05910-LB <br><br> **NOTICE OF APPEARANCE** |

Please take notice that the undersigned attorney, Stuart J. Robinson, of the United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance in the above-captioned case on behalf of Defendants.

Date:  August 26, 2020

Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director

/s/*Stuart J. Robinson*
STUART J. ROBINSON

Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
Telephone: (415) 436-6635
Facsimile: (415) 436-6632
Email: stuart.j.robinson@usdoj.gov

*Counsel for Defendants*