ETHAN P. DAVIS
Acting Assistant Attorney General
DIANE KELLEHER
Assistant Branch Director
MICHAEL DREZNER (V.A. Bar No. 83836)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 514-4505
Fax: (202) 616-8470
Michael.L.Drezner@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States, and WILBUR ROSS, Secretary of Commerce, <br><br> Defendants. | Case No. 3:20-cv-05910-LB <br><br> **NOTICE OF APPEARANCE** |

Please take notice that the undersigned attorney, Michael Drezner, of the United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance in the above-captioned case on behalf of Defendants.

Date:  August 26, 2020                    Respectfully submitted,

                                                      ETHAN P. DAVIS
                                                    Acting Assistant Attorney General

                                                      DIANE KELLEHER
                                                      Assistant Branch Director

                                                       /s/ *Michael Drezner*
                                                     MICHAEL DREZNER

1
2
3
4

Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12210
Washington, DC 20530
Telephone: (202) 514-4505
Facsimile: (202) 616-8470
Email: Michael.L.Drezner@usdoj.gov

5

*Counsel for Defendants*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28