Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

U.S. WeChat Users Alliance et al.

                Plaintiff(s),

    v.

Donald J. Trump et al.

                Defendant(s).

)
)
)
)
)
)
)
)
)
)

Case No: 3:20-cv-05910

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Angus F. Ni , an active member in good standing of the bar of the State of New York , hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: plaintiffs in the above-entitled action. My local co-counsel in this case is Van Swearingen , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 502 Second Avenue, Suite 1400<br>Seattle, Washington  98104 | 101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738 |
| MY TELEPHONE # OF RECORD:<br>(773) 543-3223 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 433-6830 |
| MY EMAIL ADDRESS OF RECORD:<br>angus@afnlegal.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>vswearingen@rbgg.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5208673 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: 08/26/20

                Angus F. Ni
                APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Angus F. Ni is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                UNITED STATES DISTRICT/MAGISTRATE JUDGE