1   MICHAEL W. BIEN – Cal. Bar No. 096891
    VAN SWEARINGEN – Cal. Bar No. 259809
2   ALEXANDER GOURSE – Cal. Bar No. 321631
    AMY XU – Cal. Bar No. 330707
3   ROSEN BIEN GALVAN & GRUNFELD LLP
    101 Mission Street, Sixth Floor
4   San Francisco, California  94105-1738
    Telephone:    (415) 433-6830
5   Facsimile:    (415) 433-7104
    Email:        mbien@rbgg.com
6                 vswearingen@rbgg.com
                  agourse@rbgg.com
7                 axu@rbgg.com

8   KELIANG (CLAY) ZHU – Cal. Bar No. 305509
    DEHENG LAW OFFICES PC
9   7901 Stoneridge Drive #208
    Pleasanton, California  94588
10  Telephone:    (925) 399-5856
    Facsimile:    (925) 397-1976
11  Email:        czhu@dehengsv.com

12  ANGUS F. NI – Wash. Bar No. 53828*
    AFN LAW PLLC
13  502 Second Avenue, Suite 1400
    Seattle, Washington  98104
14  Telephone:    (773) 543-3223
    Email:        angus@afnlegal.com
15  * *Pro Hac Vice* application forthcoming

16  Attorneys for Plaintiffs

17

18                  UNITED STATES DISTRICT COURT

19      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

20  U.S. WECHAT USERS ALLIANCE,          Case No. 3:20-cv-05910-LB
    CHIHUO INC., BRENT COULTER,
21  FANGYI DUAN, JINNENG BAO,            **STIPULATED REQUEST FOR**
    ELAINE PENG, and XIAO ZHANG,         **ORDER CHANGING TIME TO HEAR**
                                         **PLAINTIFFS' MOTION FOR**
22              Plaintiffs,              **PRELIMINARY INJUNCTION AND**
                                         **TO ALLOW MEMORANDUM OF**
23          v.                           **POINTS AND AUTHORITIES IN**
                                         **EXCESS OF 25 PAGES; [PROPOSED]**
24  DONALD J. TRUMP, in his official     **ORDER**
    capacity as President of the United States,
25  and WILBUR ROSS, in his official     Judge:   Hon. Laurel Beeler
    capacity as Secretary of Commerce,
26                                       Trial Date:      None Set
                Defendants.
27

28

[3603429.5]
                                                  Case No. 3:20-cv-05910-LB

1  TO THE COURT AND TO ALL PARTIES OF RECORD:

2        WHEREAS on August 6, 2020, President Donald Trump issued Executive Order

3  13943 titled "Addressing the Threat Posed by WeChat, and Taking Additional Steps to

4  Address the National Emergency with Respect to the Information and Communications

5  Technology and Services Supply Chain" ("Executive Order").  85 FR 48641 (Aug. 6,

6  2020);

7        WHEREAS Plaintiffs filed their Complaint for Declaratory and Injunctive Relief on

8  August 21, 2020 alleging, among other causes of action, violations of their rights under the

9  First and Fifth Amendments to the Constitution and seeking, among other relief, an

10  injunction preliminarily and permanently enjoining Defendants from enforcing the

11  Executive Order to prohibit the use of WeChat in the United States by individual users,

12  businesses and groups, and preliminarily and permanently staying the implementation date

13  of any of the penalty provisions of Executive Order until a reasonable time after the

14  Secretary of Commerce promulgates definitions of "transactions" under the Executive

15  Order;

16        WHEREAS Plaintiffs will file a Motion for Preliminary Injunction (the "Motion")

17  on Friday, August 28, 2020;

18        WHEREAS on August 26, 2020, the parties confirmed the Court's availability for a

19  hearing on Plaintiffs' Motion to be heard on an expedited basis, and the Court has set the

20  Preliminary Injunction Hearing for Thursday, September 17, 2020 at 9:30 a.m.;

21        WHEREAS counsel for Plaintiffs and Defendants (the "Parties") have met and

22  conferred and stipulate to an expedited briefing schedule for the Motion to allow the Court

23  an opportunity to rule on the Motion prior to September 20, 2020;

24        WHEREAS, in light of the number and complexity of the issues implicated by

25  Plaintiffs' claims, the broader historical context surrounding the issuance of the Executive

26  Order, as well as other relevant issues, the Parties respectfully ask to be afforded 40 pages

27  to present their arguments in support and in opposition to the Motion and 20 pages to

28  present argument in reply.

1    Pursuant to Northern District Local Rule 6-2, Plaintiffs U.S. WECHAT USERS

2 ALLIANCE, CHIHUO INC., BRENT COULTER, FANGYI DUAN, JINNENG BAO,

3 ELAINE PENG, and XIAO ZHANG and Defendants DONALD J. TRUMP, in his official

4 capacity as President of the United States, and WILBUR ROSS, in his official capacity as

5 Secretary of Commerce, by and through their Counsel of Record, (the "parties")

6    HEREBY STIPULATE AS FOLLOW:

7    1.    Plaintiffs' Motion for Preliminary Injunction shall be filed on August 28,

8 2020.

9    2.    Defendants' Opposition shall be filed by September 8, 2020.

10    3.    Plaintiffs' Reply shall be filed by September 11, 2020.

11    THE PARTIES FURTHER STIPULATE:

12    4.    Plaintiffs may file a memorandum of points and authorities in support of

13 their Motion for Preliminary Injunction in excess of 25 pages but not to exceed 40 pages;

14 likewise, Defendants may file a memorandum of points and authorities in Opposition in

15 excess of 25 pages, not to exceed 40 pages, and Plaintiffs' may file their Reply not to

16 exceed 20 pages.

17    IT IS SO STIPULATED.

18

19 DATED:  August 27, 2020        Respectfully submitted,

20                                ROSEN BIEN GALVAN & GRUNFELD LLP

21                                By:  */s/ Michael W. Bien*

22                                     Michael W. Bien

23                                Attorneys for Plaintiffs

24

25 / / /

26 / / /

27 / / /

28 / / /

[3603429.5]                          2                    Case No. 3:20-cv-05910-LB

STIPULATED REQUEST FOR ORDER CHANGING TIME TO HEAR PLS.' MOTION FOR PRELIM.
INJUNCTION AND TO ALLOW MEM. OF P. & A. IN EXCESS OF 25 PAGES; [PROPOSED] ORDER

DATED:  August 27, 2020

Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director


By:   /s/ Serena M. Orloff

Serena M. Orloff
Michael Drezner
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Phone: (202) 305-0167
Fax: (202) 616-8470
serena.m.orloff@usdoj.gov
michael.l.drezner@usdoj.gov

Stuart Robinson
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Avenue
San Francisco, CA 94102
Phone: (415) 436-6635
Fax: (415) 436-6632
stuart.j.robinson@usdoj.gov

Attorneys for Defendants


**FILER'S ATTESTATION**

As required by Local Rule 5-1, I, Michael W. Bien, attest that I obtained

concurrence in the filing of this document from Serena M. Orloff, and that I have

maintained records to support this concurrence.

DATED:  August 27, 2020

/s/ Michael W. Bien
Michael W. Bien

/ / /

/ / /

[3603429.5]

Case No. 3:20-cv-05910-LB

STIPULATED REQUEST FOR ORDER CHANGING TIME TO HEAR PLS.' MOTION FOR PRELIM.
INJUNCTION AND TO ALLOW MEM. OF P. & A. IN EXCESS OF 25 PAGES; [PROPOSED] ORDER

1

**[PROPOSED] ORDER**

2        Pursuant to the above Stipulation, and good cause appearing therefor,

3        IT IS HEREBY ORDERED that Plaintiffs' Motion for Preliminary Injunction

4  ("Motion") shall be heard on September 17, 2020 at 9:30 a.m.  Defendants' opposition

5  papers shall be filed and served no later than September 8, 2020.  Any reply shall be filed

6  and served no later than September 11, 2020.

7        IT IS FURTHER ORDERED Plaintiffs are granted leave to submit a brief in

8  support of the Motion exceeding 25 pages, and will be allowed to submit a brief up to 40

9  pages.  Defendants are granted leave to submit a brief in opposition exceeding 25 pages,

10  and will be allowed to submit a brief up to 40 pages.  Plaintiffs are granted leave to submit

11  a brief in reply exceeding 15 pages, and will be allowed to submit a brief up to 20 pages.

12        **IT IS SO ORDERED.**

13

14  DATED:  _____, 2020        _____

15                                      Honorable Laurel Beeler
                                        United States Magistrate Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

[3603429.5]                              4                    Case No. 3:20-cv-05910-LB