MICHAEL W. BIEN – Cal. Bar No. 096891
VAN SWEARINGEN – Cal. Bar No. 259809
ALEXANDER GOURSE – Cal. Bar No. 321631
AMY XU – Cal. Bar No. 330707
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
vswearingen@rbgg.com
agourse@rbgg.com
axu@rbgg.com

KELIANG (CLAY) ZHU – Cal. Bar No. 305509
DEHENG LAW OFFICES PC
7901 Stoneridge Drive #208
Pleasanton, California 94588
Telephone: (925) 399-5856
Facsimile: (925) 397-1976
Email: czhu@dehengsv.com

ANGUS F. NI – Wash. Bar No. 53828*
AFN LAW PLLC
502 Second Avenue, Suite 1400
Seattle, Washington 98104
Telephone: (773) 543-3223
Email: angus@afnlegal.com
* *Pro Hac Vice* application forthcoming

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE, CHIHUO INC., BRENT COULTER, FANGYI DUAN, JINNENG BAO, ELAINE PENG, and XIAO ZHANG,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, and WILBUR ROSS, in his official capacity as Secretary of Commerce,<br><br>　　　　Defendants. | Case No. 3:20-cv-05910-LB<br><br>**DECLARATION OF JINNENG BAO IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Hon. Laurel Beeler<br>Date: September 17, 2020<br>Time: 9:30 a.m.<br>Crtrm.: Remote<br><br>Trial Date:　　None Set |

I, Jinneng Bao, declare:

1. I am a plaintiff in the above-entitled action (the "Action"). I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2. I am a United States permanent resident residing in Nassau County, New York. I have been living in the United States for thirteen years.

3. I was assisted in preparing this declaration in English. I primarily write and speak in Chinese, and if called as a witness I would testify in Chinese.

4. I am self-employed and own several local businesses including construction and trading businesses.

5. I first started using in WeChat in around 2012, and right now I have more than 1,800 contacts in my WeChat, most of whom speak Chinese.

6. I have almost never used Facebook, Line, Telegram, WhatsApp, or other similar apps to communicate with my contacts.

7. I talk to my mother and sister about twice a week and talk to my friends back in China once a while, and the only means of communications is WeChat.

8. I constantly use WeChat for business purpose to talk to my employees, partners, vendors, and customers, a majority of whom speak Chinese. WeChat is the primary communications app for almost all of my Chinese-speaking customers because it offers instant and convenient messaging and call functions.

9. I also use WeChat's Moments to post pictures, videos, or text regarding my daily life and recreational activities with my family in Long Island, New York. I sometimes also post pictures or text about my business trips and projects in Upstate, New York.

10. I am an active member of the New Life Chinese Alliance Church in New York, and most of my fellow church members are Chinese Americans like me, whom are not proficient in English. Our church members have WeChat groups to discuss church activities. New Life Chinese Alliance Church in New York itself has two WeChat groups:

one for members in Flushing, Queens, and one for members in Brooklyn. Each group has about 200 people. We discuss and study the Bible, and share our religious and life experiences on a daily basis using WeChat. We also post information about the Church's events. Due to the recent COVID-19 pandemic quarantine, we are unable to go to our church to physically patriciate in mass. Most of our church members use Zoom remotely for Sunday Mass and use WeChat for Bible Study.

11. I regularly attend Bible-study classes with other church members. Due to the pandemic, our Bible-study classes have also stopped meeting in person. Right now, I attend Bible-study classes only on WeChat, which are held on every Friday and Sunday night. My Bible-study group has about 20 members of the church.

12. I learned about the Executive Order on WeChat from contacts sharing the news with me, and from discussions in group chats and from media reports. I also read the Executive Order itself, read news articles, and discussed with others to try to understand its scope.

13. So far I have not fully understood, and no one can give me a definitive answer, on the meaning of the words "transaction that is related to WeChat."

14. I understand that the Executive Order will take effect forty-five days after its issuance, and that any violation of the Executive Order may subject a person to civil and criminal sanctions.

15. I am not certain whether WeChat can still be used in the United States after the Executive Order takes effect, or that if WeChat can be used, what uses will cause me to violate the Executive Order and what uses will not. For example, I don't know if I will be violating the Executive Order if I simply log onto WeChat, send a message to my church members, make a voice or video call to my family or business partners, or download an upgrade to WeChat. The possibility of being penalized or prosecuted for using WeChat leaves me in fear of violating the law simply by communicating with people.

16. If WeChat is banned, it will be extremely difficult for me and my fellow members to continue the Bible studies, and I fear that I will lose connections with my

1  church members as well as numerous other contacts on WeChat. I also don't know how I
2  will be able to run my business, because I depend on WeChat to communicate with my
3  employees and customers.
4      17.  I have spent time studying on alternative apps so that I do not run afoul of
5  the law. Some of my friends are using an App called Line. My research shows that it is
6  difficult for me to switch to other apps such as Facebook, Line, or Telegram because they
7  are not designed for Chinese-speaking users, and very few of my WeChat contacts use
8  Facebook, Line, Telegram, or similar apps. I really do not what I will do if WeChat is
9  banned, but it worries me a lot.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at Nassau County, New York this _26_ day of August, 2020.

_____
Jinneng Bao