1  MICHAEL W. BIEN – Cal. Bar No. 096891
2  VAN SWEARINGEN – Cal. Bar No. 259809
   ALEXANDER GOURSE – Cal. Bar No. 321631
3  AMY XU – Cal. Bar No. 330707
   ROSEN BIEN GALVAN & GRUNFELD LLP
4  101 Mission Street, Sixth Floor
   San Francisco, California 94105-1738
5  Telephone:  (415) 433-6830
   Facsimile:  (415) 433-7104
6  Email:      mbien@rbgg.com
               vswearingen@rbgg.com
7              agourse@rbgg.com
               axu@rbgg.com

8  KELIANG (CLAY) ZHU – Cal. Bar No. 305509
   DEHENG LAW OFFICES PC
9  7901 Stoneridge Drive #208
   Pleasanton, California 94588
10 Telephone:  (925) 399-5856
   Facsimile:  (925) 397-1976
11 Email:      czhu@dehengsv.com

12 ANGUS F. NI – Wash. Bar No. 53828*
   AFN LAW PLLC
13 502 Second Avenue, Suite 1400
   Seattle, Washington 98104
14 Telephone:  (773) 543-3223
   Email:      angus@afnlegal.com
15 * *Pro Hac Vice* application forthcoming

16 Attorneys for Plaintiffs

17

18                    UNITED STATES DISTRICT COURT

19        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

20 U.S. WECHAT USERS ALLIANCE,          Case No. 3:20-cv-05910-LB
   CHIHUO INC., BRENT COULTER,
21 FANGYI DUAN, JINNENG BAO,            **DECLARATION OF YING CAO IN**
   ELAINE PENG, and XIAO ZHANG,         **SUPPORT OF PLAINTIFFS' MOTION**
22                                      **FOR PRELIMINARY INJUNCTION**
                 Plaintiffs,
23                                      Judge:   Hon. Laurel Beeler
          v.                            Date:    September 17, 2020
24                                      Time:    9:30 a.m.
   DONALD J. TRUMP, in his official     Crtrm.:  Remote
25 capacity as President of the United States,
   and WILBUR ROSS, in his official     Trial Date:      None Set
26 capacity as Secretary of Commerce,

27               Defendants.

28

I, Ying Cao, declare as follows:

1. I am one of three trustees of U.S. WeChat Users Alliance, ("USWUA"), a Plaintiff in the above-captioned action (the "Action"). I have personal knowledge of the matters stated herein and if called as a witness I would and could testify competently to them.

2. I am an attorney and a member of the New York and New Jersey State Bar.

3. USWUA is incorporated in the State of New Jersey as a non-profit organization.

4. My co-trustees and I founded USWUA solely to respond to the Executive Order banning WeChat in the United States and to protect the lawful interests of average, everyday WeChat users in the United States.

5. We founded USWUA ourselves. We do not have any connection with representatives of WeChat, Tencent or any of their respective affiliates and are not associated with WeChat, Tencent or any of their respective affiliates. We have not solicited, nor, to my knowledge, have we received any donations or support from WeChat or Tencent.

6. We do not represent the interests of, nor are we affiliated with, any political party, government, or any governmental entity.

7. Our sole mission is to protect the lawful interests of WeChat users in the United States. We rely exclusively on publicly raised donations in the United States.

8. WeChat is a multi-purpose messaging, social media, productivity, and utility mobile app. At its heart, it is a social networking platform with numerous utility functions.

9. The social networking platform market is of a "winner-take-all" nature and is thus dominated by a small number of major providers, with each enjoying near-monopoly status in their own markets.

10. In China as well as among the global Chinese diaspora, WeChat has the commanding, dominant position as a social media and messaging platform. It has a sticky user base of over one billion monthly active users. By "sticky" I mean two things: (i) that

[3603999.1]

WeChat has a very powerful network effect that draws users to a social network found nowhere else; and (ii) it is so useful and deeply integrated into users' daily lives that users have become reliant on it for a variety of tasks and functions.

11.     WeChat is often inseparable from its users' everyday habits.  They use it to order food, book rides, buy movie tickets, transfer money, and chat with friends and family and business associates and clients, all without switching to other applications or webpages. WeChat also integrates with essential public services, with Chinese-speaking Californians even relying on it to receive live updates about the locations of wildfires currently raging in California.

12.     WeChat has become so central to its users that they click on the app icon almost subconsciously whenever they use their smart phones.

13.     WeChat has evolved from an instant messaging tool into an ecosystem.  This ecosystem includes WeChat instant messaging, WeChat Moments (an Instagram-like social media "wall" functionality mainly used to share pictures with captions), WeChat Official Accounts (a type of social media home page) and WeChat Mini Programs (a feature that allows content creators and merchants to connect with and sell products to customers through a customizable "mini-program" within the WeChat user interface).

14.     WeChat also offers a digital payment function that serves various online-to-offline services.  For example, one can upload a credit or bank card to WeChat payments, then scan a QR code at an establishment that accepts WeChat payments and pay that establishment electronically through WeChat.

15.     WeChat has revolutionized the way Chinese-speaking people communicate, and has so entrenched itself amongst Chinese users that there is effectively no substitutes for users that rely on it.

16.     WeChat has a broad user base in the United States made up of Chinese-Americans, Chinese citizens studying, working and living in the United States, as well as other Americans in need of a convenient means of communication with people and business in China.

DECLARATION OF YING CAO

[3603999.1]

17.     For many of the WeChat users in the United States, WeChat's instant messaging function is their main means of costless communication with family members and business partners in China.  For those without family in China but whose first language is Chinese, WeChat is also a primary means of electronic communication because other chat applications only provide English user interfaces.

18.     Many users in the United States use WeChat in their work, whether as a communication tool with colleagues, customers or suppliers, or as a tool to generate business.  For example, during the COVID-19 pandemic, many Chinese restaurants have become heavily reliant on WeChat as a platform to advertise and promote their business (for example on WeChat moments), solicit and process orders (for example on WeChat mini-programs), and manage customer relationships (for example through their WeChat homepages).

19.     In short, for small businesses that cater primarily to a Chinese-speaking clientele, WeChat has become a primary source of revenue.  A WeChat ban will be devastating to their businesses.

20.     During the COVID-19 pandemic, more than 670 Chinese-Americans grassroots organizations have raised over 15 million dollars and delivered millions of personal protection equipment (PPE) to various hospitals, nursing homes, police departments, firefighter stations, Volunteer First Aid Squad and other agencies.  We mainly use WeChat to organize this fundraising and donation efforts and communicate news among the Chinese communities in the US.

21.     I have read the Executive Order.  As an attorney, I have received requests from clients/potential clients for my assistance in interpreting whether/what uses of WeChat is permitted under the Executive Order.  Because the Executive Order does not itself define the word "transaction," and delegates the Secretary of Commerce to identify the "transactions" prohibited by the Executive Order almost at the same time when it takes effect, we are yet unable to advise whether any particular use of WeChat will be allowed after the Executive Oder takes effect.

22.    The vague language contained in the Executive Order has left WeChat users in the United States wondering how they will be affected.  Enormous time has been spent researching the possible scope of coverage of the Executive Order.  Uncertainty and fear of being subject to criminal penalties as a result of the Executive Order has caused distress, confusion and anxiety among WeChat users, myself included.

23.    Since the Executive Order, WeChat users in the United States have been forced to explore other U.S. based social media platform options.  But since WeChat is the most popular social media among the global Chinese population, many have found that there is no viable alternative.  For example, users who use it as their primary means of international communication must now use the old and expensive international phone calls. Users who store important information on WeChat have no means of transferring that data other than to manually search, identify, and then type out or copy and paste such data onto other applications.  The process is usually time-consuming, labor-intensive and mind-numbing.

24.    Banning WeChat means effectively cutting off many people's primary means of communication with their business and social contacts, and will be highly disruptive to our way of life.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

[3603999.1]

25.     WeChat is used widely by millions in the United States to talk to families and friends, to discuss and engage in political activities, to organize and participate in charitable, religious and cultural programs, and to develop and communicate with business clients across the world.  The Executive Order has left WeChat users in the United States in constant fear of becoming disconnected with families and friends in China and of being cut off from political discussions, campaign participation, religious events such as group prayers, and other social or cultural events.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at _Short Hills_, New Jersey this 26th day of August, 2020.

_Ying Cao_
_____
Ying Cao