MICHAEL W. BIEN – Cal. Bar No. 096891
VAN SWEARINGEN – Cal. Bar No. 259809
ALEXANDER GOURSE – Cal. Bar No. 321631
AMY XU – Cal. Bar No. 330707
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
vswearingen@rbgg.com
agourse@rbgg.com
axu@rbgg.com

KELIANG (CLAY) ZHU – Cal. Bar No. 305509
DEHENG LAW OFFICES PC
7901 Stoneridge Drive #208
Pleasanton, California 94588
Telephone: (925) 399-5856
Facsimile: (925) 397-1976
Email: czhu@dehengsv.com

ANGUS F. NI – Wash. Bar No. 53828*
AFN LAW PLLC
502 Second Avenue, Suite 1400
Seattle, Washington 98104
Telephone: (773) 543-3223
Email: angus@afnlegal.com
* *Pro Hac Vice* application forthcoming

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE, CHIHUO INC., BRENT COULTER, FANGYI DUAN, JINNENG BAO, ELAINE PENG, and XIAO ZHANG,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, and WILBUR ROSS, in his official capacity as Secretary of Commerce,<br><br>Defendants. | Case No. 3:20-cv-05910-LB<br><br>**DECLARATION OF FANGYI DUAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Hon. Laurel Beeler<br>Date: September 17, 2020<br>Time: 9:30 a.m.<br>Crtrm.: Remote<br><br>Trial Date: None Set |

I, Fangyi Duan, declare as follows:

1. I am the CEO of Chihuo Inc., ("Chihuo"), a Plaintiff in the above-captioned action (the "Action"). I have personal knowledge of the matters stated herein and if called as a witness I would and could testify competently to them.

2. I was assisted in preparing this declaration in English. I primarily write and speak in Chinese, and if called as a witness I would testify in Chinese.

3. I am a Chinese citizen residing in Santa Clara, California. I am in the process of applying for a green card.

4. Chihuo is duly incorporated and existing under the laws of the State of Delaware as a general corporation with its principal office in City of Industry, California.

5. I founded Chihuo with a mission of better connecting merchants with customers within various Chinese communities in the United States.

6. We are in the business of providing digital marketing and advertising services, first to restaurants, then extending broadly to clients in the food, travel, technology and lifestyle services industries.

7. Since our founding, we have grown to be a leading content provider within Chinese communities in the United States, our presence spans Los Angeles, the Bay area, Seattle, Chicago, New York, Washington D.C., Boston, Atlanta, Houston, Philadelphia, Dallas and Las Vegas.

8. We are a small business of approximately thirty employees, but our reach goes well beyond the local communities that we live in. We have at least 740,000 active followers on the WeChat homepages we maintain.

9. Through our WeChat network, we have built a thriving virtual community of Chinese-language discussions, reviews, and advertising primarily focused on dining, food products, and restaurants. We share content, such as restaurant reviews or recipes, on our network of WeChat homepages. In return, our followers contribute to our content by their commentary on our articles. They also strengthen our influence by sharing our content within their own networks.

10. We rely heavily on social media platforms to distribute our content-based marketing services. Since WeChat is the most widely used social media application of our target audience (Chinese communities in the United States), we provide targeted marketing and advertising services primarily on WeChat.

11. The success of our business is built upon WeChat's large user base within the Chinese communities in the United States. Approximately 70% of our content subscribers/viewers originate from WeChat.

12. We depend on the powerful WeChat network effects. Specifically, WeChat has many users, our business has been successful at tapping that user base's interest in restaurants, food products, and dining, and merchants are attracted to our marketing and advertising services because we leverage WeChat and generate strong WeChat user traffic.

13. In particular, the instant messaging function of WeChat coupled with its large user base enables us to deliver marketing and advertising to customers in a targeted manner.

14. For example, utilizing WeChat's group chat functionality, our staff has created more than 100 WeChat groups based on factors such as subscribers' personal taste and geographical locations. These groups are populated by more than 50,000 active WeChat users exchanging more than 7,000 messages in group conversations per day. This enables our merchants to push relevant and valuable promotions directly to consumers in an engaging and interactive manner.

15. The success of Chihuo's business on WeChat is also associated with WeChat's additional unique social networking features. For example, through WeChat Moments (a WeChat functionality allowing the sharing of pictures with short captions), Chihuo is able to provide product display services in the form of graphics and video advertising that WeChat users can interact with through "likes" and comments.

16. Chihuo has also established fourteen different WeChat homepages, each providing geo-located, location-specific content targeting over 740,000 WeChat users in fourteen different cities in the United States.

17. On these WeChat homepages, we generate an average of 65,000 visits per day.

18. In addition, through WeChat Mini Programs (a feature within the WeChat interface that connects content creators and merchants with viewers), we are able to provide a one-stop mobile marketing solution which permits users to search, discover, review, select, consult and reserve products and services of merchants with the touch of a button.

19. Using these features that we offer through WeChat, merchants can reach their most valuable target audience – interested customers – at the exact moment these customers are looking for relevant products and services. These WeChat features are especially beneficial to small enterprises with limited resources.

20. Our business model is fundamentally premised on free, continuous and uninterrupted access to WeChat services in the United States. For example, approximately 70% of our $2,500,000 annual revenue generated in the past year was generated from providing services on WeChat.

21. I learned about the Executive Order on WeChat from contacts sharing the news to me, from discussions in group chats and from media reports. Almost my entire WeChat network was talking about it. I also read the Executive Order itself, read news articles, and discussed with others to try to understand its scope. So far I have not fully understood, and no one can give me a definitive answer, on the meaning of the words "transaction that is related to WeChat".

22. I understand that the Executive Order will take effect forty-five days after its issuance, and that violation of the Executive Order may subject one to administrative, civil or criminal liabilities.

23. I am not certain whether WeChat can still be used in the United States after the Executive Order takes effect. Even if WeChat can still be used by then, I am not sure what uses will cause me to violate the Executive Order and what uses will not. For example, I don't know if I will be violating the Executive Order if I simply log onto

WeChat, send a message to my employees, make a voice or video call with my business partners, or post a promotion for a client. The possibility of being penalized for using WeChat leaves me in constant fear of violating the law.

24. Since WeChat is the most popular social media among the global Chinese population, we have found that it is commercially impracticable to seek alternative social marketing solutions and still maintain our core business.

25. Since the Executive Order, we have received many client inquiries regarding our operations. Some clients have suspended their business relationship with us while other clients have ceased to renew their business relationship with us. In the past two weeks, the Executive Order has cost us approximately US$40,000 to US$50,000 in lost revenue. This is approximately 30% of our average monthly revenue. We are attempting to mitigate the impact of the Executive Order, but a full out ban on WeChat will effectively destroy our current business model.

26. Many of our employees have also expressed concerns about possible pay cuts and losing their jobs. Our employees are suffering from low morale. In the worst situation, only a quarter of the current employees will keep their jobs.

27. If access to WeChat is delayed, impaired or altogether denied to users located in the United States as a result of the Executive Order, I do not know whether our business will survive. I constantly fear that the Executive Order's prohibition on transactions that are related to WeChat will cause me to lose my business, my employees, my customers, and my professional relationships.

28. My ability to access the outside world, to maintain my own personal social ties, and to communicate with my family members and friends in China and in the United States will also be adversely affected. For example, I message my parents on WeChat every few days. I am also subscribed to hundreds of WeChat homepages and rely on them for information and news updates.

29. Faced with the threat of losing access to WeChat posed by the Executive Order, we have been forced to expend our limited resources to explore switching to other

U.S. based social media platforms. However, we have not found any good alternatives. The thought of losing my company, which I built with my sweat and blood, as a result of the Executive Order, has caused me great anxiety.

30. Currently, we have multiple teams working on redesigning our website and opening new Chihuo accounts on other social media platforms. The website redesign project is expected to take at least 300 hours of work, adding two to three extra hours of work to the team members on top of their daily work. The content production team members are working five to ten extra hours a day to re-launch Chihuo on other platforms and to attract our followers there. Nonetheless, so far only a small percentage of our original followers have followed us to our new platforms. The fact that these efforts have been ineffective showcases the "stickiness" of WeChat's network effects and its irreplaceability.

31. In short, because people use WeChat for its network effects, it is extremely difficult to attract them to other platforms that do not have the same networks.

32. Additionally, almost all of Chihuo's business data is stored on WeChat. We store our promotion materials, business contacts, work communication and other vital information on WeChat. We grew and maintain our user base on WeChat. We share and interact with our followers on WeChat. Since WeChat is its own ecosystem, I am not aware of any method to transfer such data outside of WeChat in the same form and with the same content. Banning WeChat will mean erasing all this valuable data and destroying the informational foundations of Chihuo's business that we built over the years.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

33. Despite the mitigation measures we have been forced to take, it is our sincere belief that the harm caused by the Executive Order, if it is allowed to stand, cannot be fully redressed. None of the alternatives that we are exploring can replace the functionality and user base of WeChat.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at Foster City, California this 26th day of August, 2020.

_____
Fangyi Duan