1  MICHAEL W. BIEN – Cal. Bar No. 096891
VAN SWEARINGEN – Cal. Bar No. 259809
2  ALEXANDER GOURSE – Cal. Bar No. 321631
AMY XU – Cal. Bar No. 330707
3  ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
4  San Francisco, California  94105-1738
Telephone:    (415) 433-6830
5  Facsimile:    (415) 433-7104
Email:        mbien@rbgg.com
6              vswearingen@rbgg.com
               agourse@rbgg.com
7              axu@rbgg.com

8  KELIANG (CLAY) ZHU – Cal. Bar No. 305509
DEHENG LAW OFFICES PC
9  7901 Stoneridge Drive #208
Pleasanton, California  94588
10  Telephone:    (925) 399-5856
Facsimile:    (925) 397-1976
11  Email:        czhu@dehengsv.com

12  ANGUS F. NI – Wash. Bar No. 53828*
AFN LAW PLLC
13  502 Second Avenue, Suite 1400
Seattle, Washington  98104
14  Telephone:    (773) 543-3223
Email:        angus@afnlegal.com
15  * *Pro Hac Vice* application forthcoming

16  Attorneys for Plaintiffs

17

18                    UNITED STATES DISTRICT COURT

19        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

20  U.S. WECHAT USERS ALLIANCE,          Case No. 3:20-cv-05910-LB
    CHIHUO INC., BRENT COULTER,
21  FANGYI DUAN, JINNENG BAO,            **DECLARATION OF XIAO ZHANG IN**
    ELAINE PENG, and XIAO ZHANG,         **SUPPORT OF PLAINTIFFS' MOTION**
22                                       **FOR PRELIMINARY INJUNCTION**
                    Plaintiffs,
23                                       Judge:  Hon. Laurel Beeler
            v.                           Date:   September 17, 2020
24                                       Time:   9:30 a.m.
    DONALD J. TRUMP, in his official     Crtrm.: Remote
25  capacity as President of the United States,
    and WILBUR ROSS, in his official     Trial Date:      None Set
26  capacity as Secretary of Commerce,

27                    Defendants.

28

                                         Case No. 3:20-cv-05910-LB

[3604000.1]

I, Xiao Zhang, declare as follows:

1.      I am a Plaintiff in the above-captioned action (the "Action").  I have personal knowledge of the matters stated herein and if called as a witness I would and could testify competently to them.

2.      I was assisted in preparing this declaration in English.  I primarily write and speak in Chinese, and if called as a witness I would testify in Chinese.

3.      I am a Chinese citizen residing in Sunnyvale, California.  I have a visa that permits me to live and work in the United States.  I have lived in the United States since 2011.

4.      I work as a Geomatics Specialist at Shell, a Fortune 500 oil and gas company.

5.      In 2019 I founded a charity program, Hita Education Foundation (the "Foundation"), to benefit disadvantaged students attending high school in my hometown in China.  The Foundation is incorporated in the State of Texas as a non-profit organization.

6.      The Hita Foundation provides financial aid to students from poor families. It is currently funding seven indigent students' high school educations with monthly donations of 300 yuan (approximately US$43) to each for meals and school supplies.

7.      I first downloaded and used WeChat around 2011 when it was launched. Since then it has become the exclusive means for me to communicate with Chinese family members and Chinese-speaking friends in both China and in the United States.  I also use WeChat for Foundation-related group chats, and for chatting with colleagues at Shell who are also WeChat users.  Further, I receive news updates and interact with my WeChat network through WeChat's numerous social-media functions.

8.      I also use WeChat to further my Foundation's mission.  Since I am based in the United States, I use WeChat to communicate with teachers at the high school where the Foundation sponsors students.

9.      WeChat is my primary means of receiving updates about the students the Foundation is helping.

10.      The Foundation also uses WeChat as the exclusive means of issuing monthly

1  grants to students.  Through WeChat Pay (WeChat's digital payment function), I am able

2  to transfer the charitable funds I raise here to the students' bank accounts with just a few

3  clicks.

4       11.    In fact, our fundraising efforts also depend on WeChat as we fundraise and

5  receive payments through WeChat Pay.

6       12.    I also actively promote my Foundation through WeChat.  In particular, we

7  share social media accounts about our charitable work with our WeChat network so that

8  they may share it with their networks, and so on.

9       13.    I learned about the Executive Order on WeChat from contacts sharing the

10  news to me, from discussions in group chats.  I also read the Executive Order itself, read

11  news articles, and discussed it with others to try to understand its scope.  So far I have not

12  fully understood, and no one can give me a definitive answer, on the meaning of the words

13  "transaction that is related to WeChat".

14       14.    I understand that the Executive Order will take effect forty-five days after its

15  issuance, and that violation of the Executive Order may subject one to administrative, civil

16  or criminal liabilities.

17       15.    I am not certain whether WeChat can still be used in the United States after

18  the Executive Order takes effect, or that if WeChat can be used, what uses will cause me to

19  violate the Executive Order and what uses will not.  For example, I don't know if I will be

20  violating the Executive Order if I simply log onto WeChat, send a message to my teachers,

21  make a voice or video call with my family, or make a transfer of charitable funds to the

22  indigent students we are trying to help.  The possibility of being penalized for using

23  WeChat leaves me in a state of constant fear that I may be violating the law simply by

24  helping poor students go to school.

25       16.    Since the Executive Order was issued, I keep worrying that I will no longer

26  be able to run my Foundation to support students from poor families.  The daily operation

27  of my Foundation largely depends on the free, continuous and uninterrupted access to

28  WeChat in the United States.  Without WeChat, our ability to raise awareness, raise funds,

DECLARATION OF XIAO ZHANG

[3604000.1]

1 and help our students will be severely compromised.  The Executive Order has raised

2 concerns among our regular donors that they will be banned from donating to our

3 Foundation on WeChat.

4      17.    If it was not for WeChat, I do not even think my Foundation could have been

5 founded in the first place.

6      18.    My ability to maintain my social ties, and to communicate with other

7 Chinese speaking people in China and in the United States will also be adversely affected.

8      19.    Since WeChat is the most popular social media platform among Chinese

9 speakers in the U.S., it is practically impossible for me and my Foundation to locate an

10 alternative platform that has the same or substantially similar reach.  The possibility of

11 losing contact with my family, friends, donors, and social network generally has caused me

12 great anxiety.

13      20.    Faced with the threats of losing access to WeChat posed by the Executive

14 Order, we have been forced to expend our limited time, energy and resources to explore

15 other U.S. based social media platforms.  However, we have not found a good alternative.

16 The thought of losing the Foundation I built because of the Executive Order, and the

17 possibility that I may be found in violation of the Executive Order and subject to criminal

18 or civil penalties simply for using WeChat, has also caused me great anxiety.

19      21.    We had to settle for backing up our WeChat data as a temporary solution.

20 However, there is no sophisticated backup solution and I had to manually type out contact

21 information of more than 500 WeChat contacts, search for and identify important data to

22 be transferred, such as profiles of the students we fund, and manually copy and paste them.

23      22.    To ensure the continuous existence of the Foundation, we also had to build a

24 new website to receive donations.  The website is still being prepared and has already

25 caused us hundreds of dollars in fees and dozens of hours and labor.  We anticipate more

26 money, time and labor will be incurred for the website to launch.

27      23.    Despite the mitigation measures we were forced to take, it is our sincere

28 belief that the harm caused by the Executive Order, if it is allowed to stand, cannot be fully

DECLARATION OF XIAO ZHANG

[3604000.1]

1   redressed.  None of the alternatives that we are considering can replace the functionality

2   and ease of WeChat or the ability to communicate and receive support from a like-minded

3   community bound by our language and culture.

4       I declare under penalty of perjury under the laws of the United States of America

5   that the foregoing is true and correct, and that this declaration is executed at

6    California this 26 day of August, 2020.

7

8                               Xiao Zhang

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28