# EXHIBIT 11

# Foreign Economic Espionage in Cyberspace

**2018**

**NATIONAL COUNTERINTELLIGENCE AND SECURITY CENTER**

# Scope Note

This report is submitted in compliance with the National Defense Authorization Act for Fiscal Year 2015, Section 1637, which requires that the President annually submit to Congress a report on foreign economic espionage and industrial espionage in cyberspace during the 12-month period preceding the submission of the report.

## Definitions of Key Terms

For the purpose of this report, key terms were defined according to definitions provided in Section 1637 of the National Defense Authorization Act for Fiscal Year 2015.

*Economic or Industrial Espionage* means (a) stealing a trade secret or proprietary information or appropriating, taking, carrying away, or concealing, or by fraud, artifice, or deception obtaining, a trade secret or proprietary information without the authorization of the owner of the trade secret or proprietary information; (b) copying, duplicating, downloading, uploading, destroying, transmitting, delivering, sending, communicating, or conveying a trade secret or proprietary information without the authorization of the owner of the trade secret or proprietary information; or (c) knowingly receiving, buying, or possessing a trade secret or proprietary information that has been stolen or appropriated, obtained, or converted without the authorization of the owner of the trade secret or proprietary information.

*Cyberspace* means (a) the interdependent network of information technology infrastructures; and (b) includes the Internet, telecommunications networks, computer systems, and embedded processors and controllers.

## Contributors

The National Counterintelligence and Security Center (NCSC) compiled this report, with close support from the Cyber Threat Intelligence Integration Center (CTIIC), and with input and coordination from many U.S. Government organizations, including the Central Intelligence Agency (CIA), Defense Cyber Crime Center (DC3), Defense Intelligence Agency (DIA), Defense Security Service (DSS), Department of Energy (DoE), Department of Defense (DoD), Department of Homeland Security (DHS), Department of State (DoS), Department of Treasury (Treasury), Federal Bureau of Investigation (FBI), National Cyber Investigative Joint Task Force (NCIJTF), National Geospatial-Intelligence Agency (NGA), National Reconnaissance Office (NRO), National Security Agency (NSA), and Office of the Director of National Intelligence (ODNI).

# I. The Strategic Threat of Cyber Economic Espionage

Foreign economic and industrial espionage against the United States continues to represent a significant threat to America's prosperity, security, and competitive advantage. Cyberspace remains a preferred operational domain for a wide range of industrial espionage threat actors, from adversarial nation-states, to commercial enterprises operating under state influence, to sponsored activities conducted by proxy hacker groups. Next-generation technologies such as Artificial Intelligence (AI) and the Internet-of-Things (IoT) will introduce new vulnerabilities to U.S. networks for which the cybersecurity community remains largely unprepared. Building an effective response demands understanding economic espionage as a worldwide, multi-vector threat to the integrity of the U.S. economy and global trade.

The United States remains a global center for research, development, and innovation across multiple high-technology sectors. Federal research institutions, universities, and corporations are regularly targeted by online actors seeking all manner of proprietary information and the overall long-term trend remains worrisome.

While next generation technologies will introduce a range of qualitative advances in data storage, analytics, and computational capacity, they also present potential vulnerabilities for which the cybersecurity community remains largely unprepared. The solidification of cloud computing over the past decade as a global information industry standard, coupled with the deployment of technologies such as AI and IoT, will introduce unforeseen vulnerabilities to U.S. networks.

- **Cloud networks and IoT infrastructure are rapidly expanding the global online operational space.** Threat actors have already demonstrated how cloud can be used as a platform for cyber exploitation. As IoT and AI applications expand to empower everything from "smart homes" to "smart cities", billions of potentially unsecured network nodes will create an incalculably larger exploitation space for cyber threat actors.

- **Lack of industry standardization during this pivotal first-generation deployment period will likely hamper the development of comprehensive security solutions in the near-term.**

- **Building an effective response demands understanding economic espionage as a worldwide, multi-vector threat to the integrity of both the U.S. economy and global trade.** Whereas cyberspace is a preferred operational domain for economic espionage, it is but one of many. Sophisticated threat actors, such as adversarial nation-states, combine cyber exploitation with supply chain operations, human recruitment, and the acquisition of knowledge by foreign students in U.S. universities, as part of a strategic technology acquisition program.

