# EXHIBIT 18



# 2019

# REPORT TO CONGRESS

*of the*

# U.S.-CHINA ECONOMIC AND SECURITY REVIEW COMMISSION

## ONE HUNDRED SIXTEENTH CONGRESS

### FIRST SESSION

————

NOVEMBER 2019

————

Printed for the use of the
U.S.-China Economic and Security Review Commission
Available online at: *https://www.uscc.gov*

———

U.S. GOVERNMENT PUBLISHING OFFICE

WASHINGTON : 2019

For sale by the Superintendent of Documents, U.S. Government Publishing Office
Internet: *bookstore.gpo.gov*   Phone: toll free (866) 512–1800; DC area (202) 512–1800
Fax: (202) 512–2104  Mail: Stop IDCC, Washington, DC 20402–0001



## U.S.-CHINA ECONOMIC AND SECURITY REVIEW COMMISSION

CAROLYN BARTHOLOMEW, *Chairman*
ROBIN CLEVELAND, *Vice Chairman*

### COMMISSIONERS

ANDREAS BORGEAS     KENNETH LEWIS
JEFFREY FIEDLER     MICHAEL A. MCDEVITT
Hon. CARTE P. GOODWIN     Hon. JAMES M. TALENT
ROY D. KAMPHAUSEN     MICHAEL R. WESSEL
THEA MEI LEE     LARRY M. WORTZEL

DANIEL W. PECK, *Executive Director*

The Commission was created on October 30, 2000 by the Floyd D. Spence National Defense Authorization Act of 2001, Pub. L. No. 106–398 (codified at 22 U.S.C. §7002), as amended by: The Treasury and General Government Appropriations Act, 2002, Pub. L. No. 107–67 (Nov. 12, 2001) (regarding employment status of staff and changing annual report due date from March to June); The Consolidated Appropriations Resolution, 2003, Pub. L. No. 108–7 (Feb. 20, 2003) (regarding Commission name change, terms of Commissioners, and responsibilities of the Commission); The Science, State, Justice, Commerce, and Related Agencies Appropriations Act, 2006, Pub. L. No. 109–108 (Nov. 22, 2005) (regarding responsibilities of the Commission and applicability of FACA); The Consolidated Appropriations Act, 2008, Pub. L. No. 110–161 (Dec. 26, 2007) (regarding submission of accounting reports; printing and binding; compensation for the executive director; changing annual report due date from June to December; and travel by members of the Commission and its staff); The Carl Levin and Howard P. "Buck" McKeon National Defense Authorization Act for Fiscal Year 2015, Pub. L. No. 113–291 (Dec. 19, 2014) (regarding responsibilities of the Commission). The Commission's full charter and statutory mandate are available online at: *https://www.uscc.gov/about/uscc-charter.*

U.S.-CHINA ECONOMIC AND SECURITY REVIEW COMMISSION

NOVEMBER 14, 2019

The Honorable Chuck Grassley
President Pro Tempore of the U.S. Senate, Washington, DC 20510
The Honorable Nancy Pelosi
Speaker of the U.S. House of Representatives, Washington, DC 20510

DEAR SENATOR GRASSLEY AND SPEAKER PELOSI:

On behalf of the U.S.-China Economic and Security Review Commission, we are pleased to transmit the Commission's 2019 Annual Report to Congress. This Report responds to our mandate "to monitor, investigate, and report to Congress on the national security implications of the bilateral trade and economic relationship between the United States and the People's Republic of China." The Commission reached a broad and bipartisan consensus on the contents of this Report, with all 12 members voting unanimously to approve and submit it to Congress.

In accordance with our mandate, this Report, which is current as of October 4, includes the results and recommendations of our hearings, research, travel, and review of the areas identified by Congress in our mandate, as defined in Public Law No. 106–398 (October 30, 2000), and amended by Public Laws No. 107–67 (November 12, 2001), No. 108–7 (February 20, 2003), 109–108 (November 22, 2005), No. 110–161 (December 26, 2007), and No. 113–291 (December 19, 2014). The Commission's charter, which includes the 11 directed research areas of our mandate, is included as Appendix I of the Report.

The Commission conducted eight public hearings, taking testimony from 77 expert witnesses from government, the private sector, academia, think tanks, research institutions, and other backgrounds. For each of these hearings, the Commission produced a transcript (posted on our website at *https://www.uscc.gov*). This year's hearings included:

- What Keeps Xi Up at Night: Beijing's Internal and External Challenges;

- Risks, Rewards, and Results: U.S. Companies in China and Chinese Companies in the United States;

- An Emerging China-Russia Axis? Implications for the United States in an Era of Strategic Competition;

- China in Space: A Strategic Competition?;

- Technology, Trade, and Military-Civil Fusion: China's Pursuit of Artificial Intelligence, New Materials, and New Energy;

- A "World-Class" Military: Assessing China's Global Military Ambitions;

- Exploring the Growing U.S. Reliance on China's Biotech and Pharmaceutical Products; and

- U.S.-China Relations in 2019: A Year in Review.

The Commission received a number of briefings by executive branch agencies and the Intelligence Community, including both unclassified and classified briefings on China's military modernization, the China-Russia relationship, U.S.-Hong Kong relations, China's ambitions in space, and U.S. strategy for responding to China's Belt and Road Initiative. The Commission is preparing a classified report to Congress on these and other topics. The Commission also received briefings by foreign diplomatic and military officials as well as U.S. and foreign nongovernmental experts.

Commissioners made official visits to Australia, Singapore, Hong Kong, and China to hear and discuss perspectives on China and its global and regional activities. In these visits, the Commission delegation met with U.S. diplomats, host government officials, business representatives, academics, journalists, and other experts.

The Commission also relied substantially on the work of our excellent professional staff and supported outside research (see Appendix IV) in accordance with our mandate (see Appendix I).

The Report includes 38 recommendations for congressional action. Our ten most important recommendations appear on page 24 at the conclusion of the Executive Summary.

We offer this Report to Congress in the hope that it will be useful for assessing progress and challenges in U.S.-China relations.

Thank you for the opportunity to serve. We look forward to continuing to work with Members of Congress in the upcoming year to address issues of concern in the U.S.-China relationship.

Yours truly,

Carolyn Bartholomew
Chairman

Robin Cleveland
Vice Chairman

## Commissioners Approving the 2019 Report

Carolyn Bartholomew, Chairman

Robin Cleveland, Vice Chairman

Andreas Borgeas, Commissioner

Jeffrey Fiedler, Commissioner

Carte P. Goodwin, Commissioner

Roy D. Kamphausen, Commissioner

er

Kenneth Lewis, Commissioner

Michael A. McDevitt, Commissioner

James M. Talent, Commissioner

Michael R. Wessel, Commissioner

Larry M. Wortzel, Commissioner

v

# CONTENTS

|  | Page |
|---|---|
| TRANSMITTAL LETTER TO THE CONGRESS | iii |
| COMMISSIONERS APPROVING THE REPORT | v |
| EXECUTIVE SUMMARY | 1 |
| KEY RECOMMENDATIONS | 24 |
| INTRODUCTION | 29 |

### 2019 REPORT TO CONGRESS OF THE
### U.S.-CHINA ECONOMIC AND SECURITY REVIEW COMMISSION

| **Chapter 1: 2019 in Review** | 33 |
|---|---|
| Section 1: Year in Review: Economics and Trade | 33 |
| Key Findings | 33 |
| Introduction | 34 |
| U.S.-China Trade | 34 |
| Bilateral Economic Tensions | 38 |
| Technological Conflict and Competition | 46 |
| China's Internal and External Economic Management | 49 |
| Section 2: Year in Review: Security, Politics, and Foreign Affairs | 80 |
| Key Findings | 80 |
| Introduction | 81 |
| A Year of Both Success and Setback | 81 |
| Chinese Diplomacy: Toward a China-Led World Order | 89 |
| Pressure on the Regional Balance | 100 |
| Tensions in U.S.-China Ties | 104 |
| **Chapter 2: Beijing's Internal and External Challenges** | 119 |
| Key Findings | 119 |
| Recommendations | 120 |
| Introduction | 120 |
| Internal Challenges to CCP Rule | 121 |
| China's Economic and Innovation Challenges | 130 |
| Resistance to Beijing's Ambitions Abroad: Economic, Military, and Political Challenges | 136 |
| Implications for the United States | 153 |
| **Chapter 3: U.S.-China Competition** | 169 |
| Section 1: U.S.-China Commercial Relations | 169 |
| Key Findings | 169 |
| Recommendations | 170 |
| Introduction | 171 |
| U.S.-China Economic Ties: An Unbalanced Relationship | 171 |
| Chinese Companies in the United States | 172 |
| U.S. Companies in China | 182 |
| Implications for the United States | 191 |
| Section 2: Emerging Technologies and Military-Civil Fusion: Artificial Intelligence, New Materials, and New Energy | 205 |
| Key Findings | 205 |
| Recommendations | 206 |
| Introduction | 207 |

VIII

| | Page |
|---|---|
| Military-Civil Fusion | 208 |
| Artificial Intelligence | 214 |
| New and Advanced Materials | 220 |
| Energy Storage | 226 |
| Civil Nuclear Power | 229 |
| Implications for the United States | 230 |

Section 3: Growing U.S. Reliance on China's Biotech and Pharmaceutical
Products ......................................................................................................... 248
   Key Findings ................................................................................................. 248
   Recommendations ......................................................................................... 249
   Introduction .................................................................................................. 250
   U.S. Reliance on Chinese Pharmaceutical and Medical Products ............. 251
   U.S. Government Oversight of Health Imports from China ....................... 257
   China's Pharmaceutical and Biotech Activities in the United States ........ 261
   U.S. Companies' Access to Health Industries and Market Opportunities
    in China ..................................................................................................... 265
   U.S.-China Global Health Cooperation ........................................................ 269
   Implications for the United States .............................................................. 269

**Chapter 4: China's Global Ambitions** ............................................................ 283

Section 1: Beijing's "World-Class" Military Goal ............................................. 283
   Key Findings ................................................................................................. 283
   Recommendations ......................................................................................... 284
   Introduction .................................................................................................. 285
   A Military to Match Beijing's Ambitions ................................................... 285
   Building a World-Class Military .................................................................. 288
   A World-Class Military in Its Region and Beyond ..................................... 296
   Implications for the United States .............................................................. 303

Section 2: An Uneasy Entente: China- Russia Relations in a New Era of
Strategic Competition with the United States ............................................. 315
   Key Findings ................................................................................................. 315
   Recommendations ......................................................................................... 316
   Introduction .................................................................................................. 316
   A Deepening Entente .................................................................................... 317
   Mistrust and Power Asymmetry Limit Ties .............................................. 327
   Central Asia and Afghanistan, the Middle East, and the Arctic .............. 335
   Implications for the United States .............................................................. 343

Section 3: China's Ambitions in Space: Contesting the Final Frontier .......... 359
   Key Findings ................................................................................................. 359
   Recommendations ......................................................................................... 360
   Introduction .................................................................................................. 361
   National Rejuvenation and a "Space Dream" ............................................. 362
   Space Program Supports Geopolitical and Economic Goals ...................... 368
   Space as the "Commanding Heights" of Future Military Conflict ............. 379
   Implications for the United States .............................................................. 383

Section 4: Changing Regional Dynamics: Oceania and Singapore .................. 401
   Key Findings ................................................................................................. 401
   Recommendations ......................................................................................... 402
   Introduction .................................................................................................. 402
   Australia ........................................................................................................ 403
   Pacific Islands .............................................................................................. 418
   Singapore ....................................................................................................... 424
   Implications for the United States .............................................................. 431

**Chapter 5: Taiwan** ............................................................................................ 445
   Key Findings ................................................................................................. 445
   Recommendations ......................................................................................... 446
   Introduction .................................................................................................. 447
   Cross-Strait Military and Security Issues .................................................. 449
   Taiwan's External Relations ........................................................................ 458
   Economics and Trade ................................................................................... 463
   Implications for the United States .............................................................. 470

IX

Page

**Chapter 6: Hong Kong** ........................................................ 481

    Key Findings ..................................................... 481
    Recommendations ............................................. 482
    Introduction ...................................................... 483
    Proposed Extradition Bill Galvanizes Calls for Democracy ........................ 484
    Hong Kong's Autonomy under Continued Attack ......................... 496
    Hong Kong's Economic Relationship with Mainland China ..................... 505
    Implications for the United States ................................. 513

**Comprehensive List of the Commission's Recommendations** .................. 537


**Appendices:**

Appendix I:       Charter ........................................... 547
Appendix II:     Background of Commissioners .................................... 555
Appendix III:    Public Hearings of the Commission During 2019 .................... 565
Appendix IIIA: List of Witnesses Testifying Before the Commission
    During 2019 ...................................................... 569
Appendix IV:   List of Research Material ............................................ 573
Appendix V:    Conflict of Interest and Lobbying Disclosure Reporting .......... 577
Appendix VI:   Acronyms and Abbreviations ...................................... 579

**2019 Commission Staff and Acknowledgements** ........................................... 581

# EXECUTIVE SUMMARY

## Chapter 1: 2019 in Review

### Section 1: Year in Review: Economics and Trade

In 2019, the trade dispute between the United States and China entered its second year and remains mostly unresolved. The Chinese government's unwavering commitment to state management of its economy remains a major stumbling block. In response to decades of unfair economic practices, the United States wants the Chinese government to codify commitments to strengthen intellectual property protection, prohibit forced technology transfer, and remove industrial subsidies. But these practices are core features of China's economic system, and the Chinese government views U.S. demands as an attack on its national development. China continues to ignore the letter and the spirit of its World Trade Organization (WTO) commitments. The resulting impasse has led to multiple rounds of mutual tariff actions impacting more than $500 billion in bilateral goods trade, and reducing trade between the two countries. In response to U.S. measures to address illegal activities of Chinese technology firms, China's government strengthened pursuit of technological self-reliance and its state-led approach to innovation, which uses licit and illicit means to achieve its goals. This will continue to pose a threat to U.S. economic competitiveness and national security.

Escalating trade tensions with the United States compounded China's domestic economic challenges, with the Chinese economy growing at its slowest pace in nearly 30 years in 2019. High debt levels constrain Beijing's ability to respond to the slowdown, and stimulus measures have so far been modest in comparison with past programs. The economic slowdown has disproportionately affected China's small and medium enterprises, which do not enjoy the same preferential treatment, access to credit, and government subsidies as state-owned or -supported enterprises. Meanwhile, regional banks have emerged as a key source of risk in China's financial system due to the high number of nonperforming loans on their balance sheets. China's government has also pursued limited market and financial system opening over the last year in an effort to attract foreign capital. These measures remain narrowly designed to address specific pressures facing China's economy and do not appear to herald a broader market liberalization of the kind that U.S. companies and policymakers have long advocated.

***Key Findings***

- On-and-off trade negotiations between the United States and China to resolve a years-long trade dispute have failed to produce a comprehensive agreement. The impasse in negotiations

2

underscores, in part, China's commitment to preserving the government's dominant role in determining economic outcomes.

- The United States is confronting China in response to decades of unfair Chinese economic policies and trade-distorting practices. The Chinese Communist Party (CCP) increasingly perceives U.S. actions as an attack on its vision for China's national development. China's government has intensified nationalist rhetoric criticizing the United States, applied pressure on U.S. companies, and targeted key U.S. export sectors with tariffs in response.

- U.S. measures to address illegal activities by Chinese technology companies are leading China's government to push harder on technological self-reliance. The reinvigoration of the state-driven approach to innovation will pose a sustained threat to U.S. global economic competitiveness and national security.

- A range of domestic factors and trade tensions with the United States have slowed China's economic growth. In response, China's government has deployed infrastructure spending, tax cuts, and targeted monetary stimulus. While the stimulus enabled a modest recovery during the first half of 2019, China's rate of growth continues to slow.

- China's government continues to falsify official economic statistics, obscuring the true extent of its current economic slowdown. Independent observers estimate that China's true growth rate is at least 0.5 percentage points—and possibly as much as 3 percentage points—lower than Beijing's published figures.

- Beijing's deleveraging campaign has succeeded in containing China's corporate debt growth, but local governments continue to borrow. Expanding household debt and a rapid increase in the value of nonperforming loans also pose significant risks to China's financial system and are a major challenge for Chinese policymakers.

- China's state sector is strengthening and private companies are struggling. The deleveraging campaign and related crackdown on shadow banking had the unintended effect of cutting off credit to the private sector, which traditionally relies on informal finance.

- China's government has taken limited market opening steps, including incremental liberalization of China's foreign investment regime and financial system. However, these measures have been pursued in terms favorable to the Chinese government as opposed to the market, underscoring that any changes in China's economic practices will continue to be controlled by the state.

**Section 2: Year in Review: Security, Politics, and Foreign Affairs**

In 2019, Beijing stepped up its efforts to promote itself as a global political and economic leader, offering the clearest evidence yet of its ambition to reshape the international order so it benefits Chinese interests and makes the world safe for the CCP. General Secretary of the CCP Xi Jinping continued to tout the CCP's model and "Chi-

3

nese wisdom" as solutions for the world's problems and vowed to build a "community of common human destiny," a CCP formulation for a China-led global governance regime. In the security realm, Beijing exhorted the People's Liberation Army (PLA) to prepare itself for challenges in the years ahead while it continues its transformation into a "world-class" military able to conduct combat operations within and beyond the Indo-Pacific region. Meanwhile, as trade tensions between China and the United States deepened, General Secretary Xi declared that the CCP was now engaged in a "New Long March" and must prepare for a protracted, multidecade confrontation with Washington and its allies. At home, the CCP expanded its campaign of indoctrination and repression against Uyghurs, Tibetan Buddhists, Hui Muslims, Christians, and other religious groups and individuals the CCP considers to be politically unreliable.

Beijing also took new steps in 2019 to advance the aggressive approach to foreign and security policy it has taken in recent years. In the Indo-Pacific region, Beijing used displays of military force to intimidate its neighbors while applying informal economic sanctions against countries making decisions contrary to its interests. China also continued its efforts to influence or interfere with other countries' political processes as well as global perceptions of its rise, including through United Front covert propaganda and co-optation activities, the targeting of U.S. and other foreign universities and media, arbitrary detentions of foreign citizens, and the export of censorship and surveillance technologies. Beijing also sought to shore up ties with key partners, such as North Korea and Iran, while growing its influence across the Western Hemisphere, Africa, and the Middle East.

The U.S.-China relationship deteriorated significantly over the past year as both sides blamed the other for issues such as the breakdown in trade negotiations and militarization of the South China Sea. Beijing's views of the United States hardened as Chinese leaders took few meaningful steps to address issues of concern raised by Washington and Chinese state media intensified anti-U.S. propaganda. Meanwhile, the U.S. government increased its efforts to curb China's influence and espionage activities in academic and commercial settings.

### Key Findings

- In 2019, Beijing declared in unambiguous terms its intent to revise and reorder the international system in ways more befitting its national interests and repressive vision of governance. In a series of national addresses, Chinese leaders suggested the CCP viewed its "historic mission" as being not only to govern China, but also to profoundly influence global governance. The CCP took new steps to promote itself abroad as a model worthy of emulation, casting its political system and approach to economic development as superior alternatives to that of the United States and other democratic countries.

- Chinese leaders took a more strident tone in their discussion of military affairs, reinforcing a sense of urgency in the PLA's preparations for a potential military conflict while indicating Beijing's intent to position the PLA as a globally-oriented

4

military force. General Secretary Xi urged the PLA to make preparations for a possible conflict with the "powerful enemy adversary"—a phrase the CCP uses to refer to the United States—central to its modernization and training efforts.

- Despite signs of outward confidence, CCP leadership also revealed a growing unease over the mounting external resistance to its ambitions, which it viewed as threatening its objectives abroad and rule at home. In response to these challenges, the CCP deepened its control over the Chinese government and Chinese society and stepped up an ideological and nationalistic messaging campaign instructing key groups to "win the ideological war" against Western and other democratic countries.

- China continued its efforts to coerce or interfere in the domestic affairs of countries acting in ways contrary to its interests, detaining foreign citizens and carrying out an extensive influence campaign targeting foreign universities, media, and the Chinese diaspora. Beijing also expanded its global promotion of the Belt and Road Initiative (BRI), increasing military cooperation and exporting its censorship and surveillance technologies to countries under BRI auspices.

- In the Indo-Pacific region, China made new use of "gray zone" activities and military intimidation of its neighbors to secure its expansive sovereignty claims. Military tensions between China and Japan persisted in the East China Sea despite attempts by both countries to reset bilateral relations, while an annual poll of respondents in Southeast Asian countries found that fewer than one in ten saw China's regional influence as benign.

- The U.S.-China relationship grew markedly more confrontational as tensions increased over political, economic, and security issues and polls reflected a significant drop in the U.S. public's favorability toward China. Chinese leaders showed few signs of willingness to compromise on issues raised by Washington.

## Chapter 2: Beijing's Internal and External Challenges

The CCP faces a number of significant internal and external challenges as it seeks to ensure its hold on power while sustaining economic growth, maintaining control at home, and advancing its regional and increasingly global ambitions. Despite a lengthy campaign to clean up its ranks, the CCP has growing concerns over widespread corruption, weakened control and cohesion, and ideological decay. Chinese policymakers credit their state-led economic model for the country's rapid growth, but the contradictions in China's approach are increasingly apparent as it faces a struggling private sector, high debt levels, and a rapidly-aging population. China remains deeply dependent on foreign technology and vulnerable to supply chain disruption, but is pouring vast amounts of resources toward encouraging domestic innovation.

Externally, BRI has come under growing international skepticism over China's opaque lending practices, accusations of corruption, and encroachment on host countries' sovereignty. CCP leaders are also worried about the PLA's lack of recent warfighting experience and

5

have long harbored concerns about the loyalty, capabilities, and responsiveness of their security forces. Furthermore, Beijing's military modernization efforts, coercion of its neighbors, and interference in other countries' internal affairs have generated global apprehension about its geopolitical ambitions.

China's leadership is acutely aware of these challenges and is making a concerted effort to overcome them. Ultimately, the extent to which Beijing can address these vulnerabilities affects its ability to contest U.S. leadership and carve out a place for its own model of global governance. In the economic realm, Beijing's commitment to its state-led economic model likely will prolong U.S.-China trade frictions and worsen China's domestic challenges. Chinese leaders' concerns over the PLA's readiness for war will continue to influence their willingness to initiate a conflict that could prompt the intervention of a modern, capable adversary such as the United States, at least in the near term. Finally, General Secretary Xi's consolidation of power has created a dangerous echo chamber for decision making, which could lead to domestic policy missteps and complicate U.S.-China relations during times of heightened tensions or crisis.

### *Key Findings*

- The CCP is facing internal and external challenges as it attempts to maintain power at home and increase its influence abroad. China's leadership is acutely aware of these challenges and is making a concerted effort to overcome them.

- The CCP perceives Western values and democracy as weakening the ideological commitment to China's socialist system of Party cadres and the broader populace, which the Party views as a fundamental threat to its rule. General Secretary Xi has attempted to restore the CCP's belief in its founding values to further consolidate control over nearly all of China's government, economy, and society. His personal ascendancy within the CCP is in contrast to the previous consensus-based model established by his predecessors. Meanwhile, his signature anti-corruption campaign has contributed to bureaucratic confusion and paralysis while failing to resolve the endemic corruption plaguing China's governing system.

- China's current economic challenges include slowing economic growth, a struggling private sector, rising debt levels, and a rapidly-aging population. Beijing's deleveraging campaign has been a major drag on growth and disproportionately affects the private sector. Rather than attempt to energize China's economy through market reforms, the policy emphasis under General Secretary Xi has shifted markedly toward state control.

- Beijing views its dependence on foreign intellectual property as undermining its ambition to become a global power and a threat to its technological independence. China has accelerated its efforts to develop advanced technologies to move up the economic value chain and reduce its dependence on foreign technology, which it views as both a critical economic and security vulnerability.

6

- China's senior leaders are concerned over perceived shortfalls in the PLA's warfighting experience and capabilities and its failure to produce an officer corps that can plan and lead. These concerns undermine Chinese leaders' confidence in the PLA's ability to prevail against a highly-capable adversary. The CCP has also long harbored concerns over the loyalty and responsiveness of the PLA and internal security forces to Beijing and the potential for provincial officials to co-opt these forces to promote their own political ambitions.

- China's BRI faces growing skepticism due to concerns regarding corruption, opaque lending practices, and security threats. However, this criticism has not been followed by an outright rejection of BRI because significant infrastructure gaps persist globally and China has few competitors in infrastructure financing.

- Beijing's military modernization efforts, coercion of its neighbors, and interference in other countries' internal affairs have generated resistance to its geopolitical ambitions. Countries in the Indo-Pacific and outside the region are accelerating their military modernization programs, deepening cooperation, and increasing their military presence in the region in an attempt to deter Beijing from continuing its assertive behavior.

## Chapter 3: U.S.-China Competition

### Section 1: U.S.-China Commercial Relations

Chinese firms operate with far greater freedom in the United States than U.S. firms are permitted in China. The lack of reciprocity in market access, investment openness, regulatory treatment, and other areas have led to an environment where U.S. companies are disadvantaged in China's domestic market. Protected in their domestic market, Chinese companies are increasingly empowered to compete in third country markets. For this reason, many U.S. companies with operations in China, historically supportive of deepening engagement, have grown increasingly pessimistic about their ability to expand and participate in the Chinese market. The Chinese government's inbound foreign direct investment (FDI) regime has restricted foreign entry into some segments of the Chinese market, such as cloud computing and e-commerce. For high-priority sectors, China's government has made market entry conditional on transfer of technology and other concessions from U.S. and other foreign companies.

Much analysis has been done on Chinese FDI and capital raising in the United States, but little is known about Chinese companies' U.S. operations, governance, and impact on the broader U.S. economy. Chinese FDI in the United States peaked in 2016 and has subsequently fallen. By comparison, Chinese venture capital (VC) investment has not fallen as significantly. U.S. policymakers remain concerned about VC investment that might be directed by the Chinese government, as access to early-stage technologies could put U.S. national security and economic competitiveness at risk.

Beyond FDI, many Chinese companies raise capital on U.S. financial markets. Because Chinese companies frequently list in the United States using a variable interest entity, investments in U.S.-listed

7

Chinese companies are inherently risky, in part because the variable interest entity structure has been ruled unenforceable by China's legal system. The lack of disclosure by and oversight of U.S.-listed Chinese companies opens the door to adverse activities, such as insider trading, accounting fraud, and corporate governance concerns that could put U.S. investors, including pension funds, at risk.

### *Key Findings*

- The nature of Chinese investment in the United States is changing. While Chinese FDI in the United States fell in 2018, VC investment in cutting-edge sectors has remained more stable. Broad trends in FDI from China mask VC investment. While lower than FDI, VC investment from Chinese entities could have more impact as it has prioritized potentially sensitive areas, including early-stage advanced technologies. This sustained Chinese investment raises concern for U.S. policymakers, as Beijing has accelerated its comprehensive effort to acquire a range of technologies to advance military and economic goals.

- U.S. laws, regulations, and practices afford Chinese companies certain advantages that U.S. companies do not enjoy. Chinese firms that raise capital on U.S. stock markets are subject to lower disclosure requirements than U.S. counterparts, raising risks for U.S. investors. The Chinese government continues to block the Public Company Accounting Oversight Board from inspecting auditors' work papers in China despite years of negotiations. As of September 2019, 172 Chinese firms were listed on major U.S. exchanges, with a total market capitalization of more than $1 trillion.

- China's laws, regulations, and practices disadvantage U.S. companies relative to Chinese companies. China's foreign investment regime has restricted and conditioned U.S. companies' participation in the Chinese market to serve industrial policy aims. In addition, recent reports by the American and EU Chambers of Commerce in China suggest technology transfer requests have continued unabated. Technology transfer requests continue to compromise U.S. firms' operations.

- Chinese firms' U.S. operations may pose competitive challenges if they receive below-cost financing or subsidies from the Chinese state or if they can import inputs at less than fair value. There are serious gaps in the data that prevent a full assessment of the U.S.-China economic relationship. Analysis of Chinese companies' participation in the U.S. economy is constrained by the absence of empirical data on companies' operations, corporate governance, and legal compliance.

### Section 2: Emerging Technologies and Military-Civil Fusion: Artificial Intelligence, New Materials, and New Energy

U.S. economic competitiveness and national security are under threat from the Chinese government's broad-based pursuit of leadership in artificial intelligence (AI), new materials, and new energy. Because these technologies underpin many other innovations, China's government has prioritized their development, aiming to en-

courage transfer of foreign technology and know-how, build national champions, and attain self-sufficiency. Beijing's enhanced program of military-civil fusion seeks to mobilize civilian technological advances in support of China's military modernization and spur broader economic growth and innovation by eliminating barriers between the commercial and defense sectors.

Chinese military planners view AI in particular as an advantage that could allow China to surpass U.S. military capabilities. In seeking to become the dominant manufacturer of new energy vehicles, Chinese firms have established control over substantial portions of the global lithium-ion battery supply chain. China's efforts to localize high-value industries that use new and advanced materials, particularly aerospace manufacturing, jeopardize critical U.S. exports and position China to develop and deploy commercial and military advances ahead of the United States.

Compared to past technological modernization efforts, China's current initiatives pose far greater challenges to U.S. interests. China's ability to capitalize on new technology has been enhanced by what it learned or stole from foreign firms. By creating complex and opaque ties between China's civilian institutions and its defense sector, military-civil fusion increases the risk that U.S. firms and universities may advance China's military capabilities while endangering future U.S. economic leadership.

China's industrial planners coordinate policy across China's economy to channel resources to targeted industries and spur demand for domestic products, harnessing the strengths of China's robust manufacturing base and a network of government-led investment funds, while disadvantaging foreign firms. Outside China's borders, the state is financing Chinese state-owned enterprises' acquisitions of leading foreign robotics, machine tooling, and other firms; promoting Chinese influence in international standards-setting bodies; and cultivating export markets for Chinese goods and services around the world.

### *Key Findings*

- China's government has implemented a whole-of-society strategy to attain leadership in AI, new and advanced materials, and new energy technologies (e.g., energy storage and nuclear power). It is prioritizing these focus areas because they underpin advances in many other technologies and could lead to substantial scientific breakthroughs, economic disruption, enduring economic benefits, and rapid changes in military capabilities and tactics.

- The Chinese government's military-civil fusion policy aims to spur innovation and economic growth through an array of policies and other government-supported mechanisms, including venture capital funds, while leveraging the fruits of civilian innovation for China's defense sector. The breadth and opacity of military-civil fusion increase the chances civilian academic collaboration and business partnerships between the United States and China could aid China's military development.

- China's robust manufacturing base and government support for translating research breakthroughs into applications allow it

9

to commercialize new technologies more quickly than the United States and at a fraction of the cost. These advantages may enable China to outpace the United States in commercializing discoveries initially made in U.S. labs and funded by U.S. institutions for both mass market and military use.

- *Artificial intelligence:* Chinese firms and research institutes are advancing uses of AI that could undermine U.S. economic leadership and provide an asymmetrical advantage in warfare. Chinese military strategists see AI as a breakout technology that could enable China to rapidly modernize its military, surpassing overall U.S. capabilities and developing tactics that specifically target U.S. vulnerabilities.

- *New materials:* Chinese firms and universities are investing heavily in building up basic research capabilities and manufacturing capacity in new and advanced materials, including through acquisition of overseas firms, talent, and intellectual property. These efforts aim to close the technological gap with the United States and localize production of dual-use materials integral to high-value industries like aerospace. They could also enable China to surpass the United States in applying breakthrough discoveries to military hardware.

- *Energy storage:* China has quickly built up advanced production capacity in lithium-ion batteries and established control over a substantial portion of the global supply chain, exposing the United States to potential shortages in critical materials, battery components, and batteries. China's heavily subsidized expansion in lithium-ion batteries will likely lead to excess capacity and drive down global prices. If Chinese producers flood global markets with cheaper, technologically inferior batteries, it would jeopardize the economic viability of more innovative energy storage technologies currently under development in the United States.

- *Nuclear power:* China is positioning itself to become a leader in nuclear power through cultivating future nuclear export markets along the BRI, particularly in sub-Saharan Africa, and attracting advanced nuclear reactor designers to build prototypes in China.

## Section 3: Growing U.S. Reliance on China's Biotech and Pharmaceutical Products

China is the largest producer of active pharmaceutical ingredients (APIs) in the world, and millions of U.S. consumers take life-saving drugs that contain ingredients made in China, even if the finished drugs themselves are not made in China. There are serious deficiencies in health and safety standards in China's pharmaceutical sector, and inconsistent and ineffective regulation by China's government. Nevertheless, U.S. imports of these health products—either directly from China or indirectly through companies in third countries—continue to increase. As the largest source of fentanyl, China also plays a key role in the ongoing U.S. opioid epidemic. Beijing's weak regulatory and enforcement regime allows chemical and pharmaceutical manufacturers to export dangerous controlled and uncontrolled substances.

10

U.S. consumers, including the U.S. military, are reliant on drugs or active ingredients sourced from China, which presents economic and national security risks, especially as China becomes more competitive in new and emerging therapies. The Chinese government is investing significant resources into the development of biotechnology products and genomics research, accumulating private and medical data on millions of U.S. persons in the process. The Chinese government also encourages mergers and acquisitions—as well as venture capital investments—in U.S. biotech and health firms, leading to technology transfer that has enabled the rapid development of China's domestic industry. U.S. health and biotech firms in China, meanwhile, continue to face regulatory and other market barriers. While the Chinese government has taken steps in recent years to streamline regulatory procedures and allow foreign medical products to enter the market more quickly, concerns remain over China's weak commitment to protecting intellectual property rights and willingness to favor domestic providers of health products.

### *Key Findings*

- China is the world's largest producer of APIs. The United States is heavily dependent on drugs that are either sourced from China or include APIs sourced from China. This is especially true for generic drugs, which comprise most prescriptions filled in the United States. Drug companies are not required to list the API country of origin on their product labels; therefore, U.S. consumers may be unknowingly accepting risks associated with drugs originating from China.

- The Chinese government has designated biotechnology as a priority industry as a part of its 13th Five-Year Plan and the Made in China 2025 initiative. The development of China's pharmaceutical industry follows a pattern seen in some of its other industries, such as chemicals and telecommunications, where state support promotes domestic companies at the expense of foreign competitors.

- China's pharmaceutical industry is not effectively regulated by the Chinese government. China's regulatory apparatus is inadequately resourced to oversee thousands of Chinese drug manufacturers, even if Beijing made such oversight a greater priority. This has resulted in significant drug safety scandals.

- The U.S. Food and Drug Administration (FDA) struggles to guarantee the safety of drugs imported from China because of the small number of FDA inspectors in country, the large number of producers, the limited cooperation from Beijing, and the fraudulent tactics of many Chinese manufacturers. Because of U.S. dependency on China as a source of many critical drugs, banning certain imports due to contamination risks creating drug shortages in the United States.

- As a result of U.S. dependence on Chinese supply and the lack of effective health and safety regulation of Chinese producers, the American public, including its armed forces, are at risk of exposure to contaminated and dangerous medicines. Should Beijing opt to use U.S. dependence on China as an economic

11

weapon and cut supplies of critical drugs, it would have a serious effect on the health of U.S. consumers.

- Lack of data integrity in China presents challenges for U.S. and Chinese health regulators. In 2016, the China Food and Drug Administration investigated 1,622 drug clinical trial programs and canceled 80 percent of these drug applications after it found evidence of fraudulent data reporting and submissions of incomplete data, among other problems.

- China places great emphasis on genomic and other health-related data to enhance its biotech industry. Domestically, China established national and regional centers focused on big data in health and medicine. Investment and collaborations in the U.S. biotech sector give Chinese companies access to large volumes of U.S. medical and genomic data, but U.S. companies do not get reciprocal access.

- Foreign firms continue to face obstacles in China's health market. These obstacles include drug regulatory approval delays, drug pricing limitations, reimbursement controls, and intellectual property theft. U.S. companies must also compete with Chinese drug companies that introduce generic products or counterfeit drugs to the Chinese market shortly after a foreign patented drug is introduced.

- China is the largest source of fentanyl, a powerful synthetic opioid, in the United States. Although the Chinese government made multiple commitments to curtail the flow of illicit fentanyl to the United States, it has failed to carry out those commitments.

## Chapter 4: China's Global Ambitions

### Section 1: Beijing's "World-Class" Military Goal

In remarks before the CCP's 19th National Congress in October 2017, General Secretary Xi pledged to build the PLA into a "world-class" force by the middle of the 21st century. This milestone established a timeline for and helps define the goal of the CCP's sweeping ambition for growing China's military power—what General Secretary Xi declared shortly after assuming power in 2012 as China's "Strong Military Dream." This force would support the CCP's efforts to place China at the center of world affairs.

Beijing has instructed the PLA to remain primarily focused on a potential conflict with Taiwan, but has also directed the force to increase preparations for conflicts elsewhere around China's periphery, including with the United States, Japan, India, and other countries in the region. At the same time, it has given the PLA guidance to increase its operations beyond the Indo-Pacific region. One goal of this strategy is to defend China's overseas interests, which Beijing describes as being "crucial" and in recent years has elevated to a similar level of importance for the PLA as defending China's own territory. Another of Beijing's goals is to increase the difficulty the United States would face in intervening in a regional conflict.

Beijing's ambition to develop the PLA into a world-class force will create challenges for the United States and its allies and part-

ners. It would increase the confidence of Chinese leaders to employ the PLA to coerce China's neighbors into forfeiting their territorial claims and other sovereign interests. A military that is truly world-class in technology, training, and personnel would likely also allow China to prevail in a military conflict with any regional adversary. Moreover, Beijing could decide to initiate a military conflict even if it calculated the United States would intervene due to its confidence it would be able to effectively deter or defeat intervening U.S. military forces. Beyond armed conflict, a more robust overseas military presence will provide Beijing additional tools to support and influence countries around the world that pursue policies injurious to U.S. interests.

### *Key Findings*

- In 2017, Beijing announced its goal to build the PLA into a world-class military, overcoming remaining shortfalls in the force's capabilities to establish China firmly among the ranks of the world's leading military powers. This objective is guided by CCP leaders' view that China is approaching the "world's center stage" and represents the military component of a multi-faceted goal to establish China's leading global position in every important element of national power.

- Beijing views a world-class PLA as achieving parity in strength and prestige with the world's other leading militaries, especially with the U.S. armed forces, and being capable of preventing other countries from resisting China's pursuit of its national goals. Deterring outside intervention will be especially important in the Indo-Pacific region, where China aims to resolve territorial disputes with a number of important U.S. allies and partners—including through the use of military force if necessary—but will also extend to China's overseas interests.

- Once focused on territorial defense, China's military strategy has evolved in recent years to encompass a concept PLA strategists refer to as "forward defense," which would create greater strategic depth by extending China's defensive perimeter as far as possible from its own shores. China is developing key capabilities necessary for force projection centered on a sophisticated blue-water navy that Chinese naval leadership plans to use to combat the U.S. Navy in the far seas.

- To support this strategy, Beijing is expanding its military presence inside and beyond the Indo-Pacific, including by building a network of overseas "strategic strongpoints" consisting of military bases and commercial ports that can support military operations. China established its first permanent overseas military presence in Djibouti in 2017 and Argentina in 2018, and reportedly has reached an agreement for the PLA to operate from a naval base in Cambodia. The PLA is increasingly training and fielding capabilities for expeditionary operations, including by developing a third aircraft carrier and improving its amphibious assault capabilities.

- The PLA continues to prioritize the modernization of its maritime, air, information warfare, and long-range missile forces,

13

and is developing or has fielded cutting-edge capabilities in space, cyberspace, hypersonics, electronic warfare, and AI. Beijing is attempting to establish a leading position in the next global "revolution in military affairs" and is employing its "military-civil fusion" strategy to gain advantage in key emerging technologies. U.S. companies that partner with Chinese technology firms may be participants in this process.

- Notwithstanding its long-held policy of maintaining a "minimal nuclear deterrent," Beijing is growing, modernizing, and diversifying its nuclear arsenal and delivery systems. China doubled the size of its nuclear arsenal over the last decade and U.S. officials estimate it will double it again in the next decade, while Beijing has increased the readiness and improved the accuracy of its nuclear forces.

- China continues to devote ample financial resources to its military modernization, with its officially-reported defense budget ranking second only to the United States since 2002. China's overall defense spending has seen a nearly eight-fold increase over the past two decades, dwarfing the size and growth rate of other countries in the Indo-Pacific.

## Section 2: An Uneasy Entente: China-Russia Relations in a New Era of Strategic Competition with the United States

China-Russia relations have strengthened considerably over the last decade in the face of what both countries perceive to be an increasingly threatening external environment. Beijing and Moscow believe the United States and the international liberal order pose a threat to their regime survival and national security. At the same time, they view the United States and other democracies as in decline and see an opportunity to expand their geopolitical influence at the expense of Washington and its allies. The two countries frame their relationship as the best it has ever been, but insist that it is not an alliance. However, China and Russia's common expectation of diplomatic support in a dispute, shared antipathy to democratic values, opposition to the U.S. alliance system, and deepening diplomatic and military cooperation have already begun to challenge U.S. interests around the globe.

Nevertheless, Russia chafes at being a weaker partner in this relationship and fears becoming a mere "raw materials appendage" of China. Already scarred by historical enmity, the China-Russia relationship remains constrained by divergence over key national interests including differing stances on territorial disputes and partnerships with countries regarded as rivals by the other. Each country also harbors concerns over the potential military and geopolitical threat posed by the other. Finally, China's growing influence in regions Russia perceives as its traditional sphere of influence—such as Central Asia and the Arctic—complicates the creation of a formal alliance.

Despite their differences, Moscow and Beijing work either independently or together to counter the United States and erode the values underpinning U.S. global leadership. China and Russia's use of influence operations, cyberwarfare, and disinformation have the potential to destabilize the United States and democracies around the world. Moreover, coordinated Sino-Russian military activity has

14

created new security challenges for the United States and its allies. Russian sales of advanced military technology to China have bolstered PLA capabilities, while combined exercises have sought to improve interoperability. Coordinated military activity between both countries in a single theater or separate theaters could test the ability of the United States and its allies to respond. One country's success in pursuing its interests in opposition to the United States may also embolden the other to take similar actions.

### *Key Findings*

- China and Russia both object to the current international order and the interests it promotes, including human rights, democracy, and a rules-based economic system that imposes on them obligations they wish to evade. Both countries see the values of that order as a threat to their authoritarian models and view the United States as the leader and primary defender, along with its alliance networks, of that order. Based on that common perception and their mutual interest in opposing the United States and its allies, an entente between China and Russia has emerged in recent years as the two have increased their diplomatic, military, and economic cooperation.

- China and Russia perceive threats to their regime security emanating from democracy movements—which they allege are "color revolutions" instigated by the United States—and from the free, open internet. Both countries seek to combat these challenges by interfering in democratic countries' political processes and jointly championing the idea that the internet should be subject to sovereign states' control. The two countries have also coordinated efforts to act as a counterweight to the United States by supporting rogue or authoritarian regimes and opposing U.S.-led votes in the UN Security Council. More broadly, China and Russia's promotion of norms conducive to authoritarianism aims to subvert key elements of the international order.

- Beijing and Moscow's view that the United States and its allies are in decline has emboldened both countries to take more assertive action in their regions in ways inimical to U.S. interests. These actions include military and paramilitary activities pursued separately by China and Russia that threaten the sovereignty of their neighbors as well as coordinated activity that creates new challenges for the United States and its allies in responding to combined Sino-Russian military operations.

- China and Russia's trade in oil and gas is an important avenue by which both countries circumvent U.S. tariffs and international sanctions. Russia is China's top source of imported oil, and is poised to become a major provider to China of natural gas over the next decade. Major energy deals and high-level contacts serve to soften the blow of sanctions and tariffs on both countries' products, while signaling that China and Russia can rely on each other if alienated by the United States and other countries.

- Nonetheless, the China-Russia relationship remains scarred by historical enmity and constrained by Moscow's concerns over its

15

increasingly subordinate role in the partnership. Divergence in key national interests, such as different stances on territorial disputes and support for regional rivals, further limits bilateral cooperation. Each country also harbors concerns over the potential military and geopolitical threat posed by the other. Moreover, China's growing influence in regions Russia perceives as its traditional sphere of influence—such as Central Asia and the Arctic—complicates the creation of a formal alliance.

## Section 3: China's Ambitions in Space: Contesting the Final Frontier

China's government and military are determined to meet ambitious goals for space leadership, if not dominance, and China has connected its space program with its broader ambitions to become a terrestrial leader in political, economic, and military power. Beijing aims to establish a leading position in the future space-based economy and capture important sectors of the global commercial space industry, including promoting its space industry through partnerships under what it has termed the "Space Silk Road." Meanwhile, China has jumpstarted its domestic space industry by engaging in an extensive campaign of intellectual property theft, generous state support to commercial startups, and predatory pricing for Chinese space services in the global space market. Beijing has also used front companies to invest in U.S. space companies as part of its efforts to acquire U.S. technology by both licit and illicit means, while Chinese universities involved in developing space-related technology for the PLA have proactively pursued research collaboration with U.S. and other foreign universities.

China has aggressively pursued the development of counterspace weapons, which are inherently destabilizing. Chinese strategic writings on space warfare also appear to favor dangerously escalatory offensive tactics, raising concerns about whether it is possible to deter China from attacking U.S. space assets. China believes space is a "new commanding height in strategic competition" and views seizing dominance in space as a priority in a conflict. Beijing has also fought to promote its leadership role in international space governance institutions and indicated it may extend its vision of governance and sovereignty to outer space.

The United States retains many advantages in space, such as its international partnerships and its organizational and technical expertise, and China is in some ways attempting to follow in the footsteps of past U.S. achievements. Still, China's single-minded focus and national-level commitment to establishing itself as a global space leader harms other U.S. interests and threatens to undermine many of the advantages the United States has worked so long to establish. China is well-positioned to assume a commanding role in a future space-based economy, as its steps to dominate the global commercial launch and satellite sectors through generous subsidies and other advantages have already threatened to hollow out the U.S. space industrial base. Should the China Space Station proceed as planned and the International Space Station be retired, China may also replace the United States as many countries' default partner in human spaceflight.

16

*Key Findings*

- China's goal to establish a leading position in the economic and military use of outer space, or what Beijing calls its "space dream," is a core component of its aim to realize the "great rejuvenation of the Chinese nation." In pursuit of this goal, China has dedicated high-level attention and ample funding to catch up to and eventually surpass other spacefaring countries in terms of space-related industry, technology, diplomacy, and military power. If plans hold to launch its first long-term space station module in 2020, it will have matched the United States' nearly 40-year progression from first human spaceflight to first space station module in less than 20 years.

- China views space as critical to its future security and economic interests due to its vast strategic and economic potential. Moreover, Beijing has specific plans not merely to explore space, but to industrially dominate the space within the moon's orbit of Earth. China has invested significant resources in exploring the national security and economic value of this area, including its potential for space-based manufacturing, resource extraction, and power generation, although experts differ on the feasibility of some of these activities.

- Beijing uses its space program to advance its terrestrial geopolitical objectives, including cultivating customers for BRI, while also using diplomatic ties to advance its goals in space, such as by establishing an expanding network of overseas space ground stations. China's promotion of launch services, satellites, and the Beidou global navigation system under its Space Silk Road is deepening participants' reliance on China for space-based services.

- China is taking steps to establish a commanding position in the commercial launch and satellite sectors relying in part on aggressive state-backed financing that foreign market-driven companies cannot match. China has already succeeded in undercutting some U.S. and other foreign launch and satellite providers in the international market, threatening to hollow out these countries' space industrial bases.

- The emergence of China's indigenous space sector has been an early and notable success of Beijing's military-civil fusion strategy. The aggressive pursuit of foreign technology and talent gained through joint research and other means, especially from the United States and its allies and partners, continues to be central to this strategy and to China's space development goals in general.

- The Chinese government and military use Hong Kong-based companies to exploit legal loopholes and uneven enforcement in U.S. export controls to gain access to space capabilities which U.S. law prohibits Beijing from purchasing outright. Collaboration with foreign universities, including in the United States, is another important avenue in China's drive to acquire space technology. Chinese students enrolled in foreign science, technology, engineering, and mathematics programs are treated like

17

employees of China's defense industrial base, with defense enterprises regularly funding their studies in return for service commitments following graduation.

- China views space as a critical U.S. military and economic vulnerability, and has fielded an array of direct-ascent, cyber, electromagnetic, and co-orbital counterspace weapons capable of targeting nearly every class of U.S. space asset. The PLA has also developed doctrinal concepts for the use of these weapons encouraging escalatory attacks against an adversary's space systems early in a conflict, threatening to destabilize the space domain. It may be difficult for the United States to deter Beijing from using these weapons due to China's belief the United States has a greater vulnerability in space.

## Section 4: Changing Regional Dynamics: Oceania and Singapore

China aims to replace the United States as a leading security and economic power in the Indo-Pacific region. While most countries in the region are aware of the risks posed by Beijing's increased assertiveness, they have struggled to effectively respond, due in part to a desire to continue benefiting from economic engagement with China.

Australia, a steadfast U.S. ally, maintains economic ties with China even as concern over Beijing's interference in its domestic politics has increased. As Australia's top trading partner, China wields significant economic leverage over Australia, which it has used during diplomatic disputes. Canberra has passed laws to address foreign political interference and economic espionage and is trying to address China's interference in Australian universities, but progress has been mixed. It has also taken measures to prevent Chinese investment in Australia's infrastructure that could harm Australia's national interest, while launching its largest military modernization effort since the Cold War to respond to China's growing military threat.

In recent years, Beijing has increased outreach to the Pacific Islands due to the region's strategic significance and voting power in the UN. Beijing's efforts have won it political support, including establishing diplomatic relations this year with the Solomon Islands and Kiribati, previously two of Taiwan's remaining diplomatic partners. Nevertheless, some South Pacific policymakers have grown concerned Chinese engagement could overwhelm these small countries and result in an excessive accumulation of debt to Beijing. China has also sought to raise its military profile in the Pacific Islands, while Australia and the United States have increased their engagement in the region in response to China's advances.

Singapore has pursued close relationships with both the United States and China while attempting to protect its autonomy in foreign affairs rather than side exclusively with either country. It remains dedicated to its relationship with the United States, as exemplified by its robust economic and security ties. At the same time, Beijing seeks a closer economic and military relationship with Singapore. Rhetorical commitment to greater security ties with China, as well as its role as a financial hub for China's BRI, demonstrates the challenges Singapore faces in hedging between the United States and China.

18

Beijing has benefited from popular conceptions that China is the most important economic partner to these Indo-Pacific countries, even as U.S. investment exceeds that from China. While Indo-Pacific countries understand the importance of the United States' continued presence, China's increasing influence threatens to alter the trajectory of U.S. relations with these countries absent strong U.S. involvement in the region.

### *Key Findings*

- Beijing has used economic coercion, acquired strategically-significant assets, and interfered in the domestic politics of neighboring countries to advance its interests in the Indo-Pacific region. China seeks closer engagement with its neighbors not only for economic gain but also to gain influence over their decision making to eventually achieve regional dominance and replace the United States as a vital economic partner and preeminent regional security guarantor.

- Some targeted countries are becoming increasingly aware of these risks and are taking steps to respond to China's political interference and growing military strength. Still, countries have struggled to formulate comprehensive and effective responses.

- Australia wants to maintain positive economic ties with China, but is also wary of Beijing's increasing regional assertiveness and outright interference in Australia's political affairs. Its steps to mitigate the risks of engagement with China, including tightening foreign investment restrictions and cracking down on political interference, have had mixed success. The Australian business community still favors greater economic engagement with China while downplaying national security concerns.

- To address the growing military threat posed by China, Australia has launched its largest military modernization effort since the Cold War. Central to this effort are large-scale investments in new warships, submarines, and fighter aircraft. Australia is also standing up a new military unit dedicated to improving military coordination with Pacific Island countries and is working with the United States and Papua New Guinea to develop a naval base in the latter's territory, which will complement the already substantial U.S. military presence in Australia.

- China seeks engagement with the Pacific Islands to establish military access to the region, gain the benefit of these countries' voting power in the UN, undermine regional diplomatic support for Taiwan, and gain access to natural resources, among other goals. Pacific Island countries view China as a vital economic partner and source of infrastructure investment and aid, but some Pacific Island officials have expressed reservations about Beijing's increasing influence and presence in the region, particularly over growing indebtedness to China. As a result of China's growing inroads in the Pacific Islands, Australia has also increased its engagement in the region, though its efforts have also encountered some pushback.

19

- As a small country and regional economic hub, Singapore continues to work to maintain the balance between its relationships with the United States and China amid heightening U.S.-China tensions. Singapore is also concerned about China's attempts to undermine ASEAN's unity and its own ability to play a leading role in Southeast Asia. While Singapore remains a dedicated security partner of the United States, it also has close economic ties to China, including serving as an increasingly important financial and legal intermediary for BRI projects.

### Chapter 5: Taiwan

The Taiwan Relations Act, which set the foundation for ties between the United States and Taiwan following the United States' severing of diplomatic ties with the Republic of China (Taiwan), celebrated its 40th anniversary in 2019. In the 40 years since the Taiwan Relations Act's signing, Taiwan has become a thriving multiparty democracy. Taiwan has a robust civil society and rule of law that protects universal human rights, open public discourse, and a free and independent media. The vibrancy of Taiwan's democratic system is on display in the ongoing campaigns for the 2020 presidential and legislative elections. In addition to being a model of a successful democracy for the Indo-Pacific region, Taiwan has become an increasingly important economic and geostrategic partner for the United States.

Meanwhile, throughout 2019 Beijing adopted a more coercive policy toward Taiwan, seeking to isolate and intimidate Taipei into unification on Beijing's terms. In January 2019, General Secretary Xi delivered a major speech on Beijing's Taiwan policy in which he claimed that Taiwan's unification with the People's Republic of China was inevitable and indicated that the "one country, two systems" model was the only acceptable arrangement for unification. That model has been roundly rejected by the Taiwan public and multiple Taiwan presidential administrations.

In implementing its more coercive approach, Beijing sharply escalated its military, diplomatic, and economic pressure against Taiwan, including interfering in Taiwan's media to shape public opinion on China and cross-Strait relations. In the Taiwan Strait area, the PLA carried out a series of provocative operations not seen in 20 years, while Beijing enticed two more of Taiwan's remaining 17 diplomatic partners to switch recognition to Beijing. It also severely curtailed cross-Strait tourism flows by suspending all approvals for individual tourists to visit Taiwan. Beijing's multipronged pressure campaign limits Taipei's ability to fully engage with the international community and diversify its economy away from deep reliance on China.

The people of Taiwan are now observing Beijing's unification model unfold in Hong Kong, where millions of people are fighting for their civil liberties against an unbending authoritarian regime. Should Beijing succeed in coercing Taiwan into submitting to a similar unification agreement, it not only would damage U.S. national security interests but also could undermine the progress of democratic values and institutions in the region.

20

*Key Findings*

- In 2019, General Secretary Xi made clear his increasingly un-compromising stance toward Taiwan's independent status and sense of urgency regarding unification. Beijing intensified its multipronged campaign to coerce and isolate Taiwan, including by supporting Taiwan politicians Beijing finds palatable, while opposing and seeking to discredit those it does not, particularly Taiwan's elected government headed by President Tsai Ing-wen. Guided by this policy, Beijing redoubled its efforts to bypass Taiwan's central government by conducting negotiations with unelected political parties, groups, and individuals.

- The deliberate crossing of the Taiwan Strait median line by Chinese fighter aircraft in March 2019 was the first such cross-ing in 20 years and marked a sharp escalation in the military pressure Beijing has increasingly applied against Taipei since General Secretary Xi assumed power in 2012. China signaled that its intensifying campaign of military coercion had become official policy in a key policy document released in July 2019, while the continued growth of the PLA's capabilities and budget threatened to overturn any remaining semblance of cross-Strait military balance.

- As Beijing escalated diplomatic, economic, cultural, and polit-ical warfare against Taiwan, evidence emerged that it sought to influence Taiwan's November 2018 local elections, including through traditional Taiwan media and disinformation spread through social media to exacerbate social divisions and under-mine public confidence in the ruling Democratic Progressive Party government. Allegations that Beijing intervened on be-half of Taiwan presidential challenger Han Kuo-yu of the Na-tionalist Party (Kuomintang, or KMT) in his 2018 Kaohsiung mayoral campaign raised questions over whether it may be do-ing so again in the lead-up to Taiwan's presidential election in January 2020.

- The CCP adopted new tactics to leverage Taiwan media in sup-port of its political goals, with evidence building that Beijing has shaped coverage of cross-Strait relations and potentially Taiwan's presidential election through direct partnerships with some major Taiwan media outlets. These partnerships have in-cluded China's Taiwan Affairs Office commissioning stories and giving instructions to editorial managers.

- Concerns in Taiwan over Beijing's desired "one country, two systems" unification model for Taiwan were amplified by 2019's massive protest movement in Hong Kong, which is governed by the same model and has seen the autonomy the model promises steadily erode. Presidential contenders from both major political parties in Taiwan assailed the "one country, two systems" model as unacceptable for any future sovereign agreement between the two sides.

- Taiwan took a series of steps to enhance its military capabilities and implement its new Overall Defense Concept. These mea-sures included the island's largest increase in its defense budget

in more than a decade, breaking ground on the facility that will build Taiwan's indigenous submarines, allocating funding for the procurement of 60 new small fast-attack missile boats, and expediting production of new missile defense systems and mobile land-based antiship missile platforms.

- U.S.-Taiwan cooperation expanded into new areas as the United States took significant steps to support Taiwan, including the Trump Administration's approval of a landmark arms sale of new fighter aircraft to Taiwan, the first meeting between U.S. and Taiwan national security advisors since 1979, and a more assertive approach to U.S. Navy transits of the Taiwan Strait. However, talks under the Trade and Investment Framework Agreement have stalled since October 2016.

### Chapter 6: Hong Kong

In 2019, the Hong Kong government's controversial bill that would allow for extradition to mainland China sparked a historic protest movement opposing the legislation and the Mainland's growing encroachment on the territory's autonomy. Millions of Hong Kong citizens participated in unprecedented mass demonstrations against the bill, causing its formal withdrawal, paralyzing the Hong Kong government, and dealing a major blow to Beijing. In the face of the Hong Kong authorities' intransigence and growing police violence against demonstrators, the movement's demands expanded while protesters strengthened their resolve to achieve Beijing's long-delayed promise of credible democratic elections. The protesters declared that democratic elections are essential to a truly representative government.

Instead of heeding the movement's calls for the preservation of Hong Kong's "high degree of autonomy," the CCP has used numerous tools to try to quell the demonstrations, including economic coercion, disinformation, and the apparent encouragement of pro-Beijing thugs to attack protesters. Meanwhile, the Hong Kong government, backed by Beijing, took new steps to erode the territory's freedom of expression, press freedom, rule of law, and freedom of assembly, making the territory more like any other Chinese city. These moves are having a harmful effect on Hong Kong's attractiveness as one of the world's preeminent trade and financial hubs. Hong Kong acts as a unique conduit for investment flows between mainland China and global financial markets, a role underpinned by international confidence in the strength of its institutions and the rule of law.

U.S. policy toward Hong Kong, as outlined in the U.S.-Hong Kong Policy Act of 1992, underscores U.S. support for Hong Kong's human rights and democratization, and is predicated on the territory retaining its autonomy under the "one country, two systems" framework. Beijing's growing encroachment on Hong Kong's autonomy in violation of its legal commitments has thus raised serious concerns for U.S. policymakers. The future direction of Hong Kong—and with it U.S.-Hong Kong policy—will rest upon the outcome of the anti-extradition bill protest movement and the extent to which the Hong Kong government and Beijing respect the aspirations of Hong Kong citizens.

22

*Key Findings*

- The Hong Kong government's proposal of a bill that would allow for extraditions to mainland China sparked the territory's worst political crisis since its 1997 handover to the Mainland from the United Kingdom. China's encroachment on Hong Kong's autonomy and its suppression of prodemocracy voices in recent years have fueled opposition, with many protesters now seeing the current demonstrations as Hong Kong's last stand to preserve its freedoms. Protesters voiced five demands: (1) formal withdrawal of the bill; (2) establishing an independent inquiry into police brutality; (3) removing the designation of the protests as "riots;" (4) releasing all those arrested during the movement; and (5) instituting universal suffrage.

- After unprecedented protests against the extradition bill, Hong Kong Chief Executive Carrie Lam suspended the measure in June 2019, dealing a blow to Beijing which had backed the legislation and crippling her political agenda. Her promise in September to formally withdraw the bill came after months of protests and escalation by the Hong Kong police seeking to quell demonstrations. The Hong Kong police used increasingly aggressive tactics against protesters, resulting in calls for an independent inquiry into police abuses.

- Despite millions of demonstrators—spanning ages, religions, and professions—taking to the streets in largely peaceful protest, the Lam Administration continues to align itself with Beijing and only conceded to one of the five protester demands. In an attempt to conflate the bolder actions of a few with the largely peaceful protests, Chinese officials have compared the movement to "terrorism" and a "color revolution," and have implicitly threatened to deploy its security forces from outside Hong Kong to suppress the demonstrations.

- In 2019, assessment of press freedom fell to its lowest point since the handover, while other civil liberties protected by the Basic Law (Hong Kong's mini constitution), including freedom of expression and assembly, faced increasing challenges.

- Throughout 2019, the CCP stepped up its efforts to intervene in Hong Kong's affairs, using an array of tools to increase its influence in the territory, most clearly by co-opting local media, political parties, and prominent individuals. Beijing also used overt and covert means to intervene in Hong Kong's affairs, such as conducting a disinformation campaign and using economic coercion in an attempt to discredit and intimidate the protest movement. These efforts included alleging without evidence that U.S. and other foreign "black hands" were fomenting the protests; directing and organizing pro-Beijing legislators, businesses, media, and other influential individuals against the movement; allegedly encouraging local gangs and mainland community groups to physically attack protesters and prodemocracy figures; and conducting apparent cyberattacks against Hong Kong protesters' communications and a prodemocracy media outlet.

23

- Hong Kong has a unique role as a conduit between Chinese companies and global financial markets. As Chinese companies are increasingly represented in key benchmark indices, analysts anticipate greater capital flows from the United States and other countries into Chinese companies through the stock and bond Connect platforms between mainland exchanges and Hong Kong. However, due to diminished confidence resulting from the extradition bill proposal and subsequent fallout, some foreign businesses are reportedly considering moving their operations away from Hong Kong.

- Hong Kong's status as a separate customs territory, distinct from mainland China, is under pressure. U.S. and Hong Kong officials cooperate on enforcing U.S. export controls of dual-use technologies, though U.S. officials continue to raise concerns about diversion of controlled items. Beijing's more assertive imposition of sovereign control over Hong Kong undermines the "high degree of autonomy" that underwrites trust in the Hong Kong government's ability to restrict sensitive U.S. technologies from being diverted to mainland China.

24

## THE COMMISSION'S KEY RECOMMENDATIONS

The Commission considers 10 of its 38 recommendations to Congress to be of particular significance. The complete list of recommendations appears at the Report's conclusion on page 537.

The Commission recommends:

1. Congress enact legislation to preclude Chinese companies from issuing securities on U.S. stock exchanges if:

   • The Public Company Accounting Oversight Board is denied timely access to the audit work papers relating to the company's operations in China;

   • The company disclosure procedures are not consistent with best practices on U.S. and European exchanges;

   • The company utilizes a variable interest entity (VIE) structure;

   • The company does not comply with *Regulation Fair Disclosure*, which requires material information to be released to all investors at the same time.

2. Congress enact legislation stating that all provisions and the special status of Hong Kong included in the U.S.-Hong Kong Policy Act of 1992 will be suspended in the event that China's government deploys People's Liberation Army or People's Armed Police forces to engage in armed intervention in Hong Kong.

3. Congress enact legislation requiring the following information to be disclosed in all issuer initial public offering prospectuses and annual reports as material information to U.S. investors:

   • Financial support provided by the Chinese government, including: direct subsidies, grants, loans, below-market loans, loan guarantees, tax concessions, government procurement policies, and other forms of government support.

   • Conditions under which that support is provided, including but not limited to: export performance, input purchases manufactured locally from specific producers or using local intellectual property, or the assignment of Chinese Communist Party (CCP) or government personnel in corporate positions.

   • CCP committees established within any company, including: the establishment of a company Party committee, the standing of that Party committee within the company, which corporate personnel form that committee, and what role those personnel play.

   • Current company officers and directors of Chinese companies and U.S. subsidiaries or joint ventures in China who currently hold or have formerly held positions as CCP officials and/or Chinese government officials (central and local), including the position and location.

4. Congress hold hearings assessing the productive capacity of the U.S. pharmaceutical industry, U.S. dependence on Chinese pharmaceuticals and active pharmaceutical ingredients (APIs), and the ability of the U.S. Food and Drug Administration (FDA) to

25

guarantee the safety of such imports from China, with a view toward enacting legislation that would:

- Require the FDA to compile a list of all brand name and generic drugs and corresponding APIs that: (1) are not produced in the United States; (2) are deemed critical to the health and safety of U.S. consumers; and (3) are exclusively produced—or utilize APIs and ingredients produced—in China.

- Require Medicare, Medicaid, the U.S. Department of Veterans Affairs, the U.S. Department of Defense, and other federally funded health systems to purchase their pharmaceuticals only from U.S. production facilities or from facilities that have been certified by the FDA to be in compliance with U.S. health and safety standards and that actively monitor, test, and assure the quality of the APIs and other components used in their drugs, unless the FDA finds the specific drug is unavailable in sufficient quantities from other sources.

- Require the FDA, within six months, to investigate and certify to Congress whether the Chinese pharmaceutical industry is being regulated for safety, either by Chinese authorities or the FDA, to substantially the same degree as U.S. drug manufacturers and, if the FDA cannot so certify, forward to Congress a plan for protecting the American people from unsafe or contaminated drugs manufactured in China.

5. Congress require the relevant departments and agencies of jurisdiction—including the U.S. Department of the Treasury, the U.S. Department of Commerce, and the U.S. Securities and Exchange Commission—to prepare a report to Congress on the holdings of U.S. investors in Chinese bonds and other debt instruments. Such a report shall include information on the direct, indirect, and derivative ownership of any of these instruments.

6. Congress direct the National Space Council to develop a strategy to ensure the United States remains the preeminent space power in the face of growing competition from China and Russia, including the production of an unclassified report with a classified annex containing the following:

- A long-term economic space resource policy strategy, including an assessment of the viability of extraction of space-based precious minerals, onsite exploitation of space-based natural resources, and space-based solar power. It would also include a comparative assessment of China's programs related to these issues.

- An assessment of U.S. strategic interests in or relating to cislunar space.

- An assessment of the U.S. Department of Defense's current ability to guarantee the protection of commercial communications and navigation in space from China's growing counterspace capabilities, and any actions required to improve this capability.

26

- A plan to create a space commodities exchange to ensure the United States drives the creation of international standards for interoperable commercial space capabilities.
- A plan to streamline and strengthen U.S. cooperation with allies and partners in space.
- An interagency strategy to defend U.S. supply chains and manufacturing capacity critical to competitiveness in space.

7. Congress direct the U.S. Department of Justice to reestablish a higher education advisory board under the Federal Bureau of Investigation. In concert with the U.S. Department of Commerce's Bureau of Industry and Security, U.S. Department of Homeland Security, and U.S. Department of State, the higher education advisory board would convene semiannual meetings between university representatives and relevant federal agencies to review the adequacy of protections for sensitive technologies and research, identify patterns and early warning signs in academic espionage, assess training needs for university faculty and staff to comply with export controls and prevent unauthorized transfer of information, and share other areas of concern in protecting national security interests related to academic research.

8. Congress direct the U.S. secretary of state to submit to Congress a report on actions that have been and will be taken by the United States to counter Beijing's attempts to isolate Taiwan's democratically-elected leaders and to strengthen support for Taiwan's engagement with the international community, including actions the Administration will take should Beijing increase its coercion against Taiwan. The report should:

- List measures the U.S. government has taken and will take to expand interactions between U.S. and Taiwan government officials in accordance with the Taiwan Travel Act.
- Formulate a strategy to expand development aid and security assistance to countries that maintain diplomatic ties with Taiwan.
- Detail steps to expand multilateral collaboration involving Taiwan and other democracies to address global challenges, such as the Global Cooperation and Training Framework's workshops on epidemics, cybersecurity, and media literacy.

9. Congress direct the Office of the Director for National Intelligence to prepare a National Intelligence Estimate of China's and Russia's approaches to competition with the United States and revision of the international order. The assessment would consider the influence of both countries' ideologies on their foreign policies, including areas both of overlap and of divergence; potential "wedge issues" the United States might exploit; and the implications for the North Atlantic Treaty Organization of a two-front conflict involving both China and Russia.

10. Congress amend the U.S.-Hong Kong Policy Act of 1992 to direct the U.S. Department of State to develop a series of specific benchmarks for measuring Hong Kong's maintenance of a "high

27

degree of autonomy" from Beijing. Such benchmarks should em-
ploy both qualitative and quantitative measurements to eval-
uate the state of Hong Kong's autonomy in the State Depart-
ment's annual *Hong Kong Policy Act Report*.

135

duce products with core competitiveness, and [we] won't be beaten in intensifying competition."[106]

China's technology push under General Secretary Xi builds upon earlier efforts but differs in at least three key aspects: a greater emphasis on the strategic importance of reducing reliance on foreign core technologies, the critical role of private companies, and the mobilization of new funding channels.[107] According to Mr. Hirson, China's private technology companies * "rather than state-owned behemoths like China Telecom, represent China's 'national champions' in next generation areas."[108] China's major technology giants, including Baidu, Alibaba, and Tencent, have made large investments in AI and consumer internet and fintech industries.[109] Following the ZTE sanctions, Baidu, Alibaba, and Tencent each responded to Beijing's call for self-reliance by taking steps to support the development of the semiconductor industry in China.† [110] In recent months, China's technology sector has faced stepped-up government scrutiny and increased pressure to align with Party edicts after years of thriving under light regulation‡—a trend some analysts caution may undermine Beijing's national strategy for innovation driven development.[111]

*Addressing Shortfalls in Defense Technology*

Beijing is deeply concerned about its defense industry's capacity to independently innovate and develop the cutting-edge technologies it views as critical to what the CCP terms China's "core national power."[112] China has made great strides in key defense technologies related to cyber, space, advanced computing, and AI, and is a world leader in hypersonic weapons. Nevertheless, Beijing believes China is still lagging behind the United States, noting in its most recent defense white paper that China's military is "confronted by risks from technology surprise and a growing technological generation gap."[113] General Secretary Xi has demonstrated particular concern over shortfalls in China's technological capabilities, which he has described as the "root cause of [China's] backwardness."[114] China's defense industry continues to struggle to produce some high-end military components—such as advanced aircraft engines, guidance and control systems, and microprocessors—forcing Beijing to remain reliant on foreign technologies in these areas.[115] China continues to rely in particular on foreign innovation systems from the United States and Japan for the core technologies and talent it views as necessary to its national security.[116]

---

*In China, direct ownership is not the primary determinant of the government's ability to control a company's decision making; in other words, private companies can also be directed to carry out government objectives. As described by Curtis J. Milhaupt and Wentong Zheng, "Large, successful [Chinese] firms—regardless of ownership—exhibit substantial similarities in areas commonly thought to distinguish SOEs from [private companies]: market dominance, receipt of state subsidies, proximity to state power, and execution of the state's policy objectives." Curtis J. Milhaupt and Wentong Zheng, "Beyond Ownership: State Capitalism and the Chinese Firm," *Georgetown Law Journal* 103 (2015): 665.

†For instance, in July 2018 Baidu unveiled its self-developed, high-end AI chip designed for autonomous vehicles and data centers. In September 2018, Alibaba established a semiconductor subsidiary to produce AI chips made for autonomous vehicles, smart cities, and smart logistics. Paul Triolo and Graham Webster, "China's Efforts to Build the Semiconductors at AI's Core," *New America*, December 7, 2018.

‡For example, in September 2019 Chinese state media reported that Hangzhou, a major technology hub in China, plans on assigning government officials to work with 100 local private companies, including Alibaba. Josh Horwitz, "China to Send State Officials to 100 Private Firms Including Alibaba," *Reuters*, September 23, 2019.

216

These plans and standards guidelines build on the progress of earlier policy initiatives to improve digital infrastructure. These initiatives have provided a technological foundation for quickly advancing AI subdomains.* For example, creating numerous cameras and sensors to monitor traffic conditions as part of China's smart cities development program now provides the data for urban management systems like Alibaba's City Brain in Hangzhou, which uses AI to monitor and redirect traffic to reduce congestion.[63]

*Industry Overview*

China has emerged as a leader in several subdomains of AI, in particular computer vision, digital lifestyle products (e.g., ride hailing and delivery applications), robotics, and speech recognition.[64] China is ahead of or on par with the United States in technologies that are poised for transformational growth from the application of AI, such as commercial and military strike-capable drones incorporating autonomous navigation.[65] China trails the United States in autonomous vehicle (AV) technology but is rapidly catching up.[66]

Many Chinese AI companies that appear most competitive vis-à-vis the United States are an outgrowth of the country's broad adaption of mobile internet and use of mobile applications,† which gives China's leading mobile platforms like Baidu, Alibaba, and Tencent unparalleled access to consumer data.[67] By contrast, China's advances in industrial robotics have been driven by extensive government support and overseas acquisitions,‡ as well as some spillover from major international robot manufacturers locating production facilities in China.[68]

Computer vision falls somewhere in between, with private funding responding to a demand created by government policy. Chinese image recognition startups outperform and are far better funded than international peers, but China's Ministry of Public Security is a primary customer for facial recognition in surveillance systems and the National Development and Reform Commission, an economic planning agency, has issued policy encouraging use of AI in facial recognition.[69] China's widespread use of surveillance applications of

---

*For instance, the white paper includes an appendix of ten applications of AI by Chinese companies to provide a template for different AI standards, but these technologies were in many cases supported by earlier industrial policies. In intelligent manufacturing, the white paper champions Haier's COSMOplat, a customizable manufacturing execution and supply chain management system that was developed under Made in China 2025. Standards Administration of China and China Electronic Standardization Institute, *White Paper on Artificial Intelligence Standardization* (人工智能标准化白皮书), January 2018, 96–98. Translation.

†China's mobile internet ecosystem developed with minimal competition from foreign firms due to mandated government monopolies in telecommunications, the Golden Shield Project (popularly known as the "Great Firewall") which prohibits access to popular foreign sites like Google and Facebook from within mainland China's borders, strict licensing requirements for provision of content over the internet, including via mobile applications, and increasingly demanding regulations on management of user data. Hugo Butcher Piat, "Navigating the Internet in China: Top Concerns for Foreign Businesses," *China Briefing*, March 12, 2019; Ashwin Kaja and Eric Carlson, "China Issues New Rules for Mobile Apps," *Inside Piracy*, July 1, 2016.

‡Chinese state-owned enterprises have concluded several major acquisitions of robotics and automation firms since Made in China 2025 encouraged closing China's technological gap through acquiring foreign firms, including Chinese air conditioner and refrigerator manufacturer Midea Group's acquisition of a majority stake in German robot maker Kuka AG, the world's largest producer of robots used in auto factories. U.S.-China Economic and Security Review Commission, *Hearing on Technology, Trade, and Military-Civil Fusion*, written testimony of Dan Coughlin, June 7, 2019, 4; Sun Congying, "Midea, Kuka Chase Automation Dreams with $1.6 Billion Park," *Caixin*, March 29, 2018; Sun Yuyao, "Overseas Mergers and Acquisitions: Chinese Manufacturing Integrates into the Global Industrial System (海外并购井喷 中国制造融入全球产业体系)," *Advanced Manufacturing Daily*, December 29, 2012.

217

AI is driven in large part by the absence of privacy protections and by government repression of ethnic groups.[70] For example, law enforcement agencies across China are deploying facial recognition to identify and track Uyghurs, a Muslim minority from northwestern Xinjiang Province.[71]

Both the government and private sector are substantial investors in China's AI. In their AI development plans, the municipal governments of Shanghai and Tianjin each pledge to invest $15 billion in AI, close to Google's parent Alphabet's $16.6 billion in global R&D expenditure during 2017.*[72] However, China's government guidance funds do not always raise or spend the money as planned due to a shortage of investors, inability to recruit qualified personnel to manage the funds, and lack of investment targets that meet the funds' investment criteria, among other reasons.[73] Nonetheless, in start-up funding, technology market research firm CB Insights estimates that Chinese companies (including Hong Kong-based companies) received 48 percent of global AI equity investment in 2017, ahead of the United States' 38 percent and up from 11 percent in 2016.[74] A handful of large foreign VC groups like Japanese conglomerate SoftBank and U.S. VC firm Sequoia are active investors in China's AI market.[75]

---

### China's AI "National Team"

In November 2017, China's Ministry of Science and Technology selected Baidu, Alibaba, and Tencent, as well as voice recognition firm iFlytek, to form a "National Team" charged with developing AI in a range of subdomains.†[76] According to the government plan, Baidu is to focus on autonomous driving, Alibaba is to focus on cloud computing and smart cities, Tencent is to focus on AI-powered medical diagnosis, and iFlytek is to continue working on voice intelligence.[77] Hong Kong-based facial recognition start-up SenseTime was subsequently tapped to focus on intelligent vision.[78]

In both design and execution, the national team approach differs from overt promotion of national champions.‡ None of the firms are state-owned and all had established capabilities in their assigned subdomains before being selected.[79] In some respects,

---

*Alphabet's financial disclosures do not distinguish investments in AI from other capabilities and products, but it is likely the world's largest corporate spender on AI. Alphabet Inc., *Form 10-K for the Fiscal Year Ended December 31, 2017*, February 5, 2018, 36; *Economist*, "Google Leads in the Race to Dominate Artificial Intelligence," December 7, 2017.

†Chinese agencies have occasionally designated a "national team" of companies with preexisting capabilities to focus on building up capacity in a particular field, such as the Ministry of Commerce's 2010 policy to support well-established brick and mortar retailers in developing e-commerce operations. Companies in a national team do not receive anticompetitive policy support to the extent of national champions and have more autonomy to pursue business avenues other than those directed by the government. U.S.-China Economic and Security Review Commission, *Hearing on Technology, Trade and Military-Civil Fusion*, written testimony of Jeffrey Ding, June 7, 2019, 8. Tencent Technology, "China's Ministry of Commerce's Support for Three Large Companies in the 'Ecommerce National Team' Revealed (商务部扶持电子商务"国家队"三大企业曝光)," *China Information Industry Network*, March 3, 2010. Translation.

‡National champions are large, often state-owned firms that advance state interests, whether to establish capacity in a new sector or become competitive internationally in a particular sector. Typically, they receive policy support to assist in advancing state objectives, including subsidies, tax credits, guaranteed market share or monopoly access in certain industries, and supportive regulation and financing to acquire or displace smaller competitors or vertically integrate within other functions of an industry.

216

These plans and standards guidelines build on the progress of earlier policy initiatives to improve digital infrastructure. These initiatives have provided a technological foundation for quickly advancing AI subdomains.* For example, creating numerous cameras and sensors to monitor traffic conditions as part of China's smart cities development program now provides the data for urban management systems like Alibaba's City Brain in Hangzhou, which uses AI to monitor and redirect traffic to reduce congestion.[63]

*Industry Overview*

China has emerged as a leader in several subdomains of AI, in particular computer vision, digital lifestyle products (e.g., ride hailing and delivery applications), robotics, and speech recognition.[64] China is ahead of or on par with the United States in technologies that are poised for transformational growth from the application of AI, such as commercial and military strike-capable drones incorporating autonomous navigation.[65] China trails the United States in autonomous vehicle (AV) technology but is rapidly catching up.[66]

Many Chinese AI companies that appear most competitive vis-à-vis the United States are an outgrowth of the country's broad adaption of mobile internet and use of mobile applications,† which gives China's leading mobile platforms like Baidu, Alibaba, and Tencent unparalleled access to consumer data.[67] By contrast, China's advances in industrial robotics have been driven by extensive government support and overseas acquisitions,‡ as well as some spillover from major international robot manufacturers locating production facilities in China.[68]

Computer vision falls somewhere in between, with private funding responding to a demand created by government policy. Chinese image recognition startups outperform and are far better funded than international peers, but China's Ministry of Public Security is a primary customer for facial recognition in surveillance systems and the National Development and Reform Commission, an economic planning agency, has issued policy encouraging use of AI in facial recognition.[69] China's widespread use of surveillance applications of

---

*For instance, the white paper includes an appendix of ten applications of AI by Chinese companies to provide a template for different AI standards, but these technologies were in many cases supported by earlier industrial policies. In intelligent manufacturing, the white paper champions Haier's COSMOplat, a customizable manufacturing execution and supply chain management system that was developed under Made in China 2025. Standards Administration of China and China Electronic Standardization Institute, *White Paper on Artificial Intelligence Standardization* (人工智能标准化白皮书), January 2018, 96–98. Translation.

†China's mobile internet ecosystem developed with minimal competition from foreign firms due to mandated government monopolies in telecommunications, the Golden Shield Project (popularly known as the "Great Firewall") which prohibits access to popular foreign sites like Google and Facebook from within mainland China's borders, strict licensing requirements for provision of content over the internet, including via mobile applications, and increasingly demanding regulations on management of user data. Hugo Butcher Piat, "Navigating the Internet in China: Top Concerns for Foreign Businesses," *China Briefing*, March 12, 2019; Ashwin Kaja and Eric Carlson, "China Issues New Rules for Mobile Apps," *Inside Piracy*, July 1, 2016.

‡Chinese state-owned enterprises have concluded several major acquisitions of robotics and automation firms since Made in China 2025 encouraged closing China's technological gap through acquiring foreign firms, including Chinese air conditioner and refrigerator manufacturer Midea Group's acquisition of a majority stake in German robot maker Kuka AG, the world's largest producer of robots used in auto factories. U.S.-China Economic and Security Review Commission, *Hearing on Technology, Trade, and Military-Civil Fusion*, written testimony of Dan Coughlin, June 7, 2019, 4; Sun Congying, "Midea, Kuka Chase Automation Dreams with $1.6 Billion Park," *Caixin*, March 29, 2018; Sun Yuyao, "Overseas Mergers and Acquisitions: Chinese Manufacturing Integrates into the Global Industrial System (海外并购井喷 中国制造融入全球产业体系)," *Advanced Manufacturing Daily*, December 29, 2012.

234

**Addendum I: China's Development of AI Technologies**

| AI Technology | Applications | Key Industrial Policies | China's Current Capabilities | Key Companies |
|---|---|---|---|---|
| Machine Learning, which includes Deep Learning | Foundational for other areas of AI | Cultivating talent in advanced machine learning and leading in machine learning theory are cornerstones of China's Strategy to dominate in global AI by 2030, unveiled in 2017. The National Development and Reform Commission has also tapped search engine giant Baidu to lead a nationwide online deep learning lab in coordination with Tsinghua and Beihang universities. | Chinese researchers have closed the gap with the United States in publication volume, but China lacks talent in the top echelon. Engineers focus mostly on commercial gains, not fundamental breakthroughs. China's advantages in sheer volume of data are curtailed by its ability to label and analyze this data. China also lags in producing chips optimized for machine learning. | General: Alibaba, Tencent, Baidu; Chips: Cambricon (used in Huawei phones), Horizon Robotics |
| Natural Language Processing (NLP) | Speech/voice recognition, translation, information retrieval/query extraction, question answering, sentiment analysis | NLP is listed as one of eight "key common technologies" to be developed in China's AI strategy. Chinese universities are partnering with companies to develop NLP applications, and several Chinese industry associations have launched respected conferences. | In research, China has been second behind the United States for five years. In industry, China is leading in chatbots and is developing machine translation for Chinese to languages in BRI countries. iFlytek is a leader in speech recognition for spoken Chinese. | Baidu, iFlytek; Microsoft Research Asia is a major player for machine translation and chatbots. |
| Computer Vision and Biometrics | Facial and other image recognition, machine vision (analyzing images for inspection and process control) | China's smart cities initiative promotes surveillance technology, and many companies have contracts with public security bureaus. Computer vision accounted for 35 percent of China's AI market in 2017. | Numerous facial recognition companies, including many startups, are powering China's surveillance state. In turn, internet giants like Huawei are integrating this tech into—and exporting—"Safe City" systems. | SenseTime, Yitu, Megvii (Face++), XLoong, Zoloz, DeepGlint, Huawei |

405

Chinese voices [that are critical of Beijing] can be silenced in Australia," Dr. Medcalf contends, "they can be silenced anywhere."[13]

### Responding to China's Interference, Australia's Progress Uncertain

Since 2016, following revelations of Australia's vulnerability to CCP interference, Canberra has passed several new laws to counter foreign interference.* These new laws, which began to enter into force in 2018, target foreign interference in politics, economic espionage, and theft of trade secrets; establish a public register of foreign lobbyists; and require notification of political donations from those on the register or who disburse funds on behalf of a foreign principal.[14] Canberra has also formed a new Department of Home Affairs to integrate certain intelligence, law enforcement, and policy responsibilities across the government and ordered the most significant review of its intelligence agencies in 40 years, which is still ongoing.[15]

Huang Xiangmo, a former Australian permanent resident and prolific political donor accused of acting as a proxy for Beijing, has been a primary focus of much of the public debate surrounding CCP interference in Australia.[16] From 2014 to 2017, Mr. Huang was the president of the Australian Council for the Promotion of Peaceful Reunification of China, a political advocacy organization that frequently disguises the nature of its relationship to the Chinese government but is in fact directly subordinate to the CCP's United Front Work Department.[17] He received scrutiny for his donations to both major Australian political parties totaling $1.5 million (AUD 2 million) since 2012, and he was accused of being a CCP "agent of influence" by an Australian senator who resigned due to public disclosure of his collaboration with Mr. Huang.†[18] In February 2019, the Australian government revoked Mr. Huang's permanent residency and denied his application for citizenship, citing concerns about his character.[19]

Australia's new Foreign Influence Transparency Scheme, passed in 2018 and based on the U.S. Foreign Agents Registration Act, was intended to introduce transparency into foreign lobbying in Canberra, but registration and enforcement have so far been lackluster. Canberra has yet to prosecute any United Front-connected entities, such as Confucius Institutes and most Chinese state media, for not registering, despite the fact United Front activities were a primary focus of the law.[20] As of July 2019, only 18 Chinese foreign principals had registered, mostly comprising mineral, energy, and investment companies, as well as China Radio International and China Telecom, state-owned media and telecommunications companies, respectively.‡[21] Only three former Cabinet ministers or designat-

---

*For more on the events leading to the passage of Australia's new counter-foreign interference laws, see U.S.-China Economic and Security Review Commission, Chapter 3, Section 2, "China's Relations with U.S. Allies and Partners," in *2018 Annual Report to Congress*, November 2018, 304–339.

†Unless noted otherwise, this section uses the following exchange rate throughout: AUD 1 = $0.68.

‡The United States Studies Center at the University of Sydney, which has an arrangement with the U.S. Department of State for "general political lobbying," has registered. Australian Government Attorney-General's Department, *United States Studies Center Foreign Influence Transparency Scheme Register Registration Record*, September 28, 2018.

406

ed position holders—a key type of lobbyist intended to be captured by the law—had registered as lobbyists for Chinese foreign principals by July 2019.*[22] Notably, some of the most prominent former officials who became lobbyists for Beijing after their government service, such as former Minister of Trade and Investment Andrew Robb, former Foreign Minister Bob Carr, and former Premier of Victoria State John Brumby, left their lobbying positions before the law took effect, demonstrating some desire not to be perceived as working for Beijing.[23]

*Australia Struggles with Disinformation and Censorship in Chinese-Language Media*

Disinformation is a serious concern for Australian media, particularly given the outsize influence of Chinese platforms, which are an important tool in Beijing's influence operations targeting the Chinese diaspora.[24] There are dozens of Chinese-language media outlets in Australia, and nearly all of them have been brought under the influence of Beijing to some degree. Over roughly the last ten years, the Chinese embassy and consulates in Australia have used coercion and threats to get these media to increasingly parrot the CCP's line.[25] For example, the Chinese consulate in Sydney repeatedly warned a local government† with a large ethnic Chinese population not to engage with one of the few remaining independent Australian Chinese-language media outlets, *Vision China Times*, including forcing its council to ban the paper from sponsoring a Lunar New Year celebration.[26] Beijing has long sought to pressure or coerce this newspaper into changing its coverage. *Vision China Times* general manager Maree Ma said in April 2019 that Chinese officials "don't like any media outlets that they cannot … control."[27]

Most Australian Mandarin-speakers access news through WeChat, a social media app now indispensable among many Chinese communities for communication and other purposes, raising concerns about Beijing's ability to target them with disinformation spread over the platform.‡[28] The use of the platform has spread beyond the Chinese Australian community, with about 3 million Australians using WeChat by 2017, according to Australia's Special Broadcast

*Designated position holders include Ministers, Members of Parliament, some Parliamentary staff, Agency heads and deputy heads (and equivalent offices), and Ambassadors or High Commissioners stationed outside Australia. As of July 2019, designated position holders registered under the Scheme included former Australian Senator Richard Allston, working on behalf of China Telecom (Australia); former Senator Nick Bolkus, working on behalf of Jiujiang Mining Australia; and former Ambassador to China Geoffrey Raby, working on behalf of Yancoal. Australian Government Attorney-General's Department, *Transparency Register: China*; U.S.-China Economic and Security Review Commission, *2018 Annual Report to Congress*, November 2018, 325.

†A local government is the third tier of government in Australia, below the state or territory level and the federal level. Its governing body is referred to as a council. Nick McKenzie, "China Pressured Sydney Council into Banning Media Company Critical of Communist Party," *Four Corners*, April 9, 2019; *Australian Collaboration*, "Democracy in Australia—Australia's Political System," May 3, 2013, via the Internet Archive Wayback Machine. *https://web.archive.org/web/20140127041502/http://www.australiancollaboration.com.au/pdf/Democracy/Australias-political-system.pdf*.

‡Based on WeChat penetration in mainland China, which reaches 93 percent in tier 1 cities, media researcher Wanning Sun estimated almost the entire Mandarin-speaking community in Australia—approximately 597,000 people as of 2016, or 2 percent of Australia's population—used WeChat. Wanning Sun, "How Australia's Mandarin Speakers Get Their News," *Conversation*, November 22, 2018; Lucy Lv, "Who Are the Australians That Are Using China's WeChat?" *Special Broadcasting System*, November 3, 2017; Australia's Bureau of Statistics, *Census Reveals a Fast Changing, Culturally Diverse Nation*, June 27, 2017; Wanning Sun, "Chinese-Language Media in Australia: Developments, Challenges, and Opportunities," *Australia-China Relations Institute*, 2016, 45–46.