# EXHIBIT 20

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/chinas-tech-giants-have-a-second-job-helping-the-government-see-everything-1512056284

WORLD | ASIA | CHINA

# China's Tech Giants Have a Second Job: Helping Beijing Spy on Its People

Tencent and Alibaba are among the firms that assist authorities in hunting down criminal suspects, silencing dissent and creating surveillance cities



Alibaba Group's campus in Hangzhou, China, contains a police outpost.

**PHOTO:** QILAI SHEN/BLOOMBERG NEWS

By *Liza Lin* and *Josh Chin*
Nov. 30, 2017 10:38 am ET

HANGZHOU, China—Alibaba Group's sprawling campus has collegial workspaces, laid-back coffee bars and, on the landscaped grounds, a police outpost.

Employees use the office to report suspected crimes to the police, according to people familiar with the operation. Police also use it to request data from Alibaba for their own investigations, these people said, tapping into the trove of information the tech giant collects through its e-commerce and financial-payment networks.

In one case, the police wanted to find out who had posted content related to terrorism, said a former Alibaba employee. "They came to me and asked me for the user ID and information," he recalled. He turned it over.

MORE FROM THE WSJ

Finance Pros Say You'll Have to Pry Excel Out of Their Cold, Dead Hands



RICHARD B. LEVINE/ZUMA PRESS

The Chinese government is building one of the world's most sophisticated, high-tech systems to keep watch over its citizens, including surveillance cameras, facial-recognition technology and vast computers systems that comb through terabytes of data. Central to its efforts are the country's biggest technology companies, which are openly acting as the government's eyes and ears in cyberspace.

Companies including Alibaba Group Holding Ltd., Tencent Holdings Ltd. and Baidu Inc., are required to help China's government hunt down criminal suspects and silence political dissent. Their technology is also being used to create cities wired for surveillance.

This assistance is far more extensive than the help Western companies extend to their governments, and the requests are almost impossible to challenge, a Wall Street Journal examination of Chinese practices shows.

**Going Mobile**

Mobile internet usage in China has grown rapidly.



Mobile internet users
800 million



Mobile internet penetration
100% of internet users

Source: China Internet Network Information Center

Unlike American companies, which often resist U.S. government requests for information, Chinese ones talk openly about working with authorities. Tencent Chief Executive Ma Huateng, also known as Pony Ma, and Alibaba founder Jack Ma both have voiced support for private companies working with the government on law enforcement and security issues.

"The political and legal system of the future is inseparable from the internet, inseparable from big data," Alibaba's Mr. Ma told a Communist Party commission overseeing law enforcement last year. He said technology will soon make it possible to predict security threats. "Bad guys won't even be able to walk into the square," he said.

In practice, China's internet giants, which have benefited from trade policies shielding them from foreign competition, have little choice but to cooperate in a country where the Communist Party controls both the legal system and the right to function as a business.

Tencent, the world's largest online videogame company, dominates Chinese cyberspace with news, video-streaming operations and its WeChat app, used by nearly one billion people to communicate and for mobile payments.

Beijing activist Hu Jia said he bought a slingshot online after a friend recommended it for relieving stress. He paid with WeChat's mobile-payment feature. Mr. Hu said he was later interrogated by a state security agent, who asked if he was planning to shoot out surveillance cameras near his apartment.



Beijing activist Hu Jia, on left in 2013, says 'everyone has a spy watching them. That spy is their smartphone.'
PHOTO: KIM KYUNG HOON/REUTERS

A few years earlier, Mr. Hu said, he had messaged a friend headed to Taiwan with the names of activists he might want to see while traveling there. Later, he said, state security agents showed up at the friend's house and warned him against meeting Mr. Hu's acquaintances.

"Experience has proven that WeChat is completely compromised," especially for people on the government's watch list, Mr. Hu said. "Everyone has a spy watching them. That spy is their smartphone."

Neither Tencent nor Chinese security officials responded to requests for comment.

When discussing their cooperation with the government, Chinese companies point to disclosures by former National Security Agency contractor Edward Snowden, which detailed how U.S. tech and telecommunications companies granted U.S. government agencies access to user data. Earlier, many American phone companies had complied with a secret National Security Agency program to intercept the communications of some U.S. citizens without a court warrant.

U.S. government requests for information about U.S. citizens or legal residents now have to be approved by a court. Chinese police, by contrast, can rely on a search warrant issued by the police themselves.

"I would disagree with the premise that the central government has access to all this corporate data. That's just not true," said Joseph Tsai, Alibaba's executive vice chairman, at the Journal's D.Live conference in October. "If they want data from you, just like in the U.S., they have to have a reason."

Alibaba and other tech companies push back if they believe a Chinese government request for data isn't warranted, said a Chinese police official familiar with the operations of the country's cyberpolice. He said law enforcement must follow set procedures to gain access to private information.

China's government, however, has the last word. There is no independent judiciary to approve or review government requests—or for companies to appeal to if they disagree with a demand.

It is unlikely any Chinese company could mount the sort of challenge Apple Inc. did when it refused to comply with a request by the U.S. Federal Bureau of Investigation to unlock the iPhone of a suspect in the San Bernardino mass shooting in 2015.



**PHOTO:** QILAI SHEN/BLOOMBERG NEWS

## The political and legal system of the future is inseparable from the internet, inseparable from big data.

— Jack Ma, founder, Alibaba Group

Over the past year, Chinese regulators have ordered three popular internet platforms to stop streaming videos with political content not in line with government policy, and they more recently warned that companies that didn't comply with new social-media rules would be shut down. Facebook Inc. was banned in China in 2009, without a stated reason.

On June 1, a new cybersecurity law went into effect that requires companies running internet platforms in China to help authorities ferret out content that "endangers national security, national honor and interests."

That goes far beyond U.S. government demands on internet service providers or platforms, which are required by law to report suspected instances of child pornography when they discover it and take down material that has been found to infringe on copyrights.

Chinese government authorities didn't respond to requests for comment for this article.

In one of the first significant actions under the new law, China's Cyberspace Administration this fall slapped maximum fines on Tencent, internet company Baidu and others for allowing users to spread banned content, including "false rumors" and pornography.

Tencent said it "sincerely accepted" the punishment and vowed to do a better job. Baidu outlined a plan to use big data and artificial intelligence to better identify and dispel rumors. A Baidu spokeswoman said the new platform was developed in collaboration with police and other public and private agencies, and was designed to ensure users get accurate information.



**PHOTO:** MIKE BLAKE/REUTERS

## I would disagree with the premise that the central government has access to all this corporate data.

— Joseph Tsai, executive vice chairman, Alibaba

Alibaba has data on hundreds of millions of Chinese citizens who use the company and its affiliated services to shop online, stream videos, pay rent, send text messages, make comments on social media and more.

The job of monitoring traffic on these platforms falls to its Alibaba Security Team, whose Chinese name—Shendun—can be translated as "Magic Shield."

At the company's Hangzhou campus, computer programs sweep Alibaba's internet commerce sites and flag anything that might be prohibited, such as guns and pornography, according to current and former Magic Shield agents.

The security team scans the websites for suspicious sales, one former staffer said, such as tea being sold for an exorbitant price, an indication it might really be illegal drugs. Agents then review and remove objectionable content, and in cases of scams such as monetary fraud, will alert the police, the current and former agents said.

**Data Central**

Chinese consumers use their smartphones for a wide variety of activities, giving Alibaba a vast trove of data through the portals it owns or has a stake in.



Source: Alibaba annual report

In a video published on the team's Twitter-like Weibo site, the Magic Shield team is shown working at computer screens. "Guns, rubber bullets, drugs," the narrator says. "As long as it's illegal, it will not escape our control."

The team has assisted police in "several thousand cases," the video says. The team also is called in to help police with criminal investigations, people familiar with the operations say.

Plans to set up police outposts at tech companies were disclosed in a 2015 posting on China's Ministry of Public Security website, which said the intent was to "find out about criminal activity at its first instance."

An Alibaba spokeswoman said the company's campus includes "a designated meeting space where law-enforcement staff visit occasionally to communicate the latest updates on regulation. If there are established criminal cases, our team will also use this space to discuss the extent of our assistance in those investigations as required by law. There are no police officers stationed on our campus."

Unlike their Chinese counterparts, U.S. tech companies, including Apple, Facebook and <u>Alphabet</u> Inc.'s Google, routinely disclose their government cooperation in transparency reports.



Chinese President Xi Jinping, front, was applauded by Chinese and American technology CEOs and other executives at Microsoft Corp.'s campus in Redmund, Wash., in 2015.
PHOTO: TED S. WARREN/PRESS POOL/GETTY IMAGES

Google, whose services are mostly blocked in China, said there were 23 Chinese government requests for Google to remove content in the second half of 2016, mostly for national security reasons.

Apple disclosed that more than 35,000 user accounts were affected by 24 Chinese law-enforcement requests in the first half of this year, many in connection with fraud investigations. It said it provided information on about 90% of them.

Chinese companies don't release any information on the number of requests from the government, the nature of the requests or the compliance rate.

Tencent's online monitoring operations use computers to filter its streamed videos, news feeds and other online platforms for obscene and politically sensitive content, according to people familiar with the operation.

**SELF-POLICING THE INTERNET**

Chinese and U.S. internet platforms face different government standards for policing content.

PORNOGRAPHY:

- **U.S.:** Responsible for reporting child pornography
- **China:** Must be removed and reported. Liable for hosting content.

TERRORISM CONTENT:

- **U.S.:** May voluntarily remove, but no legal responsibility to report.
- **China:** Must be removed and reported. Liable for hosting content.

CONTENT PROMOTING GAMBLING:

- **U.S.:** Online gambling is mostly illegal. Should not accept online gambling ads and must not host, promote or support gambling activities.
- **China:** Must be removed and reported. Liable for hosting content.

CONTENT CONTAINING STATE SECRETS:

- **U.S.:** Acquiring or leaking state secrets is prohibited, but re-publication of such material is protected by First Amendment. May voluntarily remove.
- **China:** Must be removed and reported. Liable for hosting content.

CONTENT UNDERMINING PUBLIC MORALITY:

- **U.S.:** No legal responsibility to report.
- **China:** Must be removed and reported. Liable for hosting content.

*Sources: Stanford Law School, Baker McKenzie*

Censors at Chinese companies are responsible for blocking unfavorable references to the Communist Party and senior leaders, as well as foreign news stories casting China in a negative light. Computers are programed to spot thousands of words and phrases and delete most of the offensive content, according to the people familiar with the censorship operations.

Users of Tencent's WeChat app who run large group chats say they have received automated warnings about politically sensitive content. Some political activists say their WeChat accounts have been suspended or closed for posts critical of the government.

During important political events, staffers with China's internet regulator set up shop at Chinese content providers to catch anything that might slip through the cracks, people familiar with the operations said. The regulator, the Cyberspace Administration of China, didn't respond to a request for comment.

Along with access to online data, China's government wants something else from tech companies—the cloud computing prowess to sort and analyze information. China wants to crunch data from surveillance cameras, smartphones, government databases and other sources to create so-called smart cities and safe cities.

Alibaba's computers and artificial-intelligence algorithms power a "city brain" in Hangzhou that improves traffic flow and clears the path for ambulances by using mobile mapping and data from traffic cameras to time traffic signals. The company said its cloud and data services also have helped manage aircraft parking in Guangzhou and deploy tour guides in Wuhan.



Chinese President Xi Jinping appeared on a screen during the annual World Internet Conference in Wuzhen, China, in 2016.

PHOTO: ALY SONG/REUTERS

The township of Wuzhen hosts an annual internet conference attended by political and technology leaders. Chinese citizens with grievances show up, too, hoping to get their attention. Police now work with Alibaba to use surveillance footage and data processing to identify "persons of interest" and keep them out, local police official Dai Jinming said at a recent conference sponsored by Alibaba.

INSIDE CHINA'S SURVEILLANCE STATE

Surveillance Cameras Made by China Are Hanging All Over the U.S.

China's All-Seeing Surveillance State Is Reading Its Citizens' Faces

Tencent is working with police in the southern city of Guangzhou to build a cloud-based "early-warning system" that can track and forecast the size and movement of crowds, according to a statement from the Guangzhou police bureau.

Maya Wang, a Hong Kong-based researcher for Human Rights Watch, contends the proclaimed benefits of such wired cities mask their true purpose. "This whole safe city idea is a massive surveillance project," she said.

The government-sponsored Smart Cities Work Committee didn't respond to a request for comment.

China's latest five-year development plan calls for 100 smart-city trials to be rolled out next year.

By 2020, the plan says, smart cities will make up a "ubiquitous system" that is expected to "achieve remarkable results."

*— Xiao Xiao and Lingling Wei contributed to this article.*

*Appeared in the December 1, 2017, print edition as 'China's Tech Giants Have a Side Job: Helping Beijing Spy.'*

Copyright © 2020 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

Columbia Journalism Review

Study: Chinese-American immigrants fall prey to WeChat's misinformation problem

By Chi Zhang

April 19, 2018

If you Google "Haissam Massalkhy," you'll find a handful of unremarkable news stories about a fatal traffic collision where the Lebanese motorist struck a Chinese jogger in Walnut, California. On WeChat, however, it was a different story altogether.

Within Chinese-language narratives on the mobile messaging app, the jogger's death rallied cries of injustice. The story that spread went something like this: Massalkhy had intentionally killed the Chinese man so that he could go to prison and take advantage of loopholes created by sanctuary laws—instead of being deported as his visa expired. As one headline on the platform decried, "Kill a Chinese, get a green card."

ICYMI: WeChat reaches audiences conventional media in China cannot

A new report from the Tow Center for Digital Journalism investigates the many dynamics of WeChat's information problem, which have an especially large impact on first-generation Chinese immigrants trying to integrate to life in the US. As an increasingly central news ecosystem and online community for Chinese Americans, WeChat offers key clues to how political information and misinformation are constructed for and distributed among this emerging political constituency.

In the cases of misinformation examined in the report, an array of WeChat outlets generate multiple copies of the same false story—often with an agenda attached. And in an information ecosystem whose default is provocation and sensationalism, those focused on debunking misinformation have a hard time competing.

The information challenge of WeChat is as much a story about the platform as one about the communities it serves. For instance, the study finds a striking divergence between how much an issue was given attention on WeChat when it was not reported by English-language media. Top issues on the platform during the period of study, including affirmative action and census data disaggregation, hardly received any coverage in English-speaking media. The invisibility of these issues in mainstream media drives users to WeChat, where the topics become focal points of discussion and mobilization among first-generation Chinese. Another top issue on the platform that emerged was undocumented immigration, especially anger around sanctuary cities. The barrage of WeChat coverage aligned with recent protests by first-generation Chinese against sanctuary laws offering paths to citizenship for undocumented immigrants. Examples like these highlight the need to connect with the immigrant population served by this information ecosystem, understand which issues matter to them, and why distorted narratives may resonate.

Like other platforms, WeChat is home to a garden variety of political misinformation familiar to the English-speaking public, transplanted from hyperpartisan American news sites and social media. Relative to the liberal outlets on the platform, the conservative sphere appears to be more substantial in its

volume, reach, and singular ideology. This asymmetrical polarization means misinformation originating from right-wing, English-speaking media potentially gains wider traction, alongside stories relevant to Chinese Americans that are politicized according to hot-button issues particularly salient among the immigrant community. Stories like the Massalkhy case can take on origins, tropes, and a cast of characters specific to public discourse in China.

ICYMI: How WeChat became the primary news source in China

The content universe of WeChat is already inherently fertile ground for misinformation, because unlike other messaging apps and social media, the platform hosts a vast number of native content publishers vying for attention. While some of them—from individual influencers to traditional media—produce original content, many other WeChat outlets adopt the cheaper and faster model of repackaging and pirating content that already exists. At these outlets, a skeletal team of staff writers (often one person) scours the internet or WeChat itself for the most clickbaity bits of information, and then pieces them together or directly clones stories to share.

While local news is often championed as a bastion of democracy and source of trust in today's vortex of misinformation, locally oriented news outlets on WeChat contribute heavily to the amplification of misinformation. Many such outlets have emerged in an attempt to seize the thriving niche market as a major immigrant destination, promoting their usefulness by delivering practical information on where to shop and get services, how to prevent crime, and what events are happening locally. At the same time, these profit-driven local outlets have also become hotbeds for misinformation, especially as local policies such as sanctuary laws and marijuana legalization come under intense debate in the communities they target. Lack of credible local news, as in the Massalkhy story, creates a vacuum for misinformation to flourish.

To complicate matters, misinformation on WeChat travels in private networks, hidden from outside view or systematic analysis. The platform is mostly free of algorithmic and computational manipulation. Instead, chat groups, a mode of communication especially central to WeChat, play a pivotal role in the distribution of information. Among a sample of US-based WeChat users surveyed in the study, 79 percent said they read political news from chat groups.

Small groups with intimate ties such as family and close friends were most common, but 71 percent of users also reported belonging to groups larger than 100 people, where members may not know each other outside of WeChat. Local parents group, DIY hobby groups, and high school alumni groups can all become effective nodes in the propagation of political misinformation. As messaging apps like WeChat, Whatsapp, and Kakaotalk increasingly become venues for sharing and discussing news, this organic process of information distribution goes unregulated, falling prey to a set of psychological, social, and cultural drivers of misinformation.

The report offers several ways to combat WeChat's information problem, including understanding which issues define the attention and rally the emotions of WeChat audiences, and focusing counter-narratives around these areas. The challenge, of course, is constructing these counter-narratives from perspectives that are relevant to immigrant Chinese, and communicating them through accessible channels— whether in mainstream local news or on WeChat itself.

Nothing about WeChat's information problem lends itself to obvious or easy solutions. But understanding what the problem entails is a critical first step. At the very least, for journalists, government agencies, and community organizations, WeChat can serve as a venue for accessing and engaging with the individuals and communities often overlooked in mainstream discourse and outreach.

## LAWFARE

CHINA

# Unpacking TikTok, Mobile Apps and National Security Risks

By **Justin Sherman**       Thursday, April 2, 2020, 10:06 AM

**DayZero: Cybersecurity Law and Policy**

On March 12, Sen. Josh Hawley introduced a bill into the Senate to ban the downloading and use of TikTok, the Chinese social media app, on federal government devices. Hawley's bill carves out exceptions for such activities as law enforcement investigations and intelligence collection, but holds that

no employee of the United States, officer of the United States, Member of Congress, congressional employee, or officer or employee of a government corporation may download or use TikTok or any successor application developed by ByteDance or any entity owned by ByteDance on any device issued by the United States or a government corporation.

Currently, the Transportation Security Administration and the U.S. Army have also banned the app on employee phones.

But what's Hawley's objection to an app used widely for dance challenges and lip-syncing?

The narrative goes something like this: TikTok is a company incorporated within China; the Chinese government pervasively surveils within its borders and can get access to company-held data on a whim; thus, TikTok's potential collection of information on U.S. citizens is a security risk. Yet also thrown into the discussion are other allegations—TikTok removes political content at Beijing's behest, for example. The failure to decouple these risks only muddies the waters and makes it harder for policymakers and the general public to understand the threats at play.

In reality, TikTok carries five clear risks. Two pertain directly to national security, and three perhaps relate to it, though not as clearly. All have been conflated or blurred together, at one point or another, by pundits and others commenting on TikTok's risks. Policymakers and analysts would be wise to make meaningful distinctions among these risks and provide more nuance and detail around each specific threat.

Policymakers may clearly have many different interpretations of each of these risks' likelihood and severity. There's also no clear answer on what policymakers should do about the app. And, in reality, the problems raised by TikTok are much bigger than the app itself—representative of larger questions that must be answered around U.S. data security policy.

### Risk 1: TikTok Collecting Data on U.S. Government Employees

The first risk posed by TikTok is the collection of data on U.S. government employees (including those working as contractors). These are people who either have security clearances or could have clearances in the future or at the very least perform tasks that, if not classified, may still be considered sensitive in an unofficial sense. Data collection on these individuals and their activities can therefore reveal important national security information or be used in a coercive manner (that is, blackmail) to target those individuals.

There are two considerations with this type of data collection risk: the kinds of data that are being or might be collected; and Beijing's ability to access that data.

The data collected by TikTok, at least on the surface, might seem relatively benign; after all, the app is a social media platform for sharing videos. Even if a U.S. federal government employee has the app, one could argue, that doesn't mean they're sharing any videos that somehow compromise their personal or professional activities. And they can use the app without jeopardizing sensitive information.

But where the risk gets more complicated is the reality that most phone apps collect *far* more information than what the average user would suspect they are handing over to the app. (This might even go beyond that single firm: Charlie Warzel at the New York Times, for example, has a great explanation of how "just by downloading an app, you're potentially exposing sensitive data to dozens of technology companies, ad networks, data brokers and aggregators.")

TikTok is reasonably upfront about the high volume of data it collects: its privacy policy for U.S. residents states,

---

We automatically collect certain information from you when you use the Platform, including internet or other network activity information such as your IP address, geolocation-related data (as described below), unique device identifiers, browsing and search history (including content you have viewed in the Platform), and Cookies (as defined below).

---

It notes further that "[w]e also collect information you share with us from third-party social network providers, and technical and behavioral information about your use of the Platform," such as, potentially, contact lists on other social media services. This type of data collection can especially implicate national security—geolocations or internet search histories of federal employees can reveal quite sensitive information, such as the location of secret government facilities, details about events relevant to the government about which those employees are seeking publicly available information, and personal activities that could potentially be used to build files for blackmail.

TikTok is hardly alone in this kind of collection—go read the privacy policy of most major social media platforms and you'll find similar if not more encompassing language.

But TikTok has a unique challenge: There are real questions about who beyond TikTok might have access to the collected data. This risk likely exists whether the app is downloaded on a government-owned device used by an employee, or on a personal device used by the employee.

So can the Chinese government compel the company to turn over data?

As Samm Sacks recently wrote, "Nothing is black and white, particularly when it comes to government access to data. Ultimately the Chinese government can compel companies to turn over their data, but this does not always happen." In some cases, companies can and do push back against government requests, as they "have their own commercial interests to protect." There are real risks of government access to data, and this does happen, but it's not as clear-cut in practice as many might assume.

There are also real fears among some U.S. policymakers that data from a company like TikTok could be added into an enormous dataset Beijing continues to compile from incidents such as the Equifax breach and the hack of the Office of Personnel Management. The product of such data-hoarding, in this view, is a massive dossier on U.S. persons that the Chinese government can use for intelligence and security purposes—consisting of everything from communications to credit scores to travel histories.

It is clear that there are national security risks with TikTok's collection of data on U.S. federal government employees. The question for policymakers comes down to one's perceived likelihood of the risk, the severity of the risk and what to do about it.

**Risk 2: TikTok Collecting Data on U.S. Persons Not Employed by the Government**

Second is the risk that TikTok collects data on U.S. persons *not* working for the federal government in ways that still potentially impact national security. The considerations here mirror those of TikTok's data collection on federal employees.

Yes, the link between data collection on federal personnel and national security threats (that is, counterintelligence operations) is clearer. One could imagine how a clearance-holding federal employee with an embarrassing internet search history could be blackmailed, or how the GPS movements of a clearance-holding federal employee would likewise be valuable to a foreign intelligence service.

Here, one danger is merely the *potential* for U.S. persons not currently employed by the government to have clearances or perform other sensitive government tasks in the future. There could also be the potential for collection to target individuals in the private sector working on proprietary and national security-related technologies.

The collection of this data could therefore have potential impacts on U.S. national security in ways that may give policymakers reason to consider wider action against TikTok. Policymakers' decisions to take wider action would depend on where and how they interpret specific risk cases. For instance, one could perceive a risk of higher severity for an engineer working on tightly held and cutting-edge satellite imaging technology than for your average person.

It is also possible, in a Cambridge Analytica-style fashion, that such information could be used to develop profiles on Americans in ways that lend themselves to enhanced microtargeting on social media and other platforms.

In terms of the kinds of data being collected, TikTok, like most social media companies, very likely just collects the same types of information on all of its users. So collection on federal employees is likely the same as for non-federal employees.

The same goes for the legal authorities governing Beijing's access to TikTok data: The risk remains largely similar to the risk for federal employees. Maybe Beijing has greater incentive to request access to certain kinds of information when data is on U.S. government employees than when it's not. That said, this may also not be the case. TikTok might collect information from private citizens that exposes security-sensitive corporate activities. And what about the microtargeting—could Beijing have an incentive to access the data if it lent itself to, say, pushing advertisements for Chinese Communist Party (CCP)-preferred candidates in a U.S. election?

### Risk 3: TikTok Censoring Information *in* China at Beijing's Behest

The third risk pertains to Beijing ordering, forcing, coercing or otherwise leading TikTok to remove information on the platform *in* China. (This could include TikTok preemptively self-censoring content out of concern over possible retribution from the Chinese government.) This is not directly a U.S. national security issue, but it merits attention because of the way it has been roped into conversations about TikTok's risks.

The Washington Post reported last fall, for example, on the ways in which certain content that the CCP dislikes—such as information on the Hong Kong pro-democracy protests—was strangely absent from TikTok.

Subsequently, amid this and other reports in the media about alleged TikTok censorship, Sens. Chuck Schumer and Tom Cotton sent a letter to the acting director of national intelligence, stating that

---

TikTok reportedly censors materials deemed politically sensitive to the Chinese Communist Party, including content related to the recent Hong Kong protests, as well as references to Tiananmen Square, Tibetan and Taiwanese independence, and the treatment of Uighurs. The platform is also a potential target of foreign influence campaigns like those carried out during the 2016 election on U.S.-based social media platforms.

---

In addition to raising concerns about the aforementioned risks of data collection on U.S. persons, the senators requested the intelligence community to investigate allegations that TikTok engages in political censorship at the direction of the Chinese government.

But many of the conversations about this political censorship do not distinguish between TikTok removing content within China's borders and TikTok removing that same content *globally*. This might seem like a trivial distinction, but it's not. In the former case, content would be removed (or perhaps algorithmically downplayed) for those accessing the mobile application from within China's geographic borders. Thus, this "geoblocking" would affect those physically located within China. If TikTok was censoring content globally, by contrast, once flagged, the offending content would be deleted from anyone's and everyone's TikTok feed.

The former issue of geoblocked content within China (that is, this third risk) is mostly a domestic issue in China. It is an issue of free speech and human rights, certainly, but it doesn't directly impact U.S. national security in the ways that it potentially would if content was removed globally at one government's behest.

### Risk 4: TikTok Censoring Information *Beyond* China at Beijing's Behest

So what is the national security risk if TikTok did not limit its content takedowns to within China?

There is no clear evidence that Beijing has directly told TikTok to remove content around the world. TikTok's parent company responded to the Post investigation from last September by asserting that the platform's content moderation policies in the U.S. are handled by an American team and are not influenced by the Chinese government. But policymakers have expressed worries, in light of such observations as the aforementioned lack of Hong Kong protest videos on the platform, that TikTok is in fact (at Beijing's direct behest or not) removing those kinds of content globally. This risk centers on whether and how TikTok could remove, for anyone using the app, a video critical of the CCP or that talks about concentration camps in Xinjiang, for example. In this case, nobody in the world would be able to access the content on TikTok once removed; the takedowns would be global.

Again, the national security risks here are not as direct as with data collection. Yet there are genuine concerns about the Chinese government exporting its censorship through platforms like TikTok. The worry is that Beijing compels high-demand Chinese-incorporated internet platforms to remove content worldwide. Beijing's internet censorship practices, otherwise confined within Chinese borders, could hypothetically spread through this tactic.

This certainly presents risks to democracy and free speech. More teenagers in the United States are using TikTok to share political content. Political censorship is therefore not an insignificant issue. The takedown of certain critical videos could, for one thing, subtly influence platform users' views of Beijing. And there are real concerns, especially in light of such investigations as the Washington Post's report last November that "former U.S. [TikTok] employees said moderators based in Beijing had the final call on whether flagged videos were approved."

### Risk 5: Disinformation on TikTok

Fifth and finally, there is concern among U.S. policymakers about potential disinformation on TikTok. Tons of U.S. teenagers use TikTok and consume political content through the application, so there is a concern that the users could amplify disinformation on the platform. This incursion of disinformation into U.S. public discourse is no doubt corrosive to the democratic process. Yet this is not a national security risk that is necessarily specific to TikTok.

Virtually every internet platform deals with disinformation; thus, that TikTok is Chinese incorporated in and of itself has nothing to do with it. But U.S. officials have expressed concern about the potential for disinformation on the platform. (These concerns aren't unfounded: See the false information that circulated on TikTok about the coronavirus.) One could certainly make the argument that the platform *responses* to disinformation—in light of political censorship concerns—might impact U.S. interests in undesirable ways. But the presence of disinformation on the platform is in many ways a distinct risk from the preceding four.

**Looking Beyond TikTok**

These questions, and the policy responses to them, have implications well beyond TikTok. And they have become increasingly urgent, as these questions about mobile apps, data collection and national security grow more frequent and as more bills like Sen. Hawley's are introduced into Congress.

The issues here are complex. If the view is that any data collected by a Chinese internet company is a national security risk—because of Beijing's purportedly easy access to that data, and the ways it could be potentially combined with other datasets (for example, from the Office of Personnel Management hack)—then many applications fall into the bucket of risk. The widely used application WeChat, for example, could certainly be banned under that view.

But the problem is even more complicated. After all, China isn't the only country about which policymakers are or might be concerned.

Last fall, for example, Sen. Schumer sent a letter to the FBI requesting they investigate the security risks of Russian mobile apps. The letter cited "the legal mechanisms available to the Government of Russia that permit access to data" as reason for concern.

If Russian-made apps are also considered an unacceptable data collection risk for U.S. government employees, then how should the U.S. approach and maintain a list of countries that fit into that category?

The United States isn't alone in confronting these questions. And these aren't entirely novel problems. India's military, for example, has prohibited personnel from installing Chinese social platform WeChat due to security concerns. The Australian armed forces have also banned WeChat. The Pentagon banned the military's use of geolocating fitness trackers in August 2018 after live GPS data was found on the public internet: Researchers were able to track the location of troops on military bases and spies in safe houses.

This all raises challenging questions about where to draw the line: Is an app that, hypothetically, makes custom emojis and collects only a user's phone number more of a security risk than one that provides the weather based on current geographic location?

Meanwhile, it's worth remembering that apps are only one potential way for a government to get access to information on individuals: The highly unregulated data brokerage industry, which sells incredibly intimate information on all kinds of people to whomever is buying, could easily be exploited by foreign governments. Governments could buy information from brokerage firms and ascertain sensitive activities of, say, a U.S. federal employee with a security clearance or a non-government employee who happens to be running for Congress in the next election.

Policymakers might consider crafting legislation based on the people *on whom* data is being collected—that is, focusing on data collection of government employees, which presents immediate national security concerns, rather than about data collection on all Americans. Targeted bans on app downloads on government phones could be a solution, as Sen. Hawley proposed in his bill.

More broadly, one could imagine developing a framework of criteria to answer these questions that will arise again and again. This framework would function in the same way as would objective criteria by which to routinely evaluate other elements of digital supply chain security, another much-needed national security tool. For instance, the Committee on Foreign Investment in the United States could explicitly make data privacy and security a more central component of its investment screening process. Agencies like the Cybersecurity and Infrastructure Security Agency could lead an interagency process to determine government recommendations for baseline corporate cybersecurity standards writ large that, like with encryption, could be used subsequently by policymakers to evaluate protections implemented by firms like TikTok. Federal departments such as the Department of Defense could develop clear and at least semipublic frameworks by which they decide to prohibit employee use of mobile apps.

Again, though, even this route leads to more questions. What about American- or European-incorporated companies that collect disturbing amounts of sensitive personal information on U.S. government employees? Do they not fit these categories too? Policymakers need to consider these questions.

Policymakers also must consider whether these mobile app and data security decisions should depend less on the *kinds* of data collected and *on whom*, and more on the *legal structures in the countries* in which these companies are incorporated. Beijing, for instance, engages in unchecked surveillance. While the actual practice of Beijing getting data from private companies isn't as straightforward as some might imagine, it's certainly far easier than the U.S. government getting access to American company data. For some policymakers, that difference might be the end-all-be-all to allowing Chinese apps on U.S. government employee phones—forget about details like the kinds of data in question.

And this is all without even getting into the risks of content censorship in China, content censorship globally and disinformation—which pertain more to content management on an app like TikTok than they do directly to national security. This isn't to say (as clarified above) that *no* national security linkages exist or could exist to, say, TikTok removing political content worldwide at Beijing's behest. But, rather, I suggest that the links to a U.S. national security threat from censorship and disinformation are generally not as pronounced as those from the collection of geolocation data on a U.S. federal employee with an active security clearance, for example.

This isn't just a laundry list of academic questions.

Some observers might find a TikTok ban to be a relatively narrowly targeted and sensible policy response to a perceived threat of Chinese state access to data. But the reality is that decisions in this sphere of data security and U.S. data protection are not made in a vacuum. They have broader implications—first-order, second-order, and even third- or fourth-order effects. Many countries develop mobile apps, and many of them could be perceived as posing security risks in various ways. They, too, must be considered as part of the picture. A cohesive and repeatable strategy for making these decisions is far superior—from economic, national security and rights-protection perspectives—than a whack-a-mole-style approach that might yield a sensible policy but not with a sensible process.

All the while, it is important not to blur and conflate these risks. The national security risks of mobile apps made and managed by foreign-incorporated companies may take different forms and may differ in likelihood, severity and desired response. Blurring the lines makes it hard to develop targeted policies that address actual risks in ways that fully consider costs and benefits.

Many countries worldwide are grappling with these same questions. Many governments, like Washington, are also considering if, where and how they want to "decouple" elements of their technology systems from other countries. Here, Washington should tread very carefully because these broader and global implications demand much more thought.

**Topics: China, Cybersecurity**

**Tags: China, Committee on Foreign Investment (CFIUS), data privacy, great power politics**

---

Justin Sherman (@jshermcyber) is a fellow at the Atlantic Council's Cyber Statecraft Initiative. He also works with the Tech, Law, & Security Program at American University Washington College of Law and with Lawfare's Trustworthy Hardware and Software Working Group. He was previously a cybersecurity policy fellow at New America and a fellow at Duke Law School's Center on Law & Technology.

🐦 **@jshermcyber**

**The New York Times** | https://nyti.ms/3lSDHLZ

# Forget TikTok. China's Powerhouse App Is WeChat, and Its Power Is Sweeping.

A vital connection for the Chinese diaspora, the app has also become a global conduit of Chinese state propaganda, surveillance and intimidation. The United States has proposed banning it.

 **By Paul Mozur**

Sept. 4, 2020

Just after the 2016 presidential election in the United States, Joanne Li realized the app that connected her to fellow Chinese immigrants had disconnected her from reality.

Everything she saw on the Chinese app, WeChat, indicated Donald J. Trump was an admired leader and impressive businessman. She believed it was the unquestioned consensus on the newly elected American president. "But then I started talking to some foreigners about him, non-Chinese," she said. "I was totally confused."

She began to read more widely, and Ms. Li, who lived in Toronto at the time, increasingly found WeChat filled with gossip, conspiracy theories and outright lies. One article claimed Prime Minister Justin Trudeau of Canada planned to legalize hard drugs. Another rumor purported that Canada had begun selling marijuana in grocery stores. A post from a news account in Shanghai warned Chinese people to take care lest they accidentally bring the drug back from Canada and get arrested.

She also questioned what was being said about China. When a top Huawei executive was arrested in Canada in 2018, articles from foreign news media were quickly censored on WeChat. Her Chinese friends both inside and outside China began to say that Canada had no justice, which contradicted her own experience. "All of a sudden I discovered talking to others about the issue didn't make sense," Ms. Li said. "It felt like if I only watched Chinese media, all of my thoughts would be different."

Ms. Li had little choice but to take the bad with the good. Built to be everything for everyone, WeChat is indispensable.

For most Chinese people in China, WeChat is a sort of all-in-one app: a way to swap stories, talk to old classmates, pay bills, coordinate with co-workers, post envy-inducing vacation photos, buy stuff and get news. For the millions of members of China's diaspora, it is the bridge that links them to the trappings of home, from family chatter to food photos.

Woven through it all is the ever more muscular surveillance and propaganda of the Chinese Communist Party. As WeChat has become ubiquitous, it has become a powerful tool of social control, a way for Chinese authorities to guide and police what people say, whom they talk to and what they read.

It has even extended Beijing's reach beyond its borders. When secret police issue threats abroad, they often do so on WeChat. When military researchers working undercover in the United States needed to talk to China's embassies, they used WeChat, according to court documents. The party coordinates via WeChat with members studying overseas.

As a cornerstone of China's surveillance state, WeChat is now considered a national security threat in the United States. The Trump administration has proposed banning WeChat outright, along with the Chinese short video app TikTok. Overnight, two of China's biggest internet innovations became a new front in the sprawling tech standoff between China and the United States.

While the two apps are lumped in the same category by the Trump administration, they represent two distinct approaches to the Great Firewall that blocks Chinese access to foreign websites.

The hipper, better-known TikTok was designed for the wild world outside of China's cloistering censorship; it exists only beyond China's borders. By hiving off an independent app to win over global users, TikTok's owner, ByteDance, created the best bet any Chinese start-up has had to compete with the internet giants in the West. The separation of TikTok from its cousin apps in China, along with deep popularity, has fed corporate campaigns in the United States to save it, even as Beijing potentially upended any deals by labeling its core technology a national security priority.

Though WeChat has different rules for users inside and outside of China, it remains a single, unified social network spanning China's Great Firewall. In that sense, it has helped bring Chinese censorship to the world. A ban would cut dead millions of conversations between family and friends, a reason one group has filed a lawsuit to block the Trump administration's efforts. It would also be an easy victory for American policymakers seeking to push back against China's techno-authoritarian overreach.



Joanne Li. After she shared a news article on WeChat, four police officers showed up at her family's apartment, carrying guns and riot shields.  The New York Times

Ms. Li felt the whipcrack of China's internet controls firsthand when she returned to China in 2018 to take a real estate job. After her experience overseas, she sought to balance her news diet with groups that shared articles on world events. As the coronavirus spread in early 2020 and China's relations with countries around the world strained, she posted an article on WeChat from the U.S. government-run Radio Free Asia about the deterioration of Chinese-Canadian diplomacy, a piece that would have been censored.

The next day, four police officers showed up at her family's apartment. They carried guns and riot shields.

"My mother was terrified," she said. "She turned white when she saw them."

The police officers took Ms. Li, along with her phone and computer, to the local police station. She said they manacled her legs to a restraining device known as a tiger chair for questioning. They asked repeatedly about the article and her WeChat contacts overseas before locking her in a barred cell for the night.

Twice she was released, only to be dragged back to the station for fresh interrogation sessions. Ms. Li said an officer even insisted China had freedom of speech protections as he questioned her over what she had said online. "I didn't say anything," she said. "I just thought, what is your freedom of speech? Is it the freedom to drag me down to the police station and keep me night after sleepless night interrogating me?"

Finally, the police forced her to write out a confession and vow of support for China, then let her go.

## 'The walls are getting higher'

WeChat started out as a simple copycat. Its parent, the Chinese internet giant Tencent, had built an enormous user base on a chat app designed for personal computers. But a new generation of mobile chat apps threatened to upset its hold over the way young Chinese talked to one another.

The visionary Tencent engineer Allen Zhang fired off a message to the company founder, Pony Ma, concerned that they weren't keeping up. The missive led to a new mandate, and Mr. Zhang fashioned a digital Swiss Army knife that became a necessity for daily life in China. WeChat piggybacked on the popularity of the other online platforms run by Tencent, combining payments, e-commerce and social media into a single service.

It became a hit, eventually eclipsing the apps that inspired WeChat. And Tencent, which made billions in profits from the online games piped into its disparate platforms, now had a way to make money off nearly every aspect of a person's digital identity — by serving ads, selling stuff, processing payments and facilitating services like food delivery.

The Beijing offices of Tencent, the parent company of WeChat.   Wu Hong/EPA

The tech world inside and outside of China marveled. Tencent rival Alibaba scrambled to come up with its own product to compete. Silicon Valley studied the ways it mixed services and followed its cues.

Built for China's closed world of internet services, WeChat's only failure came outside the Great Firewall. Tencent made a big marketing push overseas, even hiring the soccer player Lionel Messi as a spokesman in some markets. For non-China users, it created a separate set of rules. International accounts would not face direct censorship and data would be stored on servers overseas.

But WeChat didn't have the same appeal without the many services available only in China. It looked more prosaic outside the country, like any other chat app. The main overseas users, in the end, would be the Chinese diaspora.

Tencent did not respond to a request for comment.

Over time, the distinctions between the Chinese and international app have mattered less. Chinese people who create accounts within China, but then leave, carry with them a censored and monitored account. If international users chat with users inside China, their posts can be censored.

For news and gossip, most comes from WeChat users inside China and spreads out to the world. Whereas most social networks have myriad filter bubbles that reinforce different biases, WeChat is dominated by one super-filter bubble, and it hews closely to the official propaganda narratives.

"The filter bubbles on WeChat have nothing to do with algorithms — they come from China's closed internet ecosystem and censorship. That makes them worse than other social media," said Fang Kecheng, a professor in the School of Journalism and Communications at the Chinese University of Hong Kong.

Mr. Fang first noticed the limitations of WeChat in 2018 as a graduate student at the University of Pennsylvania, teaching an online course in media literacy to younger Chinese.

Soft-spoken and steeped in the media echo chambers of the United States and China, Mr. Fang expected to reach mostly curious Chinese inside China. An unexpected group dialed into the classes: Chinese immigrants and expatriates living in the United States, Canada and elsewhere.

"It seemed obvious. Because they were all outside China, it should be easy for them to gain an understanding of foreign media. In their day-to-day life they would see it and read it," Mr. Fang said. "I realized it wasn't the case. They were outside of China, but their media environment was still entirely inside China, their channel for information was all from public accounts on WeChat."

Mr. Fang's six-week online courses were inspired by a WeChat account he ran called News Lab that sought to teach readers about journalism. With his courses, he assigned articles from media like Reuters along with work sheets that taught students to analyze the pieces — pushing them to draw distinctions between pundit commentary and primary sourcing.

During one course in 2019, he focused on the fire at Notre-Dame cathedral in Paris, which inspired many conspiracy theories on WeChat. One professor at the prestigious Tsinghua University reposted an article alleging that Muslims were behind the fire, which was untrue.

The classes were a big draw. In 2018, Mr. Fang attracted 500 students. The next year he got 1,300. In 2020, a year of coronavirus rumors and censorship, Tencent took down his News Lab account. He decided it was not safe to teach the class on another platform given the more "hostile" climate toward foreign media.

Still, he said that blocking WeChat would be unlikely to help much, as users could easily switch to other Chinese apps filled with propaganda and rumors. A better idea would be to create rules that force social media companies like Tencent to be more transparent, he said.

Creating such internet blocks, he said, rarely improved the quality of information.

"Information is like water. Water quality can be improved, but without any flow, water easily grows fetid," he said.

In a class in 2019, he warned broadly about barriers to information flow.

"Now, the walls are getting higher and higher. The ability to see the outside has become ever harder," he said. "Not just in China, but in much of the world."

## 'What it's like to lose contact'

When Ferkat Jawdat's mother disappeared into China's sprawling system of re-education camps to indoctrinate Uighurs, his WeChat became a kind of memorial.

The app might have been used as evidence against her. But he, like many Uighurs, found himself opening WeChat again and again. It contained years of photos and conversations with his mother. It also held a remote hope he clung to, that one day she would again reach out.

When against all odds she did, the secret police followed.

If propaganda and censorship have found their way to WeChat users overseas, so too has China's government.

For ethnic minority Uighurs, who have been targeted by draconian digital controls at home in China, the chat app has become a conduit for threats from Chinese security forces. In court documents, the Federal Bureau of Investigation said China's embassies communicated on WeChat with military researchers who had entered the United States to steal scientific research. The Chinese Communist Party has used it to keep up ties and organize overseas members, including foreign-exchange students.

Not all uses are nefarious. During the pandemic, local governments used the app to update residents traveling and living abroad about the virus. China's embassies use it to issue travel warnings.

While the Chinese government could use any chat app, WeChat has advantages. Police know well its surveillance capabilities. Within China most accounts are linked to the real identity of users.

Mr. Jawdat's mother, sick and worn, was released from the camps in the summer of 2019. Chinese police gave her a phone and signed her into WeChat. At the sound of his mother's voice Mr. Jawdat fought back a flood of emotions. He hadn't been sure if she was even alive. Despite the relief, he noticed something was off. She offered stilted words of praise for the Chinese Communist Party.

Then the police reached out to him. They approached him with an anonymous friend request over WeChat. When he accepted, a man introduced himself as a high-ranking officer in China's security forces in the Xinjiang region, the epicenter of re-education camps. The man had a proposal. If Mr. Jawdat, an American citizen and Uighur activist, would quiet his attempts to raise awareness about the camps, then his mother might be given a passport and allowed to join her family in the United States.

"It was a kind of threat," he said. "I stayed quiet for two or three weeks, just to see what he did."

It all came to nothing. After turning down a media interview and skipping a speaking event, Mr. Jawdat grew impatient and confronted the man. "He started threatening me, saying, 'You're only one person going against the superpower. Compared to China, you are nothing.'"

The experience gave Mr. Jawdat little tolerance for the app that made the threats possible, even if it had been his only line to his mother. He said he knew two other Uighur Americans who had similar experiences. Accounts from others point to similar occurrences around the world.

"I don't know if it's karma or justice served, for the Chinese people to also feel the pain of what it's like to lose contact with your family members," Mr. Jawdat said of the proposed ban by the Trump administration. "There are many Chinese officials who have their kids in the U.S. WeChat must be one of the tools they use to keep in contact. If they feel this pain, maybe they can relate better to the Uighurs."

A WeChat ban would cut dead millions of conversations. It would also be an easy victory for American policymakers seeking to push back against China's techno-authoritarian overreach.  Jacquelyn Martin/Associated Press

## 'Then you are alone'

Ms. Li was late to the WeChat party. Away in Toronto when it exploded in popularity, she joined only in 2013, after her sister's repeated urging.

It opened up a new world for her. Not in China, but in Canada.

She found people nearby similar to her. Many of her Chinese friends were on it. They found restaurants nearly as good as those at home and explored the city together. One public account set up by a Chinese immigrant organized activities. It kindled more than a few romances. "It was incredibly fun to be on WeChat," she recalled.

Now the app reminds her of jail. During questioning, police told her that a surveillance system, which they called Skynet, flagged the link she shared. Sharing a name with the A.I. from the Terminator movies, Skynet is a real-life techno-policing system, one of several Beijing has spent billions to create.

The surveillance push has supported a fast-growing force of internet police. The group prowls services like WeChat for posts deemed politically sensitive, anything from a link to a joke mocking leader Xi Jinping. To handle WeChat's hundreds of millions of users and their conversations, software analyzes keywords, links and images to generate leads.

Although Ms. Li registered her account in Canada, she fell under Chinese rules when she was back in China. Even outside of China, traffic on WeChat appears to be feeding these automated systems of control. A report from Citizen Lab, a University of Toronto-based research group, showed that Tencent surveilled images and files sent by WeChat users outside of China to help train its censorship algorithms within China. In effect, even when overseas users of WeChat are not being censored, the app learns from them how to better censor.

Wary of falling into automated traps, Ms. Li now writes with typos. Instead of referring directly to police, she uses a pun she invented, calling them golden forks. She no longer shares links from news sites outside of WeChat and holds back her inclination to talk politics.

Still, to be free she would have to delete WeChat, and she can't do that. As the coronavirus crisis struck China, her family used it to coordinate food orders during lockdowns. She also needs a local government health code featured on the app to use public transport or enter stores.

"I want to switch to other chat apps, but there's no way," she said.

"If there were a real alternative I would change, but WeChat is terrible because there is no alternative. It's too closely tied to life. For shopping, paying, for work, you have to use it," she said. "If you jump to another app, then you are alone."

Lin Qiqing contributed research.

Paul Mozur is a technology correspondent focused on the intersection of technology and geopolitics in Asia. He has been twice named a Pulitzer Prize finalist.  @paulmozur

A version of this article appears in print on Sept. 6, 2020, Section BU, Page 1 of the New York edition with the headline: WeChat. WeThink. WeControl.

**Christopher Wray**

Director
Federal Bureau of Investigation

---

Hudson Institute, Video Event: China's Attempt to Influence U.S. Institutions
Washington, D.C.
*July 7, 2020*

# The Threat Posed by the Chinese Government and the Chinese Communist Party to the Economic and National Security of the United States

*Remarks as delivered.*

Good morning. I realize it's challenging, particularly under the current circumstances, to put on an event like this, so I'm grateful to the Hudson Institute for hosting us today.

The greatest long-term threat to our nation's information and intellectual property, and to our economic vitality, is the counterintelligence and economic espionage threat from China. It's a threat to our economic security—and by extension, to our national security.

As National Security Advisor O'Brien said in his recent remarks (https://www.whitehouse.gov/briefings-statements/chinese-communist-partys-ideology-global-ambitions/), we cannot close our eyes and ears to what China is doing—and today, in light of the importance of this threat, I will provide more detail on the Chinese threat than the FBI has ever presented in an open forum. This threat is so significant that the attorney general and secretary of state will

also be addressing a lot of these issues in the next few weeks. But if you think these issues are just an intelligence issue, or a government problem, or a nuisance largely just for big corporations who can take care of themselves—you could not be more wrong.



(https://www.fbi.gov/image-repository/wray-hudson-070720e.jpg)

FBI Director Christopher Wray discusses the threat China poses to U.S. economic and national security during a July 7, 2020 video event at the Hudson Institute in Washington, D.C.

It's the people of the United States who are the victims of what amounts to Chinese theft on a scale so massive that it represents one of the largest transfers of wealth in human history.

If you are an American adult, it is more likely than not that China has stolen your personal data.

In 2017, the Chinese military conspired to hack Equifax and made off with the sensitive personal information of 150 million Americans—we're talking nearly half of the American population and most American adults—and as I'll discuss in a few moments, this was hardly a standalone incident.

Our data isn't the only thing at stake here—so are our health, our livelihoods, and our security.

We've now reached the point where the FBI is opening a new China-related counterintelligence case about every 10 hours. Of the nearly 5,000 active FBI counterintelligence cases currently underway across the country, almost half are related to China. And at this very moment, China is working to compromise American health care organizations, pharmaceutical companies, and academic institutions conducting essential COVID-19 research.

But before I go on, let me be clear: This is not about the Chinese people, and it's certainly not about Chinese Americans. Every year, the United States welcomes more than 100,000 Chinese students and researchers into this country. For generations, people have journeyed from China to the United States to secure the blessings of liberty for themselves and their families—and our society is better for their contributions. So, when I speak of the threat from China, I mean the government of China and the Chinese Communist Party.

# The Chinese Regime and the Scope of Its Ambitions

To understand this threat and how we must act to respond to it, the American people should remember three things.

First: We need to be clear-eyed about the scope of the Chinese government's ambition. China—the Chinese Communist Party—believes it is in a generational fight to surpass our country in economic and technological leadership.

That is sobering enough. But it's waging this fight not through legitimate innovation, not through fair and lawful competition, and not by giving their citizens the freedom of thought and speech and creativity that we treasure here in the United States. Instead, China is engaged in a whole-of-state effort to become the world's only superpower by any means necessary.

# A Diverse and Multi-Layered Approach

The second thing the American people need to understand is that China uses a diverse range of sophisticated techniques—everything from cyber intrusions to corrupting trusted insiders. They've even engaged in outright physical theft. And they've pioneered an expansive approach to stealing innovation through a wide range of actors—including not just Chinese intelligence services but state-owned enterprises, ostensibly private companies, certain kinds of graduate students and researchers, and a whole variety of other actors working on their behalf.

## Economic Espionage

To achieve its goals and surpass America, China recognizes it needs to make leaps in cutting-edge technologies. But the sad fact is that instead of engaging in the hard slog of innovation, China often steals American intellectual property and then uses it to compete against the very American companies it victimized—in effect, cheating twice over. They're targeting research on everything from military equipment to wind turbines to rice and corn seeds.

Through its talent recruitment programs, like the so-called Thousand Talents Program, the Chinese government tries to entice scientists to secretly bring our knowledge and innovation back to China—even if that means stealing proprietary information or violating our export controls and conflict-of-interest rules.

Take the case of scientist Hongjin Tan, for example, a Chinese national and American lawful permanent resident. He applied to China's Thousand Talents Program and stole more than $1 billion—that's with a "b"—worth of trade secrets from his former employer, an Oklahoma-based petroleum company, and got caught. A few months ago, he was convicted and sent to prison.

Or there's the case of Shan Shi, a Texas-based scientist, also sentenced to prison earlier this year. Shi stole trade secrets regarding syntactic foam, an important naval technology used in submarines. Shi, too, had applied to China's Thousand Talents Program, and specifically pledged to "digest" and "absorb" the relevant technology in the United States. He did this on behalf of Chinese state-owned enterprises, which ultimately planned to put the American company out of business and take over the market.

In one of the more galling and egregious aspects of the scheme, the conspirators actually patented in China the very manufacturing process they'd stolen, and then offered their victim American company a joint venture using its own stolen technology. We're talking about an American company that spent years and millions of dollars developing that technology, and China couldn't replicate it—so, instead, it paid to have it stolen.

And just two weeks ago, Hao Zhang was convicted of economic espionage, theft of trade secrets, and conspiracy for stealing proprietary information about wireless devices from two U.S. companies. One of those companies had spent over 20 years developing the technology Zhang stole.

These cases were among more than a thousand investigations the FBI has into China's actual and attempted theft of American technology—which is to say nothing of over a thousand more ongoing counterintelligence investigations of other kinds related to China. We're conducting these kinds of investigations in all 56 of our field offices. And over the past decade, we've seen economic espionage cases with a link to China increase by approximately 1,300 percent.

The stakes could not be higher, and the potential economic harm to American businesses and the economy as a whole almost defies calculation.

## Clandestine Efforts

As National Security Advisor O'Brien discussed in his June remarks, the Chinese government is also making liberal use of hacking to steal our corporate and personal data—and they're using both military and non-state hackers to do it. The

Equifax intrusion I mentioned just a few moments ago, which led to the indictment of Chinese military personnel, was hardly the only time China stole the sensitive personal information of huge numbers of the American public.

For example, did any of you have health insurance through Anthem or one of its associated insurers? In 2015, China's hackers stole the personal data of 80 million of that company's current and former customers.

Or maybe you're a federal employee—or you used to be one, or you applied for a government job once, or a family member or roommate did. Well, in 2014, China's hackers stole more than 21 million records from OPM, the federal government's Office of Personnel Management.

Why are they doing this? First, China has made becoming an artificial intelligence world leader a priority, and these kinds of thefts feed right into China's development of artificial intelligence tools.

Compounding the threat, the data China stole is of obvious value as they attempt to identify people for secret intelligence gathering. On that front, China is using social media platforms—the same ones Americans use to stay connected or find jobs—to identify people with access to our government's sensitive information and then target those people to try to steal it.

Just to pick one example, a Chinese intelligence officer posing as a headhunter on a popular social media platform recently offered an American citizen a sizeable sum of money in exchange for so-called "consulting" services. That sounds benign enough until you realize those "consulting" services were related to sensitive information the American target had access to as a U.S. military intelligence specialist.

Now that particular tale has a happy ending: The American citizen did the right thing and reported the suspicious contact, and the FBI, working together with our armed forces, took it from there. I wish I could say that all such incidents ended that way.

## Threats to Academia

It's a troublingly similar story in academia.

Through talent recruitment programs like the Thousand Talents Program I mentioned just a few moments ago, China pays scientists at American universities to secretly bring our knowledge and innovation back to China—including valuable, federally funded research. To put it bluntly, this means American taxpayers are effectively footing the bill for China's own technological development. China then leverages its ill-gotten gains to undercut U.S. research institutions and companies, blunting our nation's advancement and costing American jobs. And we are seeing more and more of these cases.

In May alone, we arrested both Qing Wang, a former researcher with the Cleveland Clinic who worked on molecular medicine and the genetics of cardiovascular disease, and Simon Saw-Teong Ang, a University of Arkansas scientist doing research for NASA. Both of these guys were allegedly committing fraud by concealing their participation in Chinese talent recruitment programs while accepting millions of dollars in American federal grant funding.

That same month, former Emory University professor Xiao-Jiang Li pled guilty to filing a false tax return for failing to report the income he'd received through China's Thousand Talents Program. Our investigation found that while Li was researching Huntington's disease at Emory, he was also pocketing half a million unreported dollars from China.

In a similar vein, Charles Lieber, chair of Harvard's Department of Chemistry and Chemical Biology, was indicted just last month for making false statements to federal authorities about his Thousand Talents participation. The United States has alleged that Lieber concealed from both Harvard and the NIH his position as a strategic scientist at a Chinese university—and the fact that the Chinese government was paying him, through the Wuhan Institute of Technology, a $50,000 monthly stipend, more than $150,000 in living expenses, and more than $1.5 million to establish a laboratory back in China.

## Malign Foreign Influence

There's more. Another tool China and the Chinese Communist Party use to

manipulate Americans is what we call malign foreign influence.

Now, traditional foreign influence is a normal, legal diplomatic activity typically conducted through diplomatic channels. But malign foreign influence efforts are subversive, undeclared, criminal, or coercive attempts to sway our government's policies, distort our country's public discourse, and undermine confidence in our democratic processes and values.

China is engaged in a highly sophisticated malign foreign influence campaign, and its methods include bribery, blackmail, and covert deals. Chinese diplomats also use both open, naked economic pressure and seemingly independent middlemen to push China's preferences on American officials.

Just take one all-too-common illustration: Let's say China gets wind that some American official is planning to travel to Taiwan—think a governor, a state senator, a member of Congress. China does not want that to happen, because that travel might appear to legitimize Taiwanese independence from China—and legitimizing Taiwan would, of course, be contrary to China's "One China" policy.

So what does China do? Well, China has leverage over the American official's constituents—American companies, academics, and members of the media all have legitimate and understandable reasons to want access to Chinese partners and markets. And because of the authoritarian nature of the Chinese Communist Party, China has immense power over those same partners and markets. So, China will sometimes start by trying to influence the American official overtly and directly. China might openly warn that if the American official goes ahead and takes that trip to Taiwan, China will take it out on a company from that official's home state by withholding the company's license to manufacture in China. That could be economically ruinous for the company, would directly pressure the American official to alter his travel plans, and the official would know that China was trying to influence him.

That would be bad enough. But the Chinese Communist Party often doesn't stop there; it can't stop there if it wants to stay in power—so it uses its leverage even more perniciously. If China's more direct, overt influence campaign doesn't do the trick, they sometimes turn to indirect, covert, deceptive influence efforts.

To continue with the illustration of the American official with travel plans that the Chinese Communist Party doesn't like, China will work relentlessly to identify the people closest to that official—the people that official trusts most. China will then work to influence those people to act on China's behalf as middlemen to influence the official. The co-opted middlemen may then whisper in the official's ear and try to sway the official's travel plans or public positions on Chinese policy. These intermediaries, of course, aren't telling the American official that they're Chinese Communist Party pawns—and worse still, some of these intermediaries may not even realize they're being used as pawns, because they, too, have been deceived.

Ultimately, China doesn't hesitate to use smoke, mirrors, and misdirection to influence Americans.

Similarly, China often pushes academics and journalists to self-censor if they want to travel into China. And we've seen the Chinese Communist Party pressure American media and sporting giants to ignore or suppress criticism of China's ambitions regarding Hong Kong or Taiwan. This kind of thing is happening over and over, across the United States.

And I will note that the pandemic has unfortunately not stopped any of this—in fact, we have heard from federal, state, and even local officials that Chinese diplomats are aggressively urging support for China's handling of the COVID-19 crisis. Yes, this is happening at both the federal and state levels. Not that long ago, we had a state senator who was recently even asked to introduce a resolution supporting China's response to the pandemic.

The punchline is this: All of these seemingly inconsequential pressures add up to a policymaking environment in which Americans find themselves held over a barrel by the Chinese Communist Party.

## Threats to the Rule of Law

All the while, China's government and Communist Party have brazenly violated well-settled norms and the rule of law.

Since 2014, Chinese General Secretary Xi Jinping has spearheaded a program known as "Fox Hunt." Now, China describes Fox Hunt as some kind of international anti-corruption campaign—it is not. Instead, Fox Hunt is a sweeping bid by General Secretary Xi to target Chinese nationals whom he sees as threats and who live outside China, across the world. We're talking about political rivals, dissidents, and critics seeking to expose China's extensive human rights violations.

Hundreds of the Fox Hunt victims that they target live right here in the United States, and many are American citizens or green card holders. The Chinese government wants to force them to return to China, and China's tactics to accomplish that are shocking. For example, when it couldn't locate one Fox Hunt target, the Chinese government sent an emissary to visit the target's family here in the United States. The message they said to pass on? The target had two options: return to China promptly, or commit suicide. And what happens when Fox Hunt targets refuse to return to China? In the past, their family members both here in the United States and in China have been threatened and coerced, and those back in China have even been arrested for leverage.

I'll take this opportunity to note that if you believe the Chinese government is targeting you—that you're a potential Fox Hunt victim—please reach out to your local FBI field office.

# Exploiting Our Openness

Understanding how a nation could engage in these tactics brings me to the third thing the American people need to remember: that China has a fundamentally different system than ours—and it's doing all it can to exploit the openness of ours while taking advantage of its own closed system.

Many of the distinctions that mean a lot here in the United States are blurry or almost nonexistent in China—I'm talking about distinctions between the government and the Chinese Communist Party, between the civilian and military sectors, and between the state and the "private" sector.

For one thing, an awful lot of large Chinese businesses are state-owned enterprises—literally owned by the government, and thus the Party. And even if they aren't, China's laws allow its government to compel any Chinese company to provide any information it requests—including American citizens' data.

On top of that, Chinese companies of any real size are legally required to have Communist Party "cells" inside them to keep them in line. Even more alarmingly, Communist Party cells have reportedly been established in some American companies operating in China as a cost of doing business there.

These kinds of features should give U.S. companies pause when they consider working with Chinese corporations like Huawei—and should give all Americans pause, too, when relying on such a company's devices and networks. As the world's largest telecommunications equipment manufacturer, Huawei has broad access to much that American companies do in China. It's also been charged in the United States with racketeering conspiracy and has, as alleged in the indictment, repeatedly stolen intellectual property from U.S. companies, obstructed justice, and lied to the U.S. government and its commercial partners, including banks.

The allegations are clear: Huawei is a serial intellectual property thief, with a pattern and practice of disregarding both the rule of law and the rights of its victims. I have to tell you, it certainly caught my attention to read a recent article describing the words of Huawei's founder, Ren Zhengfei, about the company's mindset. At a Huawei research and development center, he reportedly told employees that to ensure the company's survival, they need to—and I quote—"surge forward, killing as you go, to blaze us a trail of blood." He's also reportedly told employees that Huawei has entered, to quote, "a state of war." I certainly hope he couldn't have meant that literally, but it's hardly an encouraging tone, given the company's repeated criminal behavior.

In our modern world, there is perhaps no more ominous prospect than a hostile foreign government's ability to compromise our country's infrastructure and devices. If Chinese companies like Huawei are given unfettered access to our telecommunications infrastructure, they could collect any of your information that traverses their devices or networks. Worse still: They'd have no choice but to

hand it over to the Chinese government if asked—the privacy and due process protections that are sacrosanct in the United States are simply non-existent in China.

# Responding Effectively to the Threat

The Chinese government is engaged in a broad, diverse campaign of theft and malign influence, and it can execute that campaign with authoritarian efficiency. They're calculating. They're persistent. They're patient. And they're not subject to the righteous constraints of an open, democratic society or the rule of law.

China, as led by the Chinese Communist Party, is going to continue to try to misappropriate our ideas, influence our policymakers, manipulate our public opinion, and steal our data. They will use an all-tools and all-sectors approach—and that demands our own all-tools and all-sectors approach in response.

Our folks at the FBI are working their tails off every day to protect our nation's companies, our universities, our computer networks, and our ideas and innovation. To do that, we're using a broad set of techniques—from our traditional law enforcement authorities to our intelligence capabilities.

And I will briefly note that we're having real success. With the help of our many foreign partners, we've arrested targets all over the globe. Our investigations and the resulting prosecutions have exposed the tradecraft and techniques the Chinese use, raising awareness of the threat and our industries' defenses. They also show our resolve and our ability to attribute these crimes to those responsible. It's one thing to make assertions—but in our justice system, when a person, or a corporation, is investigated and then charged with a crime, we have to prove the truth of the allegation beyond a reasonable doubt. The truth matters—and so, these criminal indictments matter. And we've seen how our criminal indictments have rallied other nations to our cause—which is crucial to persuading the Chinese government to change its behavior.

We're also working more closely than ever with partner agencies here in the U.S. and our partners abroad. We can't do it on our own; we need a whole-of-society response. That's why we in the intelligence and law enforcement communities are working harder than ever to give companies, universities, and the American people themselves the information they need to make their own informed decisions and protect their most valuable assets.

Confronting this threat effectively does not mean we shouldn't do business with the Chinese. It does not mean we shouldn't host Chinese visitors. It does not mean we shouldn't welcome Chinese students or coexist with China on the world stage. But it does mean that when China violates our criminal laws and international norms, we are not going to tolerate it, much less enable it. The FBI and our partners throughout the U.S. government will hold China accountable and protect our nation's innovation, ideas, and way of life—with the help and vigilance of the American people.

Thank you for having me here today.

**Watch**

- Hudson Institute Video Event | China's Attempt to Influence U.S. Institutions: A Conversation with FBI Director Christopher Wray (https://www.hudson.org/events/1836-video-event-china-s-attempt-to-influence-u-s-institutions-a-conversation-with-fbi-director-christopher-wray72020)

# China Intercepts WeChat Texts From U.S. And Abroad, Researchers Say

**npr.org**/2019/08/29/751116338/ch na- ntercepts-wechat-texts-from-u-s-and-abroad-researcher-says

Em y
Feng



Enlarge this image
Owned by Tencent, one of China's biggest companies, the WeChat app has more than 1 billion monthly users in China and now serves users outside the country, too. **Martin Bureau/AFP/Getty Images hide caption**

**toggle caption**
Martin Bureau/AFP/Getty Images



Owned by Tencent, one of China's biggest companies, the WeChat app has more than 1 billion monthly users in China and now serves users outside the country, too.

Martin Bureau/AFP/Getty Images

**Updated on Sept. 19 at 10:23 a.m. ET**

The popular Chinese messaging app WeChat is Zhou Fengsuo's most reliable communication link to China.

That's because he hasn't been back in over two decades. Zhou, a human rights activist, had been a university student in 1989, when the pro-democracy protests broke out in Beijing's Tiananmen Square. After a year in jail and another in political reeducation, he moved to the United States in 1995.

But WeChat often malfunctions. Zhou began noticing in January that his chat groups could not read his messages. "I realized this because I was expecting some feedback [on a post] but there was no feedback," Zhou tells NPR from his home in New Jersey.



Enlarge this image

Chinese American human rights activist Zhou Fengsuo says he will continue using WeChat in spite of its vulnerabilities. "I have to use it to communicate. I just have to know what's going on" in China, he says. **Don Emmert/AFP/Getty Images hide caption**

**toggle caption**
Don Emmert/AFP/Getty Images



Chinese American human rights activist Zhou Fengsuo says he will continue using WeChat in spite of its vulnerabilities. "I have to use it to communicate. I just have to know what's going on" in China, he says.

Don Emmert/AFP/Getty Images

Chinese cyberspace is one of the most surveilled and censored in the world. That includes WeChat. Owned by Tencent, one of China's biggest companies, the chat-meets-payment app has more than 1 billion monthly users in China and now serves users outside the country, too, although it does not divulge how many. Researchers say its use abroad has extended the global reach of China's surveillance and censorship methods.

As Chinese technology companies expand their footprint outside China, they are also sweeping up vast amounts of data from foreign users. Every day, millions of WeChat conversations held inside and outside China are flagged, collected and stored in a database connected to public security agencies in China, say cyber researchers.

"The intention of keeping people safe by building these systems goes out the window the moment you don't secure them at all," says Victor Gevers, the Dutch co-founder of the nonprofit GDI Foundation, an open-source data security collective.

Zhou is not the only one experiencing recent issues. NPR spoke to three other U.S. citizens who have been blocked from sending messages in WeChat groups or had their accounts frozen earlier this year, despite registering with U.S. phone numbers.

"It doesn't matter where the user is, as long as I send a message to more than three people, my message cannot be seen in any group," says Stephen, a Chinese American technology professional. He declined to share his full name because he fears his criticism could draw retaliation against himself or his family by the authorities in China, where he travels often and where most of his family lives.

Stephen is baffled that he was blocked. He doesn't consider himself political. "It isn't shocking that China has that kind of censorship," he says. "The shocking piece is that China is exporting that kind of censorship to other parts of the world."

According to the Citizen Lab, an Internet watchdog group at the University of Toronto, WeChat's parent company Tencent created an extraordinarily advanced censorship algorithm to automatically identify combinations of keywords in messages and online articles that it then blocks. The censorship occurs whenever a Chinese-registered WeChat account receives or sends a message with flagged phrases.

"Using this sort of technique, Tencent has the ability to more precisely target content," says Jeffrey Knockel, a postdoctoral fellow at the Citizen Lab.

Since 2013, Citizen Lab has been monitoring how WeChat filters keywords and found it often updates which words are flagged in response to current events.

"We suspect that humans have some control over adding things to the list [of filtered keywords], but it's an open question whether these automated methods can add by themselves to the list," Knockel says.

> From 3.784.309.399 messages, 3.698.798.784 were written in Chinese.
> 59.378.236 in English and 26.132.379 in another language. 98% of the Chinese
> messages had a GPS location in China. 68% of the English messages were sent
> in China. More than 19 million were sent from outside C̲N̲
> pic.twitter.com/Va8Lfk3dnw
>
>   0xDUDE (@0xDUDE) April 22, 2019

The Dutch researcher Gevers has studied Chinese social platforms as well and has exposed a large number of online vulnerabilities in their networks.

This March, Gevers found a Chinese database storing more than 1 billion WeChat conversations, including more than 3.7 billion messages, and tweeted out his findings. Each message had been tagged with a GPS location, and many included users' national

identification numbers. Most of the messages were sent inside China, but more than 19 million of them had been sent from people outside the country, mostly from the U.S., Taiwan, South Korea and Australia.

He says the system resembles the global surveillance methods used by the U.S. National Security Agency.



## World

## China Used Twitter To Disrupt Hong Kong Protests, But Efforts Began Years Earlier

For decades, the U.S. had unparalleled capabilities to monitor Internet traffic passing through servers within its borders. But Chinese tech companies like Tencent are now global, meaning this dragnet is believed to be sweeping up information about users from outside China.

"I think that really raises serious questions and challenges for users but also for regulators outside China," says Sarah Cook, a senior research analyst at Freedom House, an independent democracy watchdog.

Estimates of total WeChat accounts outside China are hard to come by, and the number is believed to be low — possibly in the tens of thousands — in the U.S. compared with popular networks like Facebook and its Messenger and WhatsApp platforms.

Cook points out that WeChat is used internationally not just by traveling Chinese citizens, but also by politicians in democracies communicating with Chinese constituents and dissident communities. "They're communicating with somebody else who's outside of China who has WeChat, but they're still for the most part often operating under the rules that are inside China," she says.

For some, the censorship came in stages. For example, a user could be temporarily blocked, as though to encourage better behavior. Sometimes a cat-and-mouse ensues between the censors and users.

Last February, David, a Chinese American doctor who does not want to use his last name for fear of backlash against his relatives still living in China, noticed his posts on WeChat's Moments— akin to a Facebook news feed — were not going through. Undeterred, he kept

sharing politically charged articles.

Within days, he couldn't send messages to any group chat: "Although I was able to read the other people's messages, when I posted my message, nobody could see it. It was like I wasn't there," he says.



## **Parallels**

## **The App That Helps The Chinese Masses Mobilize Online**

David then dialed back his sharing of news articles, limiting his conversations to trivial chitchat and music-sharing. His group chat function was quickly restored. Emboldened, he began sharing his political posts in group chats, only to find himself blocked again.

"Now I am very careful [on WeChat]. I feel like this censorship has affected both my psychology and my behavior," says David. He says he has abandoned his old account andcreated a new WeChat account to talk to loved ones in China. He lost thousands of contacts in the process. "This is just my main connection to my Chinese friends inside and outside of China."

Tencent, WeChat's owner headquartered in the southeastern city of Shenzhen, declined to comment.

Whether China's government can compel companies to hand over data access is a key question facing the country's major technology companies as they seek a larger share of world markets. For instance, telecommunications giant Huawei is trying to build a mobile network upgrade, known as 5G, around the world and says it would refuse Chinese government requests for data access. But legal experts say national security trumps privacy in China, even if companies put up a fight. U.S. officials allege that Huawei is controlled by the Chinese government, something the company and China's government have repeatedly denied.

"It's a bit of a red herring I think to argue about what the law says or does not say," says Donald Clarke, a George Washington University professor who specializes in Chinese law. Despite economic reforms, Clarke says, "China is essentially a Leninist state in which the government does not recognize any limits on its power."



## World
___

## GitHub Has Become A Haven For China's Censored Internet Users

Back in New Jersey, the activist Zhou says he will continue using WeChat in spite of its vulnerabilities. His work depends too much on it.

"I have to use it to communicate. I just have to know what's going on [in China]. But it is very dangerous," he concedes. "It's a natural choice. We have to use WeChat even though I know it's under surveillance all the time."

___

***Editor's note:*** *An earlier version of this article said Victor Gevers found certain word patterns on WeChat that were flagged and archived. NPR has learned that his analysis used a set of keywords created previously by the Citizen Lab at the University of Toronto. We have amended the story to report on the original research the Citizen Lab conducted.*