










**PRIORITY MAIL EXPRESS™**
OUR FASTEST SERVICE IN THE U.S.

RECEIVED SEP 08 2020

**FROM:** (412) 708-3752
DIRK LANGER
1889 EUCALYPTUS HILL RD.
SANTA BARBARA, CA 93108

**TO:**
CLERK OF COURT
U.S. DISTRICT COURT
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA
94102-3489

Hasler 09/03/2020
US POSTAGE $026.35
ZIP 93108
011D11654675

EE 351 173 581 US

PO ZIP Code: 93108
Scheduled Delivery Date: 9/5
Postage: $26.35
Date Accepted: 9/3/20
Time Accepted: 5:53 PM
Weight: 5 ozs. Flat Rate
Acceptance Employee Initials: WA
Total Postage & Fees: $26.35

# PRIORITY ★ MAIL ★ EXPRESS™

SAME GREAT EXPRESS MAIL® SERVICE, WITH A NEW NAME

GUARANTEED*
★ ★ ★
TRACKED
★ ★ ★
INSURED
★

## FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*



P S 10001000006

EP13F July 2013
OD: 12.5 x 9.5


UNITED STATES POSTAL SERVICE®

* Money Back Guarantee to U.S., select APO/FPO/DPO, and select International destinations. See DMM and IMM at pe.usps.com for complete details.
* For International shipments, the maximum weight is 4 lbs.