JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
AUGUST FLENTJE
Special Counsel to the Acting
Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
Assistant Branch Director
SERENA M. ORLOFF
MICHAEL DREZNER
STUART J. ROBINSON
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Ben Franklin Station, P.O. Box No. 883
Washington, DC 20044
Phone: (202) 305-0167
Fax: (202) 616-8470
E-mail: serena.m.orloff@usdoj.gov
*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, President of the United States, and WILBUR ROSS, Secretary of Commerce,<br><br>　　　　　Defendants. | Case No. 3:20-cv-05910-LB<br><br>**NOTICE OF DECLARATION IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:　Sept. 17, 2020<br>Time:　9:30 a.m.<br>Place:　San Francisco, CA<br>Judge: Hon. Laurel Beeler |

Defendants hereby notice the filing of the Declaration of Serena Orloff, Trial Attorney, in Support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction ("Opposition"). Defendants provide this Declaration to authenticate the exhibits attached to Defendants' Opposition, *see* ECF Nos. 22-1 through 22-25.

Dated: September 15, 2020　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　JEFFREY BOSSERT CLARK
　　　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General

AUGUST FLENTJE
Special Counsel to the Acting
Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

DIANE KELLEHER
Assistant Branch Director

*/s/ Serena Orloff*
SERENA M. ORLOFF
MICHAEL DREZNER
STUART J. ROBINSON
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Ben Franklin Station, P.O. Box No. 883
Washington, DC 20044
Phone: (202) 305-0167
Fax: (202) 616-8470
E-mail: serena.m.orloff@usdoj.gov

*Counsel for Defendants*