JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
AUGUST FLENTJE
Special Counsel to the Acting
Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
Assistant Branch Director
SERENA M. ORLOFF
MICHAEL DREZNER
STUART J. ROBINSON
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Ben Franklin Station, P.O. Box No. 883
Washington, DC 20044
Phone: (202) 305-0167
Fax: (202) 616-8470
E-mail: serena.m.orloff@usdoj.gov
*Counsel for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, and WILBUR ROSS, Secretary of Commerce,<br><br>Defendants. | Case No. 3:20-cv-05910-LB<br><br>**DECLARATION OF SERENA ORLOFF IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:  Sept. 17, 2020<br>Time:  9:30 a.m.<br>Place:  San Francisco, CA<br>Judge: Hon. Laurel Beeler |

I, Serena Orloff, declare as follows:

1.     I am a Trial Attorney and the attorney of record for Defendants in this action.

2.     Attached to Defendants' opposition to Plaintiffs' motion for preliminary injunction, ECF No. 22 ("opposition"), as Exhibit 1, ECF No. 22-1, is a true and correct copy of the following document: Congressional Leaders Cite Telecommunications Concerns with Firms that Have Ties with Chinese Government (Oct. 19, 2010), *available at* https://www.hsgac.senate.gov/media/minority-

media/congressional-leaders-cite-telecommunications-concerns-with-firms-that-have-ties-with-chinese-government (last visited Sept. 15, 2020).

3.      Attached to Defendants' opposition as Exhibit 2, ECF No. 22-2, is a true and correct copy of the following document: U.S. House of Representatives, Permanent Select Committee on Intelligence, 112th Congress, Investigative Report on the U.S. National Security Issues Posed by Chinese Telecommunications Companies Huawei and ZTE (Oct. 8, 2012), *available at* https://republicans-intelligence.house.gov/sites/intelligence.house.gov/files/documents/huawei-zte%20investigative%20report%20(final).pdf (last visited Sept. 15, 2020).

4.      Attached to Defendants' opposition as Exhibit 3, ECF No. 22-3, is a true and correct copy of the following document: U.S.-China Economic and Security Review Commission Staff Report, The National Security Implications of Investments and Products from the People's Republic of China in the Telecommunications Sector (Jan. 2011), *available at* https://www.uscc.gov/sites/default/files/Research/FINALREPORT_TheNationalSecurityImplicationsofInvestmentsandProductsfromThePRCintheTelecommunicationsSector.pdf (last visited Sept. 15, 2020).

5.      Attached to Defendants' opposition as Exhibit 4, ECF No. 22-4, is a true and correct copy of the following document: 2011 Report to Congress of the U.S. China Economic and Security Review Commission, 112th Congress (Nov. 2011), *available at* https://www.uscc.gov/sites/default/files/annual_reports/annual_report_full_11.pdf (last visited Sept. 15, 2020).

6.      Attached to Defendants' opposition as Exhibit 5, ECF No. 22-5, is a true and correct copy of the following document: Department of Defense, Annual Report to Congress, Military and Security Developments Involving the People's Republic of China (2011), *available at* https://archive.defense.gov/pubs/pdfs/2011_CMPR_Final.pdf (last visited Sept. 15, 2020).

7.      Attached to Defendants' opposition as Exhibit 6, ECF No. 22-6, is a true and correct copy of the following document: Statement for the Record, Worldwide Threat Assessment of the U.S. Intelligence Community, Daniel R. Coats, Director of National Intelligence (Feb. 13, 2018), *available at* https://www.dni.gov/files/documents/Newsroom/Testimonies/2018-ATA---Unclassified-SSCI.pdf (last visited Sept. 15, 2020).

8.      Attached to Defendants' opposition as Exhibit 7, ECF No. 22-7, is a true and correct copy of the following document: Statement for the Record, Worldwide Threat Assessment of the U.S. Intelligence Community, Senate Select Committee on Intelligence, Daniel R. Coats, Director of National Intelligence (May 11, 2017), *available at* https://www.dni.gov/files/documents/Newsroom/Testimonies/SSCI%20Unclassified%20SFR%20-%20Final.pdf (last visited Sept. 15, 2020).

9.      Attached to Defendants' opposition as Exhibit 8, ECF No. 22-8, is a true and correct copy of the following document: Federal Bureau of Investigation, Counterintelligence Strategic Partnership Intelligence Note, Huawei, *available at* https://info.publicintelligence.net/FBI-Huawei.pdf (last visited Sept. 15, 2020).

10.      Attached to Defendants' opposition as Exhibit 9, ECF No. 22-9, is a true and correct copy of excerpts of the following document: 2017 Report to Congress of the U.S.-China Economic and Security Review Commission (Nov. 2017).  The full report is available at https://www.uscc.gov/sites/default/files/2019-09/2017_Annual_Report_to_Congress.pdf (last visited Sept. 15, 2020).

11.      Attached to Defendants' opposition as Exhibit 10, ECF No. 22-10, is a true and correct copy of the following document: Statement for the Record, Worldwide Threat Assessment of the U.S. Intelligence Community, Senate Armed Services Committee, James R. Clapper, Director of National Intelligence (Feb. 9, 2016), *available at* https://www.dni.gov/files/documents/SASC_Unclassified_2016_ATA_SFR_FINAL.pdf (last visited Sept. 15, 2020).

12.      Attached to Defendants' opposition as Exhibit 11, ECF No. 22-11, is a true and correct copy of the following document: National Counterintelligence and Security Center, Foreign Economic Espionage in Cyberspace (2018), *available at* https://www.dni.gov/files/NCSC/documents/news/20180724-economic-espionage-pub.pdf (last visited Sept. 15, 2020).

13.      Attached to Defendants' opposition as Exhibit 12, ECF No. 22-12, is a true and correct copy of the following document: Open Hearing on Worldwide Threats, Hearing Before the Select

Committee on Intelligence of the U.S. Senate, 115th Congress (Feb. 13, 2018), *available at*
https://www.intelligence.senate.gov/sites/default/files/hearings/CHRG-115shrg28947.pdf (last visited
Sept. 15, 2020).

14.    Attached to Defendants' opposition as Exhibit 13, ECF No. 22-13, is a true and correct
copy of the following document: Summary of the 2018 National Defense Strategy of the United States
of America, Sharpening the American Military's Competitive Edge, *available at*
https://dod.defense.gov/Portals/1/Documents/pubs/2018-National-Defense-Strategy-Summary.pdf (last
visited Sept. 15, 2020)

15.    Attached to Defendants' opposition as Exhibit 14, ECF No. 22-14, is a true and correct
copy of the following document: Danielle Cave, Samantha Hoffman, Alex Joske, Fergus Ryan, and
Elise Thomas, Australian Strategic Policy Institute, Mapping China's technology giants, Issues Paper
Report No. 15/2019, *available at* https://s3-ap-southeast-2.amazonaws.com/ad-aspi/2019-
05/Mapping%20China%27s%20technology%20giants.pdf?EINwiNpste_FojtgOPriHtlFSD2OD2tL (last
visited Sept. 15, 2020).

16.    Attached to Defendants' opposition as Exhibit 15, ECF No. 22-15, is a true and correct
copy of the following document: Lotus Ruan, Australian Strategic Policy Institute, When the winner
takes it all, Big data in China and the battle for privacy, Issues Paper Report No. 5/2018, *available at*
http://ad-aspi.s3.amazonaws.com/2018-06/Winner%20takes%20it%20all.pdf (last visited Sept. 15,
2020).

17.    Attached to Defendants' opposition as Exhibit 16, ECF No. 22-16, is a true and correct
copy of the following document: Elsa B. Kania, Australia Strategic Policy Institute, Technological
entanglement, Cooperation, competition and the dual-use dilemma in artificial intelligence, Policy Brief
Report No. 7/2018, *available at* https://s3-ap-southeast-2.amazonaws.com/ad-aspi/2018-07/Tech-
Entanglemen_PolicyBrief_20180702-v2.pdf?7BahbUgNHCY1umz4PCrLOEdBJUrjULCg (last visited
Sept. 15, 2020).

18.    Attached to Defendants' opposition as Exhibit 17, ECF No. 22-17, is a true and correct
copy of the following document: Worried about Huawei? Take a closer look at Tencent, Sarah Cook, the
japan times (Mar. 28, 2019), *available at*

https://www.japantimes.co.jp/opinion/2019/03/28/commentary/world-commentary/worried-huawei-take-closer-look-tencent/ (last visited Sept. 15, 2020).

19.     Attached to Defendants' opposition as Exhibit 18, ECF No. 22-18, is a true and correct copy of excerpts of the following document: 2019 Report to Congress of the U.S.-China Economic and Security Review Commission, 116th Congress (Nov. 2019).  The full report is available at https://www.uscc.gov/sites/default/files/2019-11/2019%20Annual%20Report%20to%20Congress.pdf (last visited Sept. 15, 2020).

20.     Attached to Defendants' opposition as Exhibit 19, ECF No. 22-19, is a true and correct copy of the following document: Fergus Ryan, An Orwellian future is taking shape in China (Jan. 8, 2018), *available at* https://www.smh.com.au/opinion/an-orwellian-future-is-taking-shape-in-china-20171220-h07vbw.html (last visited Sept. 15, 2020).

21.     Attached to Defendants' opposition as Exhibit 20, ECF No. 22-20, are true and correct copies of the following documents: (1) Liza Lin and Josh Chin, China's Tech Giants Have a Second Job: Helping Beijing Spy on Its People, Wall Street Journal (Nov. 30, 2017), *available at* https://www.wsj.com/articles/chinas-tech-giants-have-a-second-job-helping-the-government-see-everything-1512056284 (last visited Sept. 15, 2020); (2) Chi Zhang, Study: Chinese-American immigrants fall prey to WeChat's misinformation problem, Columbia Journalism Review (Apr. 19, 2018), *available at* https://www.cjr.org/tow_center/wechat-misinformation.php (last visited Sept. 15, 2020); (3) Justin Sherman, Unpacking TikTok, Mobile Apps, and National Security Risks, Lawfare (Apr. 2, 2020), *available at* https://www.lawfareblog.com/unpacking-tiktok-mobile-apps-and-national-security-risks (last visited Sept. 15, 2020); (4) Paul Mozur, Forget TikTok. China's Powerhouse App Is WeChat, and Its Power is Sweeping, The New York Times (Sept. 4, 2020), *available at* https://www.nytimes.com/2020/09/04/technology/wechat-china-united-states.html (last visited Sept. 15, 2020); (5) Christopher Wray, Director, Federal Bureau of Investigation, The Threat Posed by the Chinese Government and the Chinese Communist Party to the Economic and National Security of the United States (July 7, 2020), available at https://www.fbi.gov/news/speeches/the-threat-posed-by-the-chinese-government-and-the-chinese-communist-party-to-the-economic-and-national-security-of-the-united-states (last visited Sept. 15, 2020); and (6) Emily Feng, China Intercepts WeChat Texts from U.S.

And Abroad, Researchers Say, National Public Radio (Aug. 29. 2019, updated Sept. 19, 2019), *available at* https://www.npr.org/2019/08/29/751116338/china-intercepts-wechat-texts-from-u-s-and-abroad-researcher-says (last visited Sept. 15, 2020).

22.     Attached to Defendants' opposition as Exhibit 21, ECF No. 22-21, is a true and correct copy of the following document: Department of Homeland Security, Cyber and Infrastructure, Executive Order 13873 Response, Methodology for Assessing the Most Critical Information and Communications Technologies and Services (Apr. 2020), *available at* https://www.cisa.gov/sites/default/files/publications/eo-response-methodology-for-assessing-ict_v2_508.pdf (last visited Sept. 15, 2020).

23.     Attached to Defendants' opposition as Exhibit 22, ECF No. 22-22, is a true and correct copy of the following document: United States Strategic Approach to the People's Republic of China (May 20, 2020), *available at* https://www.whitehouse.gov/wp-content/uploads/2020/05/U.S.-Strategic-Approach-to-The-Peoples-Republic-of-China-Report-5.20.20.pdf (last visited Sept. 15, 2020).

24.     Attached to Defendants' opposition as Exhibit 23, ECF No. 22-23, is a true and correct copy of the following document: Jeffrey Knockel, Christopher Parsons, Lotus Ruan, Ruohan Xiong, Jedidiah Crandall, and Ron Deibert, We Chat, They Watch, How international users unwittingly build up WeChat's Chinese censorship apparatus, The Citizen Lab (May 7, 2020), *available at* https://tspace.library.utoronto.ca/bitstream/1807/101395/1/Report%23127--wechattheywatch-web.pdf (last visited Sept. 15, 2020).

25.     Attached to Defendants' opposition as Exhibit 24, ECF No. 22-24, is a true and correct copy of the following document: Paige Leskin, Here are all the major US tech companies blocked behind China's 'Great Firewall,' Business Insider (Oct. 10, 2019), *available at* https://www.businessinsider.com/major-us-tech-companies-blocked-from-operating-in-china-2019-5 (last visited Sept. 15, 2020).

26.     Attached to Defendants' opposition as Exhibit 25, ECF No. 22-25, is a true and correct copy of the following document: WeChat – Terms of Service, *available at* https://www.wechat.com/en/service_terms.html (last visited Sept. 15, 2020).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on September

1  15, 2020, at Washington, District of Columbia.

2                                         Respectfully submitted,

3                                         /s/  *Serena M. Orloff*
                                          SERENA ORLOFF
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28