# Exhibit 1



**U.S. Department of Justice**
Civil Division
Federal Programs Branch

| **Mailing Address** | **Overnight Delivery Address** |
|---|---|
| P.O. Box 883 | 1100 L Street N.W. |
| Washington, D.C. 20044 | Washington, D.C.  20005 |

Serena Orloff  (202) 305-0167
Trial Attorney  serena.m.orloff@usdoj.gov

**September 16, 2020**

<u>Via Electronic Mail</u>

Van Swearingen
Rosen Bien Galvan & Grunfeld LLP
vswearingen@rbgg.com

    Re:  *U.S. WeChat Users Alliance et al. v. Trump et al.*, No. 3:20-cv-5910 (LB) (N.D. Cal.)

Dear Van,

    We write with respect to your motion for a preliminary injunction.  As we noted in our opposition to that motion, the Secretary of Commerce has not yet reached a final decision on the specific transactions that will be prohibited under Executive Order 13943.  However, at this time, I am able to provide the following representations and assurances regarding the application and implementation of the Executive Order:

> At present, activity involving the WeChat app is not prohibited. While the Department of Commerce continues to review a range of transactions, including those that could directly or indirectly impact use of the WeChat app, we can provide assurances that the Secretary does not intend to take actions that would target persons or groups whose only connection with WeChat is their use or downloading of the app to convey personal or business information between users, or otherwise define the relevant transactions in such a way that would impose criminal or civil liability on such users.  In other words, while use of the app for such communications could be directly or indirectly impaired through measures targeted at other transactions, use and downloading of the app for this limited purpose will not be a defined transaction, and such users will not be targeted or subject to penalties.

We are happy to discuss further; however, we believe these assurances largely address the concerns

presented in your motion for a preliminary injunction and plan to inform the Court of this correspondence so that she can consider it in conjunction with the hearing tomorrow.

                                                       Sincerely,

                                                       */s/*
                                                       Serena M. Orloff


cc:    Michael Bien, Esq.
        Clay Zhu, Esq.
        Angus Ni, Esq.