JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
AUGUST FLENTJE
Special Counsel to the Acting
Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
Assistant Branch Director
SERENA M. ORLOFF
MICHAEL DREZNER
STUART J. ROBINSON
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Ben Franklin Station, P.O. Box No. 883
Washington, DC 20044
Phone: (202) 305-0167
Fax: (202) 616-8470
E-mail: serena.m.orloff@usdoj.gov
*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States, and WILBUR ROSS, Secretary of Commerce, <br><br> Defendants. | Case No. 3:20-cv-05910-LB <br><br> **NOTICE OF RECENT DECISION** <br><br> Date: Sept. 17, 2020 <br> Time: 9:30 a.m. <br> Place: San Francisco, CA <br> Judge: Hon. Laurel Beeler |

Pursuant to Local Rule 7-3(d)(2), Defendants hereby provide notice to the Court of a recent judicial opinion issued in *Ryan v. Trump*, No. 20-cv-5948-VC, which Defendants believe to be relevant to Plaintiffs' pending motion for preliminary injunction, ECF No. 17. The *Ryan* decision was issued on September 15, 2020, after Defendants filed their opposition to Plaintiffs' motion, ECF No. 22. The decision is attached hereto as Exhibit 1.

Dated: September 16, 2020                    Respectfully submitted,

| | |
|---|---|
| 1 | JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General |
| 2 | |
| 3 | AUGUST FLENTJE<br>Special Counsel to the Acting |
| 4 | Assistant Attorney General |
| 5 | ALEXANDER K. HAAS<br>Branch Director |
| 6 | |
| 7 | DIANE KELLEHER<br>Assistant Branch Director |
| 8 | */s/ Serena Orloff* |
| 9 | SERENA M. ORLOFF<br>MICHAEL DREZNER |
| 10 | STUART J. ROBINSON<br>Trial Attorneys |
| 11 | United States Department of Justice<br>Civil Division, Federal Programs Branch |
| 12 | Ben Franklin Station, P.O. Box No. 883<br>Washington, DC 20044 |
| 13 | Phone: (202) 305-0167 |
| 14 | Fax: (202) 616-8470<br>E-mail: serena.m.orloff@usdoj.gov |
| 15 | |
| 16 | *Counsel for Defendants* |