MICHAEL W. BIEN – 096891
VAN SWEARINGEN – 259809
ALEXANDER GOURSE – 321631
AMY XU – 330707
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:     (415) 433-6830
Facsimile:      (415) 433-7104
Email:           mbien@rbgg.com
                     vswearingen@rbgg.com
                     agourse@rbgg.com
                     axu@rbgg.com

KELIANG (CLAY) ZHU – 305509
DEHENG LAW OFFICES PC
7901 Stoneridge Drive #208
Pleasanton, California  94588
Telephone:     (925) 399-5856
Facsimile:      (925) 397-1976
Email:           czhu@dehengsv.com

ANGUS F. NI – Admitted *Pro Hac Vice*
AFN LAW PLLC
502 Second Avenue, Suite 1400
Seattle, Washington  98104
Telephone:     (773) 543-3223
Email:           angus@afnlegal.com

THOMAS R. BURKE – 141930
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111-6533
Telephone:     (415) 276-6500
Facsimile:      (415) 276-6599
Email:           thomasburke@dwt.com

DAVID M. GOSSETT – Admitted *Pro Hac Vice*
DAVIS WRIGHT TREMAINE LLP
1301 K Street N.W., Suite 500 East
Washington, D.C.  20005-3366
Telephone:     (202) 973-4216
Facsimile:      (202) 973-4499
Email:           davidgossett@dwt.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE, CHIHUO INC., BRENT COULTER, FANGYI DUAN, JINNENG BAO, ELAINE PENG, and XIAO ZHANG,<br><br>        Plaintiffs,<br><br>        v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, and WILBUR ROSS, in his official capacity as Secretary of Commerce,<br><br>        Defendants. | Case No. 3:20-cv-05910-LB<br><br>**DECLARATION OF MICHAEL W. BIEN IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE REGARDING IMPLEMENTATION OF EXECUTIVE ORDER 13943**<br><br>Judge:   Hon. Laurel Beeler<br>Date:    September 17, 2020<br>Time:    9:30 a.m.<br>Crtrm.:  Remote<br><br>Trial Date:        None Set |

[3615831.2]

I, Michael W. Bien, declare:

1.      I am an attorney duly admitted to practice before this Court.  I am a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify.  I make this Declaration in support of Plaintiffs' Response to Defendants' Notice Regarding Implementation of Executive Order 13943 (Dkt. No. 31, filed September 16, 2020).

2.      Plaintiffs attempted to resolve this dispute by agreement beginning with a meet-and-confer letter dated August 24, 2020, served along with the Summons and Complaint.

3.      A telephone call between the parties was held on August 25, 2020, where settlement was discussed.

4.      Defendants sent their first written response to Plaintiffs on September 10, 2020, more than a week after Plaintiffs' filed their Motion for Preliminary Injunction and more than two weeks after the August 25 telephone call between the parties.

5.      Within hours of receiving Defendants' letter on September 10, 2020, Plaintiffs responded in writing raising important questions and concerns and requesting a meeting.  The following day, on September 11, Defendants declined Plaintiffs' request for a prompt meeting and no further communications took place.

6.      On September 16, 2020, six days after Plaintiffs raised their concerns with Defendants and requested a meeting, Defendants provided their first substantive response. This response made only one minor, plainly insufficient change in response to Plaintiffs' concerns.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 16th day of September, 2020.

*/s/ Michael W. Bien*
Michael W. Bien