| | |
|---|---|
| MICHAEL W. BIEN – 096891<br>VAN SWEARINGEN – 259809<br>ALEXANDER GOURSE – 321631<br>AMY XU – 330707<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:  (415) 433-6830<br>Facsimile:   (415) 433-7104<br>Email:        mbien@rbgg.com<br>                    vswearingen@rbgg.com<br>                    agourse@rbgg.com<br>                    axu@rbgg.com | THOMAS R. BURKE – 141930<br>DAVIS WRIGHT TREMAINE LLP<br>505 Montgomery Street, Suite 800<br>San Francisco, California  94111-6533<br>Telephone:  (415) 276-6500<br>Facsimile:   (415) 276-6599<br>Email:        thomasburke@dwt.com<br><br>DAVID M. GOSSETT – Admitted *Pro Hac Vice*<br>DAVIS WRIGHT TREMAINE LLP<br>1301 K Street N.W., Suite 500 East<br>Washington, D.C.  20005-3366<br>Telephone:  (202) 973-4216<br>Facsimile:   (202) 973-4499<br>Email:        davidgossett@dwt.com |

KELIANG (CLAY) ZHU – 305509
DEHENG LAW OFFICES PC
7901 Stoneridge Drive #208
Pleasanton, California  94588
Telephone:  (925) 399-5856
Facsimile:   (925) 397-1976
Email:        czhu@dehengsv.com

ANGUS F. NI – Admitted *Pro Hac Vice*
AFN LAW PLLC
502 Second Avenue, Suite 1400
Seattle, Washington  98104
Telephone:  (773) 543-3223
Email:        angus@afnlegal.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE, CHIHUO INC., BRENT COULTER, FANGYI DUAN, JINNENG BAO, ELAINE PENG, and XIAO ZHANG,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, and WILBUR ROSS, in his official capacity as Secretary of Commerce,<br><br>　　　　　　　　Defendants. | Case No. 3:20-cv-05910-LB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:　Hon. Laurel Beeler<br>Date:　　September 19, 2020<br>Time:　　1:30 p.m.<br>Crtrm.:　Remote<br><br>Trial Date:　　None Set |

On September 18, 2020, Plaintiffs filed a Renewed Motion for Preliminary Injunction (Dkt. 48) seeking the below relief. Having considered all materials in the record, and the arguments of counsel provided at the hearing held on September 19, 2020 at 1:30 p.m., the Court hereby ORDERS that:

1. Defendants President Donald J. Trump, in his official capacity, and Secretary of Commerce, Wilbur Ross, in his official capacity, as well as their agents, servants, employees, and all persons acting under their direction, are enjoined, pending final judgment, from enforcing Sections 1(a) and 2(a)-(b) of Executive Order 13943 to directly or indirectly prohibit or limit any use of the WeChat application in the United States or by "United States persons" abroad.

2. Defendants President Donald J. Trump, in his official capacity, and Secretary of Commerce, Wilbur Ross, in his official capacity, as well as their agents, servants, employees, and all persons acting under their direction, are enjoined, pending final judgment, from implementing Section 5 of Executive Order 13943 to directly or indirectly prohibit or limit any use of the WeChat application in the United States or by "United States persons" abroad.

DATED: _____, 2020

Honorable Laurel Beeler
United States Magistrate Judge