# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>DONALD J. TRUMP, President of the United States, and WILBUR ROSS, Secretary of Commerce,<br><br>　　　　Defendants. | Case No. 3:20-cv-05910-LB |

## [PROPOSED] ORDER

This matter comes before the Court on Defendants' Motion to Stay Preliminary Injunction Pending Appeal and Notice of Certain Record Materials. Upon consideration of Defendants' motion and the entire record herein, it is hereby

**ORDERED**, that Defendants' motion is **GRANTED**. It is further

☐　**ORDERED,** that the Court's Order Granting Motion for Preliminary Injunction, ECF No. 59, is hereby **STAYED** in its entirety pending any appeal to the Ninth Circuit, and any further appeal to the Supreme Court; [or]

☐　**ORDERED** that the Court's Order Granting Motion for Preliminary Injunction, ECF No. 59, is hereby **MODIFIED**. Defendants may implement and enforce Paragraph 1 of the Identification of Prohibited Transactions, which prohibits any provision of services to distribute or maintain the WeChat mobile application, constituent code, or mobile application updates through an online mobile application store, or any online marketplace where mobile users within the land or maritime borders of the United States and its territories may download or update applications for use on their mobile devices.

**IT IS SO ORDERED.**

Date:_____

                                                      LAUREL BEELER
                                                      United States Magistrate Judge