JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
AUGUST FLENTJE
Special Counsel to the Acting
Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
Assistant Branch Director
SERENA M. ORLOFF
MICHAEL DREZNER
STUART J. ROBINSON
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Ben Franklin Station, P.O. Box No. 883
Washington, DC 20044
Phone: (202) 305-0167
Fax: (202) 616-8470
E-mail: serena.m.orloff@usdoj.gov
*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, and WILBUR ROSS, Secretary of Commerce,<br><br>Defendants. | Case No. 3:20-cv-05910-LB<br><br>**DEFENDANTS' MOTION TO SHORTEN TIME** |

Pursuant to Civil Local Rule 6-3, Defendants Donald J. Trump, President of the United States, and Wilbur Ross, in his official capacity as Secretary of Commerce (the "Secretary"), respectfully request that the Court shorten the time for briefing on their motion to stay the Court's preliminary injunction pending any appeal. In support of that request, Defendants respectfully state as follows:

1. The Court issued its order granting Plaintiffs' motion for a preliminary injunction on Saturday, September 19, 2020, ECF No. 59 ("Order"), after expedited briefing on the prior day, Friday September 18, 2020. The Order enjoins the Secretary's implementation of Executive Order 13,943, as set forth in the Secretary's Identification of Prohibition Transactions, issued September 18, 2020 (limited to the Identification of Prohibited Transactions 1 through 6). *See* Order at 22.

2. Defendants have moved to stay the preliminary injunction pending any appeal to the U.S. Court of Appeals for the Ninth Circuit and, if necessary, the Supreme Court. Pursuant to Local Civil Rule 7-2, such a motion would not be submitted for the Court's consideration for at least 35 days.

3. In light of the nationwide preliminary relief entered by the Court, in conjunction with the national security and foreign policy concerns raised by Defendants, Defendants respectfully request that the Court shorten the time for consideration of their motion, such that the Court will issue its ruling on the motion to stay on or before October 1, 2020.

4. Undersigned counsel for Defendants conferred by phone and email with Michael Bien of Rosen Bien Galven & Grunfeld, one of the counsel for Plaintiffs in this action. Mr. Bien indicated that Plaintiffs oppose Defendants' requested schedule because they are short-staffed with certain team members on vacation and others working on other expedited matters, and because Monday is Yom Kippur, but would respond to the motion in seven days. Defendants respectfully respond that although their team, too, is juggling multiple expedited matters, they nevertheless responded to Plaintiffs' renewed motion for a preliminary injunction during the weekend of Rosh Hashanah, and that the national security interests implicated by this case warrant expeditious resolution. Defendants thus respectfully request that the Court shorten time as requested herein.

5. Granting the relief requested herein would not affect the other deadlines in this case. The Court has previously modified the deadlines related to Plaintiffs' motion for a preliminary injunction, ECF No. 17, and Plaintiffs' renewed motion for a preliminary injunction, ECF No. 48.

Dated: September 24, 2020                     Respectfully submitted,

                                              JEFFREY BOSSERT CLARK
                                              Acting Assistant Attorney General

*U.S. WeChat Users Alliance, et al. v. Trump, et al.*, Case No. 3:20-cv-05910-LB
Defendants' Motion to Shorten Time

AUGUST FLENTJE
Special Counsel to the Acting
Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

DIANE KELLEHER
Assistant Branch Director

*/s/ Serena Orloff*
SERENA M. ORLOFF
MICHAEL DREZNER
STUART J. ROBINSON
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Ben Franklin Station, P.O. Box No. 883
Washington, DC 20044
Phone: (202) 305-0167
Fax: (202) 616-8470
E-mail: serena.m.orloff@usdoj.gov

*Counsel for Defendants*

*U.S. WeChat Users Alliance, et al. v. Trump, et al*., Case No. 3:20-cv-05910-LB
Defendants' Motion to Shorten Time

3