JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
AUGUST FLENTJE
Special Counsel to the Acting
Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
Assistant Branch Director
SERENA M. ORLOFF
MICHAEL DREZNER
STUART J. ROBINSON
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Ben Franklin Station, P.O. Box No. 883
Washington, DC 20044
Phone: (202) 305-0167
Fax: (202) 616-8470
E-mail: serena.m.orloff@usdoj.gov
*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States, and WILBUR ROSS, Secretary of Commerce, <br><br> Defendants. | Case No. 3:20-cv-05910-LB <br><br> **DECLARATION OF SERENA M. ORLOFF IN SUPPORT OF DEFENDANTS' MOTION TO SHORTEN TIME** |

I, Serena M. Orloff, declare as follows:

1. I am a Trial Attorney in the United States Department of Justice, Civil Division, Federal Programs Branch. I am one of the counsel of record for Donald J. Trump, President of the United States, and Wilbur Ross, United States Secretary of Commerce, Defendants in the above-captioned case.

2.     I submit this declaration in support of Defendants' request to shorten time for briefing on Defendants' motion to stay the Court's preliminary injunction pending any appeal. There statements in this declaration are based on my personal knowledge.

3.     On September 24, 2020, I conferred with Michael Bien, one of the counsel for Plaintiffs, both by telephone and email regarding Defendants' request to shorten time on the motion to stay. Mr. Bien stated on the call that he opposed the request to shorten time but would respond to the motion to stay within seven days. In a follow-up email, Mr. Bien stated that certain members of his team are taking vacations and two others have expedited briefing ending tomorrow in another case, and suggested that he understood the Government's internal processes for authorizing appeal as simply "keep[ing] 'all options open' for defendants." Mr. Bien requested that I attach his email; I have complied, and I have also included the other messages in the thread for the sake of completeness.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

                                                */s/ Serena Orloff*
                                                SERENA M. ORLOFF

# Orloff, Serena M (CIV)

| | |
|---|---|
| **From:** | Michael W. Bien <​​​​​​> |
| **Sent:** | Thursday, September 24, 2020 6:26 PM |
| **To:** | Orloff, Serena M (CIV) |
| **Cc:** | Van Swearingen; Clay Zhu; Drezner, Michael L. (CIV); Robinson, Stuart J. (CIV); Angus Ni; Thomas Burke; David Gossett (); Powell, Amy (CIV) |
| **Subject:** | Re: U.S. WeChat Users Alliance v. Trump. [IWOV-DMS.FID71398] |

Please just attach my email.

Sent from my iPhone

> On Sep 24, 2020, at 4:11 PM, Orloff, Serena M (CIV) <​​​​​​​​​​​​​​​​​​​> wrote:
>
> Michael,
>
> I am certain I never said anything about keeping "all options open" for the government. I will convey your position in my declaration, but it will not be in the words below because I disagree with its accuracy.
>
> Serena
>
> **From:** Michael W. Bien <​​​​​​​​​​>
> **Sent:** Thursday, September 24, 2020 6:07 PM
> **To:** Orloff, Serena M (CIV) <​​​​​​​​​​​​​​​​​​>
> **Cc:** Van Swearingen <​​​​​​​​​​​​​​​​​​>; Clay Zhu <​​​​​​​​​​​​​​​​>; Drezner, Michael L. (CIV) <​​​​​​​​​​​​​​​​​​​>; Robinson, Stuart J. (CIV) <​​​​​​​​​​​​​​​​​​​>; Angus Ni <​​​​​​​​​​​​​​​​​​>; Thomas Burke <​​​​​​​​​​​​​​​​​​>; David Gossett (); Powell, Amy (CIV) <​​​​​​​​​​​​​​​​​​​>
> **Subject:** RE: U.S. WeChat Users Alliance v. Trump. [IWOV-DMS.FID71398]
>
> Serena
>
> Please include in your declaration this email concerning plaintiffs' position on defendants' request for an expedited briefing on the Motion for Stay:
>
> Plaintiffs are extremely short-staffed and three of our team are on vacation and two others have an expedited briefing tomorrow in another case: Coleman v Newsom, ED California. We are willing to expedite the briefing so long as we are given 7 days to file our opposition. Monday is Yom Kippur. We are willing to file our opposition on Thursday, October 1. We especially need 7 days in light of the holiday and Defendants' statement that they would filing additional evidence in support of the motion. You did not bargain at all on the briefing schedule. You stated that Defendants want the Court to decide the motion by October 1. I told you that we could not stipulate to when the Court would decide a motion—only on a request for expedited briefing.

You stated that Defendants had not yet even reached a decision to file an appeal and did not provide any reason for the emergency briefing other than the need to keep "all options open" for defendants.

Thanks.


Michael Bien

ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission St.  Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
mbien@rbgg.com
www.rbgg.com

CONFIDENTIALITY NOTICE The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.

IRS CIRCULAR 230 NOTICE:  As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

**From:** Orloff, Serena M (CIV) <​​​​​​​​​​​​​​​​​​​​​​​​​​>
**Sent:** Thursday, September 24, 2020 2:29 PM
**To:** Michael W. Bien <​​​​​​​​​​>
**Cc:** Van Swearingen <  Clay Zhu <​​​​​​​​​​​​​​​​com>; Drezner, Michael L. (CIV) <​​​​​​​​​​​​​​​​​​​​​​​​>; Robinson, Stuart J. (CIV) <  Angus Ni ; Thomas Burke <​​​​​​​​​​​​​​​​​​​​​​​​>; David Gossett (  Powell, Amy (CIV) >
**Subject:** Re: U.S. WeChat Users Alliance v. Trump. No. 20-5910 [IWOV-DMS.FID71398]

Thanks! I will try you now.

Serena

Sent from my iPhone

> On Sep 24, 2020, at 5:12 PM, Michael W. Bien <​​​​​​​​​​​​​​> wrote:
>
> Serena

2

I called you at 1:58 pm and went to voice mail. You can call me on my cell: ███████.

Michael

---

**From:** Orloff, Serena M (CIV) <███████>
**Sent:** Thursday, September 24, 2020 10:24 AM
**To:** Michael W. Bien <███████>
**Cc:** Van Swearingen <███████>; Clay Zhu <███████>; Drezner, Michael L. (CIV) <███████>; Robinson, Stuart J. (CIV) <███████>; Angus Ni <███████>; Thomas Burke <███████>; David Gossett <███████>; Powell, Amy (CIV) <███████>
**Subject:** Re: U.S. WeChat Users Alliance v. Trump. No. 20-5910 [IWOV-DMS.FID71398]

Thank you.

Serena

Sent from my iPhone

> On Sep 24, 2020, at 1:18 PM, Michael W. Bien <███████> wrote:
>
> I will call you
>
> Get Outlook for iOS
>
> ---
> **From:** Orloff, Serena M (CIV) <███████>
> **Sent:** Thursday, September 24, 2020 11:13:14 AM
> **To:** Michael W. Bien <███████>; Van Swearingen <███████>; Clay Zhu <███████>
> **Cc:** Drezner, Michael L. (CIV) <███████>; Robinson, Stuart J. (CIV) <███████>; 'Angus Ni' <███████com>; Thomas Burke <███████>; 'David Gossett (███████>; Powell, Amy (CIV) <███████v>
> **Subject:** RE: U.S. WeChat Users Alliance v. Trump. No. 20-5910 [IWOV-DMS.FID71398]
>
> Michael,
>
> When your team responds, would you do so by telephone? I want to make sure we comply with the local rules. I can be reached at ███████
>
> Thank you,
> Serena

3

**From:** Michael W. Bien < >
**Sent:** Thursday, September 24, 2020 12:29 PM
**To:** Orloff, Serena M (CIV) < >; Van Swearingen < >; Clay Zhu < >
**Cc:** Drezner, Michael L. (CIV) < >; Robinson, Stuart J. (CIV) < ; 'Angus Ni' < Thomas Burke < >; 'David Gossett ( Powell, Amy (CIV) < >
**Subject:** Re: U.S. WeChat Users Alliance v. Trump. No. 20-5910 [IWOV-DMS.FID71398]

Serena

I am in a Court Hearing.   We will respond by 2 pm Pacific.

Michael Bien

Get Outlook for iOS

**From:** Orloff, Serena M (CIV) < >
**Sent:** Thursday, September 24, 2020 9:42:53 AM
**To:** Van Swearingen < m>; Clay Zhu < >; Michael W. Bien < >
**Cc:** Drezner, Michael L. (CIV) < >; Robinson, Stuart J. (CIV) < >; 'Angus Ni' < Thomas Burke < >; 'David Gossett ( Powell, Amy (CIV)
**Subject:** RE: U.S. WeChat Users Alliance v. Trump. No. 20-5910 [IWOV-DMS.FID71398]

Colleagues,

The government intends to file a motion to stay Judge Beeler's preliminary injunction pending any appeal.  We also plan to file a motion to shorten time, requesting a ruling from Judge Beeler within seven days.  Would you let us know Plaintiffs' position on both motions?

Thank you,
Serena