IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States, and WILBUR ROSS, Secretary of Commerce, <br><br> Defendants. | Case No. 3:20-cv-05910-LB |

**[PROPOSED] ORDER**

This matter comes before the Court on Defendants' Defendants' Motion to Shorten Time. Upon consideration of Defendants' motion and of all materials submitted in relation thereto, it is hereby

ORDERED, that Defendants' motion is GRANTED, and the time for consideration on Defendants' Motion to Stay Preliminary Injunction Pending Appeal shall be shortened to seven days.

IT IS SO ORDERED.

Date:_____          _____
                                      LAUREL BEELER
                                      United States Magistrate Judge