| | |
|---|---|
| MICHAEL W. BIEN – 096891<br>VAN SWEARINGEN – 259809<br>ALEXANDER GOURSE – 321631<br>AMY XU – 330707<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:    (415) 433-6830<br>Facsimile:     (415) 433-7104<br>Email:           mbien@rbgg.com<br>                     vswearingen@rbgg.com<br>                     agourse@rbgg.com<br>                     axu@rbgg.com | THOMAS R. BURKE – 141930<br>DAVIS WRIGHT TREMAINE LLP<br>505 Montgomery Street, Suite 800<br>San Francisco, California  94111-6533<br>Telephone:    (415) 276-6500<br>Facsimile:     (415) 276-6599<br>Email:           thomasburke@dwt.com<br><br>DAVID M. GOSSETT – Admitted *Pro Hac Vice*<br>DAVIS WRIGHT TREMAINE LLP<br>1301 K Street N.W., Suite 500 East<br>Washington, D.C.  20005-3366<br>Telephone:    (202) 973-4216<br>Facsimile:     (202) 973-4499<br>Email:           davidgossett@dwt.com |

KELIANG (CLAY) ZHU – 305509
DEHENG LAW OFFICES PC
7901 Stoneridge Drive #208
Pleasanton, California  94588
Telephone:    (925) 399-5856
Facsimile:     (925) 397-1976
Email:           czhu@dehengsv.com

ANGUS F. NI – Admitted *Pro Hac Vice*
AFN LAW PLLC
502 Second Avenue, Suite 1400
Seattle, Washington  98104
Telephone:    (773) 543-3223
Email:           angus@afnlegal.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE, CHIHUO INC., BRENT COULTER, FANGYI DUAN, JINNENG BAO, ELAINE PENG, and XIAO ZHANG,<br><br>            Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, and WILBUR ROSS, in his official capacity as Secretary of Commerce,<br><br>            Defendants. | Case No. 3:20-cv-05910-LB<br><br>**DECLARATION OF MICHAEL W. BIEN**<br><br>Filed Concurrently with Opposition to Motion to Shorten Time<br><br>Judge:    Hon. Laurel Beeler<br><br>Trial Date:    None Set |

I, Michael W. Bien, declare:

[3620833.1]

Case No. 3:20-cv-05910-LB

DECLARATION OF MICHAEL W. BIEN

1. I am an attorney duly admitted to practice before this Court. I am a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration based in support of Opposition to Defendants' Motion to Shorten Time.

2. On September 24, 2020, I received an email from Serena Orloff, counsel for Defendants in this matter, asking if Plaintiffs would stipulate to shortened time for a stay motion, with a ruling to be requested from this Court seven days after the government files its motion. *See* Dkt. 69-1 at ECF page 6.

3. Because I was in a multi-hour court hearing when Ms. Orloff's email arrived I was not able to call her back until the afternoon of September 24. I emailed her during the hearing to so inform her and told her I would be available to speak with her at 2 p.m. She agreed that we could conduct the meet and confer required by the Local Rules at 2 p.m.

4. When I reached her, I informed Ms. Orloff that three attorneys working on this matter including myself are currently on vacation, and that I personally was already working on an emergency brief due on September 25, 2020 in *Coleman v. Newsom,* No. 90-520 KJM (E.D. Cal.). I also reminded Ms. Orloff that Monday is Yom Kippur. Despite all of these factors I offered to compromise on the briefing schedule, so that instead of the 14 days set out in the Local Rules, we would respond to the stay motion within 7 days after they file it.

5. I asked Ms. Orloff if the government intended to present new evidence with their stay motion, and she responded that they did. I informed her that this was another reason we would not be able to respond without a reasonable period of time to review their new evidence.

6. During our conversation Ms. Orloff did not mention any emergency that would justify shortening time beyond what I had offered to stipulate to. Ms. Orloff informed me that the government had not yet made the decision to appeal the preliminary

1 injunction in that "higher ups" had not given their approval.

2     7.    After the conversation, I memorialized it in an email which is set forth in Dkt. 69-1 at ECF pages 3-4.  I wrote in my email that I had understood Ms. Orloff to say that the reason for the emergency briefing was to keep "all options open" for defendants.  Ms. Orloff wrote back to say that she disputed saying anything about keeping all options open.  *See* Dkt. 69-1 at ECF page 3.  I stand corrected.  I did surmise from my conversation with Ms. Orloff, since Defendants had not yet even obtained permission to appeal, that filing a motion to stay at this time was protective in nature to preserve the Government's litigation options.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 25th day of September, 2020.

          */s/ Michael W. Bien*
          Michael W. Bien