JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
AUGUST FLENTJE
Special Counsel to the Acting
Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
Assistant Branch Director
AMY E. POWELL
SERENA M. ORLOFF
MICHAEL DREZNER
STUART J. ROBINSON
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Ben Franklin Station, P.O. Box No. 883
Washington, DC 20044
Phone: (202) 305-0167
Fax: (202) 616-8470
E-mail: serena.m.orloff@usdoj.gov
*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, and WILBUR ROSS, Secretary of Commerce,<br><br>Defendants. | Case No. 3:20-cv-05910-LB<br><br>**NOTICE OF CLASSIFIED LODGING** |

**NOTICE OF CLASSIFIED LODGING**

Defendants Donald J. Trump, President of the United States, and Wilbur Ross, in his official capacity as Secretary of Commerce, by and through undersigned counsel, hereby provide notice that today, September 25, 2020, Defendants are lodging for submission classified information in support of

their motion to stay the injunction. *See* 50 U.S.C. § 1702(c) (permitting *ex parte, in camera* review of classified information used pursuant to the International Emergency Economic Powers Act); Executive Order 13,526, 75 Fed. Reg. 707 (Dec. 29, 2009) (governing national security information). This *ex parte*, *in camera* submission includes an assessment by the Office of the Director of National Intelligence that contains classified information and was considered by the Secretary of Commerce in connection with the Identification of Prohibited Transactions to Implement Executive Order 13943 and Address the Threat Posed by WeChat and the National Emergency with Respect to the Information and Communications Technology and Services Supply Chain. The classified submission is being lodged for secure storage and for secure transmission to the Court (upon request) with the U.S. Department of Justice, Litigation Security Group, Washington, DC, (202) 514-9016. The Court may contact undersigned counsel, or the Litigation Security Group, to assist in securing delivery of this submission for review at the Court's convenience.

Dated: September 25, 2020　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　JEFFREY BOSSERT CLARK
　　　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　AUGUST FLENTJE
　　　　　　　　　　　　　　　　　　　　Special Counsel to the Acting
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　ALEXANDER K. HAAS
　　　　　　　　　　　　　　　　　　　　Branch Director

　　　　　　　　　　　　　　　　　　　　DIANE KELLEHER
　　　　　　　　　　　　　　　　　　　　Assistant Branch Director

　　　　　　　　　　　　　　　　　　　　*/s/ Amy E. Powell*
　　　　　　　　　　　　　　　　　　　　SERENA M. ORLOFF
　　　　　　　　　　　　　　　　　　　　MICHAEL DREZNER
　　　　　　　　　　　　　　　　　　　　STUART J. ROBINSON
　　　　　　　　　　　　　　　　　　　　AMY E. POWELL
　　　　　　　　　　　　　　　　　　　　Trial Attorneys
　　　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　　　Ben Franklin Station, P.O. Box No. 883
　　　　　　　　　　　　　　　　　　　　Washington, DC 20044
　　　　　　　　　　　　　　　　　　　　Phone: (202) 305-0167

Fax: (202) 616-8470
E-mail: serena.m.orloff@usdoj.gov

*Counsel for Defendants*