JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
AUGUST FLENTJE
Special Counsel to the Acting
Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
Assistant Branch Director
SERENA M. ORLOFF
MICHAEL DREZNER
STUART J. ROBINSON
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Ben Franklin Station, P.O. Box No. 883
Washington, DC 20044
Phone: (202) 305-0167
Fax: (202) 616-8470
E-mail: serena.m.orloff@usdoj.gov
*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, and WILBUR ROSS, Secretary of Commerce,<br><br>Defendants. | Case No. 3:20-cv-05910-LB<br><br>**NOTICE OF CORRECTED EXHIBIT IN SUPPORT OF MOTION TO STAY**<br><br>Date:  Oct. 15, 2020<br>Time:  9:30 a.m.<br>Place:  San Francisco, CA<br>Judge:  Hon. Laurel Beeler |

Defendants respectfully provide notice that Exhibit A to the Declaration of John Costello, filed in support of their motion to stay injunction pending appeal, ECF No. 68-1, was incorrectly redacted. The redactions to Exhibit A were applied to protect confidential business information submitted to the Department of Commerce by Tencent Ltd.; however, certain public information on page 10 of Exhibit A was inadvertently redacted. Defendants have removed the unnecessary redaction on page 10 of Exhibit

A and are hereby filing the corrected version as an exhibit to this Notice.[1]

Dated: September 28, 2020                    Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

AUGUST FLENTJE
Special Counsel to the Acting
Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

DIANE KELLEHER
Assistant Branch Director

*/s/ Serena Orloff*
SERENA M. ORLOFF
MICHAEL DREZNER
STUART J. ROBINSON
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Ben Franklin Station, P.O. Box No. 883
Washington, DC 20044
Phone: (202) 305-0167
Fax: (202) 616-8470
E-mail: serena.m.orloff@usdoj.gov

*Counsel for Defendants*

---

[1] Defendants have provided an unredacted version of Exhibit A to counsel for Plaintiffs on an "attorneys eyes only" basis and subject to the parties' anticipated agreement on a protective order, and will similarly provide the Court with an unredacted version for *in camera* inspection.