JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
AUGUST FLENTJE
Special Counsel to the Acting
Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
Assistant Branch Director
SERENA M. ORLOFF
MICHAEL DREZNER
STUART J. ROBINSON
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Ben Franklin Station, P.O. Box No. 883
Washington, DC 20044
Phone: (202) 305-0167
Fax: (202) 616-8470
E-mail: serena.m.orloff@usdoj.gov
*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE, *et al.*,<br><br>                              Plaintiffs,<br><br>        v.<br><br>DONALD J. TRUMP, President of the United States, and WILBUR ROSS, Secretary of Commerce,<br><br>        Defendants. | Case No. 3:20-cv-05910-LB<br><br>**NOTICE OF FILING**<br><br>Date:   Oct. 15, 2020<br>Time:   9:30 a.m.<br>Place:  San Francisco, CA<br>Judge: Hon. Laurel Beeler |

Defendants respectfully provide notice that, at Plaintiffs' request, they have provided Plaintiffs with a copy of Appendix F to the Decision Memorandum of the Secretary of Commerce, *see* ECF No. 76 (corrected redacted version), for use in preparing Plaintiffs' opposition to Defendants' motion to stay preliminary injunction, ECF No. 68.   A copy of Appendix F is appended to this filing.  Defendants also provide notice that, at Plaintiffs' request and on certain terms required by applicable Department of Commerce provisions, they also have provided Plaintiffs with Appendix I to the Secretary's Decision

Memorandum.  That document consists of confidential business information related to Tencent Ltd., and, accordingly, Defendants are not filing it on the Court's public docket at this time.

Dated: October 1, 2020                         Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

AUGUST FLENTJE
Special Counsel to the Acting
Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

DIANE KELLEHER
Assistant Branch Director

*/s/ Serena Orloff*
SERENA M. ORLOFF
MICHAEL DREZNER
STUART J. ROBINSON
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Ben Franklin Station, P.O. Box No. 883
Washington, DC 20044
Phone: (202) 305-0167
Fax: (202) 616-8470
E-mail: serena.m.orloff@usdoj.gov

*Counsel for Defendants*