policy implementation and adherence to patriarchal
cultural values. Officials suggested a number of
proposals aimed at addressing these issues during the
upcoming round of agricultural policy reforms.
 Authorities maintained tight restrictions on
the political environment for engaging in women's
rights advocacy--a continuation of the official
repression of women's rights advocacy beginning in
2015. In January 2018, Chinese students, alumni, and
faculty initiated a series of independent campaigns to
prevent sexual harassment on college campuses. These
included public allegations of misconduct by individual
professors, petitions calling on universities to
institute policies to prevent sexual harassment, and
public requests for information about university
actions in past sexual assault cases. While some
actions taken by university and government authorities
were supportive of the issues raised by the campaigns,
official responses nonetheless prioritized suppressing
grassroots mobilization. Reports of sexual harassment
in other sectors such as manufacturing, journalism,
civil society, the state-sanctioned Buddhist community,
and the Protestant community in Hong Kong also drew
public attention.

Recommendations

    Members of the U.S. Congress and Administration officials
are encouraged to:

        Publicly and privately urge the Chinese government to
respect the freedom of expression and assembly of all
rights advocates, and in particular to refrain from
harassing and intimidating independent women's rights
advocates seeking to increase awareness about sexual
harassment in public areas.
 Urge the Chinese government to publicly expand its
commitment to gender equality through measures such as
increasing the number of women in the highest levels of
political leadership, instituting gender equality and
anti-harassment trainings in government workplaces, and
challenging discriminatory attitudes based on gender
through public education.
 Commend the Chinese government for recent legal
developments aimed at promoting the welfare of women
and gender equality. These include the passage of the
PRC Anti-Domestic Violence Law and the inclusion of a
gender discrimination case among the Supreme People's
Court's guiding cases. Encourage the government to
strengthen formal support services for implementation--
for example, by increasing funding for health services
or shelters for women experiencing violence, providing
funding and support for attorneys for legal services,
and allowing independent lawyers and advocates to
assist with the promotion and implementation of laws
related to gender equality through lawsuits and public
campaigns.
 Support international exchanges among academics,
legal advocates, non-governmental organizations, and
others that focus on the implementation and enforcement
of recently adopted laws promoting gender equity. In
particular, facilitate and support technical assistance
programs that would help both men and women working in
law enforcement and the judiciary to implement the PRC
Anti-Domestic Violence Law effectively and challenge
discriminatory attitudes based on gender. As the first
point of contact, law enforcement in particular should
be trained in addressing reports of violence in a way
that does not undermine victims' concerns or safety.
 Facilitate and support technical assistance programs
that would help the development of gender equality
education in schools and communities.

**AR-1230**

Encourage the collection and analysis of data on
gender-based disparities in economic and social life so
as to monitor changes.

## Human Trafficking

### Findings

As a State Party to the UN Protocol to
Prevent, Suppress and Punish Trafficking in Persons,
Especially Women and Children (UN TIP Protocol), China
is obligated to enact legislation criminalizing human
trafficking as defined by the UN TIP Protocol. The
definition of human trafficking in Chinese law,
however, remains inconsistent with UN TIP Protocol
standards, contributing to the difficulty of assessing
the scale of human trafficking in China.
The Commission observed reports of human
trafficking from Southeast Asian countries to China for
forced marriage and forced labor, as well as
trafficking of Chinese nationals to the United States
for forced labor and sexual exploitation.
The Chinese government continued to subject
individuals to forced labor during pretrial detention
and in administrative detention centers. Local
authorities in Hotan prefecture, Xinjiang Uyghur
Autonomous Region, reportedly required some Uyghur
women and children to perform forced labor.
This past year, Chinese workers migrating
within China were at risk of human trafficking, and
government restrictions on worker rights exacerbated
this risk. A lack of economic opportunity in Southeast
Asian countries contributed to human trafficking
vulnerability in that region. China's sex ratio
imbalance has created a demand for marriageable women
that may contribute to human trafficking for forced
marriage. In addition, the Chinese government continued
to treat North Korean refugees as economic migrants and
maintained a policy of repatriating undocumented North
Koreans, leaving the refugees vulnerable to
trafficking.
The government of the Democratic People's
Republic of Korea (DPRK) reportedly continued to
generate revenue by sending DPRK nationals to work in
China under conditions that may constitute forced
labor. Reports from October 2017 indicated that many
workers had been or would be sent back to North Korea
due to the Chinese government's enforcement of UN
sanctions; however, the DPRK reportedly began sending
workers to China again in March 2018, possibly in
violation of UN sanctions.
Hong Kong remained a destination for human
trafficking, with migrant domestic workers particularly
at risk of exploitation for forced labor. The Hong Kong
government maintained that comprehensive anti-
trafficking legislation was unnecessary and that human
trafficking in Hong Kong was rare.

### Recommendations

Members of the U.S. Congress and Administration officials
are encouraged to:

Urge the Chinese government to abide by its
commitments under the UN TIP Protocol to bring anti-
trafficking legislation into alignment with
international standards, specifically with regard to
China's legal definition of human trafficking.
Emphasize that this would facilitate better data
collection and cross-border comparisons, which in turn
would better inform domestic and multilateral anti-

**AR-1231**

trafficking policies. Call on the Chinese government to extend coverage of the UN TIP Protocol to include Hong Kong.

Support U.S. Government efforts to improve human trafficking data collection. Work with regional governments, multilateral institutions, and non-governmental organizations (NGOs) to encourage and support the collection of more accurate data in order to better assess the scale and root causes of human trafficking in Asia and monitor the effectiveness of anti-trafficking measures. Urge the Chinese government to collect and publish relevant law enforcement data.

Discuss in appropriate bilateral and multilateral meetings the importance of protecting worker rights as a means of combating human trafficking for the purpose of forced labor. Stress that when workers are able to organize and advocate for their rights, they are less vulnerable to all forms of exploitation, including forced labor. Highlight the September 2016 report of Maina Kiai, the former UN Special Rapporteur on the rights to freedom of peaceful assembly and of association, which stated that the failure to protect workers' right to freedom of association ``directly contributes to problems such as human trafficking and slavery.''

Encourage and engage in continued regional cooperation to combat human trafficking through multilateral agreements and forums such as the Coordinated Mekong Ministerial Initiative Against Trafficking, Asia-Pacific Economic Cooperation, and the East Asia Summit. Such regional cooperation should address migration and the flow of refugees, poverty, sex ratio imbalances, and other risk factors that contribute to human trafficking.

Pursue cooperation on anti-trafficking efforts through the U.S.-China Joint Liaison Group on Law Enforcement Cooperation. Support the work of the U.S. Department of State's International Law Enforcement Academy Program in Bangkok, Thailand, to build regional law enforcement capacity.

Facilitate international exchanges among civil society groups and industry associations to raise awareness of best practices for identifying and combating human trafficking in supply chains. Support NGOs working on anti-trafficking research, education, prevention, and victims' services throughout Asia.

Incorporate language into bilateral and multilateral economic agreements requiring member countries to improve data collection on human trafficking and to take concrete steps toward eliminating human trafficking within their borders.

### North Korean Refugees in China

#### Findings

During the Commission's 2018 reporting year, the Chinese government's policy of detaining North Korean refugees and repatriating them to the Democratic People's Republic of Korea (DPRK) remained in place, in violation of its obligations under international human rights and refugee law.

Heightened security measures along the China-North Korea and China-Southeast Asia borders increased the risks North Korean refugees face, and may be limiting the outflow of refugees from the DPRK. South Korean Ministry of Unification data indicated that 1,127 North Korean refugees reached South Korea in 2017, continuing a trend of significant decline since 2009 when the yearly number of refugees entering South Korea peaked at 2,914.

**AR-1232**

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPOR... Page 37 of 316

Case 3:20-cv-05910-LB Document 77-2 Filed 10/01/20 Page 4 of 51
WeChat Appendix 1 Footnote 413 - Congressional-Executive Commission on China Annual Report 2018

After North Korean leader Kim Jong-un's March 2018 visit to China, Chinese authorities reportedly increased the monetary reward for reporting North Korean refugees hiding inside China. As a result, Chinese authorities reportedly caught and detained many North Korean refugees.

Chinese authorities appeared to have intensified crackdowns on organizations and individuals in China, particularly South Korean Christian missionaries and churches, that have played a crucial role in assisting and facilitating the movement of North Korean refugees outside the DPRK.

North Korean women who enter China illegally remain particularly vulnerable to human trafficking. The majority of North Korean refugees leaving the DPRK are women, many of whom are trafficked from the DPRK into, or within, China for the purposes of forced marriage and commercial sexual exploitation.

Many children born to Chinese fathers and North Korean mothers remain deprived of basic rights to education and other public services owing to a lack of legal resident status in China, which constitutes a violation of international law.

### Recommendations

Members of the U.S. Congress and Administration officials are encouraged to:

Urge the Chinese government to recognize North Koreans in China as refugees, especially as refugees sur place who fear persecution upon return to their country of origin, regardless of their reason for leaving the DPRK; immediately halt the repatriation of North Korean refugees; adopt asylum or refugee legislation and incorporate the principle of non-refoulment into domestic legislation; establish a responsible government institution and mechanism to determine asylee or refugee status for North Koreans seeking international protection in China, in cooperation with the UN High Commissioner for Refugees; and allow North Korean refugees safe passage to another country, including to the Republic of Korea.

Consider using the suite of sanctions that are available, where appropriate, against Chinese government agencies and individuals involved in the repatriation of North Korean refugees; and press for increased international monitoring of and accountability for the Chinese government's treatment of refugees. Urge Chinese authorities to recognize the legal status of North Korean women who marry or have children with Chinese citizens, and ensure that all such children are granted resident status and access to education and other public services in accordance with Chinese law and international standards.

Appoint and confirm the U.S. Special Envoy on North Korean Human Rights Issues, and encourage the Special Envoy to work with South Korean counterparts to coordinate efforts related to humanitarian assistance and human rights promotion for North Korean refugees in China, in accordance with the North Korean Human Rights Reauthorization Act (Public Law No. 115-198).

### Public Health

#### Findings

During the Commission's 2018 reporting year, the Chinese government and Communist Party implemented institutional reforms to support evolving public health priorities and engaged in international exchanges

**AR-1233**

focused on public health issues.
 Health-based discrimination in employment and
education continued, and universities continued to
experience shortcomings with accessible facilities for
disabled students. To increase school completion rates,
authorities in different localities issued guidance
implementing a July 2017 State Council General Office
circular that included a focus on disabled students.
 Authorities continued to suppress public
health information in sensitive cases. For three months
in 2017, authorities in Hunan province did not
acknowledge publicly a tuberculosis outbreak at a high
school in Taojiang county, Yiyang municipality, Hunan,
that resulted in 29 confirmed cases.
 This past year, authorities continued efforts
and took new approaches to prevent the spread of HIV/
AIDS, but social stigma and authorities' efforts to
suppress HIV/AIDS rights advocacy continued.
 People with mental illness--many of whom
suffer from additional disadvantages--remained at risk
of discrimination and faced inadequate access to
medical care. Authorities continued to forcibly commit
individuals without mental illness to psychiatric
facilities to punish rights advocacy. In February 2018,
the Supreme People's Procuratorate reportedly released
provisions clarifying the procuratorate's role in
supervising procedures that include psychiatric
treatment and assessment in criminal cases, but the
actual effect remained unclear.
 Authorities in the Xinjiang Uyghur Autonomous
Region (XUAR) compelled residents to submit to the
large-scale collection of biometric data intended for
dual use by public health and public security
authorities. These efforts coincided with broader
efforts by public security authorities to collect and
integrate personal information to predict perceived
threats to public security, as part of efforts to
maintain ``stability'' or ``harmony.''


                    Recommendations

    Members of the U.S. Congress and Administration officials
are encouraged to:

        Continue to support technical assistance and exchange
    programs in public health. Require that U.S.-China
    cooperative programs include the participation of U.S.
    and Chinese non-governmental organizations and a focus
    on human rights. Introduce human rights as an area of
    focus in the U.S.-China Social and Cultural Dialogue.
     Urge Chinese officials--including officials in the
    newly formed National Health Commission--to focus on
    effective implementation of laws and regulations that
    prohibit health-based discrimination in employment and
    education. Encourage Chinese officials to highlight
    improvements to standards at the subnational level,
    such as the amendment of discriminatory provisions for
    hiring teachers in Fujian province discussed in this
    section. Where appropriate, share the United States'
    ongoing experience with and efforts in promoting the
    rights of persons with disabilities in education and
    employment, through non-governmental advocacy and
    services, and legal and regulatory means.
     Call attention to Chinese authorities' efforts to
    suppress public health information and health-related
    rights advocacy. Raise individual cases in meetings
    with Chinese officials, such as the case of HIV/AIDS
    rights advocate Sun Ya and medical doctor Tan Qindong.
     Urge the Chinese government to establish panels of
    legal, medical, social work, and security professionals
    from within and outside the government to monitor and
    report on implementation of the PRC Mental Health Law

**AR-1234**

(MHL) and initiatives under the National Mental Health
Work Plan (2015-2020) to ensure that local
implementation consistently meets standards of care and
rights protection stipulated in the MHL, the PRC Law on
the Protection of the Rights of Persons With
Disabilities, and international standards.

### The Environment

#### Findings

  During the Commission's 2018 reporting year,
despite top Chinese Communist Party and government
leaders highlighting the importance of protecting the
environment, environmental pollution remained a major
challenge. Chinese authorities' top-down approach to
environmental issues limited the role of civil society
and the public. In October 2017, at the 19th National
Congress of the Chinese Communist Party, President and
Party General Secretary Xi Jinping avowed the
importance of China's top-down approach to
environmental protection in ``ensuring harmony between
humans and nature.''
  In March 2018, central authorities established
a new Ministry of Ecology and Environment (MEE) to
replace the Ministry of Environmental Protection, and a
new Ministry of Natural Resources to replace the
Ministry of Land and Resources. According to a number
of environmental experts, the MEE may strengthen
environmental protection by consolidating environmental
oversight and improving bureaucratic efficiency.
  In early 2018, authorities reported achieving
the government's five-year (2013-2017) targets for
improving air quality, but implementation of the plan
resulted in significant hardships. In order to meet the
air quality targets, authorities shut down thousands of
factories and mandated that millions of Chinese stop
using coal for heat during the winter, even though no
replacement was available. An international advocacy
group collected 5,822 posts to Weibo, China's Twitter-
like microblogging platform, in November and December
2017, to document citizens' complaints about the lack
of heat, and international media reported that millions
may have lacked proper heating in subfreezing
temperatures. The government's top environmental
official acknowledged that some local governments had
even closed enterprises that were in compliance with
emissions rules.
  During this reporting year, state-run and
other official media reported on multiple incidents in
which Chinese officials attempted to manipulate
environmental monitoring data or failed to investigate
reports of serious pollution. In January 2018, the
Beijing Times reported that Shizuishan municipality
officials in the Ningxia Hui Autonomous Region
attempted to spray water near the building that housed
the monitoring equipment to improve air quality
readings, but instead turned the building into an ``ice
sculpture'' after the spray froze. Shortcomings in
environmental transparency, including access to
credible official environmental data, continued to be a
long-term obstacle to assessing environmental quality
and the efficacy of pollution control efforts.
  Although some non-governmental organizations
(NGOs) have standing as plaintiffs in public interest
lawsuits, most ``public interest'' litigation continued
to be brought by the government. Cases in which NGOs
initiated public interest lawsuits this past year
included litigation against a hydroelectric power
company in Yunnan province over damage to the
rainforest, and litigation against local governments in

**AR-1235**

Zhengzhou municipality, Henan province, for illegally moving culturally significant trees.
 Chinese citizens continued to raise their concerns about health issues related to the environment through street-level protests and other forms of public advocacy. Chinese environmental advocates were detained during this reporting year for protesting land reclamation, illegal quarrying, and mining.

### Recommendations

Members of the U.S. Congress and Administration officials are encouraged to:

Call on the Chinese government to cease harassment of environmental advocates and follow international standards on freedom of speech, association, and assembly, including those contained in the International Covenant on Civil and Political Rights, the Universal Declaration of Human Rights, and China's Constitution. Raise the detention of environmental advocates Karma and Chen Wuquan in meetings with Chinese officials.
 Support efforts by Chinese and U.S. groups working to expand awareness of citizens' environmental rights in China and the protection of those rights.
 Encourage Chinese leaders to strengthen the rule of law and transparency in the environmental and climate sectors. Raise questions with Chinese officials about the manipulation of environmental data and censorship of environmental news reporting. U.S. officials should also raise questions about the lack of transparency regarding public disclosure of emissions data from key polluting enterprises.
 Continue to support U.S.-China technical and legal collaboration on environmental protection and energy efficiency. U.S.-China cooperation should focus on programs aimed at increasing media freedom and public participation; improving transparency and the rule of law; reducing air, water, and soil contamination; and improving government accountability.

### Civil Society

### Findings

 During the Commission's 2018 reporting year, the Chinese government and Communist Party continued to view civil society's primary role as ``cooperating with'' (xietong) the Party's agenda for social governance under one-party rule. At the 19th National Congress of the Chinese Communist Party, Party General Secretary and President Xi Jinping reiterated the role of Chinese civil society in the context of Party and government leadership: ``Party committees exercise leadership, government assumes responsibility, non-governmental actors provide assistance, and the public get involved.'' Ever since Xi's ascendance to the Party's top leadership role in late 2012, advocacy organizations operating in previously tolerated ``gray areas'' have experienced what experts describe as a ``chilling effect.''
 This past year, the government continued to suppress the rights of Chinese human rights defenders and political groups working on human rights advocacy. These advocates, among others, included Zhen Jianghua from Human Rights Campaign in China; Guo Qingjun and other members of the National Tourism Chat Group that provided support for families of political prisoners; and Xu Qin, Qin Yongmin, and Zhao Suli, affiliated with the China Human Rights Watch group.

**AR-1236**

The government continued to implement the PRC
Law on the Management of Overseas Non-Governmental
Organizations' Activities in Mainland China, which took
effect in January 2017. While some international NGOs
have successfully registered representative offices in
China, including philanthropic organizations that had
relationships with local governments, at least four
organizations that have long worked on training
lawyers, the protection of women, and LGBT rights
reported that they were unable to register or obtain
temporary activity permits. Other organizations that
work in human rights and rule of law chose to suspend
their operations or leave China.

Chinese authorities continued to detain and
prosecuted Taiwan human rights NGO volunteer Lee Ming-
cheh this past year. After authorities detained Lee in
March 2017, the State Council Taiwan Affairs Office
subsequently confirmed that Chinese authorities were
investigating Lee for ``endangering state security''
and had formally arrested Lee on suspicion of
``subversion of state power'' in May 2017. On September
11, 2017, the Yueyang Municipal Intermediate People's
Court in Hunan province tried Lee on the charge of
``subversion of state power''--to which he pleaded
guilty and for which he expressed remorse--and on
November 28, sentenced him to five years in prison.
Observers from international human rights organizations
suspected that authorities coerced Lee into confessing,
calling the trial ``outrageous'' and ``politically
motivated.''

This past year, the government focused on
cracking down on ``illegal social organizations,''
targeting those that ``threaten state security and
social stability.'' In January 2018, the Ministry of
Civil Affairs issued the Measures for Social
Organizations Credit Information Management, which
authorize the government to create an official list for
organizations that are ``severely illegal [and] not
trustworthy.''

Two years after the Ministry of Civil Affairs
(MCA) released draft revisions to the three major
regulations for civil society organizations, the MCA
released new draft regulations for public comment in
early August 2018, combining the three regulations that
form the core of the regulatory system for domestic
social service organizations, foundations, and social
associations into one document.

The National People's Congress approved State
Council reform plans, which provide for the
establishment of a new International Development
Cooperation Agency that will integrate foreign aid and
development assistance efforts, including the Belt and
Road Initiative (BRI). In November 2017, the Director
of the International Department of the Party Central
Committee--a key Party department charged with
extending the Party's influence and advancing its
interests overseas--opened the first Silk Road NGO
Cooperation Network Forum designed to strengthen
cooperation between NGOs among participating BRI
countries.

Recommendations

Members of the U.S. Congress and Administration officials
are encouraged to:

Urge the Chinese government to hasten the enactment
of legal provisions pertaining to civil society that
are consistent with China's Constitution as well as
China's international obligations. Call on China to
ratify the International Covenant on Civil and
Political Rights (ICCPR).

**AR-1237**

Urge the Chinese government to revise or repeal the PRC Law on the Management of Overseas NGOs' Activities in Mainland China and revise the PRC Charity Law to reflect the principles of the ICCPR, especially with regard to the rights to freedom of association, assembly, and expression.

Call on the Chinese government to cease harassment of civil society advocates and NGOs and provide adequate procedural due process for those individuals subject to criminal investigations and trials.

Integrate civil society issues into bilateral discussions and agreements with Chinese officials to promote reciprocity in the approach and implementation of civil society exchanges between the United States and China.

Continue to fund, monitor, and evaluate foreign assistance programs in China that support democracy promotion, rule of law, and human rights advocacy.

Promote a rules-based international development model that encompasses human rights protections for developing countries instead of an alternative model of development aid that delinks human rights and rule of law considerations.

Take measures to facilitate the participation of Chinese civil society advocates in relevant international conferences and forums, and support international training to build their leadership capacity in non-profit management, public policy advocacy, and media relations.

Institutions of Democratic Governance

Findings

Chinese Communist Party General Secretary and President Xi Jinping demanded that all sectors of society obey the Party, which increasingly came under Xi's personal leadership. The Party's constitution was amended to recognize Xi as the core leader, and the country's constitution was amended to remove the existing term limits on the presidency, potentially allowing Xi to remain president indefinitely. Although official news media touted wide public support of the amendment, authorities reportedly suppressed dissenting voices by means of censorship and detention.

Xi Jinping further undermined previous limited attempts to develop intraparty democracy when he decided to handpick the candidates for China's power center--the Communist Party Central Committee Political Bureau (Politburo) and its standing committee--which marks a departure from the existing practice of having a group of senior Party officials nominate candidates.

Several developments this past year signified regression from international standards of democratic governance. The political structure underwent significant reorganization, tightening the Party's control over the state and society. For example, the Central Party School merged with the Chinese Academy for Governance, a state entity, to ensure government officials' ideological conformity. Moreover, the Party assumed managerial functions over the press and the media, and took on policymaking authority over religious and ethnic minority matters.

The National People's Congress created a new government agency, the National Supervisory Commission (NSC). The NSC is responsible for investigating cases of corruption and official misconduct, and in practice is an extension of the Party's Central Commission for Discipline Inspection (CCDI). While the CCDI deals with cases concerning Party members, the NSC has jurisdiction over the entire public sector and has

**AR-1238**

authority to extrajudicially detain anyone suspected of
being complicit in corruption or official misconduct,
potentially affecting private and foreign citizens.
As corruption remained a significant problem
in China, reports continued to emerge this past year
highlighting the political nature of the anticorruption
campaign, with the former CCDI head identifying
political corruption, referring to activities that
dilute the Party's centralized power, as the worst form
of corruption.
The Commission observed no progress in
expanding the scope of elections and saw reports of
officials suppressing meaningful participation in or
speech regarding elections. In terms of public
participation in the rulemaking process, the State
Council amended two sets of regulations requiring the
rulemaking body to solicit public comments. The
amendments, however, did not provide for a mechanism to
ensure consideration of public comments. The amendments
added language requiring compliance with the Party's
policies and decisions.

### Recommendations

Members of the U.S. Congress and Administration officials
are encouraged to:

Support U.S. research programs that document and
analyze the governing institutions and ideological
campaigns of the Chinese Communist Party, as well as
its influence over companies, government agencies,
legislative and judicial bodies, and non-governmental
organizations (NGOs).
Employ a ``whole-of-government'' approach to
encourage Chinese authorities to ratify the
International Covenant on Civil and Political Rights
and release individuals detained or imprisoned for
exercising their rights to freedom of speech,
association, and assembly. These individuals include
those mentioned in this report and in the Commission's
Political Prisoner Database, such as Yu Qiyong, Liu
Feiyue, and Qin Yongmin.
Support joint U.S.-China cooperative programs to
develop independent village committee and people's
congress election monitoring systems. Encourage central
and local Party and government leaders to implement
free and fair elections across China. Continue to fund,
monitor, and evaluate the effectiveness of democracy
promotion and rule of law programs in China.
Support organizations working in China that seek to
work with local governments and NGOs to improve
transparency, especially with regard to efforts to
expand and improve China's open government information
initiatives. Urge Party officials to further increase
the transparency of Party affairs.
Call on the Chinese government to improve procedures
through which citizens may hold their officials
accountable outside of the internal Party-led
anticorruption campaign. Urge Party and government
officials to establish and improve public participation
in government affairs. Encourage top-level officials to
reform governing institutions to promote an authentic
multi-party system with protections for freedom of
speech, association, and assembly.

### Commercial Rule of Law and Human Rights

### Findings

Since China's accession to the World Trade
Organization (WTO), the Chinese government has made

**AR-1239**

progress toward meeting requirements for improving transparency of trade-related laws, yet still falls short in some areas such as publishing local regulations and translating trade-related documents. Although the government publishes many trade-related laws and administrative regulations, the government has in many cases failed to publish local regulations and other legal documents such as opinions, circulars, and subsidy measures.

The Commission observed reports of improved enforcement of intellectual property rights (IPR) in some areas, though concerns remained about IPR infringement, including forced technology transfers. A March 2018 report from the Office of the U.S. Trade Representative (USTR) found that the Chinese government uses restrictions on foreign ownership in certain sectors of the economy to force technology transfers through the establishment of joint ventures with Chinese firms, and that authorities often demand technology transfers orally or informally to avoid the appearance of violating international trade obligations.

The Chinese government took some steps toward meeting the WTO requirement for equal treatment of domestic and foreign companies, though 75 percent of U.S. companies surveyed by the American Chamber of Commerce in China reported feeling ``less welcome in China than before.'' Reports continued to emerge this past year of favorable treatment of domestic firms over foreign firms through the blocking of foreign websites and other formal restrictions on foreign firms. The Commission further observed reports of other forms of preferential treatment, both of domestic firms and of government- or Party-connected firms.

The Chinese Communist Party and government maintain a role in most enterprises that operate in mainland China, whether they are state-owned enterprises (SOEs), domestic private firms, foreign firms, or joint ventures. According to government data, as of the end of 2016, 93.2 percent of SOEs and 67.9 percent of private enterprises had Party groups, as did 70 percent of foreign-invested enterprises. Reports from this past year indicate that the Party and government are attempting to expand their roles in commercial enterprises.

Companies provided a wide range of equipment and services to the government in the Xinjiang Uyghur Autonomous Region (XUAR), despite reports of the regional government's severe repression of religious freedom and the detention of hundreds of thousands of individuals belonging to Muslim ethnic minority groups in a network of extrajudicial ``political reeducation'' centers. For example, the international security services company Frontier Services Group reportedly partnered with the state-owned enterprise CITIC Group to invest in a Beijing municipality-based security training school that is building a branch in the XUAR to train military and police personnel.

Human rights groups warned that Chinese laws allow for collection of personal data from commercial firms without adequately protecting individuals' right to privacy as provided for in the Universal Declaration of Human Rights and the International Covenant on Civil and Political Rights. Despite these privacy concerns, international companies stored Chinese user data in mainland China to comply with domestic law. Chinese companies also collect large amounts of data from their users. It is unclear how much data these companies share with authorities, but reports indicate that domestic technology firms work closely with police and other government authorities.

Government and companies' large-scale

**AR-1240**

collection of data in China includes the collection of biometric data such as faces, voice samples, and DNA. During this reporting year, the Chinese government continued to work with Chinese companies to develop and implement a social credit system that aims to aggregate and monitor data that the government and companies collect, which some observers warned could increase the government's capacity for social control. Chinese security authorities are also working with companies to integrate improved technology into China's expanding network of surveillance cameras, despite concerns over the government's use of surveillance to target rights advocates and ethnic minorities.

The Chinese government continued to restrict freedom of expression online by blocking and censoring content. Chinese authorities require companies to monitor content on their websites and applications (apps), and in several cases this past year, authorities threatened or punished companies for online content. Faced with the possibility of lost revenue and other forms of punishment, both domestic and international companies engaged in self-censorship. In March 2018, one media scholar described how film industry executives outside mainland China have invited Chinese content regulators to speak at conferences to provide guidance on how to create content that Chinese censors will allow. In the summer of 2018, dozens of international airline companies reportedly changed their international websites to comply with Chinese government demands to remove references to Taiwan as a country.

## Recommendations

Members of the U.S. Congress and Administration officials are encouraged to:

Work with allies and governments of other market-oriented economies to voice concerns over the unequal treatment of foreign companies in China and the increasing role of the Chinese Communist Party in Chinese state-owned enterprises, in joint ventures with foreign companies, and in private companies operating within mainland China.

Encourage the Chinese government to continue to improve enforcement of intellectual property rights, noting that as indigenous innovation increases in China, stronger enforcement of intellectual property rights will be beneficial to both the United States and China. In public and private meetings with Chinese government counterparts, U.S. officials should highlight the concerns of international businesses regarding continued infringement of intellectual property rights, including through forced technology transfers.

In meetings with constituents engaged in business ventures in China, encourage business leaders to adhere to the UN Guiding Principles on Business and Human Rights by developing internal policies to assess and mitigate the risk of complicity in the Chinese government's ongoing abuses of human rights, particularly in regions with egregious human rights violations, such as the Xinjiang Uyghur Autonomous Region.

USTR should, under WTO rules, request detailed information from the Chinese government on internet restrictions that result in the blocking of the websites of U.S. companies. If warranted, a WTO dispute should be considered. In meetings with Chinese officials, urge the Chinese government to provide reciprocal access for and stop blocking Chinese internet users' access to U.S. media and technology

**AR-1241**

companies in China.

Encourage U.S. companies that receive censorship requests from Chinese authorities to comply with the UN Guiding Principles on Business and Human Rights and the Global Network Initiative's Principles on Freedom of Expression and, where possible, disclose such requests to the public.

Access to Justice

Findings

Despite reported improvements in the judiciary system's bureaucratic efficiency, increasing political control and continued persecution of rights lawyers undermine citizens' confidence and ability to seek and obtain justice. Zhou Qiang, a senior Party member and the Supreme People's Court President, advocated for absolute loyalty and obedience to the Chinese Communist Party. Zhou said it was the judiciary's imperative to participate in a political campaign called ``eliminate darkness and evil,'' which some commentators compared to earlier anti-crime campaigns, such as ``Strike Hard'' and ``Strike Black,'' in terms of the potential for serious human rights abuses.

Chinese authorities continued to criminally prosecute rights lawyers and advocates for political reasons, lodging ``endangering state security'' charges against them. For example, a court sentenced rights advocate Wu Gan to eight years in prison, and public security officials held rights lawyer Wang Quanzhang under de facto incommunicado pretrial detention for over 1,000 days. Authorities also criminally detained rights lawyers including Li Yuhan and Yu Wensheng for their advocacy work in human rights and democracy.

Authorities targeted law firms that engaged in rights defense work and harassed them by employing intrusive measures such as stationing officials in the office. Individual lawyers also reported that they experienced harassment in the form of revocation and suspension of licenses, delay in the annual license renewal process, exclusion from courthouses, restriction of movement, and physical assault.

The Supreme People's Court President Zhou Qiang reported that judicial reform efforts continued to move forward. The Standing Committee of the National People's Congress deliberated draft legislation that would implement a merit-based process in selecting judges. Political alignment, however, remained a selection criterion. Legislation concerning the people's assessors system may increase citizen participation and improve evidence-based adjudication, but its actual effect has yet to be seen.

The legal aid system remained a state-controlled institution. The government took steps to further expand legal aid programs, but it tightened the space for legal aid services not administered by the government. In January 2018, the All China Lawyers Association issued a set of trial regulations prohibiting lawyers from accepting cases at discounted rates or without fees, except for legal aid cases, which could potentially prevent lawyers from providing pro bono legal services to disadvantaged individuals in cases of social significance.

The Chinese government continued to streamline the petitioning system, a mechanism outside of the formal legal system for citizens to present their grievances to authorities. The government agency responsible for the petitioning system reported that a substantial percentage of petitions were referred to the administrative and judicial system for resolution.

**AR-1242**

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPOR... Page 47 of 316

Case 3:20-cv-05910-LB Document 77-2 Filed 10/01/20 Page 14 of 51
WeChat Appendix 1 Footnote H9 - Congressional-Executive Commission on China Annual Report 2018

Nevertheless, citizens continued to employ the petitioning system, and some of them faced retaliation, including administrative punishment and criminal prosecution.

### Recommendations

Members of the U.S. Congress and Administration officials are encouraged to:

Urge the Chinese government to unconditionally exonerate and lift any restrictions of liberty or eligibility to practice law on rights lawyers and advocates, including Wang Quanzhang, Li Yuhan, Yu Wensheng, Wu Gan, and Jiang Tianyong.

Urge the Chinese government to protect the fundamental civil and professional rights of China's lawyers, to investigate all allegations of abuse against them, and to ensure that those responsible are brought to justice. Urge the Chinese government to end all forms of harassment or persecution against the family members of human rights lawyers and advocates, including surveillance and restrictions on their freedom of movement.

Urge the Chinese government to stop all forms of persecution or prosecution of petitioners who use the petitioning system to seek redress for their grievances.

Urge leaders of the Chinese Communist Party and government to grant the judiciary true independence and warn them of the negative impact on the rule of law of involving the judiciary in political campaigns.

Increase support for programs that promote dialogue between U.S. and Chinese legal experts regarding how China can structure and implement legal reforms. Concomitantly increase support for collaboration between U.S. and Chinese academic and non-governmental entities to help develop programs that enhance the Chinese legal system's capacity for protecting citizens' rights.

### Xinjiang

### Findings

During the reporting year, authorities in the Xinjiang Uyghur Autonomous Region (XUAR) reportedly arbitrarily detained Uyghurs, Kazakhs, Kyrgyz, Hui, and others from predominantly Muslim ethnic minority groups in extrajudicial facilities known as ``political reeducation'' centers or camps. Reports from international rights groups, scholars, and media organizations indicated that as many as 800,000 to 1.1 million individuals had been or remained detained at these facilities since around April 2017, after the XUAR People's Congress adopted the region's first anti-extremism regulations. U.S.-based scholar Rian Thum noted in August 2018 that initial estimates of over 1 million detainees were based on information observers obtained in early 2018, but Uyghurs, Kazakhs, and others ``have continued to disappear,'' and officials have continued to plan the construction of additional ``political reeducation'' facilities, making current figures potentially higher. Security personnel at these facilities reportedly subjected detainees to torture, medical neglect and maltreatment, and other forms of physical and psychological abuse.

Security personnel reportedly detained people, in most cases indefinitely, in ``political reeducation'' centers based on factors such as praying in a certain way; engaging in ``religious extremism'';

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPOR... Page 48 of 316

Case 3:20-cv-05910-LB Document 77-2 Filed 10/01/20 Page 15 of 51
WeChat Appendix F Footnote F9 - Congressional-Executive Commission on China Annual Report 2018

having ``politically incorrect'' views; wanting to travel abroad; or having foreign connections, such as previous travel abroad or relatives living in another country. Regional government authorities reportedly ordered officials in some XUAR jurisdictions to meet quotas to detain a certain percentage or number of the local population in ``political reeducation'' camps. Elderly people, minors, and ill individuals were reportedly among those detained in the centers, and a number of detainees died due to ill health and poor conditions in the centers. XUAR authorities placed the children of individuals detained in ``political reeducation'' centers in orphanages in some jurisdictions in such high numbers that the orphanages became overcrowded, and in some instances officials responded by sending some children to facilities in provinces outside of the XUAR.

 In addition to ``reeducation'' facilities detaining inmates 24 hours a day, reports from rights groups and media documented other types of ``reeducation'' facilities and programs. In August 2018, Chinese Human Rights Defenders (CHRD) reported the findings of a survey it conducted with the organization Equal Rights Initiative (ERI) on ``reeducation'' programs in the XUAR, including information on both detention and forced attendance of ``education sessions'' during the day or evening. According to the report, county or municipal authorities administered ``reeducation'' camps, and township or village government officials administered day and evening ``study sessions'' or ``open camps.'' CHRD and ERI estimated that as of June 2018, authorities may have forced around 2.2 million XUAR residents to attend day or evening ``education sessions.''

 A Western researcher and rights advocate presented a case that the severity and extent of ``political reeducation'' detentions and other rights abuses in the XUAR are consistent with ``crimes against humanity,'' as defined by the Rome Statute of the International Criminal Court. In a CNN opinion piece, the researcher argued that the situation in the XUAR ``fits the textbook definition of crimes against humanity.'' Article 7 of the Rome Statute provides a list of 11 acts that constitute ``crimes against humanity,'' ``when committed as part of a widespread or systematic attack directed against any civilian population, with knowledge of the attack.''

 XUAR authorities detained dozens of XUAR-based family members of six U.S.-based Uyghur Radio Free Asia (RFA) journalists in ``political reeducation'' centers and other locations. In written testimony submitted at a July 2018 Commission hearing, RFA journalist Gulchehra Hoja stated, ``more than two dozen of my relatives in China are missing.'' XUAR authorities reportedly also detained dozens of family members of U.S.-based rights advocate Rebiya Kadeer, including her children and grandchildren.

 Analysis of Chinese government data that was published by CHRD in July 2018 showed that 21 percent of all criminal arrests in China in 2017 took place in the XUAR, which is home to only 1.5 percent of China's population. CHRD reported that, according to the research it conducted with ERI, the number of criminal arrests in the XUAR increased by 731 percent in 2017 over 2016, coinciding with policies implemented by XUAR Party Secretary Chen Quanguo to enhance regional security following his appointment to the XUAR in August 2016. These figures do not include detentions in ``reeducation'' camps, which are carried out extrajudicially, though authorities reportedly transferred some ``reeducation'' camp detainees to

**AR-1244**

prison after a period of time.
 Central and regional government authorities
implemented intense security measures throughout the
XUAR, using security personnel, surveillance
technology, mass detentions, and other methods to
tighten state control over predominantly Muslim ethnic
minority groups in the XUAR. Regional authorities
reportedly increased their spending on security
measures by nearly 93 percent in 2017 compared to 2016;
a sample of 18 Chinese provinces and regions saw an
average increase of just under 12 percent in 2017.
 XUAR authorities oversaw the mass, involuntary
collection of DNA and other biometric information from
XUAR residents; conducted widespread and frequent
checks of residents' cell phones and required residents
to install monitoring applications on their cell
phones; maintained checkpoints and facial recognition
cameras in neighborhoods, on roads, and in train
stations; operated ``convenience police stations,'' a
form of street-level management that enhances
authorities' ability to closely surveil and police
local communities; and installed cameras in and around
mosques and homes, in order to monitor residents'
religious and private activities. XUAR authorities
reportedly use a centralized system called the
``Integrated Joint Operations Platform'' to gather and
analyze data from closed-circuit cameras, computers,
smartphones, license plates, and identification cards,
as well as individuals' family planning, banking, and
travel records. Authorities used such data to identify
individuals they would later investigate and detain,
including in ``political reeducation'' centers.
 Authorities in the XUAR imposed restrictions
on the Quran, including through confiscation and
prohibition on the study of the Quran. In early 2018,
local officials in one township reportedly asked
residents to sign a pledge stating that neither they
nor their family members would study the Quran or learn
Arabic. In September 2017, officials in locations
throughout the XUAR reportedly confiscated Qurans,
prayer mats, and other items of Islamic significance
from local Uyghur, Kazakh, and Kyrgyz residents.

                    Recommendations

    Members of the U.S. Congress and Administration officials
are encouraged to:

        Call on the Chinese government to end the mass,
    arbitrary detention of Uyghurs, Kazakhs, Kyrgyz, Hui,
    and others in ``political reeducation'' centers, and
    release those currently detained. Call on Chinese
    officials to allow U.S. officials, diplomatic
    representatives of other countries, UN officials,
    humanitarian organizations, and international
    journalists to visit the XUAR and investigate reports
    of arbitrary detention. Coordinate with other
    governments and international non-governmental
    organizations to compile relevant information regarding
    specific XUAR officials responsible for the arbitrary
    mass detention and abuse of individuals in ``political
    reeducation'' centers, in preparation for possible
    sanctions under the Global Magnitsky Human Rights
    Accountability Act (Public Law No. 114-328).
        Call on the Chinese government to end the detention
    and persecution of the XUAR-based family members of
    U.S.-based Uyghur Radio Free Asia journalists and U.S.-
    based Uyghur rights advocate Rebiya Kadeer. Prioritize
    these cases in interactions with senior Chinese
    government and Communist Party officials, seek clarity
    as to the whereabouts and well-being of these
    individuals, and press for their release.

**AR-1245**

Urge U.S. companies selling products, providing services, conducting business, or investing in development initiatives in the XUAR to ensure their products, services, and investment funds do not provide support for XUAR officials' arbitrary detention of ethnic minority individuals or XUAR authorities' use of technology to otherwise repress and control XUAR residents, rather than for legitimate law enforcement activities. Urge the Bureau of Industry and Security at the U.S. Department of Commerce to track the sale of equipment and technology used by Chinese security agencies and U.S. companies' sale of surveillance and crime control technology to XUAR officials, and investigate the legality of such sales according to existing U.S. Export Administration Regulations.

Call on the Chinese government to adhere to domestic laws and regulations guaranteeing freedom of religious belief as well as international standards guaranteeing religious practice free from state restrictions.

Support efforts to raise greater public awareness of human rights conditions in the XUAR, support initiatives to protect Uyghur culture, increase avenues for Uyghurs to protect their human rights, and undertake more frequent human rights-focused visits to the XUAR.

Call on the Chinese government to consult with non-Han Chinese parents, teachers, and students regarding which language or languages of instruction should be used in XUAR schools, from the preschool to the university level. Call on Chinese officials to provide parents and students a choice of instruction in the Uyghur language and other non-Chinese languages prevalent in the XUAR, as mandated in Article 4 of China's Constitution and Article 10 of the PRC Regional Ethnic Autonomy Law.

## Tibet

### Findings

There has been no formal dialogue between the Dalai Lama's representatives and Chinese Communist Party and government officials since the ninth round of dialogue was held in January 2010. On November 23, 2017, the Dalai Lama reaffirmed the Middle Way Approach, stating that the Tibetan people ``are not seeking independence'' and that they ``want to stay with China.'' The Chinese government continues to regard the Dalai Lama as a leader of ``separatist forces.''

The Chinese government maintains that only it has the right to decide the Dalai Lama's successor. The current Dalai Lama reiterated his position on his reincarnation and underscored that it is not a matter for the Chinese government or Party to decide, but rather a matter reserved for himself, Tibetan Buddhist leaders, and the Tibetan people.

The Party and government continued implementing repressive policies in Tibetan autonomous areas through the use of extensive and intrusive surveillance, strict regulations and rules to restrict Tibetans' fundamental rights, and pervasive displays of police and military force. Domestic security spending in the Tibet Autonomous Region grew 404 percent between 2007 and 2016, while domestic security spending in two Tibetan prefectures in Sichuan province increased nearly 300 percent over the same time period.

The Party and government continued to violate the right of religious freedom of Tibetan Buddhist monastics and laypersons through a system of pervasive controls and restrictions on religious practice. This

**AR-1246**

past year, for example, the Chinese government imposed
Party administration on the Larung Gar Buddhist
Institute, the site of massive demolitions and
expulsions that started in 2016. In submissions to the
UN Human Rights Council for China's upcoming Universal
Periodic Review, advocacy groups have documented
increasing security and militarization of Tibet in the
name of countering ``terrorism'' and ``separatism.''

Self-immolations by Tibetans reportedly
focusing on political and religious issues continued
during this past year. As of August 13, 2018, there
were three known self-immolations in Tibetan autonomous
areas of China during the Commission's 2018 reporting
year, all of which were confirmed to be fatal, bringing
the total number of such self-immolations by Tibetans
living in China to 147 since 2009. As in the past, the
self-immolators publicly called for the long life of
the Dalai Lama, his return from exile, and freedom for
Tibet.

A court in Yushu (Yulshul) Tibetan Autonomous
Prefecture, Qinghai province, convicted Tibetan
language rights advocate Tashi Wangchug (Tashi
Wangchuk) of ``inciting separatism'' and sentenced him
to five years in prison on May 22, 2018. Tashi Wangchug
stood trial on January 4, 2018, nearly two years after
the New York Times interviewed him and published a
short film about his advocacy for Tibetan language
education.

The restriction of information about a
February 2018 fire at the 1,300-year-old Jokhang Temple
in Lhasa municipality, Tibet Autonomous Region, has
caused many Tibetans to fear that the damage is far
worse than has been reported.

Filmmaker Dondrub Wangchen (Dhondup Wangchen),
who was kept under strict surveillance after his
release from prison in June 2014, escaped from China in
fall 2017 and reunited with his family in the United
States.

Chinese authorities released four political
prisoners, among them writer Drukar Gyal (pen name
Shogjang) on March 19, 2018, and popular singer Gonpo
Tenzin around August 2. All four political prisoners
had been detained in contravention of international
standards of freedom of expression.

Environmental regulations, infrastructure
projects, and tourism have displaced Tibetan nomads and
contribute to the Chinese government's control of
Tibetan areas.

## Recommendations

Members of the U.S. Congress and Administration officials
are encouraged to:

Encourage the Chinese government and Communist Party
to respect, as a matter of the right of religious
freedom and as recognized under Chinese and
international law, that the decision regarding the
Dalai Lama's succession or reincarnation must be
reserved for the current Dalai Lama, Tibetan Buddhist
leaders, and the Tibetan people.

Urge the Chinese government to recognize the role of
restrictive Party policies and government measures, and
the increasing securitization of Tibetan autonomous
areas of China, in Tibetan self-immolations and
protests. Urge the Chinese government to cease treating
the Dalai Lama as a security threat, and stress to the
government the importance of respecting and protecting
Tibetan culture and language--policy changes that would
promote and protect social stability in Tibetan areas.

Encourage the Chinese government to respect the right
of Tibetans to travel domestically as well as

**AR-1247**

internationally, and to allow access to the Tibetan autonomous areas of China to international journalists, representatives of the United Nations and non-governmental organizations, U.S. Government officials, and members of the Tibetan diaspora living around the world.

Urge the Chinese government to withdraw the charges against Tibetan language rights advocate Tashi Wangchug and stress that peacefully advocating for genuine bilingual education--a right recognized under Chinese and international law--is not a crime.

In interactions with Chinese officials, call for the release of Tibetan political prisoners currently detained or imprisoned for the peaceful exercise of their human rights. The records of detained Tibetans in the Commission's Political Prisoner Database--albeit an incomplete picture of the extent of Tibetan detentions and disappearances--provides a useful resource for such interactions with Chinese officials. Urge the Chinese government and its security forces to cease using arbitrary detention, disappearance, beatings, torture, and intimidation to suppress and punish Tibetans' peaceful exercise of their rights.

Urge the Chinese government to take fully into account the views and preferences of Tibetans when planning infrastructure, natural resource development, settlement or resettlement projects, and tourist attractions in the Tibetan areas of China.

Continue to request that the Chinese government invite an independent representative of an international organization to meet with Gedun Choekyi Nyima, the 11th Panchen Lama, whom the Dalai Lama recognized in 1995, and who has been held incommunicado, along with his parents, since May 17, 1995.

Developments in Hong Kong and Macau

Findings

During its 2018 reporting year, the Commission observed a continued erosion of Hong Kong's autonomy, as guaranteed under the ``one country, two systems'' policy enshrined in the Basic Law in accordance with the principles of the 1984 Sino-British Joint Declaration.

In March 2018, a Legislative Council (LegCo) by-election was held to replace legislative seats vacated by four out of six disqualified pro-democracy legislators. Candidates from both the pro-democracy and pro-establishment camps won two seats each. After the March by-election, the pro-democracy camp held a total of 16 seats in geographical constituencies, which is not enough to veto bills, while the pro-establishment camp maintained a majority of 17 seats. During the nomination period preceding the March by-election, the government of Hong Kong carried out what observers called ``political screening'' of prospective election candidates for the LegCo based on their political party or political beliefs.

The Hong Kong government continued to pursue cases brought by the Hong Kong government against leaders and participants of the 2014 pro-democracy protests and activists from the political opposition. As of April 2018, the government reportedly brought a total of 40 court cases against 26 pro-democracy leaders since 2014, resulting in 13 convictions among the 22 concluded cases.

In October 2017, authorities released on bail democracy activists and Nobel Peace Prize nominees Joshua Wong Chi-fung, Nathan Law Kwun-chung, and Alex

**AR-1248**

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPOR... Page 53 of 316

Case 3:20-cv-05910-LB Document 77-2 Filed 10/01/20 Page 20 of 51
WeChat Appendix F Footnote F9 - Congressional-Executive Commission on China Annual Report 2018

Chow Yong-kang, after their imprisonment in August 2017, to appeal their prison sentences of six to eight months ordered by the Court of Appeal on charges related to ``unlawful assembly.'' In February 2018, the Court of Final Appeal overturned Wong, Law, and Chow's sentences.

Hong Kong and mainland Chinese officials moved forward on ``co-location'' plans for the Hong Kong section of the Guangzhou-Shenzhen-Hong Kong Express Rail Link in West Kowloon despite opposition from activists, politicians, and lawyers. The plan allows the enforcement of mainland Chinese law by mainland officials in a designated ``Mainland Port Area'' within the West Kowloon Station. The Hong Kong Bar Association criticized the central government's approval of the co-location plan as a serious violation of the Basic Law, asserting that it undermines the rule of law and the ``one country, two systems'' framework in Hong Kong.

The Commission observed reports of restrictions on the freedom of expression and association in Hong Kong against academics and politicians who hold views the government deems unfavorable, including Chin Wan-kan, Johannes Chan, Benny Tai, Cheng Chung-tai, and Andy Chan. In advance of the UN Human Rights Council's review of China's compliance with the International Covenant on Civil and Political Rights (ICCPR), 53 Hong Kong non-governmental organizations raised concerns about the narrowing space for lawful dissent and expression in Hong Kong and the future of democratic development.

Chinese authorities first released and then detained Swedish citizen Gui Minhai, one of the five Hong Kong booksellers abducted and brought to mainland China in late 2015. In October 2017, authorities reportedly released Gui from custody after two years of detention for an alleged ``traffic offense.'' In January 2018, Gui was forcibly detained by plainclothes Chinese authorities while he was traveling with two Swedish diplomats to Beijing municipality, reportedly to seek medical examination for neurological symptoms. Gui has appeared in at least three televised confessions on mainland and Hong Kong news media outlets, which the international NGO Safeguard Defenders believes are typically extracted through threats and torture, and used for both domestic and overseas propaganda.

The Commission did not observe progress in Macau toward ``an electoral system based on universal and equal suffrage '' in line with the ICCPR, as recommended by the UN Human Rights Committee. This past year, proposed legislative amendments, the suspension of a pro-democracy legislator, and the denial of entry to Macau of political figures and writers raised concerns regarding Macau's autonomy and rule of law.

## Recommendations

Members of the U.S. Congress and Administration officials are encouraged to:

Consider enacting the Hong Kong Human Rights and Democracy Act (S. 417/H.R. 3856, 115th Cong., 1st Sess.) to monitor the state of Hong Kong's autonomy from mainland China and reaffirm U.S. support for democratization in Hong Kong.

Emphasize in meetings with Chinese and Hong Kong officials that the continued erosion of Hong Kong's autonomy under the ``one country, two systems'' principle, and as guaranteed in the Sino-British Joint Declaration and the Basic Law, threatens the underpinnings of U.S. policy toward Hong Kong, particularly Hong Kong's separate treatment under U.S.

**AR-1249**

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPOR... Page 54 of 316

Case 3:20-cv-05910-LB Document 77-2 Filed 10/01/20 Page 21 of 51
WeChat Appendix F Footnote F9 - Congressional-Executive Commission on China Annual Report 2018

law.
   Urge the Chinese and Hong Kong governments to restart
the electoral reform process and work toward
implementing Chief Executive and Legislative Council
elections by universal suffrage, in accordance with
Articles 45 and 68 of the Basic Law and Article 25 of
the International Covenant on Civil and Political
Rights (ICCPR).
   Call on the Chinese and Macau governments to set a
timeline for implementing elections in Macau for Chief
Executive and the Legislative Assembly by universal
suffrage, as required under Article 25 of the ICCPR and
repeatedly urged by the UN Human Rights Committee.

Freedom of
Expression

Freedom of
Expression

## II. Human Rights

### Freedom of Expression

#### International Standards on Freedom of Expression

   The Chinese government and Communist Party continued to
restrict expression in contravention of international human
rights standards, including Article 19 of the International
Covenant on Civil and Political Rights (ICCPR) and Article 19
of the Universal Declaration of Human Rights.\1\ According to
the ICCPR--which China signed \2\ but has not ratified \3\--and
as reiterated in 2011 by the Special Rapporteur on the
Promotion and Protection of the Right to Freedom of Opinion and
Expression, countries may impose certain restrictions or
limitations on freedom of expression, if such restrictions are
provided by law and are necessary for the purpose of respecting
the ``rights or reputations of others'' or protecting national
security, public order, public health, or morals.\4\ An October
2009 UN Human Rights Council resolution declared restrictions
on the ``discussion of government policies and political
debate,'' ``peaceful demonstrations or political activities,
including for peace or democracy,'' and ``expression of opinion
and dissent'' are inconsistent with Article 19(3) of the
ICCPR.\5\ The UN Human Rights Committee specified in a 2011
General Comment that restrictions on freedom of expression
specified in Article 19(3) should be interpreted narrowly and
that the restrictions ``may not put in jeopardy the right
itself.'' \6\

#### Reinforcing Party Control Over the Media

##### INSTITUTIONAL RESTRUCTURING OF PARTY AND GOVERNMENT AGENCIES

   In March 2018, the Chinese Communist Party Central
Committee issued a large-scale plan to restructure the
functional authority and managerial responsibilities of Party
entities and Chinese government agencies,\7\ provisions of
which reinforced the Party's ideological control of the press
(including radio, television, and online platforms),
publishing, and film.\8\ The plan, titled the ``Plan for
Deepening Reform of Party and Government Agencies'' (Plan),
placed the Party's Central Propaganda Department (CPD) in a
``leadership'' role with direct management responsibilities for
news media, publishing, and film.\9\ While the CPD and its
lower level bureaus have long coordinated ideological messaging
through media censorship and control,\10\ the CPD's enhanced
managerial role breaks with the ``guiding hand'' role that
emerged in the post-Mao era during which the CPD was not to

**AR-1250**

``engage in practical or administrative tasks.'' \11\ This break reflects Party efforts to rein in increasingly complex digital news, communications, and entertainment platforms \12\ and its goals to disseminate a unified message about China within and outside of China,\13\ as well as to reduce bureaucratic barriers in the way of Party control.\14\ [For more information on the sweeping reorganization of Party and government institutions, see Section III--Institutions of Democratic Governance.] The Plan requires central-level institutional changes to be completed by the end of 2018,\15\ including the following items that concern freedom of expression: \16\

Disbanding the State Administration of Press, Publication, Radio, Film and Television, the government agency that had been in charge of managing the press, film, and television.\17\ With the CPD's direct management of press, publication, and film via two newly named entities located within the CPD, the National News and Publishing Administration (also known as the National Copyright Office) and National Film Bureau, the Plan also established a functionally leaner agency to manage radio and television, the State Administration of Radio and Television; \18\
Bringing together the three major broadcast news entities--China Central Television, China National Radio, and China Radio International--under a newly formed ``mega'' agency called China Media Group,\19\ to be known as Voice of China internationally.\20\ The merged broadcast agency will be classified as a ``public institution'' (shiye danwei) under the State Council and directly subordinate to CPD ``leadership''; \21\ and
Elevating the Party's Central Cybersecurity and Informatization Leading Small Group to ``Committee'' status.\22\ According to experts associated with New America's DigiChina project, the upgrade represents an increase in power for this Party entity by adjusting a short-term policy mechanism (the leading small group) to a longer term ``bureaucratic solution'' (the committee) with centralized resources and authority over cyberspace and the digital economy.\23\ The change may also serve to strengthen the Cyberspace Administration of China (CAC)--the government agency with oversight of cyberspace governance, including control of online news content.\24\

MEDIA AS MOUTHPIECE: THE PARTY'S ``VOICE''

The Party has historically ascribed a ``mouthpiece'' role to Chinese media,\25\ and high-level official publications highlighted this obligation during the Commission's 2018 reporting year. In June 2018, the Central Propaganda Department issued the first collection of President and Party General Secretary Xi Jinping's talks about news media over the past five years,\26\ including his February 2016 speech to state and Party news outlets that the media in China ``are surnamed Party.'' \27\ The Plan to restructure Party and government agencies issued in March 2018 specified that the State Administration of Radio and Television shall ``fully use broadcast news as the Party's mouthpiece'' \28\ and the combined broadcasting agency will ``propagate the theories, political line, and policies of the Party.'' \29\ The official explanation for the new broadcasting agency's international name of Voice of China emphasized ``telling China's story well'' to international audiences.\30\ International news reports juxtaposed the name Voice of China (Zhongguo zhi sheng) with the U.S. Government-funded broadcaster Voice of America (Meiguo zhi yin),\31\ though an unnamed source told Radio Free Asia that Voice of China likely is modeled on Russia's government-funded global broadcast platform RT in its

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPOR... Page 56 of 316

Case 3:20-cv-05910-LB Document 77-2 Filed 10/01/20 Page 23 of 51
WeChat Appendix F Footnote 119 - Congressional-Executive Commission on China Annual Report 2018

authoritarian ambitions.\32\ The April 2018 appointment of Tuo
Zhen, a Deputy Director of the Central Propaganda Department,
as editor-in-chief of the Party ``mouthpiece'' People's Daily
\33\ recalled a January 2013 incident in which Tuo substituted
an editorial that extolled the Party for a reform-oriented one
at Southern Weekend,\34\ one of the leading investigative
newspapers in China at the time.\35\ Positive coverage of Xi
Jinping saturated domestic news this past year,\36\ but a
series of three editorials from July 2018 in People's Daily
censured ``boastful'' news reporting,\37\ which some experts
linked to incipient criticism \38\ in China of the
nationalistic rhetoric associated with Xi Jinping \39\ amid
growing concerns about U.S.-China trade issues.\40\

## Freedom of the Press

    Reporters Without Borders continued to rank China among the
five worst countries in the world for press freedom in its
annual Press Freedom Index.\41\ Press freedom assessments this
past year from Freedom House,\42\ the International Federation
of Journalists,\43\ and the Committee to Protect Journalists
\44\ similarly criticized the lack of press freedom in China.
In a 2018 survey, Hong Kong journalists identified the Chinese
central government as a major reason for a decline in press
freedom in Hong Kong.\45\ Although freedom of speech and the
press are guaranteed in China's Constitution,\46\ the legal
parameters for the protection of the news media in gathering
and reporting the news are not clearly defined in the absence
of a national press law.\47\ Yet complex regulatory provisions
allow officials to exert arbitrary control over journalists and
news coverage in China.\48\
    Reports on adverse events, including accidents and
disasters, are not out of bounds for official media, but as a
commentator has noted, ``selected party news outlets or
government organs are deftly using state-controlled and social
media tools to take the lead in shaping the Chinese
government's own version of these events.'' \49\ The government
and Party often suppress critical reporting while ``advancing a
positive narrative'' to broaden public support for official
policies.\50\ For example, this past year, censorship
instructions limited the manner and scope of media reports on a
November 2017 fatal fire in Beijing municipality,\51\ framing
the subsequent forced evictions of thousands of non-local
residents and large-scale building demolition \52\ as public
health and fire safety measures.\53\ To mark the 10th
anniversary of the earthquake in Wenchuan county, Aba (Ngaba)
Tibetan and Qiang Autonomous Prefecture, Sichuan province,
state media praised the government's rebuilding efforts and
generosity to promote the Wenchuan government's announcement of
a day of ``thanksgiving'' rather than a day of mourning for the
tens of thousands who died.\54\ On the other hand, authorities
have used official media as a ``weapon'' against government and
Party critics, according to the international non-governmental
organization Safeguard Defenders.\55\ Safeguard Defenders
highlighted the ``active participation'' of Chinese and Hong
Kong media outlets involved in the broadcasts of televised--and
likely coerced--``confessions'' of wrongdoing by rights
defenders, journalists, and Uyghurs, among others, which were
aired between July 2013 and February 2018.\56\
    Ideological pressures, organizational changes, and
financial concerns at news media outlets this past year
contributed to the ongoing decline of Chinese investigative
journalism.\57\ A December 2017 academic survey on
investigative journalism in China \58\ reported a 58-percent
fall in the number of domestic investigative journalists from
2011 to 2017, and a decrease in the number of media outlets
with journalists doing front-line reporting from 74 in 2011 to
44 in 2017.\59\ Journalism experts have attributed the decline
to multiple factors, including regulatory and legal
obstacles,\60\ low wages,\61\ market competition from new
digital platforms,\62\ and alleged corruption and ethical
lapses.\63\ In one incident reported this past year, some 40

**AR-1252**

editors and journalists from Legal Evening News reportedly quit in connection with organizational changes at the newspaper, including the closure of the paper's well-known investigative unit.\64\ In a different incident, in July 2018, officials in Hunan province detained freelance journalist Chen Jieren and several of his family members and associates on suspicion of extortion and illegal business activity apparently in connection with Chen's criticism of a local official.\65\ Three official media outlets subsequently denounced Chen's online work as spurious ``supervision by public opinion,'' \66\ a term Chinese authorities previously have used to signify the functions of ``watchdog'' or investigative journalism.\67\

HARASSMENT OF DOMESTIC JOURNALISTS

The Chinese government continued to be one of the worst jailers of journalists in the world, with estimates of individuals in detention or imprisoned ranging from 41 \68\ to more than 50.\69\ Among the journalists detained or imprisoned in China are citizen journalists and volunteers who worked outside of mainstream state or official media, many of whom are of Uyghur ethnicity.\70\ Citizen journalism \71\ in China provides information on local news and incidents that the government restricts or censors in most media, such as information on labor protests,\72\ migrants' concerns,\73\ petitioning the government for redress of grievances,\74\ and rights defense activities.\75\ A PEN America report on social media censorship observed that the government's prohibition on mainstream journalists from publishing ``unverified'' reports on social media highlights the government's awareness that it is not fully able to control content posted by citizen journalists.\76\

Ongoing harassment and detention of citizen journalists continued this past year,\77\ and is contemporaneous with the suppression of civil society groups and human rights lawyers and defenders.\78\ On September 1, 2017, for example, public security authorities from Zhuhai municipality, Guangdong province, detained Zhen Jianghua, executive director of the website Human Rights Campaign in China \79\ that is known for monitoring human rights violations, including the harassment and criminal prosecution of rights defenders.\80\ Authorities formally arrested Zhen on March 30, 2018, on the charge of ``inciting subversion of state power.'' \81\ On August 10, 2018, the Zhuhai Intermediate People's Court reportedly tried Zhen without informing either Zhen's defense lawyers or his family members.\82\ Authorities also continued to detain Liu Feiyue and Huang Qi, founders of the websites Civil Rights & Livelihood Watch and 64 Tianwang, respectively, as part of the crackdown on rights monitoring websites and their founders and volunteers.\83\ Liu's case went to court on August 7, 2018, without an immediate court decision,\84\ whereas authorities have postponed Huang's trial and refused him medical parole despite his deteriorating health.\85\ Staff and volunteers from those two websites also remained in detention during this reporting year, including Ding Lingjie,\86\ Jiang Chengfen,\87\ Wang Jing,\88\ Chen Tianmao,\89\ and Yang Xiuqiong.\90\

This past year, the Commission observed reports of censorship, disciplinary measures, dismissal, and detentions of mainstream journalists who covered financial or political issues, or whose reporting implied a lack of government action. Official media covered incidents of threats and a physical attack on reporters covering environmental pollution \91\ and an attack against another while reporting on hospital malfeasance.\92\ In February 2018, Southern Weekend, a market-driven newspaper based in Guangdong province, reportedly withdrew from publication two investigative reports about Hainan Airlines (HNA) Group--a private company with large debts, which the central government has placed under strict economic controls \93\--and removed the magazine's editor-in-chief in connection to those reports.\94\ On February 25, 2018, the English-language branch of state-run media agency Xinhua prematurely released the news about the proposed constitutional

amendment to eliminate presidential term limits,\95\ a change
that effectively permits Xi Jinping to hold his leadership
positions for life.\96\ Senior officials reportedly considered
the early announcement a ``serious political error,'' resulting
in disciplinary measures for Xinhua staff.\97\ Professional
ramifications were not reported for the journalist whose
unscripted ``epic eye-roll'' \98\ in reaction to a lengthy
question posed at a National People's Congress press conference
in March 2018 received domestic and international coverage.\99\
The Commission also observed reports of detentions of two
journalists who reported on an absent dairy company executive
\100\ and a reporter who wrote about dozens of missing
university students in Wuhan municipality, Hubei province.\101\

        HARASSMENT OF FOREIGN MEDIA OUTLETS AND JOURNALISTS

    According to the Foreign Correspondents' Club of China
(FCCC) 2017 survey, working conditions for foreign reporters in
China generally deteriorated in 2017. The FCCC supported this
claim with accounts of official harassment of reporters, news
assistants, and sources; attempts to interfere with the
coverage of issues that authorities deemed ``sensitive'';
restrictions on travel to areas along China's border and ethnic
minority autonomous regions; and visa renewal delays and
denials.\102\ At two press conferences following the release of
the FCCC survey results,\103\ however, a Ministry of Foreign
Affairs spokesperson rejected the FCCC's findings.\104\
Additionally, in a July 2018 statement in response to Swedish
media coverage of the case of Hong Kong bookseller Gui Minhai,
the Chinese ambassador to Sweden referred to the ``so called''
FCCC as an ``unregistered illegal organization'' and stated
that it ``lacks all legitimacy . . . and the reports it
released are totally unreliable.'' \105\ [For more information
on Gui Minhai, see text box titled ``Hong Kong Bookseller Gui
Minhai Detained Again'' in Section VI--Developments in Hong
Kong and Macau.]
    Additional instances of official harassment against foreign
journalists continued in 2018, with reports of temporary
detentions,\106\ physical assaults,\107\ and cancelling \108\
or refusing to issue visas.\109\ The government continued to
block selected foreign media outlets' websites,\110\ and to
obstruct some foreign media outlets from opening an office in
China.\111\ Chinese officials abroad reportedly visited
headquarters of foreign media outlets to reprimand these
outlets for reporting they deemed to be unfavorable to
China.\112\ Chinese authorities also detained China-based
family members of journalists who report on China from abroad,
acts that an American journalist described as aiming to ``mute
criticism of China across the world . . ..'' \113\ In September
2017, authorities in Guangzhou municipality, Guangdong
province, reportedly took into custody Li Huaiping, wife of
Chen Xiaoping--the editor-in-chief of a Chinese-language media
outlet in New York--allegedly in connection with Chen's
interviews with businessman Guo Wengui.\114\ Authorities in
China also targeted six U.S.-based journalists who work for the
Uyghur Service of Radio Free Asia (RFA), a news outlet in
Washington, D.C., with the detention of more than two dozen of
their family members who reside in the Xinjiang Uyghur
Autonomous Region (XUAR).\115\ International advocacy groups
and RFA linked the detentions in the XUAR to RFA Uyghur Service
coverage of intensifying political control in the region.\116\
[For additional information on these detentions, see Section
IV--Xinjiang.]

    Sharpening Cyberspace Goals, Regulating Online News and Expression

    Official statistics reported 772 million internet users in
China as of December 2017, 97.5 percent of whom access the
internet from mobile devices \117\ and use social media
applications for communications, e-commerce, gaming, and video-
streaming, among other functions.\118\ Senior government and
Party officials linked control of cyberspace to social

AR-1254

stability, national security, economic development, and global
power ambitions.\119\ U.S.-based experts emphasized ``the
systems being put in place, . . . should be seen as a long-term
effort to ensure that no online domain remains free from
oversight.'' \120\ This past year, authorities continued to
formulate new regulations \121\ to control and censor online
news and media outlets, technology companies, and users of
social media,\122\ and in the process, operationalize the PRC
Cybersecurity Law.\123\ A media expert in Hong Kong observed
that new regulations to consolidate Party power over cyberspace
and expand control over individual users of social media are
``one of the most specific indications we have yet of the
Party's atomization and personalization of censorship, of the
way the relationship between propaganda and the public is being
transformed by digital communications.'' \124\ Examples from
these regulatory measures include the following:

> Under Article 4 of the Provisions on the
> Administration of Internet Public Account Information
> Services, both social media companies and individual
> users are responsible for a ``correct orientation,
> promot[ing] socialist core values, actively
> cultivat[ing] healthy internet culture, and
> safeguard[ing] a wholesome internet environment.''
> \125\
> The Provisions on the Administration of
> Internet Group Information Services stipulate in
> Article 9 that administrators and creators of social
> media groups are responsible for managing the group
> chat, particularly the content expressed by members of
> their respective chat groups.\126\ [For information on
> ``legal education classes'' about these provisions held
> at Tibetan Buddhist monasteries, see Section V--Tibet.]
> The Measures for the Administration of Content
> Management Practitioners Working for Internet News
> Information Service Providers require 40 hours of
> government-run training on ``socialist values,'' with
> at least 10 hours of company-run training on ``Marxist
> news values.'' \127\

#### Censored Content

Chinese authorities continued to censor a broad range of
news, academic and other publications, and social media
discussion of topics which the government and Party deem to be
politically ``sensitive.'' \128\ The Commission observed
reports about censorship of topics relating to the ethnic
minority autonomous areas of Tibet \129\ and Xinjiang; \130\
Taiwan \131\ and Hong Kong; \132\ the spiritual movement Falun
Gong; \133\ and anniversaries of past events and persons.\134\
In November 2017, Radio Free Asia (RFA) reported on censorship
directives instructing local media to first seek permission
from provincial-level propaganda bureaus before publishing
reports on topics such as elder care, healthcare, housing
issues, education, and the stock market.\135\ Political
perspectives that veered from the Party's ideological
mainstream also were subject to censorship.\136\ In May 2018,
authorities shut down Utopia, a website that espoused political
positions aligned with Maoist or extreme ``leftist''
nationalism.\137\ Similarly, in July 2018, authorities ordered
the closure of liberal think tank Unirule's office in Beijing
municipality,\138\ and early in 2017 had shut down several
websites and social media accounts linked to Unirule.\139\
Nevertheless, an essay written by a Tsinghua University
professor that not only criticized Xi Jinping but also urged
rectification of the 1989 Tiananmen protests was posted in late
July to Unirule Perspectives, a Unirule website only available
through circumvention tools.\140\
Censorship of the news and social media commentary on the
news was particularly intense this reporting year in connection
with two major political events--the 19th National Congress of
the Chinese Communist Party (19th Party Congress) in October

**AR-1255**

2017 \141\ and the annual meetings (Two Sessions) of the
National People's Congress and its advisory body, the Chinese
People's Political Consultative Conference, in March 2018.\142\
Official censorship of both events restricted coverage of a
wide range of political issues concerning policy, personnel
changes in senior Party and government leadership, and
constitutional amendments.\143\ The lack of in-depth domestic
coverage or government transparency in China led one foreign
journalist to proclaim the impossibility of ``know[ing]
anything about high-level Chinese politics.'' \144\ China
Digital Times (CDT), a U.S.-based Web portal which provides
translations of leaked censorship directives from the Central
Propaganda Department and other government entities, observed a
decrease in the number of directives it received from contacts
within China in 2017.\145\ One factor of the decline, according
to CDT, was the potential jeopardy media professionals with
access to such information might encounter.\146\

                Citizens' Free Expression


                PUBLIC OPINION PUSHES BACK

    Social media platforms continued to be an everyday channel
of expression for Chinese citizens, particularly a more
socially and technically engaged younger generation,\147\ to
discuss concerns about a range of news events and public
interest issues.\148\ As China law scholar Eva Pils has argued,
the Party's emphasis on control of expression through
``persuasion, coercion and intimidation'' \149\ reflects, in
part, the realization that it cannot entirely control public
opinion.\150\ This past year, social media users raised a broad
range of concerns, such as sexual harassment on Chinese
university campuses; \151\ racism on television; \152\ and the
forced eviction of thousands of non-local residents from
Beijing municipality.\153\ Social media users objected to the
removal of presidential term limits from China's Constitution,
with many posts in protest of President and Party General
Secretary Xi Jinping's consolidation of power.\154\ In April
2018, Sina Weibo, a Twitter-like messaging platform, rescinded
a plan \155\ to censor LGBT content as part of an online
``clean-up'' campaign after drawing considerable public
criticism online.\156\ In contrast, following official censure
of the humor shared among its users,\157\ the technology
company ByteDance shut down its popular application Neihan
Duanzi,\158\ and pledged to adhere to ideological values and
regulatory standards.\159\ [For more information on technology
companies' compliance with censorship controls, see Section
III--Commercial Rule of Law and Human Rights.]

                PUNISHING FREEDOM OF EXPRESSION

    The Commission observed a wide range of cases that
illustrated the Chinese government and Communist Party's
violations of international human rights standards and
provisions in China's Constitution on the right to freedom of
expression discussed earlier in this section. In addition to
freedom of speech concerns, the following cases intersect,
respectively, with violations of the right to freedom of
movement; \160\ the right to freedom of association, including
online association; \161\ the right to enjoy the use of one's
own ethnic minority language; \162\ and--in connection to yet
another case in which a Chinese advocate died while
``released'' on medical parole \163\--the right to medical
treatment while in detention.\164\

        Restricted overseas travel. Authorities
    reportedly prevented novelist Jia Pingwa from traveling
    to New York City in January 2018 to attend the Modern
    Language Association's (MLA) annual conference.\165\ An
    interview with Jia and a conference panel featuring his
    literary work in translation, including his previously

**AR-1256**

banned novel ``Ruined City,'' had been scheduled for
the MLA conference.\166\
 Detentions. In April 2018, public security
authorities from multiple locations in China criminally
detained 8 administrators of the National Tourism Chat
Group--a group of more than 100 members hosted on
social media platform WeChat that reportedly organized
humanitarian support for family members of political
prisoners.\167\ As of June 2018, authorities had
formally arrested Guo Qingjun, one of the WeChat
group's administrators.\168\
 Criminal sentence. In May 2018, the Yushu
(Yulshul) Intermediate People's Court in Yushu
(Kyegudo) municipality, Yushu Tibetan Autonomous
Prefecture, Qinghai province, sentenced Tashi Wangchug,
a Tibetan language rights advocate, to five years in
prison on the charge of ``inciting separatism.'' \169\
A New York Times video from November 2015 that
portrayed his advocacy efforts reportedly was used in
trial as evidence against him.\170\ The Qinghai High
People's Court in Xining municipality reportedly
rejected Tashi Wangchug's appeal on August 13,
2018.\171\
 Death while on medical parole. Yang Tongyan
(pen name: Yang Tianshui) died on November 5, 2017, of
brain cancer while on medical parole.\172\ At the time
of his death, Yang was nearing completion of a 12-year
prison sentence on the charge of ``subversion of state
power'' in connection to his writing and democracy
activities.\173\ Yang reportedly did not receive
adequate medical care during his years in
detention.\174\ Like Liu Xiaobo,\175\ authorities
cremated Yang's body and buried him at sea.\176\

        DETENTIONS IN THE AFTERMATH OF LIU XIAOBO'S DEATH

    The July 2017 death of writer and Nobel Peace Prize
laureate Liu Xiaobo--while serving an 11-year prison sentence
\177\--continued to reverberate in the detentions of his widow
Liu Xia and persons who attempted to honor his life. Liu Xia,
an artist and poet, remained under forced confinement at home
\178\ until July 10, 2018, when she left China and traveled to
Germany.\179\ Numerous reports documented the worsening of Liu
Xia's physical and emotional health \180\ during the nearly
eight years authorities held her in arbitrary, extrajudicial
detention.\181\ While welcoming her release, rights advocates
nevertheless expressed concern that Liu's freedom of speech
outside of China might be compromised because the Chinese
government did not allow her brother Liu Hui to leave China
with her.\182\ In the months after Liu Xiaobo's death,
authorities detained at least 14 persons who participated in
``sea memorials'' in memory of Liu Xiaobo \183\ in
Guangdong,\184\ Fujian,\185\ and Liaoning provinces.\186\
Authorities also detained others who paid tribute to Liu
Xiaobo, including poet Wu Mingliang \187\ and his associate
Peng Heping; \188\ songwriters Xu Lin and Liu Sifang; \189\ and
artist and French citizen Hu Jiamin.\190\

                                   Freedom of
                                   Expression
                            Freedom of
                            Expression
        Notes to Section II--Freedom of Expression

    \1\ International Covenant on Civil and Political Rights, adopted
by UN General Assembly resolution 2200A (XXI) of 16 December 66, entry
into force 23 March 76, art. 19; Universal Declaration of Human Rights,
adopted and proclaimed by UN General Assembly resolution 217A (III) on
10 December 48, art. 19.
    \2\ United Nations Treaty Collection, Chapter IV, Human Rights,
International Covenant on Civil and Political Rights (ICCPR), last

visited 13 July 18. China signed the ICCPR on October 5, 1998.

\3\ State Council Information Office, ``National Human Rights Action Plan (2016-2020),'' 29 September 16, sec. V; United Nations Treaty Collection, Chapter IV, Human Rights, International Covenant on Civil and Political Rights, last visited 13 July 18.

\4\ International Covenant on Civil and Political Rights, adopted by UN General Assembly resolution 2200A (XXI) of 16 December 66, entry into force 23 March 76, art. 19(3); UN Human Rights Council, Report of the Special Rapporteur on the Promotion and Protection of the Right to Freedom of Opinion and Expression, Frank La Rue, A/HRC/17/27, 16 May 11, para. 24.

\5\ Promotion and Protection of All Human Rights, Civil, Political, Economic, Social and Cultural Rights, Including the Right to Development, adopted by Human Rights Council resolution 12/16, A/HRC/RES/12/16, 12 October 09, para. 5(p)(i).

\6\ UN Human Rights Committee, General Comment No. 34, Article 19, Freedom of Opinion and Expression, CCPR/C/GC/34, 12 September 11, para. 21.

\7\ ``Chinese Communist Party Central Committee Issues `Plan for Deepening Reform of Party and Government Agencies' '' [Zhonggong zhongyang yinfa ``shenhua dang he guojia jigou gaige fang'an''], Xinhua, 21 March 18.

\8\ Chris Buckley, ``China Gives Communist Party More Control Over Policy and Media,'' New York Times, 21 March 18; Pei Li and Christian Shepherd, ``China Tightens Grip on Media With Regulator Reshuffle,'' Reuters, 21 March 18; ``China's Communist Party Takes (Even More) Control of the Media,'' Asia Society, ChinaFile, 11 April 18.

\9\ ``Chinese Communist Party Central Committee Issues `Plan for Deepening Reform of Party and Government Agencies' '' [Zhonggong zhongyang yinfa ``shenhua dang he guojia jigou gaige fang'an''], Xinhua, 21 March 18, sec. 1(11)-(12); ``Major Reshuffle at SAPPRFT, Tight Unification Under Central Propaganda Department'' [Zhongguo guangbo dianshi da xipai zhongxuanbu yanmi da yitong], Radio Free Asia, 21 March 18; David Bandurski, ``When Reform Means Tighter Controls,'' University of Hong Kong, Journalism & Media Studies Centre, China Media Project, 22 March 18.

\10\ Anne-Marie Brady, Marketing Dictatorship: Propaganda and Thought Work in Contemporary China (Lanham, MD: Rowman & Littlefield, 2008), 13-15, 19, 24-25; David Shambaugh, ``China's Propaganda System: Institutions, Processes and Efficiency,'' China Journal, No. 57 (January 2007), 25, 28-29.

\11\ Anne-Marie Brady, Marketing Dictatorship: Propaganda and Thought Work in Contemporary China (Lanham, MD: Rowman & Littlefield, 2008), 14-16.

\12\ ``China's Communist Party Takes (Even More) Control of the Media,'' Asia Society, ChinaFile, 11 April 18.

\13\ Ibid. See also Xia Kangjian, ``Three Outlets Merging Into One Consistent With Broadcasting Trends'' [San tai hebing shunying chuanbo guilu], People's Daily, Central Kitchen, 27 March 18.

\14\ ``Major Reshuffle at SAPPRFT, Tight Unification Under Central Propaganda Department'' [Zhongguo guangbo dianshi da xipai zhongxuanbu yanmi da yitong], Radio Free Asia, 21 March 18; Rogier Creemers et al., ``China's Cyberspace Authorities Set To Gain Clout in Reorganization,'' New America, DigiChina (blog), 26 March 18.

\15\ ``Chinese Communist Party Central Committee Issues `Plan for Deepening Reform of Party and Government Agencies' '' [Zhonggong zhongyang yinfa ``shenhua dang he guojia jigou gaige fang'an''], Xinhua, 21 March 18, sec. 8.

\16\ Bill Ide and Brian Kopczynski, ``China's Communist Party Tightens Grip on Media, Message,'' Voice of America, 29 March 18; ``China's Communist Party Takes (Even More) Control of the Media,'' Asia Society, ChinaFile, 11 April 18.

\17\ ``Chinese Communist Party Central Committee Issues `Plan for Deepening Reform of Party and Government Agencies' '' [Zhonggong zhongyang yinfa ``shenhua dang he guojia jigou gaige fang'an''], Xinhua, 21 March 18, sec. 3(35).

\18\ Ibid.; ``Major Reshuffle at SAPPRFT, Tight Unification Under Central Propaganda Department'' [Zhongguo guangbo dianshi da xipai zhongxuanbu yanmi da yitong], Radio Free Asia, 21 March 18.

\19\ ``Chinese Communist Party Central Committee Issues `Plan for Deepening Reform of Party and Government Agencies' '' [Zhonggong zhongyang yinfa ``shenhua dang he guojia jigou gaige fang'an''],

Xinhua, 21 March 18, sec. 3(36); ``Actually, `Central Radio and
Television Network's' Official English Name Is This!'' [Yuanlai,
``zhongyang guangbo dianshi zongtai'' de guangfa yingwen ming shi
zhege!], 16 April 18; ``Major Reshuffle at SAPPRFT, Tight Unification
Under Central Propaganda Department'' [Zhongguo guangbo dianshi da
xipai zhongxuanbu yanmi da yitong], Radio Free Asia, 21 March 18;
``Creation of Comprehensive Central Broadcast Agency, Removing Central
TV and Radio Organizational Structures'' [Zujian zhongyang guangbo
dianshi zongtai, chexiao yangshi, yangguang deng jianzhi], Xinhua,
reprinted in The Paper, 21 March 18.

\20\ ``Chinese Communist Party Central Committee Issues `Plan for
Deepening Reform of Party and Government Agencies' '' [Zhonggong
zhongyang yinfa ``shenhua dang he guojia jigou gaige fang'an''],
Xinhua, 21 March 18, sec. 3(36); ``China Creates World's Largest
Propaganda Apparatus `Voice of China' '' [Zhongguo dazao quanqiu zui da
xuanchuan jiqi ``zhongguo zhi sheng''], Radio Free Asia, 21 March 18;
Keith Zhai, ``China Approves Giant Propaganda Machine To Improve Global
Image,'' Bloomberg, 20 March 18; Emily Feng, ``China To Create Global
Broadcast Champion,'' Financial Times, 21 March 18.

\21\ ``Chinese Communist Party Central Committee Issues `Plan for
Deepening Reform of Party and Government Agencies' '' [Zhonggong
zhongyang yinfa ``shenhua dang he guojia jigou gaige fang'an''],
Xinhua, 21 March 18, sec. 3(36).

\22\ Ibid., sec. 1(4); Zheng Yanzhi, `` `Small Groups' Become
`Commissions,' It's Transcendence as Much as Status Elevation!''
[``Xiaozu'' bian ``weiyuanhui,'' jishi shengge, gengshi shenghua!],
People's Daily, 29 March 18.

\23\ Rogier Creemers et al., ``China's Cyberspace Authorities Set
To Gain Clout in Reorganization: `Leading Group' for Cybersecurity and
Informatization Upgraded to `Commission,'' New America, DigiChina
(blog), 26 March 18. See also Paul Triolo et al., ``Xi Jinping Puts
`Indigenous Innovation' and `Core Technologies' at the Center of
Development Priorities,'' New America, DigiChina (blog), 1 May 18.

\24\ Rogier Creemers et al., ``China's Cyberspace Authorities Set
To Gain Clout in Reorganization: `Leading Group' for Cybersecurity and
Informatization Upgraded to `Commission,' '' New America, DigiChina
(blog), 26 March 18. For more information about the Cyberspace
Administration of China, see CECC, Annual Report 2016, 6 October 16,
66-67.

\25\ ``Party Media Is Surnamed Party and Politicians Run
Newspapers, Xi Jinping's News Thought Fully Baked'' [Dangmei xing dang
yu zhengzhijia banbao xi jinping xinwen sixiang chulu], Duowei, 14 June
18; David Bandurski, ``Mirror, Mirror on the Wall,'' University of Hong
Kong, Journalism & Media Studies Centre, China Media Project, 22
February 16; Anne-Marie Brady, Marketing Dictatorship: Propaganda and
Thought Work in Contemporary China (Lanham, MD: Rowman & Littlefield,
2008), 46. According to Bandurski, former Chinese Communist Party
leaders' pronouncements, such as Mao Zedong's injunction that
``politicians run the newspapers,'' Jiang Zemin's ``guidance of public
opinion,'' and Hu Jintao's ``channeling of public opinion,'' illustrate
the Party's expectation that the media serve as its ``mouthpiece'' and
shaper of public opinion. Brady, moreover, notes that in the wake of
the violent suppression of the 1989 Tiananmen protests, newly appointed
Central Propaganda Department head Li Ruihuan repeated the mandate that
``politicians run newspapers.'' See also Luwei Rose Luqiu, ``How To Be
a Journalist in China: A Personal Reflection,'' University of
Nottingham, Asia Research Institute, Asia Dialogue, 2 May 17.

\26\ `` `Xi Jinping's Talks on the Media (2018 Edition)' Published
and Released'' [``Xi jinping xinwen sixiang jiangyi (2018 nian ban)''
chuban faxing], Xinhua, 14 June 18.

\27\ ``Party Media Surnamed Party and Politicians Run Newspapers,
Xi Jinping's News Thought Fully Baked'' [Dangmei xing dang yu
zhengzhijia banbao xi jinping xinwen sixiang chulu], Duowei, 14 June
18. See also CECC, 2016 Annual Report, 6 October 16, 61.

\28\ ``Chinese Communist Party Central Committee Issues `Plan for
Deepening Reform of Party and Government Agencies' '' [Zhonggong
zhongyang yinfa ``shenhua dang he guojia jigou gaige fang'an''],
Xinhua, 21 March 18, sec. 3(35).

\29\ Ibid., sec. 3(36). For an unofficial translation of the media-
related items, see David Bandurski, ``When Reform Means Tighter
Controls,'' University of Hong Kong, Journalism & Media Studies Centre,
China Media Project, 22 March 18.

**AR-1259**

\30\ ``Chinese Communist Party Central Committee Issues `Plan for Deepening Reform of Party and Government Agencies' '' [Zhonggong zhongyang yinfa ``shenhua dang he guojia jigou gaige fang'an''], Xinhua, 21 March 18, sec. 3(36); Zhang Tianpei, ``Three Platforms Combine Into One, Emitting an Even Stronger `Voice of China' '' [San tai heyi, fachu geng qiang ``zhongguo zhi sheng''], People's Daily, 2 April 18.

\31\ ``China Creates World's Largest Propaganda Apparatus `Voice of China' '' [Zhongguo dazao quanqiu zui da xuanchuan jiqi ``zhongguo zhi sheng''], Radio Free Asia, 21 March 18; Keith Zhai, ``China Approves Giant Propaganda Machine To Improve Global Image,'' Bloomberg, 20 March 18; Emily Feng, ``China To Create Global Broadcast Champion,'' Financial Times, 21 March 18.

\32\ ``China Creates World's Largest Propaganda Apparatus `Voice of China' '' [Zhongguo dazao quanqiu zui da xuanchuan jiqi ``zhongguo zhi sheng''], Radio Free Asia, 21 March 18.

\33\ `` `News Tyrant' Tuo Zhen Appointed `People's Daily' Editor-in Chief'' [``Meiti baojun'' tuo zhen shengren ``renmin ribao'' zongbian], Radio Free Asia, 4 April 18; ``Tuo Zhen: New People's Daily Editor-in-Chief Made His Name by Rectifying the Media'' [Tuo zhen: yi zhengdun meiti wenming de renmin ribao xin zongbian], BBC, 4 April 18.

\34\ Freedom House, ``Special Feature: The `Southern Weekly' Controversy,'' 18 January 13; Maria Repnikova and Kecheng Fang, ``Behind the Fall of China's Greatest Newspaper,'' Foreign Policy, Tea Leaf Nation (blog), 29 January 15; Gloria Wong, ``Censorship Meets Rare Defiance as Journalists Strike in China,'' Global Voices, 8 January 13.

\35\ Helen Gao, ``The Demise of Watchdog Journalism in China,'' New York Times, 27 April 18.

\36\ Graeme Smith, ``The Thought and Messaging of Xi Jinping,'' Lowy Institute, The Interpreter, 8 August 17; Zheping Huang, ``Today's Front Pages in China Are All the Same,'' Quartz, 26 October 17; ``Discourse Climate Report: April 2018,'' University of Hong Kong, Journalism & Media Studies Centre, China Media Project, 2 May 18; David Bandurski, ``Discourse Climate Report: June 2018,'' University of Hong Kong, Journalism & Media Studies Centre, China Media Project, 24 July 18. See also Qian Gang, ``Qian Gang Exclusive: Report on Discourse in 2017, Part 1: The System of `Xi's Discourse' Is Established'' [Qian gang zhuanwen: 2017 yuxiang baogao yi ``xi yu'' tixi queli], Storm Media, 6 January 18.

\37\ Lin Feng, ``People's Daily Three Critiques of Hyperbolic and Boastful Writing, Number 1: Don't You Know How To Write an Essay?'' [Renmin wang san ping fukua zida wenfeng zhi yi: wenzhang buhui xie le ma?], People's Daily, 2 July 18; You Guan, ``People's Daily Three Critiques of Hyperbolic and Boastful Writing, Number 2: Do the Chinese Lack Self-Confidence?'' [Renmin wang san ping fukua zida wenfeng zhi er: zhongguo ren bu zixin le ma?], People's Daily, 3 July 18; Ai Wu, ``People's Daily Three Critiques of Hyperbolic and Boastful Writing, Number 3: Is Style a Trivial Matter?'' [Renmin wang san ping fukua zida wenfeng zhi san: wenfeng shi xiao shi ma?], People's Daily, 4 July 18. For unofficial translations of and commentary on the three People's Daily articles, see Geremie R. Barme ``Mendacious, Hyperbolic & Fatuous--An Ill Wind From People's Daily,'' China Heritage, Watching China Watching, 10 July 18.

\38\ Chris Buckley, ``As China's Woes Mount, Xi Jinping Faces Rare Rebuke at Home,'' New York Times, 31 July 18; Nectar Gan, ``China Names Former Internet Tsar Xu Lin as New International Propaganda Chief,'' South China Morning Post, 21 August 18.

\39\ Chris Buckley, ``China Enshrines `Xi Jinping Thought,' Elevating Leader to Mao-Like Status,'' New York Times, 24 October 17.

\40\ Geremie R. Barme, ``Mendacious, Hyperbolic & Fatuous--An Ill Wind From People's Daily,'' China Heritage, Watching China Watching, 10 July 18; Nectar Gan, ``China Names Former Internet Tsar Xu Lin as New International Propaganda Chief,'' South China Morning Post, 21 August 18.

\41\ Reporters Without Borders, ``World Press Freedom Index,'' last visited 26 April 18, Index details--China; Reporters Without Borders, ``RSF Index 2018: Asia-Pacific Democracies Threatened by China's Media Control Model,'' 25 April 18.

\42\ Freedom House, ``Freedom in the World 2018--China,'' last visited 14 July 18, sec. D1.

\43\ International Federation of Journalists, ``China Press Freedom Report 2017 Ten-Year Edition: A Decade of Decline,'' February 2018.

**AR-1260**

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPOR...    Page 65 of 316

Case 3:20-cv-05910-LB   Document 77-2   Filed 10/01/20   Page 32 of 51
WeChat Appendix F Footnote F9 - Congressional-Executive Commission on China Annual Report 2018

\44\ Committee to Protect Journalists, ``41 Journalists Imprisoned in China in 2017,'' last visited 26 April 18.

\45\ Hong Kong Journalists Association, ``Public Evaluation of Hong Kong Press Freedom Drops to New Low,'' 11 April 18. The survey was conducted in January and February 2018.

\46\ PRC Constitution, issued 4 December 82, amended 12 April 88, 29 March 93, 15 March 99, 14 March 04, 11 March 18, art. 35.

\47\ Zhang Jingjing, ``Why Don't We Have a `National Press Law'?-- Thoughts on China's News Broadcasting Legislative Research'' [Women wei shenme mei you ``xinwen fa''?--fansi woguo xinwen chuanbo lifa yanjiu], Shandong Institute of Politics and Law, Journal of Political Science and Law, No. 1 (2014).

\48\ Luwei Rose Luqiu, ``How To Be a Journalist in China: A Personal Reflection,'' University of Nottingham, Asia Research Institute, Asia Dialogue, 2 May 17.

\49\ Verna Yu, ``China's New Media Strategy: The Case of Liu Xiaobo,'' The Diplomat, 28 July 17; Matt Schrader, ``Pre-suasion: How the PRC Controls the Message on a Sino-US Trade War,'' Jamestown Foundation, China Brief, Vol. 18, Issue 6, 9 April 18, 1-3. See also UN Human Rights Council (HRC), Tenth Anniversary Joint Declaration: Ten Key Challenges to Freedom of Expression in the Next Decade, Addendum to Report of the Special Rapporteur on the Promotion and Protection of the Rights to Freedom of Opinion and Expression, A/HRC/14/23/Add.2, 25 March 10, art. 1(a). In the UN HRC's Tenth Anniversary Joint Declaration on freedom of expression, international experts cautioned that media serving ``as government mouthpieces instead of as independent bodies operating in the public interest'' are a major challenge to free expression.

\50\ Matt Schrader, ``Pre-suasion: How the PRC Controls the Message on a Sino-US Trade War,'' Jamestown Foundation, China Brief, Vol. 18, Issue 6, 9 April 18, 1.

\51\ China Digital Times, ``Minitrue: Control Coverage, Commentary on Evictions,'' 28 November 17; ``China Cracks Down on Reporting of Mass Evictions in Beijing,'' Radio Free Asia, 29 November 17.

\52\ Tom Phillips, ``The Gentrification of Beijing: Razing of Migrant Villages Spells End of China Dream,'' Guardian, 7 December 17; Chris Buckley, ``Why Parts of Beijing Look Like a Devastated War Zone,'' New York Times, 30 November 17.

\53\ Jiang Chenglong and Cui Jia, ``Beijing Continues Its Safety Crackdown in Wake of Fire,'' China Daily, 27 November 17; ``The Making of the `Low-End Population,' '' University of Hong Kong, Media & Journalism Studies Centre, China Media Project, 30 November 17.

\54\ Tiffany May, ``10 Years Ago in Sichuan, a Quake Killed 69,000, Should China Be Thankful?'' New York Times, 10 May 18. See also China Digital Times, ``Phrase of the Week: Tearfully Urge,'' 10 May 18; Christian Sorace, ``Be Grateful to the Party! How To Behave in the Aftermath of a Disaster,'' Made in China, Vol. 3, No. 1 (January-March 2018), 52-55; Luwei Rose Luqiu, ``How To Be a Journalist in China: A Personal Reflection,'' University of Nottingham, Asia Research Institute, Asia Dialogue, 2 May 17.

\55\ Safeguard Defenders, ``Scripted and Staged: Behind the Scenes of China's Forced TV Confessions,'' April 2018, 10, 15. According to Safeguard Defenders, ``They are people whom the CCP typically perceives as its enemies or critics and are usually charged with national security crimes . . . or social order violations . . ..'' See also Verna Yu, ``China's New Media Strategy: The Case of Liu Xiaobo,'' The Diplomat, 28 July 17.

\56\ Safeguard Defenders, ``Scripted and Staged: Behind the Scenes of China's Forced TV Confessions,'' April 2018, 4-5, 11.

\57\ Helen Gao, ``The Demise of Watchdog Journalism in China,'' New York Times, 27 April 18; Graeme Smith, ``The Thought and Messaging of Xi Jinping,'' Lowy Institute, The Interpreter, 8 August 17.

\58\ Helen Gao, ``The Demise of Watchdog Journalism in China,'' New York Times, 27 April 18; ``Too Much Government Interference, China's Investigative Journalists' Predicament That Both Advancing and Retreating Are Difficult'' [Zhengfu ganyu tai duo zhongguo diaocha jizhe jintui liang nan], Radio Free Asia, 4 December 17.

\59\ ``Initial Release of `Chinese News Professionals' Annual Observers' Report for 2017'' [``Zhongguo xinwenye niandu guancha baogao 2017'' shoufa], NetEase Journalism Institute, 26 November 17; ``Too Much Government Interference, China's Investigative Journalists' Predicament That Both Advancing and Retreating Are Difficult'' [Zhengfu

**AR-1261**

ganyu tai duo zhongguo diaocha jizhe jintui liang nan], Radio Free
Asia, 4 December 17.

\60\ Helen Gao, ``The Demise of Watchdog Journalism in China,'' New
York Times, 27 April 18; ``Too Much Government Interference, China's
Investigative Journalists' Predicament That Both Advancing and
Retreating Are Difficult'' [Zhengfu ganyu tai duo zhongguo diaocha
jizhe jintui liang nan], Radio Free Asia, 4 December 17.

\61\ Zheng Jiawen, ``China's Young Journalists Are Giving Up Before
They Even Begin,'' Sixth Tone, 22 January 18.

\62\ ``Mainland `Legal Evening News' Investigative Unit Faces
Disbanding, Many Journalists Quit'' [Dalu ``fazhi wangbao'' shendu bu
chuan zao caiche dapi jizhe lizhi], Duowei, 28 May 18; Graeme Smith,
``The Thought and Messaging of Xi Jinping,'' Lowy Institute, The
Interpreter, 8 August 17.

\63\ See, e.g., ``Mainland `Legal Evening News' Investigative Unit
Faces Disbanding, Many Journalists Quit'' [Dalu ``fazhi wangbao''
shendu bu chuan zao caiche dapi jizhe lizhi], Duowei, 28 May 18; Austin
Ramzy, ``Ex-News Executive in China Gets 4-Year Sentence for
Extortion,'' New York Times, 24 December 15; Hu Yong, `` `A Power
Capable of Making Us Weep': Journalism Under Attack,'' Asia Society,
ChinaFile, 20 October 14.

\64\ ``Mainland `Legal Evening News' Investigative Unit Faces
Disbanding, Many Journalists Quit'' [Dalu ``fazhi wangbao'' shendu bu
chuan zao caiche dapi jizhe lizhi], Duowei, 28 May 18; ``China Spikes
In-Depth Section of Top Legal Newspaper,'' Radio Free Asia, 29 May 18.

\65\ ``Current Affairs Commentator Chen Jieren's Articles Blew
Whistle on Officials, Subsequently Six Detained, Including Family and
Friends'' [Shiping ren chen jieren zhuanwen jubao guanyuan zhulian
qinyou liu ren bei zhua], Radio Free Asia, 11 July 18. For more
information on Chen Jieren and several cases associated with his
detention, see the Commission's Political Prisoner Database records
2018-00318 on Chen Jieren, 2018-00319 on Deng Jiangxiu, 2018-00320 on
Chen Weiren, and 2018-00321 on Chen Minren.

\66\ ``Detained Journo Confesses He's `Internet Pest' That
Exaggerated Government's Problems,'' Global Times, 16 August 18; ``From
`Internet Big V' to `Internet Pest'--Examination of Case of Chen
Jieren, Suspected of Extortion and Illegal Business Activities'' [Cong
``wangluo da V'' dao ``wangluo haichong''--chen jieren shexian qiaozha
lesuo, feifa jingying zui anjian toushi], Xinhua, 16 August 18;
``Maliciously Hyping and Provoking Trouble, Frenzied Profiteering
Through Extortion'' [E'yi chaozuo zishi fengkuang qiaozha liancai],
People's Daily, 17 August 18. For an English translation of the
People's Daily article with commentary on Chen Jieren's case, see David
Bandurski, ``Trial By Invective,'' University of Hong Kong, Journalism
& Media Studies Centre, China Media Project, 18 August 18.

\67\ David Bandurski, ``Mirror, Mirror on the Wall,'' University of
Hong Kong, Journalism & Media Studies Centre, China Media Project, 22
February 16; Li-Fung Cho, ``The Emergence of China's Watchdog
Reporting,'' in Investigative Journalism in China: Eight Cases in
Chinese Watchdog Journalism, eds. David Bandurski and Martin Hala (Hong
Kong: Hong Kong University Press, 2010), 165-67. See also CECC, 2016
Annual Report, 6 October 16, 62-63.

\68\ Committee to Protect Journalists, ``41 Journalists Imprisoned
in China in 2017,'' last visited 26 April 18.

\69\ Ibid.; Reporters Without Borders, ``RSF Index 2018: Asia-
Pacific Democracies Threatened by China's Media Control Model,'' 25
April 18.

\70\ Committee to Protect Journalists, ``41 Journalists Imprisoned
in China in 2017,'' last visited 26 April 18. The Committee to Protect
Journalists identified 14 ethnic Uyghurs in its list of 41 detained or
imprisoned journalists in China.

\71\ UN Human Rights Committee, General Comment No. 34, Article 19,
Freedom of Opinion and Expression, CCPR/C/GC/34, 12 September 11, para.
44. The UN Human Rights Committee has noted that, ``Journalism is a
function shared by a wide range of actors, including professional full-
time reporters and analysts, as well as bloggers and others who engage
in forms of self-publication in print, on the internet or elsewhere . .
..''

\72\ China Labour Bulletin, ``Lu Yuyu and Li Tingyu, the Activists
Who Put Non News in the News,'' 18 August 17. For examples of labor
protests reportedly censored during the Commission's 2018 reporting
year, see, e.g., Mimi Lau and He Huifeng, ``Why Protests by China's

Truck Drivers Could Put the Brakes on the Economy,'' South China
Morning Post, 24 June 18; China Labour Bulletin, ``Teachers Protest in
Anhui Focuses Attention on Long-standing Inequalities,'' 31 May 18.

\73\ Rights Defense Network, ``Beijing Artist Hua Yong on the Run
in China `Only for Doing What Journalists Should Do but Dare Not Do' ''
[Beijing huajia hua yong ``zhi yin ganle jizhe yinggai gan er bugan gan
de huo'' er congcong taowang zai zuguo de dadi shang], 9 December 17.

\74\ Year-End Report: Over Past Year, China Severely Cracked Down
on Rights Defenders' Websites and Online Speech'' [Nianzhong baodao:
zhongguo guoqu yi nian yanli fengsha weiquan wangzhan ji wangyan],
Voice of America, 11 December 17.

\75\ Ibid.; Chinese Human Rights Defenders, `` `They Target My
Human Rights Work as a Crime': Annual Report on the Situation of Human
Rights Defenders in China (2016),'' February 2017, 22.

\76\ PEN America, ``Forbidden Feeds: Government Controls on Social
Media in China,'' 13 March 18, 50.

\77\ ``Enmeshed in the `December 25 Case Group,' Huang Yongxiang of
Guangdong Formally Criminally Detained'' [Juanru ``1225 zhuan'an''
guangdong huang yongxiang bei zhengshi xingju], Radio Free Asia, 11 May
18; Chinese Human Rights Defenders, ``Xi Jinping's `Cyber Sovereignty'
Fast Eroding Space for Free Expression,'' 19 April 18.

\78\ ``Enmeshed in the `December 25 Case Group,' Huang Yongxiang of
Guangdong Formally Criminally Detained'' [Juanru ``1225 zhuan'an''
guangdong huang yongxiang bei zhengshi xingju], Radio Free Asia, 11 May
18; Chinese Human Rights Defenders, `` `They Target My Human Rights
Work as a Crime': Annual Report on the Situation of Human Rights
Defenders in China (2016),'' February 2017.

\79\ ``Zhen Jianghua Not Released 37 Days After Criminal Detention,
Many Rights Defenders Subjected to Stability Maintenance Measures Due
to 19th Party Congress'' [Zhen jianghua xingju 37 tian qiman wei huoshi
duo wei weiquan renshi yin shijiu da bei weiwen], China Free Press, 9
October 17; Human Rights Campaign in China, ``In Case Concerning Zhen
Jianghua, Whom Zhuhai Government Detained on Inciting Subversion of
State Power Charge, Sister Summoned by Jiangmen PSB, State Security
Officials Warned Her, Saying Her Article Affected Police Efforts To
Gather Evidence'' [Bei zhuhai dangju yi shandong dianfu guojia
zhengquan zui jiya de zhen jianghua qi jiejie zao jiangmen gong'anju
chuanxun guobao jinggao shuo ta wenzhang yingxiang jingfang souzheng],
29 September 17. For more information on Zhen Jianghua, see the
Commission's Political Prisoner Database record 2017-00360.

\80\ Human Rights Watch, ``China: Free Anti-Censorship Activist,''
2 April 18.

\81\ Ibid.

\82\ Civil Rights & Livelihood Watch, ``Authorities Secretly Tried
Zhen Jianghua, Netizens Say It Shows [Authorities'] Guilty Mind''
[Dangju mimi shenpan zhen jianghua wangyou zhihu xinxu], 5 September
18.

\83\ Catherine Lai, ``How China's Multi-pronged Crackdown on
Dissent Took Aim at Citizen Journalists and Rights Defence Websites,''
Hong Kong Free Press, 16 February 18. For more information, see the
Commission's Political Prisoner Database records 2004-04053 on Huang Qi
and 2016-00460 on Liu Feiyue.

\84\ Rights Defense Network, ``CRLW Founder Liu Feiyue's Case Goes
to Court Today, Many Citizens Who Came To Watch Were Seized and Sent
Back'' [Minsheng guancha chuangban ren liu feiyue jin kaiting zhong
gongmin qianwang weiguan zao kouya qianfan], 7 August 18.

\85\ Rights Defense Network, ``Huang Qi Trial Continues To Be
Postponed, Suffering Life-Threatening Illness Without Medical Parole,
His Mother Pu Wenqing Again Faces Probe by Original Work Unit, Calls
Out That She Wants To Live To See Son'' [Huang qi an jiutuo bushen huan
zhiming jibing wufa baowai muqin pu wenqing you zao yuan danwei tancha
yu yao huozhe jian dao erzi], 18 August 18.

\86\ ``Ding Lingjie Incommunicado for Nearly 1 Month, Lawyer
Attempts To Meet With Her and Is Refused'' [Ding lingjie shilian jiejin
1 ge yue lushi xunqiu huijian bei ju], Radio Free Asia, 18 October 17;
Rights Defense Network, ``Detained Editor of `Civil Rights and
Livelihood' Ding Lingjie Finally Able To Meet With Lawyer'' [Bei jiya
de ``mingsheng guangcha'' wangbian ding lingjie zhong huo huijian
lushi], 9 November 17. For more information about Ding Lingjie, see the
Commission's Political Prisoner Database record 2017-00328.

\87\ Rights Defense Network, ``64 Tianwang Volunteer and Rights
Defender From Ya'an, Sichuan, Jiang Chengfen, Accused of Picking

Quarrels and Provoking Trouble, Sentenced to 2 Years and 6 Months'' [Liusi tianwang yigong, sichuan ya'an weiquan renshi jiang chengfen bei kong xunxin zishi huoxing 2 nian 6 ge yue], 20 June 18. For more information on Jiang Chengfen, see the Commission's Political Prisoner Database record 2018-00314.

\88\ Chinese Human Rights Defenders, ``Wang Jing,'' 6 December 17. For more information about Wang Jing, see the Commission's Political Prisoner Database record 2014-00104.

\89\ Rights Defense Network, ``Case of 3 Persons--Huang Qi, Chen Tianmao, and Yang Xiuqiong--on Suspicion of `Illegally Providing State Secrets Overseas' Postponed'' [Huang qi, chen tianmao, yang xiuqiong 3 ren shexian ``feifa wei jingwai tigong guojia mimi zui'' an zao yanqi], 16 June 18. For more information about Chen Tianmao, see the Commission's Political Prisoner Database record 2013-00063.

\90\Ibid. For more information about Yang Xiuqiong, see the Commission's Political Prisoner Database record 2016-00464.

\91\ ``CCTV Journalist `Detained' During Undercover Interview! This Evening, the Evildoing of a Company With 4.5 Billion [Yuan] in Assets Is Clear to the World'' [Yangshi jizhe anfang zao ``kouya''! jinye, yi ge 45 yi zichan de da gongsi e'xing anran tianxia], CCTV 2, 18 April 18; David Bandurski, ``Will China's President Be Informed?'' University of Hong Kong, Media & Journalism Studies Centre, China Media Project, 3 March 18; Ma Diming, ``Journalists on Undercover Investigation Are Beaten, Supervision by Public Opinion Harmed'' [Anfang jizhe zao da yulun jiandu shoushang], Beijing News, 2 February 18.

\92\ Wang Yu, ``Shaanxi Journalist on Assignment Surrounded and Beaten, Locked Up in Mortuary'' [Shaanxi jizhe caifang zao wei'ou bei suo taipingjian], Beijing News, 6 December 17; Chen Huidong, ``Xi'an Journalist Beaten While Investigating Hospital's `Sky-High Mortuary Fee,' Hospital Director Suspended and Six Staff in Custody'' [Xi'an jizhe caifang yiyuan ``tianjia ting shi fei'' zao ouda: yuanzhang bei tingzhi liu ren bei ju], Jiemian News, 5 December 17.

\93\ Anjani Trivedi and Julie Steinberg, ``How China's Acquisitive HNA Group Fell From Favor,'' Wall Street Journal, 19 November 17; Keith Bradsher and Alexandra Stevenson, ``Beijing Takes Over Anbang, Insurer That Owns Waldorf Astoria,'' New York Times, 22 February 18.

\94\ `` `Southern Weekend' Immediately Withdraws Special Coverage of HNA, Exposing Financial Crisis, Author Posted Article Online'' [``Nanzhou'' haihang zhuanti zao linshi chegao jie caiwu weiji zuozhe wangshang kandeng ren zhuanzai], Ming Pao, 9 February 18; International Federation of Journalists, ``Southern Weekly Magazine Suspected of Self-Censorship,'' 15 February 18.

\95\ Wang Xiangwei, ``Why China's Silence on Xi's Term Limits Move Portends Trouble,'' South China Morning Post, 12 March 18; ``English News Brief on Presidential Term Change Angers Leaders,'' University of Hong Kong, Media & Journalism Studies Centre, China Media Project, 1 March 18; ``Proposed Removal of Chinese Leader's Term Limit Meets With Public Resistance,'' China Change, 28 February 18.

\96\ Cheng Li and Ryan McElveen, Brookings Institution, ``China's Constitutional Conundrum,'' 28 February 18; Deng Yuwen, ``With an End to Term Limits, Xi Can Realise His Chinese Dream--But Will the Price for China Be Too High?'' South China Morning Post, 6 March 18.

\97\ Wang Xiangwei, ``Why China's Silence on Xi's Term Limits Move Portends Trouble,'' South China Morning Post, 12 March 18; ``English News Brief on Presidential Term Change Angers Leaders,'' University of Hong Kong, Media & Journalism Studies Centre, China Media Project, 1 March 18.

\98\ Victor Mair, ``Epic Eye-Roll,'' Language Log (blog), 15 March 18.

\99\ Te-Ping Chen and Chun Han Wong, ``One Woman Rolls Her Eyes and Captivates a Nation,'' Wall Street Journal, 14 March 18; China Digital Times, ``What's in an Eye-roll?'' 22 March 18; China Digital Times, ``Minitrue: Do Not Hype Two Sessions Reporter's Eyeroll,'' 13 March 18.

\100\ Wang Heyan, ``Police Detain Six in `Case of Pan Gang's Disappearance,' Yili Accuses Blackhand'' [Jingfang yin ``pan gang shilian an'' yi zhua liu ren yili zhi you heishou], Caixin, 5 April 18; Zhuang Pinghui, ``China's Top Dairy Firm Says CEO Too Ill To Attend Asia's Davos, Squashes Rumours of Police Probe,'' South China Morning Post, 8 April 18; Zhang Qin, ``Person Spreading Rumor That `Yili Chairman Is Being Investigated' Has Been Detained'' [Wangshang zaoyao ``yili dongshizhang bei diaocha'' zhe bei zhuahuo], Beijing Youth Daily, 30 March 18. For more information, see the Commission's

**AR-1264**

Political Prisoner Database record 2018-00158 on Zou Guangxiang and
2018-00159 on Liu Chengkun.

\101\ Rights Defense Network, ``Journalist Wang Tao, Detained for
Reporting on Cases of Missing Wuhan University Students, Released and
Returned Home'' [Baodao wuhan daxuesheng shizong an er zao juya de
jizhe wang tao yi shifang huijia], 4 November 17; Feng Guodong,
``Internet User Detained for Spreading Rumor That `Over 30 Wuhan
University Students Mysteriously Disappeared' '' [Wangmin sanbu ``30
duo ming wuhan daxuesheng shenmi shizong'' yaoyan bei juliu], Xinhua,
28 September 17; Huang Xiaojing, ``Did Dozens of College Students
Mysteriously Go Missing? Internet Writer Detained for 10 Days'' [Shu
shi daxuesheng shenmi shizong? wangwen zuozhe bei ju 10 tian], Beijing
Youth Daily, 29 September 17; ``Chinese Police Detain Journalist Who
Wrote About Missing Wuhan Students,'' Radio Free Asia, 29 September 17.
For more information on Wang Tao, see the Commission's Political
Prisoner Database record 2018-00391.

\102\ Foreign Correspondents' Club of China, ``Access Denied:
Surveillance, Harassment and Intimidation as Reporting Conditions in
China Deteriorate,'' January 2018, 1-3, 7.

\103\ Ministry of Foreign Affairs, ``Foreign Ministry Spokesperson
Hua Chunying's Regular Press Conference on January 30, 2018,'' 30
January 18; Ministry of Foreign Affairs, ``Foreign Ministry
Spokesperson Hua Chunying's Regular Press Conference on February 1,
2018,'' 1 February 18; David Bandurski, ``Journalism Denied: How China
Views the News,'' University of Hong Kong, Journalism & Media Studies
Centre, China Media Project, 1 February 18.

\104\ Fang Tian, ``China's Foreign Ministry Refutes FCCC
Allegations Again,'' People's Daily, 2 February 18. See also China
Digital Times, ``Journalists Respond to FCCC Survey's Dismissal,'' 2
February 18; David Bandurski, ``Journalism Denied: How China Views the
News,'' University of Hong Kong, Journalism & Media Studies Centre,
China Media Project, 1 February 18.

\105\ Embassy of the People's Republic of China in the Kingdom of
Sweden, ``Chinese Embassy Spokesperson's Remarks on Expressen's Article
About China,'' 3 July 18; Magnus Fiskesjo, ``Further Escalation of the
Gui Minhai Case,'' Ohio State University, Modern Chinese Literature and
Culture (blog), 7 July 18. See also International Federation of
Journalists, ``Sweden: Chinese Embassy Attacks Journalist,'' 10 July
18. For more information on Gui Minhai, see the Commission's Political
Prisoner Database record 2016-00090.

\106\ See, e.g., Jennifer Creery, ``Video: `Journalism Is Not a
Crime'--China Press Club Condemns Detention of Voice of America
Reporters,'' Hong Kong Free Press, 15 August 18; Foreign
Correspondents' Club of China (fccchina), Twitter post, 14 August 18,
3:26 a.m. Authorities in Shandong province reportedly detained one
Voice of America (VOA) reporter and a VOA contractor for more than six
hours in connection with an interview with a retired professor who had
been detained. Steven Lee Myers, ``A Dance for Tibetan New Year, Then
17 Hours in Custody,'' New York Times, 18 February 18. Local
authorities reportedly detained a New York Times journalist and
accompanying photographer for 17 hours. Gu Li, ``RFI Journalist Schmidt
Temporarily Detained While Interviewing People on Beijing Street About
Constitution Revision'' [Faguang jizhe shimite beijing jietou caifang
xiuxian yiti zao duanzan juliu], Radio France Internationale, 9 March
18; Committee to Protect Journalists, ``Chinese Authorities Briefly
Detain RFI Correspondent in Beijing,'' 16 March 18. Beijing authorities
reportedly held a Radio France Internationale (RFI) journalist and news
assistant for about one hour.

\107\ See, e.g., Naomi Ng, ``Hong Kong i-Cable TV Journalist
Reporting on 10th Anniversary of Sichuan Earthquake Kicked and Beaten
by Two Men,'' South China Morning Post, 12 May 18; Tiffany May, ``Hong
Kong Journalist Is Roughed Up and Detained by Police in Beijing,'' New
York Times, 16 May 18; International Federation of Journalists, ``Hong
Kong Journalists Attacked in Beijing,'' 16 May 18.

\108\ ``China Expels German Student Who Researched Rights
Lawyers,'' Associated Press, 13 August 18; ``German Student David
Missal Expelled From China After Making Human Rights Film,'' Deutsche
Welle, 12 August 18.

\109\ Michael McGowan, ``China Denies Visas to Australian
Journalists Due to `Frosty' Diplomatic Relations,'' Guardian, 4 June
18.

\110\ ``List of Websites and Apps Blocked in China [Updated June

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPOR... Page 70 of 316

Case 3:20-cv-05910-LB Document 77-2 Filed 10/01/20 Page 37 of 51
WeChat Appendix P Footnote H9 - Congressional-Executive Commission on China Annual Report 2018

2018],'' Startupliving (blog), last visited 19 June 18; Ministry of
Foreign Affairs, ``Foreign Ministry Spokesperson Hua Chunying's Regular
Press Conference on February 1, 2018,'' 1 February 18.
      \111\ ``China's Curbs on Foreign Press Should Be Eased, Says German
Foreign Ministry State Secretary Andreas Michaelis,'' Reuters,
reprinted in South China Morning Post, 8 May 18.
      \112\ Foreign Correspondents' Club of China, ``Access Denied:
Surveillance, Harassment and Intimidation as Reporting Conditions in
China Deteriorate,'' January 2018, 4, 6.
      \113\ John Pomfret, ``China's Thought Police Are Extending Their
Reach,'' Washington Post, 19 January 18. Chinese authorities also have
harassed China-based family members of foreign journalists, a news
assistant for a foreign media outlet, and Chinese journalists living
abroad in prior years. See, e.g., Chang Ping, ``Chang Ping: My
Statement About the Open Letter to Xi Jinping Demanding His
Resignation,'' China Change, 27 March 16; Casey Michel, ``China's War
Against One American Journalist,'' Slate, 9 July 15; Eric Fish, `` `I
Don't Want To Think About Activating Change': NYT's David Barboza on
Reporting in China,'' Asia Society, Asia Blog, 28 January 16; Human
Rights Watch, `` `You Will Be Harassed and Detained' China Media
Freedoms Under Assault Ahead of the 2008 Olympic Games,'' August 2007,
24-25.
      \114\ Committee to Protect Journalists, ``Wife of Critical Chinese-
American Journalist Disappears in China,'' 18 January 18; John Pomfret,
``China's Thought Police Are Extending Their Reach,'' Washington Post,
19 January 18.
      \115\ ``The Families Left Behind: RFA's Uyghur Reporters Tell the
Stories of Their Family Members' Detentions,'' Radio Free Asia, 3 April
18; Amnesty International, ``Separated Souls: Uighur Journalist's
Unbreakable Resolve To Help Her Detained Family,'' 16 March 18; Simon
Denyer, ``China Detains Relatives of U.S. Reporters in Apparent
Punishment for Xinjiang Coverage,'' Washington Post, 28 February 18;
Uyghur Human Rights Project, ``China: End Intimidation of Radio Free
Asia Uyghur Service Journalists,'' 2 May 18; Committee to Protect
Journalists, ``China Detains Relatives of RFA Uighur Service
Journalists,'' 28 February 18.
      \116\ Amnesty International, ``Separated Souls: Uighur Journalist's
Unbreakable Resolve To Help Her Detained Family,'' 16 March 18;
Committee to Protect Journalists, ``China Detains Relatives of RFA
Uighur Service Journalists,'' 28 February 18; Uyghur Human Rights
Project, ``China: End Intimidation of Radio Free Asia Uyghur Service
Journalists,'' 2 May 18.
      \117\ China Internet Network Information Center, ``Statistical
Report on Internet Development in China'' [Zhongguo hulian wangluo
fazhan zhuangkuang tongji baogao], January 2018, 1.
      \118\ Ibid., 35-36.
      \119\ ``Progress Report of the National People's Congress Standing
Committee Enforcement Inspection Group Regarding Inspection of the `PRC
Cybersecurity Law' and `National People's Congress Standing Committee
Decision Concerning Strengthening the Protection of Online Information'
'' [Quanguo renmin daibiao dahui changwu weiyuanhui zhifa jiancha zu
guanyu jiancha ``zhonghua renmin gonghe guo wangluo anquan fa'',
``quanguo renmin daibiao dahui changwu weiyuanhui guanyu jiachang
wangluo xinxi baohu de jueding'' shishi qingkuang de baogao], National
People's Congress Net, 25 December 17; ``Xi Jinping: Advancing the
Construction of a Strong Cyber Power Through Indigenous Innovation''
[Xi jinping: zizhu chuangxin tuijin wangluo qiangguo jianshe], Xinhua,
21 April 18. See also Paul Mozur, ``China's Top Ideologue Calls for
Tight Control of Internet,'' New York Times, 3 December 17; ``China's
Xi Says Internet Control Key to Stability,'' Reuters, 21 April 18;
Rogier Creemers et al., ``Lexicon: Wangluo Qiangguo,'' New America,
DigiChina (blog), 31 May 18.
      \120\ Samm Sacks and Paul Triolo, ``Shrinking Anonymity in Chinese
Cyberspace,'' Lawfare (blog), 25 September 17.
      \121\ Cyberspace Administration of China, Provisions on the
Administration of Internet Public Account Information Services
[Hulianwang yonghu gongzhong zhanghao xinxi fuwu guangli guiding],
issued 7 September 17, effective 8 October 17; Cyberspace
Administration of China, Provisions on the Administration of Internet
Group Information Services [Hulianwang qunzu xinxi fuwu guanli
guiding], issued 7 September 17, effective 8 October 17; Cyberspace
Administration of China, Measures for the Administration of Content

**AR-1266**

Management Practitioners Working for Internet News Information Service Providers [Hulianwang xinwen xinxi fuwu danwei neirong guanli congye renyuan guanli banfa], issued 30 October 17, effective 1 December 17.

\122\ David Bandurski, ``The Great Hive of Propaganda,'' University of Hong Kong, Journalism & Media Studies Centre, China Media Project, 16 September 17; Rongbin Han, ``New (and Not So New) Trends in China's Online Censorship,'' University of Nottingham, Asia Research Institute, Asia Dialogue, 7 November 17; Chinese Human Rights Defenders, ``Xi Jinping's `Cyber Sovereignty' Fast Eroding Space for Free Expression,'' 19 April 18.

\123\ Samm Sacks and Paul Triolo, ``Shrinking Anonymity in Chinese Cyberspace,'' Lawfare (blog), 25 September 17; Simon Denyer, ``The Walls Are Closing In: China Finds New Ways To Tighten Internet Controls,'' Washington Post, 27 September 17.

\124\ David Bandurski, ``The Great Hive of Propaganda,'' University of Hong Kong, Journalism & Media Studies Centre, China Media Project, 16 September 17. See also Samm Sacks and Paul Triolo, ``Shrinking Anonymity in Chinese Cyberspace,'' Lawfare (blog), 25 September 17.

\125\ Cyberspace Administration of China, Provisions on the Administration of Internet Public Account Information Services [Hulianwang yonghu gongzhong zhanghao xinxi fuwu guangli guiding], issued 7 September 17, effective 8 October 17, art. 4.

\126\ Cyberspace Administration of China, Provisions on the Administration of Internet Group Information Services [Hulianwang qunzu xinxi fuwu guanli guiding], issued 7 September 17, effective 8 October 17, art. 9.

\127\ Cyberspace Administration of China, Measures for the Administration of Content Management Practitioners Working for Internet News Information Service Providers [Hulianwang xinwen xinxi fuwu danwei neirong guanliyuan guanli banfa], issued 30 October 17, effective 1 December 17, art. 11; Liza Lin and Josh Chin, ``Chinese Internet Regulators Target Social Media Use,'' Wall Street Journal, 30 October 17. For an explanation of the ``Marxist view of journalism,'' see Wen Hua, ``Clearly Seeing the Essence of the Western Concept of Journalism'' [Kanqing xifang xinwen guan de benzhi], Seeking Truth, 31 December 17. For an unofficial translation of the article in Seeking Truth, see David Bandurski, ``Journalism Denied: How China Views the News,'' University of Hong Kong, Journalism & Media Studies Centre, China Media Project, 1 February 18.

\128\ See, e.g., King-wa Fu et al., ``Weibo Whack-a-Mole,'' Asia Society, ChinaFile, 8 March 18.

\129\ See, e.g., Francoise Robin, ``Guest Post: `The Silence of the State: The Jokhang Fire and the Response of the Chinese Government,' '' High Peaks Pure Earth (blog), 21 March 18; China Digital Times, ``
`Almost Total Suppression of Information' After Tibet Temple Fire,'' 20 February 18; Javier C. Hernandez, ``Leading Western Publisher Bows to Chinese Censorship,'' New York Times, 1 November 17.

\130\ See, e.g., Ian Johnson, ``Cambridge University Press Removes Academic Articles on Chinese Site,'' New York Times, 18 August 17.

\131\ See, e.g., Javier C. Hernandez, ``Leading Western Publisher Bows to Chinese Censorship,'' New York Times, 1 November 17; Ian Johnson, ``Cambridge University Press Removes Academic Articles on Chinese Site,'' New York Times, 18 August 17.

\132\ See, e.g., Tim Pringle, ``Partnerships Need To Be Carefully Constructed by All Those Involved To Guard Against Disguised Motivations With the Capacity To Trump the Seeking of Truth,'' Times Higher Education, 4 January 18.

\133\ See, e.g., Annie Wu, ``Chinese Citizens Detained for Posts on Social Media Platform WeChat,'' Epoch Times, 12 March 18.

\134\ See, e.g., Louisa Lim, ``Censorship Is Superfluous in Xi's `New Era,' '' Lowy Institute, The Interpreter, 1 November 17; Mandy Zuo, ``Controversy Over Chinese Textbook's Cultural Revolution Chapter as State Publisher Denies Censorship,'' South China Morning Post, 11 January 18; David Bandurski, ``On Weibo, Deleting the Past,'' University of Hong Kong, Journalism & Media Studies Centre, China Media Project, 10 January 18; Ian Johnson, ``Who Killed More: Hitler, Stalin, or Mao?'' New York Review of Books, NYR Daily (blog), 5 February 18.

\135\ ``Anhui Province Issues `Extremely Urgent' Stability Maintenance Notice, News Reports Must Be Approved for Types of Controlled Topics'' [Anhui sheng xia ``teji'' weiwen tongzhi baodao jiandu lei xinwen xu baopi], Radio Free Asia, 21 November 17.

\136\ David Bandurski, ``China's Closing of Top Leftist Website

**AR-1267**

Signals Party's Determination To Enforce Ideological Unity,'' Hong Kong
Free Press, 2 June 18.
    \137\ ``[Era of Xi's Power] `Utopia's' WeChat Permanently Closed,
Is the Game of Extreme Leftist Speech Over?'' [[Xiquan shidai] ``wuyou
zhi xiang'' weixin yongjiu fengjin jizuo yanlun zhendi wanwang?], Apple
Daily, 19 May 18; ``China Shutters Maoist `Utopia' Website, Social
Media Account,'' Radio Free Asia, 21 May 18.
    \138\ Chris Buckley, ``In Beijing, Doors Shut on a Bastion of
Independent Ideas,'' New York Times, 11 July 18.
    \139\ Ibid.; Wendy Wu and Jane Cai, ``Beijing Internet Censors
Close Websites of Liberal Economic Think Tank,'' South China Morning
Post, 22 January 18.
    \140\ Xu Zhangrun, ``Our Immediate Fears and Hopes'' [Women dangxia
de kongju yu qidai], Unirule Perspectives, 24 July 18. For an English
translation of Xu's essay, together with commentary, see Geremie R.
Barme, ``Our Imminent Fears and Immediate Hopes--A Beijing Jeremiad,''
China Heritage, 1 August 18. See also Chris Buckley, ``As China's Woes
Mount, Xi Jinping Faces Rare Rebuke at Home,'' New York Times, 31 July
18; Jerome A. Cohen, ``Xi Jinping Sees Some Pushback Against His Iron-
fisted Rule,'' Washington Post, 2 August 18.
    \141\ ``19th Party Congress of the Chinese Communist Party Convenes
in Beijing, Xi Jinping Delivers Work Report on Behalf of the 18th
Central Committee, Presided Over by Li Keqiang'' [Zhongguo gongchandang
di shijiu ci quanguo daibiao dahui zai jing kaimu xi jinping daibiao di
shiba jie zhongyang weiyuanhui xiang dahui zuo baogao li keqiang zhuchi
dahui], Xinhua, 18 October 17.
    \142\ Nectar Gan and Sarah Zheng, ``What To Watch for at China's
Two Sessions,'' South China Morning Post, 4 March 18.
    \143\ On the 19th Party Congress, see, e.g., Hongwei Bao, ``China's
`Media War' Before and During the 19th Party Congress,'' University of
Nottingham, Asia Research Institute, Asia Dialogue, 24 October 17;
Sarah Cook, ``China's Thought Police Are Giving a Master Class in
Censorship,'' Washington Post, 14 September 17; Masashi Crete-Nishihata
et al., ``Managing the Message: What You Can't Say About the 19th
National Communist Party Congress on WeChat,'' University of Toronto,
Munk School of Global Affairs, Citizen Lab, 6 November 17. On the Two
Sessions, see, e.g., China Digital Times, ``Minitrue: How To Report on
the NPC,'' 12 March 18; China Digital Times, ``Minitrue: How To Report
on the NPC (Etc.), Part 2,'' 13 March 18; China Digital Times,
``Minitrue: How To Report on the NPC (Etc), Part 3,'' 14 March 18; Ben
Blanchard and Michael Martina, ``China Pushes Back Against Criticism of
Plan for Xi To Stay in Power,'' Reuters, 25 February 18.
    \144\ James Palmer, ``Nobody Knows Anything About China,'' Foreign
Policy, 21 March 18.
    \145\ China Digital Times, ``Minitrue 2017: July--Directive Leaks
Slow to a Halt,'' 21 December 17. China Digital Times aggregates and
summarizes English and Chinese language media and tracks a broad range
of political and social developments, in addition to providing
translation of leaked censorship directives.
    \146\ Ibid. See also Paul Mozur, ``Internet Users in China Expect
To Be Tracked. Now, They Want Privacy,'' New York Times, 4 January 18;
Ellen Tannam, ``Privacy Worries Increasing Among Internet Users in
China,'' Silicon Republic, 8 January 18.
    \147\ Mimi Lau, ``China's Communist Rulers Ban Online Jokes App,
but Comedy Community Says the Joke's on Them,'' South China Morning
Post, 15 April 18; Hillary McLauchlin, ``We(Chat) The People:
Technology and Social Control in China,'' Harvard Political Review, 31
December 17.
    \148\ Chinese Human Rights Defenders, ``Repression & Resilience:
Annual Report on the Situation of Human Rights Defenders in China
(2017),'' February 2018, 14; King-wa Fu et al., ``Weibo Whack-a-Mole,''
Asia Society, ChinaFile, 8 March 18.
    \149\ Eva Pils, Human Rights in China (Medford, MA: Polity Press,
2018), 97-98.
    \150\ Ibid., 78, 92-94.
    \151\ Lily Kuo, ``#Metoo in China: Fledgling Movement in
Universities Fights Censorship,'' Guardian, 17 April 18.
    \152\ Sophie Richardson, Human Rights Watch, ``Dispatches: China
State TV Celebrates New Year--With Racism,'' 16 February 18; Manya
Koetse, ``About the CCTV Spring Festival Gala's `Racist' Africa Comedy
Sketch,'' What's on Weibo, 16 February 18.
    \153\ King-wa Fu et al., ``Weibo Whack-a-Mole,'' Asia Society,

**AR-1268**

ChinaFile, 8 March 18.

\154\ See, e.g., ``Police Detained WeChat User for Calling Xi Jinping `Emperor Xi,' People's Daily Article `Don't Forget To Resist Cult of Personality' Deleted'' [Wangmin weixin cheng ``xi huang'' bei jing ju renminwang ``buwang fan geren chongbai'' wen bei shan], Radio Free Asia, 12 April 18; ``Chinese Police Jail Two Women Over `Vehicle Reversing' Video Clip,'' Radio Free Asia, 28 March 18.

\155\ Allyson Chiu, ``Sina Weibo, China's Social Media Giant, Reverses Ban on Gay Content After Weekend of Protests,'' Washington Post, 16 April 18; ``China's Weibo Site Backtracks on Gay Censorship After Outcry,'' Associated Press, reprinted in NY Daily News, 16 April 18.

\156\ Javier C. Hernandez and Zoe Mou, `` `I Am Gay, Not a Pervert': Furor Erupts in China as Sina Weibo Bans Gay Content,'' New York Times, 15 April 18; ``The Victory of #IamGay: Have We Really Won?'' Elephant Room (blog), last visited 19 April 18.

\157\ Raymond Zhong, ``It Built an Empire of GIFs, Buzzy News and Jokes. China Isn't Amused,'' New York Times, 11 April 18.

\158\ Mimi Lau, ``China's Communist Rulers Ban Online Jokes App, but Comedy Community Says the Joke's on Them,'' South China Morning Post, 15 April 18; Raymond Zhong, ``It Built an Empire of GIFs, Buzzy News and Jokes. China Isn't Amused,'' New York Times, 11 April 18; Josh Chin, ``New Target for China's Censors: Content Driven by Artificial Intelligence,'' Wall Street Journal, 11 April 18.

\159\ David Bandurski, ``Tech Shame in the `New Era,' '' University of Hong Kong, Journalism & Media Studies Centre, China Media Project, 11 April 18. See also Raymond Zhong, ``It Built an Empire of GIFs, Buzzy News and Jokes. China Isn't Amused,'' New York Times, 11 April 18; Josh Chin, ``New Target for China's Censors: Content Driven by Artificial Intelligence,'' Wall Street Journal, 11 April 18.

\160\ International Covenant on Civil and Political Rights, adopted by UN General Assembly resolution 2200A (XXI) of 16 December 66, entry into force 23 March 76, art. 12.

\161\ Ibid., art. 22; UN Human Rights Council, The Rights to Freedom of Peaceful Assembly and Association, A/HRC/RES/24/5, 8 October 13, items 2-6.

\162\ International Covenant on Civil and Political Rights, adopted by UN General Assembly resolution 2200A (XXI) of 16 December 66, entry into force 23 March 76, art. 27; Declaration on the Rights of Persons Belonging to National or Ethnic, Religious and Linguistic Minorities, adopted by UN General Assembly resolution 47/135 of 18 December 1992, art. 2(1)-(2).

\163\ ``Prominent Chinese Political Prisoner Yang Tianshui Released on Medical Parole, Dies Two Months Later'' [Zhongguo zhuming zhengzhifan yang tianshui baowai jiuyi liang yue hou bingshi], Voice of America, 8 November 17. Regarding Cao Shunli's case, see Human Rights in China, ``Rights Defender Cao Shunli Died in Hospital in Beijing, Lawyer Barred From Viewing Body,'' 14 March 14; Verna Yu, ``Inquiry Into Activist Cao Shunli's Death Sought,'' South China Morning Post, 21 March 14. For additional information on Cao Shunli's case, see ``Inadequate Medical Care for Cao Shunli Before Her Death Contradicts International Law,'' Congressional-Executive Commission on China, 2 April 14. Regarding Liu Xiaobo's case, see Chris Buckley, ``Liu Xiaobo, Chinese Dissident Who Won Nobel While Jailed, Dies at 61,'' New York Times, 13 July 17; ``Questions Raised About Liu Xiaobo's Prison Medical Treatment,'' Associated Press, 27 June 17. For additional information on Liu Xiaobo's case, see CECC, 2017 Annual Report, 5 October 17, 19-20, 66.

\164\ Standard Minimum Rules for the Treatment of Prisoners, adopted by the First UN Congress on the Prevention of Crime and the Treatment of Offenders, Geneva 1955, approved by the Economic and Social Council resolutions 663C (XXIV) of 31 July 57 and 2076 (LXII) of 13 May 77, arts. 22, 24-26; Body of Principles for the Protection of All Persons Under Any Form of Detention or Imprisonment, adopted by UN General Assembly resolution A/RES/43/173, 9 December 88, principle 24; UN Human Rights Council, Report of the Special Rapporteur on Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, Juan E. Mendez, A/HRC/22/53, 1 February 13, paras. 20, 22; Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, adopted by UN General Assembly resolution 39/46 of 10 December 84, entry into force 26 June 87.

\165\ Jia Pingwa, ``The Plight of Writing'' [Xiezuo de kunjing], LA

**AR-1269**

Review of Books, China Channel, 21 December 17. For an unofficial
English translation, see Jia Pingwa and Nick Stember, ``The Plight of
Writing: An Undelivered Speech by Jia Pingwa,'' LA Review of Books,
China Channel, 24 January 18.

\166\ Jia Pingwa, ``The Plight of Writing'' [Xiezuo de kunjing], LA
Review of Books, China Channel, 21 December 17. For an unofficial
English translation, see Jia Pingwa and Nick Stember, ``The Plight of
Writing: An Undelivered Speech by Jia Pingwa,'' LA Review of Books,
China Channel, 24 January 18. Chinese censors reportedly banned
``Ruined City'' for 17 years.

\167\ Rights Defense Network, ``Guo Qingjun, Citizen of Changchun
Municipality, Jilin Province, Is Criminally Detained by Ganzhou
Municipality, Jiangxi PSB'' [Jilin sheng changchun shi gongmin guo
qingjun bei jiangxi ganzhou shi gong'anju xingshi liu], 13 April 18;
``Many Volunteers From Group That `Sent Food' to Family Members of
Prisoners of Conscience Were Detained'' [Wei liangxinfan jiashu
``songfan'' yigong qunti duo ren bei zhua], Radio Free Asia, 13 April
18; ``WeChat Group That Aided Prisoners of Conscience Disbanded, Group
Leaders Guo Qingjun, Among Others, Criminally Detained'' [Jiuzhu
liangxinfan weixin qun bei jiesan qunzhu guo qingjun deng bei xingshi
juliu], Radio Free Asia, 14 April 18; ``Eight Detained for Organizing
Humanitarian Assistance for Political Prisoners and Their Families,''
China Change, 15 April 18. Authorities also reportedly forced the
WeChat group to disband.

\168\ Civil Rights & Livelihood Watch, ``Jilin's Guo Qingjun
Arrested on Suspicion of `Picking Quarrels and Provoking Trouble' ''
[Jilin guo qingjun bei yi shexian ``xunxin zishi'' pibu], 19 May 18;
Rights Defense Network, ``RDN: Monthly Report on Detained Mainland
Chinese Political Prisoners and Prisoners of Conscience (5/31/2018) No.
32 (Total 761 Persons) (Part 2)'' [Weiquanwang: zhongguo dalu zaiya
zhengzhifan, liangxinfan yuedu baogao (2018 nian 5 yue 31 ri) di 32 qi
(gong 761 ren) (di 2 bufen)], 31 May 18. For more information on Guo
Qingjun, see the Commission's Political Prisoner Database record 2018-
00165.

\169\ ``Tibetan Language Education Advocate's Sentencing Brings
International Condemnation'' [Zangyu jiaoyu changdaozhe bei panxing zao
guoji qianze], Radio Free Asia, 22 May 18; Christopher Bodeen, ``China
Sentences Tibetan Activist to 5 Years for Separatism,'' Associated
Press, 22 May 18. For more information on Tashi Wangchug, see the
Commission's Political Prisoner Database record 2016-00077.

\170\ Jonah M. Kessel, ``How China Used a Times Documentary as
Evidence Against Its Subject,'' New York Times, 10 January 18.

\171\ Liang Xiaojun (liangxiaojun), Twitter post, 22 August 18,
8:15 p.m.; Tenzin Dharpo, ``Tibetan Activist's Appeal Against 5-year
Sentence Rejected,'' Phayul, 24 August 18.

\172\ Rights Defense Network, ``Prominent Democracy Activist, Mr.
Yang Tianshui, Forcibly Given `Sea Burial' by CCP Authorities, Family
Members Under Extreme Pressure and Banned From Speaking Out'' [Zhuming
minyun renshi yang tianshui xiansheng zao zhonggong dangju qiangzhi
``haizang'' jiaren zao juda yali bei jinyan], 20 December 17; PEN
America, ``Death of Imprisoned Chinese Writer and Activist Yang Tongyan
a Further Blow for Free Expression,'' 7 November 17. See also Dui Hua
Foundation, ``Liu Xiaobo Granted Medical Parole,'' 26 June 17. Dui Hua
Foundation clarified that, ``It is not correct to say that the prisoner
granted medical parole is `free,' nor is it correct to say that the
prisoner has been `released.' The prisoner is still serving his/or her
sentence, albeit in a location other than the prison itself.'' For more
information about Yang Tongyan (Yang Tianshui), see the Commission's
Political Prisoner Database record 2004-05189.

\173\ Zhenjiang Municipal Intermediate People's Court, Criminal
Judgment [Jiangsu sheng zhenjiang shi renmin fayuan xingshi panjue
shu], (2006) Zhen Xing Yi Chu Zi No. 12, 17 May 06, reprinted in
Chinese Human Rights Defenders, 23 August 06.

\174\ Reporters Without Borders, ``After Lack of Medical Care in
Prison, Chinese Blogger Dies,'' 9 November 17; ``Tang Jingling Detained
for Again Trying To Inquire in Shaoyang About Li Wangyang; Yang
Tianshui Ailing in Prison Goes on Hunger Strike'' [Tang jingling wei li
wangyang zai fang shaoyang bei kou yang tianshui yuzhong jibing
chanshen jueshi kangzheng], Radio Free Asia, 11 September 12. See also
Rights Defense Network, ``Nanjing Dissident Yang Tianshui Has Been
Imprisoned for 17 Years, Suffers From Multiple Chronic Illnesses''
[Nanjing yijian renshi yang tianshui leiji bei qiu 17 nian, bingmo

**AR-1270**

chanshen], 10 September 12.

\175\ Javier C. Hernandez, ``Ailing Dissident's Case Fits a Pattern in Chinese Prisons, Critics Say,'' New York Times, 10 July 17; Stuart Lau and Shirley Zhao, ``China Stages `Hasty' Cremation of Liu Xiaobo and Has His Ashes Scattered at Sea,'' South China Morning Post, 17 July 17.

\176\ Rights Defense Network, ``Prominent Democracy Activist, Mr. Yang Tianshui, Forcibly Given `Sea Burial' by CCP Authorities, Family Members Under Extreme Pressure and Banned From Speaking Out'' [Zhuming mingyun renshi yang tianshui xiansheng zao zhonggong dangju qiangzhi ``haizang'' jiaren zao juda yali bei jinyan], 20 December 17.

\177\ Human Rights Watch, ``China: Democratic Voice Liu Xiaobo Dies in Custody,'' 13 July 17; Josh Chin, ``Nobel Laureate Liu Xiaobo, Who Fought for Democracy in China, Dies in Police Custody,'' Wall Street Journal, 13 July 17. See also CECC, 2017 Annual Report, 5 October 17, 66.

\178\ Chris Buckley and Melissa Eddy, ``Liu Xia, in Call From China, Tells of the Agony of Endless Captivity,'' New York Times, 4 May 18. For more information on Liu Xia, see the Commission's Political Prisoner Database record 2010-00629.

\179\ Jane Perlez, ``Liu Xia, Detained Widow of Nobel Peace Laureate, Leaves China,'' New York Times, 10 July 18; Christian Shepherd and Riham Alkousaa, ``Widow of Chinese Dissident Liu Xiaobo Arrives in Germany,'' Reuters, 10 July 18.

\180\ See, e.g., ``China Change Exclusive: Liu Xia Cries Out for Help in a Phone Call With Liao Yiwu on April 8, 2018,'' China Change, 2 May 18; ``Liu Xia Undergoes Surgery for Uterine Fibroids, Severely Depressed, Outside World Urges Permission for Her To Leave China as Soon as Possible'' [Liu xia yi zuo zigong jiliu shoushu yiyuzheng yanzhong waijie yu jinzao yun qi chuguo], Radio Free Asia, 19 November 17; ``Rare Phone Call From House Arrest Sparks Fears for Liu Xia's Well-Being,'' Radio Free Asia, 9 February 17; Desmond M. Tutu and Jared Genser, ``The Ordeal of China's Liu Xia,'' Wall Street Journal, 30 March 14; China Digital Times, ``Friends Say Liu Xia Suffering From Depression,'' 2 December 13.

\181\ Lily Kuo and Philip Oltermann, ``Liu Xia: Free At Last but a Hostage-in-Exile to Beijing's Crackdown,'' Guardian, 15 July 18. See also UN Human Rights Council, Report of the Working Group on Arbitrary Detention, A/HRC/WGAD/2011/16, 27 February 12, paras. 17-20, 22. In May 2011, the UN Working Group on Arbitrary Detention declared the Chinese government's detention of Liu Xia to be in violation of the Universal Declaration of Human Rights.

\182\ Catherine Lai, ``NGOs, Activists React as Liu Xia Leaves China, but Fears Remain for Brother in Beijing,'' Hong Kong Free Press, 10 July 18.

\183\ Chinese Human Rights Defenders, ``Repression & Resilience: Annual Report on the Situation of Human Rights Defenders in China (2017),'' February 2018, 18, 23; Rights Defense Network, ``Yu Qiyuan's Statement Prior Detention: I Firmly Believe, That in the Near Future, This Land That Gave Birth to Me and Raised Me, Must Bid Farewell to More Than 4,000 Years of Authoritarian Rule, With a New Nation of Freedom and Democracy Becoming a Part of World Civilization!'' [Yu qiyuan bei bu qian shengming: wo jianxin, bujiu de jianglai, zhe pian sheng wo yang wo de tudi, bijiang gaobie si qian duo nian de zhuanzhi tongzhi, yi ge ziyou minzhu de xin guojia jiang mairu shijie wenming zhi lin!], 25 May 18.

\184\ For more information on these cases, see the Commission's Political Prisoner Database records 2015-00315 on Huang Yongxiang, 2015-00316 on Wei Xiaobing, 2017-00317 on He Lin, 2017-00318 on Liu Guangxiao, 2017-00319 on Li Shujia, 2017-00320 on Qin Mingxin, 2017-00321 on Wang Meiju, 2017-00322 on Ma Qiang, 2017-00327 on Zhuo Yuzhen, 2018-00010 on Li Xuewen, 2018-00012 on Zhan Huidong, 2018-00389 on Yu Qiyuan, and 2018-00390 on Li Zhaoqiang.

\185\ Rights Defense Network, ``Sichuan Rights Defender Li Yu Detained After Seaside Memorial for Liu Xiaobo in Fujian, Still in Detention'' [Sichuan weiquan renshi li yu zai fujian haiji liu xiaobo bei zhuabu xian reng bei jiya], 27 July 17.

\186\ ``Two Dalian Mourners at Liu Xiaobo's Sea Memorial Released, Liu Xia's Whereabouts Still Unknown'' [Dalian liang ming liu xiaobo daonianzhe huoshi liu xia yiran xialuo buming], Voice of America, 31 July 17.

\187\ ``Guangdong Poet Langzi and Peng Heping Released'' [Guangdong

shiren langzi ji peng heping huo shi], Radio Free Asia, 23 September
17; ``Guangzhou Poet Langzi Criminally Detained on Suspicion of
Commemorating Liu Xiaobo'' [Guangzhou shiren langzi she jinian liu
xiaobo shiji bei xingju], Radio Free Asia, 22 August 17; Yaxue Cao,
``From Sea to a Sea of Words: Poet Ensnared as China Shuts Down
Commemoration of Liu Xiaobo,'' China Change, 14 September 17. For more
information on Wu Mingliang (legal name of poet Langzi), see the
Commission's Political Prisoner Database record 2017-00314.

\188\ ``Guangdong Poet Langzi and Peng Heping Released'' [Guangdong
shiren langzi ji peng heping huo shi], Radio Free Asia, 23 September
17; Civil Rights & Livelihood Watch, ``For Help in Introducing Poet
Langzi to Printing Plant, Guangzhou Peng Heping Criminally Detained''
[Yin bang shiren langzi jieshao yinshua chang guangzhou peng heping bei
xingju], 2 September 17. For more information on Peng Heping, see the
Commission's Political Prisoner Database record 2017-00315.

\189\ ``Chinese Songwriter Formally Arrested for Song About Late
Liu Xiaobo,'' Radio Free Asia, 14 November 17. For more information,
see the Commission's Political Prisoner Database record 2017-00310 on
Xu Lin and 2017-00311 on Liu Sifang.

\190\ ``France Couple in China Unreachable After Liu Xiaobo
Tribute,'' BBC, 22 December 17; ``Artist Held in China Over Tribute to
Nobel Winner Liu Xiaobo Is Released,'' Agence-France Presse, reprinted
in Japan Times, 25 December 17.

Worker Rights
Worker Rights

Worker Rights

Trade Unions

China's laws and practices continue to contravene
international worker rights standards and violate rights
provided for in China's Constitution, including the right to
create or join independent trade unions.\1\ The All-China
Federation of Trade Unions (ACFTU) remains the only trade union
organization permitted under Chinese law.\2\ In January 2018,
the state-run news agency Xinhua reported that the ACFTU had
303 million members in 2017, of whom 140 million were
agricultural members.\3\ The U.S. Government and international
observers noted that the ACFTU typically prioritized Chinese
Communist Party interests over the interests of workers and did
not effectively represent workers.\4\ During the Commission's
2018 reporting year, the ACFTU's top official held concurrent
positions in the Chinese government and the Chinese Communist
Party.\5\ In March 2018, the ACFTU Executive Committee selected
Wang Dongming--a member of the 19th Party Central Committee
\6\--to be ACFTU Chairman,\7\ and the National People's
Congress (NPC) selected Wang as Vice Chairman of the NPC
Standing Committee.\8\ At the enterprise level, union
representatives often side with management interests.\9\
Restrictions on workers' rights to freely establish and join
independent trade unions violate international standards set
forth by the International Labour Organization (ILO),\10\
Universal Declaration of Human Rights,\11\ International
Covenant on Civil and Political Rights,\12\ and International
Covenant on Economic, Social and Cultural Rights.\13\

Collective Bargaining

This past year, workers' right to collective bargaining
remained limited in law and in practice. Provisions in the PRC
Labor Law, PRC Labor Contract Law, and PRC Trade Union Law
provide a legal framework for negotiating collective
contracts,\14\ but these laws designate the Party-controlled
ACFTU as responsible for negotiating with employers and signing
collective contracts on behalf of workers.\15\ In addition to
curbing union representation,\16\
authorities have also restricted the ability of Chinese labor
non-governmental organizations (NGOs) to train workers in

**AR-1272**

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPOR... Page 77 of 316

Case 3:20-cv-05910-LB Document 77-2 Filed 10/01/20 Page 44 of 51
WeChat Appendix F Footnote F9 - Congressional-Executive Commission on China Annual Report 2018

collective bargaining.\17\ As a member of the ILO, China is
obligated to respect workers' right to collective
bargaining.\18\

## Civil Society

    Chinese authorities continued to severely restrict the
ability of civil society organizations to work on labor issues,
including domestic organizations that received foreign funding
and international civil society organizations. Labor NGOs have
existed in China since the early 1990s,\19\ offering legal aid,
helping workers seek redress for workplace injuries and unpaid
wages, educating workers about their legal rights, and
providing a variety of social services to workers.\20\ Some
labor NGOs have also trained workers in collective
bargaining.\21\ The situation for labor advocates and NGOs,
however, has not improved since a crackdown on labor NGOs began
in December 2015,\22\ and deteriorated further with the
implementation of the PRC Law on the Management of Overseas
Non-Governmental Organizations' Activities in Mainland China
that took effect in January 2017.\23\ Chinese labor NGOs have
long relied on overseas funding.\24\ Two labor scholars at
Australian National University observed that NGOs have
responded to the shrinking space for their work by downsizing
or working as individuals instead of in groups, cooperating
less with other NGOs that continue to work on labor rights
issues, and doing work perceived to be less politically
sensitive, such as promoting cultural activities.\25\ Under Xi
Jinping, the scholars concluded, Chinese authorities have
dismissed the contributions of labor NGOs and made it more
difficult for them to operate, noting that these repressive
developments ``threaten the very existence of labor NGOs in
China.'' \26\ The government's suspicion of foreign NGOs
working on labor issues, moreover, appears to have intensified
in recent years, as highlighted by the content of an April 2018
cartoon jointly disseminated by several Chinese government
agencies.\27\ The cartoon featured a foreign NGO worker who
apparently cooperates with a local Chinese partner to hold
trainings on how to defend worker rights, organize a union, and
go on strike.\28\ One of the agencies that released the cartoon
reportedly said the cartoon is ``meant to teach workers how to
detect and report foreign spies and espionage activities, and
raise their awareness of State security.'' \29\
    Many of the labor advocates whom authorities detained in
the 2015 crackdown remain under restrictions imposed by the
suspended sentences they received, including Zeng Feiyang, Zhu
Xiaomei, and Tang Jian.\30\ Therefore, while they are not
physically held at detention centers or prisons, they are at
risk of having to serve their sentences in full if they resume
their advocacy work.\31\ [For more information on civil society
in China, see Section II--Civil Society.]

## Worker Strikes and Protests

    The Chinese government did not publicly report on the
number of worker strikes and protests, and NGOs and citizen
journalists continued to face difficulties in obtaining
comprehensive information on worker actions.\32\ The Hong Kong-
based NGO China Labour Bulletin (CLB), which compiles data on
worker actions collected from traditional news sources and
social media,\33\ documented 1,257 strikes in 2017.\34\
According to CLB, the overall number of strikes in 2017 was
likely comparable to that of 2016, although they documented
fewer strikes than in 2016 and 2015 due to changes in their
collection methods and a decrease in independent reporting.\35\
The CLB communications director estimated that CLB was able to
document between 5 and 10 percent of the total number of worker
actions in China between 2013 and 2017.\36\ The case of blogger
and citizen journalist Lu Yuyu highlights the dangers that
citizens face in circulating independent information on worker
actions.\37\ In connection with his work documenting labor
strikes across China, Lu continued to serve a four-year prison

**AR-1273**

sentence on the charge of ``picking quarrels and provoking
trouble.'' \38\ The Dali Municipal Intermediate People's Court
in Dali Bai Autonomous Prefecture, Yunnan province, upheld this
sentence on appeal in September 2017.\39\

Percentage of Worker Strikes and Protests by Sector \40\

| Year | Manufacturing | Construction | Transportation | Services | Other | Total Number Reported |
|------|---------------|--------------|----------------|----------|-------|------------------------|
| 2017 | 19.7% (267) | 38.1% (518) | 8.6% (117) | 15.2% (207) | 10.8% (148) | 1,257 |
| 2016 | 23.0% (612) | 40.6% (1,081) | 12.4% (330) | 11.0% (292) | 13.1% (349) | 2,664 |
| 2015 | 32.1% (891) | 35.9% (995) | 9.8% (271) | 8.2% (227) | 14.1% (390) | 2,774 |
| 2014 | 41.0% (557) | 19.1% (259) | 18.9% (257) | 8.2% (112) | 12.7% (173) | 1,358 |

Source: China Labour Bulletin. Note that the percentages indicate the percentage of total worker actions
documented that year.

    In 2017, CLB documented a higher percentage of strikes in
private companies compared to state-owned enterprises (SOEs),
although there were also major strikes at SOEs reportedly
centering around lower pay for those employed through
subcontracting agencies compared to formal employees.\41\ CLB
also highlighted a trend in which strikes appeared to be
increasing in inland provinces such as Shaanxi, Henan, and
Anhui, with a decreasing number of strikes in Guangdong
province.\42\ Chinese law does not protect workers' right to
strike,\43\ contravening the International Covenant on
Economic, Social and Cultural Rights, which China has signed
and ratified.\44\
    Examples of worker actions this past year included the
following:

        Guangzhou municipality, Guangdong. From March
        5 to 13, 2018, approximately 1,000 workers,
        predominantly women, went on strike at a Chinese
        factory of Simone Holdings, a South Korean conglomerate
        that reportedly manufactures 30 percent of the luxury
        handbags sold in the United States, including the
        Michael Kors label.\45\ The workers protested the
        company's failure to provide legally required benefits,
        including social security contributions and housing
        funds.\46\ On March 14, the workers reportedly returned
        to work after Simone Holdings agreed to their
        demands.\47\
        Changning district, Shanghai municipality.
        Beginning on March 26, 2018, an estimated 3,000
        sanitation workers went on strike to protest cuts to
        their wages and benefits.\48\ On March 1, 2018,
        Shanghai municipal authorities reportedly increased the
        minimum monthly salary from 2,300 yuan (approximately
        US$370) to 2,420 yuan (approximately US$390) per
        month.\49\ After the new minimum salary went into
        effect, however, the sanitation companies in Changning
        responded by cutting benefits by approximately an
        equivalent amount to the increase in pay.\50\ Although
        the strike reportedly disrupted trash collection for
        hundreds of thousands of Shanghai residents and images
        were widely shared on social media, internet censors
        reportedly quickly deleted strike-related content.\51\
        The strike reportedly ended after authorities detained
        and subsequently released some of the protesting
        workers and the sanitation companies restored some of
        the benefits.\52\
        Zhuhai municipality, Guangdong. Beginning on

**AR-1274**

March 29, 2018, 6,000 workers at five factories of a
Chinese subsidiary of Flex Ltd. reportedly protested
for three weeks over a plan to sell the factories.\53\
According to CLB, the workers were not only concerned
that they would lose their jobs, but also that the
company would not pay workers' severance compensation
and social insurance benefits as required by law.\54\
During the protests, local union officials reportedly
did not assist the protesters, but instead focused on
``maintaining social stability.'' \55\ The workers
reportedly returned to work without any of their
concerns addressed.\56\
  Nationwide. In April 2018, crane operators in
at least 27 cities in 19 provinces across China
reportedly staged demonstrations over low pay and
hazardous working conditions.\57\ According to a
Chinese labor scholar, ``This is the first instance of
such a large-scale, nationwide, collective action by
industrial workers in China, and may in fact be the
first instance of its kind ever.'' \58\ Subsequently,
in June 2018, truck drivers in at least 12 provinces in
China protested low pay, high fuel costs, and other
industry-wide concerns.\59\ CLB reported in June that
since late April 2018, food delivery workers and van
drivers protested in a number of different
locations.\60\
  Shenzhen municipality, Guangdong. In July
2018, after workers at the Jasic Technology Company
factory in Shenzhen, Guangdong, were laid off for
trying to form an independent trade union, their
supporters organized protests at the factory.\61\ On
July 27, authorities reportedly detained 30 protesters,
and held them under suspicion of ``picking quarrels and
provoking trouble.'' \62\ According to a Financial
Times report based on CLB data, this was the largest
detention of labor advocates since the December 2015
crackdown in Guangzhou,\63\ and students from 11
universities reportedly circulated petitions with over
1,600 signatures calling for the release of the
detained individuals.\64\

                    Wage Arrears

   Against the backdrop of the ongoing, and in some sectors
worsening, problem of wage arrears, this past year, central
authorities reiterated goals from 2016 to resolve the problem
of migrant worker wage arrears. Between January and November
2017, Chinese authorities reportedly participated in the
settlement process in 128,000 cases, a year-on-year decrease of
38 percent, involving 22.4 billion yuan (approximately US$3.6
billion) in wage arrears for 2.81 million workers.\65\ In
December 2017, the State Council General Office released new
measures on wage arrears,\66\ reiterating the goal of a 2016
State Council opinion to resolve the problem of migrant worker
wage arrears.\67\ In December 2017, the Ministry of Human
Resources and Social Security (MOHRSS) announced that companies
that did not pay wages would be placed on a national
blacklist,\68\ and in January 2018, new MOHRSS measures on a
wage arrears blacklist took effect.\69\ In March 2018, Supreme
People's Court President Zhou Qiang highlighted the role of
courts in 2017 in helping recover 29.4 billion yuan
(approximately US$4.7 billion) in wage arrears for migrant
workers.\70\ As an example of detentions related to wage
arrears protests, in January 2018, public security authorities
detained Zhang Chengyi and 12 other migrant construction
workers who were petitioning over 1.2 million yuan
(approximately US$190,000) in wage arrears in Guanghe county,
Linxia Hui Autonomous Prefecture, Gansu province.\71\ In
February 2018, the international NGO Rights Defense Network
reported that the workers were no longer in detention and had
received their wages.\72\

**AR-1275**

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPOR... Page 80 of 316

Case 3:20-cv-05910-LB Document 77-2 Filed 10/01/20 Page 47 of 51
WeChat Appendix F Footnote H9 - Congressional-Executive Commission on China Annual Report 2018

## Social Insurance

During this reporting year, workers' rates of social insurance coverage showed some improvement, but overall remained low.\73\ According to the PRC Social Insurance Law, workers are entitled to five forms of social insurance: basic pension insurance, health insurance, work-related injury insurance, unemployment insurance, and maternity insurance.\74\ Under the law, employers and workers are required to contribute to basic pension, health, and unemployment insurance; in addition, employers are required to contribute to work-related injury and maternity insurance on workers' behalf.\75\ According to MOHRSS and the National Bureau of Statistics of China, from 2016 to 2017, the work-related injury insurance coverage rates increased slightly overall from 28.2 to 29.3 percent,\76\ and also increased slightly for migrant workers from 26.7 to 27.3 percent.\77\ Employment-based pension insurance coverage rates increased from 48.9 to 51.9 percent for all workers,\78\ and increased from 21.1 to 21.6 percent for migrant workers.\79\ In 2017, employer-based health insurance coverage rates remained below 40 percent for all workers.\80\ Unemployment and maternity insurance coverage remained below 25 percent for all workers.\81\ Many migrant workers continued to face bureaucratic obstacles when transferring their social insurance benefits to new jurisdictions, because local governments manage insurance funds.\82\ On December 18, 2017, MOHRSS and the Ministry of Finance issued Measures for Enterprise Annuities, a new pension scheme that may help to supplement pension payments to retirees.\83\

## Employment Relationships

This past year, several categories of workers were unable to benefit fully from the protections provided under Chinese law. The PRC Labor Law and PRC Labor Contract Law only apply to workers who have an ``employment relationship'' (laodong guanxi) with their employers.\84\

### DISPATCH LABOR

The Commission continued to observe reports of dispatch labor (laowu paiqian) abuses during this reporting year, in violation of domestic laws and regulations.\85\ Firms, including state-owned enterprises, have long used dispatch labor--workers hired through subcontracting agencies--to cut costs.\86\ The PRC Labor Contract Law stipulates that dispatch workers shall be paid the same as full-time workers doing similar work, and may only perform work on a temporary, auxiliary, or substitute basis.\87\

In November 2016, several hundreds of the more than 3,000 dispatch workers at a joint-venture FAW-Volkswagen automobile manufacturing plant filed a complaint with the All-China Federation of Trade Unions for equal compensation as provided for in the PRC Labor Contract Law.\88\ Over 1,000 workers participated in legal action, many of whom also demonstrated outside the factory.\89\ The dispatch workers, however, were unable to reach an agreement with management, and in May 2017, public security officials detained three worker representatives, Fu Tianbo, Wang Shuai, and Ai Zhenyu.\90\ In August 2017, Volkswagen issued two statements: one claiming the company ``is making every effort to find a mutually acceptable solution,'' \91\ and another noting it was a minority shareholder in the joint-venture and therefore had ``limited responsibility in the dispute.'' \92\ As of January 2018, Fu remained in detention without trial, although Wang and Ai were released on bail seven days after detention.\93\

### INTERN LABOR

During this reporting year, reports continued to emerge of labor abuses involving vocational school students working at

AR-1276

school-arranged internships.\94\ In November 2017, the Financial Times reported that a group of 3,000 vocational school students were being forced by their school to work up to 11 hours per day for three months at a Foxconn factory in Zhengzhou municipality, Henan province, that manufactures Apple phones.\95\ In January 2018, Sixth Tone, a Chinese state-funded media publication, reported that Liaocheng University in Shandong province had ended its internship program after hundreds of students complained that they were being forced to work long hours for low pay in order to graduate.\96\ The students, some of whom claimed that they were being forced by their school to complete the internship, performed overtime work in violation of national regulations.\97\ Existing regulations prohibit interns from working overtime and require internships to be relevant to students' plans of study.\98\

WORKERS ABOVE THE RETIREMENT AGE

During this reporting year, Chinese workers above the legal retirement age continued to lack certain legal protections afforded to other workers under Chinese law. China's working age population has reportedly declined since 2012,\99\ and the United Nations has estimated that the portion of population over 65 in China will increase from approximately 9.7 percent in 2015 to 26.3 percent in 2050.\100\ Chinese academics have developed a number of policy proposals to raise China's retirement age,\101\ but during this reporting year, China's retirement ages in general for female employees remained between 50 and 55 years old, depending on the type of employment, and 60 years old for male employees.\102\ According to the PRC Labor Contract Law and the law's implementing regulations, once workers reach retirement age or receive pensions, their labor contracts are terminated by operation of law.\103\ The inability of workers over the retirement age to establish a formal employment relationship with their employers leaves them without the protections provided for in Chinese labor laws in case of work-related injuries, unpaid overtime, or other labor issues.\104\

Child Labor

While the Chinese government did not publish statistics on child labor and did not share data on child labor with the International Labour Organization (ILO),\105\ the Commission continued to observe reports on the use of child labor in China.\106\ In January 2018, internet users in China widely shared an image of a seven-year-old who was delivering packages by himself.\107\ In January 2018, the Worker's Daily reported on litigation against an enterprise filed by the father of a child laborer after his son was injured during illegal employment.\108\ This case illustrates that the ``problem of the illegal use of child labor still exists,'' according to Shi Fumao, the executive director of Beijing Zhicheng Migrant Workers' Legal Aid and Research Center.\109\ Following passage of a duty of vigilance law in France, in January 2018, two French NGOs sued Samsung in France over alleged child labor and other labor abuses in China.\110\ Domestic Chinese laws generally prohibit the employment of minors under 16,\111\ and China has ratified the two fundamental ILO conventions on the elimination of child labor.\112\

Work Safety and Occupational Health

During this reporting year, government data showed a continued decline in workplace deaths. According to the National Bureau of Statistics of China (NBS), a total of 37,852 people died in workplace accidents in 2017,\113\ compared to 43,062 deaths in 2016 \114\ and 66,182 deaths in 2015.\115\ In 2016, the NBS, however, began excluding ``non-production accidents'' from their totals, and in 2018 China Labour Bulletin (CLB) described the calculation method as ``opaque.'' \116\ According to CLB, coal mine deaths have declined steadily

and significantly over the past 15 years, down to 375 in 2017,
compared to 7,000 in 2002.\117\ Coal mines continued to be
dangerous: In August 2018, for example, 13 workers at a coal
mine in Guizhou province died as a result of an explosion.\118\
Despite the decline in the total number of workplace accidents
in China, according to CLB, the number of accidents for workers
in the service industry is increasing, especially for delivery
drivers.\119\ Many delivery drivers do not have a formal
employment relationship and lack workers' compensation
insurance.\120\

During the reporting year, CLB raised concerns about
changes in the government institution overseeing work safety
issues. In March 2018, as part of a sweeping reorganization of
Party and government institutions,\121\ central authorities
announced plans to dismantle the State Administration of Work
Safety, transferring responsibility for work safety to a new
Ministry of Emergency Management.\122\ CLB criticized the
bureaucratic changes as highlighting how ``the Chinese
government is more concerned with disaster management and
control rather than in preventing workplace accidents in the
first place.'' \123\

The government reported an increase in cases of
occupational disease, and labor investigators continued to
document hazardous conditions in Chinese factories. In December
2017, the former National Health and Family Planning Commission
reported that there were 31,789 cases of occupational disease
recorded in 2016, up from 29,180 cases of occupational disease
in 2015.\124\ Of the total, 28,088 cases were pneumoconiosis
and other respiratory diseases; 1,276 were ear, nose, throat,
and oral diseases; 1,212 were chemical poisonings; and 1,213
were other diseases.\125\ Many pneumoconiosis victims
reportedly face significant difficulties in obtaining official
recognition that their illness is work related, and thus are
ineligible for compensation.\126\ In March 2018, a National
People's Congress delegate reportedly recommended that access
to pneumoconiosis treatment be improved.\127\ In June 2018,
domestic and international media, however, reported that
authorities in Guizhou province had detained three doctors for
over seven months, after the doctors had allegedly misdiagnosed
several hundred people with pneumoconiosis who did not actually
have the disease, resulting in a loss of 30 million yuan
(approximately US$4.4 million) in public funds for
compensation.\128\ Three hundred of the doctors' colleagues
signed a petition requesting that authorities ``respect science
and respect medicine, and safeguard doctors' legal rights'' and
release the detained doctors.\129\ The legal department
director of the Chinese Medical Doctor Association also
reportedly warned that ``[i]f the accusation that they have
cost the medical insurance fund money is upheld, every
pneumoconiosis doctor in the county is likely to be found to
have committed a crime.'' \130\

The U.S.-based NGO China Labor Watch (CLW) published
investigative reports in November 2017, January 2018, and June
2018 documenting the hazardous conditions in some Chinese
factories.

    Toy factories. In November 2017, CLW published
    a report on the hazardous working conditions at four
    toy factories in China, finding that, ``For workers who
    are exposed to toxic chemicals, the factory does not
    provide them with adequate protective equipment.''
    \131\
     Electronics Factories. After identifying in
    2014 many labor violations at Catcher Technology--a
    supplier to IBM, HP, Dell, Sony, and Apple--in January
    2018, CLW published a separate investigation on the
    continuing hazardous conditions at three of Catcher's
    factories in Suqian municipality, Jiangsu
    province.\132\ CLW's investigator reported developing
    respiratory problems and also suffered eye injuries
    while working at the factory for four weeks.\133\ In
    June 2018, CLW published a report on a Foxconn factory

**AR-1278**

in Hengyang municipality, Hunan province, that makes
products for Amazon, including the Kindle and Echo Dot,
which documented a lack of protective equipment, fire
safety concerns, and inadequate safety training.\134\

Worker Rights
Worker Rights

Notes to Section II--Worker Rights

\1\ Universal Declaration of Human Rights, adopted and proclaimed
by UN General Assembly resolution 217A (III) of 10 December 48, art.
23(4); International Covenant on Civil and Political Rights (ICCPR),
adopted by UN General Assembly resolution 2200A (XXI) of 16 December
66, entry into force 23 March 76, art. 22(1); United Nations Treaty
Collection, Chapter IV, Human Rights, International Covenant on Civil
and Political Rights, last visited 13 July 18. China has signed but not
ratified the ICCPR. See also UN General Assembly, Report of the Special
Rapporteur on the Rights to Freedom of Peaceful Assembly and of
Association, Maina Kiai,
A/71/385, 14 September 16, para. 55; PRC Constitution, issued 4
December 82, amended 12 April 88, 29 March 93, 15 March 99, 14 March
04, 11 March 18, art. 35; International Trade Administration, U.S.
Department of Commerce, ``China's Status as a Non-Market Economy,'' A-
570-053, 26 October 17, 20-22; European Commission, ``Commission Staff
Working Document: On Significant Distortions in the Economy of the
People's Republic of China for the Purposes of Trade Defence
Investigations,'' 20 December 17, 332-35; Eli Friedman, ``Collective
Bargaining in China Is Dead: The Situation Is Excellent,'' in Made in
China Yearbook 2017: Gilded Age, eds. Ivan Franceschini and Nicholas
Loubere (Canberra: Australian National University Press, 2018), 56.
\2\ PRC Trade Union Law [Zhonghua renmin gongheguo gonghui fa],
passed 3 April 92, amended and effective 27 October 01, arts. 9-11;
International Trade Administration, U.S. Department of Commerce,
``China's Status as a Non-Market Economy,'' A-570-053, 26 October 17,
20-22; European Commission, ``Commission Staff Working Document: On
Significant Distortions in the Economy of the People's Republic of
China for the Purposes of Trade Defence Investigations,'' 20 December
17, 333; Eli Friedman, ``Collective Bargaining in China Is Dead: The
Situation Is Excellent,'' in Made in China Yearbook 2017: Gilded Age,
eds. Ivan Franceschini and Nicholas Loubere (Canberra: Australian
National University Press, 2018), 56.
\3\ Fan Xi, ``ACFTU: Total Number of Employees in China Reaches 391
Million'' [Quanzong: woguo zhigong zongshu da 3.91 yi ren], Xinhua, 17
January 18. See also Chen Xiaoyan, ``Increasing Use of Big Data To
Strengthen the Work of Trade Unions'' [Tigao yunyong da shuju nengli
gaijin gonghui gongzuo], Workers' Daily, 12 June 18.
\4\ Bureau of Democracy, Human Rights, and Labor, U.S. Department
of State, ``Country Reports on Human Rights Practices for 2017--China
(Includes Tibet, Hong Kong, and Macau),'' 20 April 18; International
Trade Administration, U.S. Department of Commerce, ``China's Status as
a Non-Market Economy,'' A-570-053, 26 October 17, 20-22; Office of the
U.S. Trade Representative, ``2017 Report to Congress on China's WTO
Compliance,'' January 2018, 147; Freedom House, ``Freedom in the World
2018--China,'' last visited 21 April 18; China Labour Bulletin,
``China's Trade Unions Need To Stop Making Excuses and Start Looking
for Solutions,'' 23 October 17; China Labour Bulletin, ``Construction
Site Accident Highlights Need for Effective Trade Union Presence in the
Workplace,'' 10 October 17; Patricia Chen and Mary Gallagher,
``Mobilization Without Movement: How the Chinese State `Fixed' Labor
Insurgency,'' ILR Review, 20 February 18, 6.
\5\ ``Wang Dongming Elected China's Trade Union Chief,'' Xinhua, 23
March 18; International Trade Administration, U.S. Department of
Commerce, ``China's Status as a Non-Market Economy,'' A-570-053, 26
October 17, 21.
\6\ ``Introduction to Vice-Chairpersons, Secretary-General of 13th
NPC Standing Committee,'' Xinhua, 18 March 18.
\7\ ``Wang Dongming Elected China's Trade Union Chief,'' Xinhua, 23
March 18.
\8\ ``Introduction to Vice-Chairpersons, Secretary-General of 13th
NPC Standing Committee,'' Xinhua, 18 March 18.
\9\ China Labour Bulletin, ``Labour Relations FAQ,'' last visited

**AR-1279**

20 May 18. See also Wang Jiangsong, ``A Six-Day Strike in Shanghai
Caused by a $110 Pay Cut--Collective Action by Sanitation Workers in
China's `New Era' of Stability Maintenance,'' China Change, 13 April
18.

\10\ International Labour Organization, ILO Convention (No. 87)
Concerning Freedom of Association and Protection of the Right To
Organise, 4 July 50, arts. 2, 3, 5. See also UN General Assembly,
Report of the Special Rapporteur on the Rights to Freedom of Peaceful
Assembly and of Association, Maina Kiai, A/71/385, 14 September 16,
paras. 3, 16-17, 54, 57.

\11\ Universal Declaration of Human Rights, adopted and proclaimed
by UN General Assembly resolution 217A (III) of 10 December 48, art.
23(4).

\12\ International Covenant on Civil and Political Rights (ICCPR),
adopted by UN General Assembly resolution 2200A (XXI) of 16 December
66, entry into force 23 March 76, art. 22(1); United Nations Treaty
Collection, Chapter IV, Human Rights, International Covenant on Civil
and Political Rights, last visited 13 July 18. China has signed but not
ratified the ICCPR. See also UN General Assembly, Report of the Special
Rapporteur on the Rights to Freedom of Peaceful Assembly and of
Association, Maina Kiai, A/71/385, 14 September 16, para. 55.

\13\ International Covenant on Economic, Social and Cultural Rights
(ICESCR), adopted by UN General Assembly resolution 2200A (XXI) of 16
December 66, entry into force 3 January 76, art. 8.1; United Nations
Treaty Collection, Chapter IV, Human Rights, International Covenant on
Economic, Social and Cultural Rights, last visited 13 July 18. China
has signed and ratified the ICESCR. See also UN General Assembly,
Report of the Special Rapporteur on the Rights to Freedom of Peaceful
Assembly and of Association, Maina Kiai, A/71/385, 14 September 16,
para. 55; China Labour Bulletin, ``China Trade Unions Need To Stop
Making Excuses and Start Looking for Solutions,'' 23 October 17.

\14\ PRC Labor Law [Zhonghua renmin gongheguo laodong fa], passed 5
July 94, amended and effective 27 August 09, arts. 16-35; PRC Labor
Contract Law [Zhonghua renmin gongheguo laodong hetong fa], passed 29
June 07, amended 28 December 12, effective 1 July 13, arts. 51-56; PRC
Trade Union Law [Zhonghua renmin gongheguo gonghui fa], passed 3 April
92, amended and effective 27 October 01, arts. 6, 20.

\15\ PRC Labor Law [Zhonghua renmin gongheguo laodong fa], passed 5
July 94, amended and effective 27 August 09, art. 33; PRC Labor
Contract Law [Zhonghua renmin gongheguo laodong hetong fa], passed 29
June 07, amended 28 December 12, effective 1 July 13, arts. 6, 51, 56;
PRC Trade Union Law [Zhonghua renmin gongheguo gonghui fa], passed 3
April 92, amended and effective 27 October 01, arts. 6, 20; China
Labour Bulletin, ``Labour Relations FAQ,'' last visited 20 May 18.
Article 33 of the PRC Labor Law notes that ``In an enterprise that has
not yet set up a trade union, such contracts shall be signed by and
between representatives recommended by workers and the enterprise.''

\16\ China Labour Bulletin, ``Labour Relations FAQ,'' last visited
20 May 18; China Labour Bulletin, ``Release Worker Representative Fu
Tianbo and Resume Collective Bargaining at FAW-Volkswagen,'' 13
November 17.

\17\ Eli Friedman, ``Collective Bargaining in China Is Dead: The
Situation Is Excellent,'' in Made in China Yearbook 2017: Gilded Age,
eds. Ivan Franceschini and Nicholas Loubere (Canberra: Australian
National University Press, 2018), 57. See also Anita Chan, ``The
Relationship Between Labour NGOs and Chinese Workers in an
Authoritarian Regime,'' Global Labour Journal, Vol. 9, Issue 1 (January
2018), 9, 12.

\18\ International Labour Organization, ILO Declaration on
Fundamental Principles and Rights at Work and Its Follow-Up, 18 June
98, art. 2(a). Article 2 of the ILO Declaration on Fundamental
Principles and Rights at Work states that ``all Members, even if they
have not ratified the Conventions in question, have an obligation
arising from the very fact of membership in the Organization to
respect, to promote and to realize, in good faith and in accordance
with the Constitution, the principles concerning the fundamental rights
which are the subject of those Conventions, namely: (a) freedom of
association and the effective recognition of the right to collective
bargaining . . ..'' International Labour Organization, ``China,''
NORMLEX Information System on International Labour Standards, last
visited 13 July 18. China became a member of the ILO in 1919.

\19\ See, e.g., Jude Howell, ``Shall We Dance? Welfarist

**AR-1280**