Incorporation and the Politics of State-Labor NGO Relations,'' China Quarterly, Vol. 223 (September 2015), 709; Anthony J. Spires et al., ``Societal Support for China's Grass-Roots NGOs: Evidence From Yunnan, Guangdong and Beijing,'' China Journal, Vol. 71 (2014), 66-67. Spires et al. note that grassroots NGOs have ``emerged largely only over the past decade.''

\20\ Anita Chan, ``The Relationship Between Labour NGOs and Chinese Workers in an Authoritarian Regime,'' Global Labour Journal, Vol. 9, Issue 1 (January 2018), 2, 15; Anita Chan et al., ``Interpreting Chinese Labour: Informalisation or Empowerment? '' in Made in China Yearbook 2016: Disturbances in Heaven, eds. Ivan Franceschini et al. (Canberra: Australian National University Press, February 2017), 37; Diana Fu, ``Disguised Collective Action in China,'' Comparative Political Studies, Vol. 50, Issue 4 (March 2017), 506-07; Tim Pringle, ``What Do Labour NGOs in China Do? '' University of Nottingham, Asia Research Institute, Asia Dialogue, 17 October 16.

\21\ Anita Chan, ``The Relationship Between Labour NGOs and Chinese Workers in an Authoritarian Regime,'' Global Labour Journal, Vol. 9, Issue 1 (January 2018), 9, 12; Eli Friedman, ``Collective Bargaining in China Is Dead: The Situation Is Excellent,'' in Made in China Yearbook 2017: Gilded Age, eds. Ivan Franceschini and Nicholas Loubere (Canberra: Australian National University Press, 2018), 57.

\22\ Freedom House, ``Freedom in the World 2018--China,'' last visited 21 April 18, sec. E3; Ivan Franceschini and Elisa Nesossi, ``State Repression of Chinese Labor NGOs: A Chilling Effect,'' China Journal, No. 80 (July 2018), 121.

\23\ PRC Law on the Management of Overseas Non-Governmental Organizations' Activities in Mainland China [Zhonghua renmin gongheguo jingwai feizhengfu zuzhi jingnei huodong guanli fa], passed 28 April 16, effective 1 January 17; Anita Chan, ``The Relationship Between Labour NGOs and Chinese Workers in an Authoritarian Regime,'' Global Labour Journal, Vol. 9, Issue 1 (January 2018), 2.

\24\ Anita Chan, ``The Relationship Between Labour NGOs and Chinese Workers in an Authoritarian Regime,'' Global Labour Journal, Vol. 9, Issue 1 (January 2018), 3-5, 7, 8, 15; ] Ivan Franceschini and Elisa Nesossi, ``State Repression of Chinese Labor NGOs: A Chilling Effect,'' China Journal, No. 80 (July 2018), 115. See also Kenneth Roth, ``The Great Civil Society Choke-Out,'' Foreign Policy, 27 January 16.

\25\ Ivan Franceschini and Elisa Nesossi, ``State Repression of Chinese Labor NGOs: A Chilling Effect,'' China Journal, No. 80 (July 2018), 127.

\26\ Ibid., 119.

\27\ Zhao Yusha, ``China Urges Workers in Defense-Related Field To Watch Out for Foreign Spies,'' Global Times, 15 April 18; ``Government Cartoon Portrays `Foreign NGOs' as National Security Concern,'' Asia Society, ChinaFile, China NGO Project, 18 April 18.

\28\ Zhao Yusha, ``China Urges Workers in Defense-Related Field To Watch Out for Foreign Spies,'' Global Times, 15 April 18; ``Government Cartoon Portrays `Foreign NGOs' as National Security Concern,'' Asia Society, ChinaFile, China NGO Project, 18 April 18.

\29\ Zhao Yusha, ``China Urges Workers in Defense-Related Field To Watch Out for Foreign Spies,'' Global Times, 15 April 18.

\30\ Ivan Franceschini and Elisa Nesossi, ``State Repression of Chinese Labor NGOs: A Chilling Effect,'' China Journal, No. 80 (July 2018), 121; ``Zeng Feiyang One of 3 Labor Figures Released With Suspended Sentences'' [Zeng feiyang deng 3 laogong renshi bei pan huanxing huoshi], Radio Free Asia, 26 September 16. See also ``Guangdong Authorities Arrest Labor Rights Advocates,'' Congressional-Executive Commission on China, 21 January 16. For more information, see the Commission's Political Prisoner Database records 2014-00026 on Meng Han, 2015-00427 on Zeng Feiyang, 2015-00428 on Zhu Xiaomei, and 2016-00017 on Tang Jian.

\31\ Ivan Franceschini and Elisa Nesossi, ``State Repression of Chinese Labor NGOs: A Chilling Effect,'' China Journal, No. 80 (July 2018), 121; ``Zeng Feiyang One of 3 Labor Figures Released With Suspended Sentences'' [Zeng feiyang deng 3 laogong renshi bei pan huanxing huoshi], Radio Free Asia, 26 September 16.

\32\ Manfred Elfstrom, ``Counting Contention,'' in Made in China Yearbook 2017: Gilded Age, eds. Ivan Franceschini and Nicholas Loubere (Canberra: Australian National University Press, 2018), 64-67; Freedom House, ``Freedom in the World 2018--China,'' last visited 21 April 18, sec. E3.

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPOR... Page 86 of 316

Case 3:20-cv-05910-LB Document 77-3 Filed 10/01/20 Page 2 of 46
WeChat Appendix 1 Footnote 413 - Congressional-Executive Commission on China Annual Report 2018

\33\ China Labour Bulletin changed their methodology beginning in 2017. China Labour Bulletin, ``Strike Map Applies New Fixed Sampling Method in 2017,'' 17 February 17. For information on China Labour Bulletin's methodology through the end of 2016, see China Labour Bulletin, ``An Introduction to China Labour Bulletin's Strike Map,'' 29 March 16.

\34\ China Labour Bulletin, ``CLB Strike Map,'' last visited 13 July 18; China Labour Bulletin, ``Economic Recovery Means More Bad Jobs for China's Workers,'' 18 January 18. See also Harvey Thomlison, ``China's Communist Party Is Abandoning Workers,'' New York Times, 2 April 18.

\35\ China Labour Bulletin, ``Economic Recovery Means More Bad Jobs for China's Workers,'' 18 January 18; Freedom House, ``Freedom in the World 2018--China,'' last visited 21 April 18, sec. E3. Freedom House noted that ``Lu Yuyu, the blogger and researcher sentenced in August, had worked with his partner Li Tingyu to contribute strike data to the China Labour Bulletin until their detention in June 2016.''

\36\ Geoffrey Crothall, ``China's Labour Movement in Transition,'' Made in China Journal, Vol. 3, Issue 2 (April-June 2018), 28, 94. Crothall is CLB's Communications Director.

\37\ Catherine Lai, ``How China's Multi-Pronged Crackdown on Dissent Took Aim at Citizen Journalists and Rights Defence Websites,'' Hong Kong Free Press, 16 February 18. See also Wu Qiang, ``What Do Lu Yuyu's Statistics of Protest Tell Us About the Chinese Society Today? '' China Change, 6 July 16; CECC, 2017 Annual Report, 5 October 17, 70, 86-87. For more information, see the Commission's Political Prisoner Database records 2016-00177 on Lu Yuyu and 2016-00190 on Li Tingyu.

\38\ ``Award-Winning Chinese Civil Rights Blogger Handed 4 Years in Jail for `Picking Quarrels and Provoking Trouble,' '' Agence France-Presse, reprinted in Hong Kong Free Press, 5 August 17.

\39\ Catherine Lai, ``Chinese Court Upholds 4-Year Jail Term for Press Freedom Prize Winner Lu Yuyu,'' Hong Kong Free Press, 28 September 17.

\40\ China Labour Bulletin, ``CLB Strike Map,'' last visited 13 July 18.

\41\ Ibid.; China Labour Bulletin, ``Economic Recovery Means More Bad Jobs for China's Workers,'' 18 January 18.

\42\ China Labour Bulletin, ``CLB Strike Map,'' last visited 13 July 18. China Labour Bulletin, ``Economic Recovery Means More Bad Jobs for China's Workers,'' 18 January 18.

\43\ China Labour Bulletin, ``Labour Relations FAQ,'' last visited 20 May 18; International Trade Administration, U.S. Department of Commerce, ``China's Status as a Non-Market Economy,'' A-570-053, 26 October 17, 5.

\44\ International Covenant on Economic, Social and Cultural Rights (ICESCR), adopted by UN General Assembly resolution 2200A (XXI) of 16 December 66, entry into force 3 January 76, art. 8.1(d); United Nations Treaty Collection, Chapter IV, Human Rights, International Covenant on Economic, Social and Cultural Rights, last visited 13 July 18. China has signed and ratified the ICESCR. See also UN General Assembly, Report of the Special Rapporteur on the Rights to Freedom of Peaceful Assembly and of Association, Maina Kiai, A/71/385, 14 September 16, paras. 54, 56-57.

\45\ China Labour Bulletin, ``Guangdong Workers Show Once Again How Collective Bargaining Should Be Done,'' 14 March 18; Jane Li, ``Eight-Day Strike at China Factory Making Michael Kors Bags Ends as Workers' Pension and Wage Demands Met,'' South China Morning Post, 18 March 18.

\46\ China Labour Bulletin, ``Guangdong Workers Show Once Again How Collective Bargaining Should Be Done,'' 14 March 18; Jane Li, ``Eight-Day Strike at China Factory Making Michael Kors Bags Ends as Workers' Pension and Wage Demands Met,'' South China Morning Post, 18 March 18.

\47\ China Labour Bulletin, ``Guangdong Workers Show Once Again How Collective Bargaining Should Be Done,'' 14 March 18. See also Jane Li, ``Eight-Day Strike at China Factory Making Michael Kors Bags Ends as Workers' Pension and Wage Demands Met,'' South China Morning Post, 18 March 18.

\48\ Wang Jiangsong, ``A Six-Day Strike in Shanghai Caused by a $110 Pay Cut--Collective Action by Sanitation Workers in China's `New Era' of Stability Maintenance,'' China Change, 13 April 18; China Labour Bulletin, ``Sanitation Workers Are Out on Strike Again in China,'' 6 April 18; Mandy Zuo, ``A Rare Protest in China's Financial Hub,'' Inkstone, 3 April 18.

**AR-1282**

\49\ Wang Jiangsong, ``A Six-Day Strike in Shanghai Caused by a $110 Pay Cut--Collective Action by Sanitation Workers in China's `New Era' of Stability Maintenance,'' China Change, 13 April 18.

\50\ Ibid.

\51\ Ibid.; China Labour Bulletin, ``Sanitation Workers Are Out on Strike Again in China,'' 6 April 18; Mandy Zuo, ``A Rare Protest in China's Financial Hub,'' Inkstone, 3 April 18.

\52\ Wang Jiangsong, ``A Six-Day Strike in Shanghai Caused by a $110 Pay Cut--Collective Action by Sanitation Workers in China's `New Era' of Stability Maintenance,'' China Change, 13 April 18; China Labour Bulletin, ``Sanitation Workers Are Out on Strike Again in China,'' 6 April 18. The sanitation companies had reportedly initially planned to reduce certain shift allowances by 560 yuan, but later decided to reduce the shift allowances by 260 yuan.

\53\ China Labour Bulletin, ``Three-Week Strike at Flex Ends After Zhuhai Trade Union Puts Stability First,'' 19 April 18; China Labour Bulletin, ``Workers at Flex in Zhuhai Enter Third Week of Strike Over Ownership Change,'' 12 April 18.

\54\ China Labour Bulletin, ``Three-Week Strike at Flex Ends After Zhuhai Trade Union Puts Stability First,'' 19 April 18; China Labour Bulletin, ``Workers at Flex in Zhuhai Enter Third Week of Strike Over Ownership Change,'' 12 April 18.

\55\ China Labour Bulletin, ``Three-Week Strike at Flex Ends After Zhuhai Trade Union Puts Stability First,'' 19 April 18; China Labour Bulletin, ``Workers at Flex in Zhuhai Enter Third Week of Strike Over Ownership Change,'' 12 April 18.

\56\ China Labour Bulletin, ``Three-Week Strike at Flex Ends After Zhuhai Trade Union Puts Stability First,'' 19 April 18; China Labour Bulletin, ``Workers at Flex in Zhuhai Enter Third Week of Strike Over Ownership Change,'' 12 April 18.

\57\ Wang Jiangsong, ``The Significance of Crane Operators Across China Going on Strike,'' China Change, 7 May 18; China Labour Bulletin, ``Wave of Nationwide Worker Protests Highlights the Need for Effective Worker Representation,'' 17 May 18.

\58\ Wang Jiangsong, ``The Significance of Crane Operators Across China Going on Strike,'' China Change, 7 May 18; China Labour Bulletin, ``Wave of Nationwide Worker Protests Highlights the Need for Effective Worker Representation,'' 17 May 18.

\59\ China Labour Bulletin, ``China's Truck Drivers Strike Over Stagnant Pay, High Fuel Costs and Arbitrary Fines,'' 11 June 18; ``China's Truck Drivers Stage Strike Over Rising Costs, Low Fees,'' Radio Free Asia, 11 June 18; Mimi Lau, ``Chinese Truck Drivers, Activists Warn of More Protests Over Fuel, Fines, and Cutthroat Rates,'' South China Morning Post, 15 June 18; Tan Jiangying, ``Truckers on Strike and the Structural Contradictions of China's Logistics Industry,'' China Change, 15 June 18. See also China Digital Times, ``Minitrue: Delete News on Truck Drivers' Strike,'' 12 June 18.

\60\ China Labour Bulletin, ``China's Truck Drivers Strike Over Stagnant Pay, High Fuel Costs and Arbitrary Fines,'' 11 June 18. See also China Labour Bulletin, ``Wave of Nationwide Worker Protests Highlights the Need for Effective Worker Representation,'' 17 May 18.

\61\ Sue-Lin Wong and Christian Shepherd, ``China's Student Activists Cast Rare Light on Brewing Labor Unrest,'' Reuters, 14 August 18; Hong Kong Confederation of Trade Unions, ``JASIC Workers' Struggle for Freedom of Association--The Development of a Nationwide Support,'' 2 August 18; China Labor Watch, ``Shenzhen Jasic Workers Who Established a Union Have Been Arrested for `Disorderly Behavior,' '' 30 July 18.

\62\ Human Rights in China, ``30 Shenzhen Workers and Supporters Detained for Demanding To Form Labor Union,'' 30 July 18. See also Shenzhen Pingshan Public Security Bureau (Shenzhen pingshan gong'an), Weibo post, 30 July 18, 9:36 p.m.; ``Dozens Detained Amid Maoist-Led Rights Campaign at Chinese Factory,'' Radio Free Asia, 30 July 18.

\63\ Yuan Yang, ``China Students Challenge Curbs on Trade Unionists,'' Financial Times, 2 August 18.

\64\ Ibid. See also Hong Kong Confederation of Trade Unions, ``JASIC Workers' Struggle for Freedom of Association--The Development of a Nationwide Support,'' 2 August 18.

\65\ Li Lei, ``Wage Defaulters Face Punishment,'' China Daily, 14 December 17. See also Ye Haoming, ``MOHRSS Demands Every Local Government's Construction Projects Pay Any Wages in Arrears by End of Year'' [Renshebu yaoqiu gedi zhengfu zai 2017 niandi qian qingchang

gongcheng kuan tuoqian], Xinhua, 7 December 17.

\66\ State Council General Office, Measures on Assessment of Work To Ensure the Payment of Migrant Workers' Wages [Baozhang nongmingong gongzi zhifu gongzuo kaohe banfa], issued and effective 6 December 17.

\67\ Ibid., art. 1; State Council General Office, Opinion on Comprehensively Managing the Problem of Migrant Worker Wage Arrears [Guowuyuan bangongting guanyu quanmian zhili tuoqian nongmingong gongzi wenti de yijian], issued 17 January 16, 1(2).

\68\ Li Lei, ``Wage Defaulters Face Punishment,'' China Daily, 14 December 17. See also Ministry of Human Resources and Social Security, ``Important: Companies Will Be Blacklisted for Failing To Pay Migrant Workers, MOHRSS Issues Measures To Make Clear!'' [Zhongyao: tuoqian nongmingong gongzi jiang bei lie ru ``hei mingdan,'' ren she bu fawen mingque le!], WeChat post, reprinted in State Council General Office, 11 October 17; Xie Xiaozhen, ``Qingdao Publishes List of Ten Labor and Social Insurance Violators Haifeng and Other Placed on Blacklist'' [Qingdao gongshi 10 qi laodong baozhang weifa xingwei haifeng deng shang hei bang], Qingdao News, 11 December 17.

\69\ Ministry of Human Resources and Social Security, Interim Measures on Managing Migrant Worker Wage Arrears ``Blacklist'' [Tuoqian nongmingong gongzi ``hei mingdan'' guanli zhanxing banfa], issued 25 September 17, effective 1 January 18.

\70\ ``Supreme People's Court Work Report'' [Zuigao renmin fayuan gongzuo baogao], 12 March 18.

\71\ Rights Defense Network, ``Latest News on Gansu Linxia Migrant Worker Arrears Case: Zhang Chengyi Released on Bail'' [Gansu linxia nongmingong taoxin an zuixin xiaoxi: zhang chengyi qubao huoshi], 8 February 18; ``Back Pay 1.2 Million Yuan, Gansu Migrant Workers Detained Over Wage Arrears Dispute'' [Qian xin 120 wan gansu nongmingong taoxin fan bei zhua], Radio Free Asia, 26 January 18. See also China Labour Bulletin, ``As Wage Arrears Escalate in the Run Up to the Lunar New Year, the Trade Union Needs To Act,'' 21 November 17. For more information on Zhang Chengyi, see the Commission's Political Prisoner Database record 2018-00062.

\72\ Rights Defense Network, ``Latest News on Gansu Linxia Migrant Worker Arrears Case: Zhang Chengyi Released on Bail'' [Gansu linxia nongmingong taoxin an zuixin xiaoxi: zhang chengyi qubao huoshi], 8 February 18.

\73\ For information on workers' low levels of social insurance coverage in previous reporting years, see CECC, 2017 Annual Report, 5 October 17, 90; CECC, 2016 Annual Report, 6 October 16, 81-82; CECC, 2015 Annual Report, 8 October 15, 87-88; CECC, 2014 Annual Report, 9 October 14, 75.

\74\ PRC Social Insurance Law [Zhonghua renmin gongheguo shehui baoxian fa], passed 28 October 10, effective 1 July 11, art. 2.

\75\ Ibid., arts. 10, 23, 33, 44, 53. See also China Labour Bulletin, ``China's Social Security System,'' last visited 15 June 18.

\76\ Ministry of Human Resources and Social Security, ``2017 Annual Statistics Bulletin on Human Resources and Social Security Developments'' [2017 niandu renli ziyuan he shehui baozhang shiye fazhan tongji gongbao], 21 May 18, secs. 1-2; Ministry of Human Resources and Social Security, ``2016 Annual Statistics Bulletin on Human Resources and Social Security Developments'' [2016 niandu renli ziyuan he shehui baozhang shiye fazhan tongji gongbao], 31 May 17, secs. 1-2.

\77\ Ministry of Human Resources and Social Security, ``2017 Annual Statistics Bulletin on Human Resources and Social Security Developments'' [2017 niandu renli ziyuan he shehui baozhang shiye fazhan tongji gongbao], 21 May 18, secs. 1-2; Ministry of Human Resources and Social Security, ``2016 Annual Statistics Bulletin on Human Resources and Social Security Developments'' [2016 niandu renli ziyuan he shehui baozhang shiye fazhan tongji gongbao], 31 May 17, secs. 1-2.

\78\ Ministry of Human Resources and Social Security, ``2017 Annual Statistics Bulletin on Human Resources and Social Security Developments'' [2017 niandu renli ziyuan he shehui baozhang shiye fazhan tongji gongbao], 21 May 18, secs. 1-2; Ministry of Human Resources and Social Security, ``2016 Annual Statistics Bulletin on Human Resources and Social Security Developments'' [2016 niandu renli ziyuan he shehui baozhang shiye fazhan tongji gongbao], 31 May 17, secs. 1-2.

\79\ Ministry of Human Resources and Social Security, ``2017 Annual

**AR-1284**

Statistics Bulletin on Human Resources and Social Security
Developments'' [2017 niandu renli ziyuan he shehui baozhang shiye
fazhan tongji gongbao], 21 May 18, secs. 1-2; Ministry of Human
Resources and Social Security, ``2016 Annual Statistics Bulletin on
Human Resources and Social Security Developments'' [2016 niandu renli
ziyuan he shehui baozhang shiye fazhan tongji gongbao], 31 May 17,
secs. 1-2.

    \80\ Ministry of Human Resources and Social Security, ``2017 Annual
Statistics Bulletin on Human Resources and Social Security
Developments'' [2017 niandu renli ziyuan he shehui baozhang shiye
fazhan tongji gongbao], 21 May 18, secs. 1-2; Ministry of Human
Resources and Social Security, ``2016 Annual Statistics Bulletin on
Human Resources and Social Security Developments'' [2016 niandu renli
ziyuan he shehui baozhang shiye fazhan tongji gongbao], 31 May 17,
secs. 1-2.

    \81\ Ministry of Human Resources and Social Security, ``2017 Annual
Statistics Bulletin on Human Resources and Social Security
Developments'' [2017 niandu renli ziyuan he shehui baozhang shiye
fazhan tongji gongbao], 21 May 18, secs. 1-2.]

    \82\ China Labour Bulletin, ``China's Social Security System,''
last visited 15 June 18.

    \83\ Ministry of Human Resouces and Social Security and Ministry of
Finance, Enterprise Annuity Measures [Qiye nianjin banfa], issued 18
December 17, effective 1 February 18, arts. 1-2; ``National Government
Issues New Enterprise Annuity Rules,'' Baker McKenzie FenXun, China
Employment Law Update, February 2018.

    \84\ PRC Labor Law [Zhonghua renmin gongheguo laodong fa], passed 5
July 94, effective 1 January 95, art. 2; PRC Labor Contract Law
[Zhonghua renmin gongheguo laodong hetong fa], passed 29 June 07,
amended 28 December 12, effective 1 July 13, art. 2.

    \85\ China Labour Bulletin, ``A Decade On, China's Labour Contract
Law Has Failed To Deliver,'' 28 December 17. See also Ronald C. Brown,
``Up and Down the Multinational Corporations' Global Labor Supply
Chains: Making Remedies That Work in China,'' Pacific Basin Law
Journal, Vol. 34, No. 2 (2017), 118-23.

    \86\ See, e.g., China Labour Bulletin, ``Economic Recovery Means
More Bad Jobs for China's Workers,'' 18 January 18; China Labor Watch,
``Amazon Profits From Secretly Oppressing Its Supplier's Workers: An
Investigative Report on Henyang Foxconn,'' 10 June 18, 3-4. See also
Ronald C. Brown, ``Up and Down the Multinational Corporations' Global
Labor Supply Chains: Making Remedies That Work in China,'' Pacific
Basin Law Journal, Vol. 34, No. 2 (2017), 118-23. For information on
contract or dispatch labor from previous reporting years, see CECC,
2017 Annual Report, 5 October 17, 90-91; CECC, 2016 Annual Report, 6
October 16, 86; CECC, 2015 Annual Report, 8 October 15, 92; CECC, 2014
Annual Report, 9 October 14, 75-76; CECC, 2013 Annual Report, 10
October 13, 71-72.

    \87\ PRC Labor Contract Law [Zhonghua renmin gongheguo laodong
hetong fa], passed 29 June 07, amended 28 December 12, effective 1 July
13, arts. 63, 66.

    \88\ China Labour Bulletin, ``Chinese Volkswagen Workers Call on
German Parent Company To Assume Responsibility for Violations,'' 13
July 17; China Labour Bulletin, ``One Year On, the Struggle Continues
for Volkswagen Workers in Changchun,'' 8 November 17; China Labour
Bulletin, ``Release Worker Representative Fu Tianbo and Resume
Collective Bargaining at FAW-Volkswagen,'' 13 November 17; Xia Nu,
``Has the Workers' Protest at FAW-VW Ended? '' Gongchao, 15 January 18.

    \89\ China Labour Bulletin, ``Chinese Volkswagen Workers Call on
German Parent Company To Assume Responsibility for Violations,'' 13
July 17; China Labour Bulletin, ``One Year On, the Struggle Continues
for Volkswagen Workers in Changchun,'' 8 November 17; China Labour
Bulletin, ``Release Worker Representative Fu Tianbo and Resume
Collective Bargaining at FAW-Volkswagen,'' 13 November 17; Xia Nu,
``Has the Workers' Protest at FAW-VW Ended? '' Gongchao, 15 January 18.

    \90\ China Labour Bulletin, ``Chinese Volkswagen Workers Call on
German Parent Company To Assume Responsibility for Violations,'' 13
July 17; China Labour Bulletin, ``Release Worker Representative Fu
Tianbo and Resume Collective Bargaining at FAW-Volkswagen,'' 13
November 17; Xia Nu, ``Has the Workers' Protest at FAW-VW Ended? ''
Gongchao, 15 January 18. For more information, see the Commission's
Political Prisoner Database records 2017-00362 on Fu Tianbo, 2017-00363
on Wang Shuai, and 2017-00364 on Ai Zhenyu.

\91\ Business & Human Rights Resource Centre, ``Volkswagen Response to Allegations on Labour Issues at Changchun FAW-Volkswagen,'' 7 August 17.

\92\ China Labour Bulletin, ``One Year On, the Struggle Continues for Volkswagen Workers in Changchun,'' 8 November 17.

\93\ Xia Nu, ``Has the Workers' Protest at FAW-VW Ended? '' Gongchao, 15 January 18; China Labour Bulletin, ``Release Worker Representative Fu Tianbo and Resume Collective Bargaining at FAW-Volkswagen,'' 13 November 17; China Labour Bulletin, ``FAW-Volkswagen Agency Workers Issue Letter in German Calling for Accountability and Solidarity,'' 19 July 17.

\94\ Sheng Yulei, ``Interns Are Not Cheap Labor (People's Daily Commentary)'' [Shixi sheng bushi lianjia laodongli (renmin shiping)], People's Daily, 25 January 18; ``Foxconn Stops Interns' Illegal Overtime at iPhone X Factory,'' BBC, 23 November 17. See also Jenny Chan, ``#islaveat10,'' in Made in China Yearbook 2017: Gilded Age, eds. Ivan Franceschini and Nicholas Loubere (Canberra: Australian National University Press, 2018), 104. For information on the abuse of student labor in previous reporting years, see CECC, 2017 Annual Report, 5 October 17, 91; CECC, 2016 Annual Report, 6 October 16, 86-87; CECC, 2015 Annual Report, 8 October 15, 87; CECC, 2014 Annual Report, 9 October 14, 77.

\95\ Yuan Yang, ``Apple's iPhone X Assembled by Illegal Student Labour,'' Financial Times, 21 November 17.

\96\ Cai Yiwen, ``Students Fight Back Against Forced Factory Labor,'' Sixth Tone, 25 January 18.

\97\ Ministry of Education and Ministry of Finance, Measures on Managing Secondary Vocational School Student Internships [Zhongdeng zhiye xuexiao xuesheng shixi guanli banfa], issued and effective 26 June 07, art. 5; Cai Yiwen, ``Students Fight Back Against Forced Factory Labor,'' Sixth Tone, 25 January 18.

\98\ Ministry of Education and Ministry of Finance, Measures on Managing Secondary Vocational School Student Internships [Zhongdeng zhiye xuexiao xuesheng shixi guanli banfa], issued and effective 26 June 07, art. 5.

\99\ Chi Dehua, ``China's Working-Age Population Continues To Shrink,'' Global Times, 1 March 18.

\100\ Population Division, UN Department of Economic and Social Affairs, ``World Population Prospects: The 2017 Revision, Volume 1: Comprehensive Tables,'' ST/ESA/SER.A/399, 2017, 238-39. See also Qiushi Feng et al., ``Age of Retirement and Human Capital in an Aging China, 2015-2050,'' European Journal of Population, 13 February 18, Table 2.

\101\ Qiushi Feng et al., ``Age of Retirement and Human Capital in an Aging China, 2015-2050,'' European Journal of Population (13 February 18), Table 2.

\102\ Qiushi Feng et al., ``Age of Retirement and Human Capital in an Aging China, 2015-2050,'' European Journal of Population (13 February 18); Chen Weihua, ``Time for a Change to One-Size-Fits-All Retirement Policy,'' China Daily, 11 March 17. See also Wang Yong, Ministry of Human Resources and Social Security, ``Raising the Legal Retirement Age Is an Inevitable Trend'' [Tigao fading tuixiu nianling shi biran qushi], 25 July 16.

\103\ State Council, PRC Labor Contract Law Implementing Regulations [Zhonghua renmin gongheguo laodong hetong fa shishi tiaoli], issued and effective 18 September 08, art. 21; PRC Labor Contract Law [Zhonghua renmin gongheguo laodong hetong fa], passed 29 June 07, amended 28 December 12, effective 1 July 13, art. 44(2). The PRC Labor Contract Law stipulates that if a worker receives a pension, his or her labor contract terminates (zhongzhi), but the implementing regulations require that contracts be terminated for all workers upon reaching the legal retirement age.

\104\ See, e.g., China Labour Bulletin, ``Work Safety,'' January 2018; Yang Zhaokui, ``What Is the Cause of the Frequent Rights and Interests Problems for Over-Age Migrant Workers? '' [Chaoling nongmingong quanyi wenti pin fa yuanyin hezai?], Worker's Daily, 17 May 18; ``Guangdong High Court's Recent Labour Disputes Explanation,'' Luo Ai, King & Wood Mallesons, 29 September 17.

\105\ International Labour Organization, ``Child Labour in China and Mongolia,'' last visited 15 June 18.

\106\ For information on child labor from previous reporting years, see CECC, 2017 Annual Report, 5 October 17, 87-88; CECC, 2016 Annual Report, 6 October 16, 85-86; CECC, 2015 Annual Report, 8 October 15,

**AR-1286**

86.

\107\ Xie Chunjiao, ``Child Courier Sparks Online Concern,'' China Daily, 16 January 18; George Pierpoint and Kerry Allen, ``Seven-Year-Old Delivery Boy Causes Outrage in China,'' BBC, 16 January 18.

\108\ Yang Zhaokui, ``Child Laborer Injured, Enterprise Performed `Clandestine Swap' To Avoid Paying Compensation'' [Tonggong shoushang qiye shangyan ``diaobao ji'' taobi peichang], Workers' Daily, 11 January 18.

\109\ Ibid.

\110\ ``French NGOs Sue Samsung Over Alleged Child Labour in China,'' Radio France Internationale, 11 January 18. See also European Coalition for Corporate Justice, ``French Corporate Duty of Vigilance Law--Frequently Asked Questions,'' 24 March 17, 1.

\111\ PRC Labor Law [Zhonghua renmin gongheguo laodong fa], passed 5 July 94, effective 1 January 95, art. 15; PRC Law on the Protection of Minors [Zhonghua renmin gongheguo wei chengnian ren baohu fa], passed 4 September 91, amended 29 December 06, effective 1 June 07, art. 38. Article 15 of the PRC Labor Law prohibits the employment of minors under 16, with exceptions for literature and the arts, sports, and special handicrafts, provided the employer undergoes inspection and approval and guarantees the child's right to compulsory education.

\112\ International Labour Organization, ILO Convention (No. 138) Concerning Minimum Age for Admission to Employment, adopted 26 June 73, entry into force 19 June 76; International Labour Organization, ILO Convention (No. 182) Concerning the Prohibition and Immediate Action for the Elimination of the Worst Forms of Child Labour, adopted 17 June 99, entry into force 19 November 00; International Labour Organization, ``Ratifications of C138--Minimum Age Convention, 1973 (No. 138),'' last visited 13 July 18; International Labour Organization, ``Ratifications of C182--Worst Forms of Child Labour Convention, 1999 (No. 182),'' last visited 13 July 18.

\113\ National Bureau of Statistics of China, ``Statistical Communique of the People's Republic of China on the 2017 National Economic and Social Development,'' 28 February 18, sec. XII.

\114\ National Bureau of Statistics of China, ``Statistical Communique of the People's Republic of China on the 2016 National Economic and Social Development,'' 28 February 17, sec. XII.

\115\ National Bureau of Statistics of China, ``Statistical Communique of the People's Republic of China on the 2015 National Economic and Social Development,'' 29 February 16, sec. XII.

\116\ China Labour Bulletin, ``Work Safety,'' January 2018. See also National Bureau of Statistics of China, ``Statistical Communique of the People's Republic of China on the 2016 National Economic and Social Development,'' 28 February 17, endnote 59. According to the NBS, ``The State Administration of Work Safety reformed on work accidents statistics in 2016. As non-production accidents were excluded, the statistical coverage was changed. The year-on-year data was calculated on a comparable basis.''

\117\ China Labour Bulletin, ``Work Safety,'' January 2018.

\118\ Muyu Xu and Aizhu Chen, ``Coal Mine Blast Kills Four in Southern China, Another Nine Missing--Xinhua,'' Reuters, 6 August 18; Ou Dongqu, ``Death Toll From China Mine Accident Rises to 13,'' Xinhua, 9 August 18. According to Reuters, local officials had reportedly conducted a safety inspection of the mine in late April and found a number of safety issues. See also China Labour Bulletin, ``Southwest China Remains a Blackspot for Coal Mine Safety'' 8 August 18.

\119\ China Labour Bulletin, ``How China Outsourced Work-Related Accidents and Deaths,'' 16 January 18.

\120\ China Labour Bulletin, ``Work Safety,'' January 2018; China Labour Bulletin, ``How China Outsourced Work-Related Accidents and Deaths,'' 16 January 18.

\121\ Chinese Communist Party Central Committee, Decision on Deepening Reform of Party and Government Agencies [Zhonggong zhongyang guanyu shenhua dang he guojia jigou gaige de jueding], Xinhua, 4 March 18; ``Chinese Communist Party Central Committee Issues `Plan for Deepening Reform of Party and Government Agencies' '' [Zhonggong zhongyang yinfa ``shenhua dang he guojia jigou gaige fang'an''], Xinhua, 21 March 18; State Council, Institutional Reform Plan [Guowuyuan jigou gaige fang'an], 17 March 18; ``State Council Institutional Reform Plan Passed at First Session of the 13th National People's Congress'' [Shisan jie quanguo renda yici huiyi pizhun guowuyuan jigou gaige fang'an], Xinhua, 17 March 18.

**AR-1287**

\122\ ``Chinese Communist Party Central Committee Issues `Plan for Deepening Reform of Party and Government Agencies' '' [Zhonggong zhongyang yinfa ``shenhua dang he guojia jigou gaige fang'an''], Xinhua, 21 March 18, sec. 30; State Council, Institutional Reform Plan [Guowuyuan jigou gaige fang'an], 17 March 18, sec. 1(7).

\123\ China Labour Bulletin, ``China Proposes Abolition of Work Safety Body,'' 13 March 18.

\124\ National Health and Family Planning Commission, ``2015-2016 Report on Occupational Illness Nationwide'' [2015-2016 nian quanguo zhiye bing baogao qingkuang], 28 December 17, 1, 3-4.

\125\ Ibid., 3.

\126\ ``Close to 100 Pneumoconiosis Sufferers and Their Families Defending Rights at Shenzhen Municipal Government for Days'' [Jin bai wei chenfei bing huanzhe ji yishu lianri zai shenzhen shi zhengfu weiquan], Radio Free Asia, 16 January 18; China Labour Bulletin, ``Work Safety,'' 16 January 18.

\127\ Wang Xiaodong, ``Call To Lift Rules on Lung Disease,'' China Daily, 12 March 18.

\128\ ``The First Pneumoconiosis Doctor Criminal Case in China: Differences in Reading X-ray Slides Considered Seriously Irresponsible and a Crime,'' [Quanguo shouli chen feibing yisheng xingshi an: du pian chayi bei shiwei yanzhong bu fuze er dingzui], Observer, 20 June 18; Alice Yan, ``Chinese Doctors Accused of Wrongly Diagnosing Hundreds of Workers With Black Lung Disease,'' South China Morning Post, 23 June 18; China Labour Bulletin, ``Three Doctors Detained for Allegedly Misdiagnosing Occupational Diseases,'' 21 June 18.

\129\ Alice Yan, ``Chinese Doctors Accused of Wrongly Diagnosing Hundreds of Workers With Black Lung Disease,'' South China Morning Post, 23 June 18. See also ``The First Pneumoconiosis Doctor Criminal Case in China: Differences in Reading X-ray Slides Considered Seriously Irresponsible and a Crime,'' [Quanguo shouli chen feibing yisheng xingshi an: du pian chayi bei shiwei yanzhong bu fuze er dingzui], Observer, 20 June 18.

\130\ Alice Yan, ``Chinese Doctors Accused of Wrongly Diagnosing Hundreds of Workers With Black Lung Disease,'' South China Morning Post, 23 June 18. See also ``The First Pneumoconiosis Doctor Criminal Case in China: Differences in Reading X-ray Slides Considered Serious Irresponsibility and a Crime,'' [Quanguo shouli chen feibing yisheng xingshi an: du pian chayi bei shiwei yanzhong bu fuze er dingzui], Observer, 20 June 18.

\131\ China Labor Watch, ``The Dark Side of the Toy World: Investigation Into the Sweatshops of Disney, Mattel, Hasbro, and Walmart,'' 27 November 17, 2-3, 25, 48, 64, 79.

\132\ China Labor Watch, ``Apple's Failed CSR Audit: A Report on Catcher Technology Polluting the Environment and Harming the Health of Workers,'' 16 January 18, 3, 6, 8-9, 15, 36.

\133\ Ibid., 8, 36.

\134\ China Labor Watch, ``Amazon Profits From Secretly Oppressing Its Supplier's Workers: An Investigative Report on Hengyang Foxconn,'' 10 June 18, 3.

Criminal
Justice
Criminal
Justice

Criminal Justice


Arbitrary Detention

    Authorities continued to use various forms of arbitrary detention to deprive individuals of their liberty, contravening international human rights standards.\1\ The UN Working Group on Arbitrary Detention classifies detention as ``arbitrary'' when there is no legal basis for the deprivation of liberty, when detention results from the exercise of certain fundamental rights, or when non-observance of international fair trial norms is particularly serious.\2\ Descriptions of selected forms of arbitrary detention follow. [For information on arbitrary detention in ``political reeducation'' centers, see

**AR-1288**

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPOR... Page 93 of 316

Case 3:20-cv-05910-LB Document 77-3 Filed 10/01/20 Page 9 of 46
WeChat Appendix 1 Footnote 413 - Congressional-Executive Commission on China Annual Report 2018

Section IV--Xinjiang.]

## BLACK JAILS

Authorities continued to hold individuals in ``black jails,'' extralegal detention sites that operate outside of China's judicial and administrative detention systems.\3\ In some cases, authorities held petitioners (those who use the petitioning system, or xinfang, to report grievances to authorities) in ``black jails'' in connection to ``stability maintenance'' efforts during or near the 19th National Congress of the Chinese Communist Party in October 2017 and annual meetings of the National People's Congress and Chinese People's Political Consultative Conference in March 2018.\4\ Examples include petitioners Wei Qin, held in Chongming district, Shanghai municipality; \5\ Cai Xiaomin,\6\ held in Pudong district, Shanghai;\7\ Liu Yu,\8\ held in Qionglai city, Chengdu municipality, Sichuan province; \9\ and at least 14 petitioners in Wuhan municipality, Hubei province.\10\ Authorities reportedly beat Cai and Liu.\11\

## PSYCHIATRIC FACILITIES

Authorities continued to forcibly commit individuals without mental illness to psychiatric facilities--a practice known as ``bei jingshenbing''--to punish rights advocacy, despite protections in the PRC Mental Health Law \12\ and related regulations.\13\ [For more information, see Section II--Public Health.] For example, in February 2018, friends of rights advocate Zhang Qi found her--reportedly without signs of mental illness--forcibly committed at a psychiatric facility in Guangzhou municipality, Guangdong province, after authorities held her incommunicado for months.\14\ In another case, in January 2018, a friend of petitioner Ma Shengfen \15\ confirmed authorities forcibly committed Ma to a psychiatric hospital in Tongren municipality, Guizhou province, in late 2016, after authorities detained her in connection to petitioning.\16\

## EDUCATIONAL PLACEMENT

In March 2018, the Dui Hua Foundation reported that it found the first known case of ``educational placement'' (anzhi jiaoyu), an indefinite form of arbitrary detention for terrorism and extremism cases that can extend beyond completion of a criminal sentence.\17\ The PRC Counterterrorism Law gives intermediate people's courts authority to approve the transfer of a prisoner into educational placement upon completion of a criminal sentence, as well as approve release from educational placement, based on official evaluations of the individual's ``danger to society.'' \18\ In August 2017, the Urumqi Municipal Intermediate People's Court in Urumqi municipality, Xinjiang Uyghur Autonomous Region, reportedly approved educational placement for Uyghur Ismaili Rozi (Yisimayili Ruze) less than a month before he would have completed a 10-year sentence for ``inciting separatism,'' \19\ raising concerns about the timespan for educational placement, application beyond cases of terrorism and extremism, evaluation process, and ethnic minorities'--including Uyghurs'--heightened likelihood of serving educational placement.\20\

## Administrative Detention

Authorities continued to use extrajudicial, administrative forms of detention, granting officials discretion in the treatment of detainees without judicial oversight or protections for detainees' rights under the PRC Criminal Procedure Law (CPL). For example, authorities continued to operate compulsory drug detoxification centers \21\ where officials can hold detainees for up to two years.\22\ As of January 31, 2018, authorities reportedly held Falun Gong practitioner Zhu Xuemei in a drug detoxification center in Guizhou province, after she refused to renounce her belief in

**AR-1289**

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPOR... Page 94 of 316

Case 3:20-cv-05910-LB Document 77-3 Filed 10/01/20 Page 10 of 46
WeChat Appendix F Footnote 119 - Congressional-Executive Commission on China Annual Report 2018

Falun Gong.\23\ This past year, Zhu Zhengfu--a member of the
Chinese People's Political Consultative Conference and Vice
President of the All China Lawyers Association--called for the
abolition of ``custody and education'' (shourong jiaoyu),\24\
in which public security officials can detain those accused of
prostitution and their clients for six months to two years
without judicial oversight.\25\ Zhu compared the practice to
reeducation through labor--abolished in 2013 \26\--for allowing
administrative authorities to impose lengthy deprivation of
liberty.\27\ The Commission did not observe reports detailing
specific cases of ``custody and education'' this past year, but
international observers expressed concerns about crackdowns on
prostitution, abuse of authority by ``custody and education''
center officials, emphasis on punishment over rehabilitation,
and high recidivism rates among ``custody and education''
detainees.\28\

--------------------------------------------------------------------
          ``Confinement'' (Liuzhi) Under the PRC Supervision Law
--------------------------------------------------------------------

   In March 2018, the National People's Congress passed the PRC
Supervision Law (Supervision Law),\29\ authorizing the newly
established National Supervisory Commission (NSC) to investigate
suspected official misconduct \30\ using methods including
``confinement'' (liuzhi),\31\ an extrajudicial form of detention that
allows NSC officials to hold individuals without a guarantee of access
to counsel.\32\ A March 2018 amendment to China's Constitution \33\
gives the NSC parallel status to that of the Supreme People's Court and
Supreme People's Procuratorate,\34\ and NSC officials may place
individuals in ``confinement'' (liuzhi) when ``the circumstances are
particularly grave or complex'' or authorities deem the detainee at
risk of flight, suicide, tampering with evidence, or otherwise
obstructing the investigation.\35\ According to experts, the
Supervision Law appears to allow the NSC to place in ``confinement''
anyone suspected of involvement in bribery or official misconduct,\36\
which exceeds its general supervisory jurisdiction.\37\ The Supervision
Law also grants exceptions to the requirement that authorities notify
the employment unit and family of those in ``confinement,'' when
certain factors could possibly obstruct an investigation.\38\
``Confinement'' can last up to three months, and in ``special
circumstances''--which the Supervision Law does not define--may be
extended by an additional three months with NSC approval.\39\
   Official sources stated that ``confinement'' would replace ``double
designation'' (shuanggui) \40\--an extrajudicial investigative process
for Communist Party members \41\--and observers expressed concern that
``confinement'' would perpetuate abuses that reportedly have occurred
under ``double designation,'' such as torture, coerced confessions, and
denial of access to counsel, and extend the use of such methods beyond
Party members.\42\
   On May 5, 2018, supervisory authorities in Jianyang district, Nanping
municipality, Fujian province, notified the family of Chen Yong--the
former driver for a local official--that Chen died during
``confinement,'' reportedly the first such case.\43\ Chen's body
reportedly showed signs of abuse.\44\ Authorities reportedly told
Chen's family that he ``collapsed'' during interrogation but did not
specify a cause of death.\45\ NSC officials also reportedly refused
Chen's family access to interrogation recordings.\46\
--------------------------------------------------------------------

          Use of Criminal Law To Punish Rights Advocates

   This past year, authorities continued to detain individuals
under broad provisions in the PRC Criminal Law to suppress
rights advocacy and other activities protected under
international human rights standards.\47\ Selected examples
follow.

          Inciting subversion of state power. The PRC
          Criminal Law classifies certain actions as ``crimes of
          endangering state security,'' which can carry multi-
          year sentences or the death penalty.\48\ On November
          21, 2017, the Changsha Municipal Intermediate People's

**AR-1290**

Court in Hunan province sentenced Jiang Tianyong \49\--a lawyer disbarred in 2009 \50\--to two years in prison for ``inciting subversion of state power'' \51\ in apparent connection to his human rights work.\52\ Associates of Jiang said he confessed under duress,\53\ and UN experts expressed concern that Jiang was at risk of torture while in custody.\54\ On April 17, 2018, the Tianjin Municipal High People's Court upheld on appeal an eight-year sentence for Wu Gan \55\ for activities including ``inciting subversion of state power'' \56\ in connection to posting ``subversive'' language online and accepting interviews with foreign media.\57\ On September 2, 2017, public security officials from Zhuhai municipality, Guangdong province, criminally detained human rights non-governmental organization executive director Zhen Jianghua \58\ on suspicion of inciting subversion.\59\ On August 10, 2018, the Zhuhai Intermediate People's Court reportedly tried Zhen without informing either Zhen's defense lawyers or his family members.\60\

 Picking quarrels and provoking trouble. In October 2017, public security officials in Xuancheng municipality, Anhui province, reportedly detained driver Wu Kemu \61\ on suspicion of ``picking quarrels and provoking trouble.'' \62\ Associates of Wu reportedly did not know the reason for his detention, although authorities reportedly detained Wu twice previously after he posted online videos about official misconduct.\63\ Authorities in Xiqing district, Tianjin municipality, reportedly criminally detained petitioner Yao Lijuan \64\ on suspicion of ``picking quarrels and provoking trouble'' after--while under home confinement--she filmed officials in or near her home and uploaded the video to the social media platform WeChat.\65\ Other examples of authorities detaining individuals on this charge include petitioner Peng Miaolin,\66\ rights advocate Xu Qin,\67\ and rights lawyer Li Yuhan,\68\ whose case is discussed below.

 Using a cult organization to undermine implementation of the law. Authorities continued to charge members of religious communities and spiritual movements, including Falun Gong, with ``using a cult organization to undermine implementation of the law'' (Article 300).\69\ The Dui Hua Foundation reported finding approximately 800 new cases of Article 300 convictions in 2017 from official sources--and 900 from unofficial sources--including cases of Falun Gong practitioners, followers of the Church of Almighty God sect, and others.\70\ On January 5, 2018, the Shenzhen Intermediate People's Court, in Shenzhen municipality, Guangdong province, upheld the sentences on appeal of Miew Cheu Siang \71\ (one year and six months)--a Malaysian citizen--and his wife Yu Linglan \72\ (five years) under Article 300 in connection to possession and distribution of Falun Gong materials.\73\ [For more information, see Section II--Freedom of Religion.]

 Other criminal law provisions. Authorities accused rights advocates and others of other criminal offenses, including ``illegal business activity,'' \74\ ``gathering a crowd to disturb traffic order,'' \75\ ``gathering a crowd to disturb public order,'' \76\ and ``extortion and blackmail.'' \77\

Ongoing Challenges in the Implementation of the Criminal Procedure Law

    This past year, authorities took steps to change legislation affecting the rights of prisoners and detainees. In addition, the Commission continued to observe reports of authorities violating the rights of detainees, despite protections in the PRC Criminal Procedure Law (CPL) \78\ and international human rights standards.\79\ Selected issues and examples are described below.

**AR-1291**

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPOR… Page 96 of 316

Case 3:20-cv-05910-LB Document 77-3 Filed 10/01/20 Page 12 of 46
WeChat Appendix F Footnote F9 - Congressional-Executive Commission on China Annual Report 2018

## LEGISLATIVE DEVELOPMENTS

Authorities took steps to change national legislation affecting the rights of prisoners and detainees. In April 2018, a draft CPL amendment was submitted to the National People's Congress Standing Committee for deliberation.\80\ The draft amendment specifies procedures for transferring cases for prosecution from the National Supervisory Commission (NSC) to procuratorial authorities, as well as transferring individuals in ``confinement'' (liuzhi) to procuratorial authorities for detention.\81\ If implemented as written, the amendment would allow courts to try defendants in absentia in corruption cases,\82\ violating international fair trial standards.\83\ It would also allow for lenient sentencing if the defendant admits to a crime, does not dispute the facts of the case, and willingly accepts punishment.\84\ Further, it would allow for expedited sentencing when a defendant facing a maximum three-year sentence in a basic people's court has confessed and accepted punishment,\85\ raising concerns about the reliance on confessions--sometimes coerced--in China's criminal justice system.\86\

## COERCED CONFESSIONS

Authorities continued to coerce detainees to confess guilt to crimes, in violation of the CPL,\87\ in some cases coercing detainees to recite apparently scripted remarks in court or on camera.\88\ For example, in February 2018, Swedish citizen Gui Minhai \89\--co-owner of a company that sold books critical of Chinese leaders, and whom authorities detained in January 2018 as he was en route to Beijing municipality with Swedish diplomats for a medical exam \90\--gave a televised confession for allegedly cooperating with Swedish authorities to attempt to leave China.\91\ This reportedly was his third televised confession in custody.\92\ In another case, on September 11, 2017, Taiwan college employee and non-governmental organization volunteer Lee Ming-cheh \93\ reportedly confessed in court to ``subversion of state power.'' \94\ A Chinese Human Rights Defenders researcher reportedly said that Lee ``had already `confessed' before the trial . . .. There is a strong likelihood that he was tortured to force a confession.'' \95\ Before the trial, Lee's wife indicated he would only confess involuntarily.\96\

## PROLONGED PRETRIAL DETENTION

Authorities in some cases held suspects in pretrial detention beyond limits allowed in the CPL \97\ and international human rights standards.\98\ For example, observers reportedly were unable to contact rights lawyer Wang Quanzhang \99\ since authorities detained him on July 10, 2015, amid a widespread crackdown on rights lawyers and advocates.\100\ On July 13, 2018, Wang's wife reported that a friend told her another lawyer reported seeing Wang at the Tianjin No. 1 Municipal Detention Center.\101\ On February 14, 2017, the Tianjin No. 2 Municipal People's Procuratorate reportedly indicted Wang for subversion,\102\ but the Commission did not observe reports of Wang's case reaching trial. In another case, authorities reportedly postponed the June 20, 2018, trial of 64 Tianwang website founder Huang Qi,\103\ whom authorities detained on November 28, 2016,\104\ and approved his arrest on the charge of ``illegally providing state secrets and intelligence for overseas entities.'' \105\ According to an August 18, 2018, Radio Free Asia report, authorities had not set a new trial date.\106\

## ACCESS TO COUNSEL

Authorities continued to deny some criminal suspects meetings with their lawyers, particularly in cases involving rights advocates. Chinese law grants suspects and defendants

**AR-1292**

the right to hire \107\ and meet with defense counsel,\108\ but it restricts meetings in cases of endangering state security, terrorism, or significant bribes,\109\ as well in cases of residential surveillance,\110\ contravening international standards.\111\ On or after October 17, 2017, public security officials in Shijingshan district, Beijing municipality, denied defense lawyer Ren Quanniu's request for a meeting with his client, human rights website editor Ding Lingjie,\112\ whom authorities detained in September 2017 in likely connection to the detention of the website's founder, Liu Feiyue.\113\ In another case, in July 2018, public security officials from Chenzhou municipality, Hunan province, placed internet commentator Chen Jieren \114\ under ``residential surveillance at a designated location'' on suspicion of ``extortion'' and ``illegal business activity'' after he posted online about alleged official misconduct--also detaining Chen's wife, two brothers, and two assistants.\115\ NSC officials reportedly instructed public security officials to deny Chen meetings with his lawyer.\116\

In early 2018, Ministry of Justice (MOJ) officials indicated authorities would expand a pilot program, established jointly with the Supreme People's Court in October 2017 in select locations, to increase access to criminal defense counsel.\117\ According to an MOJ official, the percentage of legal aid cases involving a defense lawyer in three municipalities in Zhejiang province increased after the pilot program began.\118\ The effect of the planned expansion remained unclear, and authorities' continuing efforts to punish human rights lawyers for their work appeared at odds with the program's stated goals.\119\ [For more information on access to counsel and the harassment and prosecution of rights lawyers, see Section III--Access to Justice.]

RESIDENTIAL SURVEILLANCE AT A DESIGNATED LOCATION

Authorities continued to place some criminal suspects in ``residential surveillance at a designated location'' (RSDL),\120\ a form of incommunicado detention that can last up to six months,\121\ restricts access to counsel,\122\ and places detainees at risk of abuse by authorities.\123\ In January 2018, public security officials in Tongshan district, Xuzhou municipality, Jiangsu province, placed lawyer Yu Wensheng \124\ under RSDL on suspicion of inciting subversion in connection to comments he posted on Twitter advocating for constitutional reform.\125\ In October 2017, public security officials in Fengtai district, Beijing municipality, reportedly placed environmental petitioner Ji Shulong \126\ under RSDL in connection to the 19th Party Congress.\127\

Torture and Abuse in Custody

Authorities continued to torture and abuse detainees in some cases,\128\ violating protections in the PRC Criminal Procedure Law \129\ and international standards.\130\ For example, officials at the Shenyang No. 1 Municipal Public Security Bureau (PSB) Detention Center in Shenyang municipality, Liaoning province, reportedly abused rights lawyer Li Yuhan,\131\ whom authorities detained on October 9, 2017, in apparent connection to the 19th Party Congress and Li's previous representation of rights lawyer Wang Yu.\132\ Public security officials reportedly instructed other detainees to harass and abuse Li, including by throwing her food on the bathroom floor, urinating on her food, and throwing cold water on her and then allowing her to shiver until she lost consciousness.\133\ In another case, public security officials in Yu county, Zhangjiakou municipality, Hebei province, reportedly took lawyer Wu Quan \134\ into custody on December 16, 2017, in connection to his reporting of alleged corruption by a local official.\135\ Authorities reportedly placed a hood over him and took him to a basement; bound him to an interrogation chair for 48 hours; and deprived him of water, sleep, and sufficient clothing for the first 24 hours.\136\

**AR-1293**

### Medical Care in Custody

Authorities continued to deny or fail to provide adequate medical care to some detainees,\137\ which violates international human rights standards \138\ and may amount to torture.\139\ For example, 60-year-old Li Yuhan--discussed above--suffers from conditions including heart disease, hypertension, and hyperthyroidism; \140\ staff at the Shenyang No. 1 PSB Detention Center reportedly refused to give her medication other than aspirin unless she cooperated with authorities.\141\ In another case, in August 2017, authorities criminally detained petitioner Li Yanxiang \142\ at the Qingdao No. 2 Municipal PSB Detention Center, in Shandong province, in connection to her petitioning.\143\ While detained, Li reportedly experienced vomiting, loss of appetite, abdominal pain, and insomnia, but was unable to receive medical treatment because detainees were required to pay for their own medical expenses,\144\ violating international standards.\145\ In another case, in February 2018, citizen journalist Sun Lin reported that authorities at the Nanjing Municipal PSB Detention Center, in Nanjing municipality, Jiangsu province, made him take medicine against his will during his detention.\146\ In June 2018, the wife of Jiang Tianyong, whose case is discussed above, reported that authorities force-fed him medication daily, and that his memory had deteriorated severely.\147\ Authorities also denied requests for medical parole to some prisoners, in some cases repeat requests.\148\ Examples include Huang Qi--discussed above \149\--and Pastor Li Guozhi.\150\

### Wrongful Conviction

During the Commission's 2018 reporting year, authorities drew high-level attention to the issue of wrongful convictions,\151\ with some Chinese legal experts expressing concern about abusive practices that facilitated wrongful convictions, such as illegal collection of evidence and coerced confessions.\152\ A February 2018 Xinhua report stated that, over the previous five years, authorities overturned 39 ``major cases'' of wrongful convictions involving 78 people nationwide.\153\

The Commission observed reports of wrongful convictions overturned this year, some of which highlighted the challenge of lengthy waiting periods. For example, in April 2018, the Jilin Province High People's Court found Liu Zhonglin--who had already completed a 25-year sentence for murder--not guilty, due to ``unclear facts'' and ``insufficient evidence'' in the original trial in 1994.\154\ In another case, in May 2018, the Supreme People's Court found business executive Zhang Wenzhong--whose conviction of various financial crimes was upheld on appeal by the Hebei Province High People's Court in 2009--not guilty.\155\

### Policing

This past year, authorities continued to develop technology-based means to help public security officials track persons of interest--based in part on large-scale, sometimes involuntary collection of personal data--raising concerns about privacy and public security officials' capacity to crack down on rights advocates and other targeted persons.\156\ Collection of personal information, including biometric data, appeared to violate privacy protections in international human rights instruments,\157\ and the Commission did not observe efforts by authorities to bring the collection or use of such information in line with international standards.\158\ Examples of such technology include ``smart'' glasses that could scan facial features or vehicle license plates for comparison against a ``blacklist'' in a centralized database,\159\ security cameras with scanning capabilities,\160\ devices that could forcibly collect information from mobile phones and other network

**AR-1294**

devices,\161\ and voice recognition technology.\162\
Authorities reportedly could connect voice samples to
information on individuals' ``ethnicity, home address, and . .
. hotel records.'' \163\ While such technologies could aid
criminal investigations, some official sources noted their
potential applications in contexts of ``stability maintenance''
and surveillance of ``key persons'' (zhongdian renyuan, i.e.,
persons of ``key'' interest to security authorities).\164\

Authorities in the Xinjiang Uyghur Autonomous Region (XUAR)
implemented large-scale--sometimes involuntary--collection of
residents' personal information to predict perceived threats to
public security.\165\ In some cases, officials visited local
households to collect personal information, including
indications of political or cultural views deemed
threatening.\166\ Such efforts coincided with authorities'
collection of DNA samples and other biometric data from XUAR
residents, presented to participants as a free public health
program.\167\ [For more information, see Section II--Public
Health.] Authorities reportedly used the Integrated Joint
Operations Platform (IJOP) to integrate various forms of
information collected, including, for example, unpaid bills,
religious activity, and foreign travel activity.\168\ The
Commission did not observe reports linking specific detentions
to the IJOP, but current and former XUAR residents reportedly
claimed the IJOP contributed to arbitrary, preemptive
detentions in ``political reeducation'' centers, facilities in
the XUAR used to carry out arbitrary mass detentions.\169\ [For
more information, see Section IV--Xinjiang.]

Death Penalty

The Chinese government continued to claim that it reserved
the death penalty for a small number of crimes and only the
most serious offenders,\170\ while Amnesty International
estimated that China carried out more executions than all other
countries combined.\171\ The Chinese government continued to
classify statistics on its use of the death penalty as a state
secret,\172\ and the Commission did not observe official
reports on overall death penalty numbers. Legal experts noted
that defense lawyers continued to face hurdles to effective
representation in death penalty cases, and that the joint
Ministry of Justice and Supreme People's Court criminal defense
pilot project described above did not provide for the right to
legal representation in death penalty review cases.\173\

In December 2017, authorities in Lufeng city, Shanwei
municipality, Guangdong province, sentenced to death 10 people
variously for murder, robbery, and drug-related crimes--in a
public trial in a stadium--and then immediately executed
them.\174\ The Lufeng Municipal People's Court and Shanwei
Intermediate People's Court issued a notice inviting the public
to attend the public sentencing.\175\ Chinese law prohibits
public executions,\176\ and the Commission did not observe
reports that the defendants had the opportunity to appeal or
that the ruling was sent to a higher court for review, as
required by law.\177\ In another case, in March 2018, the
Linfen Municipal Intermediate People's Court in Shanxi province
sentenced a former vice mayor of Luliang municipality, Shanxi,
to death for accepting large sums of bribes.\178\ A South China
Morning Post report noted the sentence was ``unusually harsh''
for an economic crime, even in the context of President and
Communist Party General Secretary Xi Jinping's crackdown on
corruption.\179\

This year, the Commission did not observe any rulemaking
efforts to ban harvesting organs from executed prisoners.\180\
At a trafficking conference at the Vatican in 2018, Wang Haibo,
head of the China Organ Transplant Response System,\181\
reported that authorities made 220 arrests over the previous 10
years in connection to illegal organ transplants and noted that
authorities continued to combat the practice.\182\

Criminal

AR-1295

Justice

Criminal

Justice

Notes to Section II--Criminal Justice

\1\ Universal Declaration of Human Rights, adopted and proclaimed by UN General Assembly resolution 217A (III) of 10 December 48, art. 9; International Covenant on Civil and Political Rights (ICCPR), adopted by UN General Assembly resolution 2200A (XXI) of 16 December 66, entry into force 23 March 76, art. 9(1). China has signed and stated its intent to ratify the ICCPR. See United Nations Treaty Collection, Chapter IV, Human Rights, International Covenant on Civil and Political Rights, last visited 23 July 18. China signed the ICCPR on October 5, 1998; State Council Information Office, ``Progress in China's Human Rights in 2012,'' reprinted in State Council, May 2013; Permanent Mission of the People's Republic of China to the UN, ``Aide Memoire,'' reprinted in United Nations, 13 April 06; State Council, European Council, Prime Minister's Office of Sweden, and European Commission, ``Joint Statement of the 12th China-EU Summit,'' reprinted in Ministry of Foreign Affairs, 30 November 09. Upon presenting its candidacy for the 2013 UN Human Rights Council elections, China reportedly promised to ``further protect civil and political rights,'' although it did not specifically state intent to ratify the ICCPR. UN General Assembly, Note Verbale Dated 5 June 2013 from the Permanent Mission of China to the United Nations Addressed to the President of the General Assembly, 6 June 13, A/68/90.

\2\ UN Office of the High Commissioner for Human Rights, Working Group on Arbitrary Detention, Fact Sheet No. 26, May 2000, sec. IV(B).

\3\ Harry Wu and Cole Goodrich, ``A Jail by Any Other Name: Labor Camp Abolition in the Context of Arbitrary Detention in China,'' Human Rights Brief, Vol. 21, Issue 1 (Winter 2014), 3-4; Amnesty International, ``China: Submission to the United Nations Committee against Torture 56th Session, 9 November-9 December 2015,'' October 2015, 16; Chinese Human Rights Defenders, `` `We Can Beat You to Death With Impunity'': Secret Detention and Abuse of Women in China's `Black Jails,' '' October 2014, 6. See also ``Guo Gai and Wang Jianfen: Details of Black Jails in Wuxi: Rescue and Torture Reenactment'' [Guo gai, wang jianfen: wuxi hei jianyu shimo: yingjiu he kuxing yanshi], Charter 08 (blog), 23 December 15.

\4\ See, e.g., ``Chinese Police Detain, `Disappear' Dozens of Rights Activists, Petitioners,'' Radio Free Asia, 19 October 17; Christian Shepherd and Ben Blanchard, ``Leaving Nothing to Chance, China Increases Security, Social Control Before Congress,'' Reuters, 28 September 17; Tom Phillips, ``China's `Stability Maintenance' Agents Move To Silence Critics Before Party Congress,'' Guardian, 16 October 17; ``On First Day of Party's `Two Sessions,' Petitioners Squeeze Into State Bureau for Letters and Calls'' [Zhonggong ``lianghui'' shouri, fangmin jibao guojia xinfang ju], Renmin Bao, 11 March 18.

\5\ Rights Defense Network, ``Shanghai Black Jail Case No. 9: Shanghai Rights Defender Exposes Black Jail and Calls for an `End to One-Party Dictatorship' '' [Shanghai hei jianyu anli zhi jiu: shanghai weiquan renshi wei qin jielu hei jianyu bing huhan ``zhongjie yi dang zhuanzheng''], 13 November 17.

\6\ For more information on Cai Xiaomin, see the Commission's Political Prisoner Database record 2018-00280.

\7\ Rights Defense Network, ``Shanghai Black Jail Case No. 16: Shanghai Rights Advocate Cai Xiaomin Reveals Black Jail'' [Shanghai hei jianyu anli zhi 16: shanghai weiquan renshi cai xiaomin jielu hei jianyu], 31 March 18.

\8\ For more information on Liu Yu, see the Commission's Political Prisoner Database record 2018-00281.

\9\ Rights Defense Network, ``The Accusations of Sichuan Petitioner Liu Yu, Held in a Black Jail for 32 Days Because of the `Two Sessions' in Beijing'' [Yin beijing ``lianghui'' bei guan hei jianyu 32 tian de sichuan fangmin liu yu de kongsu], 5 April 18.

\10\ ``China Overrun With Black Jails, Over Ten Petitioners Illegally Held Captive in Wuhan'' [Zhongguo hei jianyu fanlan, wuhan shi duo fangmin bei feifa qiujin], Radio Free Asia, 12 April 18. For more information on the 14 petitioners, see the following records in the Commission's Political Prisoner Database: 2016-00481 on Peng Min, 2018-00283 on Zou Guilan, 2018-00285 on Yang Mingzhu, 2018-00286 on Liu Moxiang, 2018-00287 on Ren Chunhua, 2018-00289 on Cai Miao, 2018-00291

**AR-1296**

on Wan Shaohua, and 2018-00292 on Liu Yunfei.

\11\ Rights Defense Network, ``Shanghai Black Jail Case No. 16:
Shanghai Rights Advocate Cai Xiaomin Reveals Black Jail'' [Shanghai hei
jianyu anli zhi 16: shanghai weiquan renshi cai xiaomin jielu hei
jianyu], 31 March 18; Rights Defense Network, ``The Accusations of
Sichuan Petitioner Liu Yu, Held in a Black Jail for 32 Days Because of
the `Two Sessions' in Beijing'' [Yin beijing ``lianghui'' bei guan hei
jianyu 32 tian de sichuan fangmin liu yu de kongsu], 5 April 18.

\12\ PRC Mental Health Law [Zhonghua renmin gongheguo jingshen
weisheng fa], passed 26 October 12, effective 1 May 13, arts. 27, 30,
75(5), 78(1).

\13\ Supreme People's Procuratorate, Measures on Implementation of
Compulsory Medical Treatment (Trial) [Renmin jianchayuan qiangzhi
yiliao zhixing jiancha banfa (shixing)], issued 13 May 16, effective 2
June 16, arts. 9, 12.

\14\ ``Liang Songji: The Aggrieved Zhang Qi of Guangzhou Treated as
Mental Patient, Forcibly Detained in Baiyun District Mental Health
Rehabilitation Hospital'' [Liang songji: guangzhou yuanmin zhang qi bei
dangzuo jingshenbing ren qiangzhi guanya zai baiyun qu jingshenbing
kangfu yiyuan], Radio Free Asia, 15 February 18; ``Activist in China's
Guangdong Confined in Psychiatric Hospital With `No Sign of Illness,''
' Radio Free Asia, 19 February 18. For more information on Zhang Qi,
see the Commission's Political Prisoner Database record 2018-00293.

\15\ For more information on Ma Shengfen, see the Commission's
Political Prisoner Database record 2018-00078.

\16\ Civil Rights & Livelihood Watch, ``Friend Scouts Around
Everywhere, Learns Ma Shengfen Forcibly Committed to Psychiatric
Hospital'' [Youren duofang datan dezhi ma shengfen bei guan
jingshenbing yuan], 9 February 18.

\17\ Dui Hua Foundation, ``Uncovering the Obscurity of `Educational
Placement,' '' Dui Hua Human Rights Journal, 12 March 18; PRC
Counterterrorism Law [Zhonghua renmin gongheguo fan kongbu zhuyi fa],
passed 27 December 15, effective 1 January 16, amended 27 April 18,
art. 30; UN Office of the High Commissioner for Human Rights, Working
Group on Arbitrary Detention, Fact Sheet No. 26, May 2000, sec. IV(B).

\18\ PRC Counterterrorism Law [Zhonghua renmin gongheguo fan kongbu
zhuyi fa], passed 27 December 15, effective 1 January 16, amended 27
April 18, art. 30.

\19\ Dui Hua Foundation, ``Uncovering the Obscurity of `Educational
Placement,' '' Dui Hua Human Rights Journal, 12 March 18; PRC Criminal
Law [Zhonghua renmin gongheguo xing fa], passed 1 July 79, amended 14
March 97, effective 1 October 97, amended 25 December 99, 31 August 01,
29 December 01, 28 December 02, 28 February 05, 29 June 06, 28 February
09, 25 February 11, 29 August 15, 4 November 17, art. 103.

\20\ Dui Hua Foundation, ``Uncovering the Obscurity of `Educational
Placement,' '' Dui Hua Human Rights Journal, 12 March 18; PRC Criminal
Law [Zhonghua renmin gongheguo xing fa], passed 1 July 79, amended 14
March 97, effective 1 October 97, amended 25 December 99, 31 August 01,
29 December 01, 28 December 02, 28 February 05, 29 June 06, 28 February
09, 25 February 11, 29 August 15, 4 November 17, art. 103.

\21\ See, e.g., Qinghai Province Detoxification Administration,
``Provincial Justice Department Head Liu Tianhai Arrives at the Golmud
Compulsory Drug Detoxification Center To Inspect the Center's Safety
and Stability Work'' [Sheng sifa ting liu tianhai tingzhang dao ge'ermu
qiangzhi jiedu suo jiancha changsuo anquan wending gongzuo], 9 April
18; Wang Jian, ``Visiting the Shaanxi Women's Compulsory Isolation Drug
Detoxification Center: Women Constitute 80 Percent of Police, Say They
Are `Tough as Cement' '' [Tanfang shaanxi nu qiangzhi geli jiedu suo:
nu ganjing zhan ba cheng, zicheng ``shuini'' zuo de], The Paper, 8
March 18; ``Walking Into Yunnan Province Women's Compulsory Isolation
Drug Detoxification Center'' [Zoujin yunnan sheng nuzi qiangzhi geli
jiedu suo], Xinhua, 7 March 18. See also State Council, Regulations on
Drug Detoxification [Jiedu tiaoli], issued and effective 22 June 11,
art. 4; Ministry of Public Security, Measures on the Management of
Public Security Organ Compulsory Isolation and Drug Detoxification
Centers [Gong'an jiguan qiangzhi geli jiedu suo guanli banfa], issued
and effective 19 September 11, arts. 1-2.

\22\ PRC Drug Prohibition Law [Zhonghua renmin gongheguo jindu fa],
issued 27 December 07, effective 1 June 08, art. 47; State Council,
Regulations on Drug Detoxification [Jiedu tiaoli], issued and effective
22 June 11, art. 27.

\23\ Rights Defense Network, ``Monthly Report on People Detained

and Not Sentenced or Forcibly Disappeared in Mainland China (January 31, 2018) No. 28 (298 People) (Part Two)'' [Zhongguo dalu jiya wei pan ji qiangpo shizong renyuan yuedu baogao (2018 nian 1 yue 31 ri) di ershiba qi (gong 298 ren) (xia)], 31 January 18.

\24\ Wang Xiuzhong, ``Exclusive! CPPCC Delegate Zhu Zhengfu Recommends Constitutional Review of Compulsory Custody and Education for [Crime of] Prostitution'' [Dujia! Quanguo zhengxie weiyuan zhu zhengfu jianyi dui maiyin piaochang qiangzhi shourong jiaoyu jinxing hexianxing shencha], Southern Metropolitan Daily, 25 February 18; Gao Yuyang et al., ``Three Lawyers' Key Words for the Two Sessions'' [San wei lushi de lianghui guanjianci], Beijing Youth Daily, 10 March 18.

\25\ State Council, Measures on Custody and Education for Sex Workers and Their Clients [Maiyin piaochang renyuan shourong jiaoyu banfa], issued and effective 4 September 93, amended 8 January 11, arts. 2, 3, 9. For more information on ``custody and education,'' see Tingting Shen and Joanna Csete, ``HIV, Sex Work, and Law Enforcement in China,'' Health and Human Rights Journal, Vol. 19, No. 2 (December 2017); Asia Catalyst, `` `Custody and Education': Arbitrary Detention for Female Sex Workers in China,'' December 2013.

\26\ National People's Congress Standing Committee, Decision on Abolishing Reeducation Through Labor Regulations [Quanguo renmin daibiao dahui changwu weiyuanhui guanyu feizhi youguan laodong jiaoyang falu guiding de jueding], issued and effective 28 December 13.

\27\ Wang Xiaodong, ``Exclusive! Chinese People's Political Consultative Conference Member Zhu Zhengfu Recommends Constitutional Review of Compulsory Custody and Education for [Crime of] Prostitution'' [Dujia! Quanguo zhengxie weiyuan zhu zhengfu jianyi dui maiyin piaochang qiangzhi shourong jiaoyu jinxing hexianxing shencha], Southern Metropolitan Daily, 25 February 18.

\28\ See, e.g., Tingting Shen and Joanna Csete, ``HIV, Sex Work, and Law Enforcement in China,'' Health and Human Rights Journal, Vol. 19, No. 2 (December 2017); Dui Hua Foundation, ``Call for Constitutional Review of Custody and Education,'' Dui Hua Human Rights Journal, 4 April 18. See also Asia Catalyst, `` `Custody and Education': Arbitrary Detention for Female Sex Workers in China,'' December 2013.

\29\ PRC Supervision Law [Zhonghua renmin gongheguo jiancha fa], passed and effective 20 March 18.

\30\ Ibid., art. 3.

\31\ Ibid., art. 22. Some sources translate liuzhi as ``detention in place'' or ``retention in custody.'' See, e.g., Jeremy Daum, ``Unsupervised--Initial Thoughts on the Supervision Law,'' China Law Translate (blog), 9 November 17; Nicholas Bequelin, Amnesty International, ``China: New Supervision Law a Systemic Threat to Human Rights,'' 20 March 18; Mercy A. Kuo, ``China's Detention Law: CCP Curbs Courts,'' The Diplomat, 21 February 18.

\32\ PRC Supervision Law [Zhonghua renmin gongheguo jiancha fa], passed and effective 20 March 18. See also Jamie P. Horsley, ``What's So Controversial About China's New Anti-Corruption Body? '' The Diplomat, 30 May 18.

\33\ ``Amendment to the People's Republic of China Constitution Passed'' [Zhonghua renmin gongheguo xianfa xiuzheng'an tongguo], People's Daily, 11 March 18; Amendment to the PRC Constitution [Zhonghua renmin gongheguo xianfa xiuzheng'an], Xinhua, 11 March 18; Lin Xiaowei et al., ``Comprehensive News: Bringing the New Era, Apt Time To Amend Constitution--International Community Watches Closely as National People's Congress Passes Amendment to the Constitution'' [Zonghe xiaoxi: huhang xinshidai xiuxian zhengdangshi--guoji shehui guanzhu quanguo renda tongguo xianfa xiuzheng'an], Xinhua, 11 March 18.

\34\ ``Supervisory Commissions Listed as State Organ in China's Constitution,'' Xinhua, 12 March 18.

\35\ PRC Supervision Law [Zhonghua renmin gongheguo jiancha fa], passed and effective 20 March 18, art. 22.

\36\ Ibid., art. 22; Ma Shaomeng, ``Investigating Both Giving and Receipt of Bribe Requires Replacing `Double Designation (Lianggui)' With Confinement (Liuzhi)'' [Shouhui xinghui yiqi cha biran yaoqiu yong liuzhi qudai ``lianggui'' cuoshi], Chinese Social Sciences Net, 14 March 18; Mercator Institute for China Studies, ``China's National Supervision Commission,'' last visited on 21 August 18.

\37\ PRC Supervision Law [Zhonghua renmin gongheguo jiancha fa], passed and effective 20 March 18, art. 15.

\38\ Ibid., art. 44.

AR-1298

\39\ Ibid., art. 43.

\40\ ``Xi Jinping: Secure a Decisive Victory in Building a Moderately Prosperous Society in All Respects and Strive for the Great Success of Socialism With Chinese Characteristics for a New Era'' [Xi jinping: juesheng quanmian jiancheng xiaokang shehui duoqu xin shidai zhongguo tese shehui zhuyi weida shengli], 18 October 17, Xinhua, 27 October 17; Zhu Jichai and Qi Leijie, ``What Does It Mean for Confinement To Replace `Double Designation'?--Decoding the State Supervision System Reform'' [Yong liuzhi qudai ``lianggui'' yiweizhe shenme?--jiedu guojia jiancha tizhi gaige], Xinhua, 23 October 17. The Commission did not observe any reports confirming that authorities officially abolished ``double designation'' (shuanggui).

\41\ Chinese Communist Party Central Commission for Discipline Inspection, Provisions for Investigative Work of Cases by Disciplinary Investigation Agencies [Zhongguo gongchandang jilu jiancha jiguan anjian jiancha gongzuo tiaoli], issued 25 March 94, effective 1 May 94, art. 28. Article 28 of the 1994 provisions requires any person or organization having information about a case under investigation to comply with the ``double designation'' process. Chinese Communist Party Central Commission for Discipline Inspection, Opinion on Strengthening the Coordination Mechanisms in Case Investigation and on Further Regulating the Measure of ``Double Designation'' [Zhongyang jiwei guanyu wanshan cha ban anjian xietiao jizhi jinyibu gaijin he guifan ``lianggui'' cuoshi de yijian], issued 20 January 05, item 2(1). See also Human Rights Watch, `` `Special Measures': Detention and Torture in the Chinese Communist Party's Shuanggui System,'' 6 December 16.

\42\ See, e.g., Christian Shepherd, ``China To Revise Criminal Law To Accommodate Powerful Anti-Graft Commission,'' Reuters, 12 March 18; Mercy A. Kuo, ``China's Detention Law: CCP Curbs Courts,'' The Diplomat, 21 February 18; Jun Mai, ``How China's New Anti-Graft Super Body Will Work, and Why Calling a Lawyer Won't Be an Option,'' South China Morning Post, 17 November 17; Jeremy Daum, ``Unsupervised--Initial Thoughts on the Supervision Law,'' China Law Translate (blog), 9 November 17; ``China Releases Draft Law To Expand Power of New Anti-Graft Body,'' Reuters, 6 November 17.

\43\ ``Man From Nanping, Fujian, Dies During Confinement, Family Claims Multiple Bruises on Body'' [Fujian nanping yi nanzi bei liuzhi qijian siwang, jiashu cheng shenti duo chu yuqing], Caixin, reprinted in Terminus, 8 May 18; ``Driver of Vice District Head Suspected of Corruption Is Investigated, Dies During Confinement, Becoming First Case'' [Fu quzhang shetan huoyan siji shoucha, liuzhi qijian siwang cheng shou zong anli], Radio Free Asia, 9 May 18.

\44\ ``Man From Nanping, Fujian, Dies During Confinement, Family Claims Multiple Bruises on Body'' [Fujian nanping yi nanzi bei liuzhi qijian siwang, jiashu cheng shenti duo chu yuqing], Caixin, reprinted in Terminus, 8 May 18; ``Driver of Vice District Head Suspected of Corruption Is Investigated, Dies During Confinement, Becoming First Case'' [Fu quzhang she tanhuoyan siji shoucha, liuzhi qijian siwang cheng shou zong anli], Radio Free Asia, 9 May 18.

\45\ ``Driver of Vice District Head Suspected of Corruption Is Investigated, Dies During Confinement, Becoming First Case'' [Fu quzhang shetan huoyan siji shoucha liuzhi qijian siwang cheng shou zong anli], Radio Free Asia, 9 May 18.

\46\ Ibid.

\47\ Universal Declaration of Human Rights, adopted and proclaimed by UN General Assembly resolution 217A (III) of 10 December 48; International Covenant on Civil and Political Rights, adopted by UN General Assembly resolution 2200A (XXI) of 16 December 66, entry into force 23 March 76.

\48\ PRC Criminal Law [Zhonghua renmin gongheguo xing fa], passed 1 July 79, amended 14 March 97, effective 1 October 97, amended 25 December 99, 31 August 01, 29 December 01, 28 December 02, 28 February 05, 29 June 06, 28 February 09, 25 February 11, 29 August 15, 4 November 17, arts. 102-105, 107-112.

\49\ For more information on Jiang Tianyong, see the Commission's Political Prisoner Database record 2011-00179.

\50\ Amnesty International, ``Human Rights Lawyers Disbarred in China,'' 15 July 09; Chinese Human Rights Defenders, ``Free Jiang Tianyong & End Suppression on Lawyers,'' 21 November 17; Chris Buckley, ``Activist Confesses to Subversion in Chinese Show Trial,'' New York Times, 22 August 17.

\51\ Cai Changchun, ``Judgment Announced in Open Court by Changsha

Intermediate Court in Trial of First Instance for Jiang Tianyong
Subversion of State Power Case'' [Jiang tianyong shandong dianfu guojia
zhengquan an zai changsha zhong yuan yishen gongkai xuanpan], Legal
Daily, 21 November 17; PRC Criminal Law [Zhonghua renmin gongheguo xing
fa], passed 1 July 79, amended 14 March 97, effective 1 October 97,
amended 25 December 99, 31 August 01, 29 December 01, 28 December 02,
28 February 05, 29 June 06, 28 February 09, 25 February 11, 29 August
15, 4 November 17, art. 105.

\52\ UN Office of the High Commissioner for Human Rights, ``UN
Experts Urge China To Investigate Disappearance of Human Rights Lawyer
Jiang Tianyong,'' 6 December 16.

\53\ ``Chinese Rights Lawyer Makes Videotaped Confession in Court
as Wife Slams `Show Trial,' '' Radio Free Asia, 22 August 17.

\54\ UN Office of the High Commissioner for Human Rights, ``UN
Experts Urge China To Investigate Disappearance of Human Rights Lawyer
Jiang Tianyong,'' 6 December 16.

\55\ For more information on Wu Gan, see the Commission's Political
Prisoner Database record 2010-00348.

\56\ Civil Rights & Livelihood Watch, ``Butcher Wu Gan `Subversion
Case' Announces Upholding of Original Judgment on Appeal'' [Tufu wu gan
``dianfu an'' ershen xuanbu weichi yuanpan], 18 April 18; Rights
Defense Network, ``Urgent: Rights Defender Butcher (Wu Gan) Detained
Outside Entrance to Jiangxi High Court'' [Jinji guanzhu: weiquan renshi
tufu (wu gan) zai jiangxi gaoyuan menkou bei zhua], 19 May 15.

\57\ Tianjin No. 2 Municipal Intermediate People's Court, Criminal
Judgment [Xingshi panjue shu], (2016) Jin 02 Xing Chu No. 146, 21
December 17, reprinted in China Human Rights Lawyers Concern Group, 10
January 18.

\58\ For more information on Zhen Jianghua, see the Commission's
Political Prisoner Database record 2017-00360.

\59\ Human Rights Campaign in China, ``Family of Zhen Jianghua
Receives Criminal Detention Notice, Charged on Suspicion of Inciting
Subversion of State Power'' [Zhen jianghua jiaren shoudao xingshi juliu
tongzhishu, zuiming shexian shandong dianfu guojia zhengquan], 7
September 17; Human Rights Campaign in China, ``In Case Concerning Zhen
Jianghua, Whom Zhuhai Government Detained on Inciting Subversion of
State Power Charge, Sister Summoned by Jiangmen PSB, State Security
Officials Warned Her, Saying Her Article Affected Police Efforts To
Gather Evidence'' [Bei zhuhai dangju yi shandong dianfu guojia
zhengquan zui jiya de zhen jianghua, qi jiejie zao jiangmen gong'an ju
chuanxun, guobao jinggao shuo ta wenzhang yingxiang jingfang souzheng],
29 September 17; ``Zhen Jianghua Not Released 37 Days After Criminal
Detention, Many Rights Defenders Subjected to Stability Maintenance
Measures Due to 19th Party Congress'' [Zhen jianghua xingju 37 tian
qiman wei huoshi, duo wei weiquan renshi yin shijiu da bei weiwen],
China Free Press (blog), 9 October 17.

\60\ Civil Rights & Livelihood Watch, ``Authorities Secretly Tried
Zhen Jianghua, Netizens Say It Shows [Authorities'] Guilty Mind''
[Dangju mimi shenpan zhen jianghua wangyou zhihu xinxu], 5 September
18.

\61\ For more information on Wu Kemu, see the Commission's
Political Prisoner Database record 2018-00089.

\62\ Rights Defense Network, ``Citizen Wu Kemu of Xuancheng, Anhui
Province, Criminally Detained for Picking Quarrels and Provoking
Trouble as 19th Party Congress Approaches'' [Linjin shijiu da anhui
sheng xuancheng gongmin wu kemu bei yi xunxin zishi zui xingju], 15
October 17; PRC Criminal Law [Zhonghua renmin gongheguo xing fa],
passed 1 July 79, amended 14 March 97, effective 1 October 97, amended
25 December 99, 31 August 01, 29 December 01, 28 December 02, 28
February 05, 29 June 06, 28 February 09, 25 February 11, 29 August 15,
4 November 17, art. 293.

\63\ Rights Defense Network, ``Citizen Wu Kemu of Xuancheng, Anhui
Province, Criminally Detained for Picking Quarrels and Provoking
Trouble as 19th Party Congress Approaches'' [Linjin shijiu da anhui
sheng xuancheng gongmin wu kemu bei yi xunxin zishi zui xingju], 15
October 17.

\64\ For more information on Yao Lijuan, see the Commission's
Political Prisoner Database record 2018-00018.

\65\ Rights Defense Network, ``19th Party Congress Stability
Maintenance: Tianjin Cancer Petitioner Yao Lijuan Criminally Detained
for Filming Video and Uploading It to WeChat'' [19 da weiwen, tianjin
aizheng fangman yao lijuan yin paishe shipin shangchuan weixin jing zao

xingshi juliu], 10 October 17.

\66\ ``Shanghai Petitioner Peng Miaolin Secretly Sentenced to One-and-a-Half Years'' [Shanghai fangmin peng miaolin bei mimi panxing yi nian ban], Radio Free Asia, 19 February 18. For more information on Peng Miaolin, see the Commission's Political Prisoner Database record 2018-00188.

\67\ ``Police in China's Jiangsu Criminally Detain `Outspoken' Human Rights Activist,'' Radio Free Asia, 23 February 18. For more information on Xu Qin, see the Commission's Political Prisoner Database record 2016-00015.

\68\ ``Chinese Rights Lawyer Arrested, Observers Suspect Intentional Retribution'' [Zhongguo weiquan lushi bei daibu waijie zhiyi xuyi baofu], Voice of America, 16 November 17. For more information on Li Yuhan, see the Commission's Political Prisoner Database record 2017-00361.

\69\ PRC Criminal Law [Zhonghua renmin gongheguo xing fa], passed 1 July 79, amended 14 March 97, effective 1 October 97, amended 25 December 99, 31 August 01, 29 December 01, 28 December 02, 28 February 05, 29 June 06, 28 February 09, 25 February 11, 29 August 15, 4 November 17, art. 300. For more information on the use of Article 300, see Dui Hua Foundation, ``NGO Submission for the Universal Periodic Review of the People's Republic of China,'' March 2018, paras. 14, 15. For the Commission's reporting on the issue, see, e.g., CECC, 2017 Annual Report, 5 October 17, 133; CECC, 2014 Annual Report, 9 October 14, 97-98; CECC, 2013 Annual Report, 10 October 13, 93-94; CECC, 2012 Annual Report, 10 October 12, 85; CECC, 2010 Annual Report, 10 October 10, 110-11.

\70\ Dui Hua Foundation, ``NGO Submission for the Universal Periodic Review of the People's Republic of China,'' March 2018, para 14.

\71\ For more information on Miew Cheu Siang, see the Commission's Political Prisoner Database record 2018-00295.

\72\ For more information on Yu Linglan, see the Commission's Political Prisoner Database record 2018-00294.

\73\ China Anti-Cult Net, ``Young Husband and Wife in Shenzhen Distribute Cult Propaganda, Sentenced'' [Xiao fuqi zai shenzhen sanfa xiejiao xuanchuanpin huoxing], 1 March 18.

\74\ ``Netizen Offers Service To Scale Great Firewall, Receives Heavy Sentence of Five and a Half Years, Rights Defenders Indicate Authorities Made an Example of Him'' [Wangmin tigong fanqiang fuwu bei zhongpan wu nian ban, weiquan renshi zhi dangju sha yi jing bai], Radio Free Asia, 21 December 17. For more information on Wu Xiangyang, see the Commission's Political Prisoner Database record 2018-00004.

\75\ Rights Defense Network, ``Hua Yong Visits Six Criminally Detained Villagers From Xinjian Village, Beijing; Calls for People From Various Sectors To Take Notice and Offer Legal Assistance'' [Hua yong tanfang beijing xinjian cun, 6 ming zao xingju cunmin, hu gejie guanzhu bing yu falu jiuyuan], 24 December 17; ``After Being Released on Bail After Two Days' Criminal Detention, Hua Yong Flies to Chengdu To Spend Daughter's Birthday With Her'' [Hua yong bei xingju liang ri hou qubao, feidi chengdu peitong nu'er guo shengri], Radio Free Asia, 18 December 17. For more information on Hua Yong, see the Commission's Political Prisoner Database record 2018-00054. For more information on the six criminally detained villagers whom Hua Yong filmed, see the following records in the Commission's Political Prisoner Database: 2018-00042 on Gu Tianjin, 2018-00043 on Hu Dehua, 2018-00044 on Hu Fuqiang, 2018-00045 on Liu Jinying, 2018-00046 on Shen Deli, and 2018-00047 on Zhang Shudong.

\76\ Rights Defense Network, ``Zhan Huidong (Online Name: Principal), Criminally Detained in Case of Liu Xiaobo Seaside Memorial, Released on Bail Today'' [Yin haiji liu xiaobo an zao xingju de zhan huidong (wang ming xiaozhang) jin qubao huoshi], 24 January 18. For more information on Zhan Huidong, see the Commission's Political Prisoner Database record 2018-00012.

\77\ Wang Zhenjiang (Shandong xingshi lushi wang zhenjiang), ``Before Completion of Handling Violation, Complainant Is Criminally Detained'' [Weifa shangwei chuli wanbi, jubaozhe que yijing bei xingju], Weibo post, 9 January 18, 8:46 p.m. For more information, see the Commission's Political Prisoner Database records 2018-00013 on Zou Xinsi and 2018-00014 on Sun Ruizhu.

\78\ PRC Criminal Procedure Law [Zhonghua renmin gongheguo xingshi susong fa], passed 1 July 79, amended 17 March 96, 14 March 12,

**AR-1301**

effective 1 January 13.

\79\ See, e.g., Standard Minimum Rules for the Treatment of
Prisoners, adopted by the First United Nations Congress on the
Prevention of Crime and the Treatment of Offenders, Geneva 1955,
approved by the Economic and Social Council resolutions 663 C (XXIV) of
31 July 57 and 2076 (LXII) of 13 May 77; Body of Principles for the
Protection of All Persons Under Any Form of Detention or Imprisonment,
adopted by UN General Assembly resolution A/RES/43/173, 9 December 88.

\80\ Xie Wenying, ``Draft Amendment to the Criminal Procedure Law
Brought to National People's Congress Standing Committee for
Deliberation'' [Xingsufa xiuzheng cao'an tiqing quanguo renda
changweihui shenyi], Procuratorial Daily, 26 April 18; Liu Yizhan et
al., ``Establish a System for Criminal Trial in Absentia, Link Up With
the Supervision Law, Leniency in Guilty Pleas--Focus on Aspects of the
Draft Amendment to the Criminal Procedure Law'' [Jianli xingshi quexi
shenpan zhidu, yu jiancha fa xianjie, renzuirenfa congkuan--jujiao
xingshi susong fa xiuzheng cao'an kandian], Xinhua, 25 April 18.

\81\ National People's Congress, ``Important: Criminal Procedure
Law (Draft Amendment) for Comment (Draft Full Text and Explanation
Attached)'' [Zhongbang: xingsufa (xiuzheng cao'an) zhengqiu yijian (fu
cao'an quanwen ji shuoming)], reprinted in Guangdong Provincial
Administration of Quality and Technology Supervision, 10 May 18, item
12; Amnesty International, ``China: Draft Criminal Procedure Law
Amendments Would Mean Further Deprivation of Right to Fair Trial Before
Court,'' 7 June 18.

\82\ National People's Congress, ``Important: Criminal Procedure
Law (Draft Amendment) for Comment (Draft Full Text and Explanation
Attached)'' [Zhongbang: xingsufa (xiuzheng cao'an) zhengqiu yijian (fu
cao'an quanwen ji shuoming)], reprinted in Guangdong Provincial
Administration of Quality and Technology Supervision, 10 May 18, item
24. See also Xie Wenying, ``Draft Amendment to the Criminal Procedure
Law Brought to National People's Congress Standing Committee for
Deliberation'' [Xingsufa xiuzheng cao'an tiqing quanguo renda
changweihui shenyi], Procuratorial Daily, 25 April 18; Liu Yizhan et
al., ``Establish a System for Trial in Absentia, Link Up With the
Supervision Law, Leniency in Guilty Pleas--Focus on Aspects of the
Draft Amendment to the Criminal Procedure Law'' [Jianli xingshi quexi
shenpan zhidu, yu jiancha fa xianjie, renzuirenfa congkuan--jujiao
xingshi susong fa xiuzheng cao'an kandian], Xinhua, 25 April 18;
Amnesty International, ``China: Draft Criminal Procedure Law Amendments
Would Mean Further Deprivation of Right to Fair Trial Before Court,'' 7
June 18.

\83\ International Covenant on Civil and Political Rights, adopted
by UN General Assembly resolution 2200A (XXI) of 16 December 66, entry
into force 23 March 76, art. 14(3)(d). See also Amnesty International,
``China: Draft Criminal Procedure Law Amendments Would Mean Further
Deprivation of Right to Fair Trial Before Court,'' 7 June 18.

\84\ National People's Congress, ``Important: Criminal Procedure
Law (Draft Amendment) for Comment (Draft Full Text and Explanation
Attached)'' [Zhongbang: xingsufa (xiuzheng cao'an) zhengqiu yijian (fu
cao'an quanwen ji shuoming)], reprinted in Guangdong Provincial
Administration of Quality and Technology Supervision, 10 May 18, items
1, 9, 11, 14-17, 19, 20.

\85\ Ibid., item 21; Xie Wenying, ``Draft Amendment to the Criminal
Procedure Law Brought to National People's Congress Standing Committee
for Deliberation'' [Xingsufa xiuzheng cao'an tiqing quanguo renda
changweihui shenyi], Procuratorial Daily, 25 April 18; Liu Yizhan et
al., ``Establish a System for Trial in Absentia, Link Up With the
Supervision Law, Leniency in Guilty Pleas--Focus on Aspects of the
Draft Amendment to the Criminal Procedure Law'' [Jianli xingshi quexi
shenpan zhidu, yu jiancha fa xianjie, renzuirenfa congkuan--jujiao
xingshi susong fa xiuzheng cao'an kandian], Xinhua, 25 April 18.

\86\ See, e.g., Amnesty International, ``China: Draft Criminal
Procedure Law Amendments Would Mean Further Deprivation of Right to
Fair Trial Before Court,'' 7 June 18; Dui Hua Foundation, ``Mixed
Signals in Reports of `Zero Confession' Executions,'' Dui Hua Human
Rights Journal, 6 June 18.

\87\ PRC Criminal Procedure Law [Zhonghua renmin gongheguo xingshi
susong fa], passed 1 July 79, amended 17 March 96, 14 March 12,
effective 1 January 13, arts. 50, 54.

\88\ For more information on filmed coerced confessions, see
Safeguard Defenders, ``Scripted and Staged: Behind the Scenes of

**AR-1302**

China's Forced TV Confessions,'' April 2018.

\89\ For more information on Gui Minhai, see the Commission's Political Prisoner Database record 2016-00090.

\90\ Chris Buckley, ``Chinese Police Seize Publisher From Train in Front of Diplomats,'' New York Times, 22 January 18.

\91\ Bai Yunyi, ``HK Bookseller Confesses to Truth About So-Called `Disappearance,' Says Sweden `Manipulated' Him,'' Global Times, 18 February 18; Safeguard Defenders, ``Scripted and Staged: Behind the Scenes of China's Forced TV Confessions,'' April 2018, 38, 87.

\92\ Safeguard Defenders, ``Scripted and Staged: Behind the Scenes of China's Forced TV Confessions,'' April 2018, 87.

\93\ For more information on Lee Ming-cheh, see the Commission's Political Prisoner Database record 2017-00248.

\94\ Da Yang, ``Sentenced to Five Years for `Subversion of State Power,' Li Mingzhe Admits Guilt and Does Not Appeal'' [``Dianfu zhengquan'' pan wu nian, li mingzhe renzui bu shangsu], Deutsche Welle, 28 November 17; Ben Dooley and Joanna Chiu, ``Taiwanese Activist Pleads Guilty to Chinese Subversion Charges,'' Agence France-Presse, reprinted in Yahoo! News, 11 September 17; PRC Criminal Law [Zhonghua renmin gongheguo xing fa], passed 1 July 79, amended 14 March 97, effective 1 October 97, amended 25 December 99, 31 August 01, 29 December 01, 28 December 02, 28 February 05, 29 June 06, 28 February 09, 25 February 11, 29 August 15, 4 November 17, art. 105.

\95\ Ben Dooley and Joanna Chiu, ``Taiwanese Activist Pleads Guilty to Chinese Subversion Charges,'' Agence France-Presse, reprinted in Yahoo! News, 11 September 17.

\96\ ``Wife of Lee Ming-cheh: If He Confesses, It Was Coerced'' [Li mingzhe qi: ruo renzui shi bei po], Deutsche Welle, 9 September 17.

\97\ PRC Criminal Procedure Law [Zhonghua renmin gongheguo xingshi susong fa], passed 1 July 79, amended 17 March 96, 14 March 12, effective 1 January 13, arts. 154-57.

\98\ See, e.g., International Covenant on Civil and Political Rights, adopted by UN General Assembly resolution 2200A (XXI) of 16 December 66, entry into force 23 March 76, arts. 9(3)-(4), 14(3)(c).

\99\ For more information on Wang Quanzhang, see the Commission's Political Prisoner Database record 2015-00278.

\100\ ``Wang Quanzhang and Others Must Be Released,'' Voice of America, 22 April 18; ``Wife of Detained Chinese Rights Lawyer Says She Is Under House Arrest,'' Agence France-Presse, reprinted in South China Morning Post, 12 April 18; ``Biographies of Lawyers, Staffers and Activists Detained or Disappeared in the July 10 Nationwide Raid Against Rights Lawyers,'' China Change, 23 July 15.

\101\ ``Detained Chinese Rights Lawyer Wang Quanzhang `Appears Well,' Wife Told,'' Radio Free Asia, 13 July 18.

\102\ Rights Defense Network, ``709 Case Bulletin: Lawyer Wang Quanzhang Indicted on Subversion of State Power Charges'' [709 an tongbao: wang quanzhang lushi bei yi dianfu guojia zhengquan zui qisu], 15 February 17.

\103\ ``Huang Qi's Mother Reveals Authorities Cooked Up `Top Secret' Document To Frame Huang Qi'' [Huang qi muqin jielu dangju luozhi ``juemi'' wenjian xianhai huang qi], Radio Free Asia, 26 June 18; Christopher Bodeen, ``Critic's Jailing Shows Hushed Dissent Since `08 China Quake,'' Associated Press, reprinted in Chicago Tribune, 14 May 18; ``Chinese Rights Activist Huang Qi `Could Die in Detention Center': Mother,'' Radio Free Asia, 23 April 18. For more information on Huang Qi, see the Commission's Political Prisoner Database record 2004-04053.

\104\ `` `64 Tianwang' Founder Huang Qi Has His Home Searched by Police, Is Detained'' [``Liusi tianwang'' chuangbanren huangqi zao jingfang chaojia jiya], Radio Free Asia, 29 November 16.

\105\ Rights Defense Network, ``Head of Mainland NGO `64 Tianwang' Huang Qi Arrested by Authorities'' [Dalu NGO ``liusi tianwang'' fuzeren huang qi yi bei dangju zhixing daibu], 20 December 16; PRC Criminal Law [Zhonghua renmin gongheguo xing fa], passed 1 July 79, amended 14 March 97, effective 1 October 97, amended 25 December 99, 31 August 01, 29 December 01, 28 December 02, 28 February 05, 29 June 06, 28 February 09, 25 February 11, 29 August 15, 4 November 17, art. 111.

\106\ Rights Defense Network, ``Huang Qi Trial Continues To Be Postponed [as He] Suffers Life-Threatening Illness Without Medical Parole, Mother Again Faces Probe by Original Work Unit, Calls Out That She Wants To Live To See Son'' [Huang qi an jiu tuo bu shen, huan zhiming jibing wufa baowai, muqin pu wenqing you zao yuan danwei

tancha, yu yao huozhe jian dao erzi], 18 August 18.

\107\ PRC Criminal Procedure Law [Zhonghua renmin gongheguo xingshi susong fa], passed 1 July 79, amended 17 March 96, 14 March 12, effective 1 January 13, art. 32.

\108\ Ibid., art. 37.

\109\ Ibid.

\110\ Ibid.

\111\ International Covenant on Civil and Political Rights, adopted by UN General Assembly resolution 2200A (XXI) of 16 December 66, entry into force 23 March 76, art. 14(3)(b), (3)(d).

\112\ For more information on Ding Lingjie, see the Commission's Political Prisoner Database record 2017-00328.

\113\ ``Ding Lingjie Incommunicado for Nearly 1 Month, Lawyer Attempts To Meet With Her and Is Refused'' [Ding lingjie shilian jin yi ge yue, lushi xunqiu huijian bei ju], Radio Free Asia, 18 October 17; Nomaan Merchant, ``China Detains Editor of Human Rights Website for Subversion,'' Associated Press, 25 November 16. For more information on Liu Feiyue, see the Commission's Political Prisoner Database record 2016-00460.

\114\ For more information on Chen Jieren, see the Commission's Political Prisoner Database record 2018-00318.

\115\ Criminal Investigation Bureau, Ministry of Public Security, ``Criminal Suspect Chen Jieren Placed Under Criminal Compulsory Measures by Public Security Bureaus According to Law'' [Fanzui xianyi ren chen jieren bei gong'an jiguan yifa caiqu xingshi qiangzhi cuoshi], Weibo post, 7 July 18, 4:46 p.m; ``Current Affairs Commentator Chen Jieren's Article Blew Whistle on Official, Six Implicated and Detained, Including Family and Friends'' [Shiping ren chen jieren zhuanwen jubao guanyuan, zhulian qinyou liu ren bei zhua], Radio Free Asia, 11 July 18; ``Having Reported Official Using Real Name, Media Personality Chen Jieren Taken Away for Investigation'' [Shiming jubao guanyuan, meiti ren chen jieren bei daizou diaocha], Radio Free Asia, 6 July 18; ``Chen Jieren's Criminal Detention Means Grudge With Xi Jinping'' [Chen jieren bei xingju shi yu xi jinping jiexia le liangzi], Boxun, 9 July 18. For more information on Chen's wife, brothers, and assistants, see the following records in the Commission's Political Prisoner Database: 2018-00319 on Deng Jiangxiu, 2018-00320 on Chen Weiren, and 2018-00321 on Chen Minren.

\116\ ``Investigation Launched Against Family of Famous Hunan Media Personality Chen Jieren'' [Hunan zhiming meiti ren chen jieren jiashu zao li'an diaocha], Radio Free Asia, 16 July 18.

\117\ Ministry of Justice, ``Xiong Xuanguo: Advance the Establishment of a System for Adjusting the Scope and Standards of Legal Aid'' [Xiong xuanguo: tuidong jianli falu yuanzhu fanwei he biaozhun dongtai tiaozheng jizhi], 9 March 18; Zhang Yan, ``Ministry of Justice: Proactively Advance the Work of Complete Coverage of Defense Counsel in Criminal Cases, Uphold Judicial Justice'' [Sifa bu: jiji tuijin xingshi anjian lushi bianhu quan fugai gongzuo, weihu sifa gongzheng], China Daily, 19 January 18; Supreme People's Court and Ministry of Justice, Measures Regarding Launching the Pilot Work of Complete Coverage of Defense Counsel in Criminal Cases [Guanyu kaizhan xingshi anjian lushi bianhu quan fugai shidian gongzuo de banfa], issued and effective 11 October 17.

\118\ Zhang Yan, ``Ministry of Justice: Proactively Advance the Work of Complete Coverage of Defense Counsel in Criminal Cases, Uphold Judicial Justice'' [Sifa bu: jiji tuijin xingshi anjian lushi bianhu quan fugai gongzuo, weihu sifa gongzheng], China Daily, 19 January 18.

\119\ See, e.g., Emily Rauhala and Simon Denyer, ``China Jails Yet Another Human Rights Lawyer in Ongoing Crackdown on Dissent,'' Washington Post, 21 November 17; Cai Changchun, ``Verdict Announced by Changsha Intermediate Court in Trial of First Instance for Jiang Tianyong Inciting Subversion of State Power Case'' [Jiang tianyong shandong dianfu guojia zhengquan an zai changsha zhong yuan yishen gongkai xuanpan], Legal Daily, 21 November 17; ``Wang Quanzhang and Others Must Be Released,'' Voice of America, 22 April 18; ``Wife of Detained Chinese Rights Lawyer Says She Is Under House Arrest,'' Agence France-Presse, reprinted in South China Morning Post, 12 April 18; ``Yu Wensheng: China Human Rights Lawyer Arrested on School Run,'' BBC, 19 January 18.

\120\ PRC Criminal Procedure Law [Zhonghua renmin gongheguo xingshi susong fa], passed 1 July 79, amended 17 March 96, 14 March 12, effective 1 January 13, art. 73.

**AR-1304**

\121\ Ibid., art. 77.

\122\ Ibid., arts. 37, 75(2).

\123\ See, e.g., UN Committee against Torture, Concluding Observations on the Fifth Periodic Report of China, adopted by the Committee at its 1391st and 1392nd Meetings (2-3 December 2015), CAT/C/CHN/CO/5, 3 February 16, para. 14; Steven Lee Myers, ``In China, the Brutality of `House Arrest,' '' New York Times, 25 November 17; Front Line Defenders, ``UPR Submission--China 2018,'' 7 April 18, para. 7. See also Chieu Luu and Matt Rivers, ``The Disappeared: Accounts From Inside China's Secret Prisons,'' CNN, 3 December 17.

\124\ For more information on Yu Wensheng, see the Commission's Political Prisoner Database record 2014-00387.

\125\ Rights Defense Network, ``Lawyer Liu Xiaoyuan: Legal Issues in the Case of Lawyer Yu Wensheng'' [Liu xiaoyuan lushi: yu wensheng lushi an zhong suo sheji de falu wenti], 29 January 18; Steven Lee Myers, ``China Rights Lawyer Detained After Posting Pro-Democracy Appeal,'' New York Times, 19 January 18; Yu Wensheng (yuwensheng), ``A Citizen's Proposal for Constitutional Reform: Yu Wensheng's Open Letter to the Second Plenary Session of the 19th Communist Party of China Central Committee'' [Guanyu xiuxian de gongmin jianyi, yu wensheng zhi zhonggong shijiuda er zhong quanhui de gongkai xin], Twitter post, 17 January 18, 10:50 a.m.

\126\ For more information on Ji Shulong, see the Commission's Political Prisoner Database record 2017-00354.

\127\ Rights Defense Network, ``Jiangsu Environmentalist Ji Shulong, Detained Before the 19th Party Congress, Ordered To Serve Residential Surveillance on `Suspicion of Picking Quarrels and Provoking Trouble' '' [Shijiu da qian zao zhuabu de jiangsu huanbao weishi ji shulong bei yi ``shexian xunxin zishi'' zhiding jianshi juzhu], 3 November 17; ``Trump Concludes Visit to China and Leaves, Some People Deprived of Their Liberty Regain Freedom'' [Telangpu jieshu fang hua likai, bufen bei xianzhi renshi huifu ziyou], Radio Free Asia, 10 November 17.

\128\ CECC, 2017 Annual Report, 5 October 17, 107-108. For other sample cases, see Rights Defense Network, ``Imprisoned Hubei Internet Big V Luo Lanqing Finally Gets Meeting With Father, Who Suspects Torture and Beatings'' [Yu zhong hubei wangluo da V luo lanqing zhong huo he fuqin huijian, yi zao kuxing ouda], 22 December 17; Tibetan Centre for Human Rights and Democracy, ``Village Leader Among 31 Tibetans Detained for Opposing Mining at Sacred Mountain,'' 14 May 18.

\129\ PRC Criminal Procedure Law [Zhonghua renmin gongheguo xingshi susong fa], passed 1 July 79, amended 17 March 96, 14 March 12, effective 1 January 13, arts. 50, 54.

\130\ Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, adopted by UN General Assembly resolution 39/46 of 10 December 84, entry into force 26 June 87; Standard Minimum Rules for the Treatment of Prisoners, adopted by the First United Nations Congress on the Prevention of Crime and the Treatment of Offenders, Geneva 1955, approved by the Economic and Social Council resolutions 663 C (XXIV) of 31 July 57 and 2076 (LXII) of 13 May 77, principles 31, 32; Body of Principles for the Protection of All Persons Under Any Form of Detention or Imprisonment, adopted by UN General Assembly resolution A/RES/43/173 9 December 88, principle 6.

\131\ Rights Defense Network, ``Sixty-Plus-Year-Old Lawyer Li Yuhan Continues To Be Abused and Tormented at Shenyang Municipal No. 1 Detention Center'' [60 duo sui li yuhan lushi zai shenyang shi di yi kanshousuo chixu zaoshou nuedai zhemo], 6 December 17; ``Lawyer Meets With Li Yuhan and Reveals the Abuse She Has Suffered in Detention'' [Lushi huijian jie li yuhan yuzhong zao nuedai], Radio Free Asia, 1 December 17; ``Chinese Rights Lawyer Arrested, Observers Suspect Intentional Retribution'' [Zhongguo weiquan lushi bei daibu, waijie zhiyi xuyi baofu], Voice of America, 16 November 17. For more information on Li Yuhan, see the Commission's Political Prisoner Database record 2017-00361.

\132\ ``Chinese Rights Lawyer Arrested, Observers Suspect Intentional Retribution'' [Zhongguo weiquan lushi bei daibu, waijie zhiyi xuyi baofu], Voice of America, 16 November 17. For more information on Wang Yu, see the Commission's Political Prisoner Database record 2015-00252.

\133\ Rights Defense Network, ``Sixty-Plus-Year-Old Lawyer Li Yuhan Continues To Be Abused and Tormented at Shenyang Municipal No. 1 Detention Center'' [60 duo sui li yuhan lushi zai shenyang shi di yi

**AR-1305**

kanshousuo chixu zaoshou nuedai zhemo], 6 December 17; ``Lawyer Meets
With Li Yuhan and Reveals the Abuse She Has Suffered in Detention''
[Lushi huijian jie li yuhan yuzhong zao nuedai], Radio Free Asia, 1
December 17.
    \134\ For more information on Wu Quan, see the Commission's
Political Prisoner Database record 2018-00003.
    \135\ Rights Defense Network, ``Lawyer Huang Hanzhong: An Account
of My Meeting With Lawyer Wu Quan'' [Huang hanzhong lushi: wu quan
lushi huijian jianji], 25 December 17; ``Hebei Lawyer Wu Quan Uses Real
Name To Report Corrupt Official, Is Detained'' [Hebei lushi wu quan
shiming jubao tanguan, bei jubu], Radio Free Asia, 20 December 17.
    \136\ Rights Defense Network, ``Lawyer Huang Hanzhong: An Account
of My Meeting With Lawyer Wu Quan'' [Huang hanzhong lushi: wu quan
lushi huijian jianji], 25 December 17.
    \137\ For other sample cases, see Sun Tingting, Qiangwailou, ``I Am
Sun Tingting, and I Want To Come Forward'' [Wo shi sun tingting, wo yao
zhan chulai], 18 January 18; Human Rights Campaign in China, ``Medical
Situation of Li Xiaoling, Detained by Zhuhai Public Security for
Picking Quarrels and Provoking Trouble Because She Evaded Zhuhai
Authorities' Stability Maintenance, Worsens, Police Refuse Bail on
Grounds That `Granting Bail Would Be Dangerous to Society' '' [Yin
taobi zhuhai dangju weiwen, zao zhuhai gong'an ju yi xunxin zishi zui
jiya de li xiaoling bingqing jiazhong, jingfang yi ``caiqu qubao
houshen you shehui weihai xing'' wei you jujue dui qi qubao], 6
November 17; ``Gao Zhisheng Missing for Over Two Months With No
Correspondence, Li Fawang Released on Bail With Serious Illness'' [Gao
zhisheng shizong liang ge duo yue wu yinxun, li fawang bing zhong qubao
houshen], Radio Free Asia, 27 October 17. See also Front Line
Defenders, ``UPR Submission--China 2018,'' 29 March 18, para. 22. For
more information on Sun Tingting, see the Commission's Political
Prisoner Database record 2018-00041. For more information on Li
Xiaoling, see the Commission's Political Prisoner Database record 2017-
00355. For more information on Li Fawang, see the Commission's
Political Prisoner Database record 2017-00326.
    \138\ Standard Minimum Rules for the Treatment of Prisoners,
adopted by the First UN Congress on the Prevention of Crime and the
Treatment of Offenders, Geneva 1955, approved by the Economic and
Social Council resolutions 663 C (XXIV) of 31 July 57 and 2076 (LXII)
of 13 May 77, arts. 22-26; Body of Principles for the Protection of All
Persons Under Any Form of Detention or Imprisonment, adopted by UN
General Assembly resolution A/RES/43/173 9 December 88, principle 24.
    \139\ UN Human Rights Council, Report of the Special Rapporteur on
Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment,
Juan E. Mendez, A/HRC/22/53, 1 February 13, paras. 17-22; Convention
against Torture and Other Cruel, Inhuman or Degrading Treatment or
Punishment, adopted by UN General Assembly resolution 39/46 of 10
December 84, entry into force 26 June 87, art. 1.
    \140\ Human Rights Campaign in China, ``Lawyer Li Yuhan, Detained
by the Heping Branch of the Shenyang Municipal Public Security Bureau
for Picking Quarrels and Provoking Trouble, Abused by Police Handling
the Case'' [Bei shenyang shi gong'an ju heping fenju yi xunxin zishi
zui jiya de li yuhan lushi, zao ban'an jingcha nuedai], 10 November 17;
``Chinese Rights Lawyer Arrested, Observers Suspect Intentional
Retribution'' [Zhongguo weiquan lushi bei daibu, waijie zhiyi xuyi
baofu], Voice of America, 16 November 17.
    \141\ Human Rights Campaign in China, ``Lawyer Li Yuhan, Detained
by the Heping Branch of the Shenyang Municipal Public Security Bureau
for Picking Quarrels and Provoking Trouble, Abused by Police Handling
the Case'' [Bei shenyang shi gong'an ju heping fenju yi xunxin zishi
zui jiya de li yuhan lushi, zao ban'an jingcha nuedai], 10 November 17.
    \142\ For more information on Li Yanxiang, see the Commission's
Political Prisoner Database record 2018-00034.
    \143\ Voice of Petitioners, ``Shandong Petitioner Li Yanxiang
Transferred to Criminal Detention, Li Zongying and Sun Shu Released
After Each Was Detained for 10 Days'' [Shandong fangmin li yanxiang bei
zhuan xingju, li zongying, sun shu ge ju 10 tian huoshi], 27 August 17.
    \144\ Rights Defense Network, ``Song Yusheng: Report on the
Situation From Meeting With Li Yanxiang at Qingdao No. 2 Municipal
Detention Center'' [Song yusheng: qingdao shi di er kanshousuo huijian
li yanxiang qingkuang tongbao], 28 November 17.
    \145\ Body of Principles for the Protection of All Persons Under
Any Form of Detention or Imprisonment, adopted by UN General Assembly

resolution A/RES/43/173 9 December 88, principle 24.

\146\ ``Citizen Journalist Sun Lin Reveals He Was Force-Fed `Medicine' '' [Gongmin jizhe sun lin pilu bei qiangzhi wei ``yao''], Radio Free Asia, 8 February 18. For more information on Sun Lin, see the Commission's Political Prisoner Database record 2018-00617.

\147\ ``Jiang Tianyong Force-Fed Medication in Prison, Memory Deteriorated Severely'' [Jiang tianyong yuzhong bei qiangpo wei yao jiyili yanzhong shuaitui], Radio Free Asia, 27 June 18.

\148\ Front Line Defenders, ``UPR Submission--China 2018,'' 29 March 18, para. 22.

\149\ Rights Defense Network, ``Huang Qi Trial Continues To Be Postponed, Suffering Life-Threatening Illness Without Medical Parole, [as He] Suffers Life-Threatening Illness Without Medical Parole, Mother Again Faces Probe by Original Work Unit, Calls Out That She Wants To Live To See Son'' [Huang qi an jiu tuo bu shen, huan zhiming jibing wufa baowai, muqin pu wenqing you zao yuan danwei tancha, yu yao huozhe jian dao erzi], 18 August 18; Jun Mai, ``Jailed Founder of China's Underground Human Rights Site in Poor Health as State Secrets Trial Looms,'' South China Morning Post, 25 May 18; ``Chinese Rights Activist Huang Qi `Could Die in Detention Center': Mother,'' Radio Free Asia, 23 April 18. For information about rights advocacy groups that have called for medical parole for Huang Qi, see, e.g., Human Rights Watch, ``China: Release Gravely Ill Critics,'' 17 November 17; Committee to Protect Journalists, ``CPJ Urges Chinese President Xi Jinping To Release Jailed Journalist Huang Qi,'' 9 August 17.

\150\ ChinaAid, ``Guiyang Living Stone Church Pastor Yang Hua's Health Less Than Perfect in Prison'' [Guiyang huoshi jiaohui mushi yang hua, yu zhong jiankang qianjia], 4 April 18. For more information on Li Guozhi (Yang Hua), see the Commission's Political Prisoner Database record 2016-00001.

\151\ See, e.g., State Council Information Office, White Paper on ``New Developments in Rule of Law Guarantees for Human Rights in China'' [``Zhongguo renquan fazhihua baozhang de xin jinzhan'' baipishu], December 2017, sec. 3; Shan Yuxiao et al., ``Xi Jinping Discusses Rectifying Wrongful Convictions: Righting Wrongs Is Better Late Than Never'' [Xi jinping tan jiuzheng yuanjia cuo'an: jiu cuo jiu shi wang yang bu lao], Caixin, 25 August 17; ``Supreme Court: China `Basically' Has No Wrongful Convictions'' [Zuigao fayuan: zhongguo ``jibenshang'' wu yuanjia cuo'an], Radio Free Asia, 9 March 18.

\152\ See, e.g., Zheng Zhi, ``Deputy Li Zongsheng: Strictly Exclude Illegal Evidence and Eliminate Wrongful Convictions'' [Li zongsheng daibiao: yange paichu feifa zhengju dujue yuanjia cuo'an], Procuratorial Daily, 16 March 18; Hua Xuan, ``With Trials as the Center: Hearings Do Not Just Go Through the Motions'' [Yi shenpan wei zhongxin: tingshen bu zou guochang], Southern Weekend, 25 October 17.

\153\ Luo Sha and Ding Xiaoxi, ``Courts Nationwide Rectify 39 Major Cases of Wrongful Conviction Involving 78 People Over Past Five Years'' [Quanguo fayuan wu nian lai jiuzheng zhongda yuanjia cuo'anjian 39 jian 78 ren], Xinhua, 5 February 18.

\154\ Song Jiangxuan, ``Verdict Changed to Not Guilty in Liu Zhonglin `Intentional Homicide' Case: Imprisoned for 25 Years, 6-Year Retrial'' [Liu zhonglin ``guyi sha ren an'' gaipan wuzui: jiya 25 nian zaishen lishi 6 nian], The Paper, 20 April 18; Wang Lianzhang, ``Man Exonerated After Longest-Ever Wrongfully Served Term,'' Sixth Tone, 20 April 18.

\155\ Qin Shuo, ``Zhang Wenzhong Case: A New Start for `No Injustice on Earth' '' [Zhang wenzhong an: ``tianxia wuyuan'' de xin qidian], Yicai, 4 June 18; Cao Yin, ``Wumart Tycoon's Conviction Thrown Out,'' China Daily, 1 June 18.

\156\ Human Rights Watch, ``China: Voice Biometric Collection Threatens Privacy,'' 22 October 17; Human Rights Watch, ``China: Police `Big Data' Systems Violate Privacy, Target Dissent,'' 19 November 17; Pei Li and Cate Cadell, ``China Eyes `Black Tech' To Boost Security as Parliament Meets,'' Reuters, 10 March 18.

\157\ Universal Declaration of Human Rights, adopted and proclaimed by UN General Assembly resolution 217A (III) of 10 December 48, art. 12; International Covenant on Civil and Political Rights, adopted by UN General Assembly resolution 2200A (XXI) of 16 December 66, entry into force 23 March 76, art. 17.

\158\ For additional discussion of concerns about privacy in this context, see, e.g., Human Rights Watch, ``China: Voice Biometric Collection Threatens Privacy,'' 22 October 17; Human Rights Watch,

``China: Police `Big Data' Systems Violate Privacy, Target Dissent,''
19 November 17; Paul Mozur, ``Internet Users in China Expect To Be
Tracked. Now, They Want Privacy,'' New York Times, 4 January 18.
    \159\ Pei Li and Cate Cadell, ``China Eyes `Black Tech' To Boost
Security as Parliament Meets,'' Reuters, 10 March 18. See also Shannon
Liao, ``Chinese Police Are Expanding Facial Recognition Sunglasses
Program,'' The Verge, 12 March 18.
    \160\ Pei Li and Cate Cadell, ``China Eyes `Black Tech' To Boost
Security as Parliament Meets,'' Reuters, 10 March 18.
    \161\ Ibid.; Charles Rollet, ``In China's Far West, Companies Cash
in on Surveillance Program That Targets Muslims,'' Foreign Policy, 13
June 18.
    \162\ ``Voice Recognition Technology Helps the Establishment of
China's Network Identity Recognition'' [Shengwen renzheng jishu zhuli
woguo wangluo shenfen renzheng jianshe], Xinhua, 19 March 18; Human
Rights Watch, ``China: Voice Biometric Collection Threatens Privacy,''
22 October 17.
    \163\ ``Voice Recognition Technology Helps the Establishment of
China's Network Identity Recognition'' [Shengwen renzheng jishu zhuli
woguo wangluo shenfen renzheng jianshe], Xinhua, 19 March 18; Human
Rights Watch, ``China: Voice Biometric Collection Threatens Privacy,''
22 October 17.
    \164\ Jilin Province Public Security Bureau, ``Jilin Public
Security Smart Voice Strategy Cooperative Agreement Signing Ceremony
Held at Provincial Public Security Bureau, Hu Jiafu Attends Signing
Ceremony and Delivers Remarks'' [Jilin gong'an zhineng yuyin zhanlue
hezuo xieyi qianyue yishi zai sheng gong'an ting juxing, hu jiafu chuxi
qianyue yishi bing jianghua], 21 August 17; Nanling Judicial Bureau,
``Nanling Judicial Bureau `Audio-Visual Integration' Strengthens
Technological Supervision'' [Nanling sifa suo ``shengxiang jiehe''
qianghua keji jianguan], reprinted in Fujian Provincial Leading Small
Group on Governing the Province in Accordance With the Law, 2 May 18.
    \165\ Human Rights Watch, ``China: Big Data Fuels Crackdown in
Minority Region,'' 26 February 18; Josh Chin, ``About To Break the Law?
Chinese Police Are Already on to You,'' Wall Street Journal, 27
February 18.
    \166\ Human Rights Watch, ``China: Visiting Officials Occupy Homes
in Muslim Region,'' 13 May 18; ``China Sets Up `Big Data' System for
Preventive Policing in Xinjiang: Report,'' Radio Free Asia, 27 February
18.
    \167\ Human Rights Watch, ``China: Minority Region Collects DNA
From Millions,'' 13 December 17.
    \168\ Josh Chin, ``About To Break the Law? Chinese Police Are
Already on to You,'' Wall Street Journal, 27 February 18.
    \169\ Human Rights Watch, ``China: Big Data Fuels Crackdown in
Minority Region,'' 26 February 18; Josh Chin, ``About To Break the Law?
Chinese Police Are Already on to You,'' Wall Street Journal, 27
February 18; UN Office of the High Commissioner for Human Rights,
Working Group on Arbitrary Detention, Fact Sheet No. 26, May 2000, sec.
IV(B).
    \170\ ``Supreme People's Court Work Report'' [Zuigao renmin fayuan
gongzuo baogao], 9 March 18. See also PRC Criminal Law [Zhonghua renmin
gongheguo xing fa], passed 1 July 79, amended 14 March 97, effective 1
October 97, amended 25 December 99, 31 August 01, 29 December 01, 28
December 02, 28 February 05, 29 June 06, 28 February 09, 25 February
11, 29 August 15, 4 November 17, art. 48.
    \171\ Amnesty International, ``Death Sentences and Executions
2017,'' 2018, 20.
    \172\ Ibid. See also Dui Hua Foundation, ``How Transparency in
Death Penalty Cases Can Reduce Wrongful Convictions,'' Dui Hua Human
Rights Journal, 22 August 17.
    \173\ Moulin Xiong and Michelle Miao, ``Miscarriages of Justice in
Chinese Capital Cases,'' Hastings International and Comparative Law
Review, Vol. 41, No. 3 (Summer 2018), 279; Liu Renwen, ``Can Lawyers Be
Directly Notified of the Results of Death Penalty Reviews? '' [Sixing
fuhe jieguo kefou zhijie tongzhi lushi], Southern Weekend, 9 September
17; Xu Lanting and Yang Tuo, ``The Significance of Complete Coverage of
Criminal Defense Lawyers Is Great, Its Influence Far-Reaching and
Profound'' [Xingshi lushi bianhu quanfugai yiyi zhongda, yingxiang
shenyuan], Legal Daily, 17 October 17; Supreme People's Court and
Ministry of Justice, Measures Regarding Launching the Pilot Work of
Complete Coverage of Defense Counsel in Criminal Cases [Guanyu kaizhan

**AR-1308**

xingshi anjian lushi bianhu quan fugai shidian gongzuo de banfa],
issued and effective 11 October 17.

\174\ Alice Yan, ``10 People Sentenced to Death for Drug Crimes in
Southern China,'' South China Morning Post, 5 January 18; Benjamin
Haas, ``Public Death Sentences for 10 People Show China's
Desperation,'' Guardian, 19 December 17.

\175\ Zhuang An, ``Lufeng, Guangdong Convenes Sentencing Gathering:
10 People Sentenced to Death, Taken to Execution Ground for Execution
After Sentencing'' [Guangdong lufeng zhaokai xuanpan dahui: 10 ren bei
pan sixing, xuanpan hou ya fu xingchang zhixing], The Paper, 17
December 17.

\176\ PRC Criminal Procedure Law [Zhonghua renmin gongheguo xingshi
susong fa], passed 1 July 79, amended 17 March 96, 14 March 12,
effective 1 January 13, art. 252. See also Supreme People's Court,
Supreme People's Procuratorate, and Ministry of Public Security,
Circular Regarding the Civilized Management of Criminals Held in
Detention Centers According to Law [Zuigao renmin fayuan zuigao renmin
jianchayuan gong'an bu guanyu yifa wenming guanli kanshousuo zaiya
renfan de tongzhi], 14 November 92, para. 5.

\177\ PRC Criminal Procedure Law [Zhonghua renmin gongheguo xingshi
susong fa], passed 1 July 79, amended 17 March 96, 14 March 12,
effective 1 January 13, arts. 235, 236.

\178\ ``Verdict Announced in Linfen Intermediate Court Trial of
First Instance in Zhang Zhongsheng Case Involving Bribery and Large
Sums of Money From Unidentified Source, Defendant Sentenced to Death
and Has All Personal Assets Confiscated'' [Zhang zhongsheng shouhui,
ju'e caichan laiyuan buming an zai linfen zhongyuan yishen xuanpan,
beigaoren bei panchu sixing, bingchu moshou geren quanbu caichan],
Xinhua, 28 March 18; Jane Cai, ``Death Penalty for `Godfather' of
Chinese Coal Mining Town Over US$160 Million in Bribes,'' South China
Morning Post, 29 March 18.

\179\ Jane Cai, ``Death Penalty for `Godfather' of Chinese Coal
Mining Town Over US$160 Million in Bribes,'' South China Morning Post,
29 March 18.

\180\ Although the Chinese government has promulgated rules to
regulate the sourcing of organs, it has not outlawed sourcing organs
from executed prisoners. PRC Criminal Law [Zhonghua renmin gongheguo
xing fa], passed 1 July 79, amended 14 March 97, effective 1 October
97, amended 25 December 99, 31 August 01, 29 December 01, 28 December
02, 28 February 05, 29 June 06, 28 February 09, 25 February 11, 29
August 15, 4 November 17, art. 234-1. The PRC Criminal Law prohibits
organized trading of organs, the removal of organs without consent, and
the inducement of another to donate organs by fraud or coercion. State
Council, Regulations on Human Organ Transplants [Renti qiguan yizhi
tiaoli], issued 31 March 07, effective 1 May 07, arts. 7, 21. The State
Council's Regulations on Human Organ Transplants prohibit medical
facilities from charging a fee for the transplanted organ. Ministry of
Health, Certain Provisions on Standardizing Live Organ Transplantation
[Weishengbu guanyu guifan huoti qiguan yizhi de ruogan guiding], issued
and effective 28 December 09. In general, the Ministry of Health's
Certain Provisions on Standardizing Live Organ Transplantation
implement the State Council's Regulations on Human Organ Transplants.
National Health and Family Planning Commission, Regulations on
Administering Procurement and Distribution of Human Organ Donations
(Trial) [Renti juanxian qiguan huoqu yu fenpei guanli guiding
(shixing)], issued 1 August 13, effective 1 September 13, arts. 5, 6.
The trial Regulations on Administering Procurement and Distribution of
Human Organ Donations create organ procurement organizations in every
provincial-level administrative jurisdiction and require them to
register procured organs in a national registry. For background
information on organ harvesting from executed prisoners and organ
harvesting in China generally, see China Organ Harvest Research Center,
``Transplant Abuse in China Continues Despite Claims of Reform,'' July
2018.

\181\ `` `Chinese Model' for Managing Organ Transplants Receives
Approval'' [Qiguan yizhi guanli ``zhongguo moshi'' huo kending],
Xinhua, 15 March 18.

\182\ ``China Saved 100 Organ Trafficking Victims During Crackdown,
Vatican Conference Is Told,'' Associated Press, reprinted in South
China Morning Post, 15 March 18.

**AR-1309**

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPO... Page 114 of 316

Case 3:20-cv-05910-LB Document 77-3 Filed 10/01/20 Page 30 of 46
WeChat Appendix F Footnote-H9 - Congressional-Executive Commission on China Annual Report 2018

Freedom of
Religion
Freedom of
Religion

Freedom of Religion

International and Chinese Law on Religious Freedom

    Both Chinese and international law provide guarantees of
religious freedom. Despite these guarantees, the Commission
continued to observe widespread and systematic violation of the
principles of religious freedom during the 2018 reporting year,
as Chinese authorities exercised broad discretion over
religious practice.
    Under international law, freedom of religion or belief
encompasses both the right to form, hold, and change
convictions, beliefs, and religions--which cannot be
restricted--and the right to outwardly manifest those beliefs--
which can be limited for certain, specific justifications.\1\
These principles are codified in various international
instruments, including the Universal Declaration of Human
Rights and the International Covenant on Civil and Political
Rights (ICCPR).\2\ China has signed \3\ and stated its intent
to ratify \4\ the ICCPR, which obligates China to refrain in
good faith from acts that would defeat the treaty's purpose.\5\
    Article 36 of China's Constitution guarantees citizens
``freedom of religious belief'' and protection for ``normal
religious activities.'' \6\ With essential terms such as
``normal'' undefined, it is unclear whether China's
Constitution protects the same range of belief and outward
manifestation that is recognized under international law.\7\ In
other ways, however, China's Constitution and other legal
provisions \8\ join the ICCPR in prohibiting discrimination
based on religion \9\ and loosely parallel the ICCPR's
prohibition on coercion \10\ by forbidding state agencies,
social organizations, and individuals from compelling citizens
to believe or not believe in any religion.\11\
    China's Constitution prohibits ``making use of religion to
engage in activities that disrupt social order, impair the
health of citizens, or interfere with the educational system of
the State.'' \12\ The ICCPR does allow State Parties to
restrict outward manifestations of religion or belief, but such
restrictions must be ``prescribed by law and . . . necessary to
protect public safety, order, health, or morals or the
fundamental rights and freedoms of others.'' \13\

    Policies and Regulations Pertaining to Religious Freedom

    The importance of ``religious work'' \14\ to the Chinese
Communist Party agenda has undergone an ``unprecedented
increase'' with ``major innovations'' under Party General
Secretary Xi Jinping, according to an article published a few
weeks before the October 2017 19th Party Congress \15\ in the
major Party journal Seeking Truth (Qiushi). Party and
government officials emphasized several key policy principles
in religious affairs during this past year:

        ``Actively guiding religions to adapt to
    socialist society.'' \16\ As explained by Party and
    government sources, this means ``guiding'' religious
    groups to support Party leadership and the political
    system.\17\ The State Council Information Office stated
    in an April 2018 white paper that this principle also
    includes ensuring that religious believers are
    ``subordinate to and serve the overall interests of the
    nation and the Chinese people.'' \18\
        ``Sinicization.'' Party and government
    officials continued to develop and promote policies
    aimed at shaping religious practice in China to promote
    and assimilate to a Chinese cultural identity.\19\ One

**AR-1310**

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPO... Page 115 of 316

Case 3:20-cv-05910-LB Document 77-3 Filed 10/01/20 Page 31 of 46
WeChat Appendix F Footnote F9 - Congressional-Executive Commission on China Annual Report 2018

policy document from the State Administration for Religious Affairs called for interpreting religious teachings and doctrines in ways that conform to ``China's outstanding traditional culture,'' promoting patriotic education and activities within religious communities, and impelling the religious communities to exhibit Chinese ``characteristics'' and ``style'' in religious thinking, institutions, rituals, behavior, and architecture, among other aspects.\20\ Party and government officials also continued to develop policies to resist the perceived threat of foreign forces that use religion to `infiltrate'' Chinese society.\21\ According to international experts on Chinese religion, officials view Christianity, Islam, and Tibetan Buddhism as retaining undue foreign influence while considering Chinese Buddhism and Taoism to be integrated with Chinese culture.\22\ Official pronouncements also identified ``extremism'' as a particular problem that officials should address within Islam.\23\

 Promoting religion as an instrument for implementing official policy objectives. Party and government policy encouraged use of religious groups to facilitate communication and connection with other countries, particularly those hosting Belt and Road Initiative projects.\24\ Policy plans included cooperation with Russia and Central Asian countries on ``anti-extremism'' efforts.\25\ In addition, Party and government policy documents directed officials to encourage religious groups to provide social services to complement central government poverty alleviation efforts.\26\

    The increased attention to religious affairs under Party General Secretary Xi Jinping is part of a ``hardline turn'' in the Party's ``united front work,'' according to an Australian scholar specializing in Chinese political institutions.\27\ Led through the Party's United Front Work Department (UFWD), ``united front work'' involves bringing elements of society outside of the Party under its control with the aim of preventing the independent organization of civil society.\28\ The Party under Xi has viewed ``united front work'' with renewed urgency given the increased complexity of society and the growth of new groups such as religious communities \29\ in the decades since China's economic marketization.\30\ A Hong Kong-based scholar notes, for example, that Party officials have concerns about the growing number of Christian believers in China and the level of organization within the community.\31\
    In March 2018, the Party's sweeping reorganization plan for Party and government institutions included a provision directing the Party's UFWD to take over the government agency responsible for religious affairs at the national level, making the national-level UFWD directly responsible for administering policies pertaining to religion in China.\32\ The UFWD would continue to use the government agency's name--the State Administration for Religious Affairs--when interacting with outside entities.\33\ The stated rationale for the restructuring was to unify and strengthen the Party's control over ``religious work.'' \34\ Even prior to the change, the UFWD, under the Party's Central Committee, had been responsible for developing Party policies on religion and connecting with religious groups and leaders on behalf of the Party.\35\ At a July 2018 meeting involving key leaders of the UFWD and state-sanctioned religious groups, the latter issued a proposal for religious venues to fly the Chinese flag and organize activities involving the flag to encourage religious believers to ``strengthen their identification with the Party and the nation in politics, thought, and feeling.'' \36\
    As of September 2018, the Commission did not observe reports of changes in responsibility for religious affairs administration at the local level, where local government

AR-1311

bureaus have been responsible for managing religious affairs.\37\ These religious affairs agencies have effective authority over the state-sanctioned ``patriotic'' religious associations that act as liaisons between the government and practitioners of the five ``main'' religions in China,\38\ while the UFWD vets the association leaders.\39\ Public security bureaus are generally responsible for enforcement of laws against religious activity authorities deem illegal.\40\

The Chinese government's regulatory framework for religion imposed increased restrictions on religious freedom after revisions to the Regulations on Religious Affairs took effect on February 1, 2018.\41\ The revisions increased official control and scrutiny over religious activity, including newly explicit prohibitions on groups, schools, and venues from engaging in or hosting religious activities unless they have been officially designated as religious (Article 41) and on clergy acting as religious professionals without official certification (Article 36).\42\ The revisions also established new legal responsibilities and penalties for violations of the regulations, including fining those who ``provide the conditions'' for unauthorized religious activities (Article 71).\43\ Religious believers \44\ and academic experts \45\ predicted that the restrictions would increase official pressure on religious groups, particularly those not registered with the government--many groups refuse to register because registration requires submitting to the direction of a state-sanctioned patriotic religious association.\46\ In contrast, some registered religious groups may be able to operate more independently of patriotic religious associations due to the revisions allowing registered religious groups to apply for status as legal persons, according to one U.S.-based scholar of Chinese religion and society--without separate legal identities, registered groups have relied on their affiliated patriotic religious association to open bank accounts and sign contracts on their behalf.\47\ In addition, one expert on Chinese religion opined about the potential for increased control over the religious gatherings of non-Chinese citizens in China after the State Administration for Religious Affairs released a draft revision to the provisions regulating such activities in May 2018.\48\ The proposed revisions would restrict foreign citizens' religious freedom by, for example, requiring their religious activities to be approved and facilitated by state-sanctioned religious organizations and registered with local religious affairs administrators if they involve more than 50 people; the revisions would also prohibit Chinese citizens from participating excepting those chosen by state-sanctioned religious organizations to jointly administer such activities.\49\

Other laws and Party policies also continued to restrict citizens' freedom to hold religious beliefs and practice religion. For example, Article 300 of the PRC Criminal Law criminalizes ``organizing and using a cult to undermine implementation of the law,'' \50\ and the PRC National Security Law prohibits ``the use of religion to conduct illegal criminal activities that threaten state security.'' \51\ The latter also contains mandates to ``maintain the order of normal religious activities,'' ``oppose the interference of foreign influence into domestic religious affairs,'' and ``suppress cult organizations.'' \52\ State media declared the importance of adhering to the long-standing \53\ ban on religious belief for Party members,\54\ warning that religious beliefs had been implicated in many Party discipline cases in recent years.\55\ Local-level Party organizations issued notices warning Party members and their families that they would face sanctions for participating in any event related to Christmas Eve or other activities associated with ``Western religions,'' \56\ with prohibitions reportedly extending to state-owned enterprise employees.\57\ One international law expert has noted that because Party membership to a large degree determines the extent to which citizens may participate in public life, the ban constitutes discrimination against religious believers and a violation of freedom of religious belief.\58\

**AR-1312**

### Buddhism (Non-Tibetan) and Taoism

Government and Party officials rarely targeted Chinese Buddhist and Taoist communities with direct suppression--both are considered to be relatively compliant with Party and government leadership, and compatible with the official promotion of traditional Chinese culture.\59\ A large number of Chinese citizens engage in Buddhist and Taoist practices, with estimates of around 244 million Buddhists as of 2010,\60\ and 173 million citizens engaging in some Taoist practices as of 2007.\61\ [For information on Tibetan Buddhism, see Section V--Tibet.] Chinese Buddhist and Taoist communities are subject to extensive regulation and control by officials: government authorities connected with local religious affairs bureaus are involved with the administration of officially sanctioned temples; all candidates for the clergy must obtain the approval of the local patriotic association and religious affairs bureau for ordination; \62\ and Buddhist ordinations themselves are restricted by the state-run patriotic associations.\63\ The head of the Buddhist Association of China (BAC), the national-level patriotic association for Buddhists, Shi Xuecheng, resigned in August 2018 after two female supervisory chancellors released a report documenting claims that he had sexually harassed female disciples.\64\ The State Administration for Religious Affairs directed the BAC to subject Xuecheng to severe disciplinary sanctions after verifying some of the harassment claims and announced that local authorities would continue to investigate other allegations of illegal building construction, mismanagement of funds, and sexual assault.\65\ International media reported that official control over ordinations and resources for religious institutions has created disparities between different Buddhist traditions driven by official political priorities, noting that Theravada Buddhist temples and schools in particular are under-resourced and lacking in clergy.\66\

Official regulations also included restrictions that may violate state neutrality with regard to religion--in November 2017, the State Administration for Religious Affairs and 11 other central Party and government departments issued a joint opinion on combating commercialization in Buddhism and Taoism to avoid negative effects on ``the healthy development of [the two religions'] dissemination.'' \67\ The opinion outlined a series of measures such as prohibitions on commercial investment in religious venues, construction of large outdoor statues, and local government promotion of religious sites for tourism and economic development purposes.\68\ Overseas observers noted that the campaign against commercialization in religion demonstrates shifting government priorities under Xi Jinping away from economic development \69\ and toward bolstering the credibility of Buddhism and Taoism so that indigenous religions embodying Chinese culture and values may serve as a bulwark against ``infiltration'' of other values via religions perceived as foreign.\70\ One human rights expert has noted that when a state distinguishes between proper and improper conduct in order to uphold religious standards or to enhance the legitimacy of particular religions as against others, it violates the state neutrality necessary to maintain the free exercise of religious freedom.\71\

### Christianity--Catholicism

The number of Catholics is estimated to be around 10.5 million,\72\ with the State Council Information Office reporting in 2018 that
6 million Catholics were part of officially sanctioned congregations.\73\ Chinese officials impede the freedom under international standards \74\ for Chinese Catholic congregations to be led by clergy who are selected and who conduct their ministry as called for by Catholic religious beliefs. Officials continued to insist that bishops be ``self-selected and self-ordained'' \75\--that is, selected through patriotic religious

**AR-1313**

organizations in consultation with government and Party officials, and then ordained by Chinese bishops.\76\ Many Chinese Catholics, sometimes known as ``underground Catholics,'' avoid the ministry of such bishops because they believe legitimate ecclesiastical authority can be conferred only by the Pope's mandate,\77\ and they also object to affiliation with the patriotic religious association for Chinese Catholics, the Catholic Patriotic Association (CPA).\78\ The Holy See has declared the CPA ``incompatible with Catholic doctrine'' because it claims authority over Chinese bishops and their church communities while being backed by the Chinese government and maintaining independence from the Holy See.\79\ Foreign media reported that local officials pressured underground Catholic leaders to join the CPA in Fujian, Gansu, Hebei, and Zhejiang provinces, in some cases by holding bishops in official custody for periods ranging from one to seven months.\80\

The Chinese government and the Holy See continued \81\ negotiations regarding control over the system of bishop appointments. In September 2018, the Wall Street Journal reported that an agreement was imminent.\82\ Under the deal, Chinese authorities would nominate future Chinese bishops that the Holy See would be able to veto.\83\ The Holy See would also recognize seven ``illegitimate bishops'' approved by the state; \84\ the Holy See had directed two underground bishops to step down to make way for two of these state-backed bishops in December 2017.\85\ Both sides reportedly agreed not to publish the agreement after its signing.\86\ As of mid-September the deal was not yet finalized, but Chinese Catholics had expressed concerns in reaction to earlier reports of an impending agreement that the Holy See would make concessions that would weaken and further divide the Chinese Catholic community.\87\

Authorities in some locales took repressive actions against state-sanctioned Catholic communities. In June 2018, religious affairs officials recommended that the diocese for Shijiazhuang municipality, Hebei province, disqualify a priest for leading a pilgrimage, citing the government's ``sinicization'' campaign and the revised Regulations on Religious Affairs' prohibition on ``unauthorized religious activities.'' \88\ In June through August, officials dismantled a popular pilgrimage site in Henan province \89\ and demolished two Catholic churches in Jinan municipality, Shandong province.\90\ At the national level, the two state-sanctioned national religious organizations for Catholics issued instructions to all local dioceses under their purview to report on local plans for implementation of the five-year plan passed in May 2018 to ``sinicize'' Catholicism in China.\91\ The ``sinicization'' of Catholicism has been described by one top government official as adapting interpretations of Catholic doctrine to what is required by Chinese development and traditional culture.\92\

### Christianity--Protestantism

Party and government officials maintained restrictions on the religious activities of Chinese Protestants, estimated to number around 60 to 80 million,\93\ with some believers facing harassment, surveillance, detention, imprisonment, and other abuse because of their religious activities. A U.S.-based organization that advocates for religious freedom, ChinaAid Association, reported that both instances of official persecution and the number of believers affected had increased in 2017 from the prior year.\94\ Academic experts on Chinese religion and society stated that the continued escalation of repression was due in part to concern by Party officials that Christian communities pose a challenge to the Party's monopoly on political power.\95\

Under the ``sinicization'' campaign promoted by Chinese Communist Party General Secretary Xi Jinping, officials have sought to bring Protestant communities into alignment with Party interests and ideology by tightening control over registered, state-sanctioned Protestant groups and using harsh measures to pressure unregistered groups into submitting to

**AR-1314**

government scrutiny and regulation. Measures implemented that have increased official control over officially sanctioned Protestant churches in some local areas included the installation of surveillance cameras,\96\ ordering cross removals from church buildings,\97\ and the establishment of official village-level groups to monitor religious activities.\98\ Under Xi's leadership, officials planned to extend further influence over religious affairs and activities of registered Protestant communities.\99\ In March 2018, for example, the two state-sanctioned national religious organizations for Protestants released a joint five-year plan to promote the ``sinicization'' of Protestantism that included developing theological interpretations of the Bible compatible with the Chinese political system and training ``politically reliable'' and ``morally convincing'' religious leaders.\100\ In a move affecting both Catholic and Protestant Christian believers, Chinese officials reportedly issued a notification to large online retailers prohibiting online sales of the Bible beginning March 30, 2018.\101\ A number of leaders of officially sanctioned Protestant groups who had been prosecuted and sentenced after protesting official measures against their churches in the past remained in prison.\102\

Unregistered church communities (commonly referred to as ``house churches'') faced additional persecution as officials sought to pressure them into registering under the auspices of a patriotic religious association.\103\ As in previous years,\104\ Protestant house churches continued to face raids during church gatherings \105\ and eviction from meeting spaces.\106\ In January 2018, authorities in Shanxi province demolished the Golden Lampstand Church, with a congregation of 50,000.\107\ In Henan province, authorities reportedly banned at least 100 house churches from meeting after the revised Regulations on Religious Affairs went into effect in February 2018, and also destroyed religious iconography in believers' homes.\108\ In July 2018, the Beijing municipal government reportedly issued an order for lower-level governments to conduct investigations of Protestant churches with the cooperation of local public security officials.\109\ Authorities also reportedly subjected some believers to harassment \110\ and detention.\111\ Also in July, officials in Xinyu municipality, Jiangxi province, reportedly ordered house churches to remove crosses and hang the national flag or portraits of Xi Jinping within their buildings, while also banning minors from attending church.\112\ In one major incident in May 2018, local authorities detained more than 200 members of Early Rain Covenant Church in Chengdu municipality, Sichuan province, prior to a planned memorial service for the victims of the 2008 Wenchuan earthquake in Wenchuan county, Aba (Ngaba) Tibetan and Qiang Autonomous Prefecture, Sichuan.\113\

In several locations, authorities in Yunnan province continued \114\ to detain and prosecute house church members on charges of ``organizing and using a cult to undermine implementation of the law,'' under Article 300 of the PRC Criminal Law. Since October 2016, around 200 people reportedly have been detained, six of whom were sentenced in December 2017.\115\ In a report directed at the Yunnan province-level group responsible for Party discipline inspection, one county-level Party committee described cult prevention activities as one of several measures aimed at ``rectifying the inadequate implementation of the ideological work responsibility system.'' \116\ Other measures in the same category included a ``clean-up campaign aimed at foreign non-governmental organizations (NGOs) and foundations.'' \117\ In May 2018, the provincial state-sanctioned religious organizations for Protestants in Zhejiang province issued a statement banning one house church for promoting an ``illegal'' religion.\118\


Falun Gong


As in previous years, authorities continued to detain Falun Gong practitioners and subject them to harsh treatment.\119\ Due to government suppression, it is difficult to determine the

number of Falun Gong practitioners in China.\120\ Authorities
commonly prosecute Falun Gong practitioners under Article 300
of the PRC Criminal Law; the U.S.-based NGO Dui Hua Foundation
noted that Falun Gong practitioners made up the majority of the
800 people convicted under the provision in cases from 2017
available in judicial databases.\121\ Human rights
organizations \122\ and Falun Gong practitioners documented
coercive and violent practices against practitioners during
custody, including physical violence,\123\ forced drug
administration,\124\ sleep deprivation,\125\ and other forms of
torture.\126\ In December 2017, the Epoch Times, a U.S.-based
news organization affiliated with Falun Gong, reported 29
confirmed deaths of Falun Gong practitioners in 2017 due to
abuse by officials.\127\

     Several international organizations expressed concern over
reports that numerous organ transplants in China have used the
organs of detained prisoners, including Falun Gong
practitioners.\128\ Medical professionals and international
advocacy organizations disputed Chinese health officials'
claims that organ procurement systems have been reformed in
compliance with international standards, citing ethical
concerns about organ sourcing raised by short wait times for
organ transplants and discrepancies in data on organ
transplants.\129\

                              Islam

     This past year, official restrictions on the religious
freedom of the 10.5 million \130\ Hui Muslim believers
increased.\131\ In a speech before the Chinese People's
Political Consultative Conference, the head of the China
Islamic Association (IAC),\132\ the patriotic religious
association for Chinese Muslims,\133\ stressed the importance
of ``sinicizing'' Islam, which he described as adapting Islamic
religious practice to support patriotism and the realization of
the ``great rejuvenation of Chinese civilization'' and the
``Chinese dream'' while rejecting extremism.\134\ In Yinchuan
municipality, the capital of Ningxia Hui Autonomous Region, a
region with a high concentration of Hui Muslim believers, the
local government reportedly launched a ``rectification
campaign'' that has included the removal of ``Arabic style''
domes and decor from mosques and other buildings, prohibitions
on calls to prayer, removal of the Quran and books on Islam
from retail shops, and the closure of schools teaching
Arabic.\135\ In Linxia Hui Autonomous Prefecture, Gansu
province, local officials signed a pledge to prevent
individuals or groups that would otherwise ``support, permit,
organise or guide minors towards entering mosques for Koranic
study or religious activities''; local Hui Muslim believers
expressed distress that their religious traditions might not be
passed on to future generations because of the
prohibition.\136\ A local county government in Gansu also
banned children in a heavily Muslim area from attending
religious events, reading scripture in classes, or entering
religious venues over the winter holiday, and instructed
students and teachers to ``strengthen political ideology and
propaganda.'' \137\ The Dui Hua Foundation reported in March
2018 that 14 online judgments it had discovered showed that Hui
Muslim believers in the Xinjiang Uyghur Autonomous Region had
been sentenced for ``cult'' or other offenses for ``privately
preaching the Quran.'' \138\ [For more information on Uyghur,
Kazakh, Kyrgyz, Hui, and other Muslim believers, see Section
IV--Xinjiang. For more information on Hui Muslim believers, see
Section II--Ethnic Minority Rights.]
     Ongoing policies included measures requiring Islamic
religious leaders and lay believers to demonstrate their
political reliability. To be officially certified, imams and
other religious personnel must be educated at one of 10 state-
sanctioned Islamic schools or otherwise obtain equivalent
education,\139\ and be vetted by the local religious affairs
bureau and the IAC.\140\ After certification, religious leaders
are required to continue attending political training

**AR-1316**

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPO...  Page 121 of 316

Case 3:20-cv-05910-LB  Document 77-3  Filed 10/01/20  Page 37 of 46
WeChat Appendix F Footnote H9 - Congressional-Executive Commission on China Annual Report 2018

sessions.\141\ An official media outlet reported in August 2018
that Chinese Muslims seeking to carry out the Hajj pilgrimage
would take patriotic education classes required by Chinese
regulations in order to ``enhance their awareness about
safeguarding national unity and resisting separatism and
religious extremism.'' \142\ According to an official media
report, around 11,500 Chinese Muslim believers made the Hajj
pilgrimage in 2018, of whom around 3,300 participants received
GPS tracking devices as part of a pilot program allowing IAC
organizers to monitor their location in real time throughout
the pilgrimage.\143\ According to the manufacturer, the device
was jointly designed by the State Administration for Religious
Affairs and the IAC.\144\

                    Other Religious Communities

    Religious communities outside of the five religions that
are the main objects of official regulation \145\ continued to
exist in China, with some continuing to enjoy tacit recognition
and support. For example, the government acknowledged in a 2018
report on freedom of religious belief that ``large numbers'' of
Chinese citizens hold folk beliefs,\146\ and some local
governments have taken measures to recognize folk religious
sites.\147\ Eastern Orthodox Christian communities have also
been recognized to varying degrees at the local government
level.\148\ Other religious groups, such as The Church of the
Almighty God, faced suppression from authorities--in July 2018,
a local court in Heilongjiang province tried an unknown number
of believers from this group for ``organizing and using a cult
to undermine implementation of the law.'' \149\

                                          Freedom of
                                           Religion
                                  Freedom of
                                   Religion
        Notes to Section II--Freedom of Religion

    \1\ Paul M. Taylor, Freedom of Religion: UN and European Human
Rights Law and Practice (New York: Cambridge University Press, 2005),
19, 24, 203-04.
    \2\ Universal Declaration of Human Rights, adopted and proclaimed
by UN General Assembly resolution 217A (III) of 10 December 48, art.
18; International Covenant on Civil and Political Rights (ICCPR),
adopted by UN General Assembly resolution 2200A (XXI) of 16 December
66, entry into force 23 March 76, art. 18. Article 18 of the ICCPR
upholds a person's right to ``have or adopt a religion or belief'' and
the freedom to manifest that religion or belief ``in worship,
observance, practice and teaching.'' Article 18 also prohibits coercion
that impairs an individual's freedom to freely hold or adopt a religion
or belief. See also Declaration on the Elimination of All Forms of
Intolerance and of Discrimination Based on Religion or Belief,
proclaimed by UN General Assembly resolution 36/55 of 25 November 81.
    \3\ International Covenant on Civil and Political Rights (ICCPR),
adopted by UN General Assembly resolution 2200A (XXI) of 16 December
66, entry into force 23 March 76; United Nations Treaty Collection,
Chapter IV, Human Rights, International Covenant on Civil and Political
Rights, last visited 29 June 18. China has signed but not ratified the
ICCPR.
    \4\ State Council Information Office, ``National Human Rights
Action Plan of China (2016-2020)'' [Guojia renquan xingdong jihua
(2016-2020 nian)], 29 September 16, sec. 5. The Chinese government
stated its intent to ratify the ICCPR in its 2016-2020 National Human
Rights Action Plan. See also State Council Information Office,
``Progress in China's Human Rights in 2012,'' May 2013, chap. VI;
People's Republic of China and European Union, ``Joint Statement of the
12th China-EU Summit,'' reprinted in Ministry of Foreign Affairs, 30
November 09, para. 8.
    \5\ United Nations Conference on the Law of Treaties, Vienna
Convention on the Law of Treaties, adopted 23 May 69, entry into force
27 January 80, arts. 18, 26.
    \6\ PRC Constitution, issued 4 December 82, amended 12 April 88, 29

**AR-1317**

March 93, 15 March 99, 14 March 04, 11 March 18, art. 36.

\7\ Ibid.; Liu Peng, ``Crisis of Faith,'' China Security, Vol. 4, No. 4 (Autumn 2008), 30.

\8\ PRC Constitution, issued 4 December 82, amended 12 April 88, 29 March 93, 15 March 99, 14 March 04, 11 March 18, art. 36; State Council, Regulations on Religious Affairs [Zongjiao shiwu tiaoli], issued 30 November 04, amended 14 June 17, effective 1 February 18, art. 2; PRC Labor Law [Zhonghua renmin gongheguo laodong fa], passed 5 July 94, effective 1 January 95, art. 12.

\9\ International Covenant on Civil and Political Rights, adopted by UN General Assembly resolution 2200A (XXI) of 16 December 66, entry into force 23 March 76, art. 26.

\10\ Ibid., art. 18(2).

\11\ PRC Constitution, issued 4 December 82, amended 12 April 88, 29 March 93, 15 March 99, 14 March 04, 11 March 18, art. 36; State Council, Regulations on Religious Affairs [Zongjiao shiwu tiaoli], issued 30 November 04, amended 14 June 17, effective 1 February 18, art. 2.

\12\ PRC Constitution, issued 4 December 82, amended 12 April 88, 29 March 93, 15 March 99, 14 March 04, 11 March 18, art. 36.

\13\ International Covenant on Civil and Political Rights, adopted by UN General Assembly resolution 2200A (XXI) of 16 December 66, entry into force 23 March 76, art. 18; UN Human Rights Committee, General Comment No. 22: Article 18 (Freedom of Thought, Conscience or Religion), CCPR/C/21/Rev.1/Add.4, 30 July 93, para. 8.

\14\ Party Organization, Theory Study Center Group, State Administration for Religious Affairs, ``Innovations in Religious Work Theory and Practice Since the 18th Party Congress'' [Dang de shibada yilai zongjiao gongzuo lilun he shijian chuangxin], Seeking Truth, 15 September 17. See also Ray Wang and Gerry Groot, ``Who Represents? Xi Jinping's Grand United Front Work, Legitimation, Participation and Consultative Democracy,'' Journal of Contemporary China, Vol. 27, Issue 112 (2018). The term ``religious work'' refers to the Communist Party's united front work targeting religious groups. ``United front work'' is the Party's term for activities aimed at facilitating the controlled participation of different social groups to promote Party goals.

\15\ ``Enthusiastic Congratulations to the Chinese Communist Party for the Victorious Commencement of the 19th Party Congress'' [Relie zhuhe zhonggong shijiuda shengli zhaokai], People's Daily, 20 October 17.

\16\ Party Organization, Theory Study Center Group, State Administration for Religious Affairs, ``Innovations in Religious Work Theory and Practice Since the 18th Party Congress'' [Dang de shibada yilai zongjiao gongzuo lilun he shijian chuangxin], Seeking Truth, 15 September 17; State Council Information Office, ``China's Policies and Practices on Protecting Freedom of Religious Belief,'' 3 April 18, sec. I.

\17\ Party Organization, Theory Study Center Group, State Administration for Religious Affairs, ``Innovations in Religious Work Theory and Practice Since the 18th Party Congress'' [Dang de shibada yilai zongjiao gongzuo lilun he shijian chuangxin], Seeking Truth, 15 September 17; State Council Information Office, ``China's Policies and Practices on Protecting Freedom of Religious Belief,'' 3 April 18.

\18\ State Council Information Office, ``China's Policies and Practices on Protecting Freedom of Religious Belief,'' 3 April 18.

\19\ Party Organization, Theory Study Center Group, State Administration for Religious Affairs, ``Innovations in Religious Work Theory and Practice Since the 18th Party Congress'' [Dang de shibada yilai zongjiao gongzuo lilun he shijian chuangxin], Seeking Truth, 15 September 17; State Administration for Religious Affairs, ``State Administration for Religious Affairs 2018 Work Objectives'' [Guojia zongjiao shiwu ju 2018 nian gongzuo yaodian], 14 February 18. See also Yao Songshu, ``China Religious Studies Expert Professor Zhang Zhigang Discusses: The Three Questions of Sinicization of Religion'' [Zhongguo zongjiaoxue zhuanjia zhang zhigang jiaoshou tan: zongjiao zhongguohua de san ge wenti], Christian Times, 6 November 17; Gerry Groot, ``The Rise and Rise of the United Front Work Department Under Xi,'' Jamestown Foundation, China Brief, Vol. 18, Issue 7, 24 April 18.

\20\ State Administration for Religious Affairs, ``State Administration for Religious Affairs 2018 Work Objectives'' [Guojia zongjiao shiwu ju 2018 nian gongzuo yaodian], 14 February 18.

\21\ Party Organization, Theory Study Center Group, State

**AR-1318**

Administration for Religious Affairs, ``Innovations in Religious Work Theory and Practice Since the 18th Party Congress'' [Dang de shibada yilai zongjiao gongzuo lilun he shijian chuangxin], Seeking Truth, 15 September 17; State Administration for Religious Affairs, ``State Administration for Religious Affairs 2018 Work Objectives'' [Guojia zongjiao shiwu ju 2018 nian gongzuo yaodian], 14 February 18.

\22\ Cyrille Pluyette, ``En Chine, le Pouvoir Renforce son Controle sur les Religions,'' Le Figaro, updated 12 December 17, translated in Marc Alves, ``In China's Crackdown on Religions, Buddhism Gets a Pass,'' Worldcrunch, 5 February 18; Eleanor Albert, Council on Foreign Relations, ``Religion in China,'' 15 March 18.

\23\ State Administration for Religious Affairs, ``State Administration for Religious Affairs 2018 Work Objectives'' [Guojia zongjiao shiwu ju 2018 nian gongzuo yaodian], 14 February 18; ``CPPCC Member Yang Faming: Maintain China's Sinicization of Islam'' [Yang faming weiyuan: jianchi woguo zhongguohua fangxiang], Xinhua, 10 March 18.

\24\ Party Organization, Theory Study Center Group, State Administration for Religious Affairs, ``Innovations in Religious Work Theory and Practice Since the 18th Party Congress'' [Dang de shibada yilai zongjiao gongzuo lilun he shijian chuangxin], Seeking Truth, 15 September 17; State Administration for Religious Affairs, ``State Administration for Religious Affairs 2018 Work Objectives'' [Guojia zongjiao shiwu ju 2018 nian gongzuo yaodian], 14 February 18.

\25\ State Administration for Religious Affairs, ``State Administration for Religious Affairs 2018 Work Objectives'' [Guojia zongjiao shiwu ju 2018 nian gongzuo yaodian], 14 February 18.

\26\ Party Organization, Theory Study Center Group, State Administration for Religious Affairs, ``Innovations in Religious Work Theory and Practice Since the 18th Party Congress'' [Dang de shibada yilai zongjiao gongzuo lilun he shijian chuangxin], Seeking Truth, 15 September 17; State Administration for Religious Affairs, ``State Administration for Religious Affairs 2018 Work Objectives'' [Guojia zongjiao shiwu ju 2018 nian gongzuo yaodian], 14 February 18.

\27\ Gerry Groot, ``The Rise and Rise of the United Front Work Department Under Xi,'' Jamestown Foundation, China Brief, Vol. 18, Issue 7, 24 April 18.

\28\ Ibid.

\29\ Ian Johnson, ``How the Top-Heavy Catholic Church Is Losing the Ground Game in China,'' America, 18 September 17; Eleanor Albert, Council on Foreign Relations, ``Religion in China,'' updated 15 March 18.

\30\ Gerry Groot, ``The Rise and Rise of the United Front Work Department Under Xi,'' Jamestown Foundation, China Brief, Vol. 18, Issue 7, 24 April 18.

\31\ Cyrille Pluyette, ``En Chine, le Pouvoir Renforce son Controle sur les Religions,'' Le Figaro, updated 12 December 17, translated in Marc Alves, ``In China's Crackdown on Religions, Buddhism Gets a Pass,'' Worldcrunch, 5 February 18.

\32\ ``Chinese Communist Party Central Committee Issues `Plan for Deepening Reform of Party and Government Agencies' '' [Zhonggong zhongyang yinfa ``shenhua dang he guojia jigou gaige fang'an''], Xinhua, 21 March 18, sec. 1(14).

\33\ Ibid.

\34\ Ibid.

\35\ China Human Rights Lawyers Concern Group, ``Report on Religious Freedom in Mainland China (2016),'' 2016, 38-39; Carsten T. Vala, ``Protestant Christianity and Civil Society in Authoritarian China,'' China Perspectives, No. 2012/3, 1 October 12, 46.

\36\ United Front Work Department, ``National Religious Organizations Jointly Propose Raising the National Flag at Religious Venues'' [Quanguoxing zongjiao tuanti gongtong changyi zai zong jiao huodong changsuo shengguo guoqi], 31 July 18.

\37\ China Human Rights Lawyers Concern Group, ``Report on Religious Freedom in Mainland China (2016),'' 2016, 38-39.

\38\ Vincent Goossaert and David A. Palmer, The Religious Question in Modern China (Chicago: University of Chicago Press, 2011), 153-54, 330. The ``patriotic'' religious associations are state-controlled institutions that represent the five ``main'' religions of China: the Buddhist Association of China, the China Islamic Association, the China Taoist Association, the Chinese Catholic Patriotic Association, the National Conference of Bishops (an organization led by Catholic

clergy), the Three-Self (for ``self-governing, self-financing, and
self-expanding'') Patriotic Movement, and the Chinese Christian Council
(the latter two organizations have overlapping membership and represent
Protestants). According to Goossaert and Palmer, although ``nominally
independent,'' the ``patriotic'' religious associations are effectively
under the authority of the State Council's agency for religious
affairs.

\39\ Ibid., 154.

\40\ Jessica Batke, ``PRC Religious Policy: Serving the Gods of the
CCP,'' Stanford University, Hoover Institution, China Leadership
Monitor, No. 52 (Winter 2017), 14 February 17, 3; Vincent Goossaert and
David A. Palmer, The Religious Question in Modern China (Chicago:
University of Chicago Press, 2011), 330.

\41\ ``Li Keqiang Signs State Council Order Issuing Revised
`Regulations on Religious Affairs' '' [Li keqiang qianshu guowuyuan
ling gongbu xiuding hou de ``zongjiao shiwu tiaoli''], Xinhua, 7
September 17.

\42\ State Council, Regulation on Religious Affairs [Zongjiao shiwu
tiaoli], issued 30 November 04, amended 14 June 17, effective 1
February 18, arts. 36, 41.

\43\ Ibid., art. 71.

\44\ Brent Fulton, ``New Religion Regulations To Take Effect in
February,'' ChinaSource Blog, 13 September 17; ``Regulation on
Religious Affairs To Be Implemented Next Month; Religious Freedom
Further Restricted'' [Zongjiao shiwu tiaoli xiayue shishi zongjiao
ziyou jinyibu shou zhai], Radio Free Asia, 9 January 18; Wang Lude,
``Some Perspectives and Analysis From Several Religious Scholars and
House Church Pastors on the `Draft Revisions to the Regulations on
Religious Affairs (Deliberation Draft)' '' [Guanyu ``zongjiao shiwu
tiaoli xiuding cao'an (songshen gao)'' laizi jiwei zongjiao xuezhe yu
jiating jiaohui muzhe de guandian yu fenxi], Christian Times, 23
September 16.

\45\ Wesley Rahn, ``In Xi We Trust--Is China Cracking Down on
Christianity? '' Deutsche Welle, 19 January 18; ``As China Tightens
Rules on Religion, Unregistered Churches Wince,'' Economist, 17 March
18; Viola Zhou, ``China's Underground Churches Head for Cover as
Crackdown Closes In,'' South China Morning Post, 11 September 17.

\46\ Viola Zhou, ``China's Underground Churches Head for Cover as
Crackdown Closes In,'' South China Morning Post, 11 September 17;
Huoshi (Living Stone) Church Members, ``The Huoshi Church Case--The
Typical Pattern of Government Suppression of House Churches,''
reprinted in ChinaAid, 13 June 17; Sarah Cook, Freedom House, ``The
Battle for China's Spirit: Religious Revival, Repression, and
Resistance Under Xi Jinping,'' February 2017, 53.

\47\ Zheng Leguo, ``The New Religious Affairs Regulations and the
New Challenges for Christianity,'' Chinese Law & Religion Monitor, Vol.
10, No. 1 (January-June 2018), 80-81.

\48\ ``State Administration for Religious Affairs Drafts Provisions
on the Management of the Religious Activities of Foreigners; Ying Fuk
Tsang: Departure From Actual Circumstances'' [Zongjiao shiwu ju niding
waiguoren zongjiao huodong guanli banfa; xing fuzeng: yu xianshi
qingkuang tuojie], Christian Times, 10 May 18; State Administration for
Religious Affairs, Circular Soliciting Public Comment for ``Measures on
the Management of the Group Religious Activities of Foreigners in the
People's Republic of China (Draft for Solicitation of Comments)''
[Guojia zongjiao shiwu ju guanyu ``zhonghua renmin gongheguo jingnei
waiguoren zongjiao huodong guanli banfa (zhengqiu yijian gao)'' gongkai
zhengqiu yijian de tongzhi], 7 May 18.

\49\ State Administration for Religious Affairs, Measures on the
Management of the Group Religious Activities of Foreigners in the
People's Republic of China (Draft for Solicitation of Comments)
[Zhonghua renmin gongheguo jingnei waiguo ren jiti zongjiao huodong
guanli banfa (zhengqiu yijian gao)], 7 May 18, arts. 2, 6, 16.

\50\ PRC Criminal Law [Zhonghua renmin gongheguo xing fa], passed 1
July 79, amended 14 March 97, effective 1 October 04, amended 25
December 99, 31 August 01, 29 December 01, 28 December 02, 28 February
05, 29 June 06, 28 February 09, 25 February 11, 29 August 15, 4
November 17, art. 300.

\51\ PRC National Security Law [Zhonghua renmin gonghe guo guojia
anquan fa], passed and effective 1 July 15, art. 27.

\52\ Ibid.

\53\ Zhu Weiqun, ``Communist Party Members Cannot Believe in

Religion'' [Gongchandang yuan buneng xinyang zongjiao], Seeking Truth, 15 December 11.

\54\ Chen Xi, ``Must Use Exceptional Political Standards To Cultivate Top Cadres'' [Peiyang xuanba ganbu bixu tuchu zhengzhi biaozhun], People's Daily, 16 November 17.

\55\ Yu Qingchu, ``How Can One Worship Ghosts and Spirits While Believing in Marxism-Leninism? '' [Xin malie qi neng bai guishen], People's Daily, 12 October 17.

\56\ Hengyang Municipality Commission for Discipline Inspection, ``Notice on the Strict Prohibition of Party Members and Cadres on Participating in Christmas Eve or Christmas Holiday Gatherings and Parties'' [Guanyu yanjin dangyuan ganbu canjia ping'an ye shengdan jie juhui kuanghuan de tongzhi], 11 December 17, reprinted in China Digital Times, 20 December 17; Xiao Yu, ``No Doing as One Pleases on Christmas Eve; CCP Members Strictly Prohibited From Celebrating `Western Holidays' '' [Ping'an ye bude renxing, zhonggong dangyuan yanjin guo ``yang jie''], Voice of America, 21 December 17.

\57\ Xiao Yu, ``No Doing as One Pleases on Christmas Eve; CCP Members Strictly Prohibited From Celebrating `Western Holidays' '' [Ping'an ye bude renxing, zhong gong dang yuan yanjin guo ``yang jie''], Voice of America, 21 December 17.

\58\ Carolyn M. Evans, ``Chinese Law and the International Protection of Religious Freedom,'' University of Melbourne Faculty of Law, Public Law and Legal Theory Research Paper No. 36 (2002), 20.

\59\ Cyrille Pluyette, ``En Chine, le Pouvoir Renforce son Controle sur les Religions,'' Le Figaro, updated 12 December 17, translated in Marc Alves, ``In China's Crackdown on Religions, Buddhism Gets a Pass,'' Worldcrunch, 5 February 18; Eleanor Albert, Council on Foreign Relations, ``Religion in China,'' 15 March 18. See also Andre Laliberte, ``Buddhist Revival Under State Watch,'' Journal of Current Chinese Affairs, 2011, 11-12.

\60\ Pew Research Center, ``Pew-Templeton Global Religious Futures Project--China,'' last visited 4 September 18. See also Zhe Ji, ``Chinese Buddhism as a Social Force: Reality and Potential of Thirty Years of Revival,'' Chinese Sociological Review, Vol. 45, No. 2 (January 2012), 10-12. Quantitative assessments for the total number of Buddhists are difficult because Buddhist religious identity does not need to be formalized within a particular institution and may overlap with other religious practices.

\61\ Katharina Wenzel-Teuber, ``2015 Statistical Update on Religions and Churches in the People's Republic of China,'' China Heute, No. 1 (2016), translated in Religions & Christianity in Today's China, Vol. 6, No. 2 (2016), 25.

\62\ State Administration for Religious Affairs, National Measures for Regulating Chinese Buddhist Temples and Monasteries [Quanguo hanchuan fojiao siyuan guanli banfa], 20 December 10. See also Zi Yang, ``The Soft Power Limits of Chinese Theravada Buddhism,'' The Diplomat, 15 August 17; Sarah Cook, Freedom House, ``The Battle for China's Spirit: Religious Revival, Repression, and Resistance Under Xi Jinping,'' February 2017, 32-33; Vincent Goossaert and David A. Palmer, The Religious Question in Modern China (Chicago: University of Chicago Press, 2011), 332-33.

\63\ Buddhist Association of China, Measures for the Management of Monastic Vows in National Chinese Buddhist Monasteries [Quanguo hanchuan fojiao siyuan chuanshou santan dajie guanli banfa], issued 15 September 00, amended 3 November 11, 20 September 16.

\64\ Echo Huang, ``The Most Influential Man Taken Down by China's #MeToo Movement So Far Is a Monk,'' Quartz, 15 August 18; Mandy Zuo, ``Top Chinese Buddhist Monk Xuecheng Faces Police Investigation After #MeToo Sexual Harassment Claims Upheld,'' South China Morning Post, 23 August 18.

\65\ State Administration for Religious Affairs, ``Regarding the Status of the Investigation Verifying Reports of Problems Concerning Xuecheng and Beijing Longquan Temple'' [Guanyu dui jubao xuecheng he beijing longquan si youguan wenti de diaocha heshi qingkuang], 23 August 18.

\66\ Zi Yang, ``The Soft Power Limits of Chinese Theravada Buddhism,'' The Diplomat, 15 August 17.

\67\ State Administration for Religious Affairs et al., ``State Administration for Religious Affairs Among 12 Departments To Jointly Issue Document To Resolve Question of Commercialization of Buddhism and Taoism'' [Guojia zongjiao shiwu ju deng 12 bumen fa wen zhili fojiao

**AR-1321**

daojiao shangyehua wenti], 23 November 17.
    \68\ Ibid.
    \69\ Lori Qingyuan Yue et al., ``The Price of Faith: Political
Determinants of the Commercialization of Buddhist Temples in China,''
Academy of Management Proceedings, 30 November 17, Vol. 2016, No. 1 (30
November 17), 2.
    \70\ ``China's Holy Sites List on the Stockmarket,'' Economist, 26
April 18; China Digital Times, ``Party vs Profit in Tug of War Over
Chinese Buddhism,'' 27 April 18.
    \71\ Paul M. Taylor, Freedom of Religion: UN and European Human
Rights Law and Practice (New York: Cambridge University Press, 2005),
69.
    \72\ Ian Johnson, ``How the Top-Heavy Catholic Church Is Losing the
Ground Game in China,'' America, 18 September 17; Anthony Lam Sui-ky,
``The Decline of China's Catholic Population and Its Impact on the
Church,'' AsiaNews, 23 August 16; Sarah Cook, Freedom House, ``The
Battle for China's Spirit: Religious Revival, Repression, and
Resistance Under Xi Jinping,'' February 2017, 45. Freedom House
previously estimated there were around 12 million Catholics in China.
    \73\ State Council Information Office, ``China's Policies and
Practices on Protecting Freedom of Religious Belief,'' 3 April 18.
    \74\ Declaration on the Elimination of All Forms of Intolerance and
of Discrimination Based on Religion or Belief, adopted by UN General
Assembly resolution 36/55 of 25 November 81, art. 6(g).
    \75\ State Administration for Religious Affairs, ``State
Administration for Religious Affairs 2018 Work Objectives'' [Guojia
zongjiao shiwu ju 2018 nian gongzuo yaodian], 14 February 18; Li Zhao,
``China Commemorates `Self-Selection, Self-Ordination' of Bishops for
60 Years in the `Independent' Church'' [Zhongguo jiang jinian ``duli''
jiaohui de ``zixuan zisheng'' zhujiao liushi zhounian], AsiaNews, 10
February 18.
    \76\ China Catholic Patriotic Association and Bishops' Conference
of the Catholic Church, Provisions for Selecting and Ordaining Bishops
[Zhujiao tuan guanyu xuan sheng zhujiao de guiding], 8 April 13; Li
Zhao, ``China Commemorates `Self-Selection, Self-Ordination' of Bishops
for 60 Years in the `Independent' Church'' [Zhongguo jiang jinian
``duli'' jiaohui de ``zixuan zisheng'' zhujiao liushi zhounian],
AsiaNews, 10 February 18.
    \77\ Rachel Xiaohong Zhu, ``The Division of the Roman Catholic
Church in Mainland China: History and Challenges,'' Religions, Vol. 8,
No. 3 (March 2017), 1, 3, 6-7.
    \78\ Eva Dou, ``For China's Catholics, State-Controlled Church Is
`Like a Tree With No Roots,' '' Wall Street Journal, 14 February 18;
Rachel Xiaohong Zhu, ``The Division of the Roman Catholic Church in
Mainland China: History and Challenges,'' Religions, Vol. 8, No. 3
(March 2017), 7; Ilaria Maria Sala and Isabella Steger, ``Some
Catholics Are Deeply Disturbed That the Vatican Is Cozying Up to
China's Repressive Regime,'' Quartz, 25 August 16.
    \79\ Letter of the Holy Father Pope Benedict XVI to the Bishops,
Priests, Consecrated Persons and Lay Faithful of the Catholic Church in
the People's Republic of China, 27 May 07; Rachel Xiaohong Zhu, ``The
Division of the Roman Catholic Church in Mainland China: History and
Challenges,'' Religions, Vol. 8, No. 3 (March 2017), 7-8.
    \80\ Eva Dou, ``For China's Catholics, State-Controlled Church Is
`Like a Tree With No Roots,' '' Wall Street Journal, 14 February 18;
``Msgr. Peter Shao Zhumin of Wenzhou Freed After 7 Months,'' AsiaNews,
1 April 18; Karen Cheung, ``Hong Kong's Cardinal Zen Calls for Release
of Underground Hebei Bishop Cui Tai,'' Hong Kong Free Press, 31 May 18.
    \81\ Lisa Jucca and Benjamin Kang Lim, ``Exclusive: Vatican and
China in Final Push for Elusive Deal on Bishops,'' Reuters, 20 October
16.
    \82\ Francis X. Rocca and Eva Dou, ``China and Vatican To Sign
Landmark Deal Over Bishops,'' Wall Street Journal, 14 September 18.
    \83\ Ibid.
    \84\ Ibid.; Philip Pullella, ``Exclusive: China-Vatican Deal on
Bishops Ready for Signing--Source,'' Reuters, 1 February 18.
    \85\ Ian Johnson, ``Vatican, Eager for China Ties, Asks
`Underground' Bishops To Step Aside,'' New York Times, 29 January 18;
John Baptist Lin, ``The Vatican Asks Legitimate Bishops To Step Aside
in Favour of Illegitimate Ones,'' AsiaNews, 22 January 18.
    \86\ Francis X. Rocca and Eva Dou, ``China and Vatican To Sign
Landmark Deal Over Bishops,'' Wall Street Journal, 14 September 18.

**AR-1322**

\87\ Mimi Lau, ``Betrayed and Abandoned: Why China's Underground
Catholics Feel Like Jesus on Good Friday,'' South China Morning Post,
30 March 18.
\88\ ``Authorities Seek To Disqualify Chinese Priest,'' Union of
Catholic Asian News, 11 July 18.
\89\ ``Government Officials Destroy Way of the Cross in China's
Henan Province,'' Catholic News Agency, 8 June 18.
\90\ ``Second Shandong Church Demolished `For Urban Reasons,' ''
AsiaNews, 16 August 18.
\91\ ``China Catholic Bishops' Association and Catholic Patriotic
Association Issue Orders To Implement Five-Year-Plan To Sinicize
Catholicism'' [``Yihui yituan'' xiang quanguo jiaoqu xiada luoshi
tianzhujiao zhongguo hua wu nian gongzuo guihua], Union of Catholic
Asian News, 17 July 18; ``Sinicization of China Church: The Plan in
Full,'' Union of Catholic Asian News, 31 July 18. See also State
Administration for Religious Affairs, ``Second Session of 9th China
Catholic Bishops' Association Standing Committee Convenes in Beijing''
[Zhongguo tianzhujiao yihui yituan jiu jie er ci changwei hui zai jing
zhaokai], 18 December 17.
\92\ Viola Zhou, ``Can the Catholic Faith Serve Politics? That's
What China Wants,'' South China Morning Post, 21 July 17.
\93\ Sarah Cook, Freedom House, ``The Battle for China's Spirit:
Religious Revival, Repression, and Resistance Under Xi Jinping,''
February 2017, 9.
\94\ ChinaAid, ``2017 Annual Report: Chinese Government Persecution
of Churches and Christians in Mainland China,'' 1 February 18, 36-37.
\95\ See, e.g., Verna Yu, ``Children Banned From Mass in China's
Henan Province,'' America, 1 May 18; Kate Shellnutt, ``China Tells
Christians To Replace Images of Jesus With Communist President,''
Christianity Today, 17 November 17; Eleanor Albert, Council on Foreign
Relations, ``Christianity in China,'' 9 March 18.
\96\ See, e.g., Qiao Nong, ChinaAid, ``Christmas Severely
Restricted in Many Areas Across China; Surveillance Posted Outside
Churches and Christmas Trees Toppled'' [Zhongguo duo di shengdan jie
zao yanli xianzhi jiaotang wai tantou jianshi shengdan shu bei tuidao],
23 December 17.
\97\ See, e.g., ChinaAid, ``Henan Persecution Targets Both Official
and Underground Churches,'' 3 June 18.
\98\ See, e.g., ``Church Cross Facing Forcible Removal in Yichuan
County, Henan; Anyang Municipality Registers All `Religious Believers'
'' [Henan yichuan jiaotang shizi jia mianlin qiangchai anyang shi
quanmian dengji ``xinyang renyuan''], Radio Free Asia, 6 April 18.
\99\ Party Organization, Theory Study Center Group, State
Administration for Religious Affairs, ``Innovations in Religious Work
Theory and Practice Since the 18th Party Congress'' [Dang de shibada
yilai zongjiao gongzuo lilun he shijian chuangxin], Seeking Truth, 15
September 17.
\100\ China Christian Council and Three-Self Patriotic Movement,
``Outline of Five-Year Work Plan for Advancing Sinicization of
Protestantism in China'' [Tuijin woguo jidu jiao zhongguo hua wu nian
gongzuo guihua gangyao], 14 December 17.
\101\ Qiao Nong, ChinaAid, ``China Issues Total Ban on Selling the
Bible; Already Taken Offline by Online Retailers; Henan Requires
Protestant Believers To Adhere to `Nine Prohibitions' '' [Zhongguo
quanmian jinshou ``shengjing'' wangdian yi xiajia henan dui jidutu ti
yaoqiu ``jiu ge buzhun''], 3 April 18.
\102\ For more information on some of these individuals, see the
Commission's Political Prisoner Database records 2014-0126 on Zhang
Shaojie, 2016-00088 on Bao Guohua, and 2016-00089 on Xing Wenxiang.
\103\ See, e.g., ``China Escalates Nationwide Crackdown on
Protestant Churches,'' Radio Free Asia, 17 May 18; Viola Zhou,
``China's Underground Churches Head for Cover as Crackdown Closes In,''
South China Morning Post, 11 September 17. See also Sarah Cook, Freedom
House, ``The Battle for China's Spirit: Religious Revival, Repression,
and Resistance Under Xi Jinping,'' February 2017, 42, 46-47.
\104\ CECC, 2017 Annual Report, 5 October 17, 132-33; CECC, 2016
Annual Report, 6 October 16, 127-28; CECC, 2015 Annual Report, 8
October 15, 126-28; CECC, 2014 Annual Report, 9 October 14, 95-98;
CECC, 2013 Annual Report, 10 October 13, 91-94.
\105\ See, e.g., ChinaAid, ``Police Question 13 Christians for
Holding Church Services,'' 17 November 17; Qiao Nong, ChinaAid,
``Xuzhou, Jiangsu Seminary Raided by Police'' [Jiangsu xuzhou--

**AR-1323**

shenxueyuan zao jingfang chongji], 23 May 18. See also ChinaAid, ``2017 Annual Report: Chinese Government Persecution of Churches and Christians in Mainland China,'' 1 February 18, 36.

\106\ See, e.g., Qiao Nong, ChinaAid, ``Yizhuang Branch of Zion Church in Beijing Locked Out, Prohibited From Meeting'' [Beijing xi'an jiaohui yizhuang fentang bei suomen jin juhui], 9 July 18; Qiao Nong, ChinaAid, ``Seminary in Xuzhou, Jiangsu, Raided by Police'' [Jiangsu xuzhou yi shenxueyuan zao jingfang chongji], 23 May 18.

\107\ Russell Goldman, ``Chinese Police Dynamite Christian Megachurch,'' New York Times, 12 January 18.

\108\ Qiao Nong, ChinaAid, ``Ningling, Henan Forcibly Demolishes Cross; More Than 100 House Churches Banned From Meeting'' [Henan ningling qiang chai shizijia yu bai jiating jiaohui bei jin juhui], 29 May 18.

\109\ Qiao Nong, ChinaAid, ``Beijing Government Issues Notice To Deal With Protestant Churches; Guangzhou Laywer Prohibited From Representing Religious Cases'' [Beijing zhengfu xiawen zhuanxiang zhengzhi jidujiao guangzhou lushi bei jinzhi daili jiao'an], 9 July 18.

\110\ See, e.g., ``China Escalates Nationwide Crackdown on Protestant Churches,'' Radio Free Asia, 17 May 18.

\111\ See, e.g., ChinaAid, ``Police Question 13 Christians for Holding Church Services,'' 17 November 17; Qiao Nong, ChinaAid, ``Seminary in Xuzhou, Jiangsu, Raided by Police'' [Jiangsu xuzhou yishenxueyuan zao jingfang chongji], 23 May 18. See also ChinaAid, ``2017 Annual Report: Chinese Government Persecution of Churches and Christians in Mainland China,'' 1 February 18, 36-37.

\112\ Qiao Nong, ChinaAid, ``Churches in Jiangxi [Province] Xinyu [Municipality] Receive Government Warnings; Cross Removals and Portrait Hangings of Xi Jinping Met With Resistance'' [Jiangxi xinyu duo ge jiaohui jie zhengfu jinggao chai shizijia gua xi jinping xiang zao dizhi], 16 July 18.

\113\ Chris Buckley, ``China Blocks a Memorial Service to Sichuan Earthquake Victims,'' New York Times, 12 May 18.

\114\ ChinaAid, ``Nine Unlawfully Detained Christians Released,'' 6 February 17; ``Protestant Church Member Prosecuted for Involvement in `Evil Cult,' '' Radio Free Asia, 9 February 17; PRC Criminal Law [Zhonghua renmin gongheguo xing fa], passed 1 July 79, amended 14 March 97, effective 1 October 97, amended 25 December 99, 31 August 01, 29 December 01, 28 December 02, 28 February 05, 29 June 06, 28 February 09, 25 February 11, 29 August 15, 4 November 17, art. 300. For more information, see the Commission's Political Prisoner Database records 2017-00144 on Tu Yan and 2017-00145 on Su Min.

\115\ ``China Jails Six Protestants in Yunnan Amid Massive Crackdown on `Evil Cult,' '' Radio Free Asia, 18 January 18; ChinaAid, ``Yunnan Christians Receive Lengthy Sentences for Falsified Cult Involvement Charge,'' 16 January 18. For more information, see the Commission's Political Prisoner Database records 2018-00134 on Ju Dianhong, 2018-00189 on Liang Qin, 2018-00190 on Zhang Hongyan, 2018-00191 on Yang Shunxiang, 2018-00192 on Zi Huimei, and 2018-00193 on Zhang Shaocai.

\116\ Shizong County Communist Party Committee, ``Report on Status of Rectifications Pertaining to Inspection'' [Shizong xianwei guanyu xunshi zhengai qingkuang de tongbao], reprinted in Qujing Municipal Discipline Inspection Commission, 12 March 18, item 1(5). For an English translation of the county report, see ``County in Yunnan `Cleans Up' Foreign NGOs and Foundations,'' Asia Society, ChinaFile, China NGO Project, 20 March 18.

\117\ Shizong County Communist Party Committee, ``Report on Status of Rectifications Pertaining to Inspection'' [Shizong xianwei guanyu xunshi zhengai qingkuang de tongbao], reprinted in Qujing Municipal Discipline Inspection Commission, 12 March 18, item 1(5).

\118\ ``China's Policy Tightened Again; Another Church in Zhejiang Is Banned'' [Zhongguo zongjiao zhengce zai shoujing zhejiang you yi jiaohui bei jin], Radio Free Asia, 22 May 18.

\119\ For information on suppression of Falun Gong practitioners from previous years, see, e.g., CECC, 2017 Annual Report, 5 October 17, 134; CECC, 2016 Annual Report, 6 October 16, 125-27; CECC, 2015 Annual Report, 8 October 15, 123-25. See also ``Communist Party Calls for Increased Efforts To `Transform' Falun Gong Practitioners as Part of Three-Year Campaign,'' Congressional-Executive Commission on China, 22 March 11.

\120\ Sarah Cook, Freedom House, ``The Battle for China's Spirit:

Religious Revival, Repression, and Resistance Under Xi Jinping,'' February 2017, 113.

\121\ Dui Hua Foundation, ``NGO Submission for the Universal Periodic Review of the People's Republic of China,'' March 2018, para. 14; PRC Criminal Law [Zhonghua renmin gongheguo xing fa], passed 1 July 79, amended 14 March 97, effective 1 October 97, amended 25 December 99, 31 August 01, 29 December 01, 28 December 02, 28 February 05, 29 June 06, 28 February 09, 25 February 11, 29 August 15, 4 November 17.

\122\ See, e.g., Human Rights Watch, ``World Report 2018,'' 2018, 146; Amnesty International, ``Amnesty International Report 2017/18: The State of the World's Human Rights,'' 2018, 128; Christian Solidarity Worldwide, ``People's Republic of China: Stakeholder Submission to the Universal Periodic Review, 31st Session,'' 6 April 18, para. 39.

\123\ See, e.g., ``Beaten and Drugged, Woman Recounts Torture in Chinese Prison,'' Clear Wisdom, 8 April 18; ``Former Chief Urologist Tortured and Almost Killed After Mass Arrest,'' Clear Wisdom, 8 April 18.

\124\ See, e.g., ``Beaten and Drugged, Woman Recounts Torture in Chinese Prison,'' Clear Wisdom, 8 April 18.

\125\ Ibid.; ``Former Chief Urologist Tortured and Almost Killed After Mass Arrest,'' Clear Wisdom, 8 April 18.

\126\ See, e.g., ``Beaten and Drugged, Woman Recounts Torture in Chinese Prison,'' Clear Wisdom, 8 April 18; ``Former Chief Urologist Tortured and Almost Killed After Mass Arrest,'' Clear Wisdom, 8 April 18; ``Doctor Warns That Man Shackled to Hospital Bed May Go Into Shock at Any Time,'' Clear Wisdom, 14 April 18.

\127\ Frank Fang, ``At Least 29 Falun Gong Practitioners Have Died in 2017 Under the Chinese Regime's Ongoing Persecution,'' Epoch Times, 21 December 17.

\128\ Uyghur Human Rights Project, ``Public Statement by the Uyghur Human Rights Project (UHRP) on Forced Organ Harvesting in China,'' reprinted in International Coalition to End Transplant Abuse in China, 22 April 18; Human Rights Law Foundation, ``Public Statement by the Human Rights Law Foundation on Abusive Organ Transplantation Practices in the PRC,'' reprinted in International Coalition to End Transplant Abuse in China, February 2018; Raoul Wallenberg Centre for Human Rights, ``Public Statement on Forced Organ Harvesting in China,'' reprinted in International Coalition to End Transplant Abuse in China, January 2018; Letter from International Coalition to End Transplant Abuse in China et al. to Bishop Marcelo Sanchez Sorondo, Chancellor, Pontifical Academy of Sciences, reprinted in International Coalition to End Transplant Abuse in China, 18 March 18. See also Benedict Rogers, ``Organ Harvesting in China: `A Crime Against Humanity,' '' La Croix, 26 December 17; Matthew Robertson, ``Investigative Report: A Hospital Built for Murder,'' Epoch Times, 4 February 16; Matthew Robertson, ``At Congressional Hearing, China's Organ Harvesting Seen Through Rose-Colored Glasses,'' Epoch Times, 29 June 16.

\129\ Letter from Doctors Against Forced Organ Harvesting to the California State Senate, reprinted in Doctors Against Forced Organ Harvesting, 5 September 17; Doctors Against Forced Organ Harvesting, ``International Transplant Community Continues To Be Misled by Chinese Officials,'' 21 January 18; Letter from International Coalition to End Transplant Abuse in China et al. to Bishop Marcelo Sanchez Sorondo, Chancellor, Pontifical Academy of Sciences, reprinted in International Coalition to End Transplant Abuse in China, 18 March 18; Christian Solidarity Worldwide, ``People's Republic of China: Stakeholder Submission to the Universal Periodic Review, 31st Session,'' 6 April 18, para. 40.

\130\ Alice Y. Su, ``The Separation Between Mosque and State,'' Asia Society, ChinaFile, 21 October 16; Sarah Cook, Freedom House, ``The Battle for China's Spirit: Religious Revival, Repression, and Resistance Under Xi Jinping,'' February 2017, 68-69. See also Ian Johnson, ``Shariah With Chinese Characteristics: A Scholar Looks at the Muslim Hui,'' New York Times, 6 September 16. Experts on Chinese religion have noted that most statistics on Muslim believers in China make broad assumptions about religious identity based on ethnicity--for example, presuming that all people of Hui ethnicity are Muslim believers, and that no people of Han, Tibetan, or other ethnicities are Muslim.

\131\ Michael Martina, ``China's Hui Muslims Fearful Chinese New Year Education Ban a Sign of Curbs To Come,'' Reuters, 17 February 18.

\132\ ``Yang Faming: Rooted in the Fertile Soil of Chinese

Civilization: Uphold the Sinicization of Our Country's Islam'' [Yang
faming: zhagen zhonghua wenhua wotu jianchi woguo yisilan jiao zhongguo
hua fangxiang], Xinhua, 10 March 18.

\133\ China Islamic Association, ``China Islamic Association,''
last visited 18 July 18.

\134\ Yu Xiaojie and Shi Jingnan, ``CPPCC Member Yang Faming:
Uphold the Sinicization of Islam in China'' [Yang faming weiyuan:
jianchi woguo yisilan jiao zhongguo hua fangxiang], Xinhua, 10 March
18.

\135\ Nectar Gan, ``How China Is Trying To Impose Islam With
Chinese Characteristics in the Hui Muslim Heartland,'' South China
Morning Post, 14 May 18.

\136\ Becky Davis, `` `We're Scared, Very Scared'--Muslims in
China's `Little Mecca' Fear Eradication of Islam,'' Agence France-
Presse, reprinted in Hong Kong Free Press, 16 July 18.

\137\ Christian Shepherd, ``Muslim County in China Bans Children
From Religious Events Over Break,'' Reuters, 17 January 18.

\138\ Dui Hua Foundation, ``NGO Submission for the Universal
Periodic Review of the People's Republic of China,'' March 2018.

\139\ State Council Information Office, ``China's Policies and
Practices on Protecting Freedom of Religious Belief,'' 4 April 18.

\140\ China Islamic Association, Measures for Confirming the
Credentials of Islamic Professional Religious Personnel [Yisilan jiao
jiaozhi renyuan zige rending banfa], issued and effective 7 August 06,
art. 3; Sarah Cook, Freedom House, ``The Battle for China's Spirit:
Religious Revival, Repression, and Resistance Under Xi Jinping,''
February 2017, 76.

\141\ Sarah Cook, Freedom House, ``The Battle for China's Spirit:
Religious Revival, Repression, and Resistance Under Xi Jinping,''
February 2017, 76.

\142\ Li Ruohan, ``Chinese Muslims Say They Feel a Stronger Sense
of National Identity During Pilgrimage to Mecca,'' Global Times, 2
August 18.

\143\ Li Ruohan, ``GPS Cards Aid Chinese Muslims on Hajj
Pilgrimage,'' Global Times, 31 July 18.

\144\ Eva Dou, ``Chinese Surveillance Expands to Muslims Making
Mecca Pilgrimage,'' Wall Street Journal, 31 July 18.

\145\ State Council Information Office, ``China's Policies and
Practices on Protecting Freedom of Religious Belief,'' 4 April 18. The
central government has referred to the five religions as China's
``major religions,'' stating that the religions citizens ``mainly''
follow are Buddhism, Taoism, Islam, Catholicism, and Protestantism.
See, e.g., Henan Province People's Congress Standing Committee, Henan
Province Regulations on Religious Affairs [Henan sheng zongjiao shiwu
tiaoli], issued 30 July 05, effective 1 January 06, art. 2; Shaanxi
Province People's Congress Standing Committee, Shaanxi Province
Regulations on Religious Affairs [Shaanxi sheng zongjiao shiwu tiaoli],
issued 23 September 00, amended 30 July 08, effective 1 October 08,
art. 2. Some local regulations on religious affairs define ``religion''
to mean only these five religions.

\146\ State Council Information Office, ``China's Policies and
Practices on Protecting Freedom of Religious Belief,'' 4 April 18.

\147\ Ibid. See, e.g., Zhejiang Province Ethnic and Religious
Affairs Committee, Zhejiang Province Measures for the Management of
Registration of Venues for Folk Belief Activity [Zhejiang sheng minjian
xinyang huodong changsuo dengji bianhao guanli banfa], issued 19
October 14, effective 1 January 15; Taizhou Municipal Ethnic and
Religious Affairs Bureau, Circular Concerning the 2016 Launch of
Registration Work for Venues for Folk Belief Activity [Guanyu kaizhan
2016 minjian xinyang huodong changsuo dengji bianhao gongzuo de
tongzhi], issued 13 April 16; Hunan Province People's Government, Hunan
Province Measures for the Management of Registration of Venues for Folk
Belief Activity [Hunan sheng minjian xinyang huodong changsuo dengji
guanli banfa], issued and effective 24 August 09; Shaoxing Municipal
Ethnic and Religious Affairs Bureau, Shaoxing Municipal Implementing
Plan for Registration of Venues for Folk Belief Activity [Shaoxing shi
minjian xinyang huodong changsuo dengji bianhao gongzuo shishi
fang'an], issued 14 May 15.

\148\ See, e.g., Harbin Municipal Measures for the Management of
Venues for Religious Activity [Ha'erbin shi zongjiao huodong changsuo
guanli banfa], issued 30 July 09, effective 10 September 09, reprinted
in State Administration for Religious Affairs, 5 April 17, art. 2;

**AR-1326**