State Council Information Office, ``The Situation of Religious Freedom
in Xinjiang'' [Xinjiang de zongjiao xinyang ziyou zhuangkuang],
reprinted in Xinhua, 2 June 16, secs. 1, 3.
    \149\ ``Harmful Religious Doctrines Poison, Harm Society--Exposing
the Truth Behind the `Church of the Almighty God' '' [Xieshuo guhuo
qianghai shehui--jiekai ``quanneng shen'' xiejiao zhen mianmu], Xinhua,
12 August 18.

                                        Ethnic Minority
                                             Rights
                                        Ethnic Minority
                                        Rights

              Ethnic Minority Rights


                     Introduction

    During the Commission's 2018 reporting year, Chinese
Communist Party and government authorities promoted policies
and regulations restricting rights guaranteed to ethnic
minority groups under Chinese and international law.\1\ The UN
Special Rapporteur on Minority Issues requested to visit China
multiple times beginning in 2009, but as of August 20, 2018,
the Chinese government had not allowed the visit.\2\ The
Chinese government has acceded to the International Convention
on the Elimination of All Forms of Racial Discrimination
(ICERD), which prohibits racial discrimination and guarantees
the right of everyone to equal treatment before the law,
including ``freedom of thought, conscience and religion.'' \3\
International human rights organizations submitted statements
\4\ for consideration at an August 2018 review of China's
compliance with ICERD by the UN Committee on the Elimination of
Racial Discrimination that raised concerns over issues such as
arbitrary detentions in the Xinjiang Uyghur Autonomous Region
(XUAR); \5\ religious repression in the Tibet Autonomous
Region; \6\ and the resettlement of Mongol nomads in the Inner
Mongolia Autonomous Region (IMAR).\7\

              State Minority Policy

    At the March 2018 meetings of the National People's
Congress and the Chinese People's Political Consultative
Conference in Beijing (Two Sessions), Party and government
authorities changed the mechanisms they use to implement
policies toward ethnic minorities, as the Party's United Front
Work Department (UFWD) assumed control of the work of the
government departments overseeing ethnic affairs (the State
Ethnic Affairs Commission) and religion (the State
Administration for Religious Affairs).\8\ A number of observers
expressed the view that the UFWD's newly expanded powers
represented an official move toward tighter Party control over
ethnic affairs and policies promoting ethnic assimilation over
ethnic pluralism.\9\ In line with such policies, the government
and Party under President and Party General Secretary Xi
Jinping continued to emphasize the importance of ``sinicizing''
ethnic and religious minorities.\10\ [See Section II--Freedom
of Religion for additional information on the ``sinicization''
of religious minorities.]

              Policies Affecting Hui Islamic Communities

    Policies and restrictions that targeted Hui communities and
restricted Hui Muslims' religious practices this past year
illustrate ways in which authorities have promoted the
``sinicization'' of ethnic and religious minorities. Chinese
officials have historically allowed Hui Muslims more freedom to
engage in religious practices than Uyghur Muslims, but in
recent years authorities have reportedly increased religious
controls among Hui communities.\11\ During the Two Sessions in
2018, Yang Faming, Chairman of the China Islamic Association,

                                                        **AR-1327**

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPO...     Page 132 of 316

Case 3:20-cv-05910-LB   Document 77-4   Filed 10/01/20   Page 2 of 47
WeChat Appendix 1 Footnote 413 - Congressional-Executive Commission on China Annual Report 2018

stressed that Muslims in China should incorporate Chinese
characteristics into Islamic religious rituals, culture, and
architecture, avoid the expansion of the concept of ``halal''
into secular life, and adhere to ``socialist core values.''
\12\ According to an American historian, Yang's speech
reflected a formal declaration of a policy trend that officials
had begun implementing in regions with significant Hui
populations beginning in fall 2016, and it gave ``a
justification for what, until March [2018], had been informal
and patchwork implementation of restrictions on mosque
construction, mosque design, private or semi-official Islamic
schooling, and `Islamic' customs among the Hui.'' \13\ In an
interview with the Party-run media outlet Global Times that was
conducted during the Two Sessions, Yang Yuanzhong, the Party
Secretary of Linxia Hui Autonomous Prefecture (HAP), Gansu
province, also warned against the expansion of the concept of
``halal,'' linking this effort to the promotion of ethnic unity
and social stability.\14\ In January, education officials in
Guanghe county, Linxia city, and Linxia county, all located
within Linxia HAP, issued notices restricting local school-age
children from entering religious buildings during their winter
break and other similar measures.\15\ Hui residents of Linxia
city and Guanghe county reportedly expressed apprehension over
the impact tightened government restrictions could have on
their lives.\16\ [For more information on freedom of religion
for Muslims in China, see Section II--Freedom of Religion.]

                          Language Policy

    During this reporting year, government and Party officials
implemented policies limiting ethnic minorities' freedom to
engage in cultural practices and speak or learn their
languages.\17\ In a report published in January 2018, the Dui
Hua Foundation documented how authorities in some prisons
located in provinces with large ethnic minority populations
restricted the use of ethnic minority languages, including
during family visits.\18\ In December 2017, international media
and rights advocates reported that under a policy implemented
in September, XUAR education authorities had ended the use of
Mongolian as a language of instruction in elementary and lower
middle schools in Bayangol (Bayinguoleng) Mongol Autonomous
Prefecture, XUAR.\19\ Local Mongol parents reportedly protested
the change on social media, in connection with the
corresponding end of the use of a Mongolian-centered curriculum
at the last secondary school in the prefecture to offer such a
course of study.\20\ Authorities and educators in the XUAR and
Tibetan autonomous areas continued to promote a Mandarin-
centered curriculum at the expense of Uyghur, Tibetan, and
other languages spoken by ethnic minority groups, as part of
what is officially referred to as ``bilingual education.'' \21\
[For additional information on language policy and education in
these areas, see Section IV--Xinjiang and Section V--Tibet.]

                  Grassland Protests in Inner Mongolia

    During this reporting year, Mongol herders in the IMAR
demonstrated and petitioned authorities over the government's
role in the loss of their traditional grazing lands, the
harmful ecological effect of state development on grassland and
livestock,\22\ and the government's failure to provide herders
with adequate compensation for their land.\23\ As in past
reporting years,\24\ authorities detained some of the Mongol
herders who peacefully protested.\25\
    Representative examples of protests by Mongol herders
included the following:

        Beginning on December 24, 2017, in Ongniud
        (Wengniute) Banner, Chifeng municipality, IMAR, around
        200 herders protested against Ongniud Banner
        authorities over the state-owned COFCO pig farm's
        pollution of their grazing lands and the continued
        detention of two fellow herders beginning seven months

AR-1328

earlier.\26\ Security personnel reportedly beat some of
the herders and detained eight of the herders
overnight.\27\ On December 25, more than 200 herders in
Damao Banner, Baotou municipality, IMAR, also protested
against COFCO's pollution of their grazing lands, and
asked for compensation from officials for the loss of
grazing lands and the demolition of their homes.\28\
   In February 2018, before and after the lunar
New Year holiday, Bao Yu, a herder from Urad (Wulate)
Middle Banner, Bayannur (Bayannao'er) municipality,
IMAR, traveled to Hohhot municipality, IMAR, the
regional capital, to protest against the air and water
pollution in her village caused by a gold mining
company.\29\ Bao said local residents had repeatedly
called upon government officials to take action over
the pollution, but officials had not acted.\30\

         THIRTY-FIVE HERDERS SENTENCED AT JOINT TRIAL

   On December 27, 2017, the Zaruud (Zalute) Banner People's
Court in Zaruud Banner, Tongliao municipality, IMAR, reportedly
sentenced 35 Mongol herders to prison terms on charges of
``picking quarrels and provoking trouble'' and ``assembling
crowds to attack state agencies,'' in what local herders
described as an unjust trial.\31\ Nine of the herders received
sentences of between one and five years in prison.\32\ The
court sentenced the other 26 to six months in prison, releasing
them for time served while in detention.\33\ Authorities
alleged that the defendants took part in events in May 2017,
including blocking traffic during a protest and staging an
illegal demonstration in front of a police dispatch
station.\34\ In a written statement they sent to a U.S.-based
rights organization, local herders reportedly said they had
protested against a construction company belonging to a Han
Chinese family that had ``illegally occupied'' their grazing
lands.\35\ Relatives of the nine imprisoned herders reportedly
said authorities had not permitted them to visit the herders,
whose whereabouts were unknown.\36\

                                        Ethnic Minority
                                                 Rights
                                        Ethnic Minority
                                        Rights
         Notes to Section II--Ethnic Minority Rights

   \1\ PRC Regional Ethnic Autonomy Law [Zhonghua renmin gongheguo
minzu quyu zizhi fa], passed 31 May 84, effective 1 October 84, amended
28 February 01. For protections related to languages, religious
beliefs, and customs, see Articles 10, 11, 21, 36, 37, 47, 49, and 53.
International Covenant on Civil and Political Rights, adopted by UN
General Assembly resolution 2200A (XXI) of 16 December 66, entry into
force 23 March 76, art. 27. The PRC Regional Ethnic Autonomy Law
contains protections for the languages, religious beliefs, and customs
of these ``nationalities,'' in addition to a system of regional
autonomy in designated areas. Article 27 of the International Covenant
on Civil and Political Rights, which China has signed and declared an
intention to ratify, contains safeguards for the rights of ``ethnic,
religious or linguistic minorities'' within a state.
   \2\ UN Office of the High Commissioner for Human Rights, ``Country
Visits,'' last visited 20 August 18; Human Rights in China, ``Country
Visits by Special Procedures,'' last visited 20 August 18; Human Rights
Watch, ``The Costs of International Advocacy: China's Interference in
United Nations Human Rights Mechanisms,'' September 2017.
   \3\ International Convention on the Elimination of All Forms of
Racial Discrimination, adopted and opened for signature and
ratification by General Assembly resolution 2106 (XX) of 21 December
65, entry into force 4 January 69, in accordance with Article 19, art.
5(a), (d)(vii); United Nations Treaty Collection, Chapter IV, Human
Rights International Convention on the Elimination of All Forms of
Racial Discrimination, last visited 19 July 18. The Chinese government
acceded to the Convention on December 29, 1981.

**AR-1329**

\4\ UN Office of the High Commissioner for Human Rights, ``Committee on the Elimination of Racial Discrimination Discusses Situation in Latvia and China With Civil Society,'' 7 August 18.

\5\ See, e.g., Human Rights Watch, ``Submission to the CERD Review of China,'' 21 June 18.

\6\ See, e.g., International Campaign for Tibet, ``Convention on the Elimination of Racial Discrimination (CERD) Consideration of the State Report by the People's Republic of China,'' August 2018, 4, 6, 11-13.

\7\ Southern Mongolian Human Rights Information Center, ``Submission to the Committee on the Elimination of Racial Discrimination (CERD) for the Consideration of the Review of the People's Republic of China During the 96th Session,'' 4 July 18, 6-8, 14.

\8\ Gerry Groot, ``The Rise and Rise of the United Front Work Department Under Xi,'' Jamestown Foundation, China Brief, Vol. 18, Issue 7, 24 April 18; ``Chinese Communist Party Central Committee Issues `Plan for Deepening Reform of Party and Government Agencies' '' [Zhonggong zhongyang yinfa ``shenhua dang he guojia jigou gaige fang'an''], Xinhua, 21 March 18.

\9\ Gerry Groot, ``The Rise and Rise of the United Front Work Department Under Xi,'' Jamestown Foundation, China Brief, Vol. 18, Issue 7, 24 April 18; Teddy Ng and Mimi Lau, ``Fears About Chinese Influence Grow as More Powers Given to Shadowy Agency,'' South China Morning Post, 22 March 18; ``CCP's United Front Work Department Expands Its Powers, Overseas Infiltration Leads to Concerns of Outside World,'' Voice of America, 22 March 18.

\10\ Cristina Maza, ``Communist China President Xi Jinping Now Wants To Control Religion Too,'' Newsweek, 24 October 17; ``Xi Jinping: Secure a Decisive Victory in Building a Moderately Prosperous Society in All Respects and Strive for the Great Success of Socialism With Chinese Characteristics for a New Era'' [Xi jinping: juesheng quanmian jiancheng xiaokang shehui duoqu xin shidai zhongguo tese shehui zhuyi weida shengli], 18 October 17, Xinhua, 27 October 17; Gerry Groot, ``The Rise and Rise of the United Front Work Department Under Xi,'' Jamestown Foundation, China Brief, Vol. 18, Issue 7, 24 April 18; Olivia Enos, ``Growing Religious Persecution in China a Symptom of Xi's Consolidation of Power,'' Forbes, 28 March 18; Sandra Jolley and Tenzin Dorjee, ``President Trump: Support Religious Freedom in China,'' The Diplomat, 1 November 17; ``Xi Jinping: Comprehensively Improve Religious Work Standards Under the New Situation'' [Xi jinping: quanmian tigao xin xingshi xia zongjiao gongzuo shuiping], Xinhua, 23 April 16; CECC, 2017 Annual Report, 5 October 17, 129.

\11\ See, e.g., Michael Martina, ``China's Hui Muslims Fearful Chinese New Year Education Ban a Sign of Curbs To Come,'' Reuters, 16 February 18; Viola Zhou, ``Why China's Hui Muslims Fear They're Next To Face Crackdown on Religion,'' South China Morning Post, 11 March 17; Kiyo Dorrer, ``The Hui--China's Preferred Muslims?'' Deutsche Welle, 9 December 16.

\12\ ``Yang Faming: Rooted in the Fertile Soil of Chinese Civilization: Uphold the Sinicization of Our Country's Islam'' [Yang faming: zhagen zhonghua wenhua wotu jianchi woguo yisilan jiao zhongguohua fangxiang], Xinhua, 10 March 18. See also the following unofficial translation: Yang Faming, ``Rooted in the Fertile Soil of Chinese Civilization: Uphold the Chinafication of Our Country's Islam,'' 10 March 18, translated in Academia.edu, last visited 27 July 18, 2-3; Liu Caiyu, ``Muslims Must Practice Islam With Chinese Characteristics To Avoid Societal Division,'' Global Times, 11 March 18; ``Chinese Official Warns Against Creeping Islamisation,'' Reuters, 10 March 18; Yu Xiaojie and Shi Jingnan, ``Committee Member Yang Faming: Uphold the Sinicization of Islam in China'' [Yang faming weiyuan: jianchi woguo yisilan jiao zhongguohua fangxiang], Xinhua, 10 March 18. See also Nectar Gan, ``How China Is Trying To Impose Islam With Chinese Characteristics in the Hui Muslim Heartland,'' South China Morning Post, 14 May 18.

\13\ ``Yang Faming: Rooted in the Fertile Soil of Chinese Civilization: Uphold the Sinicization of Our Country's Islam'' [Yang faming: zhagen zhonghua wenhua wotu jianchi woguo yisilan jiao zhongguohua fangxiang], Xinhua, 10 March 18. See also the following unofficial translation: Yang Faming, ``Rooted in the Fertile Soil of Chinese Civilization: Uphold the Chinafication of Our Country's Islam,'' 10 March 18, translated in Academia.edu, last visited 27 July

**AR-1330**

18, 1.

\14\ Li Ruohan, ``Linxia Vows To Fight Against Pan-Halal Tendency To Safeguard Ethnic Unity,'' Global Times, 7 March 18.

\15\ Michael Martina, ``China's Hui Muslims Fearful Chinese New Year Education Ban a Sign of Curbs To Come,'' Reuters, 16 February 18; Christian Shepherd, ``Muslim County in China Bans Children From Religious Events Over Break,'' Reuters, 17 January 18; ``Guanghe, Gansu, Issues Prohibition on Students Entering Religious Venues During Winter Break'' [Gansu guanghe fawen yaoqiu jinzhi xuesheng hanjia jinru zongjiao changsuo], Radio Free Asia, 19 January 18. The majority of the residents in Linxia HAP are ethnic Hui. Li Ruohan, ``Linxia Vows To Fight Against Pan-Halal Tendency To Safeguard Ethnic Unity,'' Global Times, 7 March 18.

\16\ Michael Martina, ``China's Hui Muslims Fearful Chinese New Year Education Ban a Sign of Curbs To Come,'' Reuters, 16 February 18.

\17\ See, e.g., Unrepresented Nations and Peoples Organization and Southern Mongolian Human Rights Information Center, ``Submission to the UN Office of the High Commissioner for Human Rights for the Consideration of the 3rd Universal Periodic Review of the People's Republic of China During the 31st Session,'' 29 March 18; UN Office of the High Commissioner for Human Rights, ``China: UN Experts Denounce the Criminalization of Linguistic and Cultural Rights Advocacy,'' 21 February 18; ChinaAid, ``[Authorities in] Ili, Hotan, and Other Locations in Xinjiang Seize Ethnic Minority-Language Textbooks'' [Xinjiang yili, hetian deng di shoujiao minzu yuyan jiaoke shu], 2 April 18.

\18\ Dui Hua Foundation, `` `Mandarin Only' Visitation Rules,'' Dui Hua Human Rights Journal,10 January 18.

\19\ Southern Mongolian Human Rights Information Center, ``Mongolian Language Banned in Schools, Internet Posts Removed,'' 22 December 17; ``China Ends Mongolian-Medium Teaching in Xinjiang High School,'' Radio Free Asia, 22 December 17; ``Xinjiang Bayinguoleng Mongol Autonomous Prefecture Mongol School's Name Revoked, Eliciting Protest From Mongolians at Home and Abroad'' [Xinjiang bazhou menggu zu xuexiao bei zhaipai yinfa hai nei wai menggu ren kangyi], Radio Free Asia, 16 January 18.

\20\ ``China Ends Mongolian-Medium Teaching in Xinjiang High School,'' Radio Free Asia, 22 December 17; Southern Mongolian Human Rights Information Center, ``Mongolian Language Banned in Schools, Internet Posts Removed,'' 22 December 17; ``Xinjiang Bayinguoleng Mongol Autonomous Prefecture Mongol School's Name Revoked, Eliciting Protest From Mongolians at Home and Abroad'' [Xinjiang bazhou menggu zu xuexiao bei zhaipai yinfa hai nei wai menggu ren kangyi], Radio Free Asia, 16 January 18.

\21\ Gerry Groot, ``The Rise and Rise of the United Front Work Department Under Xi,'' Jamestown Foundation, China Brief, Vol. 18, Issue 7, 24 April 18; Nikhil Sonnad, ``Taiwan's Laws on Language Are Showing China What It Means To Be a Modern, Inclusive Country,'' Quartz, 9 May 18; Cao Siqi, ``Xinjiang University Calls for Promoting Putonghua,'' Global Times, 9 October 17; Jiang Fu'er, ``Xinjiang: Expanding Inclusive Kindergarten Coverage This Year'' [Xinjiang: jinnian jiang kuoda puhui xing you'eryuan fugaimian], China Education Daily, 2 April 18.

\22\ Southern Mongolian Human Rights Information Center, ``Mongolian Herders' Land Grabbed, Livestock Robbed,'' 4 December 17; ``Inner Mongolian Herders Petition for Grasslands Compensation, New Overseas Book Reveals Genocide of Inner Mongolians'' [Neimeng mumin qingyuan taoyao caochang butie haiwai xinshu jie neimeng zhongzu miejue], Radio Free Asia, 11 December 17; ``Ethnic Mongolian Herder Protests Mining Pollution of Grasslands,'' Radio Free Asia, 23 February 18.

\23\ ``Inner Mongolian Herders Petition for Grasslands Compensation, New Overseas Book Reveals Genocide of Inner Mongolians'' [Neimeng mumin qingyuan taoyao caochang butie haiwai xinshu jie neimeng zhongzu miejue], Radio Free Asia, 11 December 17; Southern Mongolian Human Rights Information Center, ``Testimonies of Mongolian Victims of Chinese Land Grab (1): Cases of Four Jailed Herders,'' 9 March 18; ``China Detains Ethnic Mongolian Herders Who Petitioned in Beijing,'' Radio Free Asia, 29 March 18; Unrepresented Nations and Peoples Organization and Southern Mongolian Human Rights Information Center, Submission to the UN Office of the High Commissioner for Human Rights for the Consideration of the 3rd Universal Periodic Review of the

**AR-1331**

People's Republic of China During the 31st Session,'' 29 March 18.

\24\ See, e.g., CECC, 2017 Annual Report, 5 October 17, 148-49; CECC, 2016 Annual Report, 6 October 16, 143-44.

\25\ See, e.g., ``Two Mongol Female Herders in Inner Mongolia Detained for Petitioning'' [Nei menggu liang menggu zu nu mumin qingyuan bei ju], Radio Free Asia, 8 December 17; ``Hundreds of Herders Petition in Ongniud and Damao Banners in Inner Mongolia, Many Are Detained'' [Nei menggu wengniute ji damaoqi shu bai mumin qingyuan duoren bei zhua], Radio Free Asia, 26 December 17.

\26\ ``Hundreds of Herders Petition in Ongniud and Damao Banners in Inner Mongolia, Many Are Detained'' [Nei menggu wengniute ji damaoqi shu bai mumin qingyuan duoren bei zhua], Radio Free Asia, 26 December 17.

\27\ Ibid. COFCO is the acronym for China National Cereals, Oils and Foodstuffs Corporation.

\28\ Ibid.

\29\ ``Ethnic Mongolian Herder Protests Mining Pollution of Grasslands,'' Radio Free Asia, 23 February 18; ``Herders From Urad Middle Banner Petition in Hohhot After Lunar New Year,'' [Nei menggu wulate zhongqi mumin nongli nian hou hu shi shangfang], Radio Free Asia, 22 February 18.

\30\ ``Ethnic Mongolian Herder Protests Mining Pollution of Grasslands,'' Radio Free Asia, 23 February 18; ``Herders From Urad Middle Banner Petition in Hohhot After Lunar New Year,'' [Nei menggu wulate zhongqi mumin nongli nian hou hu shi shangfang], Radio Free Asia, 22 February 18.

\31\ Southern Mongolian Human Rights Information Center, ``35 Mongolian Herders Tried, Long Sentences Handed Down,'' 24 January 18; ``35 Ethnic Mongol Herders Who Protested Han People's Occupation of Their Grassland Sentenced'' [35 ming kangyi caochang bei hanren qinzhan de menggu zu mumin bei panxing], Radio Free Asia, 24 January 18.

\32\ Southern Mongolian Human Rights Information Center, ``35 Mongolian Herders Tried, Long Sentences Handed Down,'' 24 January 18; ``35 Ethnic Mongol Herders Who Protested Han People's Occupation of Their Grassland Sentenced'' [35 ming kangyi caochang bei hanren qinzhan de menggu zu mumin bei panxing], Radio Free Asia, 24 January 18.

\33\ Southern Mongolian Human Rights Information Center, ``35 Mongolian Herders Tried, Long Sentences Handed Down,'' 24 January 18; ``35 Ethnic Mongol Herders Who Protested Han People's Occupation of Their Grassland Sentenced'' [35 ming kangyi caochang bei hanren qinzhan de menggu zu mumin bei panxing], Radio Free Asia, 24 January 18.

\34\ Southern Mongolian Human Rights Information Center, ``35 Mongolian Herders Tried, Long Sentences Handed Down,'' 24 January 18; ``35 Ethnic Mongol Herders Who Protested Han People's Occupation of Their Grassland Sentenced'' [35 ming kangyi caochang bei hanren qinzhan de menggu zu mumin bei panxing], Radio Free Asia, 24 January 18.

\35\ Southern Mongolian Human Rights Information Center, ``35 Mongolian Herders Tried, Long Sentences Handed Down,'' 24 January 18; ``35 Ethnic Mongol Herders Who Protested Han People's Occupation of Their Grassland Sentenced'' [35 ming kangyi caochang bei hanren qinzhan de menggu zu mumin bei panxing], Radio Free Asia, 24 January 18.

\36\ Southern Mongolian Human Rights Information Center, ``35 Mongolian Herders Tried, Long Sentences Handed Down,'' 24 January 18; ``35 Ethnic Mongol Herders Who Protested Han People's Occupation of Their Grassland Sentenced'' [35 ming kangyi caochang bei hanren qinzhan de menggu zu mumin bei panxing], Radio Free Asia, 24 January 18.

Population
Control
Population
Control

Population Control

International Standards and China's Coercive Population Policies

During the Commission's 2018 reporting year, Chinese authorities continued to implement coercive population control policies that violate international standards. The Chinese Communist Party and government authorities implemented for the

third year in 2018 the ``universal two-child policy'' that allows all married couples to have two children.\1\ The amended PRC Population and Family Planning Law and provincial-level regulations continued to limit couples' freedom to build their families as they see fit, and include provisions that require couples to be married to have children and limit them to bearing two children.\2\ Exceptions allowing for additional children exist for couples who meet certain criteria, which vary by province, including some exceptions for ethnic minorities,\3\ remarried couples, and couples who have children with disabilities.\4\ Officials reportedly continued to enforce compliance with family planning policies using methods including heavy fines,\5\ job termination,\6\ detention,\7\ and abortion.\8\

Coercive controls imposed on Chinese women and their families, and additional abuses engendered by China's population and family planning system, violate standards set forth in the 1995 Beijing Declaration and Platform for Action and the 1994 Programme of Action of the Cairo International Conference on Population and Development.\9\ China was a state participant in the negotiation and adoption of both.\10\ Acts of official coercion committed in the implementation of population control policies contravene provisions of the Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment,\11\ which China has ratified.\12\

### Implementation of the Universal Two-Child Policy and Institutional Developments

The Chinese Communist Party and government implemented the ``universal two-child policy'' for a third consecutive year in 2018,\13\ and government statistics showed that the policy was not effective in spurring population growth. In 2016, the National Health and Family Planning Commission (NHFPC) predicted that the universal two-child policy would result in population growth,\14\ with an additional 3 million children born per year \15\ and an estimated total of 17.5 to 21 million children born per year during the 13th Five-Year Plan period (2016-2020).\16\ According to data released by the National Bureau of Statistics of China (NBS) in January 2018, the number of total births in 2017 was 17.23 million, showing a decline of 630,000 births in comparison to the 2016 figure of 17.86 million.\17\

Population experts warned that the decline in births would continue and expected a 300,000 to 800,000 annual drop in the newborn population over the next 10 years,\18\ a trend that could pose a long-term threat to China's development and may generate a heavier burden on social services due to an aging population and shrinking workforce.\19\ Some experts attributed the decline in births to the shrinking number of women of childbearing age and the reluctance on the part of many married couples to have children.\20\ Concerns that discouraged couples from having children reportedly included the high cost of rearing a child,\21\ lack of adequate child care and education options,\22\ lack of time and energy to look after children,\23\ and disruption to career development.\24\ Population experts and National People's Congress delegates urged the Chinese government to further relax the existing policy by adopting a three-child policy or ending all birth restrictions, abolish ``social compensation fees,'' and offer incentives or supporting policies, such as tax breaks and subsidies, to encourage couples to have more children.\25\

During this reporting year, central Party and government officials pledged to strengthen supporting policies that facilitate implementation of family planning policies, and stressed the need for research into population development and evaluation of the universal two-child policy. At the 19th National Congress of the Chinese Communist Party held in October 2017, Party General Secretary Xi Jinping promoted the ``dovetailing of family planning policies with relevant economic and social supporting policies'' and ``strengthening

**AR-1333**

strategic research into population development.'' \26\ Xi also emphasized in his speech the need to ``proactively deal with the aging population.'' \27\ In a detailed January 2018 response to Xi's speech, Li Bin, then director of the National Health and Family Planning Commission (NHFPC), pledged to ``improve population policies to promote balanced population development . . . . Continue to implement well the universal two-child policy to achieve [its] policy effectiveness . . . . Dovetail family planning policies with social and economic supporting policies in taxation, housing, employment, . . . [and] childcare services . . . . Strengthen strategic research into population development by conducting fertility surveys and evaluation of the universal two-child policy, in order to scientifically judge the demographic situation.'' \28\ This past year, some local governments introduced supporting policies--including longer paid maternity leave, financial incentives and subsidies, and other benefits--to encourage couples to have a second child.\29\

At the annual meetings of the National People's Congress (NPC) and Chinese People's Political Consultative Conference (CPPCC) in March 2018, central authorities issued a plan to restructure Party and government agencies, including merging the NHFPC and several other agencies to create a new National Health Commission (NHC) under the State Council.\30\ According to the restructuring plan, the NHC will assume oversight of responsibilities related to family planning management and services, in addition to managing an aging population and other health-related matters.\31\ Some observers suggested that the restructuring plan indicates the central authorities have deemphasized birth control in favor of actively tackling the demographic issue of an aging population.\32\ Other observers saw it as an indication that authorities plan to eventually eliminate birth limit policies.\33\ This past year, domestic and international news media reported that experts from academic institutions affiliated with the Party and government, as well as a Shaanxi provincial government report on population development, have called for ending the birth limit policies.\34\ The NHC reportedly stated that authorities were considering ending the two-child birth limit.\35\

According to a May 2018 Bloomberg News report, central government authorities were considering and may have reached a decision to end birth limit policies due to demographic concerns of a declining birth rate, an aging population, and a shrinking workforce.\36\ The report also cited international criticism of the policies as a factor in the decision.\37\ Chinese authorities reportedly may replace the existing birth limit policies with one of ``independent fertility,'' allowing couples to decide for themselves the number of children to have.\38\ According to the report, a decision may be announced toward the end of 2018 or in 2019.\39\ Demographic experts and other observers, however, commented that a decision to lift all birth limits comes too late and would do little to reverse demographic trends that could have adverse effects on China's economic development.\40\ One American human rights advocate expressed concern that authorities could still coerce unwed mothers to pay large fines or undergo abortions, even if the birth limit policies are abolished.\41\ [For more information on the demographic consequences of China's population control policies, see Demographic Consequences of Population Control Policies later in this section.]

### Coercive Implementation

Abuses committed during the implementation of family planning policies continued during the Commission's 2018 reporting year. The amended PRC Population and Family Planning Law contains provisions that prohibit officials from infringing upon the ``legitimate rights and interests'' of citizens while implementing family planning policies.\42\ Some provincial-level population planning regulations and local government authorities, however, continued to explicitly instruct officials to carry out abortions, often referred to as

**AR-1334**

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPO...    Page 139 of 316

Case 3:20-cv-05910-LB    Document 77-1    Filed 10/01/20    Page 9 of 47
WeChat Appendix 1 Footnote 13 - Congressional-Executive Commission on China Annual Report 2018

``remedial measures'' (bujiu cuoshi), for illegal
pregnancies.\43\

## OFFICIAL CAMPAIGNS

   During this reporting year, official speeches and
government reports from provinces across China--including
Anhui,\44\ Fujian,\45\ Guangdong,\46\ Hubei,\47\ Hunan,\48\ and
Sichuan \49\--continued to promote implementation of harsh and
invasive family planning measures. Some local government
authorities placed an emphasis on birth limits and adherence to
family planning as a ``basic national policy'' \50\ and
stressed the need to ``maintain a low birth level.'' \51\ Other
official reports emphasized the need to strictly control and
punish illegal births \52\ and implement ``remedial measures''
to address illegal pregnancies.\53\ Some local authorities
imposed targets,\54\ instructed family planning officials to
carry out the invasive ``three inspections'' (intrauterine
device (IUD), pregnancy, and health inspections) \55\ and
``four procedures'' (IUD insertion, first-trimester abortion,
mid- to late-term abortion, and sterilization),\56\ and
demanded the collection of ``social compensation fees'' (shehui
fuyang fei).\57\ In one example, a government report from
Longhui county, Shaoyang municipality, Hunan, indicated that as
of December 6, 2017, county authorities had carried out 290
``birth-control'' operations during the winter of 2017--204 IUD
insertions, 19 sterilizations, and 67 abortions.\58\ County
authorities also collected nearly 2.76 million yuan
(approximately US$437,000) in ``social compensation fees.''
\59\

## PUNISHMENT FOR NONCOMPLIANCE

   Chinese authorities continued to use various methods of
punishment to enforce citizens' compliance with population
planning policies. In accordance with national-level legal
provisions,\60\ local regulations and governments have directed
officials to punish noncompliance through heavy fines, termed
``social compensation fees,'' which reportedly compel women to
choose between undergoing an unwanted abortion and incurring a
fine \61\ often much greater than the average annual income in
localities across China.\62\ This past year, Chinese citizens
continued to file administrative lawsuits against family
planning agencies pertaining to the collection of ``social
compensation fees'' from married couples who gave birth to a
second child in violation of previous family planning policies
and birth limits.\63\ In recent years, population experts and
observers have repeatedly called on government authorities to
abolish ``social compensation fees.'' \64\
   In addition to fines, officials imposed or threatened other
punishments for family planning violations. These punishments
included job termination,\65\ detention,\66\ and forced
abortion.\67\ The PRC Population and Family Planning Law
prohibits, and provides punishments for, officials'
infringement on citizens' personal, property, and other rights
while implementing family planning policies.\68\


                                        Population
                                            Control
                              Population
                              Control

---------------------------------------------------------------------
                           Cases of Coercion
---------------------------------------------------------------------
Xinjiang Uyghur Autonomous Region (XUAR). According to two
February 2018 ChinaAid Association (ChinaAid) reports, on January 5,
2018, family planning authorities in Burultoqay (Fuhai) county, Altay
(Aletai) district, Ili (Yili) Kazakh Autonomous Prefecture, XUAR,
detained ethnic Kazakh woman Kuliziya Mogudong for bearing a child in
excess of birth quotas and forced her to undergo an abortion at a local

**AR-1335**

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPO... Page 140 of 316

Case 3:20-cv-05910-LB Document 77-4 Filed 10/01/20 Page 10 of 47
WeChat Appendix F Footnote-119 - Congressional-Executive Commission on China Annual Report 2018

hospital.\69\ Authorities subsequently released Mogudong after the procedure and confiscated her passport and other legal documents.\70\ A week later, Mogudong returned to the hospital due to physical weakness and nervousness.\71\ After about 10 days, Mogudong asked to be released, but authorities denied her request, saying she had tuberculosis.\72\ According to a May 2018 ChinaAid report, Mogudong remained in ``soft detention'' at her home until May 8, when authorities permitted Mogudong to leave for Kazakhstan to reunite with her husband Oman Anshakhan.\73\ Local public security officials also detained Mogudong's two older brothers--including Tursun, a local imam, on January 27--at unknown locations.\74\ As of May 2018, Mogudong's brothers remained in detention.\75\ Anshakhan, a naturalized citizen of Kazakhstan, said he and Mogudang had not violated China's family planning policies.\76\

Guangdong province. According to December 2017 reports by state-funded news media The Paper and Party-run media Global Times, authorities in Guangzhou municipality, Guangdong, determined that a local government official surnamed Xiong had violated family planning policies and threatened to expel him from the Chinese Communist Party and terminate his job.\77\ In November 2015, Xiong's wife gave birth to their second child in the United States, before the universal two-child policy became effective in January 2016.\78\ The couple reported the birth of the second child to their respective employers after they had returned to China in 2016.\79\ Xiong's employer referred the case to the Guangzhou Municipal Health and Family Planning Commission, which determined in January and September 2017 that the second child was born in violation of family planning laws and policies.\80\ The Guangzhou Municipal Discipline Inspection Commission further determined that Xiong should be expelled from the Party and be dismissed from his job, in accordance with national and provincial provisions.\81\ As of December 11, 2017, Xiong was still waiting for a final decision to be issued regarding this case.\82\ In response to concerns that some local provisions mandating job termination for excess births violated national laws, the Legislative Affairs Commission of the National People's Congress Standing Committee issued a statement in September 2017 urging seven provinces, including Guangdong, to amend their local family planning regulations.\83\ As of April 2018, some provincial authorities had amended their family planning regulations accordingly, while others indicated that they had plans to do so.\84\

--------------------------------------------------------------------

Population
Control
Population
Control

--------------------------------------------------------------------
Cases of Coercion--Continued
--------------------------------------------------------------------
Hebei province. According to an April 2018 Wall Street Journal report, in or around March 2018, a high school teacher surnamed Sun--who had discovered that she was pregnant with a third child in March--in Tangshan municipality, Hebei, contacted the local family planning agency to inquire whether a third child was allowed in light of the central Party and government authorities' March 2018 restructuring plan to create the new National Health Commission.\85\ The local family planning agency reportedly indicated that a third child was still not allowed, and as a government worker, Sun would be fined and probably be dismissed from her job for violating family planning policies.\86\ A few days after the phone call, Sun reportedly terminated the pregnancy by swallowing a pill.\87\
--------------------------------------------------------------------

Demographic Consequences of Population Control Policies

    Decades of population control policies have exacerbated China's demographic challenges, which include a rapidly aging population, shrinking workforce, and sex ratio imbalance. Affected in recent decades by government restrictions on the number of births per couple, China's total fertility rate has

**AR-1336**

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPO... Page 141 of 316

Case 3:20-cv-05910-LB Document 77-4 Filed 10/01/20 Page 11 of 47
WeChat Appendix P Footnote H9 - Congressional-Executive Commission on China Annual Report 2018

dropped from approximately 3 births per woman in the late 1970s \88\ to an estimated 1.6 births per woman in 2017, below the replacement rate of 2.1 births per woman necessary to maintain a stable population.\89\ A U.S.-based Chinese demographer estimated that the 2017 fertility rate may have been as low as 1.24 births per woman.\90\ The fertility rate is even lower in some major cities, such as Shanghai municipality, which has had a fertility rate of approximately 0.7 births per woman for several years, reportedly one of the lowest in the world.\91\

China's low fertility rate has contributed to a rapidly aging population and a shrinking workforce. According to the National Bureau of Statistics of China (NBS), from 2016 to 2017, China's working-age population (persons between the ages of 16 and 59) declined by 5.48 million people to 901.99 million, continuing a downward trend for a sixth consecutive year.\92\ During the same period, the elderly population (persons aged 60 or older) increased by 10.04 million in 2017 to 240.90 million people, or 17.3 percent of the total population.\93\ According to the State Council National Population Development Plan (2016-2030), China's working-age population is expected to decline rapidly from 2021 to 2030, while the elderly population will increase markedly during the same period and is predicted to reach a quarter of the population by 2030.\94\ Some observers suggested that the elderly population would account for approximately one-third of China's total population by 2050.\95\ These demographic trends reportedly may burden China's health care, social services, and pension systems,\96\ and weaken China's economy.\97\

The Chinese government's restrictive family planning policies also have exacerbated China's sex ratio imbalance. Although Chinese authorities continued to implement a ban on ``non-medically necessary sex determination and sex-selective abortion,'' \98\ some people reportedly continued the practice in keeping with a traditional cultural preference for sons.\99\ According to a January 2018 NBS report, China's overall sex ratio in 2017 was 104.81 males to 100 females, and there were approximately 32.66 million more males than females in China (711.37 million males to 678.71 million females).\100\ The NBS reported that the sex ratio at birth (SRB) in 2015 was 113.51 males to 100 females,\101\ but it did not provide statistics on the SRB for 2016 and 2017 during which the universal two-child policy was implemented.\102\ Demographic experts have expressed concerns that the sex ratio imbalance in China could lead to ``violent crime,'' \103\ ``sex crimes,'' ``trafficking of women,'' \104\ and ``social instability.'' \105\ This past year, international media reports continued to suggest a link between China's sex ratio imbalance and the trafficking of foreign women--from countries including Burma (Myanmar),\106\ Cambodia,\107\ North Korea,\108\ and Vietnam \109\--into China for forced marriage or commercial sexual exploitation. [For more information on cross-border trafficking, see Section II-- Human Trafficking.]

Reports also indicate that decades of birth limits under China's population control policies combined with a traditional preference for sons may have encouraged a black market for illegal adoptions.\110\ In January 2018, the Maoming Municipal Intermediate People's Court in Guangdong province sentenced 18 people for ``child trafficking'' and 8 others for ``buying a trafficked child.'' \111\ According to reports, the trafficking ring acquired infants in Funing county, Wenshan Zhuang and Miao Autonomous Prefecture, Yunnan province, and other locations, and sold them for 73,000 yuan to 98,000 yuan (approximately US$11,600 to $15,555).\112\ Despite government efforts to combat ``child trafficking,'' illegal adoptions reportedly continued to occur, and the problem appeared to have worsened in recent years.\113\ [For inconsistencies in the definition of ``child trafficking'' between Chinese law and international standards, see Section II--Human Trafficking.]

Population
Control

Population
Control

Notes to Section II--Population Control

\1\ National Health and Family Planning Commission, ``December 12, 2016, National Health and Family Planning Commission Regular Press Conference Text Record'' [2016 nian 12 yue 12 ri guojia weisheng jishengwei lixing xinwen fabuhui wenzi shilu], 12 December 16; PRC Population and Family Planning Law [Zhonghua renmin gongheguo renkou yu jihua shengyu fa], passed 29 December 01, amended 27 December 15, effective 1 January 16, art. 18.

\2\ PRC Population and Family Planning Law [Zhonghua renmin gongheguo renkou yu jihua shengyu fa], passed 29 December 01, amended 27 December 15, effective 1 January 16, art. 18. Article 18 of the Population and Family Planning Law provides that, ``the state advocates two children per married couple.'' For provincial population regulations that require couples be married to have children and limit them to bearing two children, see, e.g., Fujian Province People's Congress Standing Committee, Fujian Province Population and Family Planning Regulations [Fujian sheng renkou yu jihua shengyu tiaoli], issued 29 April 88, amended 28 June 91, 25 October 97, 18 November 00, 26 July 02, 14 December 12, 29 March 14, 19 February 16, 24 November 17, arts. 8, 12; Guangxi Zhuang Autonomous Region People's Congress Standing Committee, Guangxi Zhuang Autonomous Region Population and Family Planning Regulations [Guangxi zhuang zu zizhiqu renkou he jihua shengyu tiaoli], issued 23 March 12, amended 13 January 14, 15 January 16, art. 13.

\3\ See, e.g., Fujian Province People's Congress Standing Committee, Fujian Province Population and Family Planning Regulations [Fujian sheng renkou yu jihua shengyu tiaoli], issued 29 April 88, amended 28 June 91, 25 October 97, 18 November 00, 26 July 02, 14 December 12, 29 March 14, 19 February 16, 24 November 17, art. 9(4)-(5); Heilongjiang Province People's Congress Standing Committee, Heilongjiang Province Population and Family Planning Regulations [Heilongjiang sheng renkou yu jihua shengyu tiaoli], issued 18 October 02, amended 13 December 13, 22 April 14, 17 April 15, 21 April 16, art. 13.

\4\ For provincial population planning provisions that allow these exceptions for having an additional child, see, e.g., Fujian Province People's Congress Standing Committee, Fujian Province Population and Family Planning Regulations [Fujian sheng renkou yu jihua shengyu tiaoli], issued 29 April 88, amended 28 June 91, 25 October 97, 18 November 00, 26 July 02, 14 December 12, 29 March 14, 19 February 16, 24 November 17, art. 9(1)-(3); Guangxi Zhuang Autonomous Region People's Congress Standing Committee, Guangxi Zhuang Autonomous Region Population and Family Planning Regulations [Guangxi zhuang zu zizhiqu renkou he jihua shengyu tiaoli], issued 23 March 12, amended 13 January 14, 15 January 16, art. 14(1)-(5); Jiangxi Province People's Congress Standing Committee, Jiangxi Province Population and Family Planning Regulations [Jiangxi sheng renkou yu jihua shengyu tiaoli], issued 16 June 90, amended 30 June 95, 20 June 97, 29 July 02, 27 March 09, 16 January 14, 20 January 16, reprinted in People's Daily, 2 February 16, art. 9(2)-(3).

\5\ See, e.g., Chen Hong, Longhui County Health and Family Planning Bureau, ``Inspection Report for the 2018 Annual Family Planning Quality Service Activities During Winter and Spring'' [2018 niandu jihua shengyu dong chun ji youzhi fuwu huodong de ducha tongbao], reprinted in Longhui News, 19 December 17; Qichun County People's Government, ``Qingshi Township 2018 Government Work Report'' [Qingshi zhen 2018 nian zhengfu gongzuo baogao], 19 January 18.

\6\ See, e.g., Yin Han, ``Experts Call for Official Leniency Toward Parents of Illegal Second Child,'' Global Times, 12 December 17; Zhao Meng, ``Worker in Guizhou Fired Last Month for Having a Child in Excess of Birth Quotas 3 Years Ago, One Week Later `Excess Child Job Termination' Provision Abolished'' [Guizhou yi zhigong 3 nian qian chaosheng shang yue bei kai, yi zhou hou ``chaosheng kaichu'' tiaokuan feizhi], The Paper, 4 April 18.

\7\ See, e.g., Qiao Nong, ChinaAid, ``Pregnant Muslim Woman in Xinjiang Underwent Forced Abortion, Her Brother, a Muslim Imam, Detained as Retaliation'' [Xinjiang musilin yunfu bei qiangzhi duotai gege ahong bei baofuxing jubu], 4 February 18.

\8\ See, e.g., Qiao Nong, ChinaAid, ``Pregnant Muslim Woman in

AR-1338

Xinjiang Underwent Forced Abortion, Her Brother, a Muslim Imam,
Detained as Retaliation'' [Xinjiang musilin yunfu bei qiangzhi duotai
gege ahong bei baofuxing jubu], 4 February 18. See also Liyan Qi and
Fanfan Wang, ``A Limit to China's Economic Rise: Not Enough Babies,''
Wall Street Journal, 29 April 18.

     \9\ Beijing Declaration and Platform for Action, adopted at the
Fourth World Conference on Women on 15 September 95, and endorsed by UN
General Assembly resolution 50/203 on 22 December 95, Annex I, paras.
9, 17. The Beijing Declaration states that governments which
participated in the Fourth World Conference on Women reaffirmed their
commitment to ``[e]nsure the full implementation of the human rights of
women and of the girl child as an inalienable, integral and indivisible
part of all human rights and fundamental freedoms;'' (Annex I, para. 9)
and ``[t]he explicit recognition and reaffirmation of the right of all
women to control all aspects of their health, in particular their own
fertility, is basic to their empowerment (Annex I, para. 17). Programme
of Action adopted by the Cairo International Conference on Population
and Development, 13 September 94, paras. 7.2, 8.25. Paragraph 7.2
states, ``Reproductive health therefore implies that people . . . have
the capability to reproduce and the freedom to decide if, when and how
often to do so. Implicit in this last condition are the right of men
and women to be informed and to have access to safe, effective,
affordable and acceptable methods of family planning of their choice .
. ..'' Paragraph 8.25 states, ``In no case should abortion be promoted
as a method of family planning.'' For coercive controls imposed on
Chinese women and their families, see, e.g., Qiao Nong, ChinaAid,
``Pregnant Muslim Woman in Xinjiang Underwent Forced Abortion, Her
Brother, a Muslim Imam, Detained as Retaliation'' [Xinjiang musilin
yunfu bei qiangzhi duotai gege ahong bei baofuxing jubu], 4 February
18; Chen Hong, Longhui County Health and Family Planning Bureau,
``Inspection Report for the 2018 Annual Family Planning Quality Service
Activities During Winter and Spring'' [2018 niandu jihua shengyu dong
chun ji youzhi fuwu huodong de ducha tongbao], reprinted in Longhui
News, 19 December 17.

     \10\ United Nations, Report of the Fourth World Conference on
Women, A/CONF.177/20/Rev.1, 15 September 95, chap. II, para. 3; chap.
VI, para. 12. China was one of the participating States at the Fourth
World Conference on Women, which adopted the Beijing Declaration and
Platform for Action. United Nations Population Information Network,
Report of the International Conference on Population and Development
(ICPD), A/CONF.171/13, 18 October 94, chap. II, sec. C; chap. VI, sec.
1. China was one of the participating States at the ICPD, which reached
a general agreement on the Programme of Action. The Programme of Action
is provided as an annex to the above ICPD report.

     \11\ Convention against Torture and Other Cruel, Inhuman or
Degrading Treatment or Punishment, adopted by UN General Assembly
resolution 39/46 of 10 December 84, entry into force 26 June 87, art.
1; UN Committee against Torture, Concluding Observations on the Fifth
Periodic Report of China, adopted by the Committee at its 1391st and
1392nd Meetings (2-3 December 2015), CAT/C/CHN/CO/5, 3 February 16,
para. 51. In 2016, the UN Committee against Torture noted its concern
regarding ``reports of coerced sterilization and forced abortions, and
. . . the lack of information on the number of investigations into such
allegations . . . [and] the lack of information regarding redress
provided to victims of past violations.'' For acts of coercion
committed in the implementation of population planning policies, see,
e.g., Qiao Nong, ChinaAid, ``Pregnant Muslim Woman in Xinjiang
Underwent Forced Abortion, Her Brother, a Muslim Imam, Detained as
Retaliation'' [Xinjiang musilin yunfu bei qiangzhi duotai gege ahong
bei baofuxing jubu], 4 February 18.

     \12\ United Nations Treaty Collection, Chapter IV, Human Rights,
Convention against Torture and Other Cruel, Inhuman or Degrading
Treatment or Punishment, last visited 12 July 18. China signed the
Convention on December 12, 1986, and ratified it on October 4, 1988.

     \13\ PRC Population and Family Planning Law [Zhonghua renmin
gongheguo renkou yu jihua shengyu fa], passed 29 December 01, amended
27 December 15, effective 1 January 16, art. 18.

     \14\ National Health and Family Planning Commission, ``Text Record
of Director Li Bin and Others Answering Journalists' Questions
Regarding `The Implementation of the Universal Two-Child Policy' '' [Li
bin zhuren deng jiu ``shishi quanmian lianghai zhengce'' da jizhe wen
wenzi shilu], 8 March 16.

\15\ ``Three Million Additional Births Per Year With the Universal Two-Child Policy, Chinese Officials Say'' [Zhongguo guanfang shuo, kaifang ertai mei nian duo sheng sanbai wan ren], Radio Free Asia, 10 November 15.

\16\ National Health and Family Planning Commission, ``Department of Community Family Planning Official Answers Questions From Health News and China Population Daily Journalists Regarding the Number of Births in 2015'' [Zhidaosi fuzeren jiu 2015 nian chusheng renkou shu da jiankang bao, zhongguo renkou bao jizhe wen], 20 January 16.

\17\ National Bureau of Statistics of China, ``The Economy Was Stable in 2017, and Exceeded Expectations'' [2017 nian jingji yunxing wen zhong xiang hao, hao yu yuqi], 18 January 18; Ma Danmeng and Han Wei, ``Couples Not Delivering on Beijing's Push for Two Babies,'' Caixin, 18 January 18. For the total number of births in 2016, see National Bureau of Statistics of China, ``National Economy Achieved a Good Start for the `13th Five-Year Plan' Period in 2016'' [2016 nian guomin jingji shixian ``shisan wu'' lianghao kaiju], 20 January 17.

\18\ Ma Danmeng and Han Wei, ``Couples Not Delivering on Beijing's Push for Two Babies,'' Caixin, 18 January 18; Liang Jianzhang and Huang Wenzheng, ``Birth Population Avalanche, Need To Cut Taxes and Provide Subsidies To Encourage Having More Children'' [Chusheng renkou xuebeng wei yao haizi jianshui he butie], Caixin, 18 January 18; ``China's Declining Birth Rate Requires Policy Change,'' Xinhua, 25 January 18.

\19\ ``China Sounds Population Alarm: It Is Imperative To End Birth Restrictions'' [Zhongguo laxiang renkou jingbao: quanmian fangkai shengyu shizai bixing], Radio Free Asia, 26 January 18; Issaku Harada, ``China's Falling Births Expose Limits of `Two-Child Policy,' '' Nikkei Asian Review, 23 January 18.

\20\ ``China Sounds Population Alarm: It Is Imperative To End Birth Restrictions'' [Zhongguo laxiang renkou jingbao: quanmian fangkai shengyu shizai bixing], Radio Free Asia, 26 January 18; ``China's Declining Birth Rate Requires Policy Change,'' Xinhua, 25 January 18; He Keyao, ``Chinese Youth Say No to Having Kids on the Grounds of Financial Pressure, Happiness and Career Development,'' Global Times, 6 February 18.

\21\ ``China Sounds Population Alarm: It Is Imperative To End Birth Restrictions'' [Zhongguo laxiang renkou jingbao: quanmian fangkai shengyu shizai bixing], Radio Free Asia, 26 January 18; ``China's Declining Birth Rate Requires Policy Change,'' Xinhua, 25 January 18; Feng Xixi, ``Anxiety Over Having Two Children? 75% of Those Surveyed Believe the Pressure Can Be Controlled'' [Sheng er hai hen jiaolu? 75% shoufang zhe renwei yali kekong], Jinyang Net, 22 February 18.

\22\ Feng Xixi, ``Anxiety Over Having Two Children? 75% of Those Surveyed Believe the Pressure Can Be Controlled'' [Sheng er hai hen jiaolu? 75% shoufang zhe renwei yali kekong], Jinyang Net, 22 February 18; ``China's Declining Birth Rate Requires Policy Change,'' Xinhua, 25 January 18; Issaku Harada, ``China's Falling Births Expose Limits of `Two-Child Policy,' '' Nikkei Asian Review, 23 January 18.

\23\ Leta Hong Fincher, ``China Dropped Its One-Child Policy. So Why Aren't Chinese Women Having More Babies? '' New York Times, 20 February 18.

\24\ He Keyao, ``Chinese Youth Say No to Having Kids on the Grounds of Financial Pressure, Happiness and Career Development,'' Global Times, 6 February 18; ``China's Declining Birth Rate Requires Policy Change,'' Xinhua, 25 January 18.

\25\ ``China Sounds Population Alarm: It Is Imperative To End Birth Restrictions'' [Zhongguo laxiang renkou jingbao: quanmian fangkai shengyu shizai bixing], Radio Free Asia, 26 January 18; Zhang Hui, ``Latest Population Data Prompts Call for China's Family Planning Policy To Be Abolished,'' Global Times, 20 March 18; Paul Yip, ``Does China Actually Need More Children To Replace Its Declining Working-Age Population? '' South China Morning Post, 28 January 18; Zhang Hui, ``Lawmaker Urges Lower Income Tax for Two-Child Families,'' Global Times, 16 March 18.

\26\ ``Xi Jinping: Secure a Decisive Victory in Building a Moderately Prosperous Society in All Respects and Strive for the Great Success of Socialism With Chinese Characteristics for a New Era'' [Xi jinping: juesheng quanmian jiancheng xiaokang shehui duoqu xinshidai zhongguo tese shehui zhuyi weida shengli], 18 October 17, Xinhua, 27 October 17, sec. 8(5).

\27\ Ibid.

\28\ Li Bin, ``Implement the Healthy China Strategy (Earnestly

Study, Promote, and Implement the Spirit of the Party's Nineteenth Party Congress)'' [Shishi jiankang zhongguo zhanlue (renzhen xuexi xuanchuan guanche dang de shijiuda jingshen)], People's Daily, 12 January 18.

\29\ ``Couples Are Being Offered Benefits To Have a Second Child,'' China Internet Information Center, 19 July 18; ``China Provinces Offer Incentives To Raise Birth Rate,'' CGTN, 19 July 18; Peng Xunwen, ``Let People Dare and Be Willing To Have a `Second Child' '' [Rang renmen gan sheng yuan sheng ``er hai''], People's Daily, 6 August 18; Wang Jun, ``Many Localities Nationwide Successively Introduced Policies To `Promote Birth' of a Second Child: Subsidies Given for Childbirth, Baby Formula, Etc.'' [Quanguo duo di xiangji chutai ``cui sheng'' er hai zhengce: fa fenmian, naifen deng butie], The Paper, 18 July 18.

\30\ ``Chinese Communist Party Central Committee Issues `Plan for Deepening Reform of Party and Government Agencies' '' [Zhonggong zhongyang yinfa ``shenhua dang he guojia jigou gaige fang'an''], Xinhua, 21 March 18, sec. 3(28); State Council, Institutional Reform Plan [Guowuyuan jigou gaige fang'an], 17 March 18, sec. 1(5).

\31\ ``Chinese Communist Party Central Committee Issues `Plan for Deepening Reform of Party and Government Agencies' '' [Zhonggong zhongyang yinfa ``shenhua dang he guojia jigou gaige fang'an''], Xinhua, 21 March 18, sec. 3(28); State Council, Institutional Reform Plan'' [Guowuyuan jigou gaige fang'an], 17 March 18, sec. 1(5).

\32\ Liyan Qi and Fanfan Wang, ``China's Notorious Family Planning Agency Fades Into History,'' Wall Street Journal, 14 March 18; `` `An Old Official' Ma Xiaowei at the Helm of the National Health Commission, What Changes Can [He] Bring? '' [``Lao jiang'' ma xiaowei zhangduo guojia weisheng jiankang weiyuanhui, neng dailai shenme gaibian?], Pharmacodia, 20 March 18; Goh Sui Noi, ``NPC 2018: China Proposes Sweeping Reorganisation of Cabinet,'' Straits Times, 13 March 18; ``China Establishes New National Health Commission, Dismantles NHFPC'' [Zhonguo xin she guojia weisheng jiankang weiyuanhui chexiao weijiwei], Duowei News, 13 March 18. See also ``Chinese Communist Party Central Committee Issues `Plan for Deepening Reform of Party and Government Agencies' '' [Zhonggong zhongyang yinfa ``shenhua dang he guojia jigou gaige fang'an''], Xinhua, 21 March 18, sec. 3(28); State Council, Institutional Reform Plan [Guowuyuan jigou gaige fang'an], 17 March 18, sec. 1(5).

\33\ Liyan Qi and Fanfan Wang, ``China's Notorious Family Planning Agency Fades Into History,'' Wall Street Journal, 14 March 18; Zhang Hui, ``China To Dismantle Family Planning Commission,'' Global Times, 13 March 18; Zhang Hui, ``Latest Population Data Prompts Call for China's Family Planning Policy To Be Abolished,'' Global Times, 20 March 18.

\34\ Wang Jun, ``China Human Resources and Social Security Magazine Article: Time To End Birth Limit Policies Without Delay'' [``Zhongguo renli ziyuan shehui baozhang'' zazhi kanwen: quanmian fangkai shengyu kebu ronghuan], The Paper, 21 July 18; Wang Jun, ``Shaanxi Issues 2017 Population Development Report, Suggests Ending Birth Limit Policy at an Appropriate Time'' [Shaanxi 2017 nian renkou fazhan baogao fabu, jianyi shishi quanmian fangkai jihua shengyu], The Paper, 21 July 18; Xi Yue, ``Chinese Province Suggests Ending Birth Restrictions,'' Sixth Tone, 23 July 18; ``China State Researcher Predicts End to Child Birth Restrictions,'' Bloomberg News, 10 August 18.

\35\ Steven Lee Myers and Olivia Mitchell Ryan, ``Burying `One Child' Limits, China Pushes Women To Have More Babies,'' New York Times, 11 August 18.

\36\ ``China Considers Ending Birth Limits as Soon as This Year,'' Bloomberg, 21 May 18. See also Alexa Lardieri, ``China To Eliminate 2-Child Policy,'' U.S. News & World Report, 21 May 18; Lily Kuo, ``China Shows Little Appetite for Lifting of Family Size Limit,'' Guardian, 26 May 18.

\37\ ``China Considers Ending Birth Limits as Soon as This Year,'' Bloomberg, 21 May 18. See also Alexa Lardieri, ``China to Eliminate 2-Child Policy,'' U.S. News & World Report, 21 May 18.

\38\ ``China Considers Ending Birth Limits as Soon as This Year,'' Bloomberg, 21 May 18.

\39\ Ibid.

\40\ Ibid.; Liyan Qi and Fanfan Wang, ``A Limit to China's Economic Rise: Not Enough Babies,'' Wall Street Journal, 29 April 18; Alexa Lardieri, ``China To Eliminate 2-Child Policy,'' U.S. News & World Report, 21 May 18; Michelle La Rosa, ``China May Lift Its Two-Child

**AR-1341**

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPO... Page 146 of 316

Case 3:20-cv-05910-LB Document 77-4 Filed 10/01/20 Page 16 of 47
WeChat Appendix F Footnote-F9 - Congressional-Executive Commission on China Annual Report 2018

Policy--Here's What That Could Mean,'' Catholic News Agency, 23 May 18; Gina Heeb, ``China Is Thinking About Scrapping Birth Limits--But That Won't Have the Impact It's Hoping For,'' Business Insider Australia, 23 May 18.

\41\ Michelle La Rosa, ``China May Lift Its Two-Child Policy--Here's What That Could Mean,'' Catholic News Agency, 23 May 18.

\42\ PRC Population and Family Planning Law [Zhonghua renmin gongheguo renkou yu jihua shengyu fa], passed 29 December 01, amended 27 December 15, effective 1 January 16, arts. 4, 39.

\43\ He Yafu, ``Deng Chao and Zhao Ruirui Who Were Almost Aborted'' [Cha dian bei duotai de deng chao he zhao ruirui], CNPOP, 9 February 14. For examples of provincial-level population planning regulations instructing officials to carry out abortions, see Jiangxi Province People's Congress Standing Committee, Jiangxi Province Population and Family Planning Regulations [Jiangxi sheng renkou yu jihua shengyu tiaoli], issued 16 June 90, amended 30 June 95, 20 June 97, 29 July 02, 27 March 09, 16 January 14, 20 January 16, art. 15; Hubei Province People's Congress Standing Committee, Hubei Province Population and Family Planning Regulations [Hubei sheng renkou yu jihua shengyu tiaoli], issued 1 December 02, amended 29 November 08, 30 July 10, 27 March 14, 13 January 16, art. 12. For examples of local authorities instructing officials to carry out abortions, see Dongshan County Grain Bureau, ``Dongshan County Grain Bureau Circular Regarding Issuing 2018 Family Planning Work Assignments to Subsidiary Units'' [Dongshan xian liangshi ju guanyu xiada suo shu danwei 2018 nian jihua shengyu gongzuo zerenshu de tongzhi], 3 April 18; Baiyun District People's Government, ``Working Guidelines for Migrant Population To Apply for Family Planning Related Certificates in Baiyun District'' [Baiyun liudong renkou shen ling jisheng xiangguan zhengming banshi zhinan], 30 November 17; Mianning County Health and Family Planning Bureau, ``Mianning County Carries Out the First Seasonal `IUD and Pregnancy Monitoring' Inspection Work'' [Mianning xian kaizhan di yi jidu ``huan yun qing jiance'' ducha gongzuo], 3 April 18; Chen Tong, Huigou Township Health and Family Planning Office Information Office, ``New Conceptional Path for Family Planning Development in Huigou Township, Lingbi County'' [Lingbi xian huigou zhen xinxing jihua shengyu fazhan gouxiang zhi lu], 7 March 18. Illegal pregnancies are often referred to as ``out-of-plan'' pregnancies (jihua wai huaiyun) or ``out-of-policy'' pregnancies (zhengce wai huaiyun).

\44\ Chen Tong, Huigou Township Health and Family Planning Office Information Office, ``New Conceptional Path for Family Planning Development in Huigou Township, Lingbi County'' [Lingbi xian huigou zhen xinxing jihua shengyu fazhan gouxiang zhi lu], 7 March 18.

\45\ Dongshan County Grain Bureau, ``Dongshan County Grain Bureau Circular Regarding Issuing 2018 Family Planning Work Assignments to Subsidiary Units'' [Dongshan xian liangshi ju guanyu xiada suo shu danwei 2018 nian jihua shengyu gongzuo zerenshu de tongzhi], 3 April 18.

\46\ Baiyun District People's Government, ``Working Guidelines for Migrant Population To Apply for Family Planning Related Certificates in Baiyun District'' [Baiyun liudong renkou shen ling jisheng xiangguan zhengming banshi zhinan], 30 November 17.

\47\ Qichun County People's Government, ``Qingshi Township 2018 Government Work Report'' [Qingshi zhen 2018 nian zhengfu gongzuo baogao], 19 January 18.

\48\ Chen Hong, Longhui County Health and Family Planning Bureau, ``Inspection Report for the 2018 Annual Family Planning Quality Service Activities During Winter and Spring'' [2018 niandu jihua shengyu dong chun ji youzhi fuwu huodong de ducha tongbao], reprinted in Longhui News, 19 December 17; Songbo Ethnic Yao Township Health and Family Planning Office, ``Songbo Ethnic Yao Township 2017 Family Planning Work Summary and 2018 Work Plan'' [Songbo yaozu xiang 2017 nian jisheng gongzuo zongjie he 2018 nian gongzuo jihua], reprinted in Jiangyong County People's Government, 20 December 17.

\49\ Mianning County Health and Family Planning Bureau, ``Mianning County Carries Out the First Seasonal `IUD and Pregnancy Monitoring' Inspection Work'' [Mianning xian kaizhan di yi jidu ``huan yun qing jiance'' ducha gongzuo], 3 April 18.

\50\ See, e.g., Zhao Jingjing, ``Lengshuijiang City Convenes Spring Family Planning Turning Up Heat and Increasing Pressure Work Conference'' [Lengshuijiang shi zhaokai chunji jihua shengyu shengwen jiaya gongzuo huiyi], Lengshuijiang News Net, 2 April 18; Dongshan

**AR-1342**

County Grain Bureau, ``Dongshan County Grain Bureau Circular Regarding Issuing 2018 Family Planning Work Assignments to Subsidiary Units'' [Dongshan xian liangshi ju guanyu xiada suo shu danwei 2018 nian jihua shengyu gongzuo zerenshu de tongzhi], 3 April 18; Hengshui Municipality Health and Family Planning Comprehensive Supervision and Enforcement Bureau, ``Shenzhou City Convenes Special Rectification Mobilization Meeting for Collection of Social Compensation Fees'' [Shenzhou shi zhaokai shehui fuyang fei zhengshou zhuanxiang zhengzhi xingdong dongyuan huiyi], 27 November 17.

\51\ See, e.g., Liannan County People's Government, ``Liannan County Convenes 2017 Population and Family Planning Work Meeting'' [Liannan zhaokai 2017 nian renkou he jihua shengyu gongzuo huiyi], 6 November 17; Xu Siyuan, ``Zhouwang Township Makes Arrangements To Carry Out 2018 Health and Family Planning Work'' [Zhouwang zhen anpai bushu 2018 nian weisheng jisheng gongzuo], 29 March 18.

\52\ See, e.g., Liannan County People's Government, ``Liannan County Convenes 2017 Population and Family Planning Work Meeting'' [Liannan zhaokai 2017 nian renkou he jihua shengyu gongzuo huiyi], 6 November 17; Helan County Xigang Street Office, ``Interpretation of the `Two-Child' Policy'' [``Quanmian lianghai'' zhengce jiedu], 15 March 18; Hengshui Municipality Health and Family Planning Comprehensive Supervision and Enforcement Bureau, ``Shenzhou City Convenes Special Rectification Mobilization Meeting for Collection of Social Compensation Fees'' [Shenzhou shi zhaokai shehui fuyang fei zhengshou zhuanxiang zhengzhi xingdong dongyuan huiyi], 27 November 17.

\53\ See, e.g., Mianning County Health and Family Planning Bureau, ``Mianning County Carries Out the First Seasonal `IUD and Pregnancy Monitoring' Inspection Work'' [Mianning xian kaizhan di yi jidu ``huan yun qing jiance'' ducha gongzuo], 3 April 18; Chen Tong, Huigou Township Health and Family Planning Office Information Office, ``New Conceptional Path for Family Planning Development in Huigou Township, Lingbi County'' [Lingbi xian huigou zhen xinxing jihua shengyu fazhan gouxiang zhi lu], 7 March 18; Dongshan County Grain Bureau, ``Dongshan County Grain Bureau Circular Regarding Issuing 2018 Family Planning Work Assignments to Subsidiary Units'' [Dongshan xian liangshi ju guanyu xiada suo shu danwei 2018 nian jihua shengyu gongzuo zerenshu de tongzhi], 3 April 18. Illegal pregnancies are often referred to as ``out-of-plan'' pregnancies (jihua wai huaiyun) or ``out-of-policy'' pregnancies (zhengce wai huaiyun).

\54\ See, e.g., Zhao Jingjing, ``Lengshuijiang City Convenes Spring Family Planning Turning Up Heat and Increasing Pressure Work Conference'' [Lengshuijiang shi zhaokai chunji jihua shengyu shengwen jiaya gongzuo huiyi], Lengshuijiang News Net, 2 April 18; Dongshan County Grain Bureau, ``Dongshan County Grain Bureau Circular Regarding Issuing 2018 Family Planning Work Assignments to Subsidiary Units'' [Dongshan xian liangshi ju guanyu xiada suo shu danwei 2018 nian jihua shengyu gongzuo zerenshu de tongzhi], 3 April 18.

\55\ See, e.g., Longguang Township People's Government, ``Longguang Township March Work Updates'' [Longguang zhen 3 yue gongzuo dongtai], reprinted in Lingshui County People's Government, 4 April 18; Mianning County Health and Family Planning Bureau, ``The Fourth Family Planning `Three Inspections' Successfully Completed in Chengxiang Township, Mianning County'' [Mianning xian chengxiang zhen jisheng di si ci ``san cha'' shunli jieshu], 8 December 17. See also Ma Jian, Women's Rights in China, ``Investigation Into the `Three Inspections' of Rural Family Planning'' [Nongcun jihua shengyu zhong de ``san cha'' qingkuang diaocha], reprinted in Boxun, 15 April 09.

\56\ See, e.g., Chen Hong, Longhui County Health and Family Planning Bureau, ``Inspection Report for the 2018 Annual Family Planning Quality Service Activities During Winter and Spring'' [2018 niandu jihua shengyu dong chun ji youzhi fuwu huodong de ducha tongbao], reprinted in Longhui News, 19 December 17; Songbo Ethnic Yao Township Health and Family Planning Office, ``Songbo Ethnic Yao Township 2017 Family Planning Work Summary and 2018 Work Plan'' [Songbo yaozu xiang 2017 nian jisheng gongzuo zongjie he 2018 nian gongzuo jihua], reprinted in Jiangyong County People's Government, 20 December 17; Qichun County People's Government, ``Qingshi Township 2018 Government Work Report'' [Qingshi zhen 2018 nian zhengfu gongzuo baogao], 19 January 18. See also Yu Han, ``Chinese People Suffer From Family Planning [Policy's] Forced Sterilizations and Abortions'' [Jihua shengyu qiangzhi jiezha renliu hai ku le zhongguo ren], Tencent, 15 June 12.

**AR-1343**

\57\ See, e.g., Chen Hong, Longhui County Health and Family Planning Bureau, ``Inspection Report for the 2018 Annual Family Planning Quality Service Activities During Winter and Spring'' [2018 niandu jihua shengyu dong chun ji youzhi fuwu huodong de ducha tongbao], reprinted in Longhui News, 19 December 17; Songbo Ethnic Yao Township Health and Family Planning Office, ``Songbo Ethnic Yao Township 2017 Family Planning Work Summary and 2018 Work Plan'' [Songbo yaozu xiang 2017 nian jisheng gongzuo zongjie he 2018 nian gongzuo jihua], reprinted in Jiangyong County People's Government, 20 December 17; Qichun County People's Government, ``Qingshi Township 2018 Government Work Report'' [Qingshi zhen 2018 nian zhengfu gongzuo baogao], 19 January 18. ``Social compensation fees'' are also known as ``social maintenance fees.''

\58\ Chen Hong, Longhui County Health and Family Planning Bureau, ``Inspection Report for the 2018 Annual Family Planning Quality Service Activities During Winter and Spring'' [2018 niandu jihua shengyu dong chun ji youzhi fuwu huodong de ducha tongbao], reprinted in Longhui News, 19 December 17.

\59\ Ibid.

\60\ State Council, Measures for Administration of Collection of Social Compensation Fees [Shehui fuyang fei zhengshou guanli banfa], issued 2 August 02, effective 1 September 02, arts. 3, 7. See also PRC Population and Family Planning Law [Zhonghua renmin gongheguo renkou yu jihua shengyu fa], passed 29 December 01, amended 27 December 15, effective 1 January 16, arts. 18, 41.

\61\ See, e.g., Liyan Qi and Fanfan Wang, ``A Limit to China's Economic Rise: Not Enough Babies,'' Wall Street Journal, 29 April 18.

\62\ For a list of provincial-level regulations that mandate collection of ``social compensation fees,'' see ``2018 Social Compensation Fee Collection Standards and Newest Regulations'' [2018 nian shehui fuyang fei zhengshou biaozhun yu zui xin guiding], Shebao Chaxun Wang, 15 January 18. For examples of local governments that collected or demanded collection of ``social compensation fees'' during this reporting year, see, e.g., Chen Hong, Longhui County Health and Family Planning Bureau, ``Inspection Report for the 2018 Annual Family Planning Quality Service Activities During Winter and Spring'' [2018 niandu jihua shengyu dong chun ji youzhi fuwu huodong de ducha tongbao], reprinted in Longhui News, 19 December 17; Qichun County People's Government, ``Qingshi Township 2018 Government Work Report'' [Qingshi zhen 2018 nian zhengfu gongzuo baogao], 19 January 18; Gao Yong, Tengzhou City People's Government, ``Nanshahe Township Writes a New Chapter for Health and Family Planning Work'' [Nanshahe zhen puxie weisheng jisheng gongzuo xin pianzhang], 16 November 17; Tian Hongxiu, ``Heyuan Municipality Health and Family Planning Bureau Director Yuan Chengzhang Discusses the Study and Implementation of the Nineteenth Party Congress Spirit'' [Wo ju juzhang yuan chengzhang tan xuexi guanche dang de shijiuda jingshen], Heyuan Daily, reprinted in Heyuan Municipality Health and Family Planning Bureau, 28 December 17.

\63\ See, e.g., Wang Lianzhang, ``High Court Accepts Appeal Against Family Planning Fine,'' Sixth Tone, 22 November 17; Zhao Meng, ``Should `Having a Second Child Before the [Two-Child] Policy' Be Punished Retroactively? Another Jiangsu Couple Successfully Files Petition for Appeal'' [``Zhengce qian er hai'' shifou gai bei zhui fa? you yi dui jiangsu fufu shenqing zai shen huo li'an], The Paper, 21 November 17.

\64\ See, e.g., ``China Sounds Population Alarm: It Is Imperative To End Birth Restrictions'' [Zhongguo laxiang renkou jingbao: quanmian fangkai shengyu shizai bixing], Radio Free Asia, 26 January 18; Sha Xueliang, ``Huang Xihua: Birth Rate Dropped, Recommendation To Rescind Collection of Social Compensation Fees'' [Huang xihua: renkou chusheng lu xiajiang jianyi quxiao zhengshou shehui fuyang fei], Beijing News, reprinted in Sina, 12 March 18; Wang Ling, ``More `Rush To Give Birth to Second Child' Cases Nationwide, Need To Clarify Whether To Keep or Abolish Social Compensation Fees'' [Quanguo ``qiang sheng erhai'' anjian zengduo shehui fuyang fei cun fei dai mingque], Yicai, 24 March 17; Wang Ling, ``NHFPC: Administrative Lawsuits Related to Social Compensation Fees Increase in Some Areas'' [Weijiwei: bufen diqu shehui fuyang fei xiangguan xingzheng susong anjian zengjia], Chinese Business Network, 4 March 17.

\65\ See, e.g., Yin Han, ``Experts Call for Official Leniency Toward Parents of Illegal Second Child,'' Global Times, 12 December 17; Zhao Meng, ``Worker in Guizhou Fired Last Month for Having a Child in Excess of Birth Quotas 3 Years Ago, One Week Later `Excess Child Job

**AR-1344**

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPO... Page 149 of 316

Case 3:20-cv-05910-LB Document 77-4 Filed 10/01/20 Page 19 of 47
WeChat Appendix F Footnote-F9 - Congressional-Executive Commission on China Annual Report 2018

Termination' Provision Abolished'' [Guizhou yi zhigong 3 nian qian chaosheng shang yue bei kai, yi zhou hou ``chaosheng kaichu'' tiaokuan feizhi], The Paper, 4 April 18.

\66\ See, e.g., Qiao Nong, ChinaAid, ``Pregnant Muslim Woman in Xinjiang Underwent Forced Abortion, Her Brother, a Muslim Imam, Detained as Retaliation'' [Xinjiang musilin yunfu bei qiangzhi duotai gege ahong bei baofuxing jubu], 4 February 18.

\67\ Ibid.

\68\ PRC Population and Family Planning Law [Zhonghua renmin gongheguo renkou yu jihua shengyu fa], passed 29 December 01, amended 27 December 15, effective 1 January 16, arts. 4, 39(1)-(2). Article 4 of the PRC Population and Family Planning Law states that officials ``shall perform their family planning work duties strictly in accordance with the law, and enforce the law in a civil manner, and they may not infringe upon the legitimate rights and interests of citizens.'' Article 39 states that an official is subject to criminal or administrative punishment if he ``infringe[s] on a citizen's personal rights, property rights, or other legitimate rights and interests'' or ``abuse[s] his power, neglect[s] his duty, or engage[s] in malpractice for personal gain'' in the implementation of family planning policies.

\69\ Qiao Nong, ChinaAid, ``Pregnant Muslim Woman in Xinjiang Underwent Forced Abortion, Her Brother, a Muslim Imam, Detained as Retaliation'' [Xinjiang musilin yunfu bei qiangzhi duotai gege ahong bei baofuxing jubu], 4 February 18; ChinaAid, ``Muslim Woman Forced Into Abortion,'' 5 February 18. For more information on Kuliziya Mogudong, see the Commission's Political Prisoner Database record 2018-00105.

\70\ Qiao Nong, ChinaAid, ``Pregnant Muslim Woman in Xinjiang Underwent Forced Abortion, Her Brother, a Muslim Imam, Detained as Retaliation'' [Xinjiang musilin yunfu bei qiangzhi duotai gege ahong bei baofuxing jubu], 4 February 18; ChinaAid, ``Muslim Woman Forced Into Abortion,'' 5 February 18.

\71\ Qiao Nong, ChinaAid, ``Pregnant Muslim Woman in Xinjiang Underwent Forced Abortion, Her Brother, a Muslim Imam, Detained as Retaliation'' [Xinjiang musilin yunfu bei qiangzhi duotai gege ahong bei baofuxing jubu], 4 February 18; ChinaAid, ``Muslim Woman Forced Into Abortion,'' 5 February 18.

\72\ Qiao Nong, ChinaAid, ``Pregnant Muslim Woman in Xinjiang Underwent Forced Abortion, Her Brother, a Muslim Imam, Detained as Retaliation'' [Xinjiang musilin yunfu bei qiangzhi duotai gege ahong bei baofuxing jubu], 4 February 18; ChinaAid, ``Muslim Woman Forced Into Abortion,'' 5 February 18.

\73\ Qiao Nong, ChinaAid, ``[Ethnic] Kazakh Woman Underwent Forced Abortion, [She Was] Permitted To Leave After Several Months in Soft Detention'' [Hasakesitan funu bei qiangzhi duotai ruanjin shuyue zhong huo likai], 14 May 18.

\74\ Ibid.; Qiao Nong, ChinaAid, ``Pregnant Muslim Woman in Xinjiang Underwent Forced Abortion, Her Brother, a Muslim Imam, Detained as Retaliation'' [Xinjiang musilin yunfu bei qiangzhi duotai gege ahong bei baofuxing jubu], 4 February 18; ChinaAid, ``Muslim Woman Forced Into Abortion,'' 5 February 18. For more information on Tursun, see the Commission's Political Prisoner Database record 2018-00108.

\75\ Qiao Nong, ChinaAid, ``[Ethnic] Kazakh Woman Underwent Forced Abortion, [She Was] Permitted To Leave After Several Months in Soft Detention'' [Hasakesitan funu bei qiangzhi duotai ruanjin shuyue zhong huo likai], 14 May 18.

\76\ Qiao Nong, ChinaAid, ``Pregnant Muslim Woman in Xinjiang Underwent Forced Abortion, Her Brother, a Muslim Imam, Detained as Retaliation'' [Xinjiang musilin yunfu bei qiangzhi duotai gege ahong bei baofuxing jubu], 4 February 18; ChinaAid, ``Muslim Woman Forced Into Abortion,'' 5 February 18.

\77\ Zhao Meng, ``Guangzhou Deputy Director-Level Cadre Had Second Child Before Family Planning Policy [Change], Faces Termination After Being Deemed Illegal by Municipal Health and Family Planning Commission'' [Guangzhou fu chu ji ganbu shengyu zhengce qian er hai, bei shi weijiwei rending weifa mianlin kaichu], The Paper, 12 December 17; Yin Han, ``Experts Call for Official Leniency Toward Parents of Illegal Second Child,'' Global Times, 12 December 17.

\78\ Zhao Meng, ``Guangzhou Deputy Director-Level Cadre Had Second Child Before Family Planning Policy [Change], Faces Termination After Being Deemed Illegal by Municipal Health and Family Planning

Commission'' [Guangzhou fu chu ji ganbu shengyu zhengce qian er hai,
bei shi weijiwei rending weifa mianlin kaichu], The Paper, 12 December
17; Yin Han, ``Experts Call for Official Leniency Toward Parents of
Illegal Second Child,'' Global Times, 12 December 17.

\79\ Zhao Meng, ``Guangzhou Deputy Director-Level Cadre Had Second
Child Before Family Planning Policy [Change], Faces Termination After
Being Deemed Illegal by Municipal Health and Family Planning
Commission'' [Guangzhou fu chu ji ganbu shengyu zhengce qian er hai,
bei shi weijiwei rending weifa mianlin kaichu], The Paper, 12 December
17.

\80\ Ibid.

\81\ Ibid. See also PRC Population and Family Planning Law
[Zhonghua renmin gongheguo renkou yu jihua shengyu fa], passed 29
December 01, amended 27 December 15, effective 1 January 16, art. 42;
Guangdong Province People's Congress Standing Committee, ``Guangdong
Province Population and Family Planning Regulations'' [Guangdong sheng
renkou yu jihua shengyu tiaoli], issued 2 February 80, amended 17 May
86, 28 November 92, 1 December 97, 18 September 98, 21 May 99, 25 July
02, 28 November 08, 27 March 14, 30 December 15, 29 September 16, art.
40.

\82\ Zhao Meng, ``Guangzhou Deputy Director-Level Cadre Had Second
Child Before Family Planning Policy [Change], Faces Termination After
Being Deemed Illegal by Municipal Health and Family Planning
Commission'' [Guangzhou fu chu ji ganbu shengyu zhengce qian er hai,
bei shi weijiwei rending weifa mianlin kaichu], The Paper, 12 December
17.

\83\ Zhao Yu, ``There Are Still 7 Provinces That Haven't Revised
the `Extra Births Job Termination' Provisions'' [``Chaosheng ji
citui'' fagui hai you zhe 7 ge shengfen wei xiugai], Red Star News,
reprinted in China Youth Net, 26 December 17. See also Zhao Meng,
``Worker in Guizhou Fired Last Month for Having a Child in Excess of
Birth Quotas 3 Years Ago, One Week Later `Excess Child Job Termination'
Provision Abolished'' [Guizhou yi zhigong 3 nian qian chaosheng shang
yue bei kai, yi zhou hou ``chaosheng kaichu'' tiaokuan feizhi], The
Paper, 4 April 18.

\84\ Zhao Meng, ``Worker in Guizhou Fired Last Month for Having a
Child in Excess of Birth Quotas 3 Years Ago, One Week Later `Excess
Child Job Termination' Provision Abolished'' [Guizhou yi zhigong 3 nian
qian chaosheng shang yue bei kai, yi zhou hou ``chaosheng kaichu''
tiaokuan feizhi], The Paper, 4 April 18.

\85\ Liyan Qi and Fanfan Wang, ``A Limit to China's Economic Rise:
Not Enough Babies,'' Wall Street Journal, 29 April 18. For more
information on the reorganization of Party and government institutions,
including the creation of the new National Health Commission, see
``Chinese Communist Party Central Committee Issues `Plan for Deepening
Reform of Party and Government Agencies' '' [Zhonggong zhongyang yinfa
``shenhua dang he guojia jigou gaige fang'an''], Xinhua, 21 March 18;
State Council, Institutional Reform Plan [Guowuyuan jigou gaige
fang'an], 17 March 18, sec. 1(5).

\86\ Liyan Qi and Fanfan Wang, ``A Limit to China's Economic Rise:
Not Enough Babies,'' Wall Street Journal, 29 April 18.

\87\ Ibid.

\88\ World Bank, ``Fertility Rate, Total (Births Per Woman),'' last
visited 16 July 18.

\89\ Serenitie Wang, ``Recovering From One Child: China's Growing
Fertility Problem,'' CNN, 7 May 18; Central Intelligence Agency,
``World Factbook: China,'' last visited 15 May 18.

\90\ Lily Kuo, ``China Shows Little Appetite for Lifting of Family
Size Limit,'' Guardian, 26 May 18; Liyan Qi and Fanfan Wang, ``A Limit
to China's Economic Rise: Not Enough Babies,'' Wall Street Journal, 29
April 18.

\91\ Dexter Roberts, ``What Happened to China's Baby Bump? ''
Bloomberg Businessweek, 13 February 18; Paul Yip, ``Does China Actually
Need More Children To Replace Its Declining Working-Age Population? ''
South China Morning Post, 28 January 18; Hua'erjie Laoye, ``Ren Dapao:
Is China's Real Estate Market Really China's `Ticking Time Bomb? ' ''
[Ren dapao: zhongguo loushi zhen de shi zhongguo jingji de ``dingshi
zhadan'' ma?], Sina, 14 March 17.

\92\ National Bureau of Statistics of China, ``The Economy Was
Stable in 2017, and Exceeded Expectations'' [2017 nian jingji yunxing
wenzhong xianghao, hao yu yuqi], 18 January 18; National Bureau of
Statistics of China, ``National Economy Achieved a Good Start for the

**AR-1346**

`13th Five-Year Plan' Period in 2016'' [2016 nian guomin jingji shixian
``shisan wu'' lianghao kaiju], 20 January 17; Chi Dehua, ``China's
Working-Age Population Continues To Shrink,'' GBTIMES, 1 March 18.

    \93\ National Bureau of Statistics of China, ``The Economy Was
Stable in 2017, and Exceeded Expectations'' [2017 nian jingji yunxing
wenzhong xianghao, hao yu yuqi], 18 January 18; National Bureau of
Statistics of China, ``National Economy Achieved a Good Start for the
`13th Five-Year Plan' Period in 2016'' [2016 nian guomin jingji shixian
``shisan wu'' lianghao kaiju], 20 January 17.

    \94\ State Council, National Population Development Plan (2016-
2030) [Guojia renkou fazhan guihua (2016-2030 nian)], issued 30
December 16.

    \95\ Chong Koh Ping, ``China's Elderly: Old and Left Behind,''
Straits Times, 28 October 17; Shi Jia, ``Dealing With China's Aging
Population,'' Shanghai Daily, 19 December 17; Yue Wang, ``No One in
China Wants To Get Married Anymore, and It's Making Beijing Nervous,''
Forbes, 17 October 17.

    \96\ Chong Koh Ping, ``China's Elderly: Old and Left Behind,''
Straits Times, 28 October 17; ``China Sounds Population Alarm: It Is
Imperative To End Birth Restrictions'' [Zhongguo laxiang renkou
jingbao: quanmian fangkai shengyu shizai bixing], Radio Free Asia, 26
January 18; Issaku Harada, ``China's Social Security Shortfall Nears
$100bn,'' Nikkei Asian Review, 8 February 18; Sidney Leng and Mimi Lau,
``Greying China Looks at Dropping All Limits on Birth Control,'' South
China Morning Post, 23 October 17.

    \97\ Elias Glenn and Stella Qiu, ``China Working-Age Population
Shrinks, Presenting Pitfall for Pension Plans,'' Reuters, 28 February
18; Chong Koh Ping, ``China's Elderly: Old and Left Behind,'' Straits
Times, 28 October 17; Peter Wood, ``Greying China Strains Social Safety
Net, Healthcare System,'' Jamestown Foundation, China Brief, Vol. 18,
Issue 2, 13 February 18, 2-3.

    \98\ For national laws and regulations prohibiting the practices of
non-medically necessary gender determination testing and sex-selective
abortion, see PRC Population and Family Planning Law [Zhonghua renmin
gongheguo renkou yu jihua shengyu fa], passed 29 December 01, amended
27 December 15, effective 1 January 16, art. 35; National Health and
Family Planning Commission et al., Regulations on Prohibiting Non-
Medically Necessary Sex Determination and Sex-Selective Abortion
[Jinzhi fei yixue xuyao de tai'er xingbie jianding he xuanze xingbie
rengong zhongzhi renshen de guiding], issued 28 March 16, effective 1
May 16. For provincial regulations that ban non-medically necessary sex
determination and sex-selective abortion, see, e.g., Hubei Province
People's Congress Standing Committee, Hubei Province Population and
Family Planning Regulations [Hubei sheng renkou yu jihua shengyu
tiaoli], issued 1 December 02, amended 29 November 08, 30 July 10, 27
March 14, 13 January 16, art. 31; Sichuan Province People's Congress
Standing Committee, Sichuan Province Population and Family Planning
Regulations [Sichuan sheng renkou yu jihua shengyu tiaoli], issued 2
July 87, amended 15 December 93, 17 October 97, 26 September 02, 24
September 04, 20 March 14, 22 January 16, art. 23.

    \99\ See, e.g., Yang Yang, ``Chinese Couples Want Boys--Trust Me,
I'm a Fertility Doctor,'' Sixth Tone, 14 April 18; Linyi Municipality
Lingang Economic Development Area, ``Interview With District Health and
Family Planning Director Wang Leqian: Concentrate and Forge Ahead,
Write a New Chapter for Health and Family Planning Work'' [Qu weisheng
he jihua shengyu ju juzhang wang leqian fangtan: ningxin juli kaituo
jinqu puxie weisheng jisheng gongzuo xin pianzhang], 24 November 17; Su
Jianfeng and Lin Sufang, ``Houlong Township Carries Out Treasure the
Girls Campaign To Crack Down on `Two Unnecessaries' '' [Houlong zhen
kaizhan guan'ai nuhai daji ``liang fei'' xuanchuan huodong], Fujian
Health and Family Planning News, 10 April 18.

    \100\ National Bureau of Statistics of China, ``The Economy Was
Stable in 2017, and Exceeded Expectations'' [2017 nian jingji yunxing
wenzhong xianghao, hao yu yuqi], 18 January 18.

    \101\ National Bureau of Statistics of China, ``National Economy
Moved in the Direction of Steady Progress in 2015'' [2015 nian guomin
jingji yunxing wenzhong youjin, wenzhong youhao], 19 January 16.

    \102\ National Bureau of Statistics of China, ``National Economy
Achieved a Good Start for the `13th Five-Year Plan' Period in 2016''
[2016 nian guomin jingji shixian ``shisan wu'' lianghao kaiju], 20
January 17; National Bureau of Statistics of China, ``The Economy Was
Stable in 2017, and Exceeded Expectations'' [2017 nian jingji yunxing

**AR-1347**

wenzhong xianghao, hao yu yuqi], 18 January 18; PRC Population and
Family Planning Law [Zhonghua renmin gongheguo renkou yu jihua shengyu
fa], passed 29 December 01, amended 27 December 15, effective 1 January
16, art. 18. On December 27, 2015, the 12th National People's Congress
Standing Committee amended the Population and Family Planning Law,
which became effective on January 1, 2016, allowing all married couples
to have two children.

\103\ Andrea den Boer and Valerie M. Hudson, ``The Security Risks
of China's Abnormal Demographics,'' Washington Post, Monkey Cage
(blog), 30 April 14. See also Xuan Li, ``China's `Bare Branches':
Unmarried Men Stuck Between Tradition and Capitalism,'' Scroll.in, 29
January 17.

\104\ Andrea den Boer and Valerie M. Hudson, ``The Security Risks
of China's Abnormal Demographics,'' Washington Post, Monkey Cage
(blog), 30 April 14; Peng Xunwen, ``Who Will Marry the 30 Million
`Surplus Men' '' [3000 wan ``shengnan'' gen shui jiehun], People's
Daily, 13 February 17; Xiao Shan, ``2030: 30 Million Bare Branches in
China, Concerns About Crime'' [2030 nian: zhongguo guanggun da jun 3000
wan you fanzui yinyou], Radio France Internationale, 13 February 17.

\105\ Andrea den Boer and Valerie M. Hudson, ``The Security Risks
of China's Abnormal Demographics,'' Washington Post, Monkey Cage
(blog), 30 April 14; Peng Xunwen, ``Who Will Marry the 30 Million
`Surplus Men' '' [3000 wan ``shengnan'' gen shui jiehun], People's
Daily, 13 February 17; ``Millions of Chinese Males Face Difficulty
Finding a Partner,'' CGTN, 11 March 17.

\106\ See, e.g., Marcus Roberts, ``Bride Trafficking to China:
Courtesy of the One Child Policy,'' MercatorNet, 26 October 17;
``Myanmar Police Bust Over 200 Human Trafficking Cases in 2017,''
Coconuts Yangon, 11 December 17.

\107\ See, e.g., Hong Tuyet, ``Vietnam Police Rescue 6 Trafficked
Cambodian Women en Route to China,'' VnExpress International, 1 May 18;
Cristina Maza ``They Risked Everything To Escape Poverty. Then They
Had To Escape Forced Marriage.,'' Huffington Post, 30 October 17.

\108\ See, e.g., Thomas Maresca, ``Why the Overwhelming Majority of
North Korean Defectors Are Women,'' USA Today, 10 December 17; Matthew
Little, ``Many North Korean Women Face Forced Marriage in China, or
Rape in North Korean Prisons,'' Epoch Times, 14 December 17.

\109\ See, e.g., ``Vietnamese Bride Village, Youth Trafficked''
[Yuenan xinniang cun bei guaimai de qingchun], World Journal, 8
February 18; Hong Tuyet, ``Vietnam Police Rescue 6 Trafficked Cambodian
Women en Route to China,'' VnExpress International, 1 May 18.

\110\ See, e.g., Jun Mai, ``How a Chinese Tourist Hotspot Is
Helping To Trace China's Abducted Children,'' South China Morning Post,
23 February 18; ``Tearful Reunion Highlights Plight of China's Missing
Children,'' Agence France-Presse, reprinted in Asia One, 5 April 18;
Christina Capatides, ``Family Reunites With Long-Lost Daughter After
24-Year Search,'' CBS News, 5 April 18.

\111\ Mao Yizhu and Zhan Yijia, ``Guangdong: A Very Large Child
Trafficking Case, 26 People Sentenced in First Instance Judgment''
[Guangdong: yi qi te da guaimai ertong an yi shen xuanpan 26 ren bei
panxing], Xinhua, 1 February 18; ``Child Trafficking Becoming More
Serious, Parents Who Lost Their Children Blame Authorities for
Dereliction of Duty and Expect Them To Severely Punish Kidnappers''
[Guaimai ertong ri jian yanzhong shi hai jiazhang ze dangju shizhi pan
yancheng bangfei], Radio Free Asia, 1 February 18; Jinri Maoming
(jinrimaoming), ``A Very Large Child Trafficking Case in Maoming, Some
Sentenced to Death in First Instance Judgment! Satisfying to
Everyone!'' [Maoming te da guaimai ertong an, yi shen you ren bei
panchu sixing! da kuai ren xin!], Weibo Post, 30 January 18, 5:13 p.m.

\112\ Mao Yizhu and Zhan Yijia, ``Guangdong: A Very Large Child
Trafficking Case, 26 People Sentenced in First Instance Judgment''
[Guangdong: yi qi te da guaimai ertong an yi shen xuanpan 26 ren bei
panxing], Xinhua, 1 February 18; ``Child Trafficking Becoming More
Serious, Parents Who Lost Their Children Blame Authorities for
Dereliction of Duty and Expect Them To Severely Punish Kidnappers''
[Guaimai ertong ri jian yanzhong shi hai jiazhang ze dangju shizhi pan
yancheng bangfei], Radio Free Asia, 1 February 18.

\113\ ``Child Trafficking Becoming More Serious, Parents Who Lost
Their Children Blame Authorities for Dereliction of Duty and Expect
Them To Severely Punish Kidnappers'' [Guaimai ertong ri jian yanzhong
shi hai jiazhang ze dangju shizhi pan yancheng bangfei], Radio Free
Asia, 1 February 18.

**AR-1348**

Special Topic:
Forced
Evictions in
Beijing
Municipality

Special Topic:
Forced
Evictions in
Beijing
Municipality

Special Topic: Forced Evictions in Beijing Municipality \1\

## Authorities Carry Out Mass Evictions Following Deadly Fire

In November 2017, authorities in Beijing municipality responded to a fire in a migrant neighborhood with a campaign of forced evictions. On November 18, 2017, a fire broke out in an apartment building in Xinjian No. 2 village, Xihongmen township, Daxing district, Beijing, killing 19 people.\2\ Of the 19 victims, 17 were migrants, meaning they were registered in localities outside of Beijing under the Chinese government's household registration (hukou) system.\3\ On November 20, the Beijing government officially launched a 40-day campaign of ``major inspections, major sweeps, and major rectifications,'' \4\ which resulted in large-scale forced evictions and demolitions in migrant neighborhoods across Beijing.\5\ Videos posted online showed blocks of demolished buildings as well as police kicking in doors, smashing store windows, and destroying evictees' belongings.\6\ Affected residents reported being forced to leave their homes within three days,\7\ with some given a few hours' notice or less.\8\ Authorities reportedly cut water and electricity to force residents out of their homes,\9\ actions in contravention of the PRC Administrative Enforcement Law, which requires authorities carrying out evictions to provide time for residents to apply for legal redress, and forbids authorities from cutting access to utilities.\10\ Although the Commission did not observe official reports on the number of people evicted during the campaign, international media estimated that the evictions affected tens of thousands, most of whom were migrants from outside Beijing.\11\ In addition, according to government statistics, there were 132,000 fewer migrants in Beijing at the end of 2017 compared to 2016.\12\

Reports of migrant evictions continued to emerge from Beijing and other localities after November 2017. Radio Free Asia (RFA) reported another deadly fire in the Chaoyang district of Beijing on December 13, which was followed by additional forced evictions.\13\ In late December, officials in Yanjiao township, Sanhe city, Langfang municipality, Hebei province, which neighbors Beijing, evicted residents from several apartment buildings housing migrants, with police reportedly injuring some residents in the process.\14\ On January 1, 2018, RFA reported that authorities in Beijing and Hebei continued to conduct forced evictions.\15\ On January 24, Beijing municipal officials announced plans to demolish an additional 40 square kilometers of ``illegal structures'' in 2018.\16\ In the summer of 2018, Beijing authorities reportedly closed or demolished garment factories and wholesale markets where many migrants worked.\17\

## Migrants, Locals, and the Public Respond

Some migrants and locals attempted to confront local officials over the evictions.\18\ In one protest in Feijia village in Chaoyang district, a large group gathered outside a government office chanting: ``Violent evictions violate human rights.'' \19\ In addition, RFA reported that over 100 Beijing hukou-holding residents of Xinjian village blocked a road to

**AR-1349**

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPO... Page 154 of 316

Case 3:20-cv-05910-LB Document 77-4 Filed 10/01/20 Page 24 of 47
WeChat Appendix P Footnote H9 - Congressional-Executive Commission on China Annual Report 2018

protest the eviction campaign, which they asserted had left them homeless.\20\

Non-governmental organizations (NGOs),\21\ companies,\22\ and individuals \23\ offered assistance to displaced migrants. For example, one report posted to social media described a local group of cycling enthusiasts who, after helping one of their evicted members move, posted a message on social media offering to help others.\24\ One group member described being inundated with phone calls, both from evictees requesting help and individuals offering assistance.\25\ He noted that he also received calls from across China thanking him for helping evicted migrants.\26\

Internet users engaged in online debates and criticized the eviction campaign on Chinese social media. According to Chinese and international media, internet users widely shared images and videos of the migrant worker evictions on Chinese social media.\27\ Internet users reportedly criticized the evictions and the harsh tactics government officials employed,\28\ and social media users shared personal stories as well as social and legal analyses.\29\ Internet users also criticized as derogatory the use of the term ``low-end population'' (diduan renkou) in local government documents to describe the migrants.\30\ Groups of scholars, lawyers, and others organized and circulated online several open letters criticizing the evictions.\31\

### Party and Government Response Features Censorship and Repression

On November 27, 2017, Beijing Communist Party Secretary Cai Qi convened a meeting of district-level committee secretaries to discuss public safety concerns in Beijing, stating that local governments should ``pay attention to means and methods'' while carrying out the eviction campaign and avoid ``simplification'' and ``impatience.'' \32\ On December 12, Cai met with a group of service workers, noting that many migrants worked in service industries and had made contributions to Beijing's development.\33\

Beyond its public statements, the government also responded by restricting domestic reporting on the evictions and censoring online discussion.\34\ China Digital Times published a leaked censorship directive instructing Web portals and news media not to repost articles or independently report on the evictions.\35\ The microblog site Weibo blocked searches for ``low-end population,'' and the social media platform WeChat deleted posts using the term.\36\ Authorities also censored open letters \37\ and other articles posted online discussing the evictions,\38\ as well as some of the messages civil society groups posted offering assistance to evicted migrants.\39\

Authorities detained an artist for sharing videos of the evictions and also detained six others, reportedly for helping the artist flee. The Beijing-based artist Hua Yong filmed demolished neighborhoods,\40\ his interviews with evictees,\41\ and local Beijing hukou-holders' disputes with local officials,\42\ posting the footage to social media.\43\ After local officials attempted to stop Hua from filming a meeting, residents helped Hua flee the area.\44\ On or around December 10, authorities detained at least six residents who had helped Hua leave,\45\ and on December 15, authorities detained Hua in Tianjin municipality.\46\ Authorities reportedly released all seven on bail \47\ and forced Hua to leave Beijing and return to his hometown in another province.\48\ Authorities reportedly detained Hua again in July 2018 in connection with the arbitrary detention of a woman who protested against President and Party General Secretary Xi Jinping.\49\

### Context: The Hukou System and Urbanization Policies

The hukou system, established in 1958,\50\ classified Chinese citizens as being urban or rural and effectively tied them to a locality.\51\ According to the National Bureau of Statistics of China, in 2017, 291 million people in China did

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPO... Page 155 of 316

Case 3:20-cv-05910-LB Document 77-4 Filed 10/01/20 Page 25 of 47
WeChat Appendix P Footnote-F9 - Congressional-Executive Commission on China Annual Report 2018

not live in their hukou location.\52\ Yet the provision of
certain government services, such as education, remains tied to
one's hukou location, which is, in general, inherited from
one's parents.\53\ In 2014, the government began to reform the
hukou system to gradually eliminate the urban-rural distinction
and allow some migrants to obtain hukou in smaller cities.\54\
Chinese sociologist Sun Liping \55\ has noted, however, that
due to uneven development across different regions in China,
``resources and opportunities are mainly concentrated in a few
large cities.'' \56\

   The Chinese government continues to use the hukou system to
restrict internal migration,\57\ and obtaining hukou in large
cities such as Beijing remains difficult.\58\ In April 2018,
the Beijing municipal government issued rules governing
applications for Beijing hukou that awards points to applicants
based on criteria such as education level and home
ownership.\59\ In order to apply, residents must have
contributed to social insurance in Beijing for seven
consecutive years.\60\ Thus, migrants working in industries
that often fail to provide social insurance in accordance with
the PRC Social Insurance Law,\61\ like construction \62\ and
courier services,\63\ will be ineligible to apply for a Beijing
hukou.\64\ [For more information on social insurance, see
Section II--Worker Rights.]

   Some observers viewed the eviction campaign that began in
November 2017 as part of the Beijing government's long-term
plan to limit the population of Beijing.\65\ In September 2017,
central authorities approved Beijing municipal authorities'
Beijing General City Plan (2016-2035),\66\ which sets a cap for
Beijing's population at 23 million by 2020.\67\ Chinese media
noted that the fire seemed to have accelerated existing
demolition plans.\68\ In the months leading up to the fire,
Beijing authorities had reportedly demolished schools for
migrant children \69\ and markets and shops where many migrants
worked.\70\ Although the Beijing government issued a draft
opinion in May 2018 calling for the expansion of dormitories
for migrant workers, the draft opinion specifies that the
addition of these rental units must conform to the general city
plan.\71\

   Beijing is not the only large city in China to set
population limits, despite reports of worker shortages in major
cities in some sectors.\72\ For example, in December 2017,
central authorities approved a plan from Shanghai municipality
to cap that city's population at approximately 25 million by
2035.\73\ In January 2018, officials at a State Council
Standing Committee meeting discussed encouraging migrant
workers to return to the countryside to start businesses as
part of the government's development strategy for rural
areas.\74\ According to government statistics, the populations
of both Beijing and Shanghai declined in 2017,\75\ with one
expert attributing the decline in part to efforts in both
cities to evict migrants.\76\

   Chinese authorities have a history of carrying out forced
evictions in the name of urban development.\77\ International
rights organizations documented widespread forced evictions
prior to the 2008 Beijing Olympics and Expo 2010 in Shanghai
municipality.\78\ In 2014, the UN Committee on Economic, Social
and Cultural Rights urged China ``to ensure that any relocation
necessary for city renewal is carried out after prior
consultation with the affected individuals . . ..'' \79\

            International Human Rights Standards and Domestic Law

   Actions taken by Chinese government officials enforcing the
eviction campaign in Beijing contravene both international
standards \80\ and Chinese law.\81\ In addition, the reported
censorship and restrictions on the press and civil society
during the eviction campaign violate international human rights
standards guaranteeing freedom of expression \82\ and
association.\83\ Restrictions on movement and discrimination
arising from the hukou system contravene international human
rights standards guaranteeing freedom of residence.\84\

**AR-1351**

Special Topic:
Forced
Evictions in
Beijing
Municipality
Special Topic:
Forced
Evictions in
Beijing
Municipality

    Notes to Section II--Special Topic: Forced Evictions in Beijing
Municipality

    \1\ For more in-depth analysis of this topic, see ``Campaign of
Forced Evictions in Beijing Contravenes International Human Rights
Standards,'' Congressional-Executive Commission on China, 14 March 18.
    \2\ ``List of Victims of Fire in Daxing, Beijing, Made Public,
Police Criminally Detain 18'' [Beijing daxing huozai yu'nanzhe mingdan
gongbu jingfang xingju 18 ren], People's Daily, 20 November 17;
``Citywide Launch of Major Inspections, Major Sweeps, and Major
Rectifications of Safety Risks'' [Quanshi kaizhan anquan yinhuan da
paicha da qingli da zhengzhi], Beijing News, 20 November 17; Jiang
Chenglong and Cui Jia, ``Beijing Continues Its Safety Crackdown in Wake
of Fire,'' China Daily, 27 November 17; Zheping Huang, ``What You Need
To Know About Beijing's Crackdown on Its `Low-End Population,' ''
Quartz, 27 November 17; Benjamin Haas, ``China: `Ruthless' Campaign To
Evict Beijing's Migrant Workers Condemned,'' Guardian, 26 November 17.
    \3\ ``List of Victims of Fire in Daxing, Beijing Announced, Police
Criminally Detain 18'' [Beijing daxing huozai yunanzhe mingdan gongbu
jingfang xingju 18 ren], People's Daily, 20 November 17; Benjamin Haas,
``China: `Ruthless' Campaign To Evict Beijing's Migrant Workers
Condemned,'' Guardian, 26 November 17. For more information on migrant
workers and China's hukou system, see, e.g., China Labour Bulletin,
``Migrant Workers and Their Children,'' last visited 20 June 18; Mary
Gallagher, Authoritarian Legality in China: Law, Workers, and the State
(Cambridge: Cambridge University Press, 2017), 2-4, 7-8, 12-13; Cara
Wallis, ``Hukou Reform and China's Migrant Workers,'' University of
Nottingham, Asia Research Institute, Asia Dialogue, 10 October 16.
    \4\ Beijing Administration of Work Safety Committee Circular on
Launch of Special Campaign of Major Investigations, Major Cleanup, and
Major Rectification of Safety Risks [Beijing shi anquan shengchan
weiyuanhui guanyu kaizhan anquan yinhuan da paicha da qingli da
zhengzhi zhuanxiang xingdong de tongzhi], issued 19 November 17, sec.
4.
    \5\ See, e.g., ``Thousands of Migrant Workers in Beijing Forcibly
Evicted, Resistance Mounted in at Least One Location,'' China Change,
29 November 17; Matt Rivers and Serenitie Wang, ``Beijing Forces
Migrant Workers From Their Homes in `Savage' Demolitions,'' CNN, 9
December 17; China Digital Times, ``Sensitive Word of the Week: Low-End
Population,'' 30 November 17.
    \6\ See, e.g., Boxun Watch, `` `Chinese Exclusion' Inside China,
Beijing Violently Drives Out `Low-End Population' '' [Jingnei ``pai
hua'' beijing baoli qugan ``diduan renkou''] [Video file], YouTube, 24
November 17; Boxun Watch, `` `Chinese Exclusion' Inside China, Beijing
Violently Evicts `Low-End Population' (2)'' [Jingnei ``pai hua''
beijing baoli qugan ``diduan renkou'' (2)] [Video file], YouTube, 26
November 17; RFA Chinese, ``Beijing's Low-End Population: We Are Also
Chinese, Why Do They Treat Us Like This? '' [Beijing diduan renkou:
women ye shi zhongguo ren, weishenme yao zheme duidai women?] [Video
file], YouTube, 28 November 17. See also videos posted to Beijing-based
artist Hua Yong's YouTube account on November 29 and 30, 2017, e.g.,
Hua Yong, ``After the Major Fire (14)'' [Da huo zhihou (14)] [Video
file], YouTube, 29 November 17.
    \7\ Wang Shan, ``Investigation--Outsiders After the Major Fire:
Where Should We Go? '' [Diaocha--da huo zhihou de yixiang ren: women
gai dao nali qu?], Sanlian Life Week, 27 November 17; Huang Ziyi and Li
Rongde, ``Thousands Evicted in Beijing Crackdown After Fatal Fire,''
Caixin, 24 November 17; Matt Rivers and Serenitie Wang, ``Beijing
Forces Migrant Workers From Their Homes in `Savage' Demolitions,'' CNN,
9 December 17.

**AR-1352**

\8\ Emily Wang and Yi-Ling Liu, ``Beijing Evictions of Migrant Workers Stir Widespread Anger,'' Associated Press, 29 November 17; Jun Mai, `` `They Came Banging and Kicking': Beijing Airport Workers Swept Up in Fire Safety Crackdown,'' South China Morning Post, 29 November 17; Benjamin Haas, ``China: `Ruthless' Campaign To Evict Beijing's Migrant Workers Condemned,'' Guardian, 26 November 17.

\9\ Huang Ziyi and Li Rongde, ``Thousands Evicted in Beijing Crackdown After Fatal Fire,'' Caixin, 24 November 17; Li Rongde and Yuan Suwen, ``In Rare Move, State Media Publishes Veiled Disapproval of Beijing's Fire Safety Campaign,'' Caixin, 27 November 17; Haowai Zhi Wai (wangjxclub), ``In Dreams I Did Not Know I Was a Visitor--Swan Rescue Team and People in the Cold Night'' [Meng li bu zhi shen shi ke--tian'e jiuyuan dui yu han ye li de ren], WeChat post, 28 November 17.

\10\ PRC Administrative Enforcement Law [Zhonghua renmin gongheguo xingzheng qiangzhi fa], passed 30 June 11, effective 1 January 12, arts. 43-44.

\11\ ``Ripples From Major Beijing Fire, 100 Thousand Migrants Expelled From the City'' [Beijing da huo yubo dangyang quanshi 10 wan waidi ren bei zhu], Radio Free Asia, 23 November 17; Chris Buckley, ``Why Parts of Beijing Look Like a Devastated War Zone,'' New York Times, 30 November 17; Lucy Hornby and Archie Zhang, ``Beijing's Migrant Expulsion Prompts Civic Outcry,'' Financial Times, 28 November 17; ``Thousands of Migrant Workers in Beijing Forcibly Evicted, Resistance Mounted in at Least One Location,'' China Change, 29 November 17. See also China Labour Bulletin, ``Migrant Worker Families Face Eviction After 19 Die in Beijing Fire,'' 23 November 17.

\12\ Beijing Municipal Bureau of Statistics and Survey Office of the National Bureau of Statistics in Beijing, ``Beijing Municipality 2016 Citizen Economic and Social Development Statistical Bulletin'' [Beijing shi 2016 nian guomin jingji he shehui fazhan tongji gongbao], 25 February 17, sec. 1; Beijing Municipal Bureau of Statistics and Survey Office of the National Bureau of Statistics in Beijing, ``Beijing Municipality 2017 Citizen Economic and Social Development Statistical Bulletin'' [Beijing shi 2017 nian guomin jingji he shehui fazhan tongji gongbao], 27 February 18, sec. 1.

\13\ ``After Fire in Beijing's Shibalidian Township, More Violent Evictions of the `Low-End Population,' Citizens Jointly Sign Letter Urging Cai Qi To Resign'' [Beijing shibalidian xiang huozai hou ``diduan renkou'' zai zao baoli quzhu gongmin lianshu duncu cai qi cizhi], Radio Free Asia, 14 December 17.

\14\ Shen Fan and Li Rongde, ``Beijing's Migrant Eviction Frenzy Spills Over to Hebei,'' Caixin, 27 December 17; ``Beijing `Low-End' Campaign Spreads, Outsiders Violently Driven Out of Sanhe, Hebei'' [Beijing ``diduan renkou'' xingdong manyan hebei sanhe baoli qugan wailai renkou], Radio Free Asia, 30 December 17.

\15\ ``Chinese Artist Who Filmed Beijing's Mass Evictions Now Faces Eviction Himself,'' Radio Free Asia, 1 January 18.

\16\ Wu Mengda and Ji Xiaobo, ``Beijing: Plans To Demolish 40 Square Kilometers of Illegal Structures, Return 1600 Hectares to Natural Space in 2018'' [Beijing: 2018 nian jihua chai wei 4000 wan pingfang mi huan lu 1600 gongqing], Xinhua, 24 January 18; ``Beijing To Demolish Thousands of `Illegal Structures,' '' BBC, 24 January 18.

\17\ ``Beijing Residents Fight Back Over Forced Evictions, Demolitions,'' Radio Free Asia, 19 July 18; Liu Caiyu, ``Wholesale Markets in Beijing Close, Vendors Leave in `Non-Capital Industry' Reshuffle,'' Global Times, 6 August 18.

\18\ Chris Buckley, ``Why Parts of Beijing Look Like a Devastated War Zone,'' New York Times, 30 November 17; Austin Ramzy, ``Artist Flees Beijing After Filming Devastation of Mass Evictions,'' New York Times, 12 December 17; ``Hunted After Reporting on Daxing, Beijing, Fire, Artist Hua Yong Escapes Beijing'' [Baodao beijing daxing huozai zao soubu yishujia hua yong taoli beijing], Radio Free Asia, 9 December 17.

\19\ Eva Dou, ``Rare Protests in Beijing Condemn Forced Evictions,'' Wall Street Journal, 10 December 17; Tom Phillips, ``Hundreds Take Part in Rare Protest in Beijing Over Migrant Crackdown,'' Guardian, 10 December 17.

\20\ ``Hunted After Reporting on Daxing, Beijing, Fire, Artist Hua Yong Escapes Beijing'' [Baodao beijing daxing huozai zao soubu yishujia hua yong taoli beijing], Radio Free Asia, 9 December 17. For more information on the economic relationship between local hukou holders

**AR-1353**

and migrant workers in China's cities, see commentary by David Bandurski in ``The Beijing Migrants Crackdown: A ChinaFile Conversation,'' Asia Society, ChinaFile, 30 November 17.

\21\ Ye Bing, ``Chinese Intellectuals Jointly Demand Beijing End Evictions of Migrants'' [Zhongguo zhishifenzi lianming yaoqiu beijing tingzhi qugan wailai renkou], Voice of America, 28 November 17; Hai Yan, ``Civil Society in Beijing Spontaneously Offer Assistance to `Low-End Population,' Officials Not Pleased'' [Minjian zifa jiuzhu beijing ``diduan renkou'' guan bu yue], Voice of America, 27 November 17; Simon Denyer and Luna Lin, ``Mass Evictions in Freezing Beijing Winter Sparks Public Outrage but Little Official Remorse,'' Washington Post, 27 November 17.

\22\ Hai Yan, ``Civil Society in Beijing Spontaneously Offer Assistance to `Low-End Population,' Officials Not Pleased'' [Minjian zifa jiuzhu beijing ``diduan renkou'' guan bu yue], Voice of America, 27 November 17; Zheping Huang, ``What You Need To Know About Beijing's Crackdown on Its `Low-End Population,' '' Quartz, 27 November 17.

\23\ Haowai Zhi Wai (wangjxclub), ``In Dreams I Did Not Know I Was a Visitor--Swan Rescue Team and People in the Cold Night'' [Meng li bu zhi shen shi ke--tian'e jiuyuan dui yu han ye li de ren], WeChat post, 28 November 17; Ye Bing, ``Chinese Intellectuals Jointly Demand Beijing End Evictions of Migrants'' [Zhongguo zhishifenzi lianming yaoqiu beijing tingzhi qugan wailai renkou], Voice of America, 28 November 17.

\24\ Haowai Zhi Wai (wangjxclub), ``In Dreams I Did Not Know I Was a Visitor--Swan Rescue Team and People in the Cold Night'' [Meng li bu zhi shen shi ke--tian'e jiuyuan dui yu han ye li de ren], WeChat post, 28 November 17.

\25\ Ibid.

\26\ Ibid.

\27\ Freedom House, ``China Media Bulletin: Holiday Crackdown, Beijing Netizen Outcries, Skype App Removal (Issue No. 124),'' 9 December 17; Li Rongde and Yuan Suwen, ``In Rare Move, State Media Publishes Veiled Disapproval of Beijing's Fire Safety Campaign,'' Caixin, 27 November 17; Lucy Hornby and Archie Zhang, ``Beijing's Migrant Expulsion Prompts Civic Outcry,'' Financial Times, 28 November 17; Ye Bing, ``Chinese Intellectuals Jointly Demand Beijing End Evictions of Migrants'' [Zhongguo zhishifenzi lianming yaoqiu beijing tingzhi qugan wailai renkou], Voice of America, 28 November 17. Although the government has deleted many of the original social media posts, videos of the evictions can still be found on websites outside China. See, e.g., Boxun Watch, `` `Chinese Exclusion' Inside China, Beijing Violently Evicts `Low-End Population' '' [Jingnei ``pai hua'' beijing baoli qugan ``diduan renkou''] [Video file], YouTube, 24 November 17; Boxun Watch, `` `Chinese Exclusion' Inside China, Beijing Violently Evicts `Low-End Population' (2)'' [Jingnei ``pai hua'' beijing baoli qugan ``diduan renkou'' (2)] [Video file], YouTube, 26 November 17; RFA Chinese, ``Beijing's `Low-End Population': `We Are Also Chinese, Why Do They Treat Us Like This? ' '' [Beijing ``diduan renkou'': ``women ye shi zhongguoren, weishenme yao zheme duidai women? ''] [Video file], YouTube, 28 November 17. See also videos posted to Beijing-based artist Hua Yong's Twitter account (@Huayong798) on November 29 and 30, 2017.

\28\ ``Safety Remediation After Major Fire in Daxing, Beijing, State Media Denies Using the Opportunity To Clean Out `Low-End Population' '' [Beijing daxing da huo hou anquan zhengzhi guan mei fouren jie ji qingli ``diduan renkou''], BBC, 24 November 17; Freedom House, ``China Media Bulletin: Holiday Crackdown, Beijing Netizen Outcries, Skype App Removal (Issue No. 124),'' 9 December 17; ``The Class Allegiance of China's De Facto Voters,'' Chublic Opinion (blog), 10 January 18.

\29\ See, e.g., Haowai Zhi Wai (wangjxclub), ``In Dreams I Did Not Know I Was a Visitor--Swan Rescue Team and People in the Cold Night'' [Meng li bu zhi shen shi ke--tian'e jiuyuan dui yu han ye li de ren], WeChat post, 28 November 17; Sun Liping (sun liping shehui guancha), ``Sun Liping: It Was a Tragedy, but Not a Reason for Clearing the Population'' [Sun liping: na jian shi shi beiju, dan bing bushi qingli renkou de liyou], WeChat post, 21 November 17; Wang Liuyi, ``Analyzing the Legality of Beijing's `Winter Cleanup Campaign' '' [Beijing shi ``dongji qingli xingdong'' de hefaxing fenxi], WeChat post, reprinted in China Digital Times, 28 November 17. For additional analyses of online discussion of the mass evictions, see ``The Class Allegiance of China's De Facto Voters,'' Chublic Opinion (blog), 10 January 18; China

**AR-1354**

Digital Times, ``Sensitive Word of the Week: Low-End Population,'' 30 November 17; Oiwan Lam, ``After Authorities Evict Beijing's `Low-End' Residents, Chinese Ask: Where Is the Humanity? '' Global Voices, 29 November 17.

\30\ ``The Class Allegiance of China's De Facto Voters,'' Chublic Opinion (blog), 10 January 18; Freedom House, ``China Media Bulletin: Holiday Crackdown, Beijing Netizen Outcries, Skype App Removal (Issue No. 124),'' 9 December 17. See also ``The Making of the `Low-End Population,' '' University of Hong Kong, Journalism & Media Studies Centre, China Media Project, 30 November 17.

\31\ ``Letter From Intellectuals to Central Committee of the Communist Party, NPC, State Council, and NPPCC on Recent Large Scale Evictions of the `Outsider Population' in Beijing'' [Zhishijie renshi jiu jinri beijing da guimo qugan ``wailai renkou'' shijian zhi zhonggong zhongyang, quanguo renda, guowuyuan, quanguo zhengxie xin], reprinted in Rights Defense Network, 25 November 17; ``[Show] Understanding, Kindness, Tolerance, and Care for Them! An Appeal for Immediately Ending Violent Evictions of `Low-End Groups,' Immediately Opening Relief Centers'' [Lijie, shandai, kuanrong, guan'ai tamen!---- guanyu liji tingzhi cubao qugan ``diduan renqun'', liji kaifang jiuzhu zhongxin de huyu], reprinted in Rights Defense Network, 25 November 17; ``Letter Urging Beijing Communist Party Secretary Mr. Cai Qi To Resign'' [Duncu beijing shiwei shuji cai qi xiansheng cizhi shu], 13 December 17, reprinted in China Banned Book News, 15 December 17. See also Ye Bing, ``Chinese Intellectuals Jointly Demand Beijing End Evictions of Migrants'' [Zhongguo zhishifenzi lianming yaoqiu beijing tingzhi qugan wailai renkou], Voice of America, 28 November 17; ``After Fire in Beijing's Shibalidian Township, More Violent Evictions of the `Low-End Population,' Citizens Jointly Sign Letter Urging Cai Qi To Resign'' [Beijing shibalidian xiang huozai hou ``diduan renkou'' zai zao baoli quzhu gongmin lianshu duncu cai qi cizhi], Radio Free Asia, 14 December 17; ``Full Text of Request From Jiang Ping, He Weifang, and Other Scholars and Lawyers to the Standing Committee of the National People's Congress for a Review of the Constitutionality of the Beijing Government's Campaign To Expel Nonresidents and Relevant Administrative Documents'' [Jiang ping, he weifang deng xuezhe lushi dui beijing shi zhengfu qugan wailai jumin de xingdong ji qi yiju de xingzheng wenjian xiang quanguo rendahui changweihui tiqing hexianxing shencha de quanwen], 19 December 17, reprinted in Rights Defense Network, 24 December 17.

\32\ Xu Feipeng, ``At Meeting of District Committee Secretaries, Cai Qi Stresses Defending the Nation, Guaranteeing Peace'' [Cai qi zai quwei shuji hui shang qiangdiao jianchi shoutu jinze bao yifang ping'an], Qianlong, 27 November 17.

\33\ Wang Hao and Wu Hongli, ``Cai Qi Greets Service Workers, Emphasizes Our City Can't Operate Without Ordinary Laborers, Chen Jining Also Greets [Them]'' [Cai qi kanwang weiwen shenghuoxing fuwu ye laodongzhe shi qiangdiao women zhe cao chengshi libukai putong laodongzhe chen jining yitong weiwen], Qianlong, 12 December 17.

\34\ For more information on the censorship of online discussion of the migrant worker evictions in Beijing, see Zheping Huang, ``China's Evicting Mentions of Its `Low-End' Migrants From Cyberspace,'' Quartz, 30 November 17; Freedom House, ``China Media Bulletin: Holiday Crackdown, Beijing Netizen Outcries, Skype App Removal (Issue No. 124),'' 9 December 17.

\35\ China Digital Times, ``Minitrue: Beijing Municipality Campaign To Rectify [and] Clean Up Illegal Structures'' [Zhenli bu: beijing shi zhengzhi qingtui wei jian xingdong], 28 November 17; China Digital Times, ``Minitrue: Control Coverage, Commentary on Evictions,'' 28 November 17.

\36\ China Digital Times, ``Sensitive Word of the Week: Low-End Population,'' 30 November 17; ``After Fire in Beijing's Shibalidian Township, More Violent Evictions of the `Low-End Population,' Citizens Jointly Sign Letter Urging Cai Qi To Resign'' [Beijing shibalidian xiang huozai hou `diduan renkou' zai zao baoli quzhu gongmin lianshu duncu cai qi cizhi], Radio Free Asia, 14 December 17.

\37\ Eva Dou and Dominique Fong, ``Homeward Bound: Beijing Boots Migrant Workers To Trim Its Population,'' Wall Street Journal, 29 November 17; ``After Fire in Beijing's Shibalidian Township, More Violent Evictions of the `Low-End Population,' Citizens Jointly Sign Letter Urging Cai Qi To Resign'' [Beijing shibalidian xiang huozai hou ``diduan renkou'' zai zao baoli quzhu gongmin lianshu duncu cai qi

**AR-1355**

cizhi], Radio Free Asia, 14 December 17; ``The Class Allegiance of China's De Facto Voters,'' Chublic Opinion (blog), 10 January 18.

\38\ The U.S.-based website China Digital Times collects and republishes censored articles. See, e.g., ``Zhang Zanbo--A Dishearterning Day: Recording the Expulsion of the `Low-End Population' '' [Zhang zanbo--ling ren jusang de yi tian: jilu qugan ``diduan renkou''], Weibo post, reprinted in China Digital Times, 2 December 17; Wang Liuyi, ``Analyzing the Legality of Beijing's `Winter Cleanup Campaign' '' [Beijing shi ``dongji qingli xingdong'' de hefaxing fenxi], WeChat post, reprinted in China Digital Times, 28 November 17; Xiong Pingping, ``After Clearing Out, Local Beijing Residents Getting Anxious: Villages Emptied, Rental Income Gone'' [Qingtui hou bentu beijing ren kaishi jiaolu: cunzi kongle zujin meile], Caijing, 25 December 17, reprinted in China Digital Times, 7 January 18.

\39\ Ye Bing, ``Chinese Intellectuals Jointly Demand Beijing End Evictions of Migrants'' [Zhongguo zhishifenzi lianming yaoqiu beijing tingzhi qugan wailai renkou], Voice of America, 28 November 17; Nectar Gan, ``Welcome to Beijing: Where Helping the Homeless Can Get You Evicted,'' South China Morning Post, 27 November 17.

\40\ Hua Yong, ``After the Major Fire (14)'' [Da huo zhihou (14)] [Video file], YouTube, 29 November 17; Hua Yong, ``After the Major Fire (15A)'' [Da huo zhihou (15A)] [Video file], YouTube, 29 November 17; Hua Yong, ``After the Major Fire (16)'' [Da huo zhihou (16)] [Video file], YouTube, 30 November 17.

\41\ Hua Yong, ``After the Major Fire (10)'' [Da huo zhihou (10)] [Video file], YouTube, 29 November 17; Hua Yong, ``After the Major Fire (11 Part 1)'' [Da huo zhihou (11 shang)] [Video file], YouTube, 29 November 17.

\42\ Hua Yong, ``After the Major Fire 2017-12-04 (2)'' [Da huo zhihou 2017-12-04 (2)] [Video file], YouTube, 4 December 17; Hua Yong, ``2017-12-07 Hua Yong at the Scene (18)'' [2017-12-07 hua yong zai xianchang (18)] [Video file], YouTube, 7 December 17.

\43\ Videos can be found at Hua Yong's YouTube account and Twitter account. See also Austin Ramzy, ``Artist Flees Beijing After Filming Devastation of Mass Evictions,'' New York Times, 12 December 17.

\44\ Austin Ramzy, ``Artist Flees Beijing After Filming Devastation of Mass Evictions,'' New York Times, 12 December 17; Rights Defense Network, ``Five Who Helped Hua Yong Escape From Xinjian Village, Beijing, Detained, Hua Yong Calls for [Their] Rescue'' [Beijing xinjian cun 5 ming husong hua yong de cunmin bei zhuabu hua yong yu guanzhu jiuyuan], 12 December 17. The following videos show an official attempting to remove Hua and local Beijing residents helping Hua to flee the area: Hua Yong, ``2017-12-07 Hua Yong at the Scene (18)'' [2017-12-07 hua yong zai xianchang (18)] [Video file], YouTube, 7 December 17; Hua Yong, ``2017-12-07 Hua Yong at the Scene (19)'' [2017-12-07 hua yong zai xianchang (19)] [Video file], YouTube, 7 December 17; Hua Yong, ``2017-12-07 Hua Yong at the Scene (20)'' [2017-12-07 hua yong zai xianchang (20)] [Video file], YouTube, 7 December 17.

\45\ Rights Defense Network, ``Five Who Helped Hua Yong Escape From Xinjian Village, Beijing, Detained, Hua Yong Calls for [Their] Rescue'' [Beijing xinjian cun 5 ming husong hua yong de cunmin bei zhuabu hua yong yu guanzhu jiuyuan], 12 December 17; Rights Defense Network, ``Hua Yong Visits 6 Criminally Detained Villagers From Xinjian Village, Beijing, Calls on Everyone To Follow [the Case] and Provide Legal Aid'' [Hua yong tanfang beijing xinjian cun 6 ming zao xingju cunmin yu gejie guanzhu bing yu falu jiuyuan], 24 December 17. For more information, see the Commission's Political Prisoner Database records 2018-00042 for Gu Tianjin, 2018-00043 for Hu Dehua, 2018-00044 for Hu Faqiang, 2018-00045 for Liu Jinying, 2018-00046 for Shen Deli, and 2018-00047 for Zhang Shudong.

\46\ ``Hua Yong Filmed `Low-End Population' Evictions, Is Detained, Citizens Protest in Solidarity'' [Hua yong paishe ``diduan renkou'' bei quzhu shipin zao zhuabu gongmin shangjie ju pai shengyuan], Radio Free Asia, 17 December 17. For more information on Hua Yong, see the Commission's Political Prisoner Database record 2018-00054. Hua recorded a series of videos in Tianjin prior to his detention. See, e.g., Hua Yong (huayong798), Twitter post, 15 December 17, 6:33 a.m.; Hua Yong (huayong798), Twitter post, 15 December 17, 6:55 a.m.; Hua Yong (huayong798), Twitter post, 15 December 17, 7:07 a.m.

\47\ By releasing the seven individuals on bail (qubao houshen or ``guarantee pending further investigation''), authorities may continue to restrict their freedom of movement, summon them for further

**AR-1356**

questioning, and monitor them for up to 12 months. For a description of bail (qubao houshen), also translated as ``guarantee pending further investigation,'' under Chinese legal provisions, see Human Rights in China, ``HRIC Law Note: Five Detained Women Released on `Guarantee Pending Further Investigation,' '' 13 April 15. For relevant Chinese legal provisions, see PRC Criminal Procedure Law [Zhonghua renmin gongheguo xingshi susong fa], passed 1 July 79, amended 17 March 96, 14 March 12, effective 1 January 13, arts. 65-72, 77; Ministry of Public Security, Public Security Procedural Provisions on Handling Criminal Cases [Gong'an jiguan banli xingshi anjian chengxu guiding], issued 13 December 12, effective 1 January 13, arts. 77, 85-86, 89.

\48\ ``After Two Days' Criminal Detention, Hua Yong Released on Bail, Flew to Chengdu To Celebrate Daughter's Birthday'' [Hua yong bei xingju liang ri hou qubao feidi chengdu peitong nu'er guo shengri], Radio Free Asia, 18 December 17; LifeTime Horizons (lifetimeusa), Twitter post, 18 December 17, 5:28 a.m.; Rights Defense Network, ``Monthly Report of Political Prisoners and Prisoners of Conscience Detained in Mainland China'' [Zhongguo dalu zai ya zhengzhi fan, liangxin fan yuedu baogao], 31 May 18; Civil Rights & Livelihood Watch, ``Artist Hua Yong Driven Away for Social Stability, Forced To Leave Beijing'' [Huajia hua yong zao weiwen qugan bei po banli beijing], 2 April 18.

\49\ ``Beijing Artist Under House Arrest in Remote Corner of China's Yunnan,'' Radio Free Asia, 9 August 18. For more information on the woman, Dong Yaoqiong, see the Commission's Political Prisoner Database record 2018-00343.

\50\ National People's Congress Standing Committee, PRC Regulations on Household Registration [Zhonghua renmin gongheguo hukou dengji tiaoli], issued and effective 9 January 58.

\51\ See, e.g., Hongbin Li et al., ``Human Capital and China's Future Growth,'' Journal of Economic Perspectives, Vol. 31, No. 1 (Winter 2017), 28; Yang Song, ``Hukou-Based Labour Market Discrimination and Ownership Structure in Urban China,'' Urban Studies, Vol. 53(8) (2016), 1658; Spencer Sheehan, ``China's Hukou Reforms and the Urbanization Challenge,'' The Diplomat, 22 February 17. For more information on China's hukou system, see CECC, 2017 Annual Report, 5 October 17, 169-70.

\52\ National Bureau of Statistics of China, ``The Economy Was Stable in 2017, and Exceeded Expectations'' [2017 nian jingji yunxing wenzhong xianghao, hao yu yuqi], 18 January 18.

\53\ See, e.g., Hongbin Li et al., ``Human Capital and China's Future Growth,'' Journal of Economic Perspectives, Vol. 31, No. 1 (Winter 2017), 28; Yang Song, ``Hukou-Based Labour Market Discrimination and Ownership Structure in Urban China,'' Urban Studies, Vol. 53(8) (2016), 1658; China Labour Bulletin, ``Migrant Workers and Their Children,'' last visited 2 February 18; Eli Friedman, Insurgency Trap: Labor and Politics in Postsocialist China (Ithaca: Cornell University Press, 2014), 14.

\54\ State Council, Opinion on Further Carrying Out Reform of the Household Registration System [Guowuyuan guanyu jin yi bu tuijin huji zhidu gaige de yijian], issued 30 July 14, paras. 4-9; ``China To Help 100m Settle in Cities,'' Xinhua, reprinted in China Daily, 30 July 14; State Council General Office, ``Plan Promoting 100 Million Individuals in Cities Without Household Registration to Obtain Hukou'' [Tuidong 1 yi fei huji renkou zai chengshi luohu fang'an], issued 30 September 16, paras. 4-6; China Digital Times, ``Beijing To Scrap Urban-Rural Residency Distinction,'' 21 September 16.

\55\ China Digital Times, ``Person of the Week: Sun Liping,'' 8 June 17.

\56\ Sun Liping (Sun liping shehui guancha), ``Sun Liping: It Was a Tragedy, but Not a Reason for Clearing the Population'' [Sun liping: na jian shi shi beiju, dan bing bushi qingli renkou de liyou], WeChat post, 21 November 17.

\57\ ``About On the Road,'' University of Chicago, Paulson Institute, MacroPolo, last visited 16 July 18; State Council, Opinion on Further Carrying Out Reform of the Household Registration System [Guowuyuan guanyu jin yi bu tuijin huji zhidu gaige de yijian], issued 30 July 14, paras. 6-7.

\58\ ``Hukou Difficulty Index,'' University of Chicago, Paulson Institute, MacroPolo, last visited 16 July 18; Tianyu M. Fang, ``Job Not Open to Beijing Natives? Alibaba's Online Supermarket Apologizes for Discrimination,'' SupChina, 9 July 17; State Council General

**AR-1357**

Office, ``Plan Promoting 100 Million Individuals in Cities Without
Household Registration To Obtain Hukou'' [Tuidong 1 yi fei huji renkou
zai chengshi luohu fang'an], issued 30 September 16, paras. 4-6;
``Ministry of Public Security: Urban Areas With Under 3 Million
Permanent Residents May Not Implement Points Systems for Obtaining
Hukou'' [Gong'anbu: chengqu changzhu renkou 300 wan yixia chengshi bude
shishi jifen luohu], Caixin, 9 February 17.

    \59\ Beijing Municipal Human Resources and Social Security Bureau
et al., Rules on Operations and Management of Beijing Municipality
Points-Based Household Registration (Trial) [Beijing shi jifen luohu
caozuo guanli xize (shixing)], issued and effective 11 April 18, art.
13(2)-(3); Wang Su and Li Rongde, ``Chart: Beijing Residency System No
Longer `Pointless,' '' Caixin, 12 April 18; Wu Wei, ``Beijing's First
Batch of Points-Based Hukou Applications Launches Next Monday''
[Beijing shou pi jifen luohu shenbao xia zhouyi qidong], Beijing News,
12 April 18.

    \60\ Beijing Municipal Human Resources and Social Security Bureau
et al., Rules on Operations and Management of Beijing Municipality
Points-Based Household Registration (Trial) [Beijing shi jifen luohu
caozuo guanli xize (shixing)], issued and effective 11 April 18, art.
12(3); Wang Su and Li Rongde, ``Chart: Beijing Residency System No
Longer `Pointless,' '' Caixin, 12 April 18; Wu Wei, ``Beijing's First
Batch of Points-Based Hukou Applications Launches Next Monday''
[Beijing shou pi jifen luohu shenbao xia zhouyi qidong], Beijing News,
12 April 18.

    \61\ PRC Social Insurance Law [Zhonghua renmin gongheguo shehui
baoxian fa], passed 28 October 10, effective 1 July 11, arts. 1-4.

    \62\ Yu Dingzhang, ``Aging Construction Workers Face Unstable
Retirement,'' Sixth Tone, 23 October 17; ``Chinese Crane Operators
Stage Nationwide Strike Ahead of Labor Day,'' Radio Free Asia, 1 May
18.

    \63\ China Labour Bulletin, ``China Faces Shortage of Express
Delivery Workers in the New Year,'' 8 March 18. See also Ryan McMorrow,
``For Couriers, China's E-Commerce Boom Can Be a Tough Road,'' New York
Times, 31 January 17.

    \64\ Beijing Municipal Human Resources and Social Security Bureau
et al., Rules on Operations and Management of Beijing Municipality
Points-Based Household Registration (Trial) [Beijing shi jifen luohu
caozuo guanli xize (shixing)], issued and effective 11 April 18, art.
12(3); Wang Su and Li Rongde, ``Chart: Beijing Residency System No
Longer `Pointless,' '' Caixin, 12 April 18; Wu Wei, ``Beijing's First
Batch of Points-Based Hukou Applications Launches Next Monday''
[Beijing shou pi jifen luohu shenbao xia zhouyi qidong], Beijing News,
12 April 18. For more information on the low social insurance coverage
rates of migrant workers, see Ministry of Human Resources and Social
Security, ``2017 Annual Statistics Bulletin on Human Resources and
Social Security Employment Developments'' [2017 niandu renli ziyuan he
shehui baozhang shiye fazhan tongji gongbao], 21 May 18, secs. 1, 2(1,
3, 4); China Labour Bulletin, ``Migrant Workers and Their Children,''
last visited 6 June 18.

    \65\ See, e.g., Eva Dou and Dominique Fong, ``Homeward Bound:
Beijing Boots Migrant Workers To Trim Its Population,'' Wall Street
Journal, 29 November 17; Bai Xin, ``Bai Xin: Those Beijing Evicted Are
a New Migrant Class That Threatens Political Security'' [Bai xin:
beijing qiechu de, shi weixie zhengzhi anquan de xin liumin jieji],
Initium, 28 November 17; Eli Friedman, ``Evicting the Underclass,''
Jacobin, 6 December 17; Tom Phillips, ``The Gentrification of Beijing:
Razing of Migrant Villages Spells End of China Dream,'' Guardian, 7
December 17.

    \66\ Beijing Municipal Planning and Land and Resources Management
Committee, Beijing Municipal People's Government, ``Beijing General
City Plan (2016-2035)'' [Beijing chengshi zongti guihua (2016 nian-2035
nian], 29 September 17; ``China Focus: China Sets Population,
Construction Limits in Beijing City Planning,'' Xinhua, 27 September
17.

    \67\ Beijing Municipal Planning and Land and Resources Management
Committee, Beijing Municipal People's Government, ``Beijing General
City Plan (2016-2035)'' [Beijing chengshi zongti guihua (2016 nian-2035
nian], 29 September 17, art. 14.

    \68\ Wang Shan, ``Investigation--Outsiders After Major Fire: Where
Should We Go? '' [Diaocha--da huo zhihou de yixiangren: women gai dao
nali qu?], Life Week, 27 November 17; Yuan Suwen et al., ``Dislocated

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPO...    Page 163 of 316

Case 3:20-cv-05910-LB   Document 77-4   Filed 10/01/20   Page 33 of 47
WeChat Appendix F Footnote H9 - Congressional-Executive Commission on China Annual Report 2018

Migrant Workers Left in Cold and Confusion in Beijing,'' Caixin, 25 November 17. See also China Labour Bulletin, ``Another Tragedy Unfolds in Beijing's Migrant Worker Shanty Towns,'' 20 November 17.

\69\ Emily Feng, ``Beijing Begins Migrant School Demolition in Depopulation Drive,'' Financial Times, 19 July 17; Fan Shuo and Li Rongde, ``School for Migrant Children in Beijing Fights Forced Closure,'' Caixin, 2 November 17.

\70\ Steven Lee Myers, ``A Cleanup of `Holes in the Wall' in China's Capital,'' New York Times, 17 July 17; Liu Caiyu, ``Demolition of 1000's of Illegal Stores Leaves Beijing Migrants With Unsure Future,'' Global Times, 25 April 17; ``Hundreds of Police Occupy Beijing Market Amid Anger Over Closures,'' Radio Free Asia, 20 September 17.

\71\ Beijing Municipal Commission of Housing and Urban-Rural Development et al., Opinion on Developing Rental of Collective Worker Dormitories (Provisional) (Draft for Solicitation of Comments) [Guanyu fazhan zulinxing zhigong jiti sushe de yijian (shixing) (zhengqiu yijian gao)], 23 May 18, secs. 1-2. See also A Ruhan, ``Beijing Promotes Rental of Collective Worker Dormitories'' [Beijing tui zulinxing zhigong jiti sushe], Beijing Business Today, 23 May 18.

\72\ China Labour Bulletin, ``China Faces Shortage of Express Delivery Workers in the New Year,'' 8 March 18; Jie Li, ``Nanny Shortage: Housekeeping Industry Pulling People From Impoverished Regions'' [Baomu jinque: jiazheng ye pinkun xian wa ren], Beijing Youth Daily, 20 May 18.

\73\ Shanghai Municipal People's Government, `` `Shanghai Municipality General City Plan (2017-2035)' Issued, Shanghai Will Become a City of Innovation, Culture, and Ecology'' [``Shanghai shi chengshi zongti guihua (2017-2035 nian)'' fabu shanghai jiang chengwei chuangxin zhi cheng, renwen zhi cheng, shengtai zhi cheng], 5 January 18; Shanghai Municipal People's Government, ``Municipal Government Introduces Information Relating to `Shanghai Municipality General City Plan (2017-2035)' at Press Conference'' [Shi zhengfu xinwen fabuhui jieshao ``shanghai shi chengshi zongti guihua (2017-2035 nian)'' xiangguan qingkuang], 4 January 18. See also Benjamin Haas, ``China's Shanghai Sets Population at 25 Million To Avoid `Big City Disease,' '' Guardian, 26 December 17.

\74\ ``Li Keqiang Chairs Meeting of State Council Standing Committee'' [Li keqiang zhuchi zhaokai guowuyuan changwu huiyi], Xinhua, 17 January 18; An Delie, ``Li Keqiang Mobilizing Migrant Workers To Return to Rural Hometowns and Start Businesses Seen as Xi Jinping's Version of Being Sent Down to the Countryside'' [Li keqiang dongyuan nongmingong fan xiang chuangye bei zhi xi jinping ban shangshan xiaxiang], Radio France Internationale, 18 January 18.

\75\ Beijing Municipal Bureau of Statistics and Survey Office of the National Bureau of Statistics in Beijing, ``Beijing Municipality 2017 Citizen Economic and Social Development Statistical Bulletin'' [Beijing shi 2017 nian guomin jingji he shehui fazhan tongji gongbao], 27 February 18, sec. 1; Shanghai Municipal Bureau of Statistics and Survey Office of the National Bureau of Statistics in Shanghai, ``2017 Shanghai Municipality Citizen Economic Operations Situation'' [2017 nian shanghai shi guomin jingji yunxing qingkuang], 19 January 18, sec. 8.

\76\ Bai Tiantian, ``Beijing, Shanghai Record First Population Decline in 40 Years,'' Global Times, 23 January 18.

\77\ See, e.g., Amnesty International, ``Standing Their Ground: Thousands Face Violent Eviction in China,'' 2012, 11-23; Human Rights Watch, ``Demolished: Forced Evictions and the Tenants' Rights Movement in China,'' 24 March 04, 6-11.

\78\ Amnesty International, ``Standing Their Ground: Thousands Face Violent Eviction in China,'' 2012, 11-12, 31-32; Centre on Housing Rights and Evictions, ``One World, Whose Dream? Housing Rights Violations and the Beijing Olympic Games,'' July 2008, 7-8, 12-14; UN Watch, ``38 Rights Groups Urge U.N. To Investigate Shanghai Expo Eviction of 18,000 Families,'' 14 July 10.

\79\ UN Committee on Economic, Social and Cultural Rights, Concluding Observations on the Second Periodic Report of China, Including Hong Kong, China, and Macao, China, adopted by the Committee at its 40th Meeting (23 May 2014), E/C.12/CHN/CO/2, 13 June 14, para. 30.

\80\ UN Committee on Economic, Social and Cultural Rights, CESCR General Comment No. 4: The Right to Adequate Housing (Art. 11(1) of the

**AR-1359**

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPO... Page 164 of 316

Case 3:20-cv-05910-LB Document 77-4 Filed 10/01/20 Page 34 of 47
WeChat Appendix P Footnote F9 - Congressional-Executive Commission on China Annual Report 2018

Covenant), E/1992/23, 13 December 91, para. 8(a). Note that this finding is reaffirmed in UN Committee on Economic, Social and Cultural Rights, General Comment No. 7: The Right to Adequate Housing (Art. 11.1): Forced Evictions, E/1998/2, 20 May 97, para. 1; UN Committee on Economic, Social and Cultural Rights, CESCR General Comment No. 4: The Right to Adequate Housing (Art. 11(1) of the Covenant), E/1992/23, 13 December 91, para. 18; International Covenant on Economic, Social and Cultural Rights (ICESCR), adopted by UN General Assembly resolution 2200A (XXI) of 16 December 66, entry into force 3 January 76, art. 11(1); United Nations Treaty Collection, Chapter IV, Human Rights, International Covenant on Economic, Social and Cultural Rights, last visited 13 February 18. China has signed and ratified the ICESCR. See also UN Committee on Economic, Social and Cultural Rights, General Comment No. 7: The Right to Adequate Housing (Art. 11.1): Forced Evictions, E/1998/2, 20 May 97, para 15; UN Committee on Economic, Social and Cultural Rights, General Comment No. 7: The Right to Adequate Housing (Art. 11.1): Forced Evictions, E/1998/2, 20 May 97, para. 16; Eva Pils, Human Rights in China (Medford: Polity Press, 2018), 105-07.

\81\ PRC Administrative Enforcement Law [Zhonghua renmin gongheguo xingzheng qiangzhi fa], passed 30 June 11, effective 1 January 12, arts. 43-44. For analyses of the legality of the evictions in Beijing under Chinese law, see ``Full Text of Request From Jiang Ping, He Weifang, and Other Scholars and Lawyers to the Standing Committee of the National People's Congress for a Review of the Constitutionality of the Beijing Government's Campaign To Expel Nonresidents and Relevant Administrative Documents'' [Jiang ping, he weifang deng xuezhe lushi dui beijing shi zhengfu qugan wailai jumin de xingdong ji qi yiju de xingzheng wenjian xiang quanguo rendahui changweihui tiqing hexianxing shencha de quanwen], 19 December 17, reprinted in Rights Defense Network, 24 December 17; Wang Liuyi, ``Analyzing the Legality of Beijing's `Winter Cleanup Campaign' '' [Beijing shi ``dongji qingli xingdong'' de hefaxing fenxi], WeChat post, reprinted in China Digital Times, 28 November 17.

\82\ International Covenant on Civil and Political Rights, adopted by UN General Assembly resolution 2200A (XXI) of 16 December 66, entry into force 23 March 76, art. 19; Universal Declaration of Human Rights, adopted and proclaimed by UN General Assembly resolution 217A (III) on 10 December 48, art. 19. For more information on restrictions on freedom of expression in China, see CECC, 2017 Annual Report, 5 October 17, 66-83.

\83\ Universal Declaration of Human Rights, adopted and proclaimed by UN General Assembly resolution 217A (III) of 10 December 48, art. 20(1); International Covenant on Civil and Political Rights, adopted by UN General Assembly resolution 2200A (XXI) of 16 December 66, entry into force 23 March 76, art. 22. For more information on international standards and civil society in China, see CECC, 2017 Annual Report, 5 October 17, 223-28.

\84\ International Covenant on Civil and Political Rights, adopted by UN General Assembly resolution 2200A (XXI) of 16 December 66, entry into force 23 March 76, arts. 2(1), 12(1), 12(3), 26; Universal Declaration of Human Rights, adopted and proclaimed by UN General Assembly resolution 217A (III) of 10 December 48, arts. 2, 13(1); UN Committee on Economic, Social and Cultural Rights, Concluding Observations on the Second Periodic Report of China, Including Hong Kong, China, and Macao, adopted by the Committee at its 40th Meeting (23 May 2014), E/C.12/CHN/CO/2, 13 June 14, para. 15; UN Human Rights Council, Report of the Special Rapporteur on Extreme Poverty and Human Rights on His Mission to China, Philip Alston, A/HRC/35/26/Add.2, 28 March 17, paras. 27-28. See also Chinese Human Rights Defenders, ``From Forced Evictions of Migrant Workers to Abused Children: Violations of Social & Economic Rights in China Refute the `China Development Model,' '' 7 December 17.

Status of Women
Status of Women


                              Status of Women


                              Public Participation

POLITICAL DECISIONMAKING

The Chinese government is obligated under its international commitments to ensure gender equality in political participation; \1\ Chinese domestic law also stipulates the importance of women's political participation.\2\ Women's representation at upper and lower levels of political leadership nonetheless continued to fall short of the 30 percent target recommended by the UN Commission on the Status of Women.\3\ Scholars and overseas media note that barriers to women's participation in political leadership at higher levels include lack of access to the male-dominated relationship networks critical to leadership appointments,\4\ earlier retirement ages for female civil servants,\5\ and marginalization to leadership positions with less political influence,\6\ in addition to the pressures that make it difficult for women to participate in public life more generally, such as gender discrimination and unequal distribution of childcare and domestic labor.\7\

CIVIL SOCIETY AND ADVOCACY

During the Commission's 2018 reporting year, Chinese citizens continued to advocate on behalf of women's issues while Chinese officials maintained restrictions by censoring online discussion and harassing and threatening individual citizens engaging in advocacy. These restrictions are a continuation of official repression of women's rights advocacy beginning in 2015.\8\

Women's rights advocates reported that the freedom to organize activities remained limited as officials continued to impose pressure on participants in the form of harassment, threats, and censorship. Due to such pressure, some advocates reported that they no longer performed direct actions in public spaces and had shifted their focus to awareness-raising and organizing online.\9\ Online advocacy has been subject to continued \10\ censorship: online posts were censored,\11\ hashtags used for advocacy on women's issues were blocked on social media platforms,\12\ and social media accounts advocating women's rights were shut down.\13\ Although advocacy and discussion of women's rights were previously tolerated,\14\ one advocate reported that the topic ``has been politicized and stigmatized'' in recent years \15\ as authorities continued \16\ to link their advocacy to hostile foreign interference.\17\ [For more information on censorship, see Section II--Freedom of Expression.]

--------------------------------------------------------------------
Campaigns Against Sexual Harassment on University Campuses
--------------------------------------------------------------------

In January 2018, Chinese students, alumni, and faculty initiated a series of independent campaigns to prevent sexual harassment on college campuses. These included public allegations of misconduct by individual professors, petitions calling on universities to institute policies to prevent sexual harassment, and public requests for information about university actions in past sexual assault cases. Reports of sexual harassment in other sectors such as manufacturing,\18\ journalism,\19\ civil society,\20\ the state-sanctioned Buddhist community,\21\ and the Protestant community in Hong Kong \22\ also drew public attention. Among the most prominent were allegations posted by Luo Xixi, currently residing in the United States, who detailed the sexual harassment of her former PhD advisor, Chen Xiaowu of Beihang University in Beijing municipality.\23\ Inspired by the #MeToo movement in the United States,\24\ Luo published these allegations in January 2018,\25\ drawing significant attention and sparking a social media campaign in China that drew millions of views to related hashtags before it was censored.\26\ Chen's teaching qualifications were revoked \27\ and the Ministry of Education announced that it would form a group to study the implementation of policies to prevent sexual harassment.\28\ After one allegation against a professor at Renmin University in Beijing, a group

AR-1361

of more than 70 students gathered outside his classroom, refusing to leave until the university agreed to investigate the claims.\29\ There were a number of other allegations against professors at other universities, some of which led to dismissals.\30\
Other actions directed at universities followed. Students, alumni, and faculty circulated petitions calling on their respective institutions to implement policies to prevent sexual harassment, reportedly with more than 8,000 people participating at 74 colleges and universities \31\ before being censored.\32\ Students at Peking University in Beijing called on the school to release information about its actions dealing with a case involving a professor's sexual assault of a student 20 years earlier.\33\

----------------------------------------------------------------------


----------------------------------------------------------------------
Campaigns Against Sexual Harassment on University  Campuses--Continued
----------------------------------------------------------------------
    While some actions taken by university and government authorities were supportive of the issues raised by the campaigns, official responses nonetheless prioritized suppressing grassroots mobilization. In addition to the investigation and dismissal of some of the professors accused of misconduct, supportive actions included lawmakers' submission of legislative proposals to address sexual harassment during the legislative session after lobbying by women's rights advocates \34\ and the recognition of sexual harassment as a serious issue by some state and Party media.\35\ Official actions aimed at suppressing discussion and collective action included online censorship \36\ and increased surveillance,\37\ while university officials pressured students to cease campaigning \38\ by questioning them about their organizing,\39\ harassing their family members,\40\ and in at least one instance threatening to prevent a student from graduating.\41\ When a student at Peking University drew significant attention and support after describing the extent of her harassment by school officials,\42\ authorities subsequently released instructions to censor all reporting regarding the incident.\43\ A January 2018 commentary published in the Global Times, a Party-run media outlet, stated that ``[m]ore efforts should be put into establishing and perfecting laws and regulations so as to deter potential sexual violence'' while cautioning that ``[s]ocial movements can only play a limited role in reducing sexual harassment.'' \44\
----------------------------------------------------------------------

Gender-Based Discrimination


EMPLOYMENT


    Women in China continued to face a variety of barriers to equal employment, which the Chinese government is obligated to address under its international commitments \45\ and domestic laws.\46\ A study of Chinese job recruitment advertisements conducted by international non-governmental organization (NGO) Human Rights Watch (HRW) found that discriminatory and sexualized views of women were pervasive: recruitment advertisements reflected assumptions that women are less qualified for work requiring strength, intelligence, or mental fitness; \47\ that the thinking and behavior of women is inherently inferior; \48\ and that it is acceptable for employers to use the physical attractiveness of female employees as a condition of employment even when unrelated to job performance,\49\ or as an inducement for recruiting male employees.\50\ The study found discriminatory recruitment in both the private and public sectors, with 19 percent of postings for the national civil service jobs in 2018 listing a requirement or preference for males, up from 13 percent in 2017.\51\ The World Economic Forum's 2017 Global Gender Gap Report found that discrimination in China also continued to manifest in the underrepresentation of women in management positions \52\ and disparities in pay, with women earning on average 62 percent of what men earn.\53\
    A 2015 study by the International Labour Organization

**AR-1362**

attributed most of the wage differential to discrimination,\54\ noting that such disparities have increased over the period of economic reform that began in 1978,\55\ accelerating during the 2000s with the intensification of market liberalization.\56\ The HRW study attributed the lack of women in leadership roles and the increasing wage gap in part to individual employers' discriminatory views of women and their increased discretion over employment decisions beginning in the reform period.\57\ Another significant factor identified by scholars has been the shifting of responsibility for child care from the government system (via publicly funded maternity leave and nursery schools) to the private sector, with the resulting burden falling disproportionately to individual women.\58\ National law guarantees 98 days of paid maternity leave and no paternity leave,\59\ making employers reluctant to hire female employees because they are seen as more costly and a pregnancy ``risk.'' \60\ Experts said that such discrimination had been exacerbated by the ``universal two-child policy'' implemented in January 2016.\61\ [For more information on the ``universal two-child policy,'' see Section II--Population Control.]

International observers reported that employer discrimination in China has not been checked by prohibitions against gender discrimination in existing laws \62\ because enforcement has been rare and negligible.\63\ Chinese laws do not themselves give a clear definition of gender discrimination,\64\ and women reported being reluctant to initiate complaints because of the time, cost, and risk to future employment.\65\ The local bureaus responsible for enforcing laws against discrimination in hiring have rarely initiated their own investigations and have seldom taken punitive action in response to complaints.\66\ In addition, some laws continued to discriminate against women by barring them from performing certain jobs--in some cases based on whether they are menstruating, pregnant, or breastfeeding.\67\

PROPERTY RIGHTS

Women in China continued to lack secure rights to property due to a combination of discriminatory policy implementation and adherence to patriarchal cultural values. Many rural women were deprived of land rights--guaranteed under national law-- due to village-level policies and customs that deny women rights to collectively owned land if they marry outside of the village, divorce, become widowed, or remain unmarried above a certain age.\68\ Legal advocates say that enforcement mechanisms for guaranteeing women's land rights are lacking.\69\ Women's property rights assigned at the household level are also marginalized by a lack of decisionmaking power within households; according to a sample survey conducted by the state-run Research Center for Rural Economy, 30.4 percent and 80.2 percent of rural women were not registered on any commercial land rights certificates and residential property certificates, respectively.\70\ Officials suggested a number of proposals aimed at addressing these issues during the upcoming round of agricultural policy reforms.\71\

Violence Against Women

Women in China continued to face challenges with domestic and sexual violence as officials continued to develop a legal and institutional infrastructure to prevent such abuse. By the end of October 2017, the courts had issued a total of 1,830 protection orders under the PRC Anti-Domestic Violence Law,\72\ in effect since March 2016.\73\ A 2017 Chinese NGO report found that while there were improvements in implementation of the law, such as increased awareness and the publishing of local implementing regulations, other challenges remained.\74\ Chinese courts maintained an evidentiary standard for proving domestic violence that was difficult for victims to meet, and victims escaping abusive domestic situations received inadequate support in seeking shelters, with only 149 admissions to roughly 2,000 shelters for victims nationwide in

**AR-1363**

2016.\75\

Status of Women
Status of Women

Notes to Section II--Status of Women

\1\ Convention on the Elimination of All Forms of Discrimination against Women (CEDAW), adopted by UN General Assembly resolution 34/180 of 18 December 79, entry into force 3 September 81, arts. 7, 24. Under Article 7(b) of CEDAW, China, as a State Party, is obligated to ``ensure to women, on equal terms with men,'' the right ``[t]o participate in the formulation of government policy and the implementation thereof and to hold public office and perform all public functions at all levels of government . . ..'' United Nations Treaty Collection, Chapter IV, Human Rights, Convention on the Elimination of All Forms of Discrimination against Women, last visited 27 July 18. China signed the convention on July 17, 1980, and ratified it on November 4, 1980, thereby committing to undertake the legal rights and obligations contained in these articles.

\2\ PRC Law on the Protection of Women's Rights and Interests [Zhonghua renmin gongheguo funu quanyi baozhang fa], passed 3 April 92, amended 28 August 05, effective 1 December 05, art. 11; PRC Electoral Law of the National People's Congress and Local People's Congresses [Zhonghua renmin gongheguo quanguo renmin daibiao dahui he difang geji renmin daibiao dahui xuanju fa], passed 1 July 79, amended 10 December 82, 2 December 86, 28 February 95, 27 October 04, 14 March 10, 29 August 15, art. 6. Both of these laws stipulate that an ``appropriate number'' of female deputies should serve at all levels of people's congresses.

\3\ ``Target: 30 Percent of Leadership Positions to Women by 1995--United Nations Commission on the Status of Women,'' UN Chronicle, Vol. 27, No. 2, June 1990, reprinted in Popline. The target of 30-percent female representation in leadership positions by 1995 was recommended by the UN Commission on the Status of Women at its 34th session in 1990. ``China Political Leaders'' [Zhongguo zhengyao], Chinese Communist Party News, People's Daily, last visited 13 April 18. ``China's National Legislature Starts Annual Session in Beijing,'' Xinhua, 5 March 18; ``Reality Check: Does China's Communist Party Have a Woman Problem?,'' BBC, 25 October 17. Upon the convening of the 19th Party Congress in October 2017, women represented 1 out of 25 members of the Political Bureau of the Communist Party Central Committee (Politburo) and there remained no women among the 7 members of the Politburo Standing Committee--the most powerful governing body in China. The 13th National People's Congress (NPC) was seated in March 2018 with 24.9 percent female delegates, a slight increase from the 23.4 percent in the 12th NPC. Under the State Council, 1 of the 26 national-level ministerial positions was filled by a woman. No women were appointed as Party secretaries at the provincial level, while women were selected for 3 of 31 provincial-level governorships--compared with 2 out of 31 in the previous government.

\4\ ``Reality Check: Does China's Communist Party Have a Woman Problem?,'' BBC, 25 October 17.

\5\ Ibid.

\6\ Sarah O'Meara, ``How to Be More Than a Token Woman in Chinese Politics,'' Sixth Tone, 26 December 16.

\7\ Yu Mengtong, ``The Hard-To-Smash Glass Ceiling: Looking at the Predicament of Women's Political Participation from the NPC Delegate Statistics'' [Nan da po de boli tianhuaban: cong renda shuju kan zhongguo nuxing congzheng kunjing], Voice of America, 8 March 18.

\8\ See, e.g., Rebecca E. Karl et al., ``Dark Days for Women in China? '' Asia Society, ChinaFile, 18 March 15; Maya Wang, ``China's Chilling Message to Women,'' CNN, 7 April 15. See also CECC, 2015 Annual Report, 8 October 15, 172-73; CECC, 2016 Annual Report, 6 October 16, 178-79; CECC, 2017 Annual Report, October 5, 2017, 176-85.

\9\ Lin Lin, ``China's Women's Rights Movement: How Far Can They Go? '' [Zhongguo nuquan yundong: tamen hai neng zou duo yuan?], BBC, 26 September 17.

\10\ CECC, 2017 Annual Report, October 5, 2017, 176-77.

\11\ Javier C. Hernandez and Zoe Mou, `` `Me Too,' Chinese Women Say. Not So Fast, Say the Censors,'' New York Times, 28 January 18; Kemeng Fan, ``China's #MeToo Movement Started on College Campuses. It

May End There,'' Los Angeles Times, 7 February 18; China Digital Times, ``Minitrue: Do Not Report on PKU Open Letter,'' 25 April 18; ``Women Excluded From Highest Echelons of Power in China, as Men Embroiled in Sex-for-Favours Scandals,'' Agence France-Presse, reprinted in Hong Kong Free Press, 23 October 17.

\12\ Grace Tsoi and Viola Zhou, ``Feminist Campaign Gets Blocked in China on International Women's Day,'' Inkstone, 8 March 18; ``#MeToo in China: The Story Beyond Censorship,'' Elephant Room (blog), 13 February 18.

\13\ Aaron Halegua et al., ``What Is the Significance of China's #MeToo Movement? '' Asia Society, ChinaFile, 20 March 18; ``Muzzled China Feminist Group To Sue Over Online Censorship,'' Agence France-Presse, reprinted in SinoDaily, 24 March 18; China Digital Times, ``Chili Pepper Tribe: China's Only Dedicated Information Platform for Female Workers Blocked on Weibo'' [Jianjiao buluo: zhongguo weiyi nugong zhuanshu zixun pingtai zao weibo fengsha], 13 July 18.

\14\ Human Rights Watch, ``Only Men Need Apply: Gender Discrimination in Job Advertisements in China,'' April 2018, 6.

\15\ Lin Lin, ``China's Women's Rights Movement: How Far Can They Go? '' [Zhongguo nuquan yundong: tamen hai neng zou duo yuan?], BBC, 26 September 17.

\16\ Song Xiuyan, ``Run a Thread of Political Discussion Through the Whole Process of ACWF Reform and Work'' [Ba jiang zhengzhi guanchan yu fulian gaige he gongzuo quan guocheng], China Women's News, 19 May 17; Er Guang, ``From Silencing on Weibo to `Halal Goddess,' How is Chinese Feminism Being Encircled and Annihilated Both Inside and Outside the System? '' [Cong weibo jin yan dao ``qingzhen shengmu'', tizhi nei wai ruhe weijiao zhongguo nuquan?], Initium, 31 March 17.

\17\ Yang Zhichu, ``Combatting Sexual Harassment: #MeToo in China? '' [Fanji xing saorao: #MeToo zai zhongguo?], Voice of America, 13 January 18; Javier C. Hernandez and Zoe Mou, ```Me Too,' Chinese Women Say. Not So Fast, Say the Censors,'' New York Times, 28 January 18; Jiayang Fan, ``China's #MeToo Moment,'' New Yorker, 1 February 18; Jiayun Feng, ``Peking University Student to School: Stop Trying To Gag Me on Rape Case!,'' SupChina, 23 April 18.

\18\ Jiayun Feng, `` `I Am a Woman Worker at Foxconn, and I Demand a System That Opposes Sexual Harassment: A Translated Essay,' '' SupChina, 26 January 18.

\19\ Catherine Lai, ``No #MeToo in China? Female Journalists Face Sexual Harassment, but Remain Silent,'' Hong Kong Free Press, 5 December 17; Aaron Halegua et al., ``What Is the Significance of China's #MeToo Movement? '' Asia Society, ChinaFile, 20 March 18; Jiayun Feng, ``#MeToo in China Reaches the Nonprofit and Media Worlds,'' SupChina, 26 July 18.

\20\ Jiayun Feng, ``#MeToo in China Reaches the Nonprofit and Media Worlds,'' SupChina, 26 July 18.

\21\ Jiayun Feng, ``Abbot of Beijing Longquan Temple Denies Sexual Abuse Allegations,'' SupChina, 1 August 18.

\22\ ``#MeToo Complaints Rife in Hong Kong's Protestant Churches, as Victims Come Forward,'' Radio Free Asia, 25 June 18.

\23\ Wesley Rahn and Fang Wan, ``#MeToo Movement Meets China's Firewall,'' Deutsche Welle, 7 March 18.

\24\ Jiayang Fan, ``China's #MeToo Moment,'' New Yorker, 1 February 18.

\25\ Wesley Rahn and Fang Wan, ``#MeToo Movement Meets China's Firewall,'' Deutsche Welle, 7 March 18.

\26\ ``#MeToo in China: The Story Beyond Censorship,'' Elephant Room (blog), 13 February 18.

\27\ Ibid.

\28\ Han Xiaotong, ``Ministry of Education Revokes Chen Xiaowu's `Yangtze River Scholar' Title, Halts Payment and Requires Return of Stipend'' [Jiaoyu bu jueding chexiao chen xiaowu ``chang jiang xuezhe'' chenghao, tingfa bing zhuihui yifa jiangjin], The Paper, 14 January 18.

\29\ Te-ping Chen, ``#MeToo Meets China's Censors and Students Learn a Tough Lesson,'' Wall Street Journal, 23 April 18.

\30\ Fan Yiying, ``University Fires Teacher Who Traded Grades for Sex,'' Sixth Tone, 5 January 18; Wang Yiwei, ``Nanchang University Dismisses Deans Over Alleged Rape,'' Sixth Tone, 21 December 17; Yanan Wang, ``Chinese Vice-Dean Accused of `Inappropriate' Behavior,'' Associated Press, 26 April 18; Te-Ping Chen, ``#MeToo Meets China's Censors and Students Learn a Tough Lesson,'' Wall Street Journal, 23 April 18.

\31\ Xiao Meili and Zheng Churan, `` `I Am a Troublemaker, Not a Helpful Cog in the Machine': The Voice of China's Feminist Activism'' [``Wo shi daodangui, bu shi luosiding'': zhongguo nuquan xingdongpai de shengyin], Initium, 12 February 18, translated in Zheng Churan, Free Chinese Feminists, ``The Success of China's Anti-Sexual Harassment Campaign,'' reprinted in Facebook, 18 April 18; Jiayun Feng, ``Chinese University Instructors Sign Anti-Sexual Harassment Manifesto,'' SupChina, 22 January 18.

\32\ Kemeng Fan, ``China's #MeToo Movement Started on College Campuses. It May End There,'' Los Angeles Times, 7 February 18.

\33\ Javier C. Hernandez and Iris Zhao, ``Students Defiant as Chinese University Warns #MeToo Activist,'' New York Times, 24 April 18.

\34\ Mimi Lau, ``After #MeToo Success, Chinese Rights Activists Urge Lawmakers To Join the Fight Against Sexual Harassment,'' South China Morning Post, 8 March 18.

\35\ ``Chinese Professor Removed From Post Following Sexual Harassment Allegation,'' Xinhua, 12 January 18; Chen Jinhong, ``Don't Cover Up Sexual Harassment in Higher Education Any Longer'' [Gaoxiao xing saorao, bie zai wu gaizi le], Qianjiang Evening News, reprinted in People's Daily, 16 January 18; Renmin Ribao Pinglun (rmrbpl), ``Beihang-Gate's Sexual Harassment: Bravery Is Your Finest Pose'' [Beihang xing saorao men: yonggan shi ni zui haokan de zitai], WeChat post, 5 January 18.

\36\ ``#MeToo in China: The Story Beyond Censorship,'' Elephant Room (blog), 13 February 18.

\37\ Jiayun Feng, ``Yue Xin Back at School, Surveillance Cameras up on Peking University Campus,'' SupChina, 26 April 18.

\38\ Lily Kuo, ``#Metoo in China: Fledgling Movement in Universities Fights Censorship,'' Guardian, 17 April 18; Christian Shepherd, ``China's #MeToo Movement in Colleges Initially Encouraged by Authorities, Then Frustrated,'' Reuters, 30 January 18.

\39\ Te-Ping Chen, ``#MeToo Meets China's Censors and Students Learn a Tough Lesson,'' Wall Street Journal, 23 April 18.

\40\ Lily Kuo, ``#Metoo in China: Fledgling Movement in Universities Fights Censorship,'' Guardian, 17 April 18; Javier C. Hernandez and Iris Zhao, ``Students Defiant as Chinese University Warns #MeToo Activist,'' New York Times, 24 April 18.

\41\ China Digital Times, ``Translation: Open Letter on PKU #MeToo Case,'' 23 April 18.

\42\ Jiayun Feng, ``Yue Xin Back at School, Surveillance Cameras up on Peking University Campus,'' SupChina, 26 April 18.

\43\ China Digital Times, ``Minitrue: Peking University Open Letter Incident'' [Zhenli bu: beijing daxue gongkai xin shijian], 25 April 18.

\44\ Liu Lulu, ``Addressing Sexual Harassment Needs More Than #MeToo,'' Global Times, 4 January 18.

\45\ Convention on the Elimination of All Forms of Discrimination against Women, adopted by UN General Assembly resolution 34/180 of 18 December 79, entry into force 3 September 81, art. 11.1; United Nations Treaty Collection, Chapter IV, Human Rights, Convention on the Elimination of All Forms of Discrimination against Women, last visited 17 July 18. China signed the convention on July 17, 1980, and ratified it on November 4, 1980. International Covenant on Economic, Social and Cultural Rights (ICESCR), adopted by UN General Assembly resolution 2200A (XXI) of 16 December 66, entry into force 3 January 76, art. 7; United Nations Treaty Collection, Chapter IV, Human Rights, International Covenant on Economic, Social and Cultural Rights, last visited 17 July 18. China signed the ICESCR on October 27, 1997, and ratified it on March 27, 2001.

\46\ PRC Constitution, issued 4 December 82, amended 12 April 88, 29 March 93, 15 March 99, 14 March 04, 11 March 18, art. 48; PRC Labor Law [Zhongghua renmin gongheguo laodong fa], passed 5 July 94, effective 1 January 95, art. 13; PRC Law on the Protection of Women's Rights and Interests [Zhonghua renmin gongheguo funu quanyi baozhang fa], passed 3 April 92, amended 28 August 05, effective 1 December 05, art. 2.

\47\ Human Rights Watch, ``Only Men Need Apply: Gender Discrimination in Job Advertisements in China,'' April 2018, 2.

\48\ Ibid., 19-20.

\49\ Ibid., 30.

\50\ Ibid., 33.

\51\ Ibid., 6, 22-23.

\52\ World Economic Forum, ``The Global Gender Gap Report 2017,'' 2 November 17, 120-21. According to the World Economic Forum report, in 2017 women remained underrepresented in management positions, with 20.1 percent of firms including women in top-level management.

\53\ Ibid.

\54\ Sukti Dasgupta et al., International Labour Organization, ``Women in the Labour Market in China,'' ILO Asia-Pacific Working Paper Series, May 2015, 18-19. See also World Economic Forum, ``The Global Gender Gap Report 2017,'' 2 November 17, 120-21.

\55\ Sukti Dasgupta et al., International Labour Organization, ``Women in the Labour Market in China,'' ILO Asia-Pacific Working Paper Series, May 2015, 2.

\56\ Ibid., 8.

\57\ Human Rights Watch, ``Only Men Need Apply: Gender Discrimination in Job Advertisements in China,'' April 2018, 10.

\58\ Yingchun Ji and Shuangshuang Yang, ``A Gendered Reading of China's Two-Child Policy,'' University of Nottingham, Asia Research Institute, Asia Dialogue, 19 September 17.

\59\ PRC Law on the Protection of Women's Rights and Interests [Zhonghua renmin gongheguo funu quanyi baozhang fa], passed 3 April 92, amended 28 August 05, effective 1 December 05, art. 27; Dezan Shira & Associates, ``Expecting in China: Employee Maternity Leave and Allowances,'' China Briefing, 6 April 18; Dezan Shira & Associates, ``Paternity Leave in China: Regional Policies and Differences,'' China Briefing, last visited 18 July 18.

\60\ Fu Yang, ``New Discrimination Dilemmas for Female Employment: From `Married With Child' to `Two Children' '' [Xin qishi kunrao nuxing jiuye cong ``yihun yiyu'' dao ``yisheng ertai''], Beijing Daily, 20 December 17.

\61\ Ibid.; Yang Yue, ``CPPCC Member Li Shouzhen: Seventy Percent of Women Worry That Second Child Will Affect Career Development, Recommend Extending Maternity Leave for Second Child'' [Li shouzhen weiyuan: qicheng nuxing danxin er hai yingxiang zhiye fazhan jianyi yanchang er hai chanjia], China Youth Net, 8 March 18.

\62\ PRC Labor Law [Zhonghua renmin gongheguo laodong fa], passed 5 July 94, effective 1 January 95, arts. 12-13. Gender-based discrimination against employees or applicants for employment is prohibited under Articles 12 and 13 of the PRC Labor Law. See also Ministry of Human Resources and Social Security, Provisions on Employment Services and Employment Management [Jiuye fuwu yu jiuye guanli guiding], issued 5 November 07, amended 23 December 14, effective 1 February 15, arts. 20, 58(2); PRC Constitution, issued 4 December 82, amended 12 April 88, 29 March 93, 15 March 99, 14 March 04, 11 March 18, art. 48.

\63\ China Labour Bulletin, ``Workplace Discrimination,'' last visited 23 April 18; Human Rights Watch, ``Only Men Need Apply: Gender Discrimination in Job Advertisements in China,'' April 2018, 3-4.

\64\ Human Rights Watch, ``Only Men Need Apply: Gender Discrimination in Job Advertisements in China,'' April 2018, 3-4.

\65\ Fu Yang, ``New Discrimination Dilemmas for Female Employment: From `Married With Child' to `Two Children' '' [Xin qishi kunrao nuxing jiuye cong ``yihun yiyu'' dao ``yisheng ertai''], Beijing Daily, 20 December 17.

\66\ Human Rights Watch, ``Only Men Need Apply: Gender Discrimination in Job Advertisements in China,'' April 2018, 43-44.

\67\ PRC Labor Law [Zhonghua renmin gongheguo laodong fa], passed 5 July 94, effective 1 January 95, arts. 59-61, 63; State Council, Special Provisions for the Protection of Female Employees' Labor [Nu zhigong laodong baohu tebie guiding], issued and effective 28 April 12, Appendix, para. 1 (labor restrictions for all women), para. 2 (labor restrictions during menstruation), para. 3 (labor restrictions during pregnancy), para. 4 (labor restrictions while breastfeeding).

\68\ ``New Issues Related to Women's Land Rights Amid Rural Reforms and the Way To Overcome Them'' [Nongcun bianqian zhong funu tudi quanyi xin wenti ji pojie zhidao], China Women's News, reprinted in All-China Women's Federation, 19 December 17; Qianqian Law Firm, ``Beijing Municipality Qianqian Law Firm Recommendations for Amending the `Rural Land Contract Law (Draft)' '' [Beijing shi qianqian lushi shiwusuo guanyu ``nongcun tudi chengbao fa (cao'an)'' de xiugai yijian], 26 December 17.

\69\ Qianqian Law Firm, ``Beijing Municipality Qianqian Law Firm Recommendations for Amending the `Rural Land Contract Law (Draft)' ''

[Beijing shi qianqian lushi shiwusuo guanyu ``nongcun tudi chengbao fa (cao'an)'' de xiugai yijian], 26 December 17; Mao Xiaoya and Li Lulu, ``NPC Representative Declares: Let Rural Women Benefit From Equal Land Rights'' [Daibiao weiyuan jianyan: rangnongcun funu pingdeng xiangyou tudi quanyi], Farmers' Daily, 14 March 18.

\70\ Tian Shanlei, ``Protecting Women's Land Rights While Intensifying Rural Reform'' [Zai shenhua nongcun gaige zhong weihu funu tudi quanyi], China Women's News, 5 March 18.

\71\ Wu Xu, ``Recommendations for Protecting Women's Rural Land Rights'' [Guanyu baozhang nongcun funu tudi quanyi de jianyi], People's Court Daily, 28 April 18; ``ACWF Gives Proposal to CPPCC's 13th Meeting: Protecting Women's Rights While Intensifying Rural Land Reforms'' [Quanguo fulian xiang quanguo zhengxie shisan jie yi ci huiyi tijiao ti'an: zai shenhua nongcun gaige zhong weihu funu tudi quanyi], China Women's News, reprinted in All-China Women's Federation, 5 March 18.

\72\ PRC Anti-Domestic Violence Law [Zhonghua renmin gongheguo fan jiating baoli fa], passed 27 December 15, effective 1 March 16, chap. 4.

\73\ Fu Danni et al., ``Two Years Under Anti-Domestic Violence Law, Effectiveness of Protection Orders Awaits Reinforcement'' [Fan jiabao fa shishi liang zhou nian, renshen anquan baohu ling shishi xiaoli rendai jiaqiang], The Paper, 1 March 18. See also CECC, 2016 Annual Report, 6 October 16, 180.

\74\ Equality, ``Monitoring Report on Implementation of the `PRC Anti-Domestic Violence Law' '' [``Zhonghua renmin gongheguo fandui jiating baoli fa'' shishi jiance baogao], 15 December 17.

\75\ Ibid.

Human
Trafficking
Human
Trafficking

## Human Trafficking

### Defining Human Trafficking

As a State Party to the UN Protocol to Prevent, Suppress and Punish Trafficking in Persons, Especially Women and Children (UN TIP Protocol),\1\ China is obligated to enact legislation criminalizing human trafficking as defined by the UN TIP Protocol.\2\ The definition of human trafficking under the PRC Criminal Law,\3\ however, remains inconsistent with UN TIP Protocol standards.\4\ The UN TIP Protocol definition of human trafficking involves three components: the action of recruiting, transporting, harboring, or receiving persons; the means of coercion, deception, or control; \5\ and ``the purpose of exploitation,'' including sexual exploitation or forced labor.\6\ Chinese law focuses on the act of selling a woman or child,\7\ rather than the purpose of exploitation.\8\ The definition of trafficking in the PRC Criminal Law does not clearly cover all forms of trafficking in the UN TIP Protocol,\9\ including certain types of non-physical coercion; \10\ offenses against male victims; \11\ and forced labor,\12\ though forced labor is illegal under a separate provision of the law.\13\ In addition, the Chinese legal definition of trafficking includes the purchase or abduction of children for subsequent sale without specifying the purpose of these actions.\14\ Under the UN TIP Protocol, illegal adoptions constitute trafficking only if the purpose is exploitation.\15\ Human trafficking experts note a dearth of reliable statistics on the scale of human trafficking in Asia in general; \16\ in China, inconsistencies between domestic law and international standards further contribute to the difficulty of assessing the scale of human trafficking.\17\

### Trends and Developments

**AR-1368**

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPO... Page 173 of 316

Case 3:20-cv-05910-LB Document 77-4 Filed 10/01/20 Page 43 of 47
WeChat Appendix F Footnote F9 - Congressional-Executive Commission on China Annual Report 2018

## CROSS-BORDER TRAFFICKING

China remains \18\ a destination country for human trafficking, particularly of women and children from Southeast Asia,\19\ and a source country for trafficking to the United States and Europe.\20\ This past year, the Commission observed regional and international news media reports of the trafficking of women and girls to China for forced marriage from Burma (Myanmar),\21\ Cambodia,\22\ Laos,\23\ and Vietnam;\24\ and the trafficking of individuals to China from Burma, Cambodia, Indonesia, and Vietnam for the purpose of forced labor.\25\ Chinese nationals were trafficked this past year to the United States for the purposes of sexual exploitation and forced labor.\26\ In addition, in March 2018, the U.S. Department of Labor finalized settlements requiring four China-based companies operating in the U.S. territory of Saipan, Northern Mariana Islands, to pay nearly US$14 million in wages and compensation to thousands of Chinese workers.\27\ The China-based companies, including the state-owned enterprise MCC International, brought the Chinese construction workers to Saipan to build a casino under conditions one expert called a ``classic trafficking and forced labor scenario.'' \28\

## DOMESTIC TRAFFICKING

According to UN Action for Cooperation against Trafficking in Persons (UN-ACT) and the U.S. Department of State, men, women, and children were trafficked within China's borders for forced labor, forced begging, and sexual exploitation.\29\ During this reporting year, the Commission observed multiple cases of trafficking for the purpose of forced labor, including one case in which traffickers kidnapped homeless men and forced them to work in a factory,\30\ and another in which traffickers abducted men with intellectual disabilities for the purpose of forced begging.\31\ Moreover, many of China's workers in construction and other industries reportedly worked in conditions that may constitute forced labor, facing frequent non-payment of wages.\32\ [For more information on the problem of wage arrears, see Section II--Worker Rights.]

## GOVERNMENT-SPONSORED FORCED LABOR

This past year, the Chinese government continued \33\ to subject individuals to forced labor during pretrial detention and in administrative detention centers. The International Labour Organization's (ILO) definition of forced labor makes an exception for labor performed ``as a consequence of a conviction in a court of law . . .,'' \34\ yet the Commission observed reports this past year of individuals in China performing forced labor in detention before trial.\35\ Moreover, authorities continued \36\ to detain suspected drug users without trial or conviction and reportedly required them to perform labor in a form of administrative detention known as compulsory drug detoxification.\37\ As the government does not convict compulsory detoxification detainees in court, the requirement to perform labor constitutes human trafficking under the UN TIP Protocol \38\ for the purpose of forced labor as defined by the ILO.\39\ Detention in compulsory drug detoxification centers is similar to reeducation through labor (RTL),\40\ an administrative punishment in which detainees were subjected to forced labor \41\ without judicial process.\42\ After abolishing RTL in 2013,\43\ authorities reportedly converted most RTL facilities to compulsory drug detoxification centers.\44\ Authorities have continued \45\ to detain individuals accused of prostitution for up to two years without due process and require them to perform labor in a form of administrative detention known as ``custody and education.'' \46\ In February and March 2018, several delegates to the Chinese People's Political Consultative Conference noted similarities between RTL and ``custody and education'' and called for abolishing or reforming the system.\47\

Radio Free Asia (RFA) reported in October 2017 that

**AR-1369**

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPO... Page 174 of 316

Case 3:20-cv-05910-LB Document 77-4 Filed 10/01/20 Page 44 of 47
WeChat Appendix F Footnote F9 - Congressional-Executive Commission on China Annual Report 2018

authorities in Hotan prefecture, Xinjiang Uyghur Autonomous Region (XUAR), required some Uyghur women and children to perform forced labor.\48\ An anonymous police officer told RFA that the local government sent hundreds of Uyghur women and children to labor in neighboring Aksu prefecture, XUAR.\49\ Authorities had reportedly detained the Uyghurs' male relatives in ``political reeducation'' centers.\50\ According to RFA, the police officer stated that if the women and children refused to perform labor, they could be sent to ``political reeducation'' centers.\51\ [For more information on ``political reeducation'' centers, see Section IV--Xinjiang.]

### Risk Factors

This past year, Chinese workers migrating within China were at risk of human trafficking, and government restrictions on worker rights exacerbated this risk. Despite reforms,\52\ the government continues to use the household registration (hukou) system to restrict internal migration.\53\ Migrants have limited access to housing and government benefits \54\ and are more likely to work in informal employment.\55\ The hukou system reportedly exacerbates these migrants' vulnerability to trafficking for the purpose of forced labor.\56\ The Chinese government limits workers' right to freedom of association by restricting independent unions.\57\ A September 2016 UN report noted that the failure to enforce workers' fundamental right to freedom of association ``directly contributes'' to human trafficking.\58\ [For more information on restrictions on worker rights in China, see Section II--Worker Rights.]

In addition to domestic human trafficking, individuals from other Asian countries face the risk of human trafficking in China. A lack of economic opportunity in Southeast Asian countries contributes to human trafficking from that region.\59\ Women and girls in these countries are particularly at risk of trafficking for the purpose of forced marriage.\60\ The Chinese government continued to treat North Korean refugees as economic migrants and maintained a policy of repatriating undocumented North Koreans,\61\ leaving the refugees, who are predominantly women, vulnerable to trafficking for forced marriage.\62\ [For more information, see Section II--North Korean Refugees in China.]

Decades of government-imposed birth limits combined with a traditional preference for sons has led to a sex ratio imbalance in China.\63\ In rural areas, this imbalance is more pronounced as many women have migrated to cities for work.\64\ The sex ratio imbalance has created a demand for marriageable women that may contribute to human trafficking for forced marriage.\65\ [For more information on China's population policies, see Section II--Population Control.]

The government of the Democratic People's Republic of Korea (DPRK) reportedly continued \66\ to generate revenue by sending DPRK nationals to work in China under conditions that may constitute forced labor.\67\ Reporting from this past year indicated that DPRK security personnel accompanied the workers to China, subjecting workers to constant monitoring.\68\ The DPRK government reportedly withheld, on average, 70 percent of the workers' earnings.\69\ While reports from October 2017 indicated that many of these workers had been or would be sent back to North Korea due to the Chinese government's enforcement of UN sanctions,\70\ the DPRK reportedly began sending workers to China again in March 2018, possibly in violation of UN sanctions.\71\

### Anti-Trafficking Efforts

During the Commission's 2018 reporting year, government figures indicated a decline in the number of criminal human trafficking cases opened by public security officials. According to the 2017 China Law Yearbook, public security officials opened 7,121 criminal cases involving the trafficking of women and children in 2016.\72\ This was 22 percent fewer cases than the 9,150 cases opened in 2015.\73\ The National

**AR-1370**

Bureau of Statistics of China further reported that in 2016, authorities uncovered 618 cases of child trafficking,\74\ down from 756 cases in 2015.\75\ All figures likely include cases of illegal adoptions,\76\ while excluding other cases such as offenses against male victims \77\ and forced labor.\78\

The Chinese government continued \79\ to participate in multilateral anti-trafficking events and engaged in bilateral cooperation with neighboring countries to combat human trafficking. The Chinese government's involvement in multilateral efforts included participation in a September 2017 Coordinated Mekong Ministerial Initiative Against Trafficking \80\ event to develop new guidelines for fair recruitment practices,\81\ and a March 2018 research seminar jointly organized by the Supreme People's Court, Supreme People's Procuratorate, and the International Organization for Migration.\82\ Additionally, regional media reported that the Chinese government expanded cooperation with the governments of Burma, Cambodia, and Laos to combat cross-border human trafficking.\83\

### Hong Kong

Hong Kong remained \84\ a destination for human trafficking, with migrant domestic workers (MDWs) particularly at risk of exploitation for forced labor. The Hong Kong Census and Statistics Department's 2017 annual digest reported that in 2016, there were over 350,000 MDWs working for households in Hong Kong, the majority of whom came from the Philippines and Indonesia.\85\ Non-governmental organizations (NGOs), advocates, and MDWs themselves reported that MDWs continue to face exploitative working conditions, including inadequate living conditions, little time off, restrictions on movement, and in some cases physical and emotional abuse.\86\ Local NGOs report that MDWs are often in debt due to excessive fees paid to employment agencies both in their countries of origin and in Hong Kong.\87\ Two regulations--requiring MDWs to live with their employers (live-in rule) \88\ and to leave Hong Kong within two weeks of termination of a contract \89\--reportedly contribute to MDWs' risk of exploitation for forced labor.\90\ In February 2018, the High Court of the Hong Kong Special Administrative Region (High Court) ruled against an MDW who sought judicial review of the live-in rule.\91\ The judge opined that MDWs who dislike the live-in rule could choose to terminate their employment.\92\ An NGO representing migrant workers in Hong Kong argued the High Court was ``complicit in maintaining the slave-like conditions of MDWs.'' \93\ In addition to facing abuse in Hong Kong, local media reported in November 2017 that Hong Kong employment agencies in recent years may have trafficked Filipino MDWs to other countries for the purpose of forced labor.\94\

The Hong Kong government maintained that comprehensive anti-trafficking legislation was unnecessary and that human trafficking in Hong Kong was rare. The definition of human trafficking in Hong Kong's Crimes Ordinance covers only the cross-border movement of persons ``for the purpose of prostitution'' and not other forms of trafficking such as forced labor or trafficking that occurs solely within Hong Kong.\95\ In December 2016, the High Court ruled that the Hong Kong government had an obligation under the Bill of Rights Ordinance ``to enact measures to ensure the prohibition of forced or compulsory labour.'' \96\ The government argued in its appeal that current Hong Kong laws and policies were sufficient to protect potential victims of trafficking.\97\ In March 2018, the government claimed that human trafficking ``is neither widespread nor prevalent in Hong Kong,'' and noted a new action plan aimed at improving protections for MDWs through increasing victim screening mechanisms and other administrative measures.\98\ Advocates welcomed the plan, but argued that Hong Kong needed anti-trafficking legislation in order to effectively combat human trafficking.\99\ In August 2018, the Court of Appeal ruled that the Bill of Rights Ordinance did not cover human trafficking and thus the Hong Kong government did

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPO... Page 176 of 316

Case 3:20-cv-05910-LB Document 77-4 Filed 10/01/20 Page 46 of 47
WeChat Appendix F Footnote F9 - Congressional-Executive Commission on China Annual Report 2018

not have an obligation to enact criminal legislation
prohibiting human trafficking.\100\ While China acceded to the
UN TIP Protocol in 2010, the Chinese central government has not
extended the Protocol to apply to Hong Kong.\101\

Human
Trafficking
Human
Trafficking

        Notes to Section II--Human Trafficking

    \1\ United Nations Treaty Collection, Chapter XVIII, Penal Matters,
Protocol to Prevent, Suppress and Punish Trafficking in Persons,
Especially Women and Children, supplementing the United Nations
Convention against Transnational Organized Crime, last visited 14 May
18.
    \2\ Protocol to Prevent, Suppress and Punish Trafficking in
Persons, Especially Women and Children, Supplementing the United
Nations Convention against Transnational Organized Crime, adopted by UN
General Assembly resolution 55/25 of 15 November 00, entry into force
25 December 03, art. 5.1. See also UN Human Rights Council, Report of
the Special Rapporteur on Trafficking in Persons, Especially Women and
Children, Maria Grazia Giammarinaro,
A/HRC/35/37, 28 March 17, para. 14.
    \3\ PRC Criminal Law [Zhonghua renmin gongheguo xing fa], passed 1
July 79, amended 14 March 97, effective 1 October 97, amended 25
December 99, 31 August 01, 29 December 01, 28 December 02, 28 February
05, 29 June 06, 28 February 09, 25 February 11, 29 August 15, 4
November 17, art. 240. For a discussion of the human trafficking
related provisions of the PRC Criminal Law, see Laney Zhang, Library of
Congress, ``Training Related to Combating Human Trafficking: China,''
February 2016.
    \4\ Protocol to Prevent, Suppress and Punish Trafficking in
Persons, Especially Women and Children, Supplementing the United
Nations Convention against Transnational Organized Crime, adopted by UN
General Assembly resolution 55/25 of 15 November 00, entry into force
25 December 03. Topics that need to be addressed in domestic
legislation to bring it into compliance with the UN TIP Protocol
include the addition of non-physical forms of coercion into the legal
definition of trafficking (see UN TIP Protocol, Article 3(a)), the
trafficking of men (covered under the definition of ``trafficking in
persons'' in Article 3(a) of the UN TIP Protocol), and providing the
``purpose of exploitation'' (see UN TIP Protocol, Article 3(a)). For an
examination of the ways in which Chinese laws are inconsistent with the
UN TIP Protocol, see Bonny Ling, ``Human Trafficking and China:
Challenges of Domestic Criminalisation and Interpretation,'' Asia-
Pacific Journal on Human Rights and the Law, Vol. 17, Issue 1 (2016),
148-77.
    \5\ Protocol to Prevent, Suppress and Punish Trafficking in
Persons, Especially Women and Children, Supplementing the United
Nations Convention against Transnational Organized Crime (UN TIP
Protocol), adopted by UN General Assembly resolution 55/25 of 15
November 00, entry into force 25 December 03, art. 3(a), (c), (d). Note
that for children younger than 18 years old, the means described in
Article 3(a) are not required for an action to constitute human
trafficking.
    \6\ UN Office on Drugs and Crime, ``What Is Human Trafficking?''
last visited 14 May 18; Protocol to Prevent, Suppress and Punish
Trafficking in Persons, Especially Women and Children, Supplementing
the United Nations Convention against Transnational Organized Crime (UN
TIP Protocol), adopted by UN General Assembly resolution 55/25 of 15
November 00, entry into force 25 December 03, art. 3(a), (c), (d). For
information on how international standards regarding forced labor fit
into the framework of the UN TIP Protocol, see International Labour
Office, International Labour Organization, ``Human Trafficking and
Forced Labour Exploitation: Guidelines for Legislation and Law
Enforcement,'' 2005, 7-15; International Labour Office, International
Labour Organization, ``Hard To See, Harder To Count: Survey Guidelines
To Estimate Forced Labour of Adults and Children,'' Second Edition,
2012, 12, 19; International Labour Organization, ``Questions and
Answers on Forced Labour,'' 1 June 12.

**AR-1372**

\7\ PRC Criminal Law [Zhonghua renmin gongheguo xing fa], passed 1
July 79, amended 14 March 97, effective 1 October 97, amended 25
December 99, 31 August 01, 29 December 01, 28 December 02, 28 February
05, 29 June 06, 28 February 09, 25 February 11, 29 August 15, 4
November 17, art. 240. The PRC Criminal Law defines trafficking as
``swindling, kidnapping, buying, trafficking in, receiving, sending, or
transferring a woman or child, for the purpose of selling [the
victim].''

\8\ Bonny Ling, ``Human Trafficking and China: Challenges of
Domestic Criminalisation and Interpretation,'' Asia-Pacific Journal on
Human Rights and the Law, Vol. 17, Issue 1 (2016), 159.

\9\ Ibid., 151, 166; PRC Criminal Law [Zhonghua renmin gongheguo
xing fa], passed 1 July 79, amended 14 March 97, effective 1 October
97, amended 25 December 99, 31 August 01, 29 December 01, 28 December
02, 28 February 05, 29 June 06, 28 February 09, 25 February 11, 29
August 15, 4 November 17, art. 240; Protocol to Prevent, Suppress and
Punish Trafficking in Persons, Especially Women and Children,
Supplementing the United Nations Convention against Transnational
Organized Crime (UN TIP Protocol), adopted by UN General Assembly
resolution 55/25 of 15 November 00, entry into force 25 December 03,
art. 3(a). See also UN Office on Drugs and Crime, ``What Is Human
Trafficking?'' last visited 14 May 18.

\10\ Bonny Ling, ``Human Trafficking and China: Challenges of
Domestic Criminalisation and Interpretation,'' Asia-Pacific Journal on
Human Rights and the Law, Vol. 17, Issue 1 (2016), 159; PRC Criminal
Law [Zhonghua renmin gongheguo xing fa], passed 1 July 79, amended 14
March 97, effective 1 October 97, amended 25 December 99, 31 August 01,
29 December 01, 28 December 02, 28 February 05, 29 June 06, 28 February
09, 25 February 11, 29 August 15, 4 November 17, art. 240; Protocol to
Prevent, Suppress and Punish Trafficking in Persons, Especially Women
and Children, Supplementing the United Nations Convention against
Transnational Organized Crime (UN TIP Protocol), adopted by UN General
Assembly resolution 55/25 of 15 November 00, entry into force 25
December 03, art. 3(a).

\11\ Bonny Ling, ``Human Trafficking and China: Challenges of
Domestic Criminalisation and Interpretation,'' Asia-Pacific Journal on
Human Rights and the Law, Vol. 17, Issue 1 (2016), 160, 166; PRC
Criminal Law [Zhonghua renmin gongheguo xing fa], passed 1 July 79,
amended 14 March 97, effective 1 October 97, amended 25 December 99, 31
August 01, 29 December 01, 28 December 02, 28 February 05, 29 June 06,
28 February 09, 25 February 11, 29 August 15, 4 November 17, art. 240;
Protocol to Prevent, Suppress and Punish Trafficking in Persons,
Especially Women and Children, Supplementing the United Nations
Convention against Transnational Organized Crime (UN TIP Protocol),
adopted by UN General Assembly resolution 55/25 of 15 November 00,
entry into force 25 December 03, art. 3(a). The PRC Criminal Law
defines trafficking as ``swindling, kidnapping, buying, trafficking in,
receiving, sending, or transferring a woman or child, for the purpose
of selling [the victim].'' See also Supreme People's Court Information
Center and Judicial Cases Research Institute, ``Judicial Big Data
Special Report on Crimes Involving Trafficking'' [Sifa da shuju zhuanti
baogao she guai fanzui], 22 December 16, 11.

\12\ Bonny Ling, ``Human Trafficking and China: Challenges of
Domestic Criminalisation and Interpretation,'' Asia-Pacific Journal on
Human Rights and the Law, Vol. 17, Issue 1 (2016), 159; PRC Criminal
Law [Zhonghua renmin gongheguo xing fa], passed 1 July 79, amended 14
March 97, effective 1 October 97, amended 25 December 99, 31 August 01,
29 December 01, 28 December 02, 28 February 05, 29 June 06, 28 February
09, 25 February 11, 29 August 15, 4 November 17, art. 240; Protocol to
Prevent, Suppress and Punish Trafficking in Persons, Especially Women
and Children, Supplementing the United Nations Convention against
Transnational Organized Crime (UN TIP Protocol), adopted by UN General
Assembly resolution 55/25 of 15 November 00, entry into force 25
December 03, art. 3(a).

\13\ PRC Criminal Law [Zhonghua renmin gongheguo xing fa], passed 1
July 79, amended 14 March 97, effective 1 October 97, amended 25
December 99, 31 August 01, 29 December 01, 28 December 02, 28 February
05, 29 June 06, 28 February 09, 25 February 11, 29 August 15, 4
November 17, art. 244. See also Laney Zhang, Library of Congress,
``Training Related to Combating Human Trafficking: China,'' February
2016.

\14\ Office To Monitor and Combat Trafficking in Persons, U.S.

**AR-1373**