Department of State, ``Trafficking in Persons Report,'' June 2018, 139;
Bonny Ling, ``Human Trafficking and China: Challenges of Domestic
Criminalisation and Interpretation,'' Asia-Pacific Journal on Human
Rights and the Law, Vol. 17, Issue 1 (2016), 166-67, 170-71; PRC
Criminal Law [Zhonghua renmin gongheguo xing fa], passed 1 July 79,
amended 14 March 97, effective 1 October 97, amended 25 December 99, 31
August 01, 29 December 01, 28 December 02, 28 February 05, 29 June 06,
28 February 09, 25 February 11, 29 August 15, 4 November 17, art. 240;
Protocol to Prevent, Suppress and Punish Trafficking in Persons,
Especially Women and Children, Supplementing the United Nations
Convention against Transnational Organized Crime (UN TIP Protocol),
adopted by UN General Assembly resolution 55/25 of 15 November 00,
entry into force 25 December 03, art. 3(a). The PRC Criminal Law
defines trafficking as ``swindling, kidnapping, buying, trafficking in,
receiving, sending, or transferring a woman or child, for the purpose
of selling [the victim].'' In contrast, the purpose of exploitation is
a key element of the UN TIP Protocol definition of human trafficking.
For reports from the 2018 reporting year that describe the sale of
children as human trafficking without specifying the purpose of the
sale, see, e.g., Zhao Junxi, ``China Intensifies Crackdown on Child
Trafficking,'' Global Times, 27 October 17; Mao Yizhu and Zhan Yijia,
``Guangdong: First-Instance Judgment Issued, 26 Criminally Sentenced in
Major Child Trafficking Case'' [Guangdong: yi qi teda guaimai ertong an
yishen xuanpan 26 ren bei panxing], Xinhua, 1 February 18.

    \15\ Protocol to Prevent, Suppress and Punish Trafficking in
Persons, Especially Women and Children, Supplementing the United
Nations Convention against Transnational Organized Crime (UN TIP
Protocol), adopted by UN General Assembly resolution 55/25 of 15
November 00, entry into force 25 December 03, art. 3(a), (c). The
purpose of exploitation is one of the required elements of a
trafficking case under Article 3 of the UN TIP Protocol. See also UN
General Assembly, Report of the Ad Hoc Committee on the Elaboration of
a Convention against Transnational Organized Crime on the Work of Its
First to Eleventh Sessions, Addendum, Interpretive Notes for the
Official Records (Travaux Preparatoires) of the Negotiation of the
United Nations Convention against Transnational Organized Crime and the
Protocols Thereto, A/55/383/Add.1, 3 November 00, para. 66; Bonny Ling,
``Human Trafficking and China: Challenges of Domestic Criminalisation
and Interpretation,'' Asia-Pacific Journal on Human Rights and the Law,
Vol. 17, Issue 1 (2016), 171.

    \16\ Heidi Stockl et al., ``Trafficking of Vietnamese Women and
Girls for Marriage in China,'' Global Health Research and Policy, Vol.
2, No. 28 (9 October 17); Mi Ki Kyaw Myint, ``Can Myanmar's Libraries
Help Combat Human Trafficking?'' Asia Foundation, 28 March 18; Jay
Song, ``Labour Migration as Complementary Pathways for Refugees in the
Asia-Pacific,'' Lowy Institute for International Policy, Migration and
Border Policy Project Working Paper Number 9, April 2018, 2.

    \17\ Office To Monitor and Combat Trafficking in Persons, U.S.
Department of State, ``Trafficking in Persons Report,'' June 2018, 139;
Bonny Ling, ``Human Trafficking and China: Challenges of Domestic
Criminalisation and Interpretation,'' Asia-Pacific Journal on Human
Rights and the Law, Vol. 17, Issue 1 (2016), 177.

    \18\ For information on cross-border trafficking to and from China
in previous reporting years, see CECC, 2017 Annual Report, 5 October
17, 186; CECC, 2016 Annual Report, 6 October 16, 186; CECC, 2015 Annual
Report, 8 October 15, 184.

    \19\ See, e.g., ``Crackdown on Human Traffickers Reveals
`Vietnamese Bride' Trade,'' Global Times, 19 February 18; Nick Baker,
``The Child Bride Trade Is Booming in Myanmar as the Gender Gap Bites
in China,'' ABC, 7 October 17; Liberty Asia, ``ASEAN & ACTIP: Using a
Regional Legal Framework To Fight a Global Crime,'' September 2017, 26,
134.

    \20\ See, e.g., Katherine Fung, `` `Sisters' Help Women Sex
Trafficked From China Flee U.S. Massage Parlors,'' Reuters, 12 March
18; EU-China Dialogue on Migration and Mobility Support Project,
International Organization for Migration and International Labour
Organization, ``Seminar for Facilitating Network Building Among Anti-
Trafficking Criminal Investigation Experts, 16-17 January 2018, Sanya,
Summary Report,'' last visited 14 May 18, 2, 4; Suzanne L. J. Kragten-
Heerdink et al., ``More Than Just `Pushing and Pulling':
Conceptualizing Identified Human Trafficking in the Netherlands,''
Crime & Delinquency, 5 September 17.

**AR-1374**

\21\ Nick Baker, ``The Child Bride Trade Is Booming in Myanmar as the Gender Gap Bites in China,'' ABC, 7 October 17; Su Myat Mon, ``Women Targeted by Rampant Human Trafficking in Kachin,'' Frontier Myanmar, 11 December 17; Nay Myo Win, ``61 Human Trafficking Cases Recorded in Three Months,'' Eleven, 8 April 18.

\22\ Niem Chheng and Daphne Chen, ``Woman Gets 7 Years for China Bride Scam,'' Phnom Penh Post, 8 January 18. See also Liberty Asia, ``ASEAN & ACTIP: Using a Regional Legal Framework To Fight a Global Crime,'' September 2017.

\23\ Ron Corben, ``UN Expert Calls on Laos To Boost Support for Child Sex Abuse Victims, Voice of America, 27 November 17; `` `Do Not Marry for Money,' '' Radio Free Asia, 17 April 18.

\24\ ``Crackdown on Human Traffickers Reveals `Vietnamese Bride' Trade,'' Global Times, 19 February 18; ``Demand for Wives in China Endangers Women Who Live on Its Borders,'' Economist, 4 November 17; ``Human Traffickers Sentenced, Vietnamese Mail-Order Brides Rescued,'' Global Times, 22 November 17. See also Heidi Stockl et al., ``Trafficking of Vietnamese Women and Girls for Marriage in China,'' Global Health Research and Policy, Vol. 2, No. 28 (9 October 17).

\25\ Zarni Mann, ``Two Men Arrested in Mandalay Over Foiled Attempt To Send 52 Illegal Workers to China,'' Irrawaddy, 23 February 18; ``Myanmar Steps Up Combating Human Trafficking,'' Xinhua, 8 December 17; ``Police Uncover Alleged Human Trafficking of Indonesians Into China,'' Jakarta Post, 24 November 17. See also Liberty Asia, ``ASEAN & ACTIP: Using a Regional Legal Framework To Fight a Global Crime,'' September 2017, 26, 134.

\26\ Katherine Fung, `` `Sisters' Help Women Sex Trafficked From China Flee U.S. Massage Parlors,'' Reuters, 12 March 18; Kristin Hoppa and Tommy Witherspoon, ``Authorities Raid Vegas Buffet in Labor Trafficking Investigation,'' Waco Tribune-Herald, 1 June 18.

\27\ U.S. Department of Labor, ``U.S. Department of Labor Investigation Finds $13.9 Million Due to Thousands of Chinese Employees Working on Saipan Casino and Hotel,'' 5 March 18.

\28\ Sophia Yan, ``Chinese Workers Tricked Into Illegal Work on Saipan,'' Associated Press, 15 March 18. See also Liu Ruili, China Metallurgical Group Corporation and Metallurgical Corporation of China Ltd., ``MCC Group Forms MCC International Engineering Group Ltd. and Announces Leadership Appointments'' [Zhongye jituan zujian zhongye guoji gongcheng jituan youxian gongsi bing xuanbu lingdao banzi renming jueding], 25 March 13; China Metallurgical Group Corporation and Metallurgical Corporation of China Ltd., ``About Us,'' last visited 30 May 18.

\29\ UN Action for Cooperation against Trafficking in Persons (UN-ACT), ``China,'' last visited 14 May 18; Office To Monitor and Combat Trafficking in Persons, U.S. Department of State, ``Trafficking in Persons Report,'' June 2018, 141.

\30\ Guo Shuhe and Liu Zhuoqun, ``Capturing the Homeless To Labor for Free, Four in Shandong Sentenced for Forcing Others Into Labor'' [Zhua liulanghan zuo mianfei laodongli shandong si ren yin qiangpo taren laodong huo xing], Procuratorial Daily, 26 February 18.

\31\ Yujing Liu, ``Chinese Father and Son Accused of Enslaving Mentally Ill Men and Forcing Them To Work as Beggars,'' South China Morning Post, 5 April 18.

\32\ Peter Bengsten, ``Hidden in Plain Sight: Forced Labour Constructing China,'' openDemocracy, 22 March 18; ``Tis the Season for Protests Over Unpaid Wages in China,'' Economist, 14 December 17; China Labour Bulletin, ``As Wage Arrears Escalate in the Run Up to the Lunar New Year, the Trade Union Needs To Act,'' 21 November 17; International Labour Organization, ``Questions and Answers on Forced Labour,'' 1 June 12. The International Labour Organization lists ``withholding of wages'' as an indicator of forced labor.

\33\ For information from previous years on forced labor in pretrial and administrative detention, see CECC, 2017 Annual Report, 5 October 17, 187; CECC, 2016 Annual Report, 6 October 16, 187; CECC, 2015 Annual Report, 8 October 15, 186.

\34\ International Labour Organization, ILO Convention (No. 29) Concerning Forced or Compulsory Labour, 28 June 30, art. 2.1, 2.2(c); International Labour Organization, ``Ratifications of CO29--Forced Labour Convention, 1930 (No. 29),'' last visited 10 July 18. Article 2.1 defines forced or compulsory labor as ``all work or service which is exacted from any person under the menace of any penalty and for which the said person has not offered himself voluntarily.'' China has

**AR-1375**

not ratified this convention.

\35\ Xu Yingyan et al., ``SPP Launches Special Activities To Supervise and Protect Detainees' Legal Rights and Interests'' [Zuigaojian bushu kaizhan jiandu weihu zaiya renyuan hefa quanyi zhuanxiang huodong], Procuratorial Daily, 27 April 18; ``Fushun Municipality Detention Center'' [Fushun shi kanshousuo], Clear Wisdom, 25 June 18. See also PRC Public Security Bureau Detention Center Regulations [Zhonghua renmin gongheguo kanshousuo tiaoli], issued and effective 17 March 90, arts. 2, 33, 34; ``Zhang Lin: Communist China's Detention Center System--Extorting Confessions Through Torture'' [Zhang lin: zhonggong guo kanshousuo zhidu--xingxun bigong], Epoch Times, 1 May 18; Zhang Peihong, ``100 Facts About China's Detention Centers (Full Version)'' [Zhongguo kanshousuo bai tai (wanzheng ban)], Weibo, reprinted in Ifeng, 16 November 17.

\36\ For information on compulsory drug detoxification centers from previous reporting years, see CECC, 2017 Annual Report, 5 October 17, 187; CECC, 2016 Annual Report, 6 October 16, 187; CECC, 2015 Annual Report, 8 October 15, 186.

\37\ Beijing Municipality Drug Detoxification Management Bureau, Regulations on Management of Compulsory Drug Detainees' Production [Beijing shi jiedu guanli ju qiangzhi geli jiedu renyuan shengchan laodong guanli guiding], issued 1 February 18, effective 1 March 18; Jinhua Municipal Bureau of Justice, ``Inspector Chen Zhong Visits Jiaxing Municipality Compulsory Drug Detoxification Center'' [Chen zhong xunshiyuan dao jiaxing shi qiangzhi geli jiedu suo], 26 January 18; Wang Jian, ``Visiting Shaanxi Women's Compulsory Drug Detoxification Center: 80 Percent of Guards Are Female, Say They Are Made of `Cement' '' [Tanfang shaanxi nu qiangzhi geli jiedu suo'' nu ganjing zhan ba cheng, zi cheng ``shuini'' zuo de], The Paper, 8 March 18. For relevant legal provisions, see PRC Narcotics Law [Zhonghua renmin gongheguo jindu fa], passed 29 December 07, effective 1 June 08, arts. 38, 41, 43, 47; State Council, Drug Detoxification Regulations [Jiedu tiaoli], issued 26 June 11; Ministry of Justice, Judicial and Administrative Bureaus Compulsory Drug Detoxification Work Regulations [Sifa xingzheng jiguan qiangzhi geli jiedu gongzuo guiding], issued 3 April 13, effective 1 June 13, art. 34. See also Human Rights Watch, `` `Where Darkness Knows No Limits': Incarceration, Ill-Treatment, and Forced Labor as Drug Rehabilitation in China,'' January 2010, 27-31.

\38\ Protocol to Prevent, Suppress and Punish Trafficking in Persons, Especially Women and Children, Supplementing the United Nations Convention against Transnational Organized Crime, adopted by UN General Assembly resolution 55/25 of 15 November 00, entry into force 25 December 03, art. 3(a). Compulsory drug detoxification center detainee labor can be viewed as constituting trafficking under Article 3(a) of the UN TIP Protocol, as authorities engage in the ``harbouring'' and ``receipt of persons, by means of the threat or use of force . . . for the purpose of exploitation.'' According to Article 3(a), exploitation includes ``forced labour.'' See also Office To Monitor and Combat Trafficking in Persons, U.S. Department of State, ``Trafficking in Persons Report,'' June 2017, 126, 128.

\39\ International Labour Organization, ILO Convention (No. 29) Concerning Forced or Compulsory Labour, 28 June 30, art. 2. See also Patrick Tibke, International Drug Policy Consortium, ``Drug Dependence Treatment in China: A Policy Analysis,'' February 2017, 8; Human Rights Watch, `` `Where Darkness Knows No Limits': Incarceration, Ill-Treatment, and Forced Labor as Drug Rehabilitation in China,'' January 2010, 27-31.

\40\ Amnesty International, `` `Changing the Soup but Not the Medicine?': Abolishing Re-Education Through Labour in China,'' 17 December 13, 9.

\41\ Ibid., 17-18; Human Rights Watch, ``China: Fully Abolish Re-Education Through Labour,'' 8 January 13; State Council, Decision on the Issue of Reeducation Through Labor [Guowuyuan guanyu laodong jiaoyang wenti de jueding], issued 3 August 57, item 2.

\42\ Amnesty International, `` `Changing the Soup but Not the Medicine?': Abolishing Re-Education Through Labour in China,'' 17 December 13, 5; Human Rights Watch, ``China: Fully Abolish Re-Education Through Labor,'' 8 January 13; State Council, Decision on the Issue of Reeducation Through Labor [Guowuyuan guanyu laodong jiaoyang wenti de jueding], issued 3 August 57, item 3; State Council, Supplementary Provisions on Reeducation Through Labor [Guowuyuan guanyu laodong jiaoyang de buchong guiding], issued 29 November 79, items 1-2.

**AR-1376**

\43\ National People's Congress Standing Committee, Decision on Abolishing Legal Provisions Regarding Reeducation Through Labor [Quanguo renmin daibiao dahui changwu weiyuanhui guanyu feizhi youguan laodong jiaoyang falu guiding de jueding], issued and effective, 28 December 13; Office To Monitor and Combat Trafficking in Persons, U.S. Department of State, ``Trafficking in Persons Report,'' June 2016, 130.

\44\ Sun Ying, ``Ministry of Justice: Vast Majority of Nation's Former Reeducation Through Labor Centers Have Been Turned Into Compulsory Drug Detoxification Centers'' [Sifabu: quanguo jueda duoshu yuan laojiao changsuo zhuan wei qiangzhi geli jiedu changsuo], China National Radio, 5 November 14.

\45\ For information on compulsory drug detoxification centers from previous reporting years, see CECC, 2016 Annual Report, 6 October 16, 187; CECC, 2015 Annual Report, 8 October 15, 186.

\46\ Dui Hua Foundation, ``Call for Constitutional Review of Custody and Education,'' Dui Hua Human Rights Journal, 4 April 18; Gao Yuyang et al., ``Three Lawyers' Key Words for the Two Sessions'' [San wei lushi lianghui guanjianci], Beijing Youth Daily, 10 March 18; Wang Xiuzhong, ``Exclusive! CPPCC Delegate Zhu Zhengfu Recommends Constitutional Review of Compulsory Custody and Education for [Crime of] Prostitution'' [Dujia! Quanguozhengxie weiyuan zhu zhengfu jianyi dui maiyin piaochang qiangzhi shourong jiaoyu jinxing hexianxing shencha], Southern Metropolitan Daily, 25 February 18. For relevant legal provisions, see State Council, Measures on Custody and Education of Prostitutes [Maiyin piaochang renyuan shourong jiaoyu banfa], issued 4 September 93, amended 8 January 11, arts. 2, 6, 13. See also Asia Catalyst, `` `Custody and Education': Arbitrary Detention for Female Sex Workers in China,'' December 2013, 8, 25-27.

\47\ Dui Hua Foundation, ``Call for Constitutional Review of Custody and Education,'' Dui Hua Human Rights Journal, 4 April 18; Gao Yuyang et al., ``Three Lawyers' Key Words for the Two Sessions'' [San wei lushi lianghui guanjianci], Beijing Youth Daily, 10 March 18; Wang Xiuzhong, ``Exclusive! CPPCC Delegate Zhu Zhengfu Recommends Constitutional Review of Compulsory Custody and Education for [Crime of] Prostitution'' [Dujia! Quanguozhengxie weiyuan zhu zhengfu jianyi dui maiyin piaochang qiangzhi shourong jiaoyu jinxing hexianxing shencha], Southern Metropolitan Daily, 25 February 18.

\48\ ``Uyghur Women and Children Endure Heavy Labor Amid Detentions in Xinjiang's Hotan,'' Radio Free Asia, 16 October 17.

\49\ Ibid.

\50\ Ibid.

\51\ Ibid.

\52\ State Council, Opinion on Further Carrying Out Reform of the Household Registration System [Guowuyuan guanyu jin yi bu tuijin huji zhidu gaige de yijian], issued 24 July 14; ``China To Help 100m Settle in Cities,'' Xinhua, reprinted in China Daily, 30 July 14; State Council General Office, ``Plan Promoting 100 Million Individuals in Cities Without Household Registration To Obtain Hukou'' [Tuidong 1 yi fei huji renkou zai chengshi luohu fang'an], issued 30 September 16, paras. 4-6; China Digital Times, ``Beijing To Scrap Urban-Rural Residency Distinction,'' 21 September 16.

\53\ State Council, Opinion on Further Carrying Out Reform of the Household Registration System [Guowuyuan guanyu jin yi bu tuijin huji zhidu gaige de yijian], issued 30 July 14, paras. 6-7; Bingqin Li, ``China Going Nowhere on Hukou Reform,'' East Asia Forum, 19 May 17; Priyanka Juneja, ``China's Hukou System: An Interview With Fei-Ling Wang,'' The Diplomat, 14 July 17.

\54\ Hongbin Li et al., ``Human Capital and China's Future Growth,'' Journal of Economic Perspectives, Vol. 31, No. 1 (Winter 2017), 28; China Labour Bulletin, ``Migrant Workers and Their Children,'' last visited 2 February 18; ``Chinese Cities Should Stop Expelling Chinese Migrants,'' Economist, 30 November 17.

\55\ ``Chinese Cities Should Stop Expelling Chinese Migrants,'' Economist, 30 November 17; Chris Smith and Pun Ngai, ``Class and Precarity in China: A Contested Relationship,'' Chinoiresie, 14 February 18.

\56\ Peter Bengsten, ``Hidden in Plain Sight: Forced Labour Constructing in China,'' openDemocracy, 16 February 18; Genevieve LeBaron et al., ``Confronting the Root Causes of Forced Labour: Restrictive Mobility Regimes,'' openDemocracy, 10 January 18; Office To Monitor and Combat Trafficking in Persons, U.S. Department of State, ``Trafficking in Persons Report,'' June 2018, 140-41.

**AR-1377**

\57\ PRC Trade Union Law [Zhonghua renmin gongheguo gonghui fa], passed 3 April 92, amended and effective 27 October 01, arts. 9-11; Wang Jiangsong, ``A Six-Day Strike in Shanghai Caused by a $110 Pay Cut--Collective Action by Sanitation Workers in China's `New Era' of Stability Maintenance,'' China Change, 13 April 18; China Labour Bulletin, ``Labour Relations FAQ,'' September 2017. See also UN Committee on Economic, Social and Cultural Rights, Concluding Observations on the Second Periodic Report of China, including Hong Kong, China, and Macao, China, adopted by the Committee at its 40th Meeting (23 May 2014), E/C.12/CHN/CO/2, 13 June 14, para. 23. For relevant international standards regarding the right to freely form and join independent unions, see International Labour Organization, ILO Convention (No. 87) Concerning Freedom of Association and Protection of the Right To Organise, 4 July 50, arts. 2, 3, 5; Universal Declaration of Human Rights, adopted and proclaimed by UN General Assembly resolution 217A (III) of 10 December 48, art. 23(4); International Covenant on Civil and Political Rights, adopted by UN General Assembly resolution 2200A (XXI) of 16 December 66, entry into force 23 March 76, art. 22.1; International Covenant on Economic, Social and Cultural Rights, adopted by UN General Assembly resolution 2200A (XXI) of 16 December 66, entry into force 3 January 76, art. 8.1.

\58\ UN General Assembly, Report of the Special Rapporteur on the Rights to Freedom of Peaceful Assembly and of Association, Maina Kiai, A/71/385, 14 September 16, paras. 2, 4, 11, 74.

\59\ Nick Baker, ``The Child Bride Trade Is Booming in Myanmar as the Gender Gap Bites in China,'' ABC, 7 October 17; Liberty Asia, ``ASEAN & ACTIP: Using a Regional Legal Framework To Fight a Global Crime,'' September 2017, 26, 134; Zarni Mann, ``Two Men Arrested in Mandalay Over Foiled Attempt To Send 52 Illegal Workers to China,'' Irawaddy, 23 February 18.

\60\ Nick Baker, ``The Child Bride Trade Is Booming in Myanmar as the Gender Gap Bites in China,'' ABC, 7 October 17; ``Demand for Wives in China Endangers Women Who Live on Its Borders,'' Economist, 4 November 17; Liberty Asia, ``ASEAN & ACTIP: Using a Regional Legal Framework To Fight a Global Crime,'' September 2017, 26, 134; Heidi Stockl et al., ``Trafficking of Vietnamese Women and Girls for Marriage in China,'' Global Health and Research Policy, Vol. 2, No. 28 (9 October 17).

\61\ Hyun-Joo Lim, ``A Terrible Fate Awaits North Korean Women Who Escape to China,'' The Conversation, 2 October 17; Brian Padden, ``North Korean Defector Speaks Out After China Repatriates Family,'' Voice of America, 16 January 18.

\62\ ``Demand for Wives in China Endangers Women Who Live on Its Borders,'' Economist, 4 November 17; Hyun-Joo Lim, ``A Terrible Fate Awaits North Korean Women Who Escape to China,'' The Conversation, 2 October 17; Erik Ortiz, ``Two Decades After Being Sold as Bride, North Korean Woman Finds Salvation in Seoul,'' NBC, 22 February 18.

\63\ Heidi Stockl et al., ``Trafficking of Vietnamese Women and Girls for Marriage in China,'' Global Health and Research Policy, Vol. 2, No. 28 (9 October 17); ``Demand for Wives in China Endangers Women Who Live on Its Borders,'' Economist, 4 November 17.

\64\ ``Demand for Wives in China Endangers Women Who Live on Its Borders,'' Economist, 4 November 17; Heidi Stockl et al., ``Trafficking of Vietnamese Women and Girls for Marriage in China,'' Global Health and Research Policy, Vol. 2, No. 28 (9 October 17).

\65\ ``Demand for Wives in China Endangers Women Who Live on Its Borders,'' Economist, 4 November 17; Heidi Stockl et al., ``Trafficking of Vietnamese Women and Girls for Marriage in China,'' Global Health and Research Policy, Vol. 2, No. 28 (9 October 17).

\66\ For information on North Korean workers in China from previous reporting years, see CECC, 2017 Annual Report, 5 October 17, 188; CECC, 2016 Annual Report, 6 October 16, 186-87.

\67\ Jason Arterburn, C4ADS, ``Dispatched: Mapping Overseas Forced Labor in North Korea's Proliferation Finance System,'' 2 August 18, 7, 9, 27-36; ``North Korean Overseas Laborers Give 70% of Wages to State,'' Daily NK, 10 October 17; Tim Sullivan, ``Americans May Eat Seafood Processed by North Korean Workers,'' Associated Press, 5 October 17.

\68\ Jason Arterburn, C4ADS, ``Dispatched: Mapping Overseas Forced Labor in North Korea's Proliferation Finance System,'' 2 August 18, 7, 27; ``North Korean Overseas Laborers Give 70% of Wages to State,'' Daily NK, 10 October 17; Tim Sullivan, ``Americans May Eat Seafood

**AR-1378**

Processed by North Korean Workers,'' Associated Press, 5 October 17.

\69\ ``North Korean Overseas Laborers Give 70% of Wages to State,'' Daily NK, 10 October 17; Tim Sullivan, ``Americans May Eat Seafood Processed by North Korean Workers,'' Associated Press, 5 October 17; Jason Arterburn, C4ADS, ``Dispatched: Mapping Overseas Forced Labor in North Korea's Proliferation Finance System,'' 2 August 18, 7. According to the International Labour Organization, restrictions on workers' freedom of movement and withholding wages are indicators of forced labor. International Labour Organization, ``Questions and Answers on Forced Labour,'' 1 June 12.

\70\ Yu Bokun, ``North Korean Businesses in China Start Countdown as Deadline for Closure Looms,'' Caixin, 27 October 17; Kim Chung Yeol, ``More North Korean Factory Workers in Dandong Repatriated,'' Daily NK, 9 October 17.

\71\ ``North Korean Workers Return to China in Defiance of UN Restrictions,'' Radio Free Asia, 4 April 18; Takuya Hiraga, ``North Koreans Turn Again to China for Work Despite Sanctions,'' Asahi Shimbun, 26 April 18; Jenna McLaughlin, ``US Cracks Down on North Korea's Army of Overseas Workers,'' CNN, 25 June 18; Jason Arterburn, C4ADS, ``Dispatched: Mapping Overseas Forced Labor in North Korea's Proliferation Finance System,'' 2 August 18, 8-9.

\72\ 2017 China Law Yearbook [2017 zhongguo falu nianjian] (Beijing: China Law Yearbook Press, 2017), 1168, table 1.

\73\ 2016 China Law Yearbook [2016 zhongguo falu nianjian] (Beijing: China Law Yearbook Press, 2016), 1305, table 1.

\74\ National Bureau of Statistics of China, ``2016 `Chinese Children's Development Summary (2011-2020)' Statistical Monitoring Report'' [2016 nian ``zhongguo ertong fazhan gangyao (2011-2020 nian)'' tongji jiance baogao], 27 October 17, 1(5)2.

\75\ National Bureau of Statistics of China, `` `Chinese Children's Development Summary (2011-2020)' Midterm Statistical Monitoring Report'' [``Zhongguo ertong fazhan gangyao (2011-2020 nian)'' zhongqi tongji jiance baogao], 3 November 16, 1(5)2.

\76\ PRC Criminal Law [Zhonghua renmin gongheguo xing fa], passed 1 July 79, amended 14 March 97, effective 1 October 97, amended 25 December 99, 31 August 01, 29 December 01, 28 December 02, 28 February 05, 29 June 06, 28 February 09, 25 February 11, 29 August 15, 4 November 17, art. 240; Protocol to Prevent, Suppress and Punish Trafficking in Persons, Especially Women and Children, Supplementing the United Nations Convention against Transnational Organized Crime (UN TIP Protocol), adopted by UN General Assembly resolution 55/25 of 15 November 00, entry into force 25 December 03, art. 3(a). The PRC Criminal Law defines trafficking as ``abducting, kidnapping, buying, trafficking in, fetching, sending, or transferring a woman or child, for the purpose of selling [the victim].'' The illegal sale of children for adoption thus can be considered trafficking under Chinese law. In contrast, under the UN TIP Protocol, illegal adoptions constitute trafficking only if the purpose is exploitation. UN General Assembly, Report of the Ad Hoc Committee on the Elaboration of a Convention against Transnational Organized Crime on the Work of Its First to Eleventh Sessions, Addendum, Interpretive Notes for the Official Records (Travaux Preparatoires) of the Negotiation of the United Nations Convention against Transnational Organized Crime and the Protocols Thereto, A/55/383/Add.1, 3 November 00, para. 66. See also Office To Monitor and Combat Trafficking in Persons, U.S. Department of State, ``Trafficking in Persons Report,'' June 2018, 139; Bonny Ling, ``Human Trafficking and China: Challenges of Domestic Criminalisation and Interpretation,'' Asia-Pacific Journal on Human Rights and the Law, Vol. 17, Issue 1 (2016), 166-67, 170-71.

\77\ PRC Criminal Law [Zhonghua renmin gongheguo xing fa], passed 1 July 79, amended 14 March 97, effective 1 October 97, amended 25 December 99, 31 August 01, 29 December 01, 28 December 02, 28 February 05, 29 June 06, 28 February 09, 25 February 11, 29 August 15, 4 November 17, art. 240; Protocol to Prevent, Suppress and Punish Trafficking in Persons, Especially Women and Children, Supplementing the United Nations Convention against Transnational Organized Crime (UN TIP Protocol), adopted by UN General Assembly resolution 55/25 of 15 November 00, entry into force 25 December 03, art. 3(a). See also Bonny Ling, ``Human Trafficking and China: Challenges of Domestic Criminalisation and Interpretation,'' Asia-Pacific Journal on Human Rights and the Law, Vol. 17, Issue 1 (2016), 160, 166-70.

\78\ PRC Criminal Law [Zhonghua renmin gongheguo xing fa], passed 1

**AR-1379**

July 79, amended 14 March 97, effective 1 October 97, amended 25 December 99, 31 August 01, 29 December 01, 28 December 02, 28 February 05, 29 June 06, 28 February 09, 25 February 11, 29 August 15, 4 November 17, art. 240; Protocol to Prevent, Suppress and Punish Trafficking in Persons, Especially Women and Children, Supplementing the United Nations Convention against Transnational Organized Crime (UN TIP Protocol), adopted by UN General Assembly resolution 55/25 of 15 November 00, entry into force 25 December 03, art. 3(a). See also Bonny Ling, ``Human Trafficking and China: Challenges of Domestic Criminalisation and Interpretation,'' Asia-Pacific Journal on Human Rights and the Law, Vol. 17, Issue 1 (2016), 159, 170, 175.

    \79\ For information on Chinese government involvement in multilateral anti-trafficking efforts in previous reporting years, see CECC, 2017 Annual Report, 5 October 17, 189; CECC, 2016 Annual Report, 6 October 16, 188; CECC, 2015 Annual Report, 8 October 15, 185.

    \80\ Memorandum of Understanding (MOU) on Cooperation against Trafficking in Persons in the Greater Mekong Sub-Region, signed 29 October 04, reprinted in UN Action for Cooperation against Trafficking in Persons (UN-ACT), last visited 17 May 18. The six signatories to the MOU were Cambodia, China, Lao PDR, Burma (Myanmar), Thailand, and Vietnam.

    \81\ United Nations Action for Cooperation against Trafficking in Persons (UN-ACT), ``COMMIT Guidelines for Fair Recruitment Developed,'' 20 October 17.

    \82\ Zhao Junfu, `` `Two Supremes' and International Organization for Migration Jointly Hold Research Seminar on Prosecution and Adjudication of Human Trafficking Cases'' [``Liang gao'' yu guoji yimin zuzhi hezuo juban renkou fanyun anjian qisu yu shenli yantao hui], Chinacourt.org, 27 March 18.

    \83\ ``Myanmar-China Border Liaison Office Opened in Myitkyina,'' Eleven Myanmar, 8 March 18; Mom Kunthear, ``China Agrees on Anti-Human Trafficking Cooperation,'' Khmer Times, 14 May 18; ``China, Laos To Intensify Efforts To Crack Down Cross-Border Crimes,'' Xinhua, 14 May 18.

    \84\ For information on human trafficking in Hong Kong from previous reporting years, see CECC, 2017 Annual Report, 5 October 17, 189-90; CECC, 2016 Annual Report, 6 October 16, 189-90; CECC, 2015 Annual Report, 8 October 15, 187-88.

    \85\ Census and Statistics Department, Hong Kong Special Administrative Region, ``Hong Kong Annual Digest of Statistics'' [Xianggang tongji niankan], October 2017, 43, Table 2.12. The Hong Kong government refers to migrant domestic workers as ``foreign domestic helpers.'' For general information on migrant domestic workers, see International Labour Organization, ``Who Are Domestic Workers'' last visited 18 May 18; International Labour Organization, ``Migrant Domestic Workers,'' last visited 18 May 18.

    \86\ Jasmine Siu and Chris Lau, ``Judge Quashes Domestic Helper's Bid for Change to `Live-in' Rule in Hong Kong,'' South China Morning Post, 14 February 18; Jasmine Siu and Chris Lau, ``Hong Kong's Domestic Workers Share Stories of Ill-Treatment, Poor Living Conditions and Rights Abuses,'' South China Morning Post, 15 February 18; Centre for Comparative and Public Law, Faculty of Law, University of Hong Kong et al., ``Joint Submission of NGOs for the Universal Periodic Review (3rd Cycle) Hong Kong Special Administrative Region (HKSAR) China,'' March 2018, paras. 44-45, 48, 50; Holmes Chan, ``NGO Task Force Identifies 63 Victims of Human Trafficking in Hong Kong Using New Toolkit,'' Hong Kong Free Press, 31 July 18. For examples of employers abusing migrant domestic workers that emerged this past year, see, e.g., Clifford Lo, `` `I Really Want To Kill You': Hong Kong Woman Arrested After Video Shows Employer Hitting Indonesian Domestic Helper,'' South China Morning Post, 2 March 18; Jasmine Siu, ``Hong Kong Woman Jailed for Torturing Domestic Helper Erwiana Ordered To Pay Damages to Second Victim,'' South China Morning Post, 26 February 18.

    \87\ Centre for Comparative and Public Law, Faculty of Law, University of Hong Kong et al., ``Joint Submission of NGOs for the Universal Periodic Review (3rd Cycle) Hong Kong Special Administrative Region (HKSAR) China,'' March 2018, paras. 47-48, endnote 16; Harminder Singh, ``Hong Kong Domestic Helpers March To Demand Stronger Legal Protection Against Abuse,'' South China Morning Post, 18 December 17; Jasmine Siu and Chris Lau, ``Judge Quashes Domestic Helper's Bid for Change to `Live-in' Rule in Hong Kong,'' South China Morning Post, 14 February 18.

**AR-1380**

\88\ Hong Kong Special Administrative Region Government,
Immigration Department, Visa/Extension of Stay Application Form for
Domestic Helper From Abroad [Cong waiguo shoupin lai gang jiating
yonggong qianzheng/yanchang douliu qixian shenqing biao], last visited
18 May 18, 6(ii); Hong Kong Special Administrative Region Government,
Immigration Department, Employment Contract for a Domestic Helper
Recruited From Outside Hong Kong, last visited 18 May 18, item 3; Hong
Kong Special Administrative Region Government, Immigration Department,
``Foreign Domestic Helpers,'' last visited 18 May 18, Q30.

\89\ Hong Kong Special Administrative Region Government,
Immigration Department, Visa/Extension of Stay Application Form for
Domestic Helper From Abroad [Cong waiguo shoupin lai gang jiating
yonggong qianzheng/yanchang douliu qixian shenqing biao], last visited
18 May 18, 6(vi); Hong Kong Special Administrative Region Government,
Immigration Department, ``Conditions of Employment for Foreign Domestic
Helpers: A General Guide to the Helper,'' last visited 18 May 18, item
3; Hong Kong Special Administrative Region Government, Immigration
Department, ``Foreign Domestic Helpers,'' last visited 18 May 18, Q33,
Q44.

\90\ Centre for Comparative and Public Law, Faculty of Law,
University of Hong Kong et al., ``Joint Submission of NGOs for the
Universal Periodic Review (3rd Cycle) Hong Kong Special Administrative
Region (HKSAR) China,'' March 2018, paras. 45-46, 48, 50. See also
Jasmine Siu and Chris Lau, ``Judge Quashes Domestic Helper's Bid for
Change to `Live-in' Rule in Hong Kong,'' South China Morning Post, 14
February 18; Harminder Singh, ``Hong Kong Domestic Helpers March To
Demand Stronger Legal Protection Against Abuse,'' South China Morning
Post, 18 December 17.

\91\ Karen Cheung, ``Hong Kong Domestic Worker Loses Legal Bid To
Overturn Compulsory Live-in Rule,'' Hong Kong Free Press, 14 February
18; Jasmine Siu and Chris Lau, ``Judge Quashes Domestic Helper's Bid
for Change to `Live-in' Rule in Hong Kong,'' South China Morning Post,
14 February 18.

\92\ Karen Cheung, ``Hong Kong Domestic Worker Loses Legal Bid To
Overturn Compulsory Live-in Rule,'' Hong Kong Free Press, 14 February
18; Jasmine Siu and Chris Lau, ``Judge Quashes Domestic Helper's Bid
for Change to `Live-in' Rule in Hong Kong,'' South China Morning Post,
14 February 18.

\93\ Karen Cheung, ``Hong Kong Domestic Worker Loses Legal Bid To
Overturn Compulsory Live-in Rule,'' Hong Kong Free Press, 14 February
18. See also Jasmine Siu and Chris Lau, ``Judge Quashes Domestic
Helper's Bid for Change to `Live-in' Rule in Hong Kong,'' South China
Morning Post, 14 February 18. For more information on the Asian
Migrants Coordinating Body, see the group's Facebook page at https://
www.facebook.com/groups/amcb.hk/.

\94\ Jeffie Lam and Harminder Singh, ``Funnel Foreign Domestic
Workers Overseas Illegally and Face Full Force of Law, Carrie Lam Warns
Hong Kong Employment Agencies,'' South China Morning Post, 14 November
17; Billy SK Wong, ``Hong Kong, Singapore Key Centres of Trafficking
Ring Sending Thousands of Filipino Helpers to Russia,'' South China
Morning Post, 16 November 17; Billy SK Wong, ``Swindled by Hong Kong
Agencies, Filipino Helpers Face Debt, Fear and Broken Dreams in
Russia,'' South China Morning Post, 20 November 17.

\95\ Legislative Council of the Hong Kong Special Administrative
Region, Crimes Ordinance (Cap. 200) [Di 200 zhang xingshi zuixing
tiaoli], issued 31 December 72, amended 16 November 17, sec. 129(1);
Centre for Comparative and Public Law, Faculty of Law, University of
Hong Kong et al., ``Joint Submission of NGOs for the Universal Periodic
Review (3rd Cycle) Hong Kong Special Administrative Region (HKSAR)
China,'' March 2018, para. 49.

\96\ In the High Court of Hong Kong Special Administrative Region,
Court of First Instance, Constitutional and Administrative Law List, No
15 of 2015, HCAL 15/2015, 23 December 16, paras. 351, 355-57, 366-67.
For a discussion of the legal issues under consideration in the case,
see paragraphs 162 and 163. See also Adam Severson, ``Reviewing Hong
Kong's Human Trafficking Case,'' Justice Centre Hong Kong (blog), 15
January 16; Eddie Lee, ``South Asian in Judicial Review Had To Return
to Hong Kong for Unpaid Wages, High Court Hears,'' South China Morning
Post, 15 January 16; Legislative Council of the Hong Kong Special
Administrative Region, Hong Kong Bill of Rights Ordinance (Cap. 383)
[Di 383 zhang xianggang renquan fa'an tiaoli], issued 8 June 91,
amended 15 February 17, sec. 8, art. 4.

**AR-1381**

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPO...   Page 186 of 316

Case 3:20-cv-05910-LB   Document 77-5   Filed 10/01/20   Page 9 of 47
WeChat Appendix 1 Footnote 413 - Congressional-Executive Commission on China Annual Report 2018

\97\ Hong Kong Special Administrative Region Government, ``LCQ5:
Combating Trafficking in Persons,'' 21 March 18; Raquel Carvalho,
``Forced Labour Must Be Criminalised in Hong Kong To Protect Thousands
of `Invisible' Victims, Raza Husain QC Tells High Court,'' South China
Morning Post, 10 May 18; Raquel Carvalho, ``Hong Kong Under No
Obligation To Introduce Specific Criminal Legislation Against Forced
Labour, David Pannick QC, Defending Government, Tells High Court,''
South China Morning Post, 9 May 18. The draft bill was reportedly based
on the United Kingdom's Modern Slavery Act.
    \98\ Hong Kong Special Administrative Region Government, ``LCQ5:
Combating Trafficking in Persons,'' 21 March 18; Patricia Ho and
Manisha Wijesinghe, Daly, Ho & Associates, ``Hong Kong's New Human
Trafficking Action Plan--A Rhetorical Manoeuvre or Reason for Hope? ''
Hong Kong Free Press, 22 March 18.
    \99\ Patricia Ho and Manisha Wijesinghe, Daly, Ho & Associates,
``Hong Kong's New Human Trafficking Action Plan--A Rhetorical Manoeuvre
or Reason for Hope?'' Hong Kong Free Press, 22 March 18; Christy Leung
and Raquel Carvalho, ``Hong Kong Launches Action Plan on Human
Trafficking but Critics Say More Must Be Done,'' South China Morning
Post, 21 March 18; Raquel Carvalho, ``Legislator and Lawyers Push for
Bill Against Human Trafficking in Hong Kong,'' South China Morning
Post, 8 April 18.
    \100\ In the High Court of the Hong Kong Special Administrative
Region Court of Appeal Civil Appeal No 14 of 2017 (On Appeal From HCAL
15/2015), CACV 14/2017, [2018] HKCA 473, 2 August 18, paras. 132, 187.
    \101\ United Nations Treaty Collection, Chapter XVIII, Penal
Matters, 12.a., Protocol to Prevent, Suppress and Punish Trafficking in
Persons, Especially Women and Children, supplementing the United
Nations Convention against Transnational Organized Crime, last visited
3 July 18. See also UN Committee on the Elimination of Discrimination
against Women, Concluding Observations on the Combined Seventh and
Eighth Periodic Reports of China, adopted by the Committee at its 59th
Session (20 October-7 November 2014), CEDAW/C/CHN/CO/7-8, 14 November
14, para. 56.


                                        North Korean
                                        Refugees in
                                           China
                                     North Korean
                                     Refugees in
                                        China

        North Korean Refugees in China


                    Introduction


    During the Commission's 2018 reporting year, the Chinese
government's policy of detaining North Korean refugees and
repatriating them to the Democratic People's Republic of Korea
(DPRK) remained in place, despite substantial evidence that
repatriated persons face torture, imprisonment, forced labor,
execution, and other inhuman treatment.\1\ The Chinese
government regards North Korean refugees in China as illegal
economic migrants \2\ and maintains a policy of forcible
repatriation based on a 1998 border protocol with the DPRK.\3\
China's repatriation of North Korean refugees contravenes its
international obligations under the 1951 UN Convention Relating
to the Status of Refugees and its 1967 Protocol, to which China
has acceded.\4\ China is also obligated under the Convention
against Torture and Other Cruel, Inhuman or Degrading Treatment
or Punishment to refrain from repatriating persons if there are
``substantial grounds for believing that [they] would be in
danger of being subjected to torture.'' \5\


        Repatriation of Refugees and Border Conditions


    This past year, heightened security measures along the
China-North Korea and China-Southeast Asia borders increased
the risks North Korean refugees face, and may be limiting the
outflow of refugees from the DPRK. South Korean Ministry of

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPO... Page 187 of 316

Case 3:20-cv-05910-LB Document 77-5 Filed 10/01/20 Page 10 of 47
WeChat Appendix F Footnote 119 - Congressional-Executive Commission on China Annual Report 2018

Unification data indicated that 1,127 North Korean refugees
reached South Korea in 2017, continuing a trend of significant
decline since 2009 when the yearly number of refugees entering
South Korea peaked at 2,914.\6\ The North Korean government's
imprisonment and torture of repatriated North Koreans render
North Koreans in China refugees sur place who fear persecution
upon return to their country of origin, regardless of their
reason for leaving the DPRK.\7\ The Chinese government,
however, has refused to recognize them as such, insisting that
the refugees are illegal economic migrants.\8\ According to
South Korea-based news media Daily NK, after North Korean
leader Kim Jong-un's March 2018 visit to China, Chinese
authorities increased the monetary reward for reporting North
Korean refugees hiding inside China.\9\ As a result, Chinese
authorities reportedly caught and detained many North Korean
refugees.\10\

Throughout the 2018 reporting year, Chinese authorities
reportedly detained, and in some cases, repatriated North
Korean refugees to the DPRK:

> September 2017. Chinese authorities reportedly
> detained a group of eight North Korean refugees near
> the China-Laos border.\11\
> November 2017. Chinese authorities reportedly
> detained a group of 10 North Korean refugees--which
> included a young boy, his mother, and a nuclear
> scientist--in Shenyang municipality, Liaoning
> province.\12\ Authorities later repatriated the group
> to the DPRK, after which the nuclear scientist
> reportedly committed suicide in detention.\13\
> According to an April 2018 Telegraph report, in a rare
> event, North Korean authorities released the mother and
> the boy, possibly as a result of an ``improvement in
> inter-Korean relations'' and ``pressure from the
> international community.''\14\
> March 2018. Prior to North Korean leader Kim
> Jong-un's visit to China in late March, Chinese
> authorities reportedly detained seven North Korean
> refugees in the following two locations: a railway
> station in Shenyang and an unknown location in Kunming
> municipality, Yunnan province, near the China-Laos
> border.\15\ Chinese authorities reportedly detained an
> additional 30 North Korean refugees during and after
> Kim's visit to China.\16\ The South Korean government
> reportedly considered stepping up efforts to prevent
> repatriation of North Korean refugees in China
> following the detention of the 30 refugees.\17\
> According to reports, Chinese authorities released the
> 30 refugees due to international pressure.\18\
> July to August 2018. Chinese authorities
> reportedly detained a married North Korean couple at an
> unknown location in early July, after which the wife
> committed suicide in detention.\19\ Chinese authorities
> repatriated the husband and the wife's body to the DPRK
> in August.\20\

Crackdown on Foreign Missionaries

During this reporting year, Chinese authorities appeared to
have intensified crackdowns on organizations and individuals,
particularly South Korean Christian missionaries and churches,
that have played a crucial role in assisting and facilitating
the movement of North Korean refugees outside the DPRK.

> December 2017 to January 2018. According to
> international media reports, Chinese authorities
> deported 32 South Korean missionaries who had been
> based in Yanji city, Yanbian Korean Autonomous
> Prefecture (KAP), Jilin province.\21\ Some of the
> missionaries reportedly had been assisting North Korean
> refugees.\22\
> February 2018. According to international

**AR-1383**

media reports, the South Korean Ministry of Foreign
Affairs confirmed that Chinese authorities had detained
several South Korean missionaries in Yanbian KAP,
including a missionary surnamed Kim who was detained
for violating immigration law.\23\ Chinese authorities
also reportedly detained four Christian missionaries in
Yanji, including two Chinese citizens and a Korean
American.\24\

   Furthermore, according to South Korean and international
media reports, Chinese authorities in the three northeastern
provinces of Heilongjiang, Jilin, and Liaoning have expelled
hundreds of South Korean missionaries since late 2016.\25\ The
expulsion of South Korean missionaries reportedly has resulted
in the closure of many South Korean-run churches in the
region.\26\ Approximately 1,000 South Korean missionaries
reportedly had been working in China, mostly in the northeast
region.\27\ Many of these missionaries have assisted North
Korean refugees in fleeing to South Korea and other
countries.\28\ Sources also indicate that the expulsion of
South Korean missionaries may be connected to Chinese
authorities' crackdown on ``illicit religious activities.''
\29\

                   Trafficking of North Korean Women

   North Korean women who enter China illegally remain
particularly vulnerable to human trafficking. The demand for
North Korean women has been linked to a sex ratio imbalance in
China exacerbated by the Chinese government's population
planning policies.\30\ Sources indicate that the majority of
North Korean refugees leaving the DPRK are women,\31\ many of
whom are trafficked by force or deception from the DPRK into or
within China for the purposes of forced marriage and commercial
sexual exploitation.\32\ The Chinese government's refusal to
recognize these women as refugees denies them legal protection
and may encourage the trafficking of North Korean women and
girls within China.\33\ China is obligated under the Convention
on the Elimination of All Forms of Discrimination against Women
and the UN Protocol to Prevent, Suppress and Punish Trafficking
in Persons, Especially Women and Children, to take measures to
safeguard trafficking victims and suppress all forms of
trafficking of women.\34\ [For more information on the sex
ratio imbalance and the trafficking of women in China, see
Section II--Population Control and Section II--Human
Trafficking.]

                 Children of North Korean and Chinese Parents

   Many children born to Chinese fathers and North Korean
mothers remain deprived of basic rights to education and other
public services, owing to the children's lack of legal resident
status in China. According to some estimates, the population of
children born in China to North Korean women ranges between
20,000 and 30,000.\35\ The PRC Nationality Law provides that
all children born in China are entitled to Chinese nationality
if either parent is a Chinese citizen.\36\ Chinese authorities
reportedly continue to largely deprive these children of their
rights to birth registration and nationality.\37\ Without proof
of resident status, these children are unable to access
education and other public services.\38\ The denial of
nationality rights and access to education for these children
contravenes China's obligations under the Convention on the
Rights of the Child.\39\

                                         North Korean
                                         Refugees in
                                            China
                                         North Korean
                                         Refugees in
                                            China

AR-1384

Notes to Section II--North Korean Refugees in China

\1\ See, e.g., ``Fear of Forced Repatriation Rising Among Defectors in China,'' Daily NK, 12 October 17; ``North Korean Defector Speaks Out After China Repatriates Family,'' Voice of America, 16 January 18; UN Committee against Torture, Concluding Observations on the Fifth Periodic Report of China, adopted by the Committee at its 1391st and 1392nd Meetings (2-3 December 2015), CAT/C/CHN/CO/5, 3 February 16, para. 46. In November 2015, in its Concluding Observations on the Fifth Periodic Report of China, the UN Committee against Torture noted that ``over 100 testimonies received by United Nations sources . . . in which nationals of the Democratic People's Republic of Korea indicate that persons forcibly repatriated to the Democratic People's Republic of Korea have been systematically subjected to torture and ill-treatment.''

\2\ Human Rights Watch, ``Human Rights in North Korea,'' 5 June 18; ``North Korean Defector Speaks Out After China Repatriates Family,'' Voice of America, 16 January 18; ``Experts Urge Pressure China To Stop Repatriating Defectors,'' Daily NK, 15 November 17.

\3\ Democratic People's Republic of Korea Ministry of State Security and People's Republic of China Ministry of Public Security, Mutual Cooperation Protocol for the Work of Maintaining National Security and Social Order in the Border Areas, signed 8 July 98, effective 28 August 98, arts. 4, 9. The protocol commits each side to treat as illegal those border crossers who do not have proper visa certificates, except in cases of ``calamity or unavoidable factors.''

\4\ Convention Relating to the Status of Refugees, adopted on 28 July 51 by the UN Conference of Plenipotentiaries on the Status of Refugees and Stateless Persons convened under General Assembly resolution 429(V) of 14 December 50, entry into force 22 April 54, arts. 1(A)(2), 33(1). Article 1 of the 1951 Convention, as amended by the 1967 Protocol, defines a refugee as someone who, ``owing to well-founded fear of being persecuted for reasons of race, religion, nationality, membership of a particular social group or political opinion, is outside the country of his nationality and is unable or, owing to such fear, is unwilling to avail himself of the protection of that country . . ..'' Article 33 of the 1951 Convention mandates that, ``No Contracting State shall expel or return (`refouler') a refugee in any manner whatsoever to the frontiers of territories where his life or freedom would be threatened on account of his race, religion, nationality, membership of a particular social group or political opinion.'' United Nations Treaty Collection, Chapter V, Refugees and Stateless Persons, Convention Relating to the Status of Refugees, last visited 16 April 18. China acceded to the Convention Relating to the Status of Refugees on September 24, 1982. Protocol Relating to the Status of Refugees (1967 Protocol), adopted by UN General Assembly resolution 2198 (XXI) of 16 December 66, entry into force 4 October 67; United Nations Treaty Collection, Chapter V, Refugees and Stateless Persons, Protocol Relating to the Status of Refugees, last visited 16 April 18. China acceded to the Protocol Relating to the Status of Refugees on September 24, 1982. See also Human Rights Watch, ``Human Rights in North Korea,'' 5 June 18; Evan Jones, ``North Koreans Can't Escape Human Rights Abuses, Even When They Flee,'' Huffington Post, 25 January 18.

\5\ Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, adopted by UN General Assembly resolution 39/46 of 10 December 84, entry into force 26 June 87, art. 3. Article 3 states that, ``No State Party shall expel, return (`refouler') or extradite a person to another State where there are substantial grounds for believing that he would be in danger of being subjected to torture.'' United Nations Treaty Collection, Chapter IV, Human Rights, Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, last visited 16 April 18. China signed the Convention on December 12, 1986, and ratified it on October 4, 1988. UN Committee against Torture, Concluding Observations on the Fifth Periodic Report of China, adopted by the Committee at its 1391st and 1392nd Meetings (2-3 December 2015), CAT/C/CHN/CO/5, 3 February 16, para. 46. In February 2016, in its Concluding Observations on the Fifth Periodic Report of China's compliance with the Convention, the UN Committee against Torture stated its concerns about China's lack of ``national asylum legislation and administrative procedures'' for determining refugee status, as well as China's ``rigorous policy of

forcibly repatriating all nationals of the [DPRK] on the ground that
they have illegally crossed the border solely for economic reasons.''
See also Evan Jones, ``North Koreans Can't Escape Human Rights Abuses,
Even When They Flee,'' Huffington Post, 25 January 18.

    \6\ Ministry of Unification, Republic of Korea, ``Policy on North
Korean Defectors,'' last visited 10 July 18; ``No. of Defections by
North Koreans Falls 21 Pct in 2017: Data,'' Yonhap News Agency, 5
January 18; ``North Korean Defector Numbers Slump as Controls
Tighten,'' Agence France-Presse, reprinted in South China Morning Post,
5 January 18.

    \7\ UN High Commissioner for Refugees, Refugee Protection and
International Migration, 17 January 07, paras. 20-21; Human Rights
Watch, ``Human Rights in North Korea,'' 5 June 18; Ariana King, ``North
Korean Defector Describes Horrors Following Chinese Repatriation,''
Nikkei Asian Review, 12 December 17.

    \8\ Human Rights Watch, ``Human Rights in North Korea,'' 5 June 18;
``North Korean Defector Speaks Out After China Repatriates Family,''
Voice of America, 16 January 18; ``Antonio Guterres To Be Next UN
Secretary-General,'' Dong-a Ilbo, 7 October 16.

    \9\ ``Chinese Authorities Raise Reward Money for North Korean
Defectors,'' Daily NK, 24 April 18.

    \10\ Ibid.

    \11\ ``North Korean Authorities Resort to All Tactics To Catch
Defectors,'' Daily NK, 27 October 17.

    \12\ Sofia Lotto Persio, ``North Korean Defector Numbers Fall to
Lowest Level Since Kim Jong Un Took Power,'' Newsweek, 5 January 18;
``North Korean Nuclear Scientist Commits Suicide on Forced Return From
China,'' Radio Free Asia, 28 December 17; Taehoon Lee and Joshua
Berlinger, ``Defector's Family Returned to North Korea After Being
Caught in China,'' CNN, 29 November 17.

    \13\ Sofia Lotto Persio, ``North Korean Defector Numbers Fall to
Lowest Level Since Kim Jong Un Took Power,'' Newsweek, 5 January 18;
``North Korean Nuclear Scientist Commits Suicide on Forced Return From
China,'' Radio Free Asia, 28 December 17.

    \14\ Nicola Smith, ``North Korea Releases Young Mother Caught
Trying To Defect, in Unusual Move Amid Diplomatic Thaw,'' Telegraph, 9
April 18.

    \15\ Kim Myong-song, ``7 N. Korean Defectors Arrested in China,''
Chosun Ilbo, 30 March 18.

    \16\ ``Yielding to International Pressure, China Releases 30 North
Korean Defectors'' [Qufu yu guoji yali zhongguo shifang 30 ming
tuobeizhe], Liberty Times Net, 17 April 18; Dagyum Ji, ``Seoul May Send
Staff to China-DPRK Border To Prevent Defector Repatriations: MOU,'' NK
News, 6 April 18.

    \17\ Dagyum Ji, ``Seoul May Send Staff to China-DPRK Border To
Prevent Defector Repatriations: MOU,'' NK News, 6 April 18.

    \18\ ``Bowing to International Pressure? China's Rare Release of 30
North Korean Defectors'' [Xiang guoji yali ditou? zhongguo hanjian fu
shifang 30 ming tuobeizhe], Apple Daily, 17 April 18; Lee Kil-seong,
``China Frees 30 N. Korean Defectors,'' Chosun Ilbo, 18 April 18;
``Yielding to International Pressure, China Releases 30 North Korean
Defectors'' [Qufu yu guoji yali zhongguo shifang 30 ming tuobeizhe],
Liberty Times Net, 17 April 18.

    \19\ Kim Yoo Jin, ``Defectors Choose Suicide Over Arrest and
Repatriation,'' Daily NK, 16 August 18.

    \20\ Ibid.

    \21\ Chen Jianyu, ``To Counter THAAD, Mainland China Expelled 32
South Korean Missionaries'' [Fanzhi sade lu quzhu 32 ming nanhan
chuanjiaoshi], China Times, 12 February 17; ``Many South Korean
Christian Missionaries Detained in China and Expelled'' [Duo ming
nanhan de jidujiao chuanjiaoshi zai zhongguo bei daibu he quzhu],
AsiaNews, 2 November 17.

    \22\ ``Many South Korean Christian Missionaries Detained in China
and Expelled'' [Duo ming nanhan de jidujiao chuanjiaoshi zai zhongguo
bei daibu he quzhu], AsiaNews, 2 November 17.

    \23\ Ibid.; Chen Jianyu, ``To Counter THAAD, Mainland China
Expelled 32 South Korean Missionaries'' [Fanzhi sade lu quzhu 32 ming
nanhan chuanjiaoshi], China Times, 12 February 17.

    \24\ ``Many South Korean Christian Missionaries Detained in China
and Expelled'' [Duo ming nanhan de jidujiao chuanjiaoshi zai zhongguo
bei daibu he quzhu], AsiaNews, 2 November 17; Chen Jianyu, ``To Counter
THAAD, Mainland China Expelled 32 South Korean Missionaries'' [Fanzhi

sade lu quzhu 32 ming nanhan chuanjiaoshi], China Times, 12 February
17.

\25\ ``China Expells Hundreds of South Korean Christians,''
BosNewsLife, 10 December 17; Zhuang Ruimeng, ``Missionaries Expelled by
China for Assisting North Korean Defectors'' [Xiezhu tuobeizhe
xuanjiaoshi zao zhongguo quzhu], Awakening News Networks, 9 November
17; Jon Rogers, ``China Deports Christians for Supporting North Korea
Defectors,'' Express, 31 October 17.

\26\ ``China Expells Hundreds of South Korean Christians,''
BosNewsLife, 10 December 17; Zhuang Ruimeng, ``Missionaries Expelled by
China for Assisting North Korean Defectors'' [Xiezhu tuobeizhe
xuanjiaoshi zao zhongguo quzhu], Awakening News Networks, 9 November
17; Jon Rogers, ``China Deports Christians for Supporting North Korea
Defectors,'' Express, 31 October 17.

\27\ Chen Jianyu, ``To Counter THAAD, Mainland China Expelled 32
South Korean Missionaries'' [Fanzhi sade lu quzhu 32 ming nanhan
chuanjiaoshi], China Times, 12 February 17; Zhuang Ruimeng,
``Missionaries Expelled by China for Assisting North Korean Defectors''
[Xiezhu tuobeizhe xuanjiaoshi zao zhongguo quzhu], Awakening News
Networks, 9 November 17; Jon Rogers, ``China Deports Christians for
Supporting North Korea Defectors,'' Express, 31 October 17.

\28\ Chen Jianyu, ``To Counter THAAD, Mainland China Expelled 32
South Korean Missionaries'' [Fanzhi sade lu quzhu 32 ming nanhan
chuanjiaoshi], China Times, 12 February 17; Zhuang Ruimeng,
``Missionaries Expelled by China for Assisting North Korean Defectors''
[Xiezhu tuobeizhe xuanjiaoshi zao zhongguo quzhu], Awakening News
Networks, 9 November 17; Jon Rogers, ``China Deports Christians for
Supporting North Korea Defectors,'' Express, 31 October 17.

\29\ Zhuang Ruimeng, ``Missionaries Expelled by China for Assisting
North Korean Defectors'' [Xiezhu tuobeizhe xuanjiaoshi zao zhongguo
quzhu], Awakening News Networks, 9 November 17; Chen Jianyu, ``To
Counter THAAD, Mainland China Expelled 32 South Korean Missionaries''
[Fanzhi sade lu quzhu 32 ming nanhan chuanjiaoshi], China Times, 12
February 17; ``China Expells [sic] Hundreds of South Korean
Christians,'' BosNewsLife, 10 December 17.

\30\ See, e.g., Steven W. Mosher, ``North Korea Exports Women to
China,'' Fox News, 12 December 17; Matthew Little, ``Many North Korean
Women Face Forced Marriage in China, or Rape in North Korean Prisons,''
Epoch Times, 14 December 17; Thomas Maresca, ``Why the Overwhelming
Majority of North Korean Defectors Are Women,'' USA Today, 10 December
17.

\31\ Ministry of Unification, Republic of Korea, ``Policy on North
Korean Defectors,'' last visited 10 July 18. South Korean Ministry of
Unification data show that as of July 2018, 83 percent of North Korean
refugees (1,127) who entered South Korea in 2017 were females; and 72
percent of all North Korean refugees (31,827) who entered South Korea
since 1998 were females. See also Erik Ortiz, ``Two Decades After Being
Sold, North Korean Woman Finds Salvation in Seoul,'' NBC News, 23
February 18; Faras Ghani, `` `Father of Defectors' on Life After North
Korea,'' Al Jazeera, 21 February 18.

\32\ Kim Kwang-tae, ``Journey to Freedom by N. Korean Victims of
Human Trafficking,'' Yonhap News Agency, 22 December 17; Steven W.
Mosher, ``North Korea Exports Women to China,'' Fox News, 12 December
17; Matthew Little, ``Many North Korean Women Face Forced Marriage in
China, or Rape in North Korean Prisons,'' Epoch Times, 14 December 17.

\33\ Kim Kwang-tae, ``Journey to Freedom by N. Korean Victims of
Human Trafficking,'' Yonhap News Agency, 22 December 17; Matthew
Little, ``Many North Korean Women Face Forced Marriage in China, or
Rape in North Korean Prisons,'' Epoch Times, 14 December 17; Casey
Lartigue, Jr., ``North Korean Defectors' Take on `#MeToo' Campaign,''
Korea Times, 14 February 18.

\34\ Convention on the Elimination of All Forms of Discrimination
against Women, adopted by UN General Assembly resolution 34/180 of 18
December 79, entry into force 3 September 81, art. 6; United Nations
Treaty Collection, Chapter IV, Human Rights, Convention on the
Elimination of All Forms of Discrimination against Women, last visited
10 July 18. China signed the Convention on July 17, 1980, and ratified
it on November 4, 1980. Protocol to Prevent, Suppress and Punish
Trafficking in Persons, Especially Women and Children, Supplementing
the United Nations Convention against Transnational Organized Crime,
adopted by UN General Assembly resolution 55/25 of 15 November 00,
entry into force 25 December 03, arts. 6-9; United Nations Treaty

Collection, Chapter XVIII, Penal Matters, Protocol To Prevent, Suppress
and Punish Trafficking in Persons, Especially Women and Children,
Supplementing the United Nations Convention against Transnational
Organized Crime, last visited 10 July 18. China acceded to the Protocol
on February 8, 2010.

    \35\ Kim Kwang-tae, ``Journey to Freedom by N. Korean Victims of
Human Trafficking,'' Yonhap News Agency, 22 December 17; Rachel Judah,
``On Kim Jong-un's Birthday, Remember the 30,000 Stateless Children He
Has Deprived of Recognition,'' Independent, 7 January 18.

    \36\ PRC Nationality Law [Zhonghua renmin gongheguo guoji fa],
passed and effective 10 September 80, art. 4. Article 4 of the PRC
Nationality Law provides that, ``Any person born in China whose parents
are both Chinese nationals and one of whose parents is a Chinese
national shall have Chinese nationality.''

    \37\ Kim Kwang-tae, ``Journey to Freedom by N. Korean Victims of
Human Trafficking,'' Yonhap News Agency, 22 December 17; Rachel Judah,
``On Kim Jong-un's Birthday, Remember the 30,000 Stateless Children He
Has Deprived of Recognition,'' Independent, 7 January 18.

    \38\ Kim Kwang-tae, ``Journey to Freedom by N. Korean Victims of
Human Trafficking,'' Yonhap News Agency, 22 December 17; Rachel Judah,
``On Kim Jong-un's Birthday, Remember the 30,000 Stateless Children He
Has Deprived of Recognition,'' Independent, 7 January 18.

    \39\ Convention on the Rights of the Child, adopted by UN General
Assembly resolution 44/25 of 20 November 89, entry into force 2
September 90, arts. 2, 7, 28(1)(a). Under the Convention on the Rights
of the Child, China is obligated to register children born within the
country immediately after birth and also provide all children with
access to education without discrimination on the basis of nationality.
See also Evan Jones, ``North Koreans Can't Escape Human Rights Abuses,
Even When They Flee,'' Huffington Post, 25 January 18.

                              Public Health
                              Public Health


                    Public Health


                Institutional Developments


    During the Commission's 2018 reporting year, the Chinese
government and Communist Party implemented institutional
reforms to support evolving public health priorities.\1\ For
example, in March 2018, authorities announced a plan to
restructure Party and government agencies, including merging
the National Health and Family Planning Commission and other
agencies into a new National Health Commission.\2\ According to
the plan, the new commission will turn its focus away from
treatment of disease to health more broadly, including such
issues as China's aging population.\3\ A July 2018 State
Council General Office guiding opinion further clarified the
new commission's role, and called for implementation of Party
policy and strengthened Party leadership.\4\ Authorities also
engaged in international exchanges focused on public health
issues, in line with recent official public health policy.\5\
For example, the Chinese government hosted an international
symposium on HIV/AIDS in Beijing municipality in November
2017.\6\ The September 2017 inaugural U.S.-China Social and
Cultural Dialogue included health among areas for potential
bilateral cooperation.\7\


                Health-Based Discrimination


    Health-based discrimination in employment and education
continued,\8\ despite protections in Chinese law.\9\ In one
case reported in August 2017, authorities in Fuzhou
municipality, Fujian province, cited physical examination
results as grounds to deny a teaching job to Lin Chuanhua,
whose right hand is missing and who achieved the top score on
the application examination.\10\ At the time, Fujian provincial
measures disqualified applicants with certain physical
characteristics--including disabilities of the limbs \11\--

violating rights guaranteed in Chinese law.\12\ In May 2018, the Fujian Provincial Bureau of Education amended the measures, removing the standards regarding disabilities of the limbs.\13\ In another case, Zhu Mingjian--who has a speech impediment-- observed an advertisement for a desk job with the Zhuhai Municipal Fire Department, in Guangdong province, that disqualified disabled applicants.\14\ Zhu reportedly filed a complaint with the Zhuhai Municipal Bureau of Human Resources and Social Security,\15\ but the Commission did not observe further reports on this case. The Commission observed reports that schools in China continued to experience shortcomings with accessible facilities for disabled students.\16\ To meet the government's goal of increased school completion rates,\17\ this year authorities in different localities issued guidance \18\ implementing a July 2017 State Council General Office circular that included a focus on disabled students,\19\ such as prioritizing impoverished disabled students, sending teachers to the homes of severely disabled students, prioritizing funding to send disabled students to school, and developing educational materials for disabled students.\20\

### Transparency

Authorities continued to suppress public health information in sensitive cases.\21\ For example, for three months in 2017-- between August and November--the Hunan Provincial Health and Family Planning Commission did not acknowledge publicly a tuberculosis outbreak at a high school in Taojiang county, Yiyang municipality, Hunan province, that resulted in 29 confirmed cases.\22\ When contacted, a county disease control official reportedly told a journalist that only Taojiang County Communist Party Committee propaganda officials were authorized to provide information about the incident.\23\ Authorities later dismissed multiple county government and Party officials in connection to their mishandling of the incident.\24\ In another case, in January 2018, authorities in Liangcheng county, Wulanchabu municipality, Inner Mongolia Autonomous Region, arrested medical doctor Tan Qindong \25\ on suspicion of ``damaging commodity reputation'' \26\ after he posted a warning online about the potential negative health effects of a medicinal wine sold by Inner Mongolia Hongmao National Pharmaceutical, which officials in Liangcheng planned to encourage to become a publicly listed company.\27\ Authorities released Tan on bail in April 2018.\28\

### HIV/AIDS

This past year, authorities continued efforts--in some cases taking new approaches--to prevent the spread of HIV/ AIDS,\29\ but social stigma and authorities' efforts to suppress HIV/AIDS rights advocacy continued. Authorities continued an opioid substitution program targeted at those who injected drugs \30\--formerly the group at highest risk of HIV transmission--that has reportedly reduced transmission rates in recent years.\31\ Authorities also took steps to expand sex education for young people, as lack of knowledge appeared to contribute to rising HIV/AIDS rates among youth.\32\ The Commission observed some instances of schools introducing new forms of sex education and safe sex awareness among students.\33\ A December 2017 report published the results of a study conducted by international non-governmental organization Asia Catalyst, finding that public security officials treated possession of condoms as grounds to punish individuals accused of prostitution, discouraging condom use and increasing risk of HIV transmission.\34\ In late 2017, authorities reportedly warned HIV/AIDS rights advocate Sun Ya and other advocates not to demonstrate publicly on World AIDS Day, which is December 1.\35\

### Mental Health

People with mental illness--many of whom suffer from

AR-1389

additional disadvantages--remained at risk of discrimination and faced inadequate access to medical care.\36\ Over half of the 5.4 million people in China officially registered as ``severely mentally ill'' \37\ reportedly lived in poverty (the Commission did not observe data for those who were not registered),\38\ and a 2017 study found a connection between mental illness and various forms of social exclusion experienced by domestic rural migrants.\39\

### INVOLUNTARY, COMPULSORY, AND FORCED PSYCHIATRIC COMMITMENT

Authorities continued to forcibly commit individuals without mental illness to psychiatric facilities--a practice known as bei jingshenbing--to punish rights advocacy, despite protections in the PRC Mental Health Law \40\ and related regulations.\41\ For example, in February 2018, authorities in Jiulongpo district, Chongqing municipality, reportedly forcibly committed multiple people protesting forced evictions and demolitions, including Deng Guangying, Zhang Fen, and Liu Deying.\42\ In July 2018, authorities in Shanghai municipality reportedly detained Dong Yaoqiong and transferred her to her native Hunan province, where officials forcibly committed her to a psychiatric facility in Zhuzhou municipality, after she posted online a video of herself defacing an image of President Xi Jinping.\43\ Officials reportedly detained Dong's father, Dong Jianbiao, on August 1 after he escaped soft detention and attempted to visit his daughter.\44\ [For other examples, see Section II--Criminal Justice.]

In February 2018, the Supreme People's Procuratorate reportedly released provisions clarifying the procuratorate's role in supervising procedures that include psychiatric treatment and assessment in criminal cases,\45\ such as psychiatric evaluations, court decisions, and transfers from public security authorities.\46\ At least one procuratorial official reported that procuratorial officials faced difficulty ensuring the quality of medical care, due to their lack of specialized medical knowledge, and that their capabilities were limited primarily to administration, such as supervising completion of paperwork.\47\ The provisions reportedly permitted procuratorial officials to consult expert sources with psychiatric knowledge,\48\ but the actual effect of the provisions remained unclear.

### Biometric Data Collection in the Xinjiang Uyghur Autonomous Region

This past year, authorities in the Xinjiang Uyghur Autonomous Region (XUAR) compelled residents to submit to the large-scale collection of biometric data intended for dual use by public health and public security authorities. The Region-Wide Accurate Population Registration and Verification Program \49\ required collection of profile pictures, fingerprints, iris scans, and blood samples from people between the ages of 12 and 65, as well as from all ``key persons'' (zhongdian renyuan, i.e., persons of ``key'' interest to security authorities) and their families regardless of age, for inclusion in a public security database.\50\ The Yining (Ghulja) County People's Government, in Ili (Yili) Kazakh Autonomous Prefecture, XUAR, outlined detailed procedures for the program, specifying that health officials would ``rely on'' medical exams of residents to collect blood type and DNA data, which health officials would then turn over to public security authorities.\51\ This program coincided with broader efforts by public security authorities in the XUAR to collect and integrate personal information to predict perceived threats to public security, as part of efforts to maintain ``stability'' or ``harmony.'' \52\ In addition, April and August 2018 reports from official media Xinhua and the People's Daily indicated authorities began constructing a genetic database in Qinghai province and the Tibet Autonomous Region.\53\ [For more information, see Section II--Criminal Justice, Section IV--Xinjiang, and Section V--Tibet.]

**AR-1390**

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPO... Page 195 of 316

Case 3:20-cv-05910-LB Document 77-5 Filed 10/01/20 Page 18 of 47
WeChat Appendix F Footnote F9 - Congressional-Executive Commission on China Annual Report 2018

Public Health
Public Health

Notes to Section II--Public Health

\1\ For official descriptions of current public health policy frameworks, see, e.g., Chinese Communist Party Central Committee and State Council, ``Outline of the Plan for `Healthy China 2030' '' [``Jiankang zhongguo 2030'' guihua gangyao], 25 October 16; State Council Information Office, ``The Development of China's Health and Progress in Human Rights'' [Zhongguo jiankang shiye de fazhan yu renquan jinbu], 29 September 17.

\2\ ``Chinese Communist Party Central Committee Issues `Plan for Deepening Reform of Party and Government Agencies' '' [Zhonggong zhongyang yinfa ``shenhua dang he guojia jigou gaige fang'an''], Xinhua, 21 March 18, art. 28; National Health Commission, ``National Health Commission Convenes Meeting of Leading Cadres'' [Guojia weisheng jiankang weiyuanhui zhaokai lingdao ganbu huiyi], 23 March 18; ``Reform! State Council Forms National Health Commission, Will Not Keep National Health and Family Planning Commission'' [Gaige! Guowuyuan zujian guojia weisheng jiankang weiyuanhui, bu zai baoliu guojia weijiwei], Med66, reprinted in Sohu, 13 March 18; Grassroots Doctor Society, ``National Health and Family Planning Commission Removed! New Ministry's Duties Revealed'' [Guojia weijiwei bei che! xin bumen zhize puguang le], reprinted in MedSci, 13 March 18. This change occurred in the context of a broader government restructuring. See, e.g., ``China Unveils Cabinet Restructuring Plan,'' Xinhua, 13 March 18.

\3\ ``Chinese Communist Party Central Committee Issues `Plan for Deepening Reform of Party and Government Agencies' '' [Zhonggong zhongyang yinfa ``shenhua dang he guojia jigou gaige fang'an''], Xinhua, 21 March 18, art. 28.

\4\ State Council General Office, Guiding Opinion on Reforming and Improving the System of Overall Supervision of the Healthcare Industry [Guanyu gaige wanshan yiliao weisheng hangye zonghe jianguan zhidu de zhidao yijian], issued 18 July 18, sec. 2(4), appendix 1.

\5\ Chinese Communist Party Central Committee and State Council, ``Outline of the Plan for `Healthy China 2030' '' [``Jiankang zhongguo 2030'' guihua gangyao], 25 October 16, foreword, chap. 26; State Council Information Office, ``The Development of China's Health and Progress in Human Rights'' [Zhongguo jiankang shiye de fazhan yu renquan jinbu], 29 September 17, sec. 7.

\6\ UNAIDS, ``China Focuses on Strengthening HIV Prevention,'' 16 November 17.

\7\ Office of the Spokesperson, U.S. Department of State, ``U.S.-China Social and Cultural Dialogue,'' 29 September 17.

\8\ See, e.g., Shi Youxing, ``In Employment Discrimation, the Harm Goes Beyond Just Self-Esteem'' [Jiuye qishi, shanghai de qizhi shi zizunxin], Procuratorial Wind and Cloud, 29 November 17; Cao Bin, ``China's `Born Again' HIV Positive Patients,'' Xinhua, 28 November 17; Bingfeng Han et al., ``The Experience of Discrimination of Individuals Living With Chronic Hepatitis B in Four Provinces of China,'' PLoS ONE, Vol. 13(4) (12 April 18); Zhongxuan Lin and Liu Yang, ``Denial of Disability Discrimination by Disabled People in China,'' China, Disability & Society, Vol. 33(5) (2018). For more information on health-based discrimination in previous reporting years, see CECC, 2017 Annual Report, 5 October 17, 205-06; CECC, 2016 Annual Report, 6 October 16, 205; CECC, 2015 Annual Report, 8 October 15, 204.

\9\ National laws and regulations that promote equal access to employment and education and prohibit health-based discrimination include the following: PRC Law on the Protection of Persons With Disabilities [Zhonghua renmin gongheguo canjiren baozhang fa], passed 28 December 90, amended 24 April 08, effective 1 July 08, arts. 3, 30-40; PRC Employment Promotion Law [Zhonghua renmin gongheguo jiuye cujin fa], passed 30 August 07, effective 1 January 08, arts. 3, 29, 30; State Council, Regulations on the Treatment and Control of HIV/AIDS [Aizibing fangzhi tiaoli], issued 18 January 06, effective 1 March 06, art. 3; State Council, Regulations on the Employment of Persons With Disabilities [Canjiren jiuye tiaoli], issued 14 February 07, effective 1 May 07, arts. 3, 4, 13. See also Yanhai Wan, ``AIDS, Human Rights and Public Security in China,'' University of British Columbia, Peter A. Allard School of Law, Asia Pacific Dispute Resolution Project, Working Paper 16-1, Social Science Research Network, 13 June 16.

**AR-1391**

\10\ ``Where Did Teacher Physical Exam Standards That Discriminate Against Disabled People Come From?'' [Qishi canjiren de jiaoshi tijian biaozhun cong he er lai], Beijing Youth Daily, reprinted in Xinhua, 9 August 17; Deng Xueping, ``After Disabled Teacher Who Places First in Exam Denied Employment, How Many Recruiting and Physical Exam Standards That May Discriminate in Employment Are Still Out There?'' [Canji jiaoshi kao touming bei ju luyong, hai you duoshao zhaolu, tijian biaozhun shexian jiuye qishi], Caixin, 17 August 17.

\11\ ``Where Did Teacher Physical Exam Standards That Discriminate Against Disabled People Come From?'' [Qishi canjiren de jiaoshi tijian biaozhun cong he er lai], Beijing Youth Daily, reprinted in Xinhua, 9 August 17; Deng Xueping, ``After Disabled Teacher Who Places First in Exam Denied Employment, How Many Recruiting and Physical Exam Standards That May Discriminate in Employment Are Still Out There?'' [Canji jiaoshi kao touming bei ju luyong, hai you duoshao zhaolu, tijian biaozhun shexian jiuye qishi], Caixin, 17 August 17; Fujian Province Bureau of Education and Fujian Province Health and Population Planning Commission, Fujian Province Standards and Measures for Physical Examinations of Teaching Qualification Applicants [Fujian sheng jiaoshi zige shenqing renyuan tijian biaozhun ji banfa], issued and effective 2006, art. 12.

\12\ PRC Law on the Protection of Persons with Disabilities [Zhonghua renmin gongheguo canjiren baozhang fa], passed 28 December 90, amended 24 April 08, effective 1 July 08, art. 38; PRC Employment Promotion Law [Zhonghua renmin gongheguo jiuye cujin fa], passed 30 August 07, effective 1 January 08, art. 29.

\13\ Fujian Province Bureau of Education and Fujian Province Health and Population Planning Commission, Fujian Province Standards for Physical Examinations of Teaching Qualification Applicants (Amended 2018) [Fujian sheng jiaoshi zige shenqing renyuan tijian biaozhun (2018 nian xiuding)], issued May 2018, effective 1 September 18.

\14\ ``Disabled Guangdong Man Zhu Mingjian Alerts Authorities, Alleging Discrimination in Recruitment of Office Staff'' [Guangdong canzhang renshi zhu mingjian jubao guanfang zhaopin wenyuan she qishi], Radio Free Asia, 5 December 17.

\15\ Ibid.

\16\ World Bank, ``Policies, Attitudes, and Perceptions Towards Inclusive Education: Evidence From Selected Counties in Guangdong, China,'' March 2018, 2; Yao Yao, ``Are China's Universities Prepared To Welcome Disabled Students?'' [Zhongguo daxue zhunbei hao yingjie canzhang xuesheng le ma], Beijing News, 22 August 17; Zhang Diyang and Cui Huiying, ``How Can Schooling for Disabled College Students Become Barrier-Free?'' [Canji daxuesheng qiuxue zenyang wuzhang'ai], Southern Weekend, 21 August 17.

\17\ State Council General Office, Circular Regarding Further Strengthening the Controlling of Dropouts and Student Retention, Raising Compulsory Education Completion Rates [Guanyu jinyibu jiaqiang kongchuo baoxue tigao yiwu jiaoyu gonggu shuiping de tongzhi], issued 28 July 17.

\18\ Zhejiang Province People's Government General Office, Implementing Opinion Regarding Further Strengthening the Controlling of Dropouts and Student Retention, Raising Compulsory Education Completion Rates [Guanyu jinyibu jiaqiang kongchuo baoxue tigao yiwu jiaoyu gonggu shuiping de shishi yijian], issued 4 May 18; Sichuan Province People's Government General Office, Implementing Opinion Regarding Further Strengthening the Controlling of Dropouts and Student Retention, Raising Compulsory Education Completion Rates [Guanyu jinyibu jiaqiang kongchuo baoxue tigao yiwu jiaoyu gonggu shuiping de shishi yijian], issued 2 January 18; Tianjin Municipal Education Commission, Implementing Opinion Regarding Further Strengthening the Controlling of Dropouts and Student Retention, Raising Compulsory Education Completion Rates [Guanyu jinyibu jiaqiang kongchuo baoxue tigao yiwu jiaoyu gonggu shuiping de shishi yijian], issued 29 December 17.

\19\ State Council General Office, Circular Regarding Further Strengthening the Controlling of Dropouts and Student Retention, Raising Compulsory Education Completion Rates [Guanyu jinyibu jiaqiang kongchuo baoxue tigao yiwu jiaoyu gonggu shuiping de tongzhi], issued 28 July 17.

\20\ Ibid., paras. 7-9.

\21\ See, e.g., ``Anthrax Outbreak in Two Small Ningxia Towns, Authorities Quarantine Infected Area and Close Market'' [Ningxia liang xiao zhen bao tanju yiqing, dangju geli yiqu guanbi shichang], Radio

Free Asia, 17 April 18.

\22\ ``Hunan Health and Family Planning Commission: 29 Cases of Tuberculosis Confirmed at Taojiang No. 4 High School'' [Hunan weijiwei: taojiang sizhong yi queren 29 lie feijiehe], Beijing News, 18 November 17; Zhang Yuemeng et al., ``Taojiang No. 4 High School Class 364 in a Tuberculosis Vortex'' [Feijiehe xuanwo zhong de taojiang sizhong 364 ban], Beijing Youth Daily, 18 November 17; ``Health Officials in China's Hunan `Kept Quiet' Over Tuberculosis Outbreak,'' Radio Free Asia, 17 November 17; Fan Liya, ``Tuberculosis Outbreak Shakes Hunan High School,'' Sixth Tone, 20 November 17; Yu Gui, ``Taojiang, Hunan Number Four High School Tuberculosis Incident: How Did `Delaying' and `Covering Up' Become the Position for a Response?'' [Hunan taojiang si zhong feijiehe shijian: ``tuo'' he ``wu'' heyi cheng le yingdui zishi], Beijing News, 17 November 17.

\23\ ``Health Officials in China's Hunan `Kept Quiet' Over Tuberculosis Outbreak,'' Radio Free Asia, 17 November 17.

\24\ ``Taojiang County Handles Relevant Responsible People in Mass Tuberculosis Public Health Incident'' [Taojiang xian chuli juji xing feijiehe gonggong weisheng shijian xiangguan zeren ren], China News, 21 November 17; ``Taojiang County, Hunan Has Tuberculosis Outbreak at High School, Multiple Officials and Principal Sacked'' [Hunan sheng taojiang xian you zhongxue jiti feilao, duo ming guanyuan ji xiaozhang zao gezhi], Radio Television Hong Kong, 21 November 17.

\25\ For more information on Tan Qindong, see the Commission's Political Prisoner Database record 2018-00169.

\26\ PRC Criminal Law [Zhonghua renmin gongheguo xing fa], passed 1 July 79, amended 14 March 97, effective 1 October 97, amended 25 December 99, 31 August 01, 29 December 01, 28 December 02, 28 February 05, 29 June 06, 28 February 09, 25 February 11, 29 August 15, 4 November 17, art. 221.

\27\ ``Guangzhou Doctor Posts `Hongmao Medicinal Wine Is Poison,' Detained Across Provinces on Suspicion of Harming Commercial Reputation'' [Guangzhou yisheng fatie cheng ``hongmao yaojiu shi duyao,'' she sunhai shangyu bei kuasheng zhuabu], Hongxing News, reprinted in The Paper, 13 April 18; Liang Zhou, ``Route of Cross-Provincial Detention of Critical Doctor Revealed: Lawyer Confirms Someone From Hongmao Medicinal Wine Participated in the Whole Process'' [Kuasheng zhuabu tucao yisheng luxian tu puguang: lushi queren hongmao yaojiu you ren quancheng canyu], Jiemian, 17 April 18; ``Guangzhou Doctor Detained Across Provinces Released, Public Calls Into Question Abuse of Police Authority'' [Zao kuasheng zhuabu guangzhou yisheng huoshi, jingquan lanyong shou gongzhong zhiyi], Radio Free Asia, 18 April 18; Wang Qian et al., ``The Dirt on Hongmao Medicinal Wine: Planned Sale Five Years Later for up to 15 Billion, Government `Fully Supports Listing on the Market as an A Stock' '' [Qidi hongmao yaojiu: jihua wu nian hou xiaoshou da 150 yi, zhengfu cheng ``quanli zhichi A gu shangshi''], Sohu, 16 April 18.

\28\ ``Guangzhou Doctor Detained Across Provinces Released, Public Calls Into Question Abuse of Police Authority'' [Zao kuasheng zhuabu guangzhou yisheng huoshi, jingquan lanyong shou gongzhong zhiyi], Radio Free Asia, 18 April 18.

\29\ Joint United Nations Programme on HIV/AIDS, ``Country Factsheets: China--2016,'' last visited 25 April 18. The United Nations estimated that 880,000 people in China lived with HIV as of 2016, the most recent data available. National Health and Family Planning Commission, ``Summary of the Situation of Legally Designated Infectious Diseases Nationwide in 2017'' [2017 nian quanguo fading chuanran bing yiqing gaikuang], 26 February 18; National Health and Family Planning Commission, ``Summary of the Situation of Legally Designated Infectious Diseases Nationwide in 2016'' [2016 nian quanguo fading chuanran bing yiqing gaikuang], 23 February 17; National Health and Family Planning Commission, ``Summary of the Situation of Legally Designated Infectious Diseases Nationwide in 2015'' [2015 nian quanguo fading chuanran bing yiqing gaikuang], 18 February 16; National Health and Family Planning Commission, ``Situation of Legally Designated Infectious Diseases Nationwide in 2014'' [2014 niandu quanguo fading chuanran bing yiqing qingkuang], 16 February 15; National Health and Family Planning Commission, ``Situation of Legally Designated Infectious Diseases Nationwide in 2013'' [2013 niandu quanguo fading chuanran bing yiqing qingkuang], 13 February 14. Among reported cases in government statistics, deaths from AIDS exceeded deaths from any other recognized infectious disease since at least 2012.

**AR-1393**

\30\ UNAIDS, ``China Focuses on Strengthening HIV Prevention,'' 16 November 17.

\31\ Ibid.

\32\ See, e.g., Yang Wanli, ``Sex Education Needed in All Schools, Experts Say,'' China Daily, 28 November 17; Shanghai Municipal Health and Family Planning Commission, ``Parents Must Take Children's Sex Education Seriously'' [Haizi de xing jiaoyu, jiazhang xu zhongshi], 1 December 17; ``Beijing College Students Hold Demonstration Demanding Sex Education,'' Shanghaiist, 5 May 18; ``China Introduces Surprisingly Progressive Sex Education Curriculum for Kids, Some Parents Freak Out,'' Shanghaiist, 5 May 18; Eugene K. Chow, ``China, Let's Talk About Sex,'' The Diplomat, 14 August 17.

\33\ ``China Introduces Surprisingly Progressive Sex Education Curriculum for Kids, Some Parents Freak Out,'' Shanghaiist, 5 May 18. See also Christina Zhou and Bang Xiao, ``Chinese Universities Add HIV Test Kits to Vending Machines To Tackle Virus' Rise in Taboo Sex Culture,'' ABC News, 14 April 18.

\34\ Tingting Shen and Joanna Csete, ``HIV, Sex Work, and Law Enforcement in China,'' Health and Human Rights Journal, Vol. 19, No. 2 (December 2017), 134, 141.

\35\ ``Chinese Activists Warned Off Protests on World AIDS Day,'' Radio Free Asia, 1 December 17.

\36\ See, e.g., Adam Minter, ``Mental-Health IPO Is a Leap Forward for China,'' Bloomberg, 1 January 18; Wang Xiaodong, ``Incidence of Mental Illness Rising Nationwide,'' China Daily, 29 November 17; Cai Yiwen, ``No Country for Disabled Men,'' Sixth Tone, 3 November 17.

\37\ State Council Information Office, ``White Paper on `The Development of China's Health and Progress in Human Rights' '' [``Zhongguo jiankang shiye de fazhan yu renquan jinbu'' baipishu], 29 September 17, sec. 3, para. 7; National Health and Family Planning Commission, ``Transcript of the National Health and Family Planning Commission's Routine April Press Conference'' [Guojia weisheng jisheng wei 4 yue lixing xinwen fabu hui wenzi shilu], 7 April 17; PRC Mental Health Law [Zhonghua renmin gongheguo jingshen weisheng fa], passed 26 October 12, effective 1 May 13, art. 24.

\38\ National Health and Family Planning Commission, ``Transcript of the National Health and Family Planning Commission's Routine April Press Conference'' [Guojia weisheng jisheng wei 4 yue lixing xinwen fabu hui wenzi shilu], 7 April 17.

\39\ Jie Li and Nikolas Rose, ``Urban Social Exclusion and Mental Health of China's Rural-Urban Migrants--A Review and Call for Research,'' Health & Place, Vol. 48 (2017), 27.

\40\ PRC Mental Health Law [Zhonghua renmin gongheguo jingshen weisheng fa], passed 26 October 12, effective 1 May 13, arts. 27, 30, 75(5), 78(1).

\41\ Supreme People's Procuratorate, Measures on Implementation of Compulsory Medical Treatment (Trial) [Renmin jianchayuan qiangzhi yiliao zhixing jiancha banfa (shixing)], issued 13 May 16, effective 2 June 16, arts. 9, 12.

\42\ ``Protesting Evictees in China's Chongqing Locked Up in Psychiatric Facilities,'' Radio Free Asia, 20 February 18.

\43\ ``Ink-Splashing Girl Dong Yaoqiong Sent to Zhuzhou Psychiatric Hospital, Various Places Around China Quickly Take Down Portraits of Xi'' [Po mo nuhai dong yaoqiong bei song zhuzhou jingshenbing yuan zhongguo gedi ji che xi huaxiang], Voice of America, 23 July 18. For more information on Dong Yaoqiong, see the Commission's Political Prisoner Database record 2018-00343.

\44\ ``Dong Yaoqiong's Father Visits Daughter, Taken Away by Public Security'' [Dong yaoqiong fuqin tanwang nu'er bei gong'an daizou], Radio Free Asia, 1 August 18. For more information on Dong Jianbiao, see the Commission's Political Prisoner Database record 2018-00413.

\45\ For background on compulsory psychiatric treatment in criminal cases, see Zhiyuan Guo, ``Deprivation of Liberty Against One's Will in Mental Health Institutions in Contemporary China,'' in Legal Reforms and Deprivation of Liberty in Contemporary China, eds. Elisa Nesossi et al. (London: Routledge, 2016), 62-76.

\46\ The Commission did not observe the official text of the Supreme People's Procuratorate Supervisory Work in the Process of Compulsory Psychiatric Treatment Decisions (Provisions), but an announcement on the Supreme People's Procuratorate's website highlighted some features of the Provisions. Supreme People's Procuratorate, ``Supreme People's Procuratorate Releases `Provisions' To Further Standardize Its Work in

**AR-1394**

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPO... Page 199 of 316

Case 3:20-cv-05910-LB Document 77-5 Filed 10/01/20 Page 22 of 47
WeChat Appendix F Footnote F9 - Congressional-Executive Commission on China Annual Report 2018

Supervising Decisions of Compulsory Psychiatric Treatment, Insisting on Preventing and Correcting ``Fake Mental Illness'' and ``Forced Psychiatric Commitment' '' [Zuigaojian chutai ``guiding'' jinyibu guifan qiangzhi yiliao jueding jiandu gongzuo, jianjue fangzhi he jiuzheng ``jia jinshenbing'' ``bei jingshenbing''], 26 February 18.

\47\ Li Chao, ``Who Will Protect the Rights and Interests of Those Under Compulsory Psychiatric Treatment? Multiple Procuratorial Offices Call for Legislation'' [Shei lai baohu qiangzhi yiliao zhe de quanyi? duo ming jianchaguan huyu lifa], China Youth Daily, 24 October 17.

\48\ Supreme People's Procuratorate, ``Supreme People's Procuratorate Releases `Provisions' To Further Standardize Its Work in Supervising Decisions of Compulsory Psychiatric Treatment, Insisting on Preventing and Correcting ``Fake Mental Illness' and ``Forced Psychiatric Commitment' '' [Zuigaojian chutai ``guiding'' jinyibu guifan qiangzhi yiliao jueding jiandu gongzuo, jianjue fangzhi he jiuzheng ``jia jingshenbing'' ``bei jingshenbing''], 26 February 18.

\49\ Human Rights Watch, ``China: Minority Region Collects DNA From Millions,'' 13 December 17. The Commission did not observe the text of a provincial-level plan directly, although some sub-provincial sources within the Xinjiang Uyghur Autonomous Region refer to a provincial-level plan. See Yining County People's Government, Circular Regarding the Release of the ``Yining County Population Accurate Registration and Verification Work Implementation Plan'' [Guanyu yinfa ``yining xian renkou jingzhun dengji heshi gongzuo shishi fang'an'' de tongzhi], 7 August 17, sec. 1; Tacheng Prefectural Radio and Television, ``On-Site Meeting for the Work of Prefectural Population Accurate Registration and Verification and the Management of Standardizing Identification According to Law Convenes'' [Diqu renkou jingzhun dengji heshi he yifa guifan shenfenzheng guanli gongzuo xianchang hui zhaokai], reprinted in Tacheng Prefectural People's Government, 19 December 17; He Wenxiang, Jinghe County People's Government, ``Jinghe County Convenes Meeting on the Work of Population Accurate Registration and Verification and the Management of Standardizing Identification According to Law'' [Jinghe xian zhaokai renkou jingzhun dengji heshi he yifa guifan shenfenzheng guanli gongzuo tuijin hui], 24 April 18; Sangong Township People's Government, ``Sangong Township Plan for the Work of Population Accurate Registration and Verification and Standardizing Identification Management According to Law'' [Sangong zhen renkou jingzhun dengji heshi he yifa guifan shenfenzheng guanli gongzuo fang'an], reprinted in Changji City People's Government, 20 May 18. Other sub-provincial sources do not refer directly to the provincial-level plan but use identical or similar terminology to refer to local biometric data collection efforts. See Hotan Television, ``Area Launches the Work Population Accurate Registration and Verification and the Management of Standardizing Identification According to Law'' [Diqu qidong renkou jingzhun dengji heshi he yifa guifan shenfenzheng guanli gongzuo], reprinted in Hotan Municipal People's Government, 30 September 17; Ou Qin, Qinghe County Public Security Bureau, ``Law Enforcement Brigade Holds Training Meeting on Population Accurate Registration and Verification'' [Zhi'an dadui kaizhan renkou jingzhun dengji heshi peixun hui], reprinted in Qinghe County People's Government, 8 December 17.

\50\ See, e.g., Yining County People's Government, Circular Regarding the Release of the ``Yining County Population Accurate Registration and Verification Work Implementation Plan'' [Guanyu yinfa ``yining xian renkou jingzhun dengji heshi gongzuo shishi fang'an'' de tongzhi], 7 August 17, sec. 1; Human Rights Watch, ``China: Minority Region Collects DNA From Millions,'' 13 December 17.

\51\ Yining County People's Government, Circular Regarding the Release of the ``Yining County Population Accurate Registration and Verification Work Implementation Plan'' [Guanyu yinfa ``yining xian renkou jingzhun dengji heshi gongzuo shishi fang'an'' de tongzhi], 7 August 17, sec. 4(2)-(3).

\52\ Human Rights Watch, ``China: Big Data Fuels Crackdown in Minority Region,'' 26 February 18; Josh Chin, ``About To Break the Law? Chinese Police Are Already on to You,'' Wall Street Journal, 27 February 18; Human Rights Watch, ``China: Visiting Officials Occupy Homes in Muslim Region,'' 13 May 18.

\53\ Zhang Dachuan, ``Qinghai-Tibetan Plateau Human Genetic Resource Specimen Database Begins Construction'' [Qingzang gaoyuan renlei yichuan ziyuan yangben ku qidong jianshe], Xinhua, 20 April 18; Xu Juan, ``Advocating for a Green Production Lifestyle (The Path for

**AR-1395**

Consultation, Democratic Party Research Tour (8))'' [Changdao luse
shengchan shenghuo fangshi (xieshang zhi lu, minzhu dangpai diaoyan
xing (8))], People's Daily, 1 August 18.


                                       The Environment
                                       The Environment

                         The Environment


                           Introduction

    During the Commission's 2018 reporting year, despite top
Chinese Communist Party and government leaders highlighting the
importance of protecting the environment, environmental
pollution remained a major challenge. In October 2017, at the
19th National Congress of the Chinese Communist Party,
President and Party General Secretary Xi Jinping avowed the
importance of the Party and government's top-down approach to
environmental protection in ``ensuring harmony between humans
and nature.'' \1\ At a major political meeting in March 2018,
Premier Li Keqiang declared that the ecological and
environmental situation in China had gradually improved over
the past five years, noting that days with serious air
pollution in major cities had decreased by half.\2\
Authorities, however, shut down companies that were complying
with emissions rules \3\ and reportedly left millions without
winter heating in order to meet environmental targets,\4\ and
continued to limit the ability of the public and civil society
to participate in environmental protection efforts.\5\

              Institutional and Regulatory Developments

    The government and Party continued to prioritize
environmental protection policies this past year by making
major institutional changes to strengthen environmental
governance and by promoting legal and regulatory measures. In
March 2018, as part of a sweeping reorganization of Party and
government institutions,\6\ the Party Central Committee issued
a plan that included changes to the administrative agencies
overseeing environmental protection efforts.\7\ [For more
information on the sweeping reorganization of Party and
government institutions, see Section III--Institutions of
Democratic Governance.] The reorganization plan included a new
Ministry of Ecology and Environment (MEE) to replace the
Ministry of Environmental Protection, and a new Ministry of
Natural Resources to replace the Ministry of Land and
Resources.\8\ According to a number of environmental experts,
the MEE may strengthen environmental protection by
consolidating environmental oversight and improving
bureaucratic efficiency.\9\ The MEE also was tasked with
oversight of climate regulation, taking over a function
administered by a formerly more powerful government agency--the
National Reform and Development Commission.\10\ One expert
expressed concern that ``climate action could become the
unintended casualty of this reshuffle.'' \11\
    Other significant regulatory and policy developments
included the following:

        National Park System. In September 2017, the
        Party Central Committee General Office and the State
        Council Information Office released the Overall Program
        for Construction of a National Park System to
        centralize management and strengthen protections for
        ecologically important areas of China.\12\ Local
        authorities had reportedly allowed excessive commercial
        development in some protected areas.\13\
        Carbon Trading Market Plan. In December 2017,
        the National Development and Reform Commission released
        a plan \14\ for what may become the largest carbon
        market in the world.\15\ Although authorities will

                                                          **AR-1396**

initially distribute free carbon emission permits to
approximately 1,700 companies in the power sector,\16\
trading is not expected to begin until 2019 or
2020.\17\
 PRC Environmental Tax Law. This legislation
became effective on January 1, 2018,\18\ and may
strengthen environmental enforcement due to new
environmental taxes being jointly managed by
environmental and tax authorities.\19\ In February
2018, the State Administration of Taxation reportedly
announced that more than 260,000 companies would be
required to pay the new environmental taxes.\20\

        Seeking Air Quality Improvements Over Time


    IMPLEMENTING AMBITIOUS GOALS: REPORTED PROGRESS AND COSTS

    Chinese authorities reportedly achieved government targets
for improving air quality, but local authorities resorted to
harsh measures in order to meet the targets. In September 2013,
the State Council set major targets for annual average air
quality by 2017,\21\ yet in late 2017, Chinese and
international news media reported that provinces in north China
would likely fail to meet those targets.\22\ In order to
achieve the targets, Chinese authorities shut down thousands of
factories and mandated that millions of citizens stop using
coal for heat, even though government officials failed to
provide or plan for alternate sources of heat during the
winter.\23\ Greenpeace, an international advocacy group,
collected 5,822 posts to Weibo, China's Twitter-like
microblogging platform, in November and December 2017, to
document citizens' complaints about the lack of heat,\24\ and
international media reported that millions may have lacked
winter heating.\25\ Official media also criticized the
implementation of the policy.\26\ In early 2018, after the
targets had reportedly been met, the government's top
environmental official acknowledged that some local governments
had even closed enterprises that were in compliance with
emissions rules.\27\ By March 2018, the government had lifted
many of the temporary shutdowns in Beijing municipality, and
pollution levels reportedly began to increase.\28\ In July
2018, the State Council set new targets for annual average air
quality by 2020 that included targets for more cities than the
2013 targets.\29\

    Investigative Reports on Local Environmental Officials' Misconduct

    State-run and other official media reported on multiple
incidents in which officials attempted to manipulate
environmental monitoring data or failed to investigate reports
of serious pollution this past year, resulting in cases of
disciplinary actions against local officials. Despite
considerable censorship of negative reporting on the
environment,\30\ the Commission observed some notable
investigative reports on local environmental incidents.

    In November 2017, a domestic news media
    organization reported that Shaoyang municipal
    environmental bureau officials in Hunan province had
    used mist cannons near two monitoring stations to
    improve air quality readings.\31\ Similarly, in January
    2018, the Beijing Times reported that officials in
    Shizuishan municipality, Ningxia Hui Autonomous Region,
    also attempted to spray water near the building that
    housed the monitoring equipment to improve air quality
    readings, but instead turned the building into an ``ice
    sculpture'' after the spray froze.\32\ In March 2018,
    the Ministry of Ecology and Environment reported that
    officials at nine air quality monitoring stations in
    seven cities in six provincial-level localities had
    been ``severely punished'' for manipulating monitoring

data.\33\
  In December 2017, the Beijing Youth Daily
reported on severe health problems linked to mining in
western Hunan.\34\ After local government officials in
Hunan said the reported pollution and health concerns
had been addressed, seven environmental non-
governmental organizations (NGOs) reportedly issued a
joint response questioning the local government's
actions.\35\
  According to April 2018 reports, China Central
Television (CCTV) exposed illegal chemical dumping in
Shanxi province.\36\ The report included footage of an
environmental official who said that his office did not
have the authority to investigate because the matter
arose out of a deal between the polluter and village
officials.\37\ Following the report, local authorities
administratively detained two village officials who had
been featured in the report.\38\
  In June 2018, Chinese media reported that Yuci
District People's Court in Jinzhong municipality,
Shanxi province, had sentenced 16 people, including the
former head of the environmental protection bureau in
Linfen municipality, Shanxi, for ``damaging the
computer information system'' after authorities
discovered that six air quality monitors had been
tampered with over 100 times during a one-year
period.\39\ The court reportedly sentenced 5 people to
prison terms ranging from six months to two years, and
an additional 11 people to four to six months'
detention, suspended for eight months to one year.\40\

                    Environmental Transparency

    Shortcomings in environmental transparency, including
access to credible official environmental data, continued to be
a long-term obstacle to assessing environmental quality and the
efficacy of pollution control efforts. The Institute of Public
and Environmental Affairs (IPE), a Beijing-based environmental
NGO, reported in its 2016-2017 Pollution Information
Transparency Index (PITI) that environmental disclosure in
China continued to improve.\41\ IPE and the U.S.-based NGO
Natural Resources Development Council developed PITI in 2008 to
establish a baseline and track improvements in environmental
transparency in China.\42\ In March 2018, however, a team of
researchers published an analysis of the impact of increased
transparency (as measured by PITI) on environmental outcomes
such as air and water pollution and found ``no measurable
effect,'' suggesting that public access to environmental
information without a ``new accountability mechanism . . . does
not affect local government performance.'' \43\

                Developments in Public Interest Litigation

    Although some NGOs have standing as plaintiffs in public
interest lawsuits, most ``public interest'' litigation
continued to be brought by the government.\44\ In March 2018,
the Supreme People's Court reported that between 2013 and 2017,
procuratorates had filed 1,383 environmental public interest
lawsuits, and that social organizations, primarily NGOs, had
filed 252 environmental public interest lawsuits.\45\ According
to the executive director of the Beijing-based NGO Friends of
Nature (FON), in recent years, courts have allowed more of his
organization's lawsuits to proceed than in the past.\46\ Cases
in which NGOs initiated public interest lawsuits this past year
included the following:

        Henan province. In December 2017, the
    Zhengzhou Municipal Intermediate People's Court in
    Henan issued a judgment fining a local township and
    village government in Xinzheng city, Zhengzhou, 3.6
    million yuan (approximately US$570,000) after protected
    trees, some of which were over 500 years old, died as a

result of the government having illegally moved them in 2014.\47\ An attorney for China Biodiversity Conservation and Green Development Foundation (CBCGDF), a Beijing-based NGO that was the plaintiff in the case, described the case as the first public interest lawsuit about ``ancient and culturally significant plants,'' but noted that CBCGDF had difficulty during the litigation process because the local governments interfered with evidence gathering, and it took several negotiations before the court agreed to accept the case.\48\
 Yunnan province. In February 2018, FON commenced litigation in Yuxi Municipal Intermediate People's Court in Yunnan against a hydroelectric power company for damaging the rain forest and threatening a fish migration channel.\49\

            Suppression of Environmental Protests and Advocates

    Chinese citizens continued to raise their concerns about health issues related to the environment through street-level protests and other forms of public advocacy. China's Constitution provides for freedom of speech, assembly, association, and demonstration,\50\ as do the International Covenant on Civil and Political Rights,\51\ the Universal Declaration of Human Rights,\52\ and the UN Human Rights Council Framework Principles on Human Rights and the Environment.\53\ The following cases illustrate not only common types of environmental complaints raised by Chinese citizens but also the ongoing lack of protection for citizens' rights when they raise environmental concerns:\54\

        Land Expropriation. On February 9, 2018, authorities in Dongshan township, Mazhang district, Zhanjiang municipality, Guangdong province, detained Chen Wuquan and six other villagers after they had protested a land expropriation project that they claimed was illegal and had damaged the environment.\55\ In March, authorities arrested Chen and four others on suspicion of ``picking quarrels and provoking trouble.'' \56\
 Mining. In February 2018, officials detained Karma, a village head in Biru (Driru) county, Naqu (Nagchu) prefecture, Tibet Autonomous Region, after he refused to approve a mining operation on a nearby sacred mountain.\57\ In April, Radio Free Asia reported that officials had detained and questioned over 30 other Tibetans for protesting the same mining project.\58\
 Illegal Quarrying. In March 2018, authorities in Xinyi city, Maoming municipality, Guangdong, detained environmentalist Lei Ping and Pan Donghai from the NGO China Biodiversity Conservation and Green Development Foundation after they had reported on an illegal quarry.\59\ Xinyi authorities released Pan after 7 hours, but ordered Lei to serve 10 days of administrative detention for ``spreading rumors and disturbing public order.'' \60\ Xinyi authorities agreed to cancel the administrative detention decision after Lei filed an administrative lawsuit.\61\ Sixth Tone, an online media outlet under Party supervision, published an article on the case in which a lawyer cautioned environmental advocates to ``avoid using social media for tipoffs, as they could be accused of disseminating rumors.'' \62\
 Corporate Pollution. In July 2018, the Wuzhi County People's Court in Jiaozuo municipality, Henan province, reportedly sentenced environmental advocate Zhang Wenqi to one year and five months' imprisonment for ``damaging business reputation'' after he had reported environmental violations by several companies; \63\ authorities detained Zhang in March 2017.\64\ [For

information on the suppression of herders protesting
environmental pollution in the Inner Mongolia
Autonomous Region, see Section II--Ethnic Minority
Rights.]

                          The Environment
                          The Environment
     Notes to Section II--The Environment
     \1\ ``Xi Jinping: Secure a Decisive Victory in Building a
Moderately Prosperous Society in All Respects and Strive for the Great
Success of Socialism With Chinese Characteristics for a New Era'' [Xi
jinping: juesheng quanmian jiancheng xiaokang shehui duoqu xin shidai
zhongguo tese shehui zhuyi weida shengli], 18 October 17, Xinhua, 27
October 17, sec. 3(1), 3(9); Xi Jinping, ``Secure a Decisive Victory in
Building a Moderately Prosperous Society in All Respects and Strive for
the Great Success of Socialism With Chinese Characteristics for a New
Era,'' 18 October 17, Xinhua, 3 November 17, sec. 3(1), 3(9); Xiong Hui
and Wu Xiao, ``Ensuring Harmony Between Humans and Nature'' [Jianchi
ren yu ziran hexie gongsheng], People's Daily, 9 February 18; Li
Ganjie, ``Ensuring Harmony Between Humans and Nature'' [Jianchi ren yu
ziran hexie gongsheng], Seeking Truth, 15 December 17; Dimitri de Boer,
``Opinion: What Does `Xi's Thought' Mean for the Environment? '' China
Dialogue, 24 November 17. See also ``Xi's Speech Had 89 Mentions of the
`Environment,' Just 70 of the `Economy,' '' Bloomberg News, 18 October
17.
     \2\ State Council, ``Government Work Report'' [Zhengfu gongzuo
baogao], 5 March 18, sec. 1; ``Li Sets Out China's 2018 Development
Path in Government Work Report,'' CGTN, 5 March 18.
     \3\ Chris Davis, ``Raising Bar on Pollution To Lower Readings,''
China Daily, 22 March 18; Ministry of Environmental Protection, ``
`Striking Hard in the Tough Battle To Prevent Pollution' Related
Questions and Answers'' [Huanbaobu ``dahao wuran fangzhi gongjian
zhan'' xiangguan wenti dawen], Xinhua, 17 March 18.
     \4\ Simon Denyer, ``Beijing Wins Battle for Blue Skies--But the
Poor Are Paying a Price,'' Washington Post, 13 January 18; Li Jing,
``No Heating at -6C: Poor Bear Brunt of Beijing's Air Cleanup,''
Climate Home News, 4 December 17; China Digital Times, ``When Good
Environmental Policies Go Wrong,'' 18 January 18.
     \5\ Hanyuan Guo et al., ``Increasing Public Participation in
China's Environment: Does the Public Have a Say in China's Clean Up
Efforts? '' China Water Risk, 14 February 18; State Council, Decision
of the State Council on Implementing Scientific Outlook on Development
and Strengthening Environmental Protection, 27 December 05, arts. 27,
30; Michael Standaert, ``As It Looks To Go Green, China Keeps a Tight
Lid on Dissent,'' Yale Environment 360, 2 November 17; Chinese Human
Rights Defenders, ``Repression and Resilience: Annual Report on the
Situation of Human Rights Defenders in China (2017),'' 27 February 18,
20; Freedom House, ``Freedom in the World 2018--China,'' last visited
27 April 18, C3. Guo et al. include a list of 15 official documents
that comprise the administrative and legal framework for public
participation in environmental issues. For a broad conceptual
description of the government's support for public participation, see,
e.g., State Council, Decision of the State Council on Implementing
Scientific Outlook on Development and Strengthening Environmental
Protection, 27 December 05, arts. 27, 30. See also ``SEPA Issues
Measures on Open Environmental Information,'' Congressional-Executive
Commission on China, 5 May 08.
     \6\ Chinese Communist Party Central Committee, Decision on
Deepening Reform of Party and Government Agencies [Zhonggong zhongyang
guanyu shenhua dang he guojia jigou gaige de jueding], Xinhua, 4 March
18; ``Chinese Communist Party Central Committee Issues `Plan for
Deepening Reform of Party and Government Agencies' '' [Zhonggong
zhongyang yinfa ``shenhua dang he guojia jigou gaige fang'an''],
Xinhua, 21 March 18; State Council, Institutional Reform Plan
[Guowuyuan jigou gaige fang'an], 17 March 18; ``State Council
Institutional Reform Plan Passed at First Session of the 13th National
People's Congress'' [Shisan jie quanguo renda yici huiyi pizhun
guowuyuan jigou gaige fang'an], Xinhua, 17 March 18.
     \7\ ``Chinese Communist Party Central Committee Issues `Plan for
Deepening Reform of Party and Government Agencies' '' [Zhonggong
zhongyang yinfa ``shenhua dang he guojia jigou gaige fang'an''],

**AR-1400**

Xinhua, 21 March 18, sec. 3(15); State Council, Institutional Reform
Plan [Guowuyuan jigou gaige fang'an], 17 March 18, sec. 1(1)-(2).

\8\ ``Chinese Communist Party Central Committee Issues `Plan for
Deepening Reform of Party and Government Agencies' '' [Zhonggong
zhongyang yinfa ``shenhua dang he guojia jigou gaige fang'an''],
Xinhua, 21 March 18; State Council, Institutional Reform Plan
[Guowuyuan jigou gaige fang'an], 17 March 18, sec. 1(1)-(2). See also
Barry Naughton, ``Xi's System, Xi's Men: After the March 2018 National
People's Congress,'' Stanford University, Hoover Institution, China
Leadership Monitor, No. 56 (Spring 2018), 17 May 18, 6.

\9\ Ma Tianjie and Liu Qin, ``China Reshapes Ministries To Better
Protect Environment,'' China Dialogue, 14 March 18. Ma and Liu explain
that the term ``nine dragons rule the water'' (jiu long zhi shui) had
been used in China to describe the many different government agencies
in charge of environmental oversight. Chris Buckley and Keith Bradsher,
``China Unveils Superagencies To Fight Pollution and Other Threats to
Party Rule,'' New York Times, 13 March 18; Li Jing, ``China's New
Environment Ministry Unveiled, With Huge Staff Boost,'' China Dialogue,
19 April 18.

\10\ ``Chinese Communist Party Central Committee Issues `Plan for
Deepening Reform of Party and Government Agencies' '' [Zhonggong
zhongyang yinfa ``shenhua dang he guojia jigou gaige fang'an''],
Xinhua, 21 March 18, sec. 3(15); State Council, Institutional Reform
Plan [Guowuyuan jigou gaige fang'an], 17 March 18, sec. 1(1)-(2); Li
Jing, ``China's New Environment Ministry Unveiled, With Huge Staff
Boost,'' China Dialogue, 19 April 18; Barry Naughton, ``Xi's System,
Xi's Men: After the March 2018 National People's Congress,'' Stanford
University, Hoover Institution, China Leadership Monitor, No. 56
(Spring 2018), 17 May 18, 6.

\11\ Li Jing, ``China's New Environment Ministry Unveiled, With
Huge Staff Boost,'' China Dialogue, 19 April 18.

\12\ Chinese Communist Party Central Committeee General Office and
State Council Information Office, ``Plan on the Establishment of a
National Park System'' [Jianli guojia gongyuan tizhi zongti fang'an],
Xinhua, 26 September 17, art. 2(8), (14); ``China Unveils Overall Plan
for National Park System,'' Xinhua, 26 September 17.

\13\ Liu Qin, ``China Overhauls Its National Parks,'' China
Dialogue, 19 October 17; Zhang Yan, ``16 Detained Over Environmental
Damage in Reserve,'' China Daily, 21 November 17.

\14\ National Development and Reform Commission, ``National Carbon
Emissions Trading Market Construction Plan (Power Generation
Industry)'' [Quanguo tan paifang quan jiaoyi shichang jianshe fang'an
(fadian hangye)], 18 December 17, preamble.

\15\ ``China Launches World's Biggest Carbon-Trading Scheme in
Fight Against Climate Change,'' Associated Press, reprinted in South
China Morning Post, 20 December 17; Keith Bradsher and Lisa Friedman,
``China Unveils an Ambitious Plan To Curb Climate Change Emissions,''
New York Times, 19 December 17.

\16\ ``China Launches World's Biggest Carbon-Trading Scheme in
Fight Against Climate Change,'' Associated Press, reprinted in South
China Morning Post, 20 December 17.

\17\ Emily Feng, ``China Moves Towards Launch of Carbon Trading
Scheme,'' Financial Times, 19 December 17; ``China Launches World's
Biggest Carbon-Trading Scheme in Fight Against Climate Change,''
Associated Press, reprinted in South China Morning Post, 20 December
17.

\18\ PRC Environmental Protection Tax Law [Zhonghua renmin
gongheguo huanjing baohu shui fa], passed 25 December 16, effective 1
January 18, art. 28.

\19\ PRC Environmental Protection Tax Law [Zhonghua renmin
gongheguo huanjing baohu shui fa], passed 25 December 16, effective 1
January 18, arts. 14-15; ``China Details Rules for Environmental Tax
Law Enforcement,'' Xinhua, 30 December 17.

\20\ Chen Qingqing, ``Environment Tax Declaration Begins,'' Global
Times, 1 April 18.

\21\ State Council, ``Air Pollution Prevention and Control Action
Plan'' [Daqi wuran fangzhi xingdong jihua], issued 10 September 13. The
State Council's 2017 targets for reducing fine particulate
concentrations for the Beijing-Tianjin-Hebei, Yangtze Delta, and Pearl
River Delta regions were 25 percent, 20 percent, and 15 percent,
respectively. The plan set a specific 2017 target for the annual
average fine particulate concentration for Beijing municipality of

approximately 60 micrograms per cubic meter. See also Beijing Municipal People's Government General Office, ``Beijing Municipality 2013-2017 Clean Air Action Plan Major Task Breakdown'' [Beijing shi 2013-2017 nian qingjie kongqi xingdong jihua zhongdian renwu fenjie], issued 23 August 13, sec. 1.1.

\22\ ``Northern China Hard Pressed To Meet 5-Year Air Quality Target,'' Global Times, 12 September 17; Charlotte Gao, ``Despite China's Green Campaign, Air Quality Targets Still Hard To Meet,'' The Diplomat, 9 October 17; Luo Qianwen, ``Ministry of Environmental Protection: Depending on the Magnitude of Environmental Problems, Accountability by the `Top Brass' at Every [Administrative] Level'' [Huanbaobu: huanjing wenti an shuliang zhuji anze ``yi ba shou''], Beijing Daily, reprinted in Xinhua, 3 September 17. See also Lauri Myllyvirta, `` `Beautiful China': Beijing Starts the Biggest Shutdown of Steel Factories in History,'' Greenpeace, Unearthed (blog), 30 October 17.

\23\ Simon Denyer, ``Beijing Wins Battle for Blue Skies--But the Poor Are Paying a Price,'' Washington Post, 13 January 18; Li Jing, ``No Heating at -6C: Poor Bear Brunt of Beijing's Air Cleanup,'' Climate Home News, 4 December 17; Ma Tianjie, ``2017: A Year When Environmental Protection Raised Ethical Divides,'' China Dialogue, 29 December 17; Charlotte Gao, ``How Did China's War Against Smog Turn Into a Ban on Coal-Heating? '' The Diplomat, 6 December 17. See also Li Jing, ``What Caused China's Squeeze on Natural Gas? '' China Dialogue, 22 December 17.

\24\ Emma Howard, `` `I'm Freezing and Shaking': China's Winter Heating Crisis, Mapped,'' Greenpeace, Unearthed (blog), 15 January 18.

\25\ Simon Denyer, ``Beijing Wins Battle for Blue Skies--But the Poor Are Paying a Price,'' Washington Post, 13 January 18; ``China Does U-Turn on Coal Ban To Avert Heating Crisis,'' BBC, 8 December 17.

\26\ ``How Gas-for-Coal Program Is Carried Out Makes a Difference,'' China Daily, 5 December 17; ``Shan Renping: Changing Coal for Gas, It's Not That the Country Will Allow Some of the Masses To Freeze'' [Shan renping: mei gai qi, guojia bushi yao rang bufen qunzhong dongzhe], Global Times, 4 December 17.

\27\ Chris Davis, ``Raising Bar on Pollution To Lower Readings,'' China Daily, 22 March 18. See also Ministry of Environmental Protection, `` `Striking Hard in the Tough Battle To Prevent Pollution' Related Questions and Answers'' [Huanbaobu ``dahao wuran fangzhi gongjian zhan'' xiangguan wenti dawen], Xinhua, 17 March 18.

\28\ Ruan Yulin, ``Beijing PM2.5 Concentrations Rose Nearly 40% in March Compared to Last Year'' [3 yue beijing PM2.5 nongdu tongbi shangsheng jin si cheng], China News Service, 13 April 18; ``Smog in Key North China Region Rises 27 Percent in March: Ministry,'' Reuters, 13 April 18.

\29\ State Council, ``Three-Year Action Plan for Winning the Blue Sky War,'' [Daying lantian baowei zhan san nian xingdong jihua], issued 3 July 18, sec. 1; Feng Hao, ``China Releases 2020 Action Plan for Air Pollution,'' China Dialogue, 6 July 18. See also Laney Zhang, Law Library of Congress, ``China: 2020 Air Pollution Action Plan Released,'' Library of Congress, Global Legal Monitor, 16 August 18.

\30\ Michael Standaert, ``Have Chinese Missed the Takeaway From Xi Jinping's Environmental Message? '' South China Morning Post, 31 December 17; Michael Standaert, ``As It Looks To Go Green, China Keeps a Tight Lid on Dissent,'' Yale Environment 360, 2 November 17. See also Sarah Cook and Anne Henochowicz, ``Investigative Journalism in China Is Struggling To Survive,'' Freedom House, Freedom At Issue Blog, 8 February 18.

\31\ Zhao Xuan and Li Rongde, ``What Bad Air? Hunan Officials Use Mist Cannons To Fool Pollution Meters,'' Caixin, 2 February 18.

\32\ Liu Qing, ``Environmental Protection Bureau Building Turned Into Ice Sculpture by Fog Cannon Truck's `Excessive Force,' Official Statement: Two Environmental and Health Cadres Disciplined'' [Wu pao che ``yongli guomeng'' huanbao ju dalou bian bingdiao guanfang: liang ming huanwei ganbu bei chufen], Beijing Times, 20 January 18. See also Wang Lianzhang, ``Officials Try To Water Down Air Pollution, Freeze Building,'' Sixth Tone, 22 January 18.

\33\ Hou Liqiang, ``Air Quality Data Faked; Officials Punished,'' China Daily, 30 March 18.

\34\ Qiu Bo, ``Xiangxi Village Sick People: Village Surrounded by Tailings Ponds'' [Xiangxi bingren: bei wei kuangku baowei de cunzhai], Beijing Youth Daily, 6 December 17. See also ``The Best Investigative

**AR-1402**

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPO... Page 207 of 316

Case 3:20-cv-05910-LB Document 77-5 Filed 10/01/20 Page 30 of 47
WeChat Appendix F Footnote F9 - Congressional-Executive Commission on China Annual Report 2018

Stories From China--2017,'' Global Investigative Journalism Network, 4 January 18.

\35\ Du Caicai, ``Xiangxi Huayuan Responded to `Mining Pollution' 7 Environmental Protection Organizations Question Response'' [Xiangxi huayuan huiying ``caikuang yidu'' 7 jia huanbao zuzhi zhiyi], Caixin, 10 December 17.

\36\ Fan Liya, ``Shanxi Officials Detained for Covering Up Chemical Dumping,'' Sixth Tone, 18 April 18; ``Three Questions: Who Is the `Black Protector' Beside the Big Polluters'' [Sanwen: shei cai shi wuran dahu shenbian de ``hei baohu''?], China News Service, 19 April 18.

\37\ Fan Liya, ``Shanxi Officials Detained for Covering Up Chemical Dumping,'' Sixth Tone, 18 April 18.

\38\ Shanxi Province Department of Environmental Protection, ``Two Cadres Featured in [News Report] `The ``Black Protection'' at the Side of Large Polluters' Placed in Administrative Detention'' [``Wuran dahu shenbian de `hei baohu' '' 2 ming she'an cun ganbu yi bei xingzheng juliu], 18 April 18.

\39\ Deng Qi, ``Ministry of Ecology and Environment: Linfen Environmental Monitoring Case Negative Impact,'' [Huanjing bu: linfen huanjing jiance zaojia an yingxiang e'lie], Xinhua, 24 June 18; Zou Shuo, ``China To Get Tough With Environmental Data Manipulation,'' China Daily, 25 June 18.

\40\ Deng Qi, ``Ministry of Ecology and Environment: Linfen Environmental Monitoring Case Negative Impact'' [Huanjing bu: linfen huanjing jiance zaojia an yingxiang e'lie], Xinhua, 24 June 18; Zou Shuo, ``China To Get Tough With Environmental Data Manipulation,'' China Daily, 25 June 18.

\41\ Institute of Public & Environmental Affairs and Natural Resources Defense Council, ``Closing Longstanding Gaps: 2016-2017 Pollution Information Transparency Index (PITI),'' 7 September 17, 1.

\42\ Ibid.

\43\ Deborah Seligsohn et al., ``The Sound of One Hand Clapping: Transparency Without Accountability,'' Environmental Politics, 2018, 3-4, 21. See also Alex Wang, ``Explaining Environmental Information Disclosure in China,'' Ecology Quarterly, Vol. 44, 17 April 18, 883.

\44\ PRC Environmental Protection Law [Zhonghua renmin gongheguo huanjing baohu fa], passed 26 December 89, amended 24 April 14, effective 1 January 15, art. 58. See also Supreme People's Court, Interpretation Regarding Certain Issues Related to Application of the Law in Environmental Civil Public Interest Litigation [Guanyu shenli huanjing minshi gongyi susong anjian shiyong falu ruogan wenti de jieshi], issued 6 January 15, effective 7 January 15; Quan Jing, ``How To Promote Public Interest Litigation by Social Organizations'' [Shehui zuzhi ruhe faqi gongyi susong], Charity Times, reprinted in Xinhua, 21 March 18.

\45\ ``Supreme People's Court Work Report (Summary)'' [Zuigao renmin fayuan gongzuo baogao (zhaiyao)], 10 March 18; Quan Jing, ``How To Promote Public Interest Litigation by Social Organizations'' [Shehui zuzhi ruhe faqi gongyi susong], Charity Times, reprinted in Xinhua, 21 March 18. See also Fu Hualing, ``The Procuratorate and Public Interest Litigation (PIL),'' China Collection, 30 October 17. According to Fu, ``China is seeking to develop its PIL by taking its own path that can perhaps be characterized as Chinese authoritarianism, which marginalizes civil society and relies on state organs to litigate issues relating to the public interest and collective rights. It remains to be seen, however, if China can create a culture of rights without a [sic] support civil society structures and promote public interest law without concomitant public participation.''

\46\ Liu Chen et al., ``Ask China: Environmental Law Helps NGOs Win `War on Pollution,' '' CGTN, 9 March 18. See also Stanley Lubman, ``Can Environmental Lawsuits in China Succeed? '' Asia Society, ChinaFile, 14 December 17.

\47\ Fan Liya, ``Governments Fined $555,000 for Killing 500-Year Old Trees,'' Sixth Tone, 29 December 17; Zhengzhou Intermediate People's Court (Zhengzhou zhongyuan), ``Zhengzhou Intermediate People's Court Announces Judgment in Environmental Civil Public Interest Lawsuit, Town Killed Jujube Trees After Transplant, Adjudged To Be Liable by First Instance Court'' [Zhengzhou zhongyuan xuanpan yiqi huanjing minshi gongyi susong anjian zhen zhengfu yizai zaoshu zhisi, yishen bei pan dan ze], WeChat post, 28 December 17; Greg Tisher, ``Preserving Culture With EPIL,'' Vermont Law School, U.S.-Asia

**AR-1403**

Partnerships for Environmental Law, Asia Environmental Governance Blog, 30 January 18.

\48\ Fan Liya, ``Governments Fined $555,000 for Killing 500-Year Old Trees,'' Sixth Tone, 29 December 17.

\49\ Qi Jianrong, ``Hydroelectric Power Plant Being Built by Yunnan Huarun Accused of Destroying Endangered Plants; Yunnan Province Forestry Department Investigation Confirms Protected Plants Felled'' [Yunnan huarun suo jian dianzhan bei zhi pohuai zhenxi pinwei zhiwu yunnan sheng linye bumen diaocha queren you baohu zhiwi bei kanfa], Legal Daily, 24 February 18; Liu Chen et al., ``Ask China: Environmental Law Helps NGOs Win `War on Pollution,' '' CGTN, 9 March 18; ``China's Yunnan Defends Dam Building as Activists Head to Court,'' Reuters, 12 March 18. See also Zhou Tailai et al., ``Protect Green Peacocks From Dam, Environmentalists Urge Court,'' Caixin, 15 August 17.

\50\ PRC Constitution, issued 4 December 82, amended 12 April 88, 29 March 93, 15 March 99, 14 March 04, 11 March 18, art. 35.

\51\ International Covenant on Civil and Political Rights (ICCPR), adopted by UN General Assembly resolution 2200A (XXI) of 16 December 66, entry into force 23 March 76, arts. 19, 21, 22; United Nations Treaty Collection, Chapter IV, Human Rights, International Covenant on Civil and Political Rights, last visited 10 July 18; State Council Information Office, ``National Human Rights Action Plan of China (2016-2020)'' [Guojia renquan xingdong jihua (2016-2020 nian)], 29 September 16, sec. 5. China has signed, and stated its intent to ratify the ICCPR.

\52\ Universal Declaration of Human Rights, adopted and proclaimed by UN General Assembly resolution 217A (III) of 10 December 48, arts. 19, 20.

\53\ UN Human Rights Council, Report of the Special Rapporteur on the Issue of Human Rights Obligations Relating to the Enjoyment of a Safe, Clean, Healthy and Sustainable Environment, John H. Knox, A/HRC/37/59, Annex, Framework Principles on Human Rights and the Environment, 24 January 18, paras. 12-14.

\54\ Eva Pils, Human Rights in China (Medford: Polity Press, 2018), 36, 114-17.

\55\ Rights Defense Network, ``Guangdong Rights Defense Lawyer Chen Wuquan Criminally Detained on Suspicion of Picking Quarrels and Provoking Trouble for Protecting His Hometown Beach'' [Guangdong weiquan lushi chen wuquan yin shouhu jiaxiang haitan bei yi she xunxin zishi zui xingshi juliu], 11 February 18; ``Suppressed for Protecting the Sea, Zhanjiang Rights Defense Lawyer Chen Wuquan and Several Villagers Detained'' [Hu hai zao daya zhanjiang weiquan lushi chen wuquan ji duo wei cunmin bei zhua], Radio Free Asia, 10 February 18; ``From Policeman to Lawyer to Fisherman to `Criminal': The Tortuous Road of a Human Rights Lawyer,'' China Change, 12 February 18. For more information, see the Commission's Political Prisoner Database records 2018-00136 on Chen Wuquan, 2018-00137 on Chen Shuai, 2018-00138 on Chen Longquan, 2018-00139 on Chen Zhenming, 2018-00140 on Chen Chunlin, and 2018-00141 on Chen Weiliang.

\56\ Nftiankong (sftk123), Twitter post, 16 March 18, 9:51 p.m.

\57\ ``Tibetan Man Detained After Villagers Protest Chinese Mine Plan,'' Radio Free Asia, 20 March 18. For more information on Karma, see the Commission's Political Prisoner Database record 2018-00132. See also Zheng Jinran, ``Inspectors Punish Polluters in Tibet,'' China Daily, 4 January 18. In January 2018, the Ministry of Environmental Protection announced the results of an inspection conducted in 2017 that discovered 1,022 cases of pollution, with polluters paying fines in 748 cases amounting to 28 million yuan, and that 148 officials had been held accountable. According to the inspectors: ``some leaders . . . [thought] that a little pollution or damage would not have a huge influence on the vast region . . . leading to unbalanced development of the economy and ecology.''

\58\ ``Tibetan Villagers Detained, Questioned After News of Mine Project Leaks,'' Radio Free Asia, 27 April 18.

\59\ Qian Zhecheng, ``Environmental Whistleblower Sues Police for Unlawful Detention,'' Sixth Tone, 31 March 18; Zhang Nanqian, ``Environmentalist Detained After Exposing Pollution (Continued): Detention Deferred, Detainee Said No Rumor Despite Lack of Care'' [Huanbao renshi puguang wuran bei ju xu: zhanhuan juliu dangshiren cheng bu yanjin dan wei zaoyao], Sohu, 23 March 18; ``Detained Chinese Environmental Worker Released After Public Outcry,'' Radio Free Asia,

19 March 18; ``Environmentalist Who Investigated Guangdong Xinyi
Illegal Wastewater Discharge Detained'' [Huanbao renshi diaoyan
guangdong xinyi feifa kaicai paiwu zao juliu], Radio Free Asia, 19
March 18. For more information on Lei Ping, see the Commission's
Political Prisoner Database record 2018-00149.

\60\ Qian Zhecheng, ``Environmental Whistleblower Sues Police for
Unlawful Detention,'' Sixth Tone, 31 March 18; Xinyi City Government,
``Xinyi City Lawfully Investigates and Punishes Case of Spreading
Rumors and Disturbing Public Order'' [Xinyi shi yifa chachu yiqi sanbu
yaoyan raoluan gonggong zhixu anjian], 17 March 18.

\61\ Li Xun, ``Developments in the Case of Guangdong Xinyi
Environmentalist Detained for Posting: Authorities Cancel
Administrative Detention, Lawsuit Settled'' [Guangdong xinyi huanbao
zhiyuan zhe fa tie bei juxu: jingfang chexiao xingju chufa, susong
hejie], The Paper, 30 May 18.

\62\ Qian Zhecheng, ``Environmental Whistleblower Sues Police for
Unlawful Detention,'' Sixth Tone, 31 March 18.

\63\ Gao Min, ``Environmental Protector or Conflict of Interest? ''
[Huanbao weishi haishi liyi zhi zheng?], Beijing News, 10 July 18; Fan
Liya, ``Environmental Whistleblower Gets Prison Sentence,'' Sixth Tone,
12 July 18.

\64\ Gao Min, ``Environmental Protector or Conflict of Interest? ''
[Huanbao weishi haishi liyi zhi zheng?], Beijing News, 10 July 18.

Civil Society<br>Civil Society

III. Development of the Rule of Law

Civil Society

Introduction

During the Commission's 2018 reporting year, the Chinese
government and Communist Party continued to view civil
society's primary role as ``cooperating with'' (xietong) the
Party's agenda for social governance under one-party rule.\1\
At the 19th National Congress of the Chinese Communist Party,
Party General Secretary and Chinese President Xi Jinping
reiterated the role of Chinese civil society in the context of
Party and government leadership: ``Party committees exercise
leadership, government assumes responsibility, non-governmental
actors provide assistance, and the public get involved.'' \2\
While Xi's speech made reference to public participation of
``social organizations'' in a ``consultative'' manner,\3\ his
vision for civil society in China continued to be ancillary to
the government's agendas,\4\ such as aiding in service
provision, welfare activities, and development goals in the
areas of poverty alleviation, child education, and the
environment.\5\

Ever since Xi's ascendance to the Party's top leadership
role in late 2012, advocacy organizations operating in
previously tolerated ``gray areas'' experienced what experts
describe as a ``chilling effect.'' \6\ In conjunction with the
continued implementation of legislative and regulatory reforms
passed in 2016 \7\ and the increased role and purview of the
Party over all aspects of Chinese society,\8\ the space in
which non-governmental organizations (NGOs) had to carry out
human rights advocacy activities continued to shrink this past
year.\9\ [See Section III--Institutions of Democratic
Governance for more information on the expansion of the Party's
power over government and society.] The International Center
for Not-for-Profit Law called these recent regulatory
developments a ``top-down effort by the party-state to mold
`civil society' in its own image,'' that is, a ``civil
society'' without ``a strong value preference for what the
government perceives as Western-style individual freedoms and
rights.'' \10\ On March 23, 2018, the UN Human Rights Council
adopted a resolution sponsored by the Chinese government that

**AR-1405**

said NGOs should ``contribute actively'' to ``promote mutually
beneficial cooperation in the field of human rights.'' \11\ The
United States voted against the resolution, calling it an
effort by the Chinese government to weaken the UN human rights
system, while other countries such as Australia, Japan, and
Switzerland said the resolution included vague and ambiguous
language such as ``mutually beneficial cooperation'' and
``community of shared future.'' \12\ International human rights
observers asserted the resolution ``rang hollow'' in the face
of the Chinese government's crackdown on NGOs and rights
advocates in China as well as its harassment of NGOs and
activists at the United Nations.\13\

    The number of Chinese NGOs is difficult to determine, in
part because of the complex regulatory framework, the existence
of unregistered NGOs and informal associations, the quick pace
of growth of the non-governmental and non-profit sector, and
the range of different types of such organizations.\14\
According to the Ministry of Civil Affairs, at the end of 2017,
China had 755,323 registered ``social organizations'' (shehui
zuzhi)--the official term for NGOs \15\--that consisted of
397,000 non-governmental, non-commercial organizations (minban
feiqiye danwei), or what the government now calls social
service organizations (shehui fuwu jigou); 6,323 foundations
(jijinhui); and 352,000 social associations (shehui
tuanti).\16\ Many social associations are government-organized
non-governmental organizations (GONGOs) and therefore have
close ties to the government.\17\ Many grassroots NGOs, with
few or no ties to the government, remain unregistered or are
registered as business entities due to restrictions and
barriers to registration imposed by the government.\18\

    NGOs Report on Worsening Conditions for Civil Society Since Last UPR

    Many international NGO reports submitted in advance of the
November 2018 session of the UN Human Rights Council's
Universal Periodic Review (UPR) of the Chinese government's
human rights record described worsening conditions in China for
civil society since the last UPR in 2013, and indicated the
Chinese government had not implemented any of the
recommendations on civil society it previously accepted.\19\ In
its UPR submission, Human Rights in China noted that ``Xi
Jinping Thought on Socialism with Chinese Characteristics for a
New Era''--newly enshrined in the Party Constitution during the
19th Party Congress in October 2017 and in China's Constitution
in March 2018--``treats an uncontrolled civil society as a
threat under its all-encompassing approach to national
security'' and stresses ``absolute Party leadership.'' \20\
CIVICUS and the Asian Human Rights Commission jointly reported
that the freedoms of assembly, association, and speech were
severely hindered in China,\21\ violating international
instruments such as the Universal Declaration of Human Rights
\22\ and the International Convention on Civil and Political
Rights (ICCPR).\23\

                Suppression of Grassroots Advocacy

    This past year, the government continued to suppress the
rights of Chinese human rights defenders working on human
rights advocacy and to treat certain rights advocates and
political groups as a threat to state security.\24\ These
advocates included the following:

        On September 1, 2017, public security
        officials from Zhuhai municipality, Guangdong province,
        took Zhen Jianghua into custody from his home,\25\ and
        criminally detained him the next day on suspicion of
        ``inciting subversion of state power,'' holding him at
        the Zhuhai No. 1 Public Security Bureau (PSB) Detention
        Center.\26\ On August 10, 2018, the Zhuhai Intermediate
        People's Court reportedly tried Zhen without informing
        either Zhen's defense lawyers or his family
        members.\27\ Zhen is the executive director of Human

**AR-1406**

Rights Campaign in China, which reports on cases involving rights advocacy and provides aid for people who are involved in, or have reported on, these cases.\28\ Zhen has advocated for rights defenders for over a decade.\29\

In April 2018, authorities detained at least eight members of a group organized via the social media platform WeChat called the National Tourism Chat Group, which provided humanitarian support and funding to families of political prisoners.\30\ Authorities in Changchun municipality, Jilin province, detained Guo Qingjun, one of the administrators of the WeChat group, on April 11, 2018, after which authorities detained at least seven more group administrators from other parts of China, including Liao Yongzhong, Lu Bi, Liu Chunlin, Dai Xiangnan, Sun Wenke, Li Xiaohong, and He Meijing.\31\ Prior to the April detentions, Chinese authorities reportedly interviewed over 100 other members of the WeChat group.\32\

This past year, Chinese authorities continued to persecute at least three human rights advocates from China Human Rights Watch--Xu Qin, Qin Yongmin, and Zhao Suli. PSB officials in Jiangsu province held Xu in incommunicado detention at the Yangzhou PSB Detention Center in Yangzhou municipality, Jiangsu, after detaining her in February 2018 on suspicion of ``picking quarrels and provoking trouble.'' \33\ In March 2018, authorities changed Xu's charge from ``picking quarrels and provoking trouble'' to ``inciting subversion of state power,'' reportedly for articles she had written in connection to another rights advocacy group and her support of other human rights advocates.\34\ Authorities from Wuhan municipality, Hubei province, continued to hold Qin, founder of China Human Rights Watch who was originally detained in January 2015, in Wuhan on suspicion of ``inciting subversion of state power.''\35\ On May 11 and 12, 2018, the Wuhan Intermediate People's Court tried Qin,\36\ and on July 11, sentenced him to 13 years in prison and 3 years' deprivation of political rights on the charge of ``subversion of state power.'' \37\ Authorities from Wuhan reportedly released Qin's wife, Zhao Suli, temporarily in February 2018, after holding her in an unknown location since her disappearance in January 2015.\38\ As of July 2018, however, Zhao is believed to be under residential surveillance.\39\

The Chinese government also intensified its efforts to limit and censor the online activities of rights advocacy organizations on social media platforms, such as Sina Weibo and WeChat.\40\ [For more information, see Section II--Freedom of Expression, Worker Rights, Status of Women, and The Environment.]

### Overseas NGOs' Activities Law Implementation

This past year, the government continued to carry out the PRC Law on the Management of Overseas Non-Governmental Organizations' Activities in Mainland China (Overseas NGOs' Activities Law) which took effect in January 2017.\41\ While some international NGOs (INGOs) have successfully registered representative offices in China, including philanthropic organizations that had relationships with local governments,\42\ at least four organizations that have long worked on training lawyers and projects to promote the protection of women and LGBT rights reported that they were unable to obtain temporary activity permits.\43\ Other organizations that work on human rights and rule of law chose to suspend their operations or leave China.\44\ By August 2018, 404 INGOs had successfully registered representative offices in China and 976 temporary activity permits had been filed,

**AR-1407**

according to official data posted to the Ministry of Public
Security's Overseas Non-Governmental Organizations Service
Platform.\45\ The majority of U.S. NGOs with representative
offices registered to conduct activities in the areas of trade,
poverty alleviation, and health.\46\ From January 2018 through
July 2018, the number of INGO representative offices that
registered in China each month remained mostly steady, at
around 15 per month, based on analysis from the Asia Society's
China NGO Project.\47\ The China NGO Project further
disaggregated official data, finding that, as of August 2018,
INGOs from the United States, Hong Kong, Japan, South Korea,
and Germany have the most representative offices in China,
while INGOs from Hong Kong and the United States filed the most
temporary activities between January 2017 and July 2018.\48\
Public data indicate that most INGO representative offices
registrations have taken place in Beijing and Shanghai
municipalities, while the most temporary activity permit
filings have taken place in Beijing and Guangdong, Yunnan,
Sichuan, and Guizhou provinces.\49\

    In addition to implementing the Overseas NGOs' Activities
Law, several developments indicated the government viewed
foreign NGOs as potential threats to national security. In
April 2018, several government agencies, including the Ministry
of State Security, jointly published a cartoon on ``National
Security Education Day'' that portrayed a foreign NGO worker
who is implied to be spying and courting Chinese workers to
organize strikes.\50\ In a sign that officials are more broadly
targeting foreign influence, government posters on public
transportation in Beijing warned Chinese citizens against being
tricked into spying for foreign governments, urging them to
report activities to relevant national security
authorities.\51\ A Deutsche Welle article reported that the
government planned to score foreign NGOs based on the model of
the social credit system, which would punish organizations that
conduct activities the government deems unwelcome or that may
damage ``national interests'' or harm ``national security and
peace.'' \52\ In December 2017, the State Council issued
implementing rules \53\ for the 2014 PRC Counterespionage
Law,\54\ which give the government power to punish ``foreign
institutions and organizations'' or ``hostile groups'' it deems
harmful to national security.\55\

------------------------------------------------------------------
                 Developments in Lee Ming-cheh's Case
------------------------------------------------------------------

  Chinese authorities continued to detain and prosecute Taiwan human
rights NGO volunteer Lee Ming-cheh this past year. In March 2017,
authorities detained Lee, a manager at Wenshan Community College in
Taipei, Taiwan, while he was traveling to Zhuhai municipality,
Guangdong province, via Macau.\56\ The State Council Taiwan Affairs
Office subsequently confirmed that Chinese authorities were
investigating Lee for ``endangering state security'' \57\ and had
formally arrested him on suspicion of ``subversion of state power'' in
May 2017.\58\ On September 11, 2017, the Yueyang Municipal Intermediate
People's Court in Hunan province tried Lee on the charge of
``subversion of state power'' \59\--to which he pleaded guilty and for
which he expressed remorse \60\--and on November 28, sentenced Lee to
five years in prison.\61\ Observers from international human rights
organizations suspected that authorities coerced Lee into confessing,
calling the trial ``outrageous'' and ``politically motivated.'' \62\
They argued, moreover, that his case served as a warning to pro-
democracy activists in Hong Kong and elsewhere.\63\
------------------------------------------------------------------

             Overall Regulatory Environment for Domestic NGOs

    This past year, the government focused on cracking down on
``illegal social organizations'' that do not possess proper
government registration or that perform activities outside of
the scope for which they have registered,\64\ targeting those
that ``threaten state security and social stability.'' \65\ A
February 2018 circular stipulated that NGOs conducting illegal

political activities will have their eligibility for tax
exemption canceled.\66\ A Chinese political science professor
expressed concern that the drive to target and identify
``illegal social organizations'' is part of the Chinese
government's concern that giving more space to civil society
could lead to potential democratization.\67\ In January 2018,
the Ministry of Civil Affairs issued the Measures for Social
Organizations Credit Information Management (Measures), which
authorizes the government to create an official list of
organizations that are ``severely illegal [and] not
trustworthy.'' \68\ The Measures target organizations for
disciplinary action and potential inclusion in a government
list of organizations deemed as engaging in ``irregular''
activities, such as not submitting annual activity reports to
authorities, failing to establish Party groups within their
organizations, and not operating at the address listed in their
registration.\69\ The Measures were used this past year to levy
punishments against at least one social organization that was
found to be ``untrustworthy.'' \70\ [For more on the Chinese
government's use of social credit through information
technology and surveillance, see Section III--Institutions of
Democratic Governance.]

    Two years after the Ministry of Civil Affairs (MCA)
released draft revisions to the three major regulations for
civil society organizations,\71\ the MCA released new draft
regulations for public comment in early August 2018, combining
the three regulations that form the core of the regulatory
system for domestic social service organizations, foundations,
and social associations into one document.\72\ The new draft
Regulations on the Registration and Management of Social
Organizations lower the barriers to registration for four types
of social organizations--business organizations, research
organizations, social welfare providers, and service
organizations--and allow these organizations to directly
register with the MCA or at county-level and higher civil
affairs bureaus without requiring a professional supervisory
unit.\73\ Provisions in the draft regulations stipulate that
Party groups must be established in organizations \74\ and
prohibit certain Chinese individuals from registering or being
the ``legal person'' for social organizations, including
individuals whose political rights were suspended, who had been
criminally detained or served a criminal punishment in the last
five years, or who were listed in the government's
``untrustworthy'' list with regard to their ``social credit''
score.\75\


------------------------------------------------------------------
    China Promotes Its Development Model in the International Sphere
------------------------------------------------------------------
    This past year, as part of reform efforts directed by the Party
Central Committee,\76\ the National People's Congress approved a State
Council reform plan that included the establishment of a new government
agency focused on international development.\77\ The new International
Development Cooperation Agency will integrate foreign aid and
development assistance efforts, including the Belt and Road Initiative
(BRI).\78\ In November 2017, the Director of the International
Department of the Party Central Committee--a key Party department
charged with extending the Party's influence and advancing its
interests overseas \79\--opened the first Silk Road NGO Cooperation
Network Forum, a gathering designed to strengthen cooperation between
NGOs among participating BRI countries.\80\ Two hundred delegates in
total from Chinese organizations \81\ and NGOs from more than 50
countries attended the forum.\82\ The forum was organized by the China
NGO Network for International Exchanges, which is headed by Sun
Jiazheng,\83\ Vice Chairman of the 11th Chinese People's Political
Consultative Conference,\84\ a body that is connected to the Party's
United Front Work Department.\85\ Scholars observed this past year that
the Chinese government, through its international development efforts,
is offering an alternative global development model favorable to its
political goals.\86\
------------------------------------------------------------------

**AR-1409**

Civil Society
Civil Society
Notes to Section III--Civil Society

\1\ ``Xi Jinping: Secure a Decisive Victory in Building a Moderately Prosperous Society in All Respects and Strive for the Great Success of Socialism With Chinese Characteristics for a New Era'' [Xi jinping: juesheng quanmian jiancheng xiaokang shehui duoqu xin shidai zhongguo tese shehui zhuyi weida shengli], 18 October 17, Xinhua, 27 October 17, sec. 8(6); Xi Jinping, ``Secure a Decisive Victory in Building a Moderately Prosperous Society in All Respects and Strive for the Great Success of Socialism With Chinese Characteristics for a New Era,'' 18 October 17, Xinhua, 3 November 17, sec. 8(6); International Center for Not-for-Profit Law, ``Civic Freedom Monitor: China,'' last updated 22 February 18, last visited 17 April 18. The official translation published by Xinhua translates xietong as to ``provide assistance to,'' but the word is better translated as ``cooperate with'' or ``collaborate with.''

\2\ ``Xi Jinping: Secure a Decisive Victory in Building a Moderately Prosperous Society in All Respects and Strive for the Great Success of Socialism With Chinese Characteristics for a New Era'' [Xi jinping: juesheng quanmian jiancheng xiaokang shehui duoqu xin shidai zhongguo tese shehui zhuyi weida shengli], 18 October 17, Xinhua, 27 October 17, sec. 8(6); Xi Jinping, ``Secure a Decisive Victory in Building a Moderately Prosperous Society in All Respects and Strive for the Great Success of Socialism With Chinese Characteristics for a New Era,'' 18 October 17, Xinhua, 3 November 17, sec. 8(6); Jessica Batke, ``Social Organizations and the 19th Party Congress,'' Asia Society, ChinaFile, China NGO Project, 30 November 17.

\3\ ``Xi Jinping: Secure a Decisive Victory in Building a Moderately Prosperous Society in All Respects and Strive for the Great Success of Socialism With Chinese Characteristics for a New Era'' [Xi jinping: juesheng quanmian jiancheng xiaokang shehui duoqu xin shidai zhongguo tese shehui zhuyi weida shengli], 18 October 17, Xinhua, 27 October 17, sec. 6(3); Xi Jinping, ``Secure a Decisive Victory in Building a Moderately Prosperous Society in All Respects and Strive for the Great Success of Socialism With Chinese Characteristics for a New Era,'' 18 October 17, Xinhua, 3 November 17, sec. 6(3).

\4\ Matt Schiavenza, ``The Uncertain Future of Civil Society in China,'' Asia Society, 29 January 18; Narada Foundation, ``The Two Sessions Came to a Close, What Did Delegates Say About Philanthropy and the Public Interest? '' [Lianghui luomu, guanyu cishan gongyi, daibiao weiyuanmen zenme shuo?], 21 March 18.

\5\ Narada Foundation, ``The Two Sessions Ended, What Did Delegates Say About Philanthropy and the Public Interest? '' [Lianghui luomu, guanyu cishan gongyi, daibiao weiyuanmen zenme shuo?], 21 March 18. See also Jessica Batke, ``Social Organizations and the 19th Party Congress,'' Asia Society, ChinaFile, China NGO Project, 30 November 17.

\6\ Timothy Hildebrandt, Social Organizations and the Authoritarian State in China (Cambridge: Cambridge University Press, 2013), 58. Hildebrandt explains use of the term ``chilling effect'' in the context of civil society as the internalization of the ``fear of a negative state response'' to the point that civil society ``actors do not contemplate taking actions that might put them in jeopardy.'' See e.g., Freedom House, ``Freedom on the Net 2015--China,'' October 2015; Mimi Lau, ``Mother of Detained Labour Activist Takes on State Media--And Forced Into Hardest Decision of Her Life,'' South China Morning Post, 1 May 16; Verna Yu, ``Charity Workers in China Say NGOs Being `Pulled Out by the Roots,' '' South China Morning Post, 12 June 17; Orville Schell, ``Crackdown in China: Worse and Worse,'' New York Review of Books, 21 April 16; Chinese Human Rights Defenders, ``China: Repeal Overseas NGO Law & Protect Freedom of Association,'' 28 April 16; Chinese Human Rights Defenders, ``Repression and Resilience: Annual Report on the Situation of Human Rights Defenders in China (2017),'' 26 February 18, 24-26.

\7\ PRC Law on the Management of Overseas Non-Governmental Organizations' Activities in Mainland China [Zhonghua renmin gongheguo jingwai feizhengfu zuzhi jingnei huodong guanli fa], passed 28 April 16, effective 1 January 17; PRC Charity Law [Zhonghua renmin gongheguo cishan fa], passed 16 March 16, effective 1 September 16. See also

**AR-1410**

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPO... Page 215 of 316

Case 3:20-cv-05910-LB Document 77-5 Filed 10/01/20 Page 38 of 47
WeChat Appendix F Footnote H9 - Congressional-Executive Commission on China Annual Report 2018

Ministry of Civil Affairs, Regulations on the Registration and Management of Social Organizations (Revised Draft for Solicitation of Comments) [Shehui tuanti dengji guanli tiaoli (xiuding cao'an zhengqiu yijian gao)], 1 August 16; Ministry of Civil Affairs, Temporary Regulations on the Registration and Management of Non-Governmental, Non-Commercial Enterprises (Revised Draft for Public Comment) [Minban feiqiye danwei dengji guanli zanxing tiaoli (xiuding cao'an zhengqiu yijian gao)], 26 May 16; Ministry of Civil Affairs, Regulations on the Management of Foundations (Revised Draft for Solicitation of Comments) [Jijinhui guanli tiaoli (xiuding cao'an zhengqiu yijian gao)], 26 May 16.

\8\ Chinese Communist Party Central Committee, Decision on Deepening Reform of Party and Government Agencies [Zhongggong zhongyang guanyu shenhua dang he guojia jigou gaige de jueding], Xinhua, 4 March 18; ``Chinese Communist Party Central Committee Issues `Plan for Deepening Reform of Party and Government Agencies' '' [Zhonggong zhongyang yinfa ``shenhua dang he guojia jigou gaige fang'an''], Xinhua, 21 March 18. In March 2018, the National People's Congress and the Chinese People's Political Consultative Conference unveiled reforms of Party and government structures to elevate the role of the Party over government and society. For similar efforts prior to March 2018 that elevated the Party above government agencies, see Michael Martina, ``Exclusive: In China, the Party's Push for Influence Inside Foreign Firms Stirs Fears,'' Reuters, 24 August 17; Choi Chi-yuk and Eva Li, ``Lawyers in Chinese Megacity the New Front in Communist Party's Push for Greater Control,'' South China Morning Post, 18 May 17.

\9\ Chinese Human Rights Defenders, ``Repression and Resilience: Annual Report on the Situation of Human Rights Defenders in China (2017),'' 26 February 18, 2.

\10\ International Center for Not-for-Profit Law, ``Civic Freedom Monitor: China,'' last visited 17 April 18.

\11\ UN Human Rights Council, ``[Draft Resolution] Promotion and Protection of All Human Rights, Civil, Political, Economic, Social and Cultural Rights, Including the Right to Development,'' A/HRC/37/L.36, 19 March 18; UN Human Rights Council, ``Human Rights Council Adopts 10 Texts, Requests a High-Level Panel Discussion on Genocide and a Study on the Role of Capacity Building in the Promotion of Human Rights,'' 23 March 18; ``UN Rights Body Adopts China-Sponsored Resolution on Mutually Beneficial Cooperation,'' Xinhua, 24 March 18.

\12\ UN Human Rights Council, ``Human Rights Council Adopts 10 Texts, Requests a High-Level Panel Discussion on Genocide and a Study on the Role of Capacity Building in the Promotion of Human Rights,'' 23 March 18. See also U.S. Department of State, ``Key Outcomes of U.S. Priorities at the UN Human Rights Council's 37th Session,'' 23 March 18.

\13\ John Fisher, Human Rights Watch, ``China's `Win-Win' Resolution Is Anything But,'' 5 March 18; Andrea Worden, ``With Its Latest Human Rights Council Resolution, China Continues Its Assault on the UN Human Rights Framework,'' China Change, 9 April 18. See also Human Rights Watch, ``The Costs of International Advocacy: China's Interference in United Nations Human Rights Mechanisms,'' 5 September 17, 13-25.

\14\ International Center for Not-for-Profit Law, ``Civic Freedom Monitor: China,'' last visited 17 April 18.

\15\ Karla W. Simon and Holly Snape, ``China's Social Organisations After the Charity Law,'' Made in China, Vol. 2, Issue 1 (January-March 2017), 26-27.

\16\ Ministry of Civil Affairs, ``Social Service Statistics Quarterly Report (Fourth Quarter of 2017)'' [Shehui fuwu tongji jibao (2017 nian 4 jidu)], 13 March 18, sec. 3(1).

\17\ Shawn Shieh, ``Mapping the Dynamics of Civil Society: A Model Analysis of Trends in the NGO Sector,'' in NGO Governance and Management in China, eds. Reza Hasmath and Jennifer Y.J. Hsu (Abingdon: Routledge, 2016), 48; International Center for Not-for-Profit Law, ``Civic Freedom Monitor: China,'' last visited 17 April 18.

\18\ International Center for Not-for-Profit Law, ``Civic Freedom Monitor: China,'' last visited 17 April 18; Shawn Shieh, ``Mapping the Dynamics of Civil Society: A Model Analysis of Trends in the NGO Sector,'' in NGO Governance and Management in China, eds. Reza Hasmath and Jennifer Y.J. Hsu (Abingdon: Routledge, 2016), 52-53. See also Isabel Hilton et al., ``The Future of NGOs in China: A ChinaFile Conversation,'' Asia Society, ChinaFile, 14 May 15.

\19\ Christian Solidarity Worldwide, ``Stakeholder Submission to the Universal Periodic Review, 31st Session, for the People's Republic of China,'' April 2018, item 3; CIVICUS and Asian Human Rights Commission, ``Stakeholder Submission to the Universal Periodic Review, 31st Session, for the People's Republic of China,'' 29 March 18, item 1.4; Front Line Defenders, ``Stakeholder Submission to the Universal Periodic Review, 31st Session, for the People's Republic of China,'' 29 March 18, items 1-2.

\20\ Zhao Chao and Chen Weiwei, ``Glorious Guide To Building a Marxist Ruling Party--Story of the Birth of the `Chinese Communist Party Constitution (Amendment)' '' [Jianshe makesi zhuyi zhizhengdang de guanghui zhiyin--zhongguo gongchandang zhangcheng (xiuzheng'an)'' dansheng ji], Xinhua, 28 October 17; Amendment to the PRC Constitution [Zhonghua renmin gongheguo xianfa xiuzheng'an], Xinhua, 11 March 18, art. 32; Human Rights in China, ``Stakeholder Submission to the Universal Periodic Review, 31st Session, for the People's Republic of China,'' April 2018, item 18.

\21\ CIVICUS and Asian Human Rights Commission, ``Stakeholder Submission to the Universal Periodic Review, 31st Session, for the People's Republic of China,'' 29 March 18, item 1.4.

\22\ Universal Declaration of Human Rights, adopted and proclaimed by UN General Assembly resolution 217A (III) of 10 December 48, arts. 19, 20.

\23\ International Covenant on Civil and Political Rights, adopted by UN General Assembly resolution 2200A (XXI) of 16 December 66, entry into force 23 March 76, arts. 19(2), 21, 22.

\24\ Chinese Human Rights Defenders, ``Repression and Resilience: Annual Report on the Situation of Human Rights Defenders in China (2017),'' 27 February 18, 24-26.

\25\ ``Zhen Jianghua Not Released 37 Days After Criminal Detention, Many Rights Defenders Subjected to Stability Maintenance Measures Due to 19th Party Congress'' [Zhen jianghua xingju 37 tian qiman wei huoshi duo wei weiquan renshi yin shijiu da bei weiwen], China Free Press (blog), 9 October 17. For more information on Zhen Jianghua, see the Commission's Political Prisoner Database record 2017-00360.

\26\ Human Rights Campaign in China, ``In Case Concerning Zhen Jianghua, Whom Zhuhai Government Detained on Inciting Subversion of State Power Charge, Sister Summoned by Jiangmen PSB, State Security Officials Warned Her, Saying Her Article Affected Police Efforts To Gather Evidence'' [Bei zhuhai dangju yi shandong dianfu guojia zhengquan zui jiya de zhen jianghua qi jiejie zao jiangmen gong'anju chuanxun guobao jinggao shuo ta wenzhang yingxiang jingfang souzheng], 29 September 17.

\27\ Civil Rights & Livelihood Watch, ``Authorities Secretly Tried Zhen Jianghua, Netizens Say It Shows [Authorities'] Guilty Mind'' [Dangju mimi shenpan zhen jianghua wangyou zhihu xinxu], 5 September 18.

\28\ Human Rights Campaign in China, ``In Case Concerning Zhen Jianghua, Whom Zhuhai Government Detained on Inciting Subversion of State Power Charge, Sister Summoned by Jiangmen PSB, State Security Officials Warned Her, Saying Her Article Affected Police Efforts To Gather Evidence'' [Bei zhuhai dangju yi shandong dianfu guojia zhengquan zui jiya de zhen jianghua qi jiejie zao jiangmen gong'anju chuanxun guobao jinggao shuo ta wenzhang yingxiang jingfang souzheng], 29 September 17.

\29\ Ibid.

\30\ ``Eight Detained for Organizing Humanitarian Assistance for Political Prisoners and Their Families,'' China Change, 15 April 18.

\31\ Ibid.; Rights Defense Network, ``RDN: Monthly Report on Detained Mainland Chinese Political Prisoners and Prisoners of Conscience (5/31/2018) No. 32 (Total 761 Persons) (Part 2)'' [Weiquan wang: zhongguo dalu zaiya zhengzhi fan, liangxin fan yuedu baogao (2018 nian 5 yue 31 ri) di 32 qi (gong 761 ren) (di 2 bufen)], 31 May 18. For more information, see the Commission's Political Prisoner Database records 2018-00165 on Guo Qingjun, 2018-00222 on Liu Chunlin, 2018-00221 on Dai Xiangnan.

\32\ ``Eight Detained for Organizing Humanitarian Assistance for Political Prisoners and Their Families,'' China Change, 15 April 18.

\33\ ``Detained Chinese Rights Group Spokeswoman Denied Visit From Defense Lawyer,'' Radio Free Asia, 16 March 18; Rights Defense Network, ``Chinese Human Rights Watch Member, Xu Qin, Confirmed To Be Criminally Detained'' [Zhongguo renquan guancha chengyuan xu qin zhengshi zao

**AR-1412**

xingshi juliu], 22 February 18. For more information on Xu Qin, see the Commission's Political Prisoner Database record 2016-00015.

\34\ ``Chinese Police Charge Prominent Detained Rights Activist With Subversion,'' Radio Free Asia, 22 March 18.

\35\ Ibid. For more information on Qin Yongmin, see the Commission's Political Prisoner Database record 2004-02138.

\36\ Rights Defense Network, ``The Real Situation of Qin Yongmin's Trial'' [Qin yongmin an tingshen zhenshi qingkuang], 19 May 18.

\37\ ``Wuhan Dissident Qin Yongmin Heavily Sentenced to 13 Years in Prison'' [Wuhan yiyi renshi qin yongmin zao zhongpan 13 nian], Radio Free Asia, 11 July 18.

\38\ Rights Defense Network, ``Zhao Suli, Wife of Well-Known Democracy Movement Figure Qin Yongmin, Returns Home After Over 3 Years of Forced Disappearance'' [Zhuming minyun renshi qin yongmin furen zhao suli zao qiangpo shizhong 3 nian duo hou huidao jiazhong], 5 February 18. For more information on Zhao Suli, see the Commission's Political Prisoner Database record 2016-00069.

\39\ ``Chinese Police Charge Prominent Detained Rights Activist With Subversion,'' Radio Free Asia, 22 March 18; Lily Kuo, ``Chinese Dissident Qin Yongmin Jailed After `Show Trial,' '' Guardian, 11 July 18.

\40\ See, e.g., ``Muzzled China Feminist Group To Sue Over Online Censorship,'' Agence-France Presse, reprinted in Sino Daily, 24 March 18; Grace Tsoi and Viola Zhou, ``Feminist Campaign Gets Blocked in China on International Women's Day,'' Inkstone, 8 March 18; China Digital Times, ``Minitrue: Do Not Report on PKU Open Letter,'' 25 April 18.

\41\ 1APRC Law on the Management of Overseas Non-Governmental Organizations' Activities in Mainland China [Zhonghua renmin gongheguo jingwai feizhengfu zuzhi jingnei huodong guanli fa], passed 28 April 16, effective 1 January 17. See also CECC, 2017 Annual Report, 5 October 17, 225-26.

\42\ See, e.g., Liu Yanling, ``Lines of Trust Blurred for NGOs Under China's New Law,'' Global Times, 14 December 17; World Resources Institute, ``World Resources Institute Obtains Overseas NGO Registration in China,'' 20 November 17; Ministry of Public Security, Overseas Non-Governmental Organizations Service Platform, ``Open Information--Public Information'' [Xinxi gongkai--xinxi gongshi], last visited 17 April 18; ``Registered Foreign NGO Representative Offices Interactive Map and Filterable Table,'' Asia Society, ChinaFile, China NGO Project, last visited 17 April 18.

\43\ Tom Hancock, ``China Law Puts Foreign NGOs Under Tighter Control,'' Financial Times, 22 April 18.

\44\ Chongyi Feng, ``The NGO Law in China and Its Impact on Overseas Funded NGOs,'' Cosmopolitan Civil Societies: An Interdisciplinary Journal, Vol. 9, No. 3 (2017), 102.

\45\ Ministry of Public Security, Overseas Non-Governmental Organizations Service Platform, ``Open Information--Public Information'' [Xinxi gongkai--xinxi gongshi], last visited 20 August 18; ``Registered Foreign NGO Representative Offices Interactive Map and Filterable Table,'' Asia Society, ChinaFile, China NGO Project, last visited 20 August 18.

\46\ Ministry of Public Security, Overseas Non-Governmental Organizations Service Platform, ``Open Information--Public Information'' [Xinxi gongkai--xinxi gongshi], last visited 20 August 18; ``Registered Foreign NGO Representative Offices Interactive Map and Filterable Table,'' Asia Society, ChinaFile, China NGO Project, last visited 17 April 18.

\47\ Jessica Batke, ``Visually Understanding the Data on Foreign NGO Representative Offices and Temporary Activities,'' Asia Society, ChinaFile, China NGO Project, 8 August 18. According to Asia Society's China NGO Project, two INGO representative offices registered in June 2018, which was significantly fewer than the prior 14 months and the following month of July 2018. See infographic titled ``Number of Representative Offices Registered Per Month, January 2017-July 2018.''

\48\ Jessica Batke, ``Visually Understanding the Data on Foreign NGO Representative Offices and Temporary Activities,'' Asia Society, ChinaFile, China NGO Project, 8 August 18.

\49\ Ibid.

\50\ China Cyber Security, ``Brother Die: No Such Thing as Pie From the Sky! Don't Make These `Friends' Who Wear Masks'' [Xiong die: meiyou tianshang diao xianbing de shi'er! zhexie daizhe mianju de zhexie

``pengyou'' zhende bu ke jiao], 14 April 18, reprinted in Doudou Headlines, 16 April 18; ``Government Cartoon Portrays `Foreign NGOs' as National Security Concern,'' Asia Society, ChinaFile, China NGO Project, 18 April 18.

\51\ Lily Kuo, ``China's Anti-Spy Campaign: Cash Rewards and Warnings of `Dangerous Times,' '' Guardian, 10 May 18. See also Jeremiah Jenne (JeremiahJenne), Twitter post, 23 April 18, 2:46 a.m.

\52\ Wen Mu and Da Yang, ``Scoring System Is Coming, Overseas NGOs Will Have an Even More Difficult Time'' [Jifen zhi yao lai le jingwai NGO rizi huojiang geng nanguo], Deutsche Welle, 6 May 18.

\53\ State Council, PRC Counterespionage Law Implementing Rules [Zhonghua renmin gonghe guo fan jiandie fa shishi xize], 22 November 17. See also ``China Adds Broad New Definitions to Counter-Espionage Law,'' Reuters, 6 December 17.

\54\ PRC Counterespionage Law [Zhonghua renmin gongheguo fan jiandie fa], passed 1 November 14, effective 1 November 14.

\55\ Ibid.; State Council, PRC Counterespionage Law Implementing Rules [Zhonghua renmin gonghe guo fan jiandie fa shishi xize], 22 November 17, arts. 3, 5, 7-8, 19.

\56\ Amnesty International, ``China: Taiwan NGO Worker Detained on Vague National Security Charges,'' 29 March 17; Benjamin Haas, ``China Says It Has Detained Taiwanese Activist Missing Since 19 March,'' Guardian, 29 March 17.

\57\ Benjamin Haas, ``China Says It Has Detained Taiwanese Activist Missing Since 19 March,'' Guardian, 29 March 17; ``TAO: Lee Ming-cheh and Zhang Xiangzhong Cases Still Under Investigation'' [Guotaiban: li mingzhe, zhang xiangzhong shijian ren zai diaocha], Radio Free Asia, 26 April 18.

\58\ ``Taiwan Suspect Arrested on Mainland,'' Xinhua, 26 May 17.

\59\ ``Public Hearing Begins for Peng Yuhua and Lee Ming-cheh Trial of First Instance in Subversion of State Power Case'' [Peng yuhua, li mingzhe dianfu guojia zhengquan an yishen gongkai kaiting], Xinhua, 11 September 17.

\60\ Ibid.

\61\ ``China Jails Taiwan Activist Lee Ming-che for `Subversion,' '' BBC, 28 November 17; Mimi Lau, ``Rights Activist Lee Ming-cheh First Taiwanese To Be Jailed for Subversion on Mainland China,'' South China Morning Post, 28 November 17.

\62\ ``China Jails Taiwan Activist Lee Ming-che for `Subversion,' '' BBC, 28 November 17; Benjamin Haas, `` `Serious Damage' to China-Taiwan Ties as Activist Lee Ming-cheh Jailed,'' Guardian, 28 November 17.

\63\ ``China Jails Taiwan Activist Lee Ming-che for `Subversion,' '' BBC, 28 November 17; Benjamin Haas, `` `Serious Damage' to China-Taiwan Ties as Activist Lee Ming-cheh Jailed,'' Guardian, 28 November 17.

\64\ ``Person Responsible for Ministry of Civil Affairs Social Organizations Management Bureau Answers Questions From This Paper's Reporter About Governance of Illegal Social Organizations'' [Minzhengbu shehui zuzhi guanli ju fuze ren jiu zhili feifa shehui zuzhi da ben bao jizhe wen], China Society News, 9 February 18.

\65\ Ibid.

\66\ Ministry of Finance and State Administration of Taxation, ``Circular on Determining and Managing Issues Related to Nonprofit Organizations' Tax Exemption Eligibility'' [Guanyu fei yingli zuzhi mianshui zige rending guanli youguan wenti de tongzhi], issued 7 February 18, effective 1 January 18, 6(6).

\67\ ``China's Ministry of Civil Affairs Launched a New Round of Special Action Attacking `Illegal Social Organizations' '' [Zhongguo minzhengbu kaizhan xin yi lun daji ``feifa shehui zuzhi'' zhuanxiang huodong], Radio Free Asia, 17 April 18.

\68\ Ministry of Civil Affairs, Measures on the Management of Social Organizations' Social Credit Information [Shehui zuzhi xinyong xinxi guanli banfa], issued 30 January 18, arts. 9, 15.

\69\ Ibid., art. 11; ``Measures on the Management of Social Organizations' Credit Information, Severe Violations of Law and Those [Who Are] Untrustworthy Will Be Disciplined'' [Shehui zuzhi xinyong xinxi guanli banfa yanzhong weifa shixin jiang bei chengjie], CCTV, 31 January 18.

\70\ See, e.g., ``MCA Administratively Punishes Western Returned Scholars Foundation With Three-Month Suspension of Activities'' [Minzhengbu dui oumei tongxue jijinhui zuo chu tingzhi huodong san ge

**AR-1414**

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPO...   Page 219 of 316

Case 3:20-cv-05910-LB   Document 77-5   Filed 10/01/20   Page 42 of 47
WeChat Appendix I Footnote H9 - Congressional-Executive Commission on China Annual Report 2018

yue xingzheng chufa], China News Service, 14 March 18.

\71\ Ministry of Civil Affairs, Temporary Regulations on the Registration and Management of Non-Governmental, Non-Commercial Enterprises (Revised Draft for Solicitation of Comments) [Minban feiqiye danwei dengji guanli tiaoli zhanxing tiaoli (xiuding cao'an zhengqiu yijian gao)], 26 May 16; Ministry of Civil Affairs, Regulations on the Management of Foundations (Revised Draft for Solicitation of Comments) [Jijinhui guanli tiaoli (xiuding cao'an zhengqiu yijian gao)], 26 May 16; Ministry of Civil Affairs, Regulations on the Registration and Management of Social Organizations (Revised Draft for Solicitation of Comments) [Shehui tuanti dengji guanli tiaoli (xiuding cao'an zhengqiu yijian gao)], 1 August 16. See also CECC, 2016 Annual Report, 6 October 16, 228.

\72\ Ministry of Civil Affairs, Regulations on the Registration and Management of Social Organizations (Draft for Solicitation of Comments) [Shehui zuzhi dengji guanli tiaoli (cao'an zhengqiu yijian gao)], 3 August 18, arts. 2, 83; Xie Xiaoxia, NGOCN, ``Reflections and Advice Regarding the `Regulations on the Registration and Management of Social Organizations (Draft for Solicitation of Comments)' '' [Guanyu ``shehui zuzhi dengji guanli tiaoli (cao'an zhengqiu yijian gao)'' de sikao yu jianyi], 6 August 18.

\73\ Ministry of Civil Affairs, Regulations on the Registration and Management of Social Organizations (Draft for Solicitation of Comments) [Shehui zuzhi dengji guanli tiaoli (cao'an zhengqiu yijian gao)], 3 August 18, arts. 8, 10.

\74\ Ibid., art. 7.

\75\ Ibid., art. 13; ``Measures on the Management of Social Organizations' Credit Information, Severe Violations of Law and Those [Who Are] Untrustworthy Will Be Disciplined'' [Shehui zuzhi xinyong xinxi guanli banfa yanzhong weifa shixin jiang bei chengjie], CCTV, 31 January 18.

\76\ ``Chinese Communist Party Central Committee Issues `Plan for Deepening Reform of Party and Government Agencies' '' [Zhonggong zhongyang yinfa ``shenhua dang he guojia jigou gaige fang'an''], Xinhua, 21 March 18, art. 38.

\77\ State Council, Institutional Reform Plan [Guowuyuan jigou gaige fang'an], 17 March 18, sec. 2(4).

\78\ ``Wang Yong: Establishing a National International Development Cooperation Agency'' [Wang yong: zujian guojia guoji fazhan hezuo shu], Xinhua, 13 March 18.

\79\ David Gitter and Leah Fang, ``The Chinese Communist Party International Department: Overlooked Yet Ever Present,'' The Diplomat, 8 August 16.

\80\ Gong Jie, ``1st Silk Road NGO Cooperation Network Forum Kicks Off,'' China.org.cn, 21 November 17.

\81\ Silk Road NGO Cooperation Network, ``Member Organizations,'' 10 July 18. The Silk Road NGO Cooperation Network includes member organizations such as the All-China Youth Federation, All-China Women's Federation, Chinese People's Association for Friendship with Foreign Countries, Buddhist Association of China, China Catholic Patriotic Association and Bishops' Conference of the Catholic Church, China Islamic Association, and China Religious Culture Communication Association, among other government-organized non-governmental organizations (GONGOs).

\82\ Gong Jie, ``1st Silk Road NGO Cooperation Network Forum Kicks Off,'' China.org.cn, 21 November 17; Silk Road NGO Cooperation Network, ``Member Organizations,'' 10 July 18.

\83\ China NGO Network for International Exchanges, ``About Us,'' last visited 14 June 18; Silk Road NGO Cooperation Network, ``Introduction of the First Silk Road NGO,'' 24 November 17.

\84\ State Council, ``Sun Jiazheng'' [Sun jiazheng], 14 March 18.

\85\ Gerry Groot, ``The Long Reach of China's United Front Work,'' Lowy Institute, The Interpreter, 6 November 17.

\86\ James A. Millward, ``Is China a Colonial Power? '' New York Times, 4 May 18; Shanthi Kalathil, ``China in Xi's `New Era': Redefining Development,'' Journal of Democracy, Vol. 29, Issue 2 (April 2018), 52-55.

Institutions of
Democratic
Governance

```
                                        Institutions of
                                        Democratic
                                        Governance
```

          Institutions of Democratic Governance


              Governance in China's One-Party System

     China's one-party authoritarian political system remains
out of compliance with the standards defined in the
International Covenant on Civil and Political Rights,\1\ which
China has signed and declared an intention to ratify,\2\ and
the Universal Declaration of Human Rights.\3\ These standards
require that citizens be allowed to freely choose their
representatives \4\ and to hold their officials accountable
through fair and impartial elections regardless of political
party membership.\5\ Historic developments in China this past
year signified further regression from these international
standards of democratic governance: \6\ The Chinese Communist
Party tightened its control over the government and society
through a significant restructuring of central Party and
government institutions,\7\ and the Party and government
overturned a key institutional reform of the post-Mao era by
abolishing presidential term limits.\8\ In his report to the
19th National Congress of the Chinese Communist Party (19th
Party Congress) in October 2017, Party General Secretary and
President Xi Jinping asserted that Party building will play a
``decisive role'' in achieving the Party's goal of the ``great
rejuvenation of the Chinese nation.'' \9\ According to an
expert, the speech implies that ``the Party is the prerequisite
for any success [of the country].'' \10\ As Party leaders
demanded obedience and loyalty from all sectors of society,\11\
the Party itself increasingly came under the personal
leadership of Xi.\12\ Citizens who voiced disagreement with
official policies faced harassment, detention, or criminal
prosecution,\13\ demonstrating Chinese authorities' violation
of citizens' right to participate in public affairs.\14\


              Xi Jinping Further Amassed Power

     This past year, Party General Secretary and President Xi
Jinping further ``[centralized] authority under his personal
leadership,'' \15\ thereby undermining collective
leadership,\16\ ``[reversing] reform and opening initiated by
former Chinese leader Deng Xiaoping . . .,'' \17\ and
``destabilizing'' China's political system,\18\ according to
scholars and experts. At the 19th Party Congress,\19\ convened
between October 18 and 24, 2017,\20\ Xi delivered the 18th
Central Committee report in which he reiterated a key goal of
the Party's economic plan \21\ to complete the final phase of
building a ``moderately prosperous society'' by 2020.\22\ Xi
demanded that all sectors of society obey the Party Central
Committee,\23\ and he also further solidified his leadership
over the Party.\24\ On October 24, 2017, members of the 19th
Party Congress voted to amend the Chinese Communist Party
Constitution to recognize Xi as the ``core'' leader of the
Party Central Committee \25\ and to write Xi's name and theory
into the preamble.\26\ According to a U.S.-based scholar, the
amendment ``marks a degree of influence and dominance not
shared by any other leader since Mao [Zedong].'' \27\ An
analysis described Xi's theory, ``Xi Jinping Thought on
Socialism With Chinese Characteristics for a New Era,'' as ``a
super-nationalistic narrative.'' \28\ In addition, Xi's
references to the importance of ``propaganda and thought work''
(xuanchuan sixiang gongzuo) in his speeches since assuming
power at the 18th Party Congress evoke ``brainwashing and Mao-
style ideological campaigns,'' according to this analysis.\29\
In March 2018, the Central Committee issued a plan to
restructure Party and government organizations and elevated
four leading small groups (lingdao xiaozu) headed by Xi to
committees; the leading small groups were responsible for

**AR-1416**

reform efforts, cybersecurity, finance, and foreign affairs,
and the redesignation, according to some observers, may enhance
Xi's authority and control over these policy issues.\30\ [For
more information on the restructuring of Party and government
organizations, see Party Expands Power Over Government and
Society below.]

--------------------------------------------------------------------
    China's Constitution Amended To Eliminate  Presidential Term Limits
--------------------------------------------------------------------
    Carrying out the Party Central Committee's recommendation,\31\ the
National People's Congress \32\ amended China's Constitution on March
11, 2018, with a vote of 2,958 in favor, 2 against, and 3
abstentions.\33\ In what two experts characterized as ``historically
consequential'' revisions,\34\ the amended Constitution no longer
limits the president to serving two five-year terms.\35\ Former leader
Deng Xiaoping took a leading role in instituting term limits in 1982,
reportedly to avoid over-concentration of political power in one person
\36\ and to establish an ``orderly system of succession.'' \37\
Eliminating term limits potentially would allow Xi Jinping to retain
the presidency indefinitely,\38\ and it signified Xi's repudiation of
the succession system developed by Deng, according to observers.\39\
Chinese and international observers said that the move--even if made
with the intention of improving governance, as an NPC spokesman stated
\40\--could lead to disorder,\41\ and ``revert[s] the country back to
the era of strongman politics and the personality cult.'' \42\
    While state and Party news outlets asserted that the constitutional
amendment enjoyed wide public support,\43\ different forms of protest
against the amendment took place outside China.\44\ Authorities
reportedly suppressed dissenting voices by means of censorship,\45\
detention,\46\ and keeping democracy and rights advocates away from
Beijing municipality.\47\ In one example, the Party Committee of
Zhongnan University of Economics and Law removed a university professor
from her teaching position for criticizing the constitutional
amendment.\48\ Outside China, Chinese students studying at over 30
schools around the world reportedly hung posters protesting the removal
of term limits.\49\
--------------------------------------------------------------------

                    EROSION OF INTRAPARTY DEMOCRACY

    Xi Jinping further centralized his political power by
handpicking persons to fill top leadership positions.\50\ In
October 2017, the First Plenum of the 19th Central Committee
announced the new members of the Politburo and its Standing
Committee,\51\ the de facto center of political power in
China.\52\ Xi Jinping reportedly handpicked the new members
\53\ through conducting personal interviews.\54\ During the
previous two congresses, the Party experimented with a straw
poll, allowing a group of Party leaders to recommend
candidates,\55\ as a step toward intraparty democracy (dangnei
minzhu; also translated as ``inner-Party democracy'').\56\
Although it is unclear if the straw poll approach had an actual
impact on the ultimate selection, it ``suggested the legitimacy
of the leading cadres of the [Communist Party],'' according to
an expert.\57\ An official news article cited the prevention of
corrupt practices to justify Xi's dismissal of the straw poll
approach.\58\ One observer expressed regrets that the straw
poll approach was outright abandoned rather than improved
upon,\59\ and another observer said that prior ``optimism for
[intraparty democracy] proved short-lived.'' \60\

            Party Expands Power Over Government and Society

    At the annual meetings of the National People's Congress
(NPC) and Chinese People's Political Consultative Conference in
March 2018 (Two Sessions), central authorities unveiled
sweeping changes to Party and government structures.\61\ Such
reorganization, China's biggest in decades,\62\ gives the Party
and Xi tighter control \63\ in a number of areas as the Party
takes over the responsibility of policy implementation, which
in recent decades had largely been left to the government

AR-1417

bureaucracy.\64\ One scholar observed that these changes also
are likely to erode the space for policy discussions and reduce
checks on the abuse of power.\65\ Examples in which the
restructuring plan grants the Party control over government-
held functions include the following:

> The Central Party School and the Chinese
> Academy of Governance merged to consolidate the Party's
> leadership in training government officials and in
> ensuring their ideological conformity.\66\
> The Party's United Front Work Department
> assumed exclusive policymaking authority over religious
> and ethnic minority matters.\67\ [For more information
> on the impact on religious freedom, see Section II--
> Freedom of Religion.]
> The Party's Central Propaganda Department took
> over managerial responsibilities for press and film
> administration from the State Administration of Press,
> Publication, Radio, Film, and Television (SAPPRFT),
> which was disbanded as a result of the
> reorganization.\68\ A newly created State Council
> agency called the State Radio and Television
> Administration took over SAPPRFT's remaining
> responsibility for radio and television administration,
> while the Central Propaganda Department will continue
> to have a leadership role over the three major official
> broadcast entities.\69\ In July 2018, the Propaganda
> Department and the Central Organization Department
> directed local units such as schools, research
> institutions, and enterprises to produce media content,
> hold special topic seminars, and implement training
> modules aimed at expeditiously cultivating among
> intellectuals ``a striving spirit to promote
> patriotism,'' and aligning them with the Party and
> government's objectives.\70\ A former provincial-level
> propaganda department official characterized this as a
> brainwashing campaign targeting intellectuals.\71\

Another structural change that further blurs the line
between the Party and the government is the creation of the
National Supervisory Commission (NSC) to direct anticorruption
efforts.\72\ At the Two Sessions, the NPC, acting at the
direction of the Party's Central Committee,\73\ established the
NSC by amending the Constitution \74\ and passing the PRC
Supervision Law.\75\ The Supervision Law grants the NSC similar
status as the State Council, the Supreme People's Court, and
the Supreme People's Procuratorate (SPP).\76\ The NSC replaces
the Ministry of Supervision and National Bureau of Corruption
Prevention, and takes over certain duties of the SPP involving
the investigation of official misconduct such as bribery and
dereliction of duty.\77\ The NSC shares office space,
personnel, and a website with the Central Commission for
Discipline Inspection (CCDI), a Party entity,\78\ and is under
the direct supervision of the Party's Central Committee.\79\
While the CCDI's jurisdiction is limited to Party members,
the new PRC Supervision Law grants the NSC broad supervisory
jurisdiction covering not only Party and government officials,
but also administrators at state-owned enterprises, public
schools and hospitals, as well as village and residence
committees.\80\ Some observers opined that creating the NSC
allowed the Party to extend its extrajudicial disciplinary
reach over the entire public sector,\81\ which is estimated to
be over 100 million people.\82\ In addition, the PRC
Supervision Law grants the NSC authority to confine individuals
under a newly institutionalized disciplinary measure called
``confinement'' (liuzhi) for up to six months without judicial
oversight.\83\ Unlike ``double designation'' (shuanggui), a
coercive measure reserved for Party members only,\84\ experts
have assessed that liuzhi NSC officials may apply liuzhi to confine
any person suspected of bribery or of participating in crimes
involving official misconduct, which may include civilians and
foreign citizens.\85\ [For more information on arbitrary

**AR-1418**

detention and on the NSC's authority to confine individuals,
see text box titled Confinement (Liuzhi) Under the PRC
Supervision Law in Section II--Criminal Justice.]

Control Over Citizens


SOCIAL CREDIT SYSTEM

     Party and government leadership continued to build the
social credit system that aims to use surveillance and
artificial intelligence to coerce and incentivize individuals
to participate in ``social management'' to maintain social
order.\86\ In 2014, the State Council issued a plan to complete
by 2020 the regulatory and technical framework for a national
social credit system,\87\ which is designed to measure
citizens' creditworthiness and moral integrity as it relates to
``socialist core values.'' \88\ As a social management tool
currently consisting of ``fragmented initiatives that share a
basic set of objectives [and] operational frameworks,'' \89\
the system takes into account factors beyond financial
transactions to include criminal records, traffic violations,
social media activities, and political activities.\90\ Critics
have raised concerns that the social credit system is part of
the Chinese government's efforts to counter perceived threats
to national security and shape citizens' behavior through
massive data-gathering and surveillance at the expense of
privacy.\91\
     As part of its efforts to develop the social credit system,
the Chinese government this past year moved to gain access to
personal information collected by commercial enterprises.\92\
In February 2018, China's central bank, the People's Bank of
China, granted a license to Baihang Credit Scoring (Baihang) to
operate as a credit reporting company, enabling it to collect
and process personal information.\93\ The newly formed Baihang
is owned by eight major private companies in credit-related
businesses \94\ and the National Internet Finance Association
of China (NIFAC), a Party- and state-organized association that
supervises the implementation of government policies in
internet finance.\95\ The eight companies could share among
themselves and with the NIFAC \96\ a wide range of customer
data.\97\ The license was granted despite the Cyberspace
Administration of China having found one of the member
companies to have collected personal information in violation
of the non-binding \98\ government standards for safeguarding
personal information.\99\ Moreover, the manner in which
collected data may be automatically shared among the eight
companies for credit evaluation raised concerns that it could
exceed the scope of customers' consent.\100\ In June 2018,
Baihang partnered with over 120 companies, which would provide
Baihang with personal information of their customers in
exchange for access to Baihang's credit information
database.\101\ One source expressed concern over whether
Baihang's member companies' data sharing would violate China's
privacy laws.\102\
     In addition, part of the implementation of the social
credit system in some cases may violate citizens' due process
rights and infringe on their right to freedom of movement.\103\
In March 2018, the National Development and Reform Commission
(NDRC) and other state entities issued two opinions prohibiting
certain individuals who have ``lost credit in serious ways''
from taking trains for six months \104\ or airplanes for a
year.\105\ Affected individuals include those blacklisted
because of their failure to satisfy a court judgment.\106\
International NGO Human Rights Watch highlighted two cases in
which a lawyer and a journalist were unable to buy plane
tickets because they were blacklisted as ``untrustworthy,''
respectively, for a court-ordered apology deemed ``insincere''
and a payment submission that a court said it did not
receive.\107\ The NDRC deputy director reported in March that
authorities had restricted 3 million individuals from using
trains and 9 million from using aircraft due to ``lost

credit.'' \108\

## AN EXPANDING, PERVASIVE SURVEILLANCE SYSTEM

The Chinese government continued to expand the existing
video surveillance system (also known as Skynet) \109\ this
past year. In 2005, the Ministry of Public Security initiated a
pilot program to implement video surveillance systems in over
400 localities, and the ministry expanded the program to cover
every prefecture-level city by 2011.\110\ Official news agency
China News Service reported that the surveillance system had a
limited impact on fighting crime and that its primary function
is to ``maintain social stability'' such as preventing protests
and demonstrations.\111\ Between 2012 and 2017, the system grew
to consist of 20 million cameras,\112\ covering over 5,000
local administrative jurisdictions,\113\ with many having
facial recognition capabilities.\114\ In January 2018, the
Party Central Committee and State Council issued an opinion on
``rejuvenating'' villages and expressed the intention to expand
the surveillance system to cover rural areas,\115\ consisting
of about 41 percent of China's population.\116\

In addition, Chinese authorities are building biometric
databases to monitor broad segments of the population.\117\ In
December 2017, the Wall Street Journal reported that public
security officials in various locations in China collected
biometric information such as saliva and blood samples from
individuals, in some cases without their informed consent, who
had expressed views critical of the government or committed
minor infractions.\118\ The police in Ningxia Hui Autonomous
Region reportedly wrote that they ``were transforming DNA
technology from simply a criminal investigation tool into an
important initiative for social control and safety keeping.''
\119\ In some localities, authorities gathered biometric
information from migrant workers and coal miners because
officials deemed these groups to be ``a higher risk to social
stability.'' \120\ In the Xinjiang Uyghur Autonomous Region,
authorities ``[collected] DNA samples of all residents between
the ages of 12 and 65.'' \121\ China reportedly lacks adequate
privacy protections with respect to the installation of
surveillance cameras and the collection of biometric
information.\122\ [For more information on surveillance in the
Xinjiang Uyghur Autonomous Region, see Section IV--Xinjiang.]

## CONTINUED CRACKDOWN ON FREE SPEECH, ASSEMBLY, AND ASSOCIATION

Chinese authorities continued to harass, detain, and
imprison advocates who exercised their rights to freedom of
speech, assembly, and association. The UN Office of the High
Commissioner for Human Rights has found that the free exercise
of these rights constitutes ``essential conditions'' for
effective political participation.\123\ Representative cases
are as follows:

Authorities harassed individuals around the
29th anniversary of the 1989 Tiananmen protests by
means of censorship, questioning, detention, and
enforced disappearance.\124\ For example, on June 4,
2018, police and officials from the local religious
affairs bureau detained over 17 members of the Early
Rain Covenant Church in Chengdu municipality shortly
before a scheduled prayer meeting to commemorate the
anniversary.\125\
Authorities continued to administratively and
criminally detain democracy advocates.\126\ In one
case, on May 21, 2018, police took rights defender Yu
Qiyuan into custody at a train station in Guangzhou
municipality, Guangdong province,\127\ reportedly in
connection with his participation in a sea memorial
held in July 2017 in Guangdong to commemorate the death
of Nobel Peace Prize laureate Liu Xiaobo.\128\ Yu
tweeted that police located him with facial recognition
technology.\129\

**AR-1420**