On May 11, 2018, the Wuhan Intermediate People's Court tried Qin Yongmin, whom authorities accused of ``subversion of state power'' in connection to his participation in the banned China Democracy Party and the domestic NGO China Human Rights Watch.\130\ The trial took place more than three years after authorities detained him in January 2015.\131\ According to Qin's sister-in-law, authorities also forcibly disappeared Qin's wife Zhao Suli at the same time and placed her under soft detention.\132\ On July 11, 2018, the same court sentenced Qin to 13 years in prison and 3 years' deprivation of political rights.\133\

As of May 2018, Liu Feiyue, founder of the rights monitoring website Civil Rights & Livelihood Watch, remained in pretrial detention on suspicion of ``inciting subversion of state power,'' since authorities took him into custody in November 2016.\134\

## Citizen Participation

### ELECTIONS

The Commission did not observe progress in expanding the scope of direct elections, which Chinese law limits to people's congresses of local jurisdictions such as smaller cities, counties, and townships.\135\ Chinese news media emphasized the Party's leadership in every step of the local election process,\136\ and citizens reportedly continued to face difficulties in running as independent candidates.\137\ Sources further highlighted instances in which officials suppressed meaningful participation in or speech regarding elections this past year,\138\ demonstrating that China's political institutions do not meet the standards for elections outlined in the Universal Declaration of Human Rights \139\ and International Covenant on Civil and Political Rights.\140\ For example, in January 2018, police in Laizhou city, Yantai municipality, Shandong province, took Zhang Yuxi into custody and ordered him to serve eight days' administrative detention on the charge of ``fabricating facts to disturb public order,'' thereby preventing him from participating in a village election.\141\ Zhang previously filed complaints about local officials' corrupt practices and exposed irregularities in a local election.\142\

### RULEMAKING PROCESS

The State Council's December 2017 amendments of two sets of regulations governing rulemaking processes \143\ have the potential to curb the arbitrary exercise of power \144\ and improve public participation, but they included language emphasizing the Party's control.\145\ The amended regulations require the State Council to solicit public opinion when drafting rules that diminish citizens' benefits or increase their responsibilities.\146\ State Council departments and local administrative departments are prohibited from making this type of rule unless expressly authorized by law.\147\ The amendments also require the rulemaking body to solicit public comments and permit it to hold public hearings or to appoint third-party experts with specialized knowledge to draft rules involving technical matters.\148\ Nevertheless, there is no mechanism by which the public can ensure that the rulemaking body has considered public comments.\149\ Moreover, the amendments added a new requirement for compliance with the Party's decisions and policies.\150\

### Transparency

The Chinese Communist Party issued regulations with the stated goal of improving transparency in Party affairs, but

**AR-1421**

their impact likely will be limited. In December 2017, the
Party Central Committee issued trial Regulations on Open Party
Affairs (Open Party Regulations) that require Party entities to
release information to the extent relevant to Party members and
the public.\151\ Unlike the Open Government Information
Regulations,\152\ the Open Party Regulations do not provide for
mechanisms that allow citizens to request disclosure, and
compliance is supervised by the Party itself.\153\ The scope of
disclosure under the Open Party Regulations generally is
limited to policy documents and work progress reports,\154\ and
does not require the release of financial information, which is
reportedly a key element in combating corruption.\155\ The
extent of public oversight on the new National Supervisory
Commission (NSC) remains uncertain because it is unclear which
set of disclosure rules applies--while the NSC reports to the
National People's Congress as a state entity, it also is
characterized as a political body.\156\

                          Accountability

    Central authorities have implemented a years-long
anticorruption campaign with the purported aim of holding
officials accountable, but reports continue to highlight the
campaign's apparent underlying political motivations and note
that corruption remains pervasive in China.\157\ The Central
Commission for Discipline Inspection (CCDI) announced that
authorities nationwide disciplined a total of 527,000
individuals in 2017; \158\ meanwhile, corruption reportedly
remained a significant problem.\159\ A scholar noted that Xi
Jinping has used the anticorruption campaign to disrupt
``[f]actions organized around political rivals.'' \160\ As the
CCDI underscored in the communique of its second plenary
session, the elimination of individuals disloyal to the Party
is part of the objective of the anticorruption campaign.\161\
Vice President Wang Qishan,\162\ who ran the campaign in his
previous role as the CCDI Secretary,\163\ wrote a commentary in
October 2017 that further underscored the political motivations
of the campaign.\164\ Wang identified political corruption as
the worst form of corruption, which includes stealing power
from the Party and the state by creating interest groups and
undermining the Party's control by organizing factional
activities.\165\ A U.K.-based scholar noted that widespread
corruption persists in China due to the absence of true
accountability and transparency regarding internal affairs and
that Chinese leaders do not display sufficient commitment to
address these challenges.\166\
    Authorities in various localities retaliated against
individuals who exposed official misconduct. Examples are as
follows:

         In August 2017, the Heyuan Municipal
         Intermediate People's Court in Guangdong province
         dismissed Liu Yao's \167\ appeal challenging a lower
         court's judgment sentencing him to 20 years in prison
         and fined him 1.4 million yuan (approximately
         US$209,000) for ``extortion,'' ``fraud,'' and
         ``purchasing a trafficked child.'' \168\ Liu's
         detention is reportedly connected to his efforts to
         expose corruption, including an official's alleged
         involvement in unlawful appropriation of farmland for a
         golf course project.\169\
         In February 2018, the Huidong County People's
         Court in Huizhou municipality, Guangdong, convicted Li
         Jianxin on the charge of ``extortion'' and sentenced
         him to 11 years in prison.\170\ Li's detention is
         reportedly connected to his efforts to expose
         corruption by local officials, including a former
         deputy mayor of Huizhou.\171\

                                      Institutions of
                                        Democratic

**AR-1422**

Governance
Institutions of
Democratic
Governance
Notes to Section III--Institutions of Democratic Governance

\1\ International Covenant on Civil and Political Rights, adopted
by UN General Assembly resolution 2200A (XXI) of 16 December 66, entry
into force 23 March 76.

\2\ United Nations Treaty Collection, Chapter IV, Human Rights,
International Covenant on Civil and Political Rights, last visited 13
July 18; State Council Information Office, ``National Human Rights
Action Plan of China (2016-2020)'' [Guojia renquan xingdong jihua
(2016-2020 nian)], 29 September 16, sec. 5.

\3\ Universal Declaration of Human Rights, adopted and proclaimed
by UN General Assembly resolution 217A(III) of 10 December 48.

\4\ Ibid., art. 21. Article 21 of the UDHR provides that,
``Everyone has the right to take part in the government of his country,
directly or through freely chosen representatives . . .. The will of
the people shall be the basis of the authority of government, this will
shall be expressed in periodic and genuine elections which shall be by
universal and equal suffrage and shall be held by secret vote or by
equivalent free voting procedures.''

\5\ International Covenant on Civil and Political Rights, adopted
by UN General Assembly resolution 2200A (XXI) of 16 December 66, entry
into force 23 March 76, art. 25.

\6\ David Shambaugh, ``Under Xi Jinping, a Return in China to the
Dangers of an All-Powerful Leader,'' South China Morning Post, 1 March
18; Cheng Li and Ryan McElveen, Brookings Institution, ``China's
Constitutional Conundrum,'' 28 February 18.

\7\ Willy Wo-Lap Lam, ``At China's `Two Sessions,' Xi Jinping
Restructures Party-State To Further Consolidate Power,'' Jamestown
Foundation, 26 March 18.

\8\ Alice L. Miller, ``Only Socialism Can Save China; Only Xi
Jinping Can Save Socialism,'' Stanford University, Hoover Institution,
China Leadership Monitor, No. 56 (Spring 2018), 16 May 18.

\9\ ``Xi Jinping: Secure a Decisive Victory in Building a
Moderately Prosperous Society in All Respects and Strive for the Great
Success of Socialism With Chinese Characteristics for a New Era'' [Xi
jinping: juesheng quanmian jiancheng xiaokang shehui duoqu xin shidai
zhongguo tese shehui zhuyi weida shengli], 18 October 17, Xinhua, 27
October 17; Jessica Batke, ``Party All the Time: Governance and Society
in the New Era,'' China Stanford University, Hoover Institution,
Leadership Monitor, No. 55 (Winter 2018), 23 January 18, 2. See also,
Qian Gang, ``Qian Gang Exclusive: Report on Discussion in 2017 Part 1
The System of `Xi's Discourse' Is Established'' [Qian gang zhuanwen:
2017 yuxiang baogao--``xi yu'' tixi queli], Storm Media, 6 January 18.

\10\ Jessica Batke, ``Party All the Time: Governance and Society in
the New Era,'' Stanford University, Hoover Institution, China
Leadership Monitor, No. 55 (Winter 2018), 23 January 18, 2.

\11\ ``Xi Jinping: Secure a Decisive Victory in Building a
Moderately Prosperous Society in All Respects and Strive for the Great
Success of Socialism With Chinese Characteristics for a New Era'' [Xi
jinping: juesheng quanmian jiancheng xiaokang shehui duoqu xin shidai
zhongguo tese shehui zhuyi weida shengli], 18 October 17, Xinhua, 27
October 17, sec. 3. See also Chris Buckley, `` `Orwellian Nonsense'?
China Says That's the Price of Doing Business,'' New York Times, 6 May
18; Jeffrey Wasserstrom, ``Statesman, Strongman, Philosopher, Autocrat:
China's Xi Is a Man Who Contains Multitudes,'' The Conversation, 2
April 18; Tom Phillips, ``Xi Shores Up Power With Demand for Army
Obedience and Foreign Respect,'' Guardian, 1 August 17.

\12\ James M. Lindsay, Council on Foreign Relations, ``Xi's China
Is More Authoritarian at Home and More Assertive Abroad, Argues
Elizabeth Economy in New Book,'' 1 May 18; Gordon G. Chang, ``Xi
Jinping's Great Leap Backward,'' American Conservative, 9 July 18;
Jessica Meyers, ``China's Communist Party Elders Picked Xi Jinping
Because They Thought They Could Control Him. They Were Wrong,'' Los
Angeles Times, 16 October 17; Chris Buckley, ``Xi Jinping Opens China's
Party Congress, His Hold Tighter Than Ever,'' New York Times, 17
October 17; John Garrick and Yan Chang Bennett, `` `Xi Jinping
Thought,' '' China Perspective, Vol. 1-2 (2018), 100.

\13\ See, e.g., Rights Defense Network, ``Wuhan Dissident Qin

**AR-1423**

Yongmin Heavily Sentenced to 13 Years in Prison'' [Wuhan yiyi renshi qin yongmin zao zhongpan 13 nian], 11 July 18; Rights Defense Network, ``Monthly Report on Detained Political Prisoners and Prisoners of Conscience in Mainland China (May 31, 2018) Issue No. 32 (Total 761 Persons) (Part 1)'' [Zhongguo dalu zaiya zhengzhifan, liangxinfan yuedu baogao (2018 nian 5 yue 31 ri) di 32 qi (gong 761 ren) (di 1 bufen)], 31 May 18; ``Participant of Sea Memorial for Liu Xiaobo Detained by `Facial Recognition' '' [Canyu liu xiaobo haiji renshi yi bei ``renlian shibie'' zao zhuabu], Radio Free Asia, 22 May 18; Rights Defense Network, ``Democracy Rights Advocate Huang Wenxun Continues To Be Harrassed and Pressured by Authorities Following Release From Prison'' [Minzhu weiquan renshi huang wenxuan chuyu hou reng zao dangju buduan saorao he daya], 25 May 18.

    \14\ International Covenant on Civil and Political Rights, adopted by UN General Assembly resolution 2200A (XXI) of 16 December 66, entry into force 23 March 76, art. 25.

    \15\ Elizabeth C. Economy, The Third Revolution (Oxford: Oxford University, 2018), 10; James M. Lindsay, Council on Foreign Relations, ``Xi's China Is More Authoritarian at Home and More Assertive Abroad, Argues Elizabeth Economy in New Book,'' 1 May 18.

    \16\ Shannon Tiezzi, ``Carl Minzner on China's Post-Reform Era,'' The Diplomat, 4 April 18; Elizabeth C. Economy, The Third Revolution (Oxford: Oxford University, 2018), 52-53; David Shambaugh, ``Under Xi Jinping, a Return in China to the Dangers of an All-Powerful Leader,'' South China Morning Post, 1 March 18.

    \17\ James M. Lindsay, Council on Foreign Relations, ``Xi's China Is More Authoritarian at Home and More Assertive Abroad, Argues Elizabeth Economy in New Book,'' 1 May 18. Elizabeth C. Economy, The Third Revolution (Oxford: Oxford University, 2018), 53.

    \18\ Carl Minzner, ``Reversing Reform,'' Asia Society, ChinaFile, 8 March 18; Carl Minzner, End of an Era (Oxford: Oxford University Press, 2018), 29, 30, 32, 34.

    \19\ Chinese Communist Party Constitution [Zhongguo gongchandang zhangcheng], adopted 6 September 82, amended 1 November 87, 18 October 92, 18 September 97, 14 November 02, 21 October 07, 14 November 12, 24 October 17, art. 19. The Chinese Communist Party Constitution provides that a Party Congress is held once every five years and convened by the Central Committee. ``18th Party Congress Begins, Hu Jintao Presents Report'' [Shiba da kaimu hu jintao zuo baogao], Xinhua, 8 November 12. The 18th Party Congress took place in November 2012.

    \20\ ``19th Party Congress of the Chinese Communist Party Convenes in Beijing, Xi Jinping Delivers Work Report to Congress on Behalf of the 18th Central Committee, Presided Over by Li Keqiang'' [Zhongguo ggongchandang di shijiu ci quanguo daibiao dahui zai jing kaimu xi jinping daibiao di shiba jie zhongyang weiyuanhui xiang dahui zuo baogao li keqiang zhuchi dahui], Xinhua, 18 October 17; ``19th Party Congress of the Chinese Communist Party Concludes in Beijing, Xi Jinping Delivers Important Speech'' [Zhongguo gongchandang di shijiu ci quanguo daibiao dahui zai jing bimu xi jinping fabiao zhongyao jianghua], Xinhua, 24 October 17.

    \21\ See, e.g., ``Xi Jinping: Keep the Masses' Security and Well-Being Close to Our Hearts'' [Xi jinping ba qunzhong anwei lengnuan shike fang zai xinshang], Xinhua, 30 December 12; ``Thirteenth Five-Year Plan Passed: Average Per Capita Income in 2020 Targeted To Double Compared to 2010'' [Shisan wu guihua tongguo: 2020 nian renjun shouru bi 2010 nian fanfan], Beijing Times, reprinted in Xinhua, 30 October 15.

    \22\ ``Xi Jinping: Secure a Decisive Victory in Building a Moderately Prosperous Society in All Respects and Strive for the Great Success of Socialism With Chinese Characteristics for a New Era'' [Xi jinping: juesheng quanmian jiancheng xiaokang shehui duoqu xin shidai zhongguo tese shehui zhuyi weida shengli], 18 October 17, Xinhua, 27 October 17, sec. 4.

    \23\ Ibid., sec. 3. See also Chris Buckley, ``Orwellian Nonsense'? China Says That's the Price of Doing Business,'' New York Times, 6 May 18; Jeffrey Wasserstrom, ``Statesman, Strongman, Philosopher, Autocrat: China's Xi Is a Man Who Contains Multitudes,'' The Conversation, 2 April 18; Tom Phillips, ``Xi Shores Up Power With Demand for Army Obedience and Foreign Respect,'' Guardian, 1 August 17.

    \24\ Chinese Communist Party Constitution [Zhongguo gongchandang zhangcheng], adopted 6 September 82, amended 1 November 87, 18 October 92, 18 September 97, 14 November 02, 21 October 07, 14 November 12, 24

**AR-1424**

October 17, General Program; James M. Lindsay, Council on Foreign Relations, ``Xi's China Is More Authoritarian at Home and More Assertive Abroad, Argues Elizabeth Economy in New Book,'' 1 May 18; Gordon G. Chang, ``Xi Jinping's Great Leap Backward,'' American Conservative, 9 July 18; Jessica Meyers, ``China's Communist Party Elders Picked Xi Jinping Because They Thought They Could Control Him. They Were Wrong,'' Los Angeles Times, 16 October 17; Chris Buckley, ``Xi Jinping Opens China's Party Congress, His Hold Tighter Than Ever,'' New York Times, 17 October 17; John Garrick and Yan Chang Bennett, `` `Xi Jinping Thought,' '' China Perspective, Vol. 1-2 (2018), 100.

    \25\ Zhao Chao and Chen Weiwei, ``Glorious Guide To Building a Marxist Ruling Party--Story of the Birth of the `Chinese Communist Party Constitution (Amendment)' '' [Jianshe makesi zhuyi zhizhengdang de guanghui zhiyin--`` `zhongguo gongchandang zhangcheng (xiuzheng'an)'' dansheng ji], Xinhua, 28 October 17.

    \26\ Central Commission for Discipline Inspection, ``Understanding Through One Picture: Table Illustrating Changes in the `Constitution of the Chinese Communist Party' '' [Yitu dudong: ``zhongguo gongchandang zhangcheng'' xiugai duibi yilanbiao], 31 October 17.

    \27\ Joseph Fewsmith, ``The 19th Party Congress: Ringing in Xi Jinping's New Age,'' Stanford University, Hoover Institution, China Leadership Monitor, No. 55 (Winter 2018), 23 January 18, 7-8.

    \28\ Willy Wo-Lap Lam, ``What is Xi Jinping Thought?'' Jamestown Foundation, China Brief, Vol. 17, Issue 12, 21 September 17.

    \29\ Ibid.; ``Summary of Xi Jinping's Captivating Speeches on `Propaganda and Thought Work' Since 18th Party Congress'' [Xi jinping shibada yilai guanyu ``xuanchuan sixiang gongzuo'' jingcai lunshu zhaibian], People's Daily, 19 August 14; Zhang Xiaosong and Huang Xiaoxi, ``Xi Jinping Attends National Propaganda and Thought Work Conference and Delivers Important Speech'' [Xi jinping chuxi quanguo xuanchuan sixiang gongzuo huiyi bing fabiao zhongyao jianghua], Xinhua, 22 August 18.

    \30\ ``Chinese Communist Party Central Committee Issues `Plan for Deepening Reform of Party and Government Agencies' '' [Zhonggong zhongyang yinfa ``shenhua dang he guojia jigou gaige fang'an''], Xinhua, 21 March 18, sec. 1(4); Alice L. Miller, ``Only Socialism Can Save China; Only Xi Jinping Can Save Socialism,'' Stanford University, Hoover Institution, China Leadership Monitor, No. 56 (Spring 2018), 16 May 18, 7; Jun Mai, ``China Unveils Bold Overhaul To Tighten Communist Party Control,'' South China Morning Post, 22 March 18; Mai Yanting, ``Reform Leads to `Party-Based Governance,' NPC's Supervisory Function Significantly Weakened'' [Gaige ling zhonggong ``yi dang zhiguo'' renda jiandu xiaoneng da xue], Radio France Internationale, 22 March 18. See also Zheng Yanzhi, `` `Small Groups' Become `Committees,' It's Transcendence as Much as Status Elevation!'' [``Xiaozu'' bian ``weiyuanhui,'' jishi shengge, gengshi shenghua!], People's Daily, 29 March 18.

    \31\ ``Chinese Communist Party Central Committee's Recommendation To Amend Portion of the Constitution'' [Zhongguo gongchandang zhongyang weiyuanhui guanyu xiugai xianfa bufen neirong de jianyi], 26 January 18, Xinhua, 25 February 18, item 14.

    \32\ The National People's Congress has been described as ``a rubber-stamp body with no real legislative power.'' Andrew J. Nathan, ``China: Back to the Future,'' New York Review of Books, 10 May 18.

    \33\ ``Amendment to the People's Republic of China Constitution Passed'' [Zhonghua renmin gongheguo xianfa xiuzheng'an tongguo], People's Daily, 11 March 18; Amendment to the PRC Constitution [Zhonghua renmin gongheguo xianfa xiuzheng'an], Xinhua, 11 March 18, item 45; Lin Xiaowei et al., ``Collaborative News: Escorting the Convoy in the New Era, Apt Time To Amend Constitution--International Community Watches Closely as National People's Congress Passes Constitutional Amendment'' [Zonghe xiaoxi: huhang xin shidai xiuxian zhengdang shi--guoji shehui guanzhu quanguo renda tongguo xianfa xiuzheng'an], Xinhua, 11 March 18; Luo Zhengguang and Zhu Jiehai, ``Featured Story: Historic and Dignified Moment--Reporting Deliberation and Passing of Constitutional Amendment at the First Plenum of the 13th National People's Congress'' [Texie: lishixing de zhuangyan shike--ji shisan jie quanguo renda yici huiyi biaojue tongguo xianfa xiuzheng'an], Xinhua, 12 March 18.

    \34\ Cheng Li and Ryan McElveen, Brookings Institution, ``China's Constitutional Conundrum,'' 28 February 18.

\35\ Amendment to the PRC Constitution [Zhonghua renmin gongheguo xianfa xiuzheng'an], Xinhua, 11 March 18, item 45.

\36\ Hong Zhenkuai, ``Looking at the Xi-Style Constitutional Amendment Through the Lens of Term Limit History'' [Cong renqi zhi lishi kan xi shi xiuxian], New York Times, 22 March 18; PRC Constitution, issued 4 December 82, amended 12 April 88, 29 March 93, 15 March 99, 14 March 04, 11 March 18, art. 79.

\37\ Andrew J. Nathan, ``China: Back to the Future,'' New York Review of Books, 10 May 18.

\38\ Chris Buckley and Steven Lee Myers, ``China's Legislature Blesses Xi's Indefinite Rule. It Was 2,958 to 2,'' New York Times, 11 March 18.

\39\ Andrew J. Nathan, ``China: Back to the Future,'' New York Review of Books, 10 May 18.

\40\ ``China: Abolishing Presidential Term Limits Good for Governance,'' Al Jazeera, 4 March 18.

\41\ David Bandurski, ``Li Datong's Open Letter,'' University of Hong Kong, Journalism & Media Studies Centre, China Media Project, 28 February 18; Deng Yuwen, ``With an End to Term Limits, Xi Can Realise His Chinese Dream--But Will the Price for China Be Too High?'' South China Morning Post, 6 March 18.

\42\ Cheng Li and Ryan McElveen, Brookings Institution, ``China's Constitutional Conundrum,'' 28 February 18.

\43\ Wang Mengran et al., ``Delegate From Jiangsu Sincerely Supports Passage of Constitutional Amendment'' [Jiangsu daibiao weiyuan zhongxin yonghu xianfa xiuzheng'an tongguo], Xinhua, 12 March 18; ``Giving Strong Constitutional Protection for Great Revitalization of the Chinese People'' [Wei zhonghua minzu weida fuxing tigong youli xianfa baozhang], Legal Daily, 22 March 18. See also ``Chinese NPC Passes Constitutional Amendment by Large Margin, Xi Jinping Begins To Rule With Unlimited Term'' [Zhongguo renda gao piao tongguo xiuxian'an xi jinping kaishi wuxianqi zhizheng], Voice of America, 11 March 18.

\44\ ``Chinese Protest Removal of Presidential Term Limits Outside China,'' Radio Free Asia, 15 March 18; Frances Mao, ``Xi Jinping: `Not My President' Posters Emerge Outside China,'' BBC, 12 March 18.

\45\ See, e.g., Echo Huang, ``How China Reacted to the Idea of Indefinite Rule by Xi, in Memes,'' Quartz, 26 February 18; ``Online `Blacklist' Initiated, Many WeChat Accounts Closed Down, Zhu Xinxin `Blacklisted and Censored' for Talking About `Life Tenure' '' [Qidong wangluo ``hei mingdan'' zhong weixin bei feng zhu xinxin yi ``zhongshenzhi'' zao ``lahei''], Radio Free Asia, 1 March 18; ``Stability Maintenance in Xi Jinping's `New Era': Compressing Space for Citizens' Freedom Using Advanced Technology'' [Xi jinping ``xin shidai'' weiwen: gao keji yasuo gongmin ziyou kongjian], Radio Free Asia, 26 March 18; ``Chongqing Local Lawyers Association and Lengshuijiang Justice Bureau Prohibit Lawyers From Participating in Online Discussions About `Constitutional Amendment,' According to Web Sources'' [Wang chuan chongqing difang lushi xiehui ji lengshuijiang shi sifaju yaoqiu lushi bude canyu ``xiugai xianfa'' wangluo taolun], Lawyers' Rights & Interests Concern Net (blog), 27 February 18; China Digital Times, ``Minitrue: How to Report on the NPC,'' 12 March 18.

\46\ See, e.g., Civil Rights & Livelihood Watch, ``Jiangxi Dissident Liang Bo Administratively Detained for Five Days for `Spreading Rumors' '' [Jiangxi yiyi renshi liang bo bei yi ``san yao'' xingju wu tian], 21 March 18; ``Former Procurator Shen Liangqing Detained Overnight for Questioning, Possibly for Criticizing Constitutional Amendment Online'' [Yi zai wangshang piping xiuxian qian jianchaguan shen liangqing bei tongxiao koucha], Radio Free Asia, 7 March 18; ``Detained for Satirizing Constitutional Amendment, Geng Caiwen and Huang Jingyi Released'' [Wangshang fengci xiuxian bei kou geng caiwen, huang jingyi huoshi], Radio Free Asia, 27 March 18. For more information, see the following records in the Commission's Political Prisoner Database: 2014-00234 on Huang Jingyi, 2015-00336 on Geng Caiwen, 2018-00316 on Liang Bo, and 2018-00317 on Shen Liangqing.

\47\ ``Sensitive People Forced To Leave Beijing for Stability Maintenance During Two Sessions, Netizens Detained for Satirizing Constitutional Amendment'' [Lianghui weiwen min'gan renshi bei po li jing wangmin feng xiuxian bei ju], Radio Free Asia, 3 March 18.

\48\ Rights Defense Network, ``CCP Tightening Control of Speech in Higher Education Institutions, Zhongnan University of Economics and Law Female Associate Professor Zhai Jiehong Disciplined for Speech in Class After Being Reported by Student'' [Zhonggong dangju gaoxiao yanlun

**AR-1426**

kongzhi riqu yanku zhongnan caijing zhengfa daxue nu fujiaoshou zhai
jiehong yin ketang yanlun zao xuesheng gaomi bei chufen], 21 May 18.

\49\ Qiu Zhongsun, ``Chinese Students Protest in America, Face
Danger at Home,'' Foreign Policy, 28 May 18.

\50\ Susan Shirk et al., ``The 19th Party Congress: A Retrospective
Analysis,'' in Xi Takes Charge: Implications of the 19th Party Congress
for China's Future, University of California at San Diego, School of
Global Policy & Strategy, 21st Century China Center, October 2017, 38.

\51\ Chinese Communist Party Central Committee, ``Communique of the
First Plenum of the 19th Chinese Communist Party Central Committee''
[Zhongguo gongchandang di shijiu jie zhongyang weiyuanhui di yici
quanti huiyi gongbao], 25 October 17; ``General Secretary Xi Jinping's
Comments to Chinese and Foreign Reporters at the 19th Political Bureau
Standing Committee of the Chinese Communist Party Central Committee''
[Xi jinping zongshuji zai shijiu jie zhonggong zhongyang zhengzhiju
changwei tong zhongwai jizhe jianmian shi de jianghua], Xinhua, 25
October 17.

\52\ Tony Saich, Governance and Politics of China (New York:
Palgrave Macmillan, 2015), 90; Wang Xiangwei, ``Analysis: How Xi
Jinping Revived Old Methods by Abandoning Intraparty Democracy,'' South
China Morning Post, 5 November 17.

\53\ ``Xi Jinping in Charge: Key Takeaways From China's 19th
Communist Party Congress,'' Albright Stonebridge Group, 27 October 17,
2; Wang Xiangwei, ``Analysis: How Xi Jinping Revived Old Methods by
Abandoning Intraparty Democracy,'' South China Morning Post, 5 November
17; Zhao Cheng et al., ``Strong Collective Leadership That Leads in the
New Era--Report of the Formation of the Party's New Institution of
Central Leadership'' [Linghang xin shidai de jianqiang lingdao jiti--
dang de xin yi jie zhongyang lingdaojigou chansheng jishi], Xinhua, 26
October 17. See also Alice L. Miller, ``The Road to the 19th Party
Congress,'' Stanford University, Hoover Institution, China Leadership
Monitor, No. 51 (Fall 2016), 30 August 16, 9-10.

\54\ Zhao Cheng et al., ``Strong Collective Leadership That Leads
in the New Era--Report of the Formation of the Party's New Institution
of Central Leadership'' [Linghang xin shidai de jianqiang lingdao
jiti--dang de xin yi jie zhongyang lingdaojigou chansheng jishi],
Xinhua, 26 October 17.

\55\ Wang Xiangwei, ``Analysis: How Xi Jinping Revived Old Methods
by Abandoning Intraparty Democracy,'' South China Morning Post, 5
November 17; Li Zhen et al., ``Explained by Party International Liaison
Department's Cartoon: How Does Chinese Communist Party Select Party and
Government Leaders and Cadres'' [Zhonglianbu manhua jiedu: zhonggong
zenyang xuanba dangzheng lingdao ganbu], People's Daily, 10 May 16; Liu
Siyang et al., ``Record of the Formation of a New Party Leadership
Institution'' [Dang de xin yi jie zhongyang lingdao jigou chansheng
jishi], People's Daily, 24 October 07.

\56\ Committee for a Workers' International, ``Xi Jinping: How
Strong Is China's Strongman?'' 17 November 17; Liu Siyang et al.,
``Record of the Formation of a New Party Leadership Institution'' [Dang
de xin yi jie zhongyang lingdao jigou chansheng jishi], People's Daily,
24 October 07; ``Highlights of Report Delivered to the General Assembly
by Comrade Hu Jintao on Behalf of the 16th Central Committee'' [Hu
jintao tongzhi daibiao di shiliu jie zhongyang weiyuanhui xiang dahui
zuo de baogao zhai deng], People's Daily, 18 October 07.

\57\ Joseph Fewsmith, ``The 19th Party Congress: Ringing in Xi
Jinping's New Age,'' Stanford University, Hoover Institution, China
Leadership Monitor, No. 55 (Winter 2018), 23 January 18, 16-17.

\58\ Zhao Cheng et al., ``Strong Collective Leadership That Leads
in the New Era--Report of the Formation of the Party's New Institution
of Central Leadership'' [Linghang xin shidai de jianqiang lingdao
jiti--dang de xin yi jie zhongyang lingdaojigou chansheng jishi],
Xinhua, 26 October 17.

\59\ Lu Bingquan, ``Is Xi Jinping Setting a Precedent or Breaking
the Rules?'' [Xi jinping kaichuang xianhe haishi pohuai guiju?], Ming
Pao, 7 November 17.

\60\ Wang Xiangwei, ``Analysis: How Xi Jinping Revived Old Methods
by Abandoning Intraparty Democracy,'' South China Morning Post, 5
November 17.

\61\ Chinese Communist Party Central Committee, Decision on
Deepening Reform of Party and Government Agencies'' [Zhongggong
zhongyang guanyu shenhua dang he guojia jigou gaige de jueding],
Xinhua, 4 March 18; ``Chinese Communist Party Central Committee Issues

`Plan for Deepening Reform of Party and Government Agencies' ''
[Zhonggong zhongyang yinfa ``shenhua dang he guojia jigou gaige
fang'an''], Xinhua, 21 March 18; State Council, Institutional Reform
Plan [Guowuyuan jigou gaige fang'an], 17 March 18; ``State Council
Structural Reform Plan Passed at First Session of the 13th National
People's Congress'' [Shisan jie quanguo renda yici huiyi pizhun
guowuyuan jigou gaige fang'an], Xinhua, 17 March 18.

    \62\ Mercator Institute for China Studies, ``China Update 7/2018:
23 March-12 April 18,'' 12 April 18.

    \63\ See, e.g., Keith Bradsher and Chris Buckley, ``China's
Communist Party Centralizes Power Over Finance and Pollution Control,''
New York Times, 12 March 18; Chris Buckley and Keith Bradsher, ``When
Xi Speaks, Chinese Officials Jump. Maybe Too High,'' New York Times, 16
March 18; Chris Buckley, ``China Gives Communist Party More Control
Over Policy and Media,'' New York Times, 21 March 18; Jun Mai, ``China
Unveils Bold Overhaul To Tighten Communist Party Control,'' South China
Morning Post, 22 March 18; ``China Unveils `Revolutionary' Plan to Give
Communist Party Even More Power,'' Bloomberg, 12 March 18; Willy Wo-Lap
Lam, ``At China's `Two Sessions,' Xi Jinping Restructures Party-State
To Further Consolidate Power,'' Jamestown Foundation, China Brief, Vol.
18, Issue 5, 26 March 18, 1-2.

    \64\ Shannon Tiezzi, ``Carl Minzner on China's Post-Reform Era,''
The Diplomat, 4 April 18; Council on Foreign Relations, ``Unrivaled
Power: The Lifting of China's Presidential Term Limits,'' 22 March 18;
Matthias Stepan and Sabine Muscat, ``In Xi's China, the Party Morphs
Into the State,'' Mercator Institute for China Studies, MERICS Blog--
European Voices on China, 7 March 18.

    \65\ Shannon Tiezzi, ``Carl Minzner on China's Post-Reform Era,''
The Diplomat, 4 April 18.

    \66\ ``Chinese Communist Party Central Committee Issues `Plan for
Deepening Reform of Party and Government Agencies' '' [Zhonggong
zhongyang yinfa ``shenhua dang he guojia jigou gaige fang'an''],
Xinhua, 21 March 18, secs. 1(6), (7); ``Head of Party Organization
Department Chen Xi To Head Chinese Academy of Governance, Tuo Zhen
Becomes Chief Editor of People's Daily'' [Zhongzu buzhang chen xi jian
guojia xingzheng xueyuan yuanzhang tuo zhen ren renmin ribao
zongbianji], Radio Free Asia, 4 April 18.

    \67\ ``Chinese Communist Party Central Committee Issues `Plan for
Deepening Reform of Party and Government Agencies' '' [Zhonggong
zhongyang yinfa ``shenhua dang he guojia jigou gaige fang'an''],
Xinhua, 21 March 18, secs. 1(13), (14).

    \68\ Ibid., secs. 1(11)-(12), 3(35).

    \69\ Ibid., sec. 3(35)-(36); Anne-Marie Brady, Marketing
Dictatorship: Propaganda and Thought Work in Contemporary China
(Lanham, MD: Rowman & Littlefield, 2008), 17.

    \70\ ``Central Organization Department and Central Propaganda
Department Issue `Notice on Initiating the `New Era of Promoting
Patriotic Striving Spirit and Contributing Meritorious Service'
Campaign That Deeply Penetrates the Large Number of Intellectuals' ''
[Zhongyang zuzhi bu zhongyang xuanchuan bu yinfa ``guanyu zai guangda
zhishi fenzi zhong shenru kaizhan `hongyang aiguo fendou jingshen,
jiangong liye xin shidai' huodong de tongzhi''], Xinhua, 31 July 18;
``Circular From Central Organization Department and Central Propaganda
Department Regarding Thoroughly Carrying Out the `New Era of Promoting
Patriotic Striving Spirit and Contributing Meritorious Service'
Activities Among a Wide Range of Intellectuals'' [Zhonggong zhongyang
zuzhi bu zhonggong zhongyang xuanchuanbu guanyu zai guangda zhishi
fenzi zhong shenru fendou ``hongyang aiguo fendou jingshen, jiangong
liye xin shidai'' huodong de tongzhi], Xinhua, 31 July 18, sec. II(2).

    \71\ ``Chinese Communist Party Issues Notice, Intellectuals Must Be
Brainwashed and Patriotic'' [Zhonggong fa tongzhi zhishi fenzi xu
xi'nao aiguo], Radio Free Asia, 2 August 18.

    \72\ Freedom House, ``Freedom in the World 2018--China,'' last
visited 27 March 18.

    \73\ Chinese Communist Party Central Committee, Decision on
Deepening Reform of Party and Government Agencies [Zhongggong zhongyang
guanyu shenhua dang he guojia jigou gaige de jueding], Xinhua, 4 March
18; ``Chinese Communist Party Central Committee Issues `Plan for
Deepening Reform of Party and Government Agencies' '' [Zhonggong
zhongyang yinfa ``shenhua dang he guojia jigou gaige fang'an''],
Xinhua, 21 March 18.

    \74\ Jiang Jie and Zhu Jichai, ``Account of the National

**AR-1428**

Supervisory Commission's Creation--Move To Build a System To Strengthen Supervision Over Party and State'' [Jianquan dang he guojia jiandu tixi de chuangzhi zhi ju--guojia jiancha weiyuanhui chansheng jishi], Xinhua, 24 March 18; Nectar Gan, ``Xi Jinping Thought--The Communist Party's Tighter Grip on China in 16 Characters,'' South China Morning Post, 25 October 17; ``Chinese Communist Party Amends Constitution To Create Supervisory Commission, Strengthens Anticorruption Detention Measures'' [Zhonggong xiuxian she jiancha wei qianghua fanfu juya cuoshi], Radio Free Asia, 27 February 18. The establishment of the National Supervisory Commission was done pursuant to the Party's recommendation. Chinese Communist Party Central Committee, Decision on Deepening Reform of Party and Government Agencies [Zhongggong zhongyang guanyu shenhua dang he guojia jigou gaige de jueding], Xinhua, 4 March 18; ``Chinese Communist Party Central Committee Issues `Plan for Deepening Reform of Party and Government Agencies' '' [Zhonggong zhongyang yinfa ``shenhua dang he guojia jigou gaige fang'an''], Xinhua, 21 March 18.

\75\ PRC Supervision Law [Zhonghua renmin gongheguo jiancha fa], passed 20 March 18, art. 15.

\76\ Ma Ling, ``Evaluating Institutional Robustness and Soundness of People's Congress Through the Establishment of the Supervisory Commission'' [Cong jiancha weiyuanhui de sheli kan renmin daibiao dahui zhidu de jianquan he wanshan], Journal of Soochow University, No. 4 (2017), reprinted in Research Centre for Constitutional and Administrative Law, Calaw.cn Net, 1 December 2017.

\77\ ``Chinese Communist Party Central Committee Issues `Plan for Deepening Reform of Party and Government Agencies' '' [Zhonggong zhongyang yinfa ``shenhua dang he guojia jigou gaige fang'an''], Xinhua, 21 March 18.

\78\ Dimitar Gueorguiev and Jonathan Stromseth, Brookings Institution, ``New Chinese Agency Could Undercut Other Anti-Corruption Efforts,'' Order From Chaos (blog), 6 March 18; Central Commission for Discipline Inspection and National Supervisory Commission, ``Why Do the Central Commission for Discipline Inspection and National Supervisory Commission Work Together?'' [Weishenme zhongyang jiwei yu guojia jiancha weiyuanhui yao heshu bangong?], 5 February 18; Central Commission for Discipline Inspection and National Supervisory Commission, ``Introduction of CCDI and NSC's Website'' [Zhongyang jiwei guojia jianwei wangzhan jianjie], 20 March 18.

\79\ Liang Jun, ``Minister of Supervision Yang Xiaodu: National Supervisory Commission Led by Party and Supervised by NPC'' [Jianchabu buzhang yang xiaodu: jiancha wei jieshou dang de lingdao he renda de jiandu], People's Daily, 5 March 18.

\80\ PRC Supervision Law [Zhonghua renmin gongheguo jiancha fa], passed 20 March 18, art. 15.

\81\ Dimitar Gueorguiev and Jonathan Stromseth, Brookings Institution, ``New Chinese Agency Could Undercut Other Anti-Corruption Efforts,'' Order From Chaos (blog), 6 March 18; ``China's Anti-Corruption Campaign Expands With New Agency,'' BBC, 20 March 18; Gordon Watts, ``Behind the Face of China's New Anti-Corruption Boss,'' Asia Times, 26 March 18; Josephine Ma, ``Revealed: The Far-Reaching Powers of China's New Super Anticorruption Agency,'' South China Morning Post, 13 March 18.

\82\ ``China's Supervisory Commission Director Yang Xiaodu Oversees More Than 100 Million People'' [Zhongguo jiancha wei zhuren yang xiaodu jiandu yiyi duo ren], Voice of America, 18 March 18.

\83\ Amnesty International, ``China: New Supervision Law a Systemic Threat to Human Rights,'' 20 March 18.

\84\ Flora Sapio, ``Shuanggui and Extralegal Detention in China,'' China Information, Vol. 22, No. 1 (March 2008), 14-15.

\85\ PRC Supervision Law [Zhonghua renmin gongheguo jiancha fa], passed 20 March 18, arts. 22, 43; Ma Shaomeng, ``Investigating Both Giving and Receipt of Bribe Requires Replacing `Double Designation (Lianggui)' With Confinement (Liuzhi)'' [Shouhui xinghui yiqi cha biran yaoqiu yong liuzhi qudai ``lianggui'' cuoshi], Chinese Social Sciences Net, 14 March 18; Mercator Institute for China Studies, ``China's National Supervision Commission,'' last visited 8 May 18.

\86\ Samantha Hoffman, ``Managing the State: Social Credit, Surveillance and the CCP's Plan for China,'' Jamestown Foundation, China Brief, Vol. 17, No. 11, 17 August 17.

\87\ State Council, ``Social Credit System Construction Program Outline (2014-2020)'' [Shehui xinyong tixi jianshe guihua gangyao

(2014-2020 nian)], 14 June; ``China Outlines Its First Social Credit System,'' Xinhua, reprinted in Global Times, 27 June 14. For an unofficial English translation, see ``Planning Outline for the Construction of a Social Credit System (2014-2020),'' translated in China Copyright and Media (blog), 25 April 15.

\88\ State Council, ``Social Credit System Construction Program Outline (2014-2020)'' [Shehui xinyong tixi jianshe guihua gangyao (2014-2020 nian)], 14 June; ``China Outlines Its First Social Credit System,'' Xinhua, reprinted in Global Times, 27 June 14; Marieke Ohlberg et al., ``Central Planning, Local Experiment: The Complex Implementation of China's Social Credit System,'' Mercator Institute for China Studies, MERICS China Monitor, 12 December 17, 6; Fokke Obbema et al., ``China Rates Its Own Citizens--Including Online Behaviour,'' de Volkskrant, 25 April 15; Celia Hatton, ``China `Social Credit': Beijing Sets Up Huge System,'' BBC, 26 October 15.

\89\ Rogier Creemers, ``China's Social Credit System: An Evolving Practice of Control,'' Social Science Research Network, 9 May 18.

\90\ Fokke Obbema et al., ``China Rates Its Own Citizens--Including Online Behaviour,'' de Volkskrant, 25 April 15; Celia Hatton, ``China `Social Credit': Beijing Sets Up Huge System,'' BBC, 26 October 15; Klaus Segbers, ``The Chinese Way--Our Model?'' Freie Universitat, Center of Global Politics, Global Matters, 8 December 17.

\91\ Mirjam Meissner et al., ``Is Big Data Increasing Beijing's Capacity for Control?'' Asia Society, ChinaFile, 12 August 16; Julie Makinen, ``China Prepares To Rank Its Citizens on `Social Credit,' '' Los Angeles Times, 22 November 15; Fokke Obbema et al., ``China Rates Its Own Citizens--Including Online Behaviour,'' de Volkskrant, 25 April 15; Jeremy Daum, ``China Through a Glass, Darkly,'' China Law Translate (blog), 24 December 17.

\92\ Marianne von Blomberg, ``The Social Credit System's Greatest Leap Goes Unnoticed,'' Mapping China, 18 April 18.

\93\ People's Bank of China, ``Public Notice: Table of Information Regarding Entities Granted Permission To Establish Personal Credit Service'' [Sheli jingying geren zhengxin yewu de jigou xuke xinxi gongshi biao], 22 February 18; State Council, Credit Reporting Industry Management Regulations [Zhengxin ye guanli tiaoli], issued 21 January 13, effective 15 March 13, art. 2; People's Bank of China, ``Credit Reporting Organization Management Measures'' [Zhenxin jigou guanli banfa], effective 20 December 13, art. 5; Liu Jingfeng, ``Baihang Credit Service Opens for Business, Pilot Entities Seek Transformation'' [Baihang zhengxin ruchang yuan shidian jigou qiu zhuanxing], Beijing News, 31 May 18; Luo Ruixin, ``Baihang Opens for Business, Enters the First Market-Oriented Personal Data Collection Entity'' [Baihang zhengxin kaiye shoujia shichanghua geren zhengxin jigou ruchang], Caijing, 23 May 18.

\94\ People's Bank of China, ``Public Notice Regarding Relevant Status of Baihang Credit Scoring Limited Liability Company (Preparatory)'' [Guanyu baihang zhengxin youxian gongsi (chou) xiangguan qingkuang de gongshi], 4 January 18; Marianne von Blomberg, ``The Social Credit System's Greatest Leap Goes Unnoticed,'' Mapping China, 18 April 18.

\95\ National Internet Finance Association of China, ``Introduction to the Association'' [Xiehui jianjie], last visited 3 April 18; People's Bank of China, ``Public Notice Regarding Relevant Status of Baihang Credit Scoring Limited Liability Company (Preparatory)'' [Guanyu baihang zhengxin youxian gongsi (chou) xiangguan qingkuang de gongshi], 4 January 18.

\96\ Song Jie, ``How Did Alibaba and Tencent Give Away Data to `Credit Network?' '' [Ali tengxun ruhe ba shuju gongxian gei ``xin lian''?], China Economic Weekly, 5 March 18; Manya Koetse, ``Baihang and the Eight Personal Credit Programmes: A Credit Leap Forward,'' What's on Weibo, 10 June 18.

\97\ Song Jie, ``How Did Alibaba and Tencent Give Away Data to `Credit Network' '' [Ali tengxun ruhe ba shuju gongxian gei ``xin lian''?], China Economic Weekly, 5 March 18.

\98\ Zhang Junbin, ``Enabling the Implementation of Law Is the Biggest Step Forward'' [Rang falu keyi luodi shi zui zhongda de jinbu], China Youth Daily, 22 May 18; People's Bank of China, ``Public Notice: Table of Information Regarding Entities Granted Permission To Establish Personal Credit Service'' [Sheli jingying geren zhengxin yewu de jigou xuke xinxi gongshi biao], 22 February 18; ``Customers' Information Selected by Default, Company of `Alipay Annual Statement Incident'

Called in for Interview'' [Moren gouxuan yonghu xinxi ``zhifubao niandu
zhangdan shijian'' dangshi qiye bei yuetan], Xinhua, 10 January 18; PRC
Law of Standardization [Zhonghua renmin gonghe guo biaozhun fa], passed
29 December 88, amended 4 November 17, effective 1 January 18, art. 2.

    \99\ ``Customers' Information Selected by Default, Company of
`Alipay Annual Statement Incident' Called in for Interview'' [Moren
gouxuan yonghu xinxi ``zhifubao niandu zhangdan shijian'' dangshi qiye
bei yuetan], Xinhua, 10 January 18; Standardization Administration and
General Administration of Quality Supervision, Inspection and
Quarantine, ``Information Security Technology--Personal Information
Security Specification'' [Xinxi anquan jishu geren xinxi anquan
guifan], issued 29 December 17, effective 1 May 18. According to Samm
Sacks of the Center for Strategic & International Studies, the
Information Security Technology--Personal Information Security
Specification is meant to provide guidelines for implementing the PRC
Cybersecurity Law. Samm Sacks, Center for Strategic & International
Studies, ``New China Data Privacy Standard Looks More Far-Reaching Than
GDPR,'' 29 January 18; Samm Sacks, Center for Strategic & International
Studies, ``China's Emerging Data Privacy System and GDPR,'' 9 March 18.

    \100\ Zhang Junbin et al., `` `Credit Network' Comes Into
Existence, Data Remains a Difficulty'' [``Xinlian'' luodi nandian
haizai shuju], China Youth Daily, 6 March 18.

    \101\ Tracey Xiang, ``ChinaFintech--Consumer Credit Reporting
Agency Baihang Signs up 120+ Data Partners,'' China Tech Biz, 30 June
18.

    \102\ Manya Koetse, ``Baihang and the Eight Personal Credit
Programmes: A Credit Leap Forward,'' What's on Weibo, 10 June 18. See
also Samm Sacks, Center for Strategic & International Studies, ``New
China Data Privacy Standard Looks More Far-Reaching Than GDPR,'' 29
January 18.

    \103\ International Covenant on Civil and Political Rights, adopted
by UN General Assembly resolution 2200A (XXI) of 16 December 66, entry
into force 23 March 76, arts. 9(4), 14(1), 12; Universal Declaration of
Human Rights, adopted and proclaimed by UN General Assembly resolution
217A (III) of 10 December 48, arts. 10, 13.

    \104\ National Development and Reform Commission et al., Opinion on
Appropriately Restricting Persons Specified To Have Lost Credit in
Serious Ways From Taking the Train Within a Certain Time Period and on
Promoting the Construction of a Social Credit System [Guanyu zai yiding
qixian nei shidang xianzhi teding yanzhong shixinren chengzuo huoche
tuidong shehui xinyong tixi jianshe de yijian], issued 2 March 18,
effective 1 May 18, sec. 4(1).

    \105\ National Development and Reform Commission et al., Opinion on
Appropriately Restricting Persons Specified To Have Lost Credit in
Serious Ways From Taking Civilian Aircraft Within a Certain Time Period
and on Promoting the Construction of a Social Credit System [Guanyu zai
yiding qixian nei shidang xianzhi teding yanzhong shixinren chengzuo
minyong hangkongqi tuidong shehui xinyong tixi jianshe de yijian],
issued 2 March 18, effective 1 May 18, sec. 4(1).

    \106\ National Development and Reform Commission et al., Opinion on
Appropriately Restricting Persons Specified To Have Lost Credit in
Serious Ways From Taking the Train Within a Certain Time Period and on
Promoting the Construction of a Social Credit System [Guanyu zai yiding
qixian nei shidang xianzhi teding yanzhong shixinren chengzuo huoche
tuidong shehui xinyong tixi jianshe de yijian], issued 2 March 18,
effective 1 May 18, sec. 2(5); National Development and Reform
Commission et al., Opinion on Appropriately Restricting Persons
Specified To Have Lost Credit in Serious Ways From Taking Civilian
Aircraft Within a Certain Time Period and on Promoting the Construction
of a Social Credit System [Guanyu zai yiding qixian nei shidang xianzhi
teding yanzhong shixinren chengzuo minyong hangkongqi tuidong shehui
xinyong tixi jianshe de yijian], issued 2 March 18, effective 1 May 18,
sec. 2(5).

    \107\ Maya Wang, Human Rights Watch, ``China's Chilling `Social
Credit' Blacklist,' '' 12 December 17.

    \108\ Gong Peijia, ``National Development and Reform Commission
Deputy Director Zhang Yong: People Who Lost Credit and Who Are
Untrustworthy Restricted From Taking Planes and Trains'' [Guojia
fagaiwei fuzhuren zhang yong: shixinzhe laolai xianzhi cheng feiji zuo
huoche], China Times, 6 March 18.

    \109\ ``Some Worry That China's Skynet Surveillance Might Infringe
Privacy'' [Zhongguo tianwang jiankong bei you huo qinhai geren yinsi],

Voice of America, 26 September 17.

\110\ ``Public Security Surveillance Systems Stride Toward Internet High Definition'' [Gong'an jiankong xitong xiang wangluo gaoqing hua maijin], HC360.com, reprinted in Procuratorate Daily, 1 August 12.

\111\ ``Monitoring You With 20 Million Surveillance Cameras, Has the Skynet Project Infringed on Privacy?'' [2000 wan shexiangtou kanzhe ni de tianwang gongcheng qinfan yinsi le ma], China News Service, reprinted in CCTV, 29 September 17. For more information on ``stability maintenance,'' see Jason Todd, ``China's Rigid Stability--Yu Jianrong Analyses a Predicament,'' Australian Centre on China in the World, China Story, 27 January 13.

\112\ ``Some Worry That China's Skynet Surveillance Might Infringe Privacy'' [Zhongguo tianwang jiankong bei you huo qinhai geren yinsi], Voice of America, 26 September 17.

\113\ Chen Lei, ``How To Realize Complete Coverage for Public Safety Video Surveillance'' [Gonggong anquan shipin jiankong ruhe shixian quan fugai], Legal Daily, 13 February 18.

\114\ Yang Xueyi, `` `Skynet': Installing a Pair of Sensitive `Magical Eyes' for Security and Defense Institutions'' [``Tianwang'': gei anfang zhuang le shuang minrui ``fayan''], Worker's Daily, 23 March 18.

\115\ Party Central Committee and State Council, Opinion on Implementing Strategy To Rejuvenate Villages [Zhonggong zhongyang guowuyuan guanyu shishi xiangcun zhenxing zhanlue de yijian], 2 January 18, para. 6(5); Chen Lei, ``How To Realize Complete Coverage for Public Safety Video Surveillance'' [Gonggong anquan shipin jiankong ruhe shixian quan fugai], Legal Daily, 13 February 18.

\116\ ``Yicai Research: Artificial Intelligence and Sharp Eyes Projects Moving Forward Together, Development in This Field Is Speeding Up!'' [Yicai yan xuan: zhinenghua he xueliang gongcheng shuanglun qudong, zhege hangye zheng jiasu fazhan!], Yicai, 5 March 18.

\117\ Wenxin Fan et al., ``China Snares Innocent and Guilty Alike To Build World's Biggest DNA Database,'' Wall Street Journal, 26 December 17.

\118\ Ibid. See also Human Rights Watch, ``China: Minority Region Collects DNA From Millions,'' 13 December 17.

\119\ Wenxin Fan et al., ``China Snares Innocent and Guilty Alike To Build World's Biggest DNA Database,'' Wall Street Journal, 26 December 17.

\120\ Ibid.

\121\ Ibid.; Human Rights Watch, ``China: Minority Region Collects DNA From Millions,'' 13 December 17.

\122\ ``Readers' Comments'' [Duzhe pinglun], Caijing, 5 February 18; Human Rights Watch, ``China: Minority Region Collects DNA From Millions,'' 13 December 17. Commission staff verified that as of May 11, 2018, the draft legislation that proposes to place certain restrictions on surveillance systems had not been enacted. Ministry of Public Security, Public Security Video and Image Data System Management Regulations (Draft for Solicitation of Public Comments) [``Gonggong anquan shipin tuxiang xinxi xitong guanli tiaoli (zhengqiu yijian gao)''], 28 November 16, art. 11. Commission staff further notes that the lack of an effective law protecting privacy in this context contradicts a claim made in an official news article. ``Facial Recognition, AI and Big Data Poised To Boost Chinese Public Safety,'' Global Times, reprinted in People's Daily, 17 October 17.

\123\ UN Office of the High Commissioner for Human Rights, General Comment No. 25: The Right To Participate in Public Affairs, Voting Rights and the Right of Equal Access to Public Service, CCPR/C/21/Rev.1/Add.7, 7 December 96, item 12.

\124\ ``Many People Disappeared or Detained in China on `June Fourth' Sensitive Day, Internet Control Strengthened'' [``Liusi'' min'ganri zhongguo duoren shilian bei zhua wangkong jiaqiang], Radio Free Asia, 4 June 18; ``Strict Control on June Fourth Anniversary Successively Lifted, Two Rights Defenders in Guangdong Continued To Be Out of Contact'' [Liusi zhounian yankong luxu jiejin guangdong er weiquan renshi reng shilian], Radio Free Asia, 6 June 18; Rights Defense Network, ``Dissident Shen Liangqing Summoned by Hefei Police on Day of June Fourth, Xi'an Police Threatened Ma Xiaoming at His Home'' [Liusi dangri yiyi renshi shen liangqing zao hefei jingfang chuanhuan ma xiaoming zao xi'an jingfang shangmen weixie], 5 June 18; Rights Defense Network, ``Rights Defenders in Many Places Illegally Detained, Summoned, and Have Freedom Restricted on the Eve and Day of June

**AR-1432**

Fourth'' [Liusi qianxi he dangri duodi weiquan renshi bei dang feifa jiya, chuanhuan huo bei xianzhi ziyou], 5 June 18.

\125\ Rights Defense Network, ``Rights Defenders in Many Places Illegally Detained, Summoned, and Have Freedom Restricted on the Eve and Day of June Fourth'' [Liusi qianxi he dangri duodi weiquan renshi bei dang feifa jiya, chuanhuan huo bei xianzhi ziyou], 5 June 18.

\126\ See, e.g., Rights Defense Network, ``Stability Maintenance During 19th Party Congress, Nanjing Democracy Advocate Wang Jian Detained on Suspicion of `Picking Quarrels and Provoking Trouble' Because of Speech, Administratively Detained for 15 Days'' [19 da weiwen nanjing minzhu renshi wang jian yinyan huozui bei shexian ``xunxin zishi'' xingzheng juliu 15 tian], 20 October 17; ``Creators of Popular Rights Defense Songs, Xu Lin and Liu Sifang, Successively Detained'' [Chuangzuo weiquan gequ kuaizhi renkou xu lin he liu sifang xiangji beizhua], Radio Free Asia, 27 September 17; ``Participant in Sea Memorial for Liu Xiaobo Detained by `Facial Recognition' '' [Canyu liu xiaobo haiji renshi yi bei ``renlian shibie'' zao zhuabu], Radio Free Asia, 22 May 18.

\127\ ``Participant in Sea Memorial for Liu Xiaobo Detained by `Facial Recognition' '' [Canyu liu xiaobo haiji renshi yi bei ``renlian shibie'' zao zhuabu], Radio Free Asia, 22 May 18.

\128\ Ibid. For more information on Liu Xiaobo, see the Commission's Political Prisoner Database record 2004-03114.

\129\ Ibid.

\130\ Rights Defense Network, ``The Real Situation of Qin Yongmin's Trial'' [Qin yongmin an tingshen zhenshi qingkuang], 19 May 18; Rights Defense Network, ``Qin Yongmin's Indictment'' [Qin yongmin qisushu], 2 July 16; ``Tight Security at Qin Yongmin's Trial, Onlooking Citizens Escorted Away'' [Qin yongmin an kaiting jiebei senyan weiguan gongmin bei daizou], Radio Free Asia, 11 May 18. For more information on Qin Yongmin, see the Commission's Political Prisoner Database record 2004-02138.

\131\ Rights Defense Network, ``The Real Situation of Qin Yongmin's Trial'' [Qin yongmin an tingshen zhenshi qingkuang], 19 May 18; Rights Defense Network, ``Qin Yongmin's Indictment'' [Qin yongmin qisushu], 2 July 16; ``Over Three Years After Qin Yongmin Was Detained, Trial To Be Held Friday'' [Qin yongmin bei ya chaoguo san nian zhouwu kai shen], Radio Free Asia, 8 May 18.

\132\ ``Over Three Years After Qin Yongmin Was Detained, Trial To Be Held on Friday,'' [Qin yongmin bei ya chaoguo san nian zhouwu kai shen], Radio Free Asia, 8 May 18.

\133\ Rights Defense Network, ``Wuhan Dissident Qin Yongmin Heavily Sentenced to 13 Years in Prison'' [Wuhan yiyi renshi qin yongmin zao zhongpan 13 nian], 11 July 18.

\134\ Rights Defense Network, ``Monthly Report on Detained Political Prisoners and Prisoners of Conscience in Mainland China (May 31, 2018) Issue No. 32 (Total 761 Persons) (Part 1)'' [Zhongguo dalu zaiya zhengzhifan, liangxinfan yuedu baogao (2018 nian 5 yue 31 ri) di 32 qi (gong 761 ren) (di 1 bufen)], 31 May 18; Nomaan Merchant, ``China Detains Editor of Human Rights Website for Subversion,'' Associated Press, 25 November 16.

\135\ PRC Electoral Law of the National People's Congress and Local People's Congresses [Zhonghua renmin gongheguo quanguo renmin daibiao dahui he difang geji renmin daibiao dahui xuanju fa], passed 1 July 79, amended 10 December 82, 2 December 86, 28 February 95, 27 October 04, 14 March 10, 29 August 15, art. 2.

\136\ See, e.g., Qing Zu, ``Renewing the Scene, Renewing the Vitality'' [Huanchu xin qixiang huanchu xin huoli], Qinghai Daily, 18 January 18; ``Training Held for Elections for New Village-Level `Two Committees' Across the Province'' [Quansheng cun ``liang wei'' huan jie xuanju peixunban juban], Shaanxi Daily, 28 January 18; ``Strengthen Party's Leadership Throughout the Entire Election Process'' [Ba jiaqiang dang de lingdao guanchuan huan jie gongzuo quan guocheng], Henan Daily, 2 April 18.

\137\ ``Local People's Congress Elections in China: Independent Candidates Face Increasing Difficulties'' [Zhongguo jiceng renda xuanju: duli houxuanren chujing geng jiannan], Deutsche Welle, 1 February 18.

\138\ See, e.g., ``In Village Leader Election in Laizhou, Shandong, Former Elected Village Head Detained and Was Unable To Participate in Election'' [Shandong laizhou cun zhuren xuanju qian minxuan cunzhang bei ju wufa canxuan], Radio Free Asia, 15 January 18; Civil Rights &

Livelihood Watch, ``Wan Xiaoyun, From Qianjiang, Hubei, To Be Released on Bail Soon, but Indicted by Procuratorate'' [Hubei qianjiang wan xiaoyun qubao qiman jiangzhi que bei jianchayuan qisu], 15 December 17; Yao Lifa, Rights Defense Network, ``Independent Candidate From Yongqing County, Gansu Province, Qu Mingxue Interrogated on Eve of `Two Sessions' in Beijing'' [Gansu sheng yongjing xian duli houxuanren qu mingxue zai beijing ``lianghui'' qianxi bei xunwen], 1 March 18; Rights Defense Network, ``Urgent Attention Needed: Lawyer Yu Wensheng Detained by Beijing Police This Morning'' [Jinji guanzhu: yu wensheng lushi jin zao bei beijing jingfang zhuabu], 19 January 18; ``Detained for Promoting Intraparty Election of General Secretary, Zi Su's Retirement Payment Cut off'' [Changyi dangnei xuanju zongshuji bei kou zi su zao tingfa tuixiujin], Radio Free Asia, 8 February 18.

\139\ Universal Declaration of Human Rights (UDHR), adopted and proclaimed by UN General Assembly resolution 217A (III) on 10 December 48, art. 21. Article 21 of the UDHR provides that, ``Everyone has the right to take part in the government of his country, directly or through freely chosen representatives . . .. The will of the people shall be the basis of the authority of government; this will shall be expressed in periodic and genuine elections which shall be by universal and equal suffrage and shall be held by secret vote or by equivalent free voting procedures.''

\140\ International Covenant on Civil and Political Rights, adopted by UN General Assembly resolution 2200A (XXI) of 16 December 66, entry into force 23 March 76, art. 25.

\141\ ``In Laizhou, Shandong, Village Leader Election, Former Elected Village Head Detained and Was Unable To Participate in Election'' [Shandong laizhou cun zhuren xuanju qian minxuan cunzhang bei ju wufa canxuan], Radio Free Asia, 15 January 18.

\142\ Ibid.

\143\ State Council, Regulations on the Formulation Process of Administrative Regulations [Xingzheng fagui zhiding chengxu tiaoli], issued 16 November 01, amended 22 December 17, effective 1 May 18; State Council, Regulations on the Formulation Process of Rules [Guizhang zhiding chengxu tiaoli], issued 16 November 01, amended 22 December 17, effective 1 May 18.

\144\ ``Regulating Red-Letterhead Documents, Opening Up the `Last Mile' of Rule-Based Government'' [Guifan hongtou wenjian, datong fazhi zhengfu de ``zuihou yi gongli''], Southern Metropolitan Daily, 19 January 18; Zhang Cong, ``Bringing `Red-Letterhead Documents' More in Line With Regulations'' [Rang ``hongtou wenjian'' gengjia guifan], People's Daily, 14 February 18; Zhu Hengshun, ``The Original Intention of Legislation Is To Rein in `Arbitrary Power' '' [Lifa de benyi zai yueshu quanli ``renxing''], Xinhua, 12 March 15.

\145\ State Council, Regulations on the Formulation Process of Administrative Regulations [Xingzheng fagui zhiding chengxu tiaoli], issued 16 November 01, amended 22 December 17, effective 1 May 18, arts. 3, 9; State Council, Regulations on the Formulation Process of Rules [Guizhang zhiding chengxu tiaoli], issued 16 November 01, amended 22 December 17, effective 1 May 18, art. 3. For a comparison with older versions of the regulations, see Regulations on the Formulation Process of Administrative Regulations [Xingzheng fagui zhiding chengxu tiaoli], issued 16 November 01, effective 1 January 02, art. 3; Regulations on the Formulation Process of Rules [Guizhang zhiding chengxu tiaoli], issued 16 November 01, effective 1 January 02, art. 3.

\146\ State Council, Regulations on the Formulation Process of Administrative Regulations [Xingzheng fagui zhiding chengxu tiaoli], issued 16 November 01, amended 22 December 17, effective 1 May 18, art. 13. See also National People's Congress, ``Chapter Four: Local Law or Autonomous Region Regulations, and Separate Regulations or Rules'' [Di si zhang difangxing fagui, zizhi tiaoli he danxing tiaoli, guizhang], 1 August 01.

\147\ State Council, Regulations on the Formulation Process of Administrative Regulations [Xingzheng fagui zhiding chengxu tiaoli], issued 16 November 01, amended 22 December 17, effective 1 May 18, art. 13; State Council, Regulations on the Formulation Process of Rules [Guizhang zhiding chengxu tiaoli], issued 16 November 01, amended 22 December 17, effective 1 May 18, art. 3. See also National People's Congress, ``Chapter Three: Administrative Regulations'' [Di san zhang xingzheng fagui], 1 August 01.

\148\ State Council, Regulations on the Formulation Process of Administrative Regulations [Xingzheng fagui zhiding chengxu tiaoli],

issued 16 November 01, amended 22 December 17, effective 1 May 18, art.
13; State Council, Regulations on the Formulation Process of Rules
[Guizhang zhiding chengxu tiaoli], issued 16 November 01, amended 22
December 17, effective 1 May 18, art. 15.

\149\ Shen Kui, ``Participatory Rulemaking in China Needs Even More
Effort,'' Regulatory Review, 9 April 18; Jamie P. Horsley, Brookings
Institution, ``China Implements More Participatory Rulemaking Under
Communist Party,'' 15 March 18.

\150\ State Council, Regulations on the Formulation Process of
Administrative Regulations [Xingzheng fagui zhiding chengxu tiaoli],
issued 16 November 01, amended 22 December 17, effective 1 May 18,
arts. 3, 9; State Council, Regulations on the Formulation Process of
Rules [Guizhang zhiding chengxu tiaoli], issued 16 November 01, amended
22 December 17, effective 1 May 18, art. 3. For a comparison with older
versions of the regulations, see Regulations on the Formulation Process
of Administrative Regulations [Xingzheng fagui zhiding chengxu tiaoli],
issued 16 November 01, effective 1 January 02, art. 3, 8; Regulations
on the Formulation Process of Rules [Guizhang zhiding chengxu tiaoli],
issued 16 November 01, effective 1 January 02, art. 3.

\151\ Chinese Communist Party Central Committee, Regulations on
Open Party Affairs of the Chinese Communist Party (Trial) [Zhongguo
gongchandang dangwu gongkai tiaoli (shixing)], effective 20 December
17, art. 8.

\152\ State Council, PRC Open Government Information Regulations
[Zhonghua renmin gongheguo zhengfu xinxi gongkai tiaoli], issued 5
April 07, effective 1 May 08, art. 13.

\153\ Chinese Communist Party Central Committee, Regulations on
Open Party Affairs of the Chinese Communist Party (Trial) [Zhongguo
gongchandang dangwu gongkai tiaoli (shixing)], effective 20 December
17, arts. 20-23.

\154\ Ibid., arts. 9-11.

\155\ Gao Bo, ``Holding Corruption by the `Throat' '' [E'zhu fubai
de ``yanhou''], People's Daily, 3 March 15; Dimatar Gueorguiev and
Jonathan Stromseth, Brookings Institution, ``New Chinese Agency Could
Undercut Other Anti-Corruption Efforts,'' Order From Chaos (blog), 6
March 18; Dan Hough, ``Why Has China's Anti-Corruption Rating Barely
Budged Despite Thousands of Arrests?'' South China Morning Post, 23
February 18.

\156\ Jamie P. Horsley, ``The Chinese Communist Party's Experiment
With Transparency,'' The Diplomat, 1 February 18.

\157\ See, e.g., Lily Kuo, ``37,000 Chinese Officials Punished for
`Frugality Code' Breaches,'' Guardian, 31 July 18.

\158\ Central Commission for Discipline Inspection, ``CCDI Circular
on Status of Disciplinary Inspection by Discipline and Inspection
Offices Nationwide in 2017'' [Zhongyang jiwei tongbao 2017 nian quanguo
jijian jiancha jiguan jilu shencha qingkuang], 11 January 18.

\159\ Javier C. Hernandez, ``The Propaganda I See on My Morning
Commute,'' New York Times, 28 January 18. See also Transparency
International, ``Corruption Perceptions Index 2017,'' 21 February 18.

\160\ David Skidmore, ``Understanding Chinese President Xi's Anti-
Corruption Campaign,'' The Conversation, 27 October 17.

\161\ Central Commission for Discipline Inspection, ``Communique of
Central Commission for Discipline Inspection's Second Plenary Session
During Chinese Communist Party 19th Party Congress'' [Zhongguo
gongchandang dishijiu jie zhongyang jilu jiancha weiyuanhui di'er ci
quanti huiyi gongbao], 13 January 18.

\162\ ``Express News: Wang Qishan Elected To Become Vice President
of the People's Republic of China'' [Kuaixun: wang qishan dangxuan wei
zhonghua renmin gongheguo fu zhuxi], Xinhua, 17 March 18.

\163\ ``Wang Qishan's Resume'' [Wang qishan jianli], Xinhua, 17
March 18; ``Party's 19th Congress First Plenary Session Approves
Candidates for Secretary, Deputy Secretary, and Standing Committee
Members as Selected by CCDI's First Plenary Session, Zhao Leji
Appointed as CCDI Secretary'' [Dang de shijiu jie yizhong quanhui
pizhun le zhongyang jiwei diyi ci quanti huiyi xuanju chansheng shuji,
fushuji he changwu weiyuanhui weiyuan renxuan, zhao leji ren zhongyang
jiwei shuji], Xinhua, 25 October 17.

\164\ Wang Qishan, ``Wang Qishan: Launching a New Era, Beginning a
New Journey'' [Wang qishan: kaiqi xin shidai tashang xin zhengchen],
People's Daily, 7 November 17.

\165\ Ibid.; Nectar Gan, ``China's Graft-Busters Told To Zero in on
Political Loyalty and Discipline,'' South China Morning Post, 13

**AR-1435**

January 18.

\166\ Dan Hough, ``Why Has China's Anti-Corruption Rating Barely Budged Despite Thousands of Arrests?'' South China Morning Post, 23 February 18.

\167\ For more information on Liu Yao, see the Commission's Political Prisoner Database record 2008-00408.

\168\ Human Rights in China, ``Liu Yao & Wife Lai Wei'e Draft Case Timelines & Procedural Status,'' 19 March 18.

\169\ Human Rights in China, ``Draft Case Summary of Liu Yao Lawyer and Whistleblower Sentenced to 20 Years in Prison for Exposing Corruption,'' 19 March 18.

\170\ ``Li Jianxin, Anticorruption Hero in Guangdong, Possibly Framed, Accused of Extortion and Heavily Sentenced to 11 Years'' [Guangdong fantan xia li jianxin jietan yi zao gouxian bei zhi qiaozha zhongpan 11 nian], Radio Free Asia, 2 February 18. For more information on Li Jianxin, see the Commission's Political Prisoner Database record 2016-00498.

\171\ Ibid.; Rights Defense Network, ``Lawyer Lin Qilei: Development in the Case of `Huiyang Oubo' Li Jianxin--Investigation and Indictment Period Expires Soon'' [Lin qilei lushi: ``huiyang oubo'' li jian xin anqing jinzhan qingkuang--shencha qisu qixian jijiang jieman], 22 November 16; Rights Defense Network, `` `Huizhou Oubo' Li Jianxin Indicted After Arrest'' [``Huizhou oubo'' li jianxin bei daibu hou yi bei qisu], 14 December 16; Zhu Yong, ``Professional Complainant in Huizhou Suffered Chopped Fingers and Acid Attack, Right Eye Blinded From Being Hacked'' [Huizhou zhiye jubao ren zao duan zhi po liusuan you yan bei kan shiming], Southern Metropolitan Daily, 9 July 13.


                              Commercial Rule
                                of Law and
                               Human Rights
                              Commercial Rule
                                of Law and
                               Human Rights

            Commercial Rule of Law and Human Rights


                          Introduction


    When acceding to the World Trade Organization (WTO) in 2001,\1\ the Chinese government agreed to improve the rule of law vis-a-vis the commercial sector, committing to transparency, intellectual property rights enforcement, and the equal treatment of domestic and foreign firms. During the Commission's 2018 reporting year, concerns remained regarding the development of rule of law in these areas, particularly regarding forced technology transfers and unequal treatment of foreign firms. The commercial environment in China is further complicated by the role of the Chinese Communist Party and the government in commercial enterprises, and reports from this past year indicate that the Party is attempting to expand its role in the commercial sector. Moreover, amid what international human rights organizations describe as worsening government repression in China,\2\ domestic and international businesses are increasingly at risk of complicity in human rights abuses, including the repression of minority groups, mass data collection, surveillance of citizens, and censorship. Although the Chinese government requires companies to comply with domestic laws and regulations that infringe on internationally recognized rights such as the right to privacy and freedom of expression, the UN Guiding Principles on Business and Human Rights state that businesses have a responsibility to respect human rights and should seek to avoid ``contributing to adverse human rights impacts . . ..'' \3\

              Commercial Rule of Law \4\


                      TRANSPARENCY

**AR-1436**

Since China's accession to the WTO, the government has made progress toward meeting requirements for improving transparency of trade-related laws, yet still falls short in several key areas.\5\ In acceding to the WTO, the Chinese government made commitments to improve transparency, including to publish all trade-related laws and regulations and translate them into one of the official WTO languages, and to allow for public comments on all draft trade-related laws and regulations.\6\ According to the Office of the U.S. Trade Representative (USTR), the European Union Chamber of Commerce in China (European Chamber), and a legal expert, although the government publishes many trade-related laws and administrative regulations, the government has in many cases failed to publish local regulations and other legal documents such as opinions, circulars, and subsidy measures.\7\ Furthermore, the government reportedly has failed to publish translations of many trade-related laws and regulations.\8\ The central government has largely met its obligation to allow for public comments on national laws, yet incomplete implementation of the public comment system for lower level rules and regulations remains a barrier to citizen participation and an area of non-compliance with WTO commitments.\9\

## INTELLECTUAL PROPERTY RIGHTS

This past year, the Commission observed reports of improved enforcement of intellectual property rights (IPR) in some areas, though concerns remained about IPR infringement, including forced technology transfers. This past year, USTR, American Chamber of Commerce in the People's Republic of China (AmCham China), the US-China Business Council, and the European Chamber reported that the Chinese government had made some progress in IPR enforcement.\10\ Revisions to the PRC Anti-Unfair Competition Law, which took effect in January 2018, reportedly may provide improved protections for trade secrets.\11\ In March and April 2018, government officials promised the creation of a system for seeking punitive damages over IPR infringements.\12\ Nevertheless, USTR and business groups continued to report deficiencies in the government's protection and enforcement of IPR.\13\ Specific IPR concerns this past year included online piracy and copyright infringement,\14\ as well as forced technology transfers.\15\ A March 2018 USTR report found that the government uses restrictions on foreign ownership in certain sectors of the economy to force technology transfers through the establishment of joint ventures with Chinese firms, and that authorities often demand technology transfers orally or informally to avoid the appearance of violating international trade obligations.\16\

## EQUAL TREATMENT UNDER THE LAW

This past year, the Chinese government took some steps toward meeting the WTO requirement for equal treatment of domestic and foreign companies, yet a significant percentage of U.S. and German companies reported feeling ``less welcome'' in China. When it joined the WTO, China committed to ensure non-discrimination against foreign enterprises in the procurement of goods and services and enforcement of intellectual property rights.\17\ In October 2017, several central government agencies jointly issued a provisional document outlining rules for implementing a fair competition review system, stating that government agencies should--with some exceptions \18\--review all new regulations to ensure that they do not limit market competition.\19\ In June 2018, the government issued new rules allowing for increased foreign investment in certain financial sectors and lifting all restrictions on foreign ownership in those sectors in 2021.\20\ According to surveys of foreign businesses published by the American and German chambers of commerce this past year, 75 percent of American businesses surveyed and 39.1 percent of German businesses surveyed reported feeling ``less welcome in China than before,'' while

**AR-1437**

54.7 percent of German businesses surveyed reported the situation had not changed.\21\

Reports continued to emerge this past year of the favorable treatment of domestic firms over foreign firms through the blocking of foreign websites and other formal restrictions on foreign firms. This past year, the government reportedly blocked websites including Facebook, Twitter, and many of Google's services using censorship filters often referred to as the ``Great Firewall.'' \22\ In November 2017, many application (app) stores in China reportedly removed Skype for download from their stores, though Skype itself remained accessible at that time.\23\ Although some internet users in China--foreign firms in particular--have relied on virtual private networks (VPNs) to circumvent government internet restrictions,\24\ in January 2017, the Ministry of Industry and Information Technology announced that starting March 31, 2018, only government-approved VPNs would be allowed.\25\ Although app stores in China removed hundreds of VPNs,\26\ initial reports following the March 31, 2018, deadline suggested that some private VPNs remained accessible.\27\ [For more information on censorship in China, see Section II--Freedom of Expression.] In addition, the government continued to enforce quotas on foreign films, and as of July 2018, talks between U.S. and Chinese officials to raise the quota on U.S. films reportedly had stalled.\28\

In addition to formal restrictions on foreign firms, the Commission observed reports of other forms of preferential treatment, both of domestic firms and of government- or Party-connected firms. USTR, AmCham China, and the European Chamber reported that foreign firms face unequal treatment in the issuing of licenses and enforcement of regulations.\29\ State-owned enterprises in China reportedly receive favorable treatment in obtaining loans from government-controlled banks, which has put both foreign and private domestic firms at a disadvantage.\30\ According to the international non-governmental organization Freedom House, regulators and courts in China treat private firms with informal ties to the government and Party favorably compared to firms without such connections.\31\

Role of the Chinese Communist Party and Government in the Commercial Sector

The Chinese Communist Party and government maintain a role in most enterprises that operate in mainland China, whether they are state-owned enterprises (SOEs), domestic private firms, foreign firms, or joint ventures. The PRC Company Law and the Chinese Communist Party Constitution require any firm with three or more Party members to allow the Party to establish a Party group within that firm.\32\ According to government data, as of the end of 2016, 93.2 percent of SOEs and 67.9 percent of private enterprises had Party groups, as did 70 percent of foreign-invested enterprises.\33\ In addition to Party groups,\34\ many firms have a branch of the Party-led All-China Federation of Trade Unions (ACFTU) on site.\35\ [For more information on the ACFTU, see Section II--Worker Rights.] Within a typical SOE, company executives are also members of the SOE's Party committee,\36\ and Party committee members serve on the board of directors.\37\ Scholar Yasheng Huang \38\ noted that state control in sectors of China's economy such as finance is another mechanism through which the government can exert power over the private sector.\39\ Private investors and firms also invest in SOEs; \40\ Director Xiao Yaqing of the State-Owned Assets Supervision and Administration Commission said in April 2018 that over 60 percent of SOEs had mixed ownership.\41\ Moreover, many executives of private firms in China are reportedly also members of Party-led organizations or delegates to China's legislature.\42\ In addition to these formal ties, Party and government officials have long maintained informal and often corrupt ties to the private sector.\43\ [For more information on the relationship between the Communist Party and the government, see Section III--

**AR-1438**

Institutions of Democratic Governance.]
    Reports from this past year indicate that the Party and
government are attempting to expand their roles in commercial
enterprises. In October 2017, the Party amended its
constitution to stipulate that Party committees play a
``leading role'' in the decisionmaking of SOEs.\44\ This
followed reports of dozens of SOEs amending their articles of
incorporation in the summer of 2017 to strengthen the role of
the Party within their enterprises.\45\ The European Chamber
and international media reported this past year that multiple
SOEs engaged in joint ventures with foreign companies had
proposed granting internal Party groups a greater
decisionmaking role within those joint ventures.\46\ In June
2018, the China Securities Regulatory Commission proposed
revisions to stock market guidelines that would require all
listed companies to establish Party groups.\47\ In addition, in
October 2017, the Wall Street Journal reported that the Chinese
news app Yidian Zixun had allowed the government to purchase
shares in the firm in order to obtain licenses for online
content distribution.\48\ The government is also reportedly
exploring purchasing stakes in major technology firms including
Alibaba and Tencent.\49\

                Human Rights and the Commercial Sector


    ----------------------------------------------------------------
        Role of Commercial Firms in Domestic Security in Xinjiang
    ----------------------------------------------------------------
    This past year, companies provided a wide range of equipment and
    services to the government in the Xinjiang Uyghur Autonomous Region
    (XUAR), despite reports of the suppression of ethnic and religious
    minorities. International human rights organizations report that human
    rights abuses in the XUAR are widespread, including severe restrictions
    on freedom of religion \50\ and the internment of hundreds of thousands
    to as many as 1.1 million individuals belonging to Muslim ethnic
    minority groups in a network of extrajudicial ``political reeducation''
    centers or camps.\51\ In an analysis for the Jamestown Foundation,
    scholar Adrian Zenz documented a 92.8 percent increase in domestic
    security spending in the XUAR from 2016 to 2017.\52\ The same scholar
    analyzed procurement documents from local governments in the XUAR and
    found bids for the construction and operation of ``political
    reeducation'' camps, including the purchases of surveillance equipment,
    furniture, and food delivery services.\53\ In one example, the
    government of Hotan (Hetian) city, Hotan prefecture, planned to
    purchase 900 specially designed smart phones from the state-owned China
    Telecom \54\ for use in ``political reeducation'' centers.\55\
    ----------------------------------------------------------------


    ----------------------------------------------------------------
        Role of Commercial Firms in Domestic Security in Xinjiang--Continued
    ----------------------------------------------------------------
    According to a report in Foreign Policy, since 2016, the XUAR
    government has awarded contracts worth over US$1 billion to two of the
    world's largest security camera manufacturers,\56\ Chinese companies
    Hikvision and Dahua Technology for surveillance projects in the
    XUAR.\57\ In the spring of 2018, international media reported that the
    international security services company Frontier Services Group had
    partnered with the state-owned enterprise CITIC Group to invest in the
    Beijing municipality-based International Security Defense College.\58\
    According to the school's website, it specializes in counterterrorism
    and other security training courses for Chinese military, police,
    private security firms, and the general public.\59\ The school's
    founder told the Washington Post that it was building a branch in the
    XUAR to train military and police personnel in the region.\60\ [For
    more information on human rights abuses in the XUAR, see Section IV--
    Xinjiang.]
    ----------------------------------------------------------------

COMMERCIAL FIRMS' COMPLIANCE WITH DOMESTIC LAW RAISES PRIVACY CONCERNS

**AR-1439**

Human rights groups warn that Chinese laws allow for collection of personal data from commercial firms without adequately protecting individuals' internationally recognized right to privacy.\61\ The PRC Cybersecurity Law took effect on June 1, 2017, requiring companies to store user data inside mainland China.\62\ The law provides some privacy protections, such as requiring businesses to obtain user consent before collecting data,\63\ though the law does not define consent.\64\ The Information Security Technology--Personal Information Security Specification,\65\ effective May 1, 2018, also requires consent to collect individual data,\66\ but provides eleven exemptions to this requirement,\67\ including when such information is ``directly relevant to public security, public health, or significant public interest.'' \68\ The PRC Cybersecurity Law further requires companies to provide technical support to authorities that are conducting criminal investigations or ``protecting state security,'' \69\ without specifying what such technical support entails.\70\ An expert in Chinese law noted that ``police have broad powers to collect evidence'' from companies without judicial review,\71\ and international human rights groups warned that Chinese laws governing authorities' collection of data do not adequately protect individuals' privacy rights.\72\ The Universal Declaration of Human Rights and the International Covenant on Civil and Political Rights provide for the right to privacy.\73\

Despite these privacy concerns, reports from this past year indicate that international companies are increasingly storing Chinese user data inside mainland China to comply with the PRC Cybersecurity Law. In February 2018, Apple transferred operations of iCloud services for mainland Chinese accounts to the state-owned Chinese firm Guizhou-Cloud Big Data.\74\ Apple notified Chinese users of the change and allowed them to opt out of using iCloud services.\75\ Amnesty International warned that ``Chinese authorities now have potentially unfettered access to all Apple's Chinese customers' iCloud data.'' \76\ Even prior to passage of the Cybersecurity Law, Microsoft, Amazon, and IBM reportedly had partnered with local Chinese firms on cloud services in China starting in 2013.\77\ Chinese companies such as Alibaba and Tencent also collect large amounts of data from their users.\78\ It is unclear how much data these companies share with authorities, but reports from international news media indicate that domestic technology firms work closely with police and other government authorities.\79\

In one example of how company data may be used by police, a November 2017 Human Rights Watch (HRW) report described the ``Police Cloud'' (jing wu yun) system, which the Ministry of Public Security is developing to collect large amounts of data in order to surveil targeted individuals or groups of concern.\80\ Police in one locality reportedly purchased company data from third parties such as e-commerce companies,\81\ and police in another locality reportedly plan to collect usernames, IP addresses, and package delivery information.\82\ According to HRW, the Police Cloud system will target groups seen as a threat to stability, including petitioners seeking redress from the government and ethnic minority groups,\83\ potentially violating rights to the presumption of innocence and freedom of association.\84\

ROLE OF COMMERCIAL FIRMS IN THE COLLECTION OF BIOMETRIC DATA

Government and companies' large-scale collection of data in China includes the collection of biometric data such as faces, voice samples, and DNA, and raises concerns regarding the potential targeting of rights advocates and compliance with international standards protecting the right to privacy. In October 2017, HRW reported that national police databases contained over 1 billion faces and over 40 million DNA samples, and that the Ministry of Public Security began construction of a national voice recognition database in 2012.\85\ HRW further reported that police in Anhui province and the Xinjiang Uyghur

**AR-1440**

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPO... Page 245 of 316

Case 3:20-cv-05910-LB Document 77-6 Filed 10/01/20 Page 21 of 47
WeChat Appendix F Footnote F9 - Congressional-Executive Commission on China Annual Report 2018

Autonomous Region (XUAR) purchased voice pattern collection systems from the Anhui province-based technology company iFLYTEK, which provides speech recognition and text-to-speech applications (apps) for millions of mobile phones in China,\86\ and XUAR security personnel reportedly procured DNA sequencers from the U.S.-based firm Thermo Fisher Scientific.\87\ The PRC Criminal Procedure Law allows police to collect biometric data including fingerprints, urine, and blood samples from anyone suspected of committing a crime.\88\ Human rights organizations reported, however, that the Chinese government has brought criminal cases against individuals such as lawyers, journalists, human rights advocates, and religious believers for exercising their internationally recognized human rights.\89\ Moreover, reports this past year indicate that DNA collection is not limited to criminal suspects.\90\ For example, in the XUAR, authorities have reportedly been collecting DNA samples and other biometric data from all residents aged 12 to 65.\91\ According to HRW, the collection of biometric data should be ``comprehensively regulated'' and ``narrow in scope'' in order to comply with international standards protecting the right to privacy.\92\

    ROLE OF COMMERCIAL FIRMS IN THE SOCIAL CREDIT SYSTEM

    During this reporting year, the Chinese government continued to work with Chinese companies to develop and implement a social credit system that aims to aggregate and monitor the data that the government and companies collect, which some observers warned could increase the government's capacity for social control. In 2014, the State Council released an outline for the creation of a national social credit system by 2020 to measure and improve the credibility of government agencies, organizations, and individuals.\93\ Scholars describe the social credit system as an ambitious project that will aggregate and monitor the large amounts of data that the state and companies collect on citizens in order to guide citizens' behavior through the use of incentives.\94\ The government has reportedly worked with Chinese companies on the technology needed to implement the program.\95\ In February 2018, the People's Bank of China formally approved the first nationwide credit-scoring company, Baihang Credit Scoring, which is a joint venture between a state- and Party-organized entity and eight Chinese technology firms.\96\ Although the social credit system remained in the pilot stage this past year,\97\ human rights experts and other observers warned the system could be used to further tighten government control over citizens.\98\

    ROLE OF COMMERCIAL FIRMS IN THE EXPANSION OF SURVEILLANCE NETWORKS

    Chinese security authorities are working with companies not only to collect and monitor individuals' data, but also to integrate improved technology into China's expanding network of surveillance cameras, as human rights advocates raised concerns over the government's use of surveillance to target rights advocates and ethnic minorities. For example, the Chinese company Megvii makes software for commercial photo apps while also providing facial recognition software that the company claims has helped police make 4,000 arrests since the beginning of 2016.\99\ Major Chinese technology companies Alibaba and Tencent also reportedly work with Chinese authorities to equip Chinese cities with surveillance technology.\100\ The state-owned technology firm Aebell is developing a nationwide system called ``Sharp Eyes,'' which would link surveillance cameras installed in rural areas to individuals' televisions and smart phones, allowing individuals to assist authorities in monitoring their villages.\101\ The Party-run news outlet Legal Daily reported that by the end of 2017, authorities in Sichuan province had completed Sharp Eyes projects in 14,087 villages, installing 41,695 new surveillance cameras.\102\ The consulting firm IHS Markit predicted China would account for 46 percent of the global video surveillance market in 2018.\103\ Discussing

**AR-1441**

possible privacy concerns, the Chief Executive Officer of the
Chinese company LLVision--which created glasses that Beijing
police have tested that can match faces to a database of
suspects in real time--told Reuters, ``We trust the
government.'' \104\ Human rights advocates reported, however,
that the government has used surveillance to target political
dissidents and ethnic minority groups.\105\ [For more
information on government surveillance, see Section III--
Institutions of Democratic Governance.]

     ROLE OF COMMERCIAL FIRMS IN INTERNET CENSORSHIP

    The Chinese government continued to restrict freedom of
expression online by blocking and censoring content. Freedom
House called China ``the world's worst abuser of internet
freedom,'' \106\ and international human rights organizations
have documented ongoing and increasing censorship this past
year, particularly censorship of online content.\107\ The
Chinese government is able to censor online speech both by
preemptively blocking content and by censoring content after it
appears online.\108\ Moreover, the government has detained
social media users, bloggers, and the founders of rights
advocacy websites in connection with their online speech.\109\
[For more information, see Section II--Freedom of Expression.]
    In addition to blocking or censoring content, Chinese
authorities require companies to monitor content on their
websites and apps, and in several cases this past year,
authorities threatened or punished companies over online
content. The PRC Cybersecurity Law requires companies to
monitor content their customers create or share, censor content
that violates laws and regulations, and report such content to
authorities.\110\ For example, in late September 2017, the
Cyberspace Administration of China fined technology companies
Sina, Tencent, and Baidu for violating the Cybersecurity Law
over content its users shared, which reportedly included
political content.\111\ In January 2018, the Shanghai
Cyberspace Administration forced the U.S.-based hotel chain
Marriott to take its websites and apps in China offline for a
week after it sent an email to Chinese customers that listed
Tibet, Hong Kong, Macau, and Taiwan as countries.\112\ The
company quickly issued a public apology and an eight-point
``rectification plan.'' \113\ Radio Free Asia reported in March
that the State Council Taiwan Affairs Office would not permit
the screening of Taiwanese films in China if those films
featured actors who had voiced support for Taiwan
independence.\114\ In April, the State Administration of Radio
and Television (SART) criticized a popular news app and a video
app, both owned by the China-based company Bytedance (Jinri
Toutiao), for ``violating social morality''; those apps, and
several other popular news and video apps, temporarily
disappeared from app stores.\115\ SART then ordered Bytedance
to permanently close a popular joke-sharing app, calling the
app ``vulgar.'' \116\ Although the International Covenant on
Civil and Political Rights--which China has signed and
committed to ratify \117\--allows governments to limit freedom
of expression for the protection of ``morals,'' \118\ the
Chinese government has in the past used campaigns against
pornography and other ``unlawful information'' to restrict the
legitimate exercise of freedom of expression.\119\
    Faced with the possibility of lost revenue and other forms
of punishment, both domestic and international companies
engaged in self-censorship. After authorities took disciplinary
action against them, domestic technology companies Kuaishou and
Bytedance reportedly announced plans to expand the number of
employees who monitor and censor content on their
platforms.\120\ In October 2017, the German academic publishing
company Springer Nature agreed to censor its journal articles
in mainland China.\121\ In congressional testimony in March,
one media scholar described how film industry executives
outside mainland China have invited Chinese content regulators
to speak at conferences to provide guidance on how to create
content that Chinese censors will allow.\122\ The Chinese

**AR-1442**

microblog Weibo announced that in May 2018 it had blocked or
deleted 141,000 posts containing ``harmful information about
current politics.'' \123\ Weibo also closed or limited
functionality for 5,450 accounts for sharing ``harmful''
political information, an increase of 355 percent from
April.\124\ In the summer of 2018, dozens of international
airline companies reportedly changed their international
websites to comply with Chinese government demands to remove
references to Taiwan as a country.\125\ Reports emerged in
August 2018 that Google was developing a censored search app
for the Chinese market.\126\

                          Commercial Rule
                            of Law and
                           Human Rights
                          Commercial Rule
                            of Law and
                           Human Rights
        Notes to Section III--Commercial Rule of Law and Human Rights

    \1\ World Trade Organization, ``Protocols of Accession for New
Members Since 1995, Including Commitments in Goods and Services,'' last
visited 28 April 18. China became a member of the World Trade
Organization (WTO) on December 11, 2001. A list of members and their
dates of membership is available on the WTO website.
    \2\ Freedom House, ``Freedom in the World 2018--China,'' last
visited 16 April 18; Human Rights Watch, ``Submission to the Universal
Periodic Review of China,'' 29 March 18; Amnesty International, ``China
2017/2018,'' last visited 3 September 18.
    \3\ UN Office of the High Commissioner for Human Rights, Guiding
Principles on Business and Human Rights: Implementing the United
Nations ``Protect, Respect and Remedy'' Framework, HR/PUB/11/04, 16
June 11, principle 13.
    \4\ This subsection analyzes the Chinese government's compliance
with its World Trade Organization commitments vis-a-vis the rule of
law. For in-depth analyses of the U.S.-China trade relationship, market
access for U.S. businesses in China, and recent WTO disputes involving
the United States and China, see U.S.-China Economic and Security
Review Commission, 2017 Annual Report, 15 November 17, chap. 1, secs.
1, 3.
    \5\ See, e.g., Henry Gao, ``The WTO Transparency Obligations and
China,'' Journal of Comparative Law, Vol. 12, No. 2 (5 March 18), 1,
13, 19-22; Office of the U.S. Trade Representative, ``2017 Report to
Congress on China's WTO Compliance,'' January 2018, 23-24; European
Union Chamber of Commerce in China, ``European Business in China
Position Paper 2017/2018,'' 19 September 17, 126.
    \6\ World Trade Organization, Protocol on the Accession of the
People's Republic of China, WT/L/432, 10 November 01, Part I, 2(C)1-3;
World Trade Organization, ``Report of the Working Party on the
Accession of China,'' WT/ACC/CHN/49, 1 October 01, paras. 334-35;
General Agreement on Tariffs and Trade (GATT 1947), 30 October 47, art.
X; U.S. Government Accountability Office, ``World Trade Organization:
Analysis of China's Commitments to Other Members,'' GAO-03-4, October
2002, 31; Henry Gao, ``The WTO Transparency Obligations and China,''
Journal of Comparative Law, Vol. 12, No. 2 (5 March 18), 1, 3, 13, 19-
22.
    \7\ Office of the U.S. Trade Representative, ``2017 Report to
Congress on China's WTO Compliance,'' January 2018, 23-24; European
Union Chamber of Commerce in China, ``European Business in China
Position Paper 2017/2018,'' 19 September 17, 126; Henry Gao, ``The WTO
Transparency Obligations and China,'' Journal of Comparative Law, Vol.
12, No. 2 (5 March 18), 14-15.
    \8\ Office of the U.S. Trade Representative, ``2017 Report to
Congress on China's WTO Compliance,'' January 2018, 138; Henry Gao,
``The WTO Transparency Obligations and China,'' Journal of Comparative
Law, Vol. 12, No. 2 (5 March 18), 19-20, 22.
    \9\ Henry Gao, ``The WTO Transparency Obligations and China,''
Journal of Comparative Law, Vol. 12, No. 2 (5 March 18), 15-18; Office
of the U.S. Trade Representative, ``2017 Report to Congress on China's
WTO Compliance,'' January 2018, 24; European Union Chamber of Commerce
in China, ``European Business in China Position Paper 2017/2018,'' 19

**AR-1443**

September 17, 126.

\10\ Office of the U.S. Trade Representative, ``2017 Report to Congress on China's WTO Compliance,'' January 2018, 18; American Chamber of Commerce in the People's Republic of China and Bain & Company, ``2018 China Business Climate Survey Report,'' January 2018, 46; US-China Business Council, ``2017 Member Survey,'' 6 December 17, 10; European Union Chamber of Commerce in China, ``European Business in China Position Paper 2017/2018,'' 19 September 17, 86.

\11\ Office of the U.S. Trade Representative, ``2017 Report to Congress on China's WTO Compliance,'' January 2018, 16-17. See also PRC Anti-Unfair Competition Law [Zhonghua renmin gongheguo fan buzhengdang jingzheng fa], passed 2 September 93, amended 4 November 17, effective 1 January 18.

\12\ Mark Cohen, ``Updates March 6-12, 2018,'' China IPR (blog), 14 March 18; ``Interview: China Calls for Better Protection for Chinese IPR,'' Xinhua, 12 April 18; State Council, ``Government Work Report'' [Zhengfu gongzuo baogao], 5 March 18, sec. 3(3).

\13\ Office of the U.S. Trade Representative, ``2017 Report to Congress on China's WTO Compliance,'' January 2018, 16-17; US-China Business Council, ``2017 Member Survey,'' 6 December 17, 10; American Chamber of Commerce in the People's Republic of China and Bain & Company, ``2018 China Business Climate Survey Report,'' January 2018, 41; European Union Chamber of Commerce in China, ``European Business in China Position Paper 2017/2018,'' 19 September 17, 37; German Chamber of Commerce in China, ``German Business in China: Business Confidence Survey 2017/18,'' 16 November 17, 20, 22, 24, 33.

\14\ Office of the U.S. Trade Representative, ``2017 Report to Congress on China's WTO Compliance,'' January 2018, 18; European Union Chamber of Commerce in China, ``European Business in China Position Paper 2017/2018,'' 19 September 17, 89-90. For specific examples of online copyright infringement, see Office of the U.S. Trade Representative, ``2017 Out-of-Cycle Review of Notorious Markets,'' January 2018, 13-14, 20-22, 24.

\15\ Office of the U.S. Trade Representative, ``2017 Report to Congress on China's WTO Compliance,'' January 2018, 3; US-China Business Council, ``2017 Member Survey,'' 6 December 17, 9; Julia Horowitz, ``Why Tech Secrets, Not Steel, Could Cause the Real Clash Between the U.S. and China,'' CNN, 21 February 18.

\16\ Office of the U.S. Trade Representative, ``Findings of the Investigation Into China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation Under Section 301 of the Trade Act of 1974,'' 22 March 18, 19-20, 22.

\17\ World Trade Organization, Protocol on the Accession of the People's Republic of China, WT/L/432, 10 November 01, Part I, 2(A)(2), 3.

\18\ National Development and Reform Commission et al., Fair Competition Review System Implementing Rules (Provisional) [Gongping jingzheng shencha zhidu shishi xize (zhanxing)], issued 23 October 17, art. 18. See also Office of the U.S. Trade Representative, ``2017 Report to Congress on China's WTO Compliance,'' January 2018, 143.

\19\ National Development and Reform Commission et al., Fair Competition Review System Implementing Rules (Provisional) [Gongping jingzheng shencha zhidu shishi xize (zhanxing)], issued 23 October 17, art. 2; Office of the U.S. Trade Representative, ``2017 Report to Congress on China's WTO Compliance,'' January 2018, 143.

\20\ National Development and Reform Commission and Ministry of Commerce, Special Administrative Measures for Foreign Investment Access (Negative List) (2018 Edition) [Waishang touzi zhunru tebie guanli cuoshi (fumian qingdan) (2018 nian ban)], issued 28 June 18, effective 28 July 18, 4; Issaku Harada, ``China To Abolish Foreign Ownership Caps in Finance in 2021,'' Nikkei Asian Review, 30 June 18; Dorcas Wong, ``How To Read China's 2018 Negative List,'' Dezan Shira & Associates, China Briefing (blog), 7 July 18.

\21\ American Chamber of Commerce in the People's Republic of China and Bain & Company, ``2018 China Business Climate Survey Report,'' January 2018, 39; German Chamber of Commerce in China, ``German Business in China: Business Confidence Survey 2017/18,'' 16 November 17, 17. Note that the AmCham China survey asked only if businesses felt ``more'' or ``less welcome,'' while the German Chamber survey had an additional option of ``unchanged.''

\22\ Jorg Brunsmann, ``Internet in China--No More Safe Havens? '' Deutsche Welle, 1 February 18; Paul Mozur, ``Skype Vanishes From App

Stores in China, Including Apple's,'' New York Times, 21 November 17;
Lucy Hornby, ``China's VPN Crackdown Is About Money as Much as
Censorship,'' Financial Times, 22 January 18; Eva Pils, Human Rights in
China (Medford: Polity Press, 2018), 89-90.

    \23\ Paul Mozur, ``Skype Vanishes From App Stores in China,
Including Apple's,'' New York Times, 21 November 17; ``Skype Removed
From China Apple and Android App Stores,'' BBC, 22 November 17.

    \24\ Josephine Wolff, ``The Internet Censor's Dilemma,'' Slate, 5
March 18; ``China's Great Firewall Is Rising,'' Economist, 4 January
18; Coco Liu, ``Guess What Chinese Travellers Are Bringing Back Home?
VPNs, Lots of Them,'' South China Morning Post, 6 October 17.

    \25\ Ministry of Industry and Information Technology Circular on
Rectifying and Regulating Internet Service Provider Markets [Gongye he
xinxihua bu guanyu qingli guifan hulianwang wangluo jieru fuwu shichang
de tongzhi], issued 22 January 17, preamble, 2(2)4; Jorg Brunsmann,
``Internet in China--No More Safe Havens? '' Deutsche Welle, 1 February
18; Lucy Hornby, ``China's VPN Crackdown Is About Money as Much as
Censorship,'' Financial Times, 22 January 18.

    \26\ ``Timeline: Under Xi, Five Years of Tighter Controls Across
Chinese Society,'' Reuters, 16 October 17; Letter from Cynthia C.
Hogan, Vice President for Public Policy, Americas, Apple, to U.S.
Senators Ted Cruz and Patrick Leahy, 21 November 17; Oiwan Lam and Jack
Hu, ``China's Great Firewall Grows Ever-Stronger as Virtual Private
Networks Disappear,'' Global Voices, 27 June 17.

    \27\ Asha McLean, ``VPNs Can Still Be Used in China Despite March
31 Ban,'' ZDNet, 5 April 18; Ralph Jennings, ``How To Surf China's
Internet Freely Despite the Latest Ban,'' Forbes, 23 April 18.

    \28\ Brent Lang and Patrick Frater, ``China Film Quota Talks Could
Be a Casualty in Trump's Trade War,'' Variety, 29 March 18; Pei Li and
Michael Martina, ``Hollywood's China Dreams Get Tangled in Trade
Talks,'' Reuters, 19 May 18; ``Hollywood Braces for Collateral Damage
From Trade War With China,'' Bloomberg, 19 July 18.

    \29\ Office of the U.S. Trade Representative, ``2017 Report to
Congress on China's WTO Compliance,'' January 2018, 19, 142; European
Union Chamber of Commerce in China, ``European Business in China
Position Paper 2017/2018,'' 19 September 17, 168, 373; American Chamber
of Commerce in the People's Republic of China and Bain & Company,
``2018 China Business Climate Survey Report,'' January 2018, 40, 44.

    \30\ Eric Ng, ``China Must Shrink State-Owned Enterprises if It
Wants Reforms To Succeed, Says Former WTO Chief,'' South China Morning
Post, 11 April 18; Ke Baili, ``IMF Sounds Warning to China Over Loans
to Unprofitable Firms,'' Caixin, 10 April 18; Benn Steil and Benjamin
Della Rocca, ``China Is Heaping Debt on Its Least Productive
Companies,'' Council on Foreign Relations, Geo-Graphics (blog), 11
January 18.

    \31\ Freedom House, ``Freedom in the World 2018--China,'' last
visited 16 April 18. See also Richard McGregor, ``China Takes On Its
New Tycoons,'' Wall Street Journal, 13 October 17; Minxin Pei, China's
Crony Capitalism (Cambridge: Harvard University Press, 2016).

    \32\ PRC Company Law [Zhonghua renmin gongheguo gongsi fa], passed
29 December 93, amended 25 December 99, 28 August 04, 27 October 05, 28
December 13, effective 1 March 14, art. 19; Chinese Communist Party
Constitution [Zhongguo gongchandang zhangcheng], adopted 6 September
82, amended 1 November 87, 18 October 92, 18 September 97, 14 November
02, 21 October 07, 14 November 12, 24 October 17, art. 30. See also AHK
Greater China, ``Press Statement: Increasing Business Challenges--
Delegations of German Industry & Commerce in China Concerned About
Growing Influence of Chinese Communist Party on Foreign Business
Operations,'' 24 November 17.

    \33\ Central Commission for Discipline Inspection, `` `Strengthen
Party Building Work and Comprehensively Enforce Strict Party
Discipline' Full Text of Press Reception'' [``Jiaqiang dangjian gongzuo
he quanmian cong yan zhi dang'' jizhe zhaodai hui quanwen shilu], 19
October 17; ``How To Succeed in China? Communist Party Groups in Your
Company,'' Bloomberg, 19 October 17. Note that foreign-invested
(waishang) enterprises are a subset of private (feigong) enterprises.
For an explanation of the different types of enterprises in China, see
National Bureau of Statistics of China, ``Regulations on Statistical
Differentiation of Components of the Economy'' [Guanyu tongji shang
huafen jingji chengfen de guiding], 10 October 01.

    \34\ Central Commission for Discipline Inspection, `` `Strengthen
Party Building Work and Comprehensively Enforce Strict Party

**AR-1445**

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPO...  Page 250 of 316

Case 3:20-cv-05910-LB  Document 77-6  Filed 10/01/20  Page 26 of 47
WeChat Appendix F Footnote H9 - Congressional-Executive Commission on China Annual Report 2018

Discipline' Full Text of Press Reception'' [``Jiaqiang dangjian gongzuo he quanmian cong yan zhi dang'' jizhe zhaodai hui quanwen shilu], 19 October 17; Simon Denyer, ``Command and Control: China's Communist Party Extends Reach Into Foreign Companies,'' Washington Post, 28 January 18; AHK Greater China, ``Press Statement: Increasing Business Challenges--Delegations of German Industry & Commerce in China Concerned About Growing Influence of Chinese Communist Party on Foreign Business Operations,'' 24 November 17.

\35\ Office of the U.S. Trade Representative, ``2017 Report to Congress on China's WTO Compliance,'' January 2018, 147; Lucy Hornby, ``Communist Party Asserts Control Over China Inc,'' Financial Times, 3 October 17; China Labour Bulletin, ``Employment and Wages,'' June 2018. See also Samuel Wrest, ``Evaluating Trade Union Law and Collective Bargaining in Firms: Key Considerations for Foreign Firms,'' Dezan Shira & Associates, China Briefing (blog), 8 March 17. Chinese Communist Party Constitution [Gongchandang zhangcheng], adopted 6 September 82, amended 1 November 87, 18 October 92, 18 September 97, 14 November 02, 21 October 07, 14 November 12, 24 October 17, art. 33. The Party Constitution states that Party groups shall lead unions within private enterprises.

\36\ Houze Song, ``State-Owned Enterprise Reforms: Untangling Ownership, Control, and Corporate Governance,'' University of Chicago, Paulson Institute, MacroPolo, December 2017.

\37\ Ibid.; Kjeld Erik Brodsgaard, ``Will Party Control Reign in China's Rogue SOEs? '' East Asia Forum, 27 February 18. For information on the evolution of Chinese Communist Party involvement in state-owned enterprises in the 1990s and 2000s, see Richard McGregor, ``China Inc.: The Party and Business,'' in The Party: The Secret World of China's Communist Rulers (New York: HarperCollins, 2010), 34-69.

\38\ Massachusetts Institute of Technology, Sloan School of Management, ``Faculty & Research--Yasheng Huang,'' last visited 20 April 18.

\39\ Richard McGregor, ``China Takes On Its New Tycoons,'' Wall Street Journal, 13 October 17.

\40\ ``China's Companies on Notice: State Preparing To Take Stakes,'' Bloomberg, 17 January 18; Xie Yu, ``Beijing's Rescue Fund To Shift Investments to Private Companies Now That It's Saved State Giants,'' South China Morning Post, 20 October 17; Henny Sender, ``China's State-Owned Business Reform a Step in the Wrong Direction,'' Financial Times, 26 September 17.

\41\ Xu Zhao, ``Enterprises' `Going Out' Mergers and Acquisitions May Not Mean 100 Percent Controlling Shares'' [Qiye ``zou chuqu'' binggou bu yiding 100% kong gu], China Securities Journal, 12 April 18; Eric Ng, ``China Must Shrink State-Owned Enterprises if It Wants Reforms To Succeed, Says Former WTO Chief,'' South China Morning Post, 11 April 18.

\42\ Rogier Creemers et al., ``Translation: China Federation of Internet Societies Launches With Call for Unified Action,'' New America, DigiChina (blog), 11 May 18; Mara Hvistendahl, ``Inside China's Vast New Experiment in Social Ranking,'' Wired, 14 December 17; Richard McGregor, ``China Takes On Its New Tycoons,'' Wall Street Journal, 13 October 17; Shunsuke Tabeta, ``Internet Executives Well Represented at China's National Congress,'' Nikkei Asian Review, 7 March 18.

\43\ Sebastian Heilmann, ``How the CCP Embraces and Co-Opts China's Private Sector,'' Mercator Institute for China Studies, MERICS Blog-- European Voices on China, 21 November 17; Richard McGregor, ``China Takes On Its New Tycoons,'' Wall Street Journal, 13 October 17. For more information on the opaque ties between Party and government officials and the private sector, see Bruce J. Dickson, Wealth Into Power: The Communist Party's Embrace of China's Private Sector (Cambridge: Cambridge University Press, 2008), 22-27; Minxin Pei, China's Crony Capitalism: The Dynamics of Regime Decay (Cambridge: Harvard University Press, 2016). Pei's book describes the mechanisms through which the political and business elites in China collude for personal gain. See in particular pages 21, 78-79, 116-17, 119-122, 126-28, and 146-47.

\44\ Chinese Communist Party Constitution [Zhongguo gongchandang zhangcheng], adopted 6 September 82, amended 1 November 87, 18 October 92, 18 September 97, 14 November 02, 21 October 07, 14 November 12, 24 October 17, art. 33; Houze Song, ``State-Owned Enterprise Reforms: Untangling Ownership, Control, and Corporate Governance,'' University

**AR-1446**

of Chicago, Paulson Institute, MacroPolo, December 2017.

\45\ Alexandra Stevenson, ``China's Communists Rewrite the Rules
for Foreign Businesses,'' New York Times, 13 April 18; Jennifer Hughes,
``China's Communist Party Writes Itself Into Company Law,'' Financial
Times, 14 August 17.

\46\ European Union Chamber of Commerce in China, ``Chamber Stance
on the Governance of Joint Ventures and the Role of Party
Organisations,'' 3 November 17; Simon Denyer, ``Command and Control:
China's Communist Party Extends Reach Into Foreign Companies,''
Washington Post, 28 January 18; Alexandra Stevenson, ``China's
Communists Rewrite the Rules for Foreign Businesses,'' New York Times,
13 April 18.

\47\ China Securities Regulatory Commission, Guidelines Governing
Listed Companies (Draft for Solicitation of Comments) [Shangshi gongsi
zhili zhunze (zhengqiu yijian gao)], 15 June 18, art. 5; ``Proposed
Chinese Rule Change Seen as `Step Backward,' '' Taipei Times, 18 June
18.

\48\ Li Yuan, ``Beijing Pushes for a Direct Hand in China's Big
Tech Firms,'' Wall Street Journal, 11 October 17.

\49\ Ibid.; Richard McGregor, ``China Takes On Its New Tycoons,''
Wall Street Journal, 13 October 17.

\50\ See, e.g., Freedom House, ``Freedom in the World 2018--
China,'' last visited 16 April 18; Human Rights in China, ``Stakeholder
Submission by Human Rights in China,'' March 2018, para. 3. See also
``Chinese Police Order Xinjiang's Muslims To Hand in All Copies of the
Quran,'' Radio Free Asia, 27 September 17. For relevant international
standards protecting freedom of religion, see Universal Declaration of
Human Rights, adopted and proclaimed by UN General Assembly resolution
217A (III) of 10 December 48, art. 18; International Covenant on Civil
and Political Rights (ICCPR), adopted by UN General Assembly resolution
2200A (XXI) of 16 December 66, entry into force 23 March 76, art. 18;
United Nations Treaty Collection, Chapter IV, Human Rights,
International Covenant on Civil and Political Rights, last visited 17
July 18. China has signed but not ratified the ICCPR.

\51\ Rian Thum et al., ``How Should the World Respond to
Intensifying Repression in Xinjiang?'' Asia Society, ChinaFile, 4 June
18; ``Xinjiang Authorities Detain Uyghurs `Wanting To Travel Abroad,'
'' Radio Free Asia, 27 March 18; Chinese Human Rights Defenders and
Equal Rights Initiative, ``China: Massive Numbers of Uyghurs & Other
Ethnic Minorities Forced Into Re-Education Programs,'' 3 August 18.

\52\ Adrian Zenz, ``China's Domestic Security Spending: An Analysis
of Available Data,'' Jamestown Foundation, China Brief, Vol. 18, Issue
4, 12 March 18.

\53\ Adrian Zenz, `` `Thoroughly Reforming Them Toward a Healthy
Heart Attitude'--China's Political Re-Education Campaign in Xinjiang,''
Academia.edu, updated 15 May 18, 19-25.

\54\ China Telecom, ``Company Overview'' [Gongsi gaikuang], last
visited 7 June 18.

\55\ Adrian Zenz, `` `Thoroughly Reforming Them Toward a Healthy
Heart Attitude'--China's Political Re-Education Campaign in Xinjiang,''
Academia.edu, updated 15 May 18, 10, 23.

\56\ Charles Rollet, ``In China's Far West, Companies Cash In on
Surveillance Program That Targets Muslims,'' Foreign Policy, 13 June
18; ``Security.World's Top 10 Vertical Leaders ,'' Security.World, last
visited 14 June 18; ``Global Video Surveillance Market Report 2018:
Market Is Expected To Reach an Estimated $39.3 Billion by 2023--
ResearchAndMarkets.com,'' Business Wire, 14 February 18; ``Global Video
Surveillance Market 2017 Analysis, Segmentation, Competitors Analysis,
Product Research, Trends and Forecast by 2022,'' Reuters, 15 June 17;
Ron Alalouff, ``The Spectacular Rise of the Chinese Video Surveillance
Industry,'' IFSEC Global, 7 March 18.

\57\ Charles Rollet, ``In China's Far West, Companies Cash In on
Surveillance Program That Targets Muslims,'' Foreign Policy, 13 June
18; Charles Rollet, ``Dahua and Hikvision Win Over $1 Billion in
Government-Backed Projects in Xinjiang,'' IVPM, 23 April 18.

\58\ Marc Fisher et al., ``Behind Erik Prince's China Venture,''
Washington Post, 4 May 18; Don Weinland and Charles Clover, ``Citic
Boosts Stake in Erik Prince's Security Group Frontier,'' Financial
Times, 5 March 18. See also Frontier Services Group, ``CITIC and China
Taiping Invest in FSG, Supporting the Belt & Road Initiativec [sic],''
8 March 18; Michael Martina, ``Blackwater Founder's FSG Buys Stake in
Chinese Security School,'' Reuters, 30 May 17.

**AR-1447**

\59\ International Security Defense College, ``Course Introduction'' [Kecheng jieshao], last visited 8 June 18.

\60\ Marc Fisher et al., ``Behind Erik Prince's China Venture,'' Washington Post, 4 May 18. See also Don Weinland and Charles Clover, ``Citic Boosts Stake in Erik Prince's Security Group Frontier,'' Financial Times, 5 March 18.

\61\ For international standards protecting individuals' right to privacy, see Universal Declaration of Human Rights, adopted and proclaimed by UN General Assembly resolution 217A (III) of 10 December 48, art. 12; International Covenant on Civil and Political Rights (ICCPR), adopted by UN General Assembly resolution 2200A (XXI) of 16 December 66, entry into force 23 March 76, art. 17; United Nations Treaty Collection, Chapter IV, Human Rights, International Covenant on Civil and Political Rights, last visited 17 July 18. China has signed but not ratified the ICCPR. See also UN Human Rights Council, Report of the Special Rapporteur on the Right to Privacy, Joseph Cannataci, A/HRC/37/62, Advance Unedited Version, 28 February 18, para. 4; UN General Assembly, Resolution Adopted by UN General Assembly on 18 December 13: 68/167. The Right to Privacy in the Digital Age, A/RES/68/167, 21 January 14.

\62\ PRC Cybersecurity Law [Zhonghua renmin gongheguo wangluo anquan fa], passed 7 November 16, effective 1 June 17, arts. 37, 79.

\63\ Ibid., arts. 12, 41, 45; Samm Sacks, Center for Strategic & International Studies, ``China's Emerging Data Privacy System and GDPR,'' 9 March 18.

\64\ PRC Cybersecurity Law [Zhonghua renmin gongheguo wangluo anquan fa], passed 7 November 16, effective 1 June 17, arts. 12, 41, 45; Samm Sacks, Center for Strategic & International Studies, ``China's Emerging Data Privacy System and GDPR,'' 9 March 18.

\65\ General Administration of Quality Supervision, Inspection and Quarantine of the People's Republic of China and Standardization Administration of the People's Republic of China, Information Security Technology--Personal Information Security Specification [Xinxi anquan jishu--geren xinxi anquan guifan], issued 29 December 17, effective 1 May 18, sec. 5.3; Samm Sacks, Center for Strategic & International Studies, ``New China Data Privacy Standard Looks More Far-Reaching Than GDPR,'' 29 January 18; Samm Sacks, Center for Strategic & International Studies, ``China's Emerging Data Privacy System and GDPR,'' 9 March 18. According to Samm Sacks of the Center for Strategic & Economic Studies, the Information Security Technology--Personal Information Security Specification is meant to provide guidelines for implementing the PRC Cybersecurity Law.

\66\ General Administration of Quality Supervision, Inspection and Quarantine of the People's Republic of China and Standardization Administration of the People's Republic of China, Information Security Technology--Personal Information Security Specification [Xinxi anquan jishu--geren xinxi anquan guifan], issued 29 December 17, effective 1 May 18, sec. 5.4.

\67\ Ibid. See also Samm Sacks, Center for Strategic & International Studies, ``China's Emerging Data Privacy System and GDPR,'' 9 March 18.

\68\ General Administration of Quality Supervision, Inspection and Quarantine of the People's Republic of China and Standardization Administration of the People's Republic of China, Information Security Technology--Personal Information Security Specification [Xinxi anquan jishu--geren xinxi anquan guifan], issued 29 December 17, effective 1 May 18, sec. 5.4(b).

\69\ For more information on the Chinese government's use of ``state security'' charges to target rights advocates, see, e.g., Human Rights Watch, ``China: State Security, Terrorism Convictions Double,'' 16 March 16; CECC, 2017 Annual Report, 5 October 17, 103-04; CECC, 2016 Annual Report, 6 October 16, 101-02.

\70\ PRC Cybersecurity Law [Zhonghua renmin gongheguo wangluo anquan fa], passed 7 November 16, effective 1 June 17, art. 28; Amnesty International, ``When Profits Threaten Privacy--5 Things You Need To Know About Apple in China,'' 27 February 18; Human Rights Watch, ``China: Voice Biometric Collection Threatens Privacy,'' 22 October 17.

\71\ Stephen Nellis and Cate Cadell, ``Apple Moves To Store iCloud Keys in China, Raising Human Rights Fears,'' Reuters, 24 February 18. See also Liza Lin and Josh Chin, ``China's Tech Giants Have a Second Job: Helping Beijing Spy on Its People,'' Wall Street Journal, 30 November 17.

**AR-1448**

\72\ Amnesty International, ``Campaign Targets Apple Over Privacy
Betrayal for Chinese iCloud Users,'' 22 March 18; Human Rights Watch,
``China: Police `Big Data' Systems Violate Privacy, Target Dissent,''
19 November 17.

\73\ Universal Declaration of Human Rights, adopted and proclaimed
by UN General Assembly resolution 217A (III) of 10 December 48, art.
12; International Covenant on Civil and Political Rights (ICCPR),
adopted by UN General Assembly resolution 2200A (XXI) of 16 December
66, entry into force 23 March 76, art. 17; United Nations Treaty
Collection, Chapter IV, Human Rights, International Covenant on Civil
and Political Rights, last visited 17 July 18. China has signed but not
ratified the ICCPR. See also UN Human Rights Council, Report of the
Special Rapporteur on the Right to Privacy, Joseph Cannataci, A/HRC/37/
62, Advance Unedited Version, 28 February 18, para. 4; UN General
Assembly, Resolution Adopted by UN General Assembly on 18 December 13:
68/167. The Right to Privacy in the Digital Age, A/RES/68/167, 21
January 14.

\74\ ``Apple: Responsibility for Operations of Domestic Chinese
iCloud Services Will Be Transferred to Domestic Company'' [Pingguo:
zhongguo neidi de icloud fuwu jiang zhuan you guonei gongsi fuze
yunying], People's Daily, 10 January 18; Stephen Nellis and Cate
Cadell, ``Apple Moves To Store iCloud Keys in China, Raising Human
Rights Fears,'' Reuters, 24 February 18; Amnesty International, ``When
Profits Threaten Privacy--5 Things You Need To Know About Apple in
China,'' 27 February 18.

\75\ Stephen Nellis and Cate Cadell, ``Apple Moves To Store iCloud
Keys in China, Raising Human Rights Fears,'' Reuters, 24 February 18;
Josh Horwitz, ``Apple's iCloud Service in China Will Be Managed by a
Data Firm Started by the Government,'' Quartz, 10 January 18; Jon
Russel, ``Apple's China iCloud Data Migration Sweeps Up International
User Accounts,'' TechCrunch, 11 January 18.

\76\ Amnesty International, ``Campaign Targets Apple Over Privacy
Betrayal for Chinese iCloud Users,'' 22 March 18.

\77\ 21Vianet Group, Inc., ``21Vianet and Microsoft Reinforce Long-
term Cooperation on Cloud Services in China,'' reprinted in
GlobeNewswire, 14 March 18; Cate Cadell, ``Amazon Sells Off China Cloud
Assets as Tough New Rules Bite,'' Reuters, 14 November 17; ``Amazon
Cuddles Up to Chinese Public Sector With AWS Rollout,'' Register, 18
December 13; Jack Clark, ``IBM Follows Microsoft, Amazon Into China
With New Cloud Doodad,'' Register, 18 December 13.

\78\ Mara Hvistendahl, ``Inside China's Vast New Experiment in
Social Ranking,'' Wired, 14 December 17; Liza Lin and Josh Chin,
``China's Tech Giants Have a Second Job: Helping Beijing Spy on Its
People,'' Wall Street Journal, 30 November 17.

\79\ Simon Denyer, ``Beijing Bets on Facial Recognition in a Big
Drive for Total Surveillance,'' Washington Post, 7 January 18; Mara
Hvistendahl, ``Inside China's Vast New Experiment in Social Ranking,''
Wired, 14 December 17; Liza Lin and Josh Chin, ``China's Tech Giants
Have a Second Job: Helping Beijing Spy on Its People,'' Wall Street
Journal, 30 November 17.

\80\ Human Rights Watch, ``China: Police `Big Data' Systems Violate
Privacy, Target Dissent,'' 19 November 17.

\81\ Tang Yu, ``Big Data Era, `Internet + Policing' Upgrades Social
Governance Model'' [Da shuju shidai, ``hulianwang+jingwu'' shengji
shehui zhili moshi], Democracy & Law, reprinted in China Big Data
Industrial Observation, 4 January 17; Human Rights Watch, ``China:
Police `Big Data' Systems Violate Privacy, Target Dissent,'' 19
November 17.

\82\ Human Rights Watch, ``China: Police `Big Data' Systems Violate
Privacy, Target Dissent,'' 19 November 17.

\83\ Ibid. For more information on petitioners, see Section III--
Access to Justice. For more information on Uyghurs, see Section IV--
Xinjiang.

\84\ Ibid. See also Universal Declaration of Human Rights, adopted
and proclaimed by UN General Assembly resolution 217A (III) of 10
December 48, arts. 11(1), 20(1); International Covenant on Civil and
Political Rights (ICCPR), adopted by UN General Assembly resolution
2200A (XXI) of 16 December 66, entry into force 23 March 76, arts.
14(2), 22(1); United Nations Treaty Collection, Chapter IV, Human
Rights, International Covenant on Civil and Political Rights, last
visited 17 July 18. China has signed but not ratified the ICCPR.

\85\ Human Rights Watch, ``China: Voice Biometric Collection

**AR-1449**

Threatens Privacy,'' 22 October 17. See also National Citizen
Identification Number Inquiry Service Center, ``Why Won't the Citizen
Identification Verification Service Reveal Individuals' Private
[Information]? '' [Gongmin shenfen xinxi hecha fuwu weishenme bu hui
xielou gongmin yinsi], last visited 8 June 18; Stephen Chen, ``China To
Build Giant Facial Recognition Database To Identify Any Citizen Within
Seconds,'' South China Morning Post, 13 October 17; Human Rights
Watchs, ``China: Police DNA Database Threatens Privacy,'' 15 May 17; Ge
Baichuan et al., ``The Tactics System and Capacity-Building of National
DNA Database'' [DNA shujuku shizhan yingyong zhanfa tixi yu nengli
jianshe yanjiu], Forensic Science and Technology, Vol. 41, No. 4
(2016), 260.

    \86\ Human Rights Watch, ``China: Voice Biometric Collection
Threatens Privacy,'' 22 October 17.

    \87\ Human Rights Watch, ``China: Minority Region Collects DNA From
Millions,'' 13 December 17.

    \88\ PRC Criminal Procedure Law [Zhonghua renmin gongheguo xingshi
susong fa], passed 1 July 79, amended 17 March 96, 14 March 12,
effective 1 January 13, art. 130. See also Human Rights Watch, ``China:
Voice Biometric Collection Threatens Privacy,'' 22 October 17.

    \89\ Freedom House, ``Freedom in the World 2018--China,'' last
visited 16 April 18; Amnesty International, ``China 2017/2018,'' last
visited 3 September 18; Simon Denyer, ``Beijing Bets on Facial
Recognition in a Big Drive for Total Surveillance,'' Washington Post, 7
January 18.

    \90\ Wenxin Fan et al., ``China Snares Innocent and Guilty Alike To
Build World's Biggest DNA Database,'' Wall Street Journal, 26 December
17; Human Rights Watch, ``China: Minority Region Collects DNA From
Millions,'' 13 December 17.

    \91\ Wenxin Fan et al., ``China Snares Innocent and Guilty Alike To
Build World's Biggest DNA Database,'' Wall Street Journal, 26 December
17; Human Rights Watch, ``China: Minority Region Collects DNA From
Millions,'' 13 December 17.

    \92\ Human Rights Watch, ``China: Voice Biometric Collection
Threatens Privacy,'' 22 October 17. See also Universal Declaration of
Human Rights, adopted and proclaimed by UN General Assembly resolution
217A (III) of 10 December 48, art. 12; International Covenant on Civil
and Political Rights (ICCPR), adopted by UN General Assembly resolution
2200A (XXI) of 16 December 66, entry into force 23 March 76, art. 17;
United Nations Treaty Collection, Chapter IV, Human Rights,
International Covenant on Civil and Political Rights, last visited 17
July 18. China has signed but not ratified the ICCPR. See also UN Human
Rights Council, Report of the Special Rapporteur on the Right to
Privacy, Joseph Cannataci, A/HRC/37/62, Advance Unedited Version, 28
February 18, para. 4; UN General Assembly, The Right to Privacy in the
Digital Age, A/RES/68/167, 21 January 14.

    \93\ State Council, ``Social Credit System Construction Program
Outline (2014-2020)'' [Shehui xinyong tixi jianshe guihua gangyao
(2014-2020 nian)], 14 June 14. For an unofficial English translation,
see ``Planning Outline for the Construction of a Social Credit System
(2014-2020),'' translated in China Copyright and Media (blog), 25 April
15. For more information on the social credit system, see, e.g., Jeremy
Daum, ``China Through a Glass, Darkly,'' China Law Translate (blog), 24
December 17; Mareike Ohlberg et al., Mercator Institute for China
Studies, ``Central Planning, Local Experiments: The Complex
Implementation of China's Social Credit System,'' MERICS China Monitor,
12 December 17; Rogier Creemers, ``China's Social Credit System: An
Evolving Practice of Control,'' Social Science Research Network, 9 May
18.

    \94\ Jeremy Daum, ``China Through a Glass, Darkly,'' China Law
Translate (blog), 24 December 17; Mareike Ohlberg et al., Mercator
Institute for China Studies, ``Central Planning, Local Experiments: The
Complex Implementation of China's Social Credit System,'' MERICS China
Monitor, 12 December 17, 2, 4.

    \95\ Mareike Ohlberg et al., Mercator Institute for China Studies,
``Central Planning, Local Experiments: The Complex Implementation of
China's Social Credit System,'' MERICS China Monitor, 12 December 17,
2; Mara Hvistendahl, ``Inside China's Vast New Experiment in Social
Ranking,'' Wired, 14 December 17.

    \96\ Li Dandan, ``First License Formally Issued for Personal
Credit, Baihang Credit Scoring Received License'' [Shou zhang geren
zhengxin paizhao zhengshi xia fa baihang zhengxin huo pai], Shanghai

**AR-1450**

Securities News, 24 February 18; Rogier Creemers, ``China's Social Credit System: An Evolving Practice of Control,'' Social Science Research Network, 9 May 18, 24-25; Chuin-Wei Yap, ``Tencent Calls Off China-Wide Test of Credit-Scoring System,'' Wall Street Journal, 1 February 18; National Internet Finance Association of China, ``Introduction to the Association'' [Xiehui jianjie], last visited 3 April 18.

\97\ For information on the various pilot programs, see Mareike Ohlberg et al., Mercator Institute for China Studies, ``Central Planning, Local Experiments: The Complex Implementation of China's Social Credit System,'' MERICS China Monitor, 12 December 17, 3, 9-12; Simina Mistreanu, ``Life Inside China's Social Credit Laboratory,'' Foreign Policy, 3 April 18.

\98\ Mara Hvistendahl, ``A Revered Rocket Scientist Set in Motion China's Mass Surveillance of Its Citizens,'' Science, 14 March 18; Eva Pils, Human Rights in China (Medford: Polity Press, 2018), 97; Simina Mistreanu, ``Life Inside China's Social Credit Laboratory,'' Foreign Policy, 3 April 18.

\99\ Simon Denyer, ``Beijing Bets on Facial Recognition in a Big Drive for Total Surveillance,'' Washington Post, 7 January 18.

\100\ Liza Lin and Josh Chin, ``China's Tech Giants Have a Second Job: Helping Beijing Spy on Its People,'' Wall Street Journal, 30 November 17.

\101\ ``China Aims for Near-Total Surveillance, Including in People's Homes,'' Radio Free Asia, 30 March 18; `` `Sharp Eyes Project' Video Surveillance Totally Covers Countryside, Eyes Include Appliances and Cell Phones'' [``Xueliang gongcheng'' nongcun quan fugai shipin jiankong jiadian shouji jun zhang yan], Radio Free Asia, 30 March 18; Liu Caiyu, ``Villages Gain Public Security Systems,'' Global Times, 2 April 18. See also AEBELL, ``About AEBELL'' [Guanyu meidian bei'er], last visited 8 June 18; Ministry of Commerce, ``China Commodities-- Guangzhou Aebell Electrical Technology Co., Ltd.,'' last visited 18 July 18.

\102\ Chen Lei, ``How To Realize Total Coverage of Public Security Surveillance'' [Gonggong anquan shipin jiankong ruhe shixian quan fugai], Legal Daily, 13 February 18.

\103\ IHS Markit, ``Deep Learning and Privacy Protection Lead Top Video Surveillance Trends for 2018, IHS Markit Says,'' 10 January 18.

\104\ Pei Li and Cate Cadell, ``China Eyes `Black Tech' To Boost Security as Parliament Meets,'' Reuters, 10 March 18.

\105\ Simon Denyer, ``Beijing Bets on Facial Recognition in a Big Drive for Total Surveillance,'' Washington Post, 7 January 18; Human Rights Watch, ``China: Police `Big Data' Systems Violate Privacy, Target Dissent,'' 19 November 17; Freedom House, ``Freedom in the World 2018--China,'' last visited 16 April 18.

\106\ Freedom House, ``Freedom on the Net 2017,'' November 2017, 221.

\107\ Freedom House, ``Attacks on the Record: The State of Global Press Freedom,'' 25 April 18; Amnesty International, ``China 2017/ 2018,'' last visited 3 September 18; Human Rights Watch, ``Submission to the Universal Periodic Review of China,'' 29 March 18.

\108\ See, e.g., Eva Pils, Human Rights in China (Medford: Polity Press, 2018), 89-90; Freedom House, ``Freedom on the Net 2017,'' November 2017, 221; Xiao Qiang, ``The Rise of China as a Digital Totalitarian State,'' Washington Post, 21 February 18.

\109\ Freedom House, ``Attacks on the Record: The State of Global Press Freedom,'' 25 April 18; Amnesty International, ``China 2017/ 2018,'' last visited 3 September 18; Human Rights Watch, ``Submission to the Universal Periodic Review of China,'' 29 March 18.

\110\ PRC Cybersecurity Law [Zhonghua renmin gongheguo wangluo anquan fa], passed 7 November 16, effective 1 June 17, art. 47. See also Amnesty International, ``China 2017/2018,'' last visited 3 September 18; Chiang Ling Li et al., ``China's New Cybersecurity Law Brings Enforcement Crackdown,'' Jones Day, October 2017.

\111\ ``China's Weibo Looks To Reward Citizen Censors With iPhones, Tablets,'' Reuters, 27 September 17; Chiang Ling Li et al., ``China's New Cybersecurity Law Brings Enforcement Crackdown,'' Jones Day, October 2017; Liza Lin and Josh Chin, ``China's Tech Giants Have a Second Job: Helping Beijing Spy on Its People,'' Wall Street Journal, 30 November 17.

\112\ Chen Aiping, ``Shanghai Cyberspace Administration: Marriott International Group Introduces Eight Rectification Measures'' [Shanghai

**AR-1451**

wangxinban: wanhao guoji jituan tuichu ba xiang zhenggai cuoshi],
Xinhua, 17 January 18; Catherine Lai, ``Hurt Feelings: How Foreign
Brands Are Proving To Be a Soft Target as China Wields Its Power,''
Hong Kong Free Press, 25 February 18; Abha Bhattarai and Steven Mufson,
``Marriot and Other Firms Bow to China To Protect Business Interests,''
Washington Post, 19 January 18.

\113\ Chen Aiping, ``Shanghai Cyberspace Administration: Marriott
International Group Introduces Eight Rectification Measures'' [Shanghai
wangxinban: wanhao guoji jituan tuichu ba xiang zhenggai cuoshi],
Xinhua, 17 January 18; Catherine Lai, ``Hurt Feelings: How Foreign
Brands Are Proving To Be a Soft Target as China Wields Its Power,''
Hong Kong Free Press, 25 February 18; Abha Bhattarai and Steven Mufson,
``Marriot and Other Firms Bow to China To Protect Business Interests,''
Washington Post, 19 January 18.

\114\ ``Mainland Kills Taiwan Film, Taiwan Affairs Office Prohibits
Artists [Supporting] Taiwan Independence'' [Tai dianying dalu zao
fengsha guotaiban yao jin taidu yiren], Radio Free Asia, 28 March 18.

\115\ State Administration of Radio and Television, ``State
Administration of Radio and Television Severely Deals With the Problem
of Sharing Programs Violating Social Morality on `Jinri Toutiao' [and]
`Kuaishou' '' [Guojia guangbo dianshi zongju yansu chuli ``jinri
toutiao'' ``kuaishou'' chuanbo you wei shehui daode jiemu deng wenti],
4 April 18; Wang Meng, ``Android App Store Takes Down Four Apps:
Toutiao, Netease News, Phoenix News, and Daily Express'' [Anzhuo
yingyong shangdian yi xia jia jinri toutiao, wangyi xinwen, fenghuang
xinwen, tiantian kuaibao si kuan yingyong], Caijing, 9 April 18;
Raymond Zhong, ``It Built an Empire of GIFs, Buzzy News and Jokes.
China Isn't Amused,'' New York Times, 11 April 18.

\116\ State Administration of Radio and Television, ``State
Administration of Radio and Television Orders `Jinri Toutiao' Website
To Permanently Close `Neihan Duanzi' and Other Vulgar Audiovisual
Products'' [Guojia guangbo dianshi zongju zeling ``jinri toutiao''
wangzhan yongjiu guanting ``neihan duanzi'' deng disu shiting chanpin],
10 April 18; ``Bad Humour: China Watchdog Shuts Toutiao Joke App Over
Vulgar Content,'' Reuters, 10 April 18; Raymond Zhong, ``It Built an
Empire of GIFs, Buzzy News and Jokes. China Isn't Amused,'' New York
Times, 11 April 18.

\117\ United Nations Treaty Collection, Chapter IV, Human Rights,
International Covenant on Civil and Political Rights, last visited 15
June 17; State Council Information Office, ``National Human Rights
Action Plan of China (2016-2020)'' [Guojia renquan xingdong jihua
(2016-2020 nian)], 29 September 16, sec. 5.

\118\ International Covenant on Civil and Political Rights, adopted
by UN General Assembly resolution 2200A (XXI) of 16 December 66, entry
into force 23 March 76, art. 19.

\119\ See, e.g., Roseann Rife, Amnesty International, ``Opinion:
The Chilling Reality of China's Cyberwar on Free Speech,'' CNN, 25
March 15; Rebecca MacKinnon, ``China's Internet Censorship and
Controls: The Context of Google's Approach in China,'' Human Rights in
China, 16 July 10; Henry Sanderson, ``China Targets Google in
Pornography Crackdown,'' Associated Press, reprinted in Washington
Post, 5 January 09.

\120\ Raymond Zhong, ``It Built an Empire of GIFs, Buzzy News and
Jokes. China Isn't Amused,'' New York Times, 11 April 18; Jinri Toutiao
(Headline--today), ``Apology and Reflection'' [Zhiqian he fansi],
WeChat post, 11 April 18.

\121\ Ben Bland, ``Outcry as Latest Global Publisher Bows to China
Censors,'' Financial Times, 1 November 17.

\122\ U.S. Responses to China's Foreign Influence Operations,
Hearing of the Subcommittee on Asia and the Pacific, Committee on
Foreign Affairs, U.S. House of Representatives, 21 March 18, Testimony
of Aynne Kokas, Fellow, Kissinger Institute on China and the United
States, The Woodrow Wilson Center for International Scholars, and
Assistant Professor of Media Studies, University of Virginia.

\123\ Weibo, ``Weibo May 2018 Community Management Work
Announcement'' [Weibo 2018 nian 5 yue shequ guanli gongzuo gonggao], 11
June 18, sec. 1. See also Xu Hailin, ``Sina Weibo Removes 141,000
Harmful Posts on Politics,'' Global Times, 12 June 18.

\124\ Weibo, ``Weibo May 2018 Community Management Work
Announcement'' [Weibo 2018 nian 5 yue shequ guanli gongzuo gonggao], 11
June 18, sec. 1.

\125\ ``U.S. Airlines Say Further Amending Websites To Change

**AR-1452**

Taiwan References,'' Reuters, 9 August 18; Daniel Shane, ``US Airlines
Give In to China's Demands Over Taiwan,'' CNN, 25 July 18; Bill
Birtles, ``Last Remaining US Airlines Give in to Chinese Pressure on
Taiwan,'' ABC News, 25 July 18.
    \126\ Kate Conger and Daisuke Wakabayashi, ``Google Employees
Protest Secret Work on Censored Search Engine for China,'' New York
Times, 16 August 18; Douglas MacMillan, Shan Li, and Liza Lin, ``Google
Woos Partners for Potential China Expansion,'' Wall Street Journal, 12
August 18; Ryan Gallagher, ``Google Plans To Launch Censored Search
Engine in China, Leaked Documents Reveal,'' 1 August 18.


                                        Access to
                                        Justice
                              Access to
                              Justice

                    Access to Justice


            Party's Control Over the Judicial Process

    Central authorities of the Chinese Communist Party
continued to exert control over the judicial process in
violation of international standards.\1\ Although it is not
formally part of the Party,\2\ the judiciary's first priority
in 2018 was to defend ``the Party's centralized and unified
leadership, with [Party General Secretary] Xi Jinping as the
core leader,'' according to the March 2018 Supreme People's
Court (SPC) work report \3\ delivered by senior Party official
and SPC President Zhou Qiang.\4\ Zhou affirmed that the
adjudication process should be improved through Party
building,\5\ which included ideological conformity,\6\ and
advocated for absolute loyalty and obedience to the Party.\7\
Zhou further saw it as the court's imperative to take part in a
political initiative called ``eliminate darkness and evil''
that aims to ``further strengthen the foundation of the Party's
power.'' \8\ According to announcements by local authorities,
targeted ``dark forces'' included persons involved in organized
crime as well as individuals who ``threaten political
security'' and those who ``have a grip on political power at
the local level.'' \9\ State-run media Xinhua explained that
this campaign ``is primarily aimed at consolidating the
[Communist Party's] ruling foundation,'' \10\ and some
commentators drew comparisons with earlier anti-crime campaigns
such as ``Strike Hard'' and ``Strike Black'' in terms of the
potential for serious human rights abuses.\11\
    In February 2018, Xiong Xuanguo, a vice minister at the
Ministry of Justice, urged lawyers to ``conform their thoughts
and actions with the Party's plan'' and to join the ``eliminate
darkness and evil'' campaign.\12\ He also announced that the
All China Lawyers Association had established a ``defense
lawyer guidance committee'' to ``strengthen guidance on cases''
relating to the campaign.\13\ Some lawyers expressed concern
that the unprecedented efforts to coordinate defense lawyers
was actually a ``stability maintenance'' measure and would
undermine lawyers' independence in defending their clients.\14\

    Persecution and Harassment of Human Rights Lawyers and Advocates


                      CRIMINAL PROSECUTION

    Chinese authorities continued to criminally prosecute
rights lawyers and advocates detained during the nationwide,
coordinated crackdown that began in and around July 2015 (July
2015 crackdown),\15\ which affected over 300 individuals and
led to a total of 14 criminal convictions.\16\ This past year,
authorities sentenced three individuals and continued to hold
one person under incommunicado pretrial detention.\17\
International human rights groups, in anticipation of the
November 2018 session of the UN Human Rights Council's

**AR-1453**

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPO... Page 258 of 316

Case 3:20-cv-05910-LB Document 77-6 Filed 10/01/20 Page 34 of 47
WeChat Appendix P Footnote H9 - Congressional-Executive Commission on China Annual Report 2018

Universal Periodic Review of the Chinese government's human rights record,\18\ expressed in their reports concerns about persecution of rights lawyers.\19\

On November 21, 2017, a court sentenced disbarred rights lawyer Jiang Tianyong \20\ to two years' imprisonment on the charge of ``inciting to subvert state power.'' \21\ Authorities alleged that Jiang counseled Xie Yang's wife to fabricate torture allegations.\22\ Rights lawyer Xie Yang \23\ reportedly told his lawyers in January 2017 that authorities had tortured him,\24\ but he later retracted that claim at trial.\25\ On December 26, 2017, a court convicted Xie of ``inciting to subvert state power'' and decided not to impose criminal punishment.\26\ After releasing Xie from detention, authorities restricted his freedom of movement \27\ and photocopied his case files, a step that suggests authorities were preparing to revoke Xie's law license as retaliation against his resuming rights defense work, according to his wife.\28\
On December 26, 2017, a court sentenced rights advocate Wu Gan \29\ to eight years in prison for ``subverting state power.'' \30\ On April 17, 2018, the court of second instance affirmed the original sentence.\31\ Shortly before the second instance court issued the decision, authorities reportedly prevented citizens from attending the hearing and detained Wu's father in a hotel located in Guilin municipality, Guangxi Zhuang Autonomous Region.\32\
Authorities took rights lawyer Wang Quanzhang \33\ into custody around July 2015 and continued to hold him under incommunicado detention \34\ on the charge of ``subverting state power.'' \35\ In April 2018, Wang's wife Li Wenzu said authorities never informed her of Wang's whereabouts, and she started a symbolic march from her home in Beijing municipality to Wang's presumed detention location in Tianjin municipality.\36\ Authorities intercepted Li in Tianjin, returned her to Beijing, and placed her under ``soft detention'' in her apartment, during which individuals believed to be working for government officials blocked and assaulted Li's visitors.\37\

Authorities likewise criminally detained other lawyers subsequent to the July 2015 crackdown:

In October 2017, authorities detained rights lawyer Li Yuhan\38\ on the charge of ``picking quarrels and provoking trouble.'' \39\ Staff at the detention center reportedly denied her hot water for showers, denied her medical treatment, and threatened to beat her to death.\40\ At the age of 60, Li suffered from health conditions including heart disease, hypertension, and hyperthyroidism.\41\ Previously, Li represented lawyer Wang Yu,\42\ whom authorities detained during the July 2015 crackdown.\43\
In January 2018, authorities detained rights lawyer Yu Wensheng \44\ and in April formally arrested him on the charges of ``obstructing official business'' and ``inciting subversion of state power.'' \45\ Earlier, the Beijing Municipal Justice Bureau revoked Yu's law license reportedly because he had represented rights lawyer Wang Quanzhang.\46\ Yu's detention came shortly after he made a Twitter post advocating constitutional reform.\47\ In April, police showed Yu's defense lawyers a declaration in which Yu allegedly terminated their representation.\48\ Yu's wife, Xu Yan, refused to terminate the lawyers because the declaration contradicted an earlier declaration that Yu wrote, in which he stated that he would not voluntarily terminate his lawyers were he to be detained.\49\ In February, authorities restricted Xu Yan's ability to

**AR-1454**

travel to Hong Kong and in April pressured her not to discuss her husband's case.\50\

## RESTRICTION, PERSECUTION, AND HARASSMENT OF LAWYERS

Beside criminal prosecution, authorities persecuted, harassed, and imposed restrictions on rights lawyers by means including revocation \51\ and suspension \52\ of licenses, delay in the annual license renewal process,\53\ exclusion from courthouses,\54\ restriction of movement,\55\ restriction on speech,\56\ and physical assault.\57\ Authorities also conducted intrusive ``inspections'' in a number of law firms.\58\ In September 2017, for example, at least seven law firms were subjected to inspection, with some on-site inspections reportedly lasting for days.\59\ Observers said these inspections targeted law firms that engaged in rights defense work.\60\

## Citizen Petitioning

The petitioning system (xinfang), also known as the ``letters and visits system,'' has been a popular mechanism outside of the formal legal system for citizens to present their grievances to authorities, either in writing or in person.\61\ The petitioning system reportedly has been ineffective in addressing citizens' grievances due to factors such as the large number of petitions,\62\ the limited authority of local xinfang offices,\63\ shortcomings in the accountability system,\64\ and corruption.\65\

Chinese authorities experimented with measures to streamline the petitioning system that one scholar said may produce limited benefits. The State Bureau of Letters and Visits (the central-level government agency responsible for overseeing the petitioning system) expanded the online petitioning platform,\66\ and central and local authorities formalized the reform of categorizing petition matters for the purpose of diverting certain cases to administrative or judicial resolution mechanisms.\67\ One China-based scholar pointed out, however, that many petitioners from rural areas are unfamiliar with the online interface, and that adding a way of submitting petitions does not in itself enhance the petitioning system's capacity to resolve disputes.\68\ In addition, the scholar noted that petitioners are not legally bound to use other methods to seek remedies, particularly when doing so would require increased cost and time.\69\

During this reporting year, petitioners continued to face official repression. Authorities detained petitioners, alleging criminal or administrative offenses including ``disrupting order in a public place,'' \70\ ``picking quarrels and provoking trouble,'' \71\ and ``obstructing official business.'' \72\ In addition, authorities reportedly detained petitioners in the period leading up to and during the 19th National Congress of the Chinese Communist Party in October 2017,\73\ and the annual meetings of the National People's Congress and Chinese People's Political Consultative Conference in March 2018.\74\

## Legal Aid

The legal aid system remained a state-controlled institution. State Council regulations specify that justice bureaus of local governments appoint legal aid organizations and administer legal aid programs through them.\75\ Legal aid organizations may assign eligible applicants to in-house lawyers or make referrals to law firms, grassroots legal services, or other social organizations.\76\ Lawyers are legally obligated to provide legal aid services and may be disciplined or fined for refusing to do so.\77\

While the government continued to expand the legal aid system, it further tightened the space for legal aid services not administered by the government. The Ministry of Justice spent 2.12 billion yuan (approximately US$320 million) on legal

aid programs during 2016, representing a 12.1 percent annual increase.\78\ It further stated that the majority of provincial-level governments lowered the eligibility standard and expanded the scope of legal aid by covering civil matters, such as employment, family, food and drugs, education, and healthcare.\79\ In January 2018, the All China Lawyers Association (ACLA), which is the national bar association \80\ that works under the Ministry of Justice's direction,\81\ issued a set of trial rules prohibiting lawyers from accepting cases at discounted rates or without fees, except for legal aid cases.\82\ A China-based lawyer said he was concerned that the provision would prevent lawyers from providing pro bono legal services to disadvantaged individuals in cases of significant interest to the public.\83\

### Judicial Reform Efforts

Government and Party-directed reform efforts \84\ have focused on improving the judiciary's capacity to process cases, while requiring that the judiciary remain an instrument of the Chinese Communist Party. In November 2017, Supreme People's Court (SPC) President Zhou Qiang reported to the National People's Congress Standing Committee that the judiciary made progress in completing or setting into motion judicial reform objectives--such as judicial responsibility and case opening reforms--laid out by the 18th Central Committee in 2013 and in the Third and Fourth Plenum Decisions in 2014.\85\ Some legal experts observed that, rather than removing obstacles to delivering justice,\86\ judicial reform efforts have focused on technically improving the efficiency \87\ of the legal system, which central authorities continue to use as ``a mechanism to constrain local-level functionaries . . . and repress dissent . . ..'' \88\

#### JUDICIAL APPOINTMENT AND MANAGEMENT

This past year, Chinese lawmakers deliberated legislative amendments in an effort to formalize reforms of the judicial appointment and management system.\89\ The draft amendment of the PRC Organic Law of People's Courts provides that appointment of judges is subject to a quota assigned by the SPC based on the locality's population size, caseload, and other measurable factors.\90\ Candidates would also undergo a merit-based selection process to qualify as judges.\91\ The draft amendment of the PRC Judges Law raises the education threshold and generally requires prior judicial experience for promotion to higher courts.\92\ Despite emphasis on merit-based considerations, ``high political quality'' remained a selection requirement.\93\

#### PEOPLE'S ASSESSORS

The National People's Congress Standing Committee (NPCSC) passed new legislation to improve lay participation in courts during this reporting year, though some observers said that pilot versions of this reform had been ineffective. People's assessors, who do not need to be legally trained, participate in case adjudication alongside judges.\94\ The previous system reportedly suffered from problems such as insufficient rotation of people's assessors and lack of genuine participation, with one expert referring to people's assessors as ``decoration.'' \95\ In April 2018, the NPCSC passed the PRC People's Assessors Law,\96\ following nearly three years of pilot programs in 10 jurisdictions.\97\ The new law requires that most people's assessors be randomly selected, and it expands the current three-person panels to seven-person panels in certain types of cases, such as those involving food and drug safety, land expropriation, and environmental protection.\98\ Some China-based scholars said that the random selection mechanism was the right step forward; some observed, however, that the pilot programs did not improve actual participation by people's assessors in case adjudication.\99\

USE OF TECHNOLOGY

The judiciary used technology to facilitate court proceedings and enforcement, which are elements of access to justice.\100\ In November 2017, Zhou Qiang reported that over 2,200 courts across China established Web-based litigation services, enabling litigants to complete transactions online, for example, to open a case, pay fees, examine evidence, and make court appearances.\101\ In addition, in August 2017, the Supreme People's Court implemented a Party-approved plan to establish the first ``internet court'' to handle litigation entirely online in certain internet-related disputes.\102\ Zhu Shenyuan, Vice President of the Zhejiang Province High People's Court, explained that the cross-jurisdictional and decentralized nature of online transactions presented challenges to the judicial system.\103\ A scholar observed that the internet court could help litigants save on travel expenses and reduce overall litigation costs.\104\ In July 2018, Zhou Qiang convened a Supreme People's Court Judicial Reform Leading Small Group meeting during which an agenda for establishing additional internet courts in Beijing municipality and Guangdong province was passed.\105\

Zhou Qiang further reported that the judiciary's online enforcement system was linked to the databases of over 10 government bodies, enabling it to track down judgment debtors' property for the purpose of enforcement.\106\ According to Zhou, judgment debtors' information also was shared with the developing social credit system, which authorities could use to tighten social control, according to some observers.\107\ [For more information on potential abuses of the social credit system, see Section III--Institutions of Democratic Governance and Commercial Rule of Law and Human Rights.]

In February 2018, the Supreme People's Court issued provisions requiring courts, beginning in September, to use a unified online platform to disclose various stages of the litigation process, including case opening, process service, hearing date, and issuance of court documents.\108\ Other aspects of the Supreme People's Court's efforts to improve disclosure of information included new online platforms for judicial documents and status of enforcement.\109\

Access to
Justice
Access to
Justice

Notes to Section III--Access to Justice

\1\ International Covenant on Civil and Political Rights, adopted by UN General Assembly resolution 2200A (XXI) of 16 December 66, entry into force 23 March 76, arts. 2, 14, 26; Universal Declaration of Human Rights, adopted and proclaimed by UN General Assembly resolution 217A (III) of 10 December 48, arts. 7-8; Basic Principles on the Independence of the Judiciary, adopted by the Seventh United Nations Congress on the Prevention of Crime and the Treatment of Offenders held at Milan from 26 August to 6 September 1985 and endorsed by General Assembly resolutions 40/32 of 29 November 1985 and 40/146 of 13 December 1985, arts. 1, 4; Basic Principles on the Role of Lawyers, Adopted by the Eighth United Nations Congress on the Prevention of Crime and the Treatment of Offenders, Havana, Cuba, 27 August to 7 September 1990, preamble.
\2\ PRC Constitution, issued 4 December 82, amended 12 April 88, 29 March 93, 15 March 99, 14 March 04, 11 March 18, art. 128.
\3\ ``Supreme People's Court Work Report'' [Zuigao renmin fayuan gongzuo baogao], 9 March 18.
\4\ ``Resume of Supreme People's Court President'' [Zuigao renmin fayuan yuanzhang jianli], Xinhua, 18 March 18.
\5\ ``Supreme People's Court Work Report'' [Zuigao renmin fayuan gongzuo baogao], 9 March 18, sec. 8.
\6\ Chen Zhong, ``Thoughts on Strengthening and Improving Organizational Party Building Work'' [Jiaqiang he gaijin jiguan

AR-1457

dangjian gongzuo de sikao], People's Daily, 26 October 11; Chinese
Communist Party Constitution, adopted 6 September 82, amended 1
November 87, 18 October 92, 18 September 97, 14 November 02, 21 October
07, 14 November 12, 24 October 17, art. 18. Zhou also stated in the
2017 SPC work report the judiciary's submission to the Party's direct
supervision for ideological conformity. ``Supreme People's Court Work
Report'' [Zuigao renmin fayuan gongzuo baogao], 9 March 18, sec. 8.

    \7\ ``Supreme People's Court Work Report'' [Zuigao renmin fayuan
gongzuo baogao], 9 March 18, sec. 8; Zhang Hao, ``Firmly Upholding
Party's Absolute Leadership Over People's Courts'' [Jianchi dang dui
renmin fayuan de juedui lingdao], Legal Daily, 4 January 18.

    \8\ ``Supreme People's Court Work Report'' [Zuigao renmin fayuan
gongzuo baogao], 9 March 18; ``CCP Central Committee and State Council
Issued `Circular on Specialized Struggle To Eliminate Darkness and
Evil' '' [Zhonggong zhongyang guowuyuan fachu ``guanyu kaizhan saohei
chu'e zhuanxiang douzheng de tongzhi''], Xinhua, 24 January 18.

    \9\ See, e.g., Lin Yuanqin and Su Gongxin, ``Jiangsu Acts Upon
Hearing Order To Eliminate Darkness and Evil'' [Saohei chu'e jiangsu
wenling erdong], Xinhua Daily, 15 February 18; Du Yuquan, ``Sichuan
Announced Ten Main Targets in Elimination of Darkness and Evil''
[Sichuan gongbu shi lei saohei chu'e zhongdian daji duixiang], Chengdu
Economic Daily, 14 February 18; ``Political Security Tops List of 12
Targeted Groups in `Elimination of Darkness and Evil' '' [``Dahei
chu'e'' 12 lei zhongdian zhengquan anquan jushou], Radio Free Asia, 21
February 18.

    \10\ ``China Focus: Fight Against Organized Crime Reflects Xi's
Governance Thought,'' Xinhua, 27 January 18.

    \11\ `` `Elimination of Darkness and Evil' Campaign Well Underway,
Huge Disparity Between Recovered Ill-Gotten Money and Number of People
Detained Raises Suspicion'' [``Sao hei chu e'' yundong ruhuo rutu
zangkuan yu bei bu renshu xuanshu shou zhiyi], Radio Free Asia, 7
February 18; ``New China `Crime' Crackdown Targets Threats to Party
Rule,'' Associated Press, reprinted in Voice of America, 15 March 18;
``Thousands Arrested in Elimination of Darkness and Evil Struggle in
China, Shandong's Order to Local Authorities Raises Controversy''
[Zhongguo saohei chu'e douzheng shuqian ren beibu shandong gei jiceng
xia zhibiao yin zhengyi], BBC, 9 February 18. See also James T. Areddy,
``Xinjiang Arrests Nearly Doubled in '14, Year of `Strike-Hard'
Campaign,'' Wall Street Journal, China Real Time Report (blog), 23
January 15; Sharon LaFraniere and Jonathan Ansfield, ``Crime Crackdown
Adds to Scandal Surrounding Former Chinese Official,'' New York Times,
26 March 12; Philip P. Pan, ``China Strikes Hard at Criminals,
Dissidents,'' Washington Post, 11 May 01.

    \12\ Cai Changchun, ``Lawyers Must Actively Participate in Struggle
To Eliminate Darkness and Evil and To Lawfully Commence Defense
Representation Work in Cases Involving Dark Forces'' [Lushi yao jiji
canyu saohei chu'e zhuanxiang douzheng yifa kaizhan shexian hei'e shili
fanzui anjian bianhu daili], Legal Daily, 1 February 18.

    \13\ Ibid.

    \14\ ``All China Lawyers Association Established Elimination of
Darkness and Evil Committee, Profession Worries Officials Will Control
Defense'' [Quanguo luxie chengli saohei yewu weiyuanhui yejie you
guanfang caokong bianhu], Radio Free Asia, 5 February 18.

    \15\ See, e.g., Josh Chin and Te-Ping Chen, ``China Targets Human-
Rights Lawyers in Crackdown,'' Wall Street Journal, 12 July 15; Human
Rights Watch, ``China: Secretly Detained Lawyers at Risk of Torture,''
20 July 15; Huang Qingchang and Zou Wei, ``Revealing the Dark Secrets
of `Rights Defense' Incidents'' [Jiekai ``weiquan'' shijian de heimu],
Xinhua, 11 July 15.

    \16\ China Human Rights Lawyers Concern Group, ``List of 42 Lawyers
and Citizens Whose Cases Entered Criminal Prosecution Process'' [42 ge
jinru xingshi susong chengxu de lushi ji gongmin liebiao], 21 February
18.

    \17\ Ibid.; Lawyers' Rights and Interests Concern Net, ``Lawyers
Xie Yang and Lin Qilei's Request To Meet Wang Quanzhang Denied'' [Xie
yang he lin qilei lushi yaoqiu huijian wang quanzhang bei jujue], 20
April 18.

    \18\ UN Human Rights Council, ``Tentative Timetable for the 31st
Session of the UPR Working Group (5-16 November 2018),'' last visited
on 18 May 18.

    \19\ See, e.g., Human Rights in China, ``Stakeholder Submission by
Human Rights in China,'' March 2018, para. 3; Lawyers' Rights Watch

Canada, ``Joint Submission to the 31st Session of the Universal Periodic Review of China,'' March 2018, paras. 12-22; Front Line Defenders, ``Submission for Universal Periodic Review for the 31st session (November 2018),'' 1 April 18.

\20\ Guo Baosheng, ``Guo Baosheng: Lawyer Jiang Tianyong as I Know Him'' [Guo baosheng: wo suo renshi de jiang tianyong lushi], Human Rights in China Biweekly, No. 205, 17 March 17. For more information on Jiang Tianyong, see the Commission's Political Prisoner Database record 2011-00179.

\21\ Cai Changchun, ``Jiang Tianyong Publicly Sentenced at Changsha Intermediate Court in Inciting Subversion of State Power Case'' [Jiang tianyong shandong dianfu guojia zhengquan an zai changsha zhong yuan yishen gongkai xuanpan], Legal Daily, 21 November 17.

\22\ Ibid.

\23\ Chinese Human Rights Defenders, ``Xie Yang,'' 6 September 16. For more information on Xie Yang, see the Commission's Political Prisoner Database record 2015-00295.

\24\ Chen Jian'gang, ``Record of Meeting With Hunan Lawyer Xie Yang (One)'' [Hunan xie yang lushi huijian jilu (yi)], reprinted in Rights Defense Network, 19 January 17; Chen Jian'gang, ``Record of Meeting With Hunan Lawyer Xie Yang (Two)'' [Hunan xie yang lushi huijian jilu (er)], reprinted in Rights Defense Network, 19 January 17.

\25\ Josh Chin, ``China Court Says Lawyer Retracts Torture Charge; Wife Calls Trial a Farce,'' Wall Street Journal, 8 May 17.

\26\ Zeng Yan, ``Public Announcement of First Instance Trial Judgment in Case of Inciting To Subvert State Power Charge Against Xie Yang'' [Xie yang shandong dianfu guojia zhengquan an yishen gongkai xuanpan], People's Court Daily, 27 December 17.

\27\ Rights Defense Network, ``Lawyer Xie Yang's Wife Chen Guiqiu: Reporting to President Xi Jinping--Lawyer Xie Yang Illegally Prevented From Crossing Border, Hope You Will Give Him Special Help'' [Xie yang lushi qizi chen guiqiu: xiang xi jinping zhuxi huibao--xie yang lushi bei feifa bianjing kongzhi qidai nin de tebie bangzhu], 1 May 18.

\28\ ChinaAid, ``Case File Handled by Lawyer Xie Yang Photocopied, Chen Guiqiu Intends To Establish Hunan Overseas Report Center'' [Lushi xie yang daili anjuan bei kaobei chen guiqiu ni chengli hunan haiwai jubao zhongxin], 9 May 18.

\29\ Chinese Human Rights Defenders, ``Wu Gan,'' 11 March 16. For more information on Wu Gan, see the Commission's Political Prisoner Database record 2010-00348.

\30\ Liu Lan, ``Public Announcement of First Instance Judgment in Case of Inciting To Subvert State Power Charge Against Wu Gan'' [Wu gan dianfu guojia zhengquan an yishen gongkai xuanpan], People's Court Daily, 27 December 17.

\31\ ``Court of Second Instance in Tufu's Case Upholds Original Decision of Eight-Year Sentence'' [Tufu ershen weichi banian tuxing yuanshen caijue], Radio Free Asia, 17 April 18.

\32\ ``Second Instance Hearing on Wu Gan's Case Soon To Be Held, Father Xu Xiaoshun Placed Under Soft Detention'' [Wu gan an er shen jiang kaiting fuqin xu xiaoshun bei ruanjin], Radio Free Asia, 16 April 18; ``Court of Second Instance in Tufu's Case Upholds Original Decision of Eight-Year Sentence'' [Tufu ershen weichi banian tuxing yuanshen caijue], Radio Free Asia, 17 April 18.

\33\ Chinese Human Rights Defenders, ``Wang Quanzhang,'' 22 January 16. For more information on Wang Quanzhang, see the Commission's Political Prisoner Database record 2015-00278.

\34\ Lawyers' Rights and Interests Concern Net, ``Lawyers Xie Yang and Lin Qilei's Request To Meet Wang Quanzhang Denied'' [Xie yang he lin qilei lushi yaoqiu huijian wang quanzhang bei jujue], 20 April 18.

\35\ Rights Defense Network, ``Fengrui Director Lawyer Zhou Shifeng, Lawyer Wang Quanzhang, and Intern Lawyer Li Shuyun of the 709 Crackdown Arrested on Suspicion of `Subverting State Power' '' [709 dazhuabu shijian zhong fengrui suo zhuren zhou shifeng lushi, wang quanzhang lushi, shixi lushi li shuyun bei yi shexian ``dianfu guojia zhengquan zui'' pizhun daibu], 12 January 16.

\36\ Lawyers' Rights and Interests Concern Net, ``Lawyers Xie Yang and Lin Qilei's Request To Meet Wang Quanzhang Denied'' [Xie yang he lin qilei lushi yaoqiu huijian wang quanzhang bei jujue], 20 April 18; Joanna Chiu, ``1,000 Days on, Wife of `Vanished' Chinese Lawyer Wang Quanzhang Marches 100 km for Answers,'' Agence France-Presse, reprinted in Hong Kong Free Press, 5 April 18; Xiao Shan, ``New Episode in Stability Maintenance: Chaoyang Aunties Participate in the Stability

Maintenance Surveillance and Confinement of Li Wenzu'' [Weiwen xin
xianxiang: chaoyang dama canyu jiankong weiwen li wenzu], Radio France
Internationale, 11 April 18.

\37\ Xiao Shan, ``New Episode in Stability Maintenance: Chaoyang
Aunties Participate in the Stability Maintenance Surveillance and
Confinement of Li Wenzu'' [Weiwen xin xianxiang: chaoyang dama canyu
jiankong weiwen li wenzu], Radio France Internationale, 11 April 18;
Rights Defense Network, ``Li Wenzu: Situation Bulletin on My Second Day
of Soft Detention (April 11, 2018)'' [Li wenzu: wo zao ruanjin dier
tian qingkuang tongbao (2018 nian 4 yue 11 ri)], 11 April 18.

\38\ For more information on Li Yuhan, see the Commission's
Political Prisoner Database record 2017-00361.

\39\ Chinese Human Rights Defenders, ``Li Yuhan,'' 6 December 17.

\40\ ``Arrest for `709 Case' Lawyer Li Yuhan Approved, What on
Earth Is `Picking Quarrels and Provoking Trouble?' '' [``709 an'' lushi
li yuhan bei pibu ``xunxin zishi'' shige shenme gui?], Radio Free Asia,
16 November 17; ``China Rights Lawyer Arrested, Outside World Suspects
Deliberate Retaliation'' [Zhongguo weiquan lushi beidaibu waijie zhiyi
xuyi baofu], Voice of America, 16 November 17; Human Rights Campaign in
China, ``Detained for Picking Quarrels and Provoking Trouble by the
Heping Branch of the Shenyang Public Security Bureau, Lawyer Li Yuhan
Tortured by Police Handling the Case'' [Bei shenyang shi gong'anju
heping fenju yi xunxin zishi zui jiya de li yuhan lushi zao ban'an
jingcha nuedai], 10 November 17; Rights Defense Network, ``Li Yuhan's
Lawyers Li Boguang and Lin Qilei File Complaint for Subjecting Her to
Torture and Abuse in Prison'' [Li yuhan daili lushi li boguang lin
qilei jiu bei qi bei xingxun bigong yu zhong nuedai tiqi konggao], 11
December 17.

\41\ ``Arrest for `709 Case' Lawyer Li Yuhan Approved, What on
Earth Is `Picking Quarrels and Provoking Trouble?' '' [``709 an'' lushi
li yuhan bei pibu ``xunxin zishi'' shige shenme gui?], Radio Free Asia,
16 November 17; ``China Rights Lawyer Arrested, Outside World Suspects
Deliberate Retaliation'' [Zhongguo weiquan lushi beidaibu waijie zhiyi
xuyi baofu], Voice of America, 16 November 17; Human Rights Campaign in
China, ``Detained for Picking Quarrels and Provoking Trouble by the
Heping Branch of the Shenyang Public Security Bureau, Lawyer Li Yuhan
Tortured by Police Handling the Case'' [Bei shenyang shi gong'anju
heping fenju yi xunxin zishi zui jiya de li yuhan lushi zao ban'an
jingcha nuedai], 10 November 17.

\42\ For more information on Wang Yu, see the Commission's
Political Prisoner Database record 2015-00252.

\43\ ``Fraud Charge Added Against Li Yuhan, Son Criticizes Move as
Attempt To Use Different Ways To Imprison Mother'' [Li yuhan bei
jiakong zhapian zui er pi xiangfang shefa yao mu ruyu], Radio Free
Asia, 15 March 18.

\44\ Ma Xiao, ``Ma Xiao: Investigation on the Lives of Mainland
China Political Prisoners: Human Rights Lawyer Yu Wensheng (1 of 2)''
[Ma xiao: zhongguo dalu zhengzhifan beiqiu shengya jishi diaocha:
renquan lushi yu wensheng (shang)], Minzhu Zhongguo, 27 August 15; Ma
Xiao, ``Ma Xiao: Investigation on the Lives of Mainland China Political
Prisoners: Human Rights Lawyer Yu Wensheng (2 of 2)'' [Ma xiao:
zhongguo dalu zhengzhifan beiqiu shengya jishi diaocha: renquan lushi
yu wensheng (xia)], Minzhu Zhongguo, 6 September 15. For more
information on Yu Wensheng, see the Commission's Political Prisoner
Database record 2014-00387.

\45\ Civil Rights & Livelihood Watch, ``Beijing Lawyer Yu Wensheng
Formally Criminally Detained Today'' [Beijing lushi yu wensheng jin
zhengshi bei xingshi juliu], 20 January 18; Lawyers' Rights and
Interests Concern Net, ``Police Says Yu Wensheng Terminated
Representation by Two Defense Lawyers Xie Yang and Chang Boyang, Xu Yan
Meets With Yu Wensheng'' [Jingcha chuanchu yu wensheng jiechu xie yang
he chang boyang er wei bianhuren xu yan jianguo yu wensheng], 23 April
18.

\46\ ``Yu Wensheng, Lawyer in `709 Case,' Had License Revoked by
Beijing Municipal Justice Bureau'' [``709 an'' daili lushi yu wensheng
zao beijingshi sifa ju diaoxiao zhizhao], Radio Free Asia, 16 January
18.

\47\ Yu Wensheng (yuwensheng), Twitter post, 17 January 18, 10:50
a.m.

\48\ Lawyers' Rights and Interests Concern Net, ``Police Says Yu
Wensheng Terminated Representation by Two Defense Lawyers Xie Yang and
Chang Boyang, Xu Yan Meets With Yu Wensheng'' [Jingcha chuanchu yu

**AR-1460**

wensheng jiechu xie yang he chang boyang er wei bianhuren xu yan
jianguo yu wensheng], 23 April 18.

\49\ Lawyers' Rights and Interests Concern Net, ``Police Says Yu
Wensheng Terminated Representation by Two Defense Lawyers Xie Yang and
Chang Boyang, Xu Yan Meets With Yu Wensheng'' [Jingcha chuanchu yu
wensheng jiechu xie yang he chang boyang er wei bianhuren xu yan
jianguo yu wensheng], 23 April 18.

\50\ ``Yu Wensheng's Family Affected by His Matter, Wife Xu Yan
Planned To Visit Hong Kong but Denied Exit'' [Yu wensheng shijian
zhulian jiaren qi xu yan ni dao xianggang zaoju chujing], Radio Free
Asia, 24 February 18; ``Yu Wensheng's Wife Xu Yan Summoned Again on
Grounds of `Inciting Subversion Crime' '' [Yu wensheng qizi xu yan zai
bei yi shexian ``shan dian zui'' chuanhuan], Radio Free Asia, 1 April
18.

\51\ ``Lawyer Zhu Shengwu's License Revoked, Law Firm Faces
Closure'' [Zhu shengwu lushi bei chupai lusuo mianlin guanbi], Radio
Free Asia, 22 November 17; ``Guangdong Justice Bureau Attacks Without
Warning, Rights Lawyer Sui Muqing's License Revoked'' [Guangdong
sifating wu yujing tuxi weiquan lushi sui muqing zao diaozhao], Radio
Free Asia, 23 January 18.

\52\ ``License Revoked, Rights Lawyer Chen Jiahong Not Optimistic
About License Reinstatement'' [Zao tingpai weiquan lushi chen jiahong
dui fupai bu leguan], Radio Free Asia, 30 November 17; Guangxi Lawyers
Association, ``Circular Concerning the Implementation of Administrative
Punishment on Guangxi Baijuming Law Firm and Its Lawyer, Chen Jiahong''
[Guanyu dui guangxi baijuming lushi shiwusuo ji gai suo chen jiahong
lushi shishi xingzheng chufa de qingkuang tongbao], 15 September 17.

\53\ Liu Xiaoyuan, Rights Defense Network, ``Lawyer Liu Xiaoyuan: I
Have Been Unemployed for Over 2 Years Because of the 709 Case'' [Liu
xiaoyuan lushi: yin 709 an wo bei shiye 2 nian duo le!], 8 September
17.

\54\ ``Defense Lawyers Expelled From Shenzhen Courthouse,
`Protecting Lawyers' Rights' Becomes Empty Talk'' [Bianhu lushi zao
zhuchu shenzhen fayuan ``baozhang lushi quanyi'' cheng kongtan], Radio
Free Asia, 21 September 17; Rights Defense Network, ``Ganzhou
Intermediate People's Court in Jiangxi Barred Retained Lawyer Chi
Susheng From Making Appearance in Ming Jingguo Case'' [Jiangxi
ganzhoushi zhongji fayuan jing bu yunxu ming jingguo an weituo lushi
chi susheng chuting], 16 November 17.

\55\ ``Chen Jian'gang Under [Authorities'] Control While in Xiamen
Handling Case, Movement Again Restricted After Release'' [Chen
jian'gang dao xiamen ban'an shoukong huoshi hou xingdong zai shou
zu'nao], Radio Free Asia, 5 September 17; ``Disbarred Lawyer Tang
Jitian Prohibited From Leaving Country En Route to Hong Kong for
Medical Treatment'' [Bei diaoxiao zhizhao lushi tang jitian fu gang
zhibing bei jinzhi chujing], Radio Free Asia, 12 November 17.

\56\ ``Guangdong Lawyers Association Issues New Rule To Restrict
Lawyers' Online Speech'' [Guangdong luxie xin gui xianzhi lushi wangluo
yanlun], Radio Free Asia, 3 August 18.

\57\ Lawyers' Rights and Interests Concern Net, ``Experienced
Female Attorney Assaulted and Injured by Court Police When Handling
Case in Xi'an Court, No Results After Six Months of Rights Defense''
[Zishen nu lushi zai xi'an fayuan luzhi bei fajing dashang weiquan
liuge duo yue wu guo], 21 November 17; Civil Rights & Livelihood Watch,
``Rights Defense Lawyer Lu Tingge Assaulted by Court Police in Huili
County, Sichuan, Hospitalized'' [Weiquan lushi lu tingge zai sichuan
huili xian zao fajing ouda ruyuan], 17 November 17.

\58\ See, e.g., ``[Prelude to Crackdown?] Law Firm of Well-Known
Rights Lawyer Mo Shaoping Subjected to Thorough PSB-Led Inspection''
[[Daya qianzou?] zhuming weiquan lushi mo shaoping shiwusuo zao gong'an
daidui checha], Apple Daily, 18 September 17; ``Law Firm of Rights
Lawyer Mo Shaoping, Who Previously Represented Liu Xiaobo and Pu
Zhiqiang, Suddenly Subjected to `Special Inspection' '' [Ceng wei liu
xiaobo, pu zhiqiang bianhu weiquan lushi mo shaoping shiwusuo tuzao
``zhuanxiang jiancha''], Stand News, 19 September 17; ``Multiple
Beijing Agencies Formally Station [Themselves] in Daoheng Law Firm To
Conduct Special Inspection'' [Beijing duoge bumen zhengshi jinzhu
daoheng lusuo zhankai zhuanxiang jiancha], Radio Free Asia, 19
September 17.

\59\ Human Rights Watch, ``China: Justice Ministry Pressures Law
Firms,'' 19 September 17; ``Many Law Firms in China Inspected, Might Be
Linked to Stability Maintenance for the 19th Party Congress'' [Zhongguo

duojia lusuo bei cha, yi yu 19 da weiwen youguan], Voice of America, 22
September 17; ``Multiple Beijing Agencies Formally Station [Themselves]
in Daoheng Law Firm To Conduct Special Inspection'' [Beijing duoge
bumen zhengshi jinzhu daoheng lusuo zhankai zhuanxiang jiancha], Radio
Free Asia, 19 September 17.

    \60\ ``Many Law Firms in China Inspected, Might Be Linked to
Stability Maintenance for the 19th Party Congress'' [Zhongguo duojia
lusuo bei cha, yi yu 19 da weiwen youguan], Voice of America, 22
September 17; ``Multiple Beijing Agencies Formally Station [Themselves]
in Daoheng Law Firm To Conduct Special Inspection'' [Beijing duoge
bumen zhengshi jinzhu daoheng lusuo zhankai zhuanxiang jiancha], Radio
Free Asia, 19 September 17; Human Rights Watch, ``China: Justice
Ministry Pressures Law Firms,'' 19 September 17; ``Law Firms in
Guangdong, Guangxi, Chongqing, and Yunnan Forced To Suspend Operations
Due to Inspections, Rights Defense Lawyers Worry Another Wave of
Suppression'' [Yue gui yu dian lusuo shoucha yao tingye weiquan lushi
you lingyi bo daya], Radio Free Asia, 22 September 17; ``Law Firm of
Well-Known Chinese Rights Lawyer Mo Shaoping Searched Unexpectedly''
[Zhongguo zhiming weiquan lushi mo shaoping shiwusuo tu zao sousuo],
Apple Daily, 18 September 17.

    \61\ State Council, Regulations on Letters and Visits [Xinfang
tiaoli], issued 5 January 05, effective 1 May 05; Benjamin L. Liebman,
``A Populist Threat to China's Courts? '' in Chinese Justice: Civil
Dispute Resolution in Contemporary China, eds. Margaret Y.K. Woo and
Mary E. Gallagher (Cambridge: Cambridge University Press, 2011), 269-
313; Liang Shibin, ``Resolutely Fight To Win the Battle on Clearing
Backlog of Petitioning Cases'' [Jianjue da ying huajie xinfang ji'an
gong jian zhan], Legal Daily, 27 April 16. Such grievances reportedly
include cases concerning demolition or expropriation of property,
social security, agriculture, land and resources, and environmental
protection.

    \62\ See, e.g., Civil Rights & Livelihood Watch, ``Beijing's State
Bureau of Letters and Visits Surrounded by Tens of Thousands of
Petitioners'' [Beijing guojia xinfangju bei shuwan shangfang minzhong
baowei], 26 February 18; ``Over Ten Thousand Temporary Teachers From 29
Provinces and Municipalities Caused Another National Group Petitioning
Movement'' [29 shengshi yu wan ming minban jiaoshi zai xian quanguo
jiti shangfang chao], Radio Free Asia, 19 October 16; ``Two Thousand
Petitioners From Shaanxi Went Petitioning at Provincial Letters and
Visits Bureau, Ask for Release of Rights Defense Representative''
[Shaanxi liangqian min shi sheng xinfangju shangfang yaoqiu shifang
weiquan daibiao], Radio Free Asia, 13 April 17.

    \63\ See, e.g., Liu Yuguo, ``Chengdu Establishes a New Platform for
`Sunshine Petitioning' '' [Chengdu dazao ``yangguang xinfang'' xin
pingtai], People's Daily, 4 May 16; Liu Guiying, ``Problems and
Improvements of the Grassroots Petitioning System'' [Jiceng xinfang
zhidu cunzai de wenti ji wanshan], People's Tribune, 23 March 16; Xu
Dandan, ``Discussion of Shortcomings of China's Petitioning System and
Their Solutions'' [Qiantan zhongguo xinfang zhidu de biduan ji qi
jiejue tujing], Feiyang Net, 27 February 16.

    \64\ State Bureau of Letters and Visits, ``State Bureau of Letters
and Visits Convenes Press Conference To Explain `Implementing Measures
on Letters and Visits Accountability System' '' [Guojia xinfang ju
zhaokai xinwen tongqi hui jiedu ``xinfang gongzuo zerenzhi shishi
banfa''], 26 October 16.

    \65\ See, e.g., ``Recording From Meeting To Maintain Social
Stability Leaked, Identifies Petitioners as `Opposing the Party and
Government' '' [Weiwen huiyi luyin waixie dingxing shangfang shi ``fan
dang fan zhengfu'' xingwei], Radio Free Asia, 15 May 18; ``China's
Ruling Party in Nationwide Operation To Stop People Complaining About
It,'' Radio Free Asia, 5 March 18; Guo Hongmin, ``Record-Deleting
`Money-Hoarding Syndicate' of State Bureau of Letters and Visits''
[Guojia xinfangju de xiaohao ``liancai tuan''], Prosecutorial View, 2
May 17.

    \66\ Bai Yang, ``Nationwide Online Petitioning in 2017 Increased by
Nearly 80 Percent in 2017'' [2017 nian quanguo wangshang xinfang tongbi
shangsheng jin 8 cheng], Xinhua, 24 January 18.

    \67\ Liang Shibin, ``Handling Petition Matters by Categories
Completely Rolled Out'' [Fenlei chuli xinfang jizhi quanmian luodi],
Legal Daily, 9 January 18; Liang Shibin, ``27 Provinces Issues Rules
for Handling Petitions by Categories'' [27 sheng chutai xinfang suqiu
fenlei chuli guicheng], Legal Daily, 10 September 17; State Bureau of

**AR-1462**

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPO... Page 267 of 316

Case 3:20-cv-05910-LB Document 77-6 Filed 10/01/20 Page 43 of 47
WeChat Appendix F Footnote F9 - Congressional-Executive Commission on China Annual Report 2018

Letters and Visits, Workflow Procedures for Lawfully Handling Petition Matters by Categories [Yifa fenlei chuli xinfang suqiu gongzuo guize], issued and effective 12 July 17.

\68\ Lu Chao, ``Paradox of Reform on Formalizing the Administrative Petition System'' [Xingzheng xinfang fazhi hua gaige ji qi zhidu beilun], East China University of Political Science and Law Journal, No. 2 (2018), 108-09.

\69\ Ibid., 109-10.

\70\ See, e.g., ``Detained After Being Reprimanded Three Times for Going to Beijing To Petition, Luoyang Zhao Lingzhou Sues Gaoxin Public Security'' [Fu jing shangfang xunjie sanci bei juliu, luoyang zhao lingzhou qisu gaoxin gong'an], Boxun, 16 September 17.

\71\ See, e.g., Civil Rights & Livelihood Watch, ``Shandong Petitioner Li Yanxian Sentenced to Two and a Half Years for `Picking Quarrels and Provoking Trouble' '' [Shandong fangmin li yanxiang ``xunxin zishi'' panxing liangnian ban], 10 February 18.

\72\ See, e.g., Rights Defense Network, ``Guo Hongying Detained on `Obstructing Official Business' Charge for Seeking Justice for Family, Father Guo Yinqi Has Freedom Restricted After Going to Beijing To File Complaint'' [Guo hongying ti qinren shenyuan bei ``fanghai gongwu zui'' daibu, fuqin guo yinqi jinjing konggao bei xianzhi renshen ziyou], 5 April 18.

\73\ See, e.g., ``Petitioners in Beijing Face Examination and Detention Before 19th Party Congress'' [Shijiuda qian zai jing fangmin zao qingcha zhuabu], Radio Free Asia, 7 September 17; ``Impeccably Tight Stability Maintenance in Beijing, Thousand Petitioners Detained in One Night'' [Beijing weiwen dishui bulou yiye zhua qianming fangmin], Radio Free Asia, 9 October 17; ``High Pressure Stability Maintenance During 19th Party Congress, Locating and Detaining Petitioners Using Advanced Technology'' [Shijiu da qijian gaoya weiwen gaokeji dingwei zhuabu fangmin], Radio Free Asia, 23 October 17.

\74\ See, e.g., Rights Defense Network, ``Bulletin on Status of Rights Defenders From Different Localities Forcibly Disappeared and Detained During Two Sessions'' [Lianghui qijian gedi weiquan renshi zao qiangpo shizong, juliu qingkuang tongbao], 18 March 18.

\75\ State Council, Legal Aid Regulations [Falu yuanzhu tiaoli], issued 16 July 03, effective 1 September 03, arts. 4-5.

\76\ State Council, Regulations on the Procedure of Handling Legal Aid Cases [Banli falu yuanzhu anjian chengxu guiding], issued 21 February 12, effective 1 July 12, arts. 8, 13, 20.

\77\ PRC Lawyers Law [Zhonghua renmin gongheguo lushi fa], passed 15 May 96, amended 29 December 01, 28 October 07, 26 October 12, 1 September 17, effective 1 January 18, art. 47(5); State Council, Legal Aid Regulations [Falu yuanzhu tiaoli], issued 16 July 03, effective 1 September 03, art. 28(1); Xiao Xianfu, ``Thoughts on Our Nation's Legal Aid System'' [Wo guo falu yuanzhu zhidu yu sikao], Institute of International Law, Chinese Academy of Social Sciences, last visited 10 July 18.

\78\ Ministry of Justice, ``30 Provinces Cover Civil Matters in Legal Aid Services'' [30 ge shengfen jiang minsheng shixiang naru fa yuan fanwei], 28 September 17.

\79\ Ibid.

\80\ PRC Lawyers Law [Zhonghua renmin gongheguo lushi fa], passed 28 October 07, effective 1 June 08, amended 26 October 12, 1 September 17, effective 1 January 18, art. 43.

\81\ Ibid., art. 4; All China Lawyers Association, ``Introduction to the Association,'' [Xiehui jieshao], last visited 5 December 17.

\82\ All China Lawyers Association, ``Rules on Lawyer Advertising (Trial)'' [Zhonghua quanguo lushi xiehui lushi yewu tuiguang xingwei guize (shixing)], issued 6 January 18, effective 31 January 18, art. 10(8). See also Wang Lei, Nanjing Lawyers Association, ``Comprehensive Interpretation of Rules on Lawyer Advertising (Trial)'' [``Lushi yewu tuiguang xingwei guize (shixing)'' quan jiedu], reprinted in All China Lawyers Association, 9 March 18. The article indicates that the regulations became effective on January 31, 2018.

\83\ ``New ACLA Regulation: Lawyers May Not Provide Free Legal Service'' [Quanguo lu xie xin gui lushi bude tigong mianfei falu fuwu], Radio Free Asia, 12 March 18.

\84\ Chinese Communist Party Central Committee, Decision on Several Major Issues in Comprehensively Advancing Governance of the Country According to Law [Zhonggong zhongyang guanyu quanmian tuijin yifa zhiguo ruogan zhongda wenti de jueding], 28 October 14, sec. 4; ``Xi

Stresses Boosting Public Confidence in Judicial System,'' Xinhua, 25 March 15; Luo Shuzhen, ``Have Strength To Reform and Innovate, Continue To Improve Judicial Credibility, Allow the People in Each Judicial Case To Have the Feeling of Fair Justice'' [Yongyu gaige chuangxin buduan tigao sifa gongxinli rang renmin qunzhong zai mei yi ge sifa anjian zhong dou ganshou dao gongping zhengyi], China Court Net, 8 May 15; State Council Information Office, ``Progress in China's Human Rights in 2014,'' reprinted in Xinhua, 8 June 15, sec. IV. Chinese Communist Party Central Committee, Decision on Certain Major Issues Regarding Comprehensively Deepening Reforms [Zhonggong zhongyang guanyu quanmian shenhua gaige ruogan zhongda wenti de jueding], issued 12 November 13 sec. 9(31)-(34); Chinese Communist Party Central Committee, Decision on Several Major Issues in Comprehensively Advancing Governance of the Country According to Law [Zhonggong zhongyang guanyu quanmian tuijin yifa zhiguo ruogan zhongda wenti de jueding], issued October 2013, sec. 4(1)-(6). For further discussion on the Party's Third and Fourth Plenum Decisions, see CECC, 2014 Annual Report, 9 October 14, 157-58; CECC, 2015 Annual Report, 8 October 15, 267-69.

\85\ Zhou Qiang, ``Supreme People's Court's Report on Status of Comprehensive Deepening of Judicial Reform by People's Court'' [Zuigao renmin fayuan guanyu renmin fayuan quanmian shenhua sifa gaige qingkuang de baogao], National People's Congress, 1 November 17; Chinese Communist Party Central Committee, Decision on Several Major Issues in Comprehensively Advancing Governance of the Country According to Law [Zhonggong zhongyang guanyu quanmian tuijin yifa zhiguo ruogan zhongda wenti de jueding], 28 October 14, sec. 4; Chinese Communist Party Central Committee, Decision on Certain Major Issues Regarding Comprehensively Deepening Reforms [Zhonggong zhongyang guanyu quanmian shenhua gaige ruogan zhongda wenti de jueding], issued 15 November 13 sec. 9(32)-(34); Chinese Communist Party Central Committee, Decision on Several Major Issues in Comprehensively Advancing Governance of the Country According to Law [Zhonggong zhongyang guanyu quanmian tuijin yifa zhiguo ruogan zhongda wenti de jueding], issued 28 October 13, sec. 4(1)-(6). For further discussion on the Party's Third and Fourth Plenum Decisions, see CECC, 2014 Annual Report, 9 October 14, 157-158; CECC, 2015 Annual Report, 8 October 15, 267-69.

\86\ Dui Hua Foundation, ``The `Hidden Rules' of China's Criminal Justice System,'' Dui Hua Human Rights Journal, 6 July 17; Stanley Lubman, ``China's `New Achievements' in Legal Reform Exist More in Policy Than in Practice,'' Asia Society, ChinaFile, 3 August 17.

\87\ Zheping Huang, ``Xi Jinping Promised Legal Reform in China, but Forget About Judicial Independence,'' Quartz, 18 January 17.

\88\ Susan Trevaskes, ``China's Party-Led Rule-of-Law Regime,'' East Asia Forum, 2 October 17.

\89\ National People's Congress, ``Authoritative Interpretation: Perfecting Organization of the `Two Institutions' To Protect Judicial Justice'' [Quanwei jiedu: wanshan ``liangyuan'' zuzhi tixi, baozhang sifa gongzheng], 1 September 17, item 4; Ding Xiaoxi and Luo Sha, ``Our National Plans To Amend Judges Law To Specify Establishment of Judicial Selection Committees'' [Woguo ni xiugai faguan fa mingque sheli faguan linxuan weiyuanhui], Xinhua, 22 December 17.

\90\ National People's Congress, ``Authoritative Interpretation: Perfecting Organization of the `Two Institutions' To Protect Judicial Justice'' [Quanwei jiedu: wanshan ``liangyuan'' zuzhi tixi, baozhang sifa gongzheng], 1 September 17, item 4; Supreme People's Court, ``Judicial Reform of Chinese Courts,'' 3 March 16, sec. VIII.

\91\ Supreme People's Court, ``Judicial Reform of Chinese Courts,'' 3 March 16.

\92\ Ding Xiaoxi and Luo Sha, ``Our Nation Plans To Amend Judges Law To Specify Establishment of Judicial Selection Committees'' [Woguo ni xiugai faguan fa mingque sheli faguan linxuan weiyuanhui], Xinhua, 22 December 17.

\93\ Li Zongcheng, ``Correctly Understanding the Deep Meaning of Judicial Appointment Quota System Reform'' [Zhunque bawo faguan yuan'e zhi gaige de shenke neihan], People's Court Daily, 10 April 18.

\94\ PRC People's Assessors Law [Zhonghua renmin gongheguo renmin peishenyuan fa], passed and effective 27 April 18, arts. 2, 5; ``China Plans To Give `People's Assessors' Bigger Role in Court,'' Xinhua, 26 April 18. See also Wendy Zeldin, Law Library of Congress, ``China: Revisions to Laws on Judges and Prosecutors Proposed,'' Library of Congress, Global Legal Monitor, 1 January 18.

\95\ Wang Qi and Xiong Feng, ``Our Nation's Highest Legislative

Body Considers for the First Time Draft People's Assessors Law To Promote Judicial Democracy'' [Woguo zuigao lifa jiguan shouci shenyi renmin peishenyuan fa cao'an tuijin sifa minzhu], Xinhua, 22 December 17; Centre for Chinese & Comparative Law (RCCL), School of Law, City University of Hong Kong, ``Lay Participation in the Chinese Courts,'' RCCL Policy Brief Series: No. 1 (January 2017), 1-4.

\96\ PRC People's Assessors Law [Zhonghua renmin gongheguo renmin peishenyuan fa], passed and effective 27 April 18. Yang Buguo, ``Legislation on People's Assessors System: Let People's Assessors Go Beyond Being `Onlooking Assessors' '' [Peishenyuan zhidu lifa: rang peishen buzhi ``pei zhao shen''], Beijing News, 24 December 17.

\97\ National People's Congress Standing Committee, Decision To Authorize the Launching of People's Assessors System Reform Pilot Programs in Certain Localities [Quanguo renmin daibiao dahui changwu weiyuanhui guanyu shouquan zai bufen diqu kaizhan renmin peishenyuan zhidu gaige shidian gongzuo de jueding], issued 24 April 15; National People's Congress Standing Committee, Decision on Extending the People's Assessors System Reform Pilot Program [Quanguo renmin daibiao dahui changwu weiyuanhui guanyu yanchang renmin peishenyuan zhidu gaige shidian qixian de jueding], issued 27 April 17.

\98\ Political Department, Supreme People's Court, ``Expanding Judicial Democracy, Promoting Judicial Justice, Actually Combining Professional Judgment of Judicial Officers and Straightforward Understanding of Common People'' [Kuoda sifa minzhu cujin sifa gongzheng shixian sifa zhuanye panduan yu qunzhong pusu renzhi de youji tongyi], National People's Congress, 27 December 17. See also Wendy Zeldin, Law Library of Congress, ``China: Revisions to Laws on Judges and Prosecutors Proposed,'' Library of Congress, Global Legal Monitor, 1 January 18.

\99\ Liu Siwei, ``Lack of Actual Adjudication Participation Still Needs To Be Solved Two Years After Start of People's Assessors Reform Pilot Program'' [Peishen zhidu shidian gaige yi liangnian, pei er bu shen nanti rengjiu dai po], Caijing, 10 November 17.

\100\ Asia-Pacific Rights and Justice Initiative, United Nations Development Programme, ``Programming for Justice: Access for All,'' 2005, 71, 88.

\101\ Zhou Qiang, ``Supreme People's Court's Report on Status of Comprehensive Deepening of Judicial Reform by People's Court'' [Zuigao renmin fayuan guanyu renmin fayuan quanmian shenhua sifa gaige qingkuang de baogao], National People's Congress, 1 November 17. See also He Xin, ``First Attempt by Beijing Court System, Portable Smart Platform Enables Handling of Entire Litigation Process Online'' [Beijing fayuan xitong de shouci changshi zhang shang zhihui pingtai zaixian quan liucheng ban'an], Beijing Morning Post, 11 January 18; Liu Xian, ``The Entire Litigation Process Can Be Carried Out Online, Chongqing Court's `Easy Litigation' Platform Goes Online'' [Da guansi quan liucheng ke wangshang jinxing chongqing fayuan ``yi su'' pingtai shangxian], China News, 22 January 18; Ding Xiaoxi, ``SPC's `Smart Court Navigation System' Is Online and Operating'' [Zuigao fa ``zhihui fayuan daohang xitong'' shangxian yunxing], Xinhua, 5 January 18; Zhang Yu and Yin Shen, ``Creating `Internet+' Litigation Service, Informatization Shows Distinguished Results'' [Dazao ``hulianwang+'' susong fuwu xinxihua yingyong xiaoguo zhuozhu], People's Daily, 7 February 18; Lu Junyu, ``Three Trends in Informatization in Chinese Courts, Smart Court Prototype Completed'' [Zhongguo fayuan xinxihua jianshe cheng san ge xin taishi zhihui fayuan chubu jiancheng], Xinhua, 7 February 18.

\102\ Xu Juan, ``Internet Court: Litigating `Key to Key' '' [Hulianwang fayuan: ``jian dui jian'' da guansi], People's Daily, 6 September 17; Zhou Qiang, ``Supreme People's Court's Report on Status of Comprehensive Deepening of Judicial Reform by People's Court'' [Zuigao renmin fayuan guanyu renmin fayuan quanmian shenhua sifa gaige qingkuang de baogao], National People's Congress, 1 November 17.

\103\ Xu Juan, ``Internet Court: Litigating `Key to Key' '' [Hulianwang fayuan: ``jian dui jian'' da guansi], People's Daily, 6 September 17.

\104\ Ibid.

\105\ Zhou Bin, ``Conscientiously Perform Preparatory Work for Adding Beijing and Guangzhou Internet Courts'' [Qieshi zuo hao zengshe beijing guangzhou hulianwang fayuan gongzuo], Legal Daily, 19 July 18.

\106\ Zhou Qiang, ``Supreme People's Court's Report on Status of Comprehensive Deepening of Judicial Reform by People's Court'' [Zuigao

**AR-1465**

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPO...   Page 270 of 316

Case 3:20-cv-05910-LB   Document 77-6   Filed 10/01/20   Page 46 of 47
WeChat Appendix F Footnote-H9 - Congressional-Executive Commission on China Annual Report 2018

renmin fayuan guanyu renmin fayuan quanmian shenhua sifa gaige
qingkuang de baogao], National People's Congress, 1 November 17.
    \107\ Ibid.; Mara Hvistendahl, ``A Revered Rocket Scientist Set in
Motion China's Mass Surveillance of Its Citizens,'' Science, 14 March
18; Eva Pils, Human Rights in China (Medford: Polity Press, 2018), 97;
Simina Mistreanu, ``Life Inside China's Social Credit Laboratory,''
Foreign Policy, 3 April 18.
    \108\ Supreme People's Court Provisions on People's Courts'
Disclosure of Judicial Process Information on the Internet [Zuigao
renmin fayuan guanyu renmin fayuan tongguo hulianwang gongkai shenpan
liucheng xinxi de guiding], issued 12 February 18, effective 1
September 18, arts. 3, 7. See also Laney Zhang, Law Library of
Congress, ``China: Courts Required To Provide Judicial Process
Information Through One Online Platform,'' Library of Congress, Global
Legal Monitor, 31 July 18.
    \109\ Yan Shuai and Song Xinrui, ``Liu Guixiang: Expedite
Construction of Smart Courts, Promote Modernization of Adjudication
System and Capabilities'' [Liu guixiang: jiakuai jianshe zhihui fayuan,
chujin shenpan tixi he shenpan nengli xiandaihua], People's Daily, 23
April 18.


                                              Xinjiang
                              Xinjiang


                    IV. Xinjiang


            Mass Internment in ``Political Reeducation'' Centers


    During the Commission's 2018 reporting year, authorities in
the Xinjiang Uyghur Autonomous Region (XUAR) intensified an
integrated state surveillance and security apparatus that
reportedly targeted members of the region's predominantly
Muslim ethnic minority populations, resulting in detention and
severe limits on their freedom of movement,\1\ expression,\2\
and religion.\3\ XUAR officials reportedly arbitrarily detained
Uyghurs, Kazakhs, Kyrgyz, Hui, and others in extrajudicial
facilities known as ``political reeducation'' centers or
camps.\4\ Reports from international rights groups, scholars,
and media organizations indicated that as many as 800,000 to
1.1 million individuals had been or remained detained at such
facilities since around April 2017,\5\ after the XUAR People's
Congress adopted the region's first anti-extremism
regulations.\6\ U.S.-based scholar Rian Thum noted in August
2018 that initial estimates of over 1 million detainees were
based on information observers obtained in early 2018, but that
Uyghurs, Kazakhs, and others ``have continued to disappear,''
and officials have continued to plan the construction of
additional ``political reeducation'' facilities, making current
figures potentially higher.\7\ Security personnel reportedly
detained people in ``reeducation'' facilities based on factors
such as praying in a certain way or engaging in ``religious
extremism''; \8\ having ``politically incorrect'' views; \9\
wanting to travel abroad; \10\ or having foreign connections,
such as previous travel abroad or relatives living in another
country.\11\ Security personnel at these facilities reportedly
subjected detainees to political indoctrination and forced
marching; \12\ overcrowding; \13\ poor quality food; \14\ and
torture,\15\ including in the forms of medical neglect and
maltreatment,\16\ waterboarding,\17\ sleep deprivation,\18\
lack of adequate clothing in cold temperatures,\19\ and other
forms of abuse.\20\ Extralegal and extrajudicial forms of
detention violate Article 9 of the Universal Declaration of
Human Rights \21\ and Article 9(1) of the International
Covenant on Civil and Political Rights.\22\
    In May 2018, Germany-based scholar Adrian Zenz published
research documenting the existence of online information posted
by the Chinese government, including government procurement
documents and construction bids for ``political reeducation''
centers in the XUAR valued at about 680 million yuan
(approximately US$108 million).\23\ Zenz described how the mass

**AR-1466**

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPO... Page 271 of 316

Case 3:20-cv-05910-LB Document 77-6 Filed 10/01/20 Page 47 of 47
WeChat Appendix F Footnote H9 - Congressional-Executive Commission on China Annual Report 2018

detentions of Uyghurs, Kazakhs, and Kyrgyz in ``political
reeducation'' centers began soon after Chen Quanguo took office
as XUAR Party Secretary in August 2016, although
``reeducation'' facilities existed in the XUAR beginning in
2014.\24\ The bids are for projects involving both the
construction of new facilities and the addition of security
elements such as walls, fences, barbed wire, watchtowers, and
guard rooms to existing facilities; several planned facilities
were to exceed 10,000 square meters in size.\25\ In August
2018, Zenz estimated that ``up to 1,300'' ``political
reeducation'' centers existed throughout the XUAR.\26\ An
American scholar noted in May 2018 that a bid invitation posted
on the XUAR Development and Reform Commission website on April
27 indicated that additional ``reeducation'' facilities were
being built.\27\ In August, the Wall Street Journal reported it
had analyzed satellite images, with the help of an expert in
satellite imagery analysis, which revealed ongoing construction
of ``reeducation'' facilities in the XUAR, and that one
facility in Turpan municipality had expanded within the
previous month.\28\ A Canada-based law student also analyzed
satellite images that he said showed the existence and
continued construction of ``political reeducation'' camps.\29\
    International observers expressed alarm over the scope and
nature of ``political reeducation'' facilities. In written
testimony presented at a July 2018 Commission hearing, U.S.-
based scholar Rian Thum stated that ``[t]he situation of the
Uyghurs and Kazakhs in China is an emergency that calls for
immediate action.'' \30\ At an August review of China's
compliance with the International Convention on the Elimination
of All Forms of Racial Discrimination (ICERD) \31\ by the UN
Committee on the Elimination of Racial Discrimination,
committee member Gay McDougall said Chinese officials had
turned the XUAR into ``something resembling a massive
internment camp, shrouded in secrecy, a sort of no-rights
zone.'' \32\ The Chinese government has publicly denied the
existence of facilities used for arbitrary detention in the
XUAR, with senior Communist Party official Hu Lianhe telling
the committee: ``The argument that 1 million Uighurs are
detained in re-education centres is completely untrue . . .
[t]here are no such things as re-education centers.'' \33\
    A Western researcher and rights advocate presented a case
that the severity and extent of ``political reeducation''
detentions and other rights abuses in the XUAR are consistent
with ``crimes against humanity,'' as defined by the Rome
Statute of the International Criminal Court. In a CNN opinion
piece, the researcher argued that the situation in the XUAR
``fits the textbook definition of crimes against humanity.''
\34\ Article 7 of the Rome Statute provides a list of 11 acts
that may constitute ``crimes against humanity,'' ``when
committed as part of a widespread or systematic attack directed
against any civilian population, with knowledge of the
attack.'' \35\
    Regional government authorities reportedly ordered
officials in some XUAR jurisdictions to meet quotas to detain a
certain percentage or number of the local population in
``political reeducation'' camps.\36\ Officials in Qaraqash
(Moyu) county, Hotan prefecture, told Radio Free Asia (RFA)
that they had received orders to detain 40 percent of local
residents in ``political reeducation'' centers, but they were
having difficulties meeting this quota.\37\ XUAR authorities
reportedly placed the children of individuals detained in
``political reeducation'' centers in orphanages in some
jurisdictions in such high numbers that the orphanages became
overcrowded, and in some instances officials responded by
sending some children to facilities in provinces outside of the
XUAR.\38\
    In addition to ``reeducation'' facilities detaining inmates
24 hours a day, reports from rights groups and media documented
other types of ``reeducation'' facilities and programs.\39\ In
August 2018, international non-governmental organization (NGO)
Chinese Human Rights Defenders (CHRD) reported the findings of
a survey it conducted with the China-based NGO Equal Rights

AR-1467