Initiative (ERI) on ``reeducation'' programs in the XUAR,
including information on both detentions and forced attendance
of ``education sessions'' during the day or evening.\40\
According to the report, based partly on interviews conducted
with Uyghurs living in rural areas in southern XUAR, county or
municipal authorities administered ``reeducation'' camps, and
township or village government officials administered day and
evening ``study sessions'' or ``open camps.'' \41\ CHRD and ERI
estimated that as of June 2018, authorities may have forced
around 2.2 million XUAR residents to attend day or evening
``education sessions.'' \42\ The groups reported that ``study
session'' attendees consisted mostly of women and elderly
individuals whose family members had been detained or had
traveled abroad.\43\
    The Commission observed numerous reports regarding
individuals detained at ``political reeducation'' centers, some
of which are described below.

        Detention-related deaths; detentions of the
        elderly, minors, and the ill. Elderly people,\44\
        minors,\45\ and ill individuals \46\ were reportedly
        among those detained in the centers. Renowned Uyghur
        Islamic scholar, 82-year-old Muhammad Salih Hajim,
        reportedly died in January 2018, either in a
        ``political reeducation'' camp or another type of
        detention facility.\47\ In May, Ayhan Memet, the
        elderly mother of World Uyghur Congress president
        Dolkun Isa, died in a ``political reeducation'' camp,
        following years of official harassment in connection
        with her son's rights advocacy.\48\ In November 2017,
        88-year-old Uyghur religious scholar Abdulnehed Mehsum
        died in a ``political reeducation'' center in Hotan
        prefecture.\49\ In June 2018, Radio Free Asia (RFA)
        reported that more than two dozen Uyghurs had died in
        ``political reeducation'' centers in Qaraqash county,
        Hotan, most of whom were elderly individuals who had
        suffered complications from high blood pressure.\50\
        RFA reported that four people died in ``political
        reeducation'' centers in Yengisar (Yingjisha) county,
        Kashgar prefecture, between August and October 2017,
        including 71-year-old Hesen Imin \51\ and Sawut
        Raxman,\52\ who was in his 60s.\53\ The four deaths
        were reportedly due in part to the ``poor conditions
        and psychological pressure'' at the ``political
        reeducation'' centers.\54\ Uyghur teenager Yaqupjan
        Naman reportedly died in a ``political reeducation''
        center in or around late February 2018.\55\ A 34-year-
        old Uyghur cook in Ili (Yili) Kazakh Autonomous
        Prefecture (KAP), Abdughappar Abdujappar, reportedly
        died in a hospital in late 2017 after he became ill
        while detained for nearly six months in a ``political
        reeducation'' center.\56\ An elderly Uyghur woman
        reportedly died in March 2018 due to being ``unable to
        cope with the pressure and terrible conditions'' at a
        ``political reeducation'' center in Ghulja (Yining)
        county, Ili KAP, where she was detained in connection
        with having relatives living in Egypt.\57\ A 65-year-
        old Uyghur businessman from Ghulja (Yining)
        municipality, Ili KAP, Abdulreshit Seley Hajim,
        reportedly died in or around June 2018 after being
        detained for nine months in a ``political reeducation''
        center, and his brother told RFA those who saw his body
        said ``he was hit with a blunt object on his head.''
        \58\ Additional deaths reported to have occurred in or
        after detention at ``political reeducation'' camps
        included 24-year-old Nurimangul Memet, in Bayangol
        (Bayinguoleng) Mongol Autonomous Prefecture,\59\ and
        Adalet Teyip, the mother of Canada-based Uyghur
        Abdulaziz Sattar.\60\
        Detentions of Uyghur officials, their family
        members, and other prominent Uyghur individuals. Uyghur
        officials and their family members \61\ were among

**AR-1468**

those whom authorities held in ``political
reeducation'' centers or detained in relation to
``political reeducation'' efforts, as were other
prominent members of Uyghur society. In January 2018,
authorities reportedly detained Pezilet Bekri, the
Party Secretary of a subdistrict committee in Kashgar
prefecture, in a ``political reeducation'' center,
after she had expressed sympathy toward people detained
in the centers.\62\ Bekri's responsibilities as Party
Secretary had included overseeing the detention of
individuals and their transfer to ``political
reeducation'' centers.\63\ In May 2017, authorities
sentenced two officials in Hotan, Omerjan Hesen and
Elijan Ehmet, to 11 years in prison, reportedly in
large part for failing to send Uyghurs to ``political
reeducation'' centers.\64\ In August 2018, the New York
Times reported that Rahile Dawut, a Uyghur scholar well
regarded for her research on traditional Uyghur
culture, had disappeared in December 2017, and her
family and friends expressed the belief that
authorities had detained her in a ``reeducation'' camp
or another type of detention facility.\65\ Authorities
also targeted other prominent Uyghur individuals for
detention in ``political reeducation'' centers,\66\
including Kashgar city-based Uyghur businessmen
Abdujelil Hajim,\67\ Gheni Haji,\68\ Memet Tursun
Haji,\69\ and Imin Hajim \70\ for displaying signs of
``religious extremism''; hotelier Obulkasim Haji, whom
authorities took into custody in December while he was
undergoing treatment at a hospital in Urumqi
municipality; \71\ Urumqi-based Uyghur scholar and poet
Abduqadir Jalalidin; \72\ Uyghur pop singer Ablajan
Ayup; \73\ and Uyghur soccer player Erfan Hezimjan
(also known as Erfan Hezim)--formerly a member of
China's national youth soccer team--reportedly for
``visiting foreign countries,'' after he trained and
competed abroad.\74\
  Detentions in the XUAR of family members of
U.S.-based Uyghurs. XUAR authorities detained dozens of
XUAR-based family members of six U.S.-based Uyghur RFA
journalists in ``political reeducation'' camps and
other locations, and otherwise harassed their family
members.\75\ Authorities reportedly sentenced some of
the family members to prison terms; subjected some
elderly and other family members to medical
maltreatment and neglect; and refused to provide
information on the whereabouts and health conditions of
some family members.\76\ In written testimony submitted
at a July 2018 Commission hearing, RFA journalist
Gulchehra Hoja stated that ``more than two dozen of my
relatives in China are missing.'' \77\ XUAR authorities
reportedly also detained dozens of family members of
U.S.-based rights advocate Rebiya Kadeer, including her
children and grandchildren, and possibly detained at
least some of them in ``political reeducation''
centers.\78\ Those detained reportedly included sons
Ablikim and Alim Abdureyim, whom authorities have
previously detained and subjected to torture.\79\ In
addition, U.S.-based Uyghur poet and filmmaker Tahir
Hamut told the Wall Street Journal that Chinese
authorities had detained his brother in the XUAR after
the newspaper published an article in late 2017 that
included comments from Hamut.\80\
  Detentions of Kazakh citizens; testimony of an
ethnic Kazakh forced to teach at a ``political
reeducation'' camp. XUAR authorities also detained
Kazakh citizens who had previously held Chinese
citizenship in ``political reeducation'' centers when
they traveled back to the XUAR. In one such case,
authorities detained Kayrat Samarkan from October 2017
to February 2018, during which authorities subjected
him to severe maltreatment.\81\ Samarkan said

**AR-1469**

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPO... Page 274 of 316

Case 3:20-cv-05910-LB Document 77-7 Filed 10/01/20 Page 3 of 51
WeChat Appendix 1 Footnote 113 - Congressional-Executive Commission on China Annual Report 2018

authorities forced detainees to study political
subjects, sing Communist songs, and participate in
military-style training.\82\ According to Samarkan,
authorities punished rule-breakers, people who were
late for studies, and others by placing them in
handcuffs and ankle cuffs, subjecting them to
waterboarding, or strapping them into a ``tiger
chair.'' \83\ In another case, authorities detained
Omir Bekali in both a prison and a ``political
reeducation'' center for a total of more than seven
months without charge, initially shackling him to a bed
and refusing to provide him with medication for his
high blood pressure.\84\ In the ``political
reeducation'' center, where he was detained for several
weeks, authorities placed him in solitary confinement
for part of the time, and deprived him of food for 24
hours.\85\ According to Bekali, authorities punished
detainees with ``solitary confinement, beatings and
food deprivation'' for refusing to ``criticize the
people and things they love.'' \86\ Bekali said
authorities also punished some detainees by forcing
them to eat pork in spite of their Muslim faith, and
likewise forced detainees accused of being ``religious
extremists'' to drink alcohol.\87\ In July 2018, a
court in Kazakhstan tried Chinese citizen Sayragul
Sauytbay (also known as Sairagul Sawytbai), an ethnic
Kazakh, on the charge of ``illegally crossing the
border'' after she fled China in April 2018.\88\
Sauytbay told the court that in 2018, Chinese
authorities sent her to work ``in a political
reeducation camp in the mountains,'' which she said
held over 2,500 ethnic Kazakhs.\89\ She also told the
court that Chinese authorities would consider her
public discussion of XUAR ``reeducation'' facilities as
``revealing state secrets,'' and that they would
sentence her to death if Kazakh government officials
deported her to China.\90\ On August 1, the court
released Sauytbay from custody, giving her a six-month
suspended sentence, but lawyers expressed concern that
Chinese officials could still ask the government of
Kazakhstan to extradite her.\91\

                    Intensified Security Measures

    During this reporting year, central and regional government
authorities implemented intense security measures throughout
the XUAR, using security personnel, surveillance technology,
mass detentions, and other methods to tighten state control
over predominantly Muslim ethnic minority groups in the XUAR.
International observers highlighted the leading role of XUAR
Party Secretary Chen Quanguo in heightening repressive security
measures.\92\ In October 2017, Chen was selected as a member of
the Communist Party Central Committee Political Bureau
(Politburo),\93\ likely a signal that high-level officials
approved his work in the XUAR and previously in the Tibet
Autonomous Region.\94\
    XUAR authorities carried out the mass, involuntary
collection of DNA and other biometric information from XUAR
residents; \95\ conducted widespread and frequent checks of
residents' cell phones and required residents to install
monitoring applications on their cell phones; \96\ maintained
checkpoints and facial recognition cameras in neighborhoods, on
roads, and in train stations; \97\ operated ``convenience
police stations,'' a form of street-level management that
enhances authorities' ability to closely surveil and police
local communities; \98\ and installed cameras in and around
mosques and homes, in order to monitor residents' religious and
private activities.\99\ Rights advocates indicated that
officials appeared to be focused on using much of the
surveillance and data collection to monitor and repress
Uyghurs.\100\ XUAR authorities reportedly use a centralized
system called the ``Integrated Joint Operations Platform''

AR-1470

(IJOP) to gather and analyze data from closed-circuit cameras, computers, smartphones, license plates, and identification cards, as well as individuals' family planning, banking, and travel records.\101\ Authorities used such data to identify individuals they would later subject to investigation and detention, including in ``political reeducation'' camps.\102\ [For more information on authorities' use of surveillance technology in the XUAR, see Section III--Commercial Rule of Law and Human Rights.]

Both XUAR and central government officials increased spending on security in the region. According to research into official data on security expenditures compiled by Germany-based scholar Adrian Zenz, XUAR authorities increased their spending on security measures by nearly 93 percent in 2017 compared to 2016; a sample of 18 Chinese provinces and regions saw an average increase of just under 12 percent in 2017.\103\ Zenz also detailed evidence showing that central government authorities likely spent billions of yuan to fund the deployment of People's Armed Police in the XUAR in recent years.\104\

Analysis of Chinese government data that was published by international non-governmental organization (NGO) Chinese Human Rights Defenders (CHRD) in July 2018 showed that 21 percent of all criminal arrests in China in 2017 took place in the XUAR, which is home to only 1.5 percent of China's population.\105\ CHRD reported that, according to the research it conducted with the China-based NGO Equal Rights Initiative, the number of criminal arrests in the XUAR increased by 731 percent in 2017 over 2016, coinciding with policies implemented by XUAR Party Secretary Chen Quanguo to enhance regional security following his appointment to the XUAR in August 2016.\106\ These figures do not include detentions in ``reeducation'' camps, which are carried out extrajudicially, though authorities reportedly transferred some ``reeducation'' camp detainees to prison after a period of time.\107\

XUAR authorities implemented security measures at the grassroots level in order to combat ``separatism.'' In January 2018, XUAR government chairperson Shohrat Zakir stated that continued ``terrorist'' activity and ``an intense struggle against separatists'' in the XUAR necessitated an extended security crackdown.\108\ He said authorities would continue to carry out measures to guarantee security in the XUAR, including the fang hui ju program, in which officials conduct mandated visits to rural ethnic minority families, as well as measures to combat ``double-faced'' people, referring to those who ``pretend to support national unity but secretly spread separatism and extremism.'' \109\ Under the fang hui ju program, teams of police officers or officials visit Uyghurs' homes to compile dossiers of their personal information, reporting on ``extremist'' behavior such as fasting during Ramadan or abstaining from alcohol.\110\

---------------------------------------------------------------------
                        Intrusive Homestay Programs
---------------------------------------------------------------------

Under programs similar to the fang hui ju program, such as ``pairing relatives'' (jiedui renqin) and ``pairing assistance'' (jiedui bangfu or jiedui fubang), authorities assign cadres and government workers (usually of Han ethnicity) to live with ethnic minority families in their homes for certain periods of time, in part, according to official rhetoric, to contribute to stability and security in the XUAR.\111\ According to a December 2017 report in the Party-run newspaper Xinjiang Daily, under one such program, begun in 2017, XUAR officials sent nearly 1 million cadres and workers to live with local families from targeted ethnic groups.\112\ In April 2018, international rights NGO ChinaAid Association reported that authorities had sent male ``working group personnel'' between the ages of 25 and 45 to live with Kazakh women and children in the XUAR while officials detained the men in these families in ``political reeducation'' centers.\113\ According to an April Agence France-Presse report, authorities sent a ``work team'' comprised of staff members from a university in the XUAR on a similar program, to a village in Qaraqash (Moyu) county, Hotan prefecture.\114\

**AR-1471**

Officials sent more than 100 people, one-fifth of the village's adult
population, to ``political reeducation'' centers, after compiling
dossiers identifying them as having engaged in ``religious extremism''
or other types of ``untrustworthy'' behavior.\115\ According to a May
Human Rights Watch report, under the ``pairing relatives'' program,
cadres spend at least five days every two months in families' homes,
during which they carry out political indoctrination, make the families
participate in activities such as singing the Chinese national anthem,
and document online the families' domestic activities.\116\
----------------------------------------------------------------------

    XUAR authorities undertook additional efforts to collect
residents' information during this reporting year. Officials in
the XUAR, including from the Urumqi Municipal Public Security
Bureau, reportedly issued a registration form requiring
individuals working in Urumqi who were not in possession of an
Urumqi household registration permit (hukou) \117\ to provide
information on their personal details, such as whether they had
visited any of 26 countries officials had linked to
terrorism.\118\ According to one of these forms, which an
exiled Uyghur provided to the Wall Street Journal, certain
sections on the form ask officials to rate individuals on a
six-point scale, and to classify them as ```safe,' `average,'
or `unsafe.' '' \119\ According to Human Rights Watch, one
Urumqi resident said authorities required him to submit a
similar form to the IJOP system in 2017, including information
about travel to the 26 ``sensitive'' countries, how many times
he prayed each day, and the name of his regular mosque.\120\

                          Freedom of Religion

    XUAR officials continued to use measures that narrowed the
scope of Muslim residents' ability to peacefully practice their
religious faith and express their Muslim cultural identity,
including through the following actions:

        Restrictions on the Quran. Authorities in the
        XUAR imposed restrictions on the Quran, including
        through confiscations and prohibitions on the study of
        the Quran. In early 2018, in Sa'ertamu township, Qaba
        (Habahe) county, Ili (Yili) Kazakh Autonomous
        Prefecture (KAP), local officials reportedly asked
        residents to sign a pledge stating that neither they
        nor their family members would study the Quran or learn
        Arabic.\121\ In September 2017, officials in locations
        throughout the XUAR reportedly confiscated Qurans,
        prayer mats, and other items of Islamic significance
        from local Uyghur, Kazakh, and Kyrgyz residents.\122\
        In November, Radio Free Asia (RFA) reported that a
        court in Burultokay (Fuhai) county, Altay (Aletai)
        prefecture, sentenced ethnic Kazakh Manat Hamit, a
        government employee, to 16 years and 6 months in prison
        in May 2017 on charges related to ``disseminating
        terrorism-related audiovisual material'' and ``inciting
        ethnic hatred,'' after authorities found files
        containing Quranic recitations on his computer.\123\ In
        December, RFA reported that the Ministry of Public
        Security had designated the storage of Quranic
        audiovisual material on cell phones as ``terrorist'' in
        nature.\124\
        Targeting religious leaders. Officials
        throughout the XUAR detained individuals for violating
        laws and regulations regarding religion. According to a
        January 2018 RFA report, the number of imams detained
        in ``political reeducation'' camps and other locations
        was so large that in some locations, no imams were
        available to preside over funerals.\125\ In November
        2017, public security officials in Sa'ertamu criminally
        detained ethnic Kazakh imam Salheti Haribek, allegedly
        because he had carried out religious activities without
        a required government permit.\126\
        Obstructing burial and other religious

**AR-1472**

practices. In April 2018, RFA reported that authorities
in two counties in Hotan prefecture had set up ``burial
management centers'' that Uyghur exiles believed would
prevent Uyghurs from performing religious funerary
rites.\127\ Reports emerging in recent months also
indicated that officials in the XUAR were building
crematoria in order to eliminate Uyghurs' funerary and
burial traditions.\128\ In February 2018, RFA reported
that officials in Kashgar prefecture had launched a
campaign about two months earlier through local police
stations to urge local Muslim residents not to believe
in religion.\129\
 Controlling the observance of Ramadan. As in
previous reporting years,\130\ XUAR officials
reportedly imposed controls on Muslims' observance of
Ramadan. In Ili KAP and Changji Hui Autonomous
Prefecture, authorities reportedly forced restaurants
to stay open and students to eat at school during
Ramadan.\131\ In Peyziwat (Jiashi) county, Kashgar, a
student told RFA that officials at his school had
required all students to sign agreements stating that
they would not fast during the Ramadan period.\132\

Freedom of Expression

MOBILE PHONE AND INTERNET USE

     Central and regional officials placed restrictions on
communication tools and implemented strict controls on internet
activity. Officials in multiple XUAR jurisdictions reportedly
continued to order residents to install an application (app)
called ``Web-Cleansing Guard'' (jingwang weishi) on their cell
phones that enables the government to surveil their online
activities, monitoring ``terrorist'' and ``illegal religious''
content.\133\ The app reportedly served as one of the
mechanisms of the integrated surveillance and security network
police operated to monitor residents, with the capacity to send
all of the file names from a mobile device to a government
server.\134\ [For more information on internet restrictions in
China, see Section II--Freedom of Expression.]
     Members of predominantly Muslim ethnic minority groups in
the XUAR were at risk of detention for sharing or storing
``extremist'' or other types of online content, or for
possessing a certain type of communications device. Security
personnel manning checkpoints reportedly detained Kazakhs,
Uyghurs, and other ethnic minority individuals throughout the
XUAR if they carried an iPhone, holding them in custody for up
to several weeks.\135\ Authorities reportedly detained Uyghurs,
Kazakhs, and others for storing and sharing items on mobile
devices that officials said promoted terrorism or
extremism.\136\ Measures aimed at countering ``extremism'' in
the XUAR in recent years reportedly have often threatened to
criminalize Uyghurs' peaceful practice of religious faith and
other peaceful activities.\137\ In November 2017, state media,
citing official figures, reported that officials in various
locations in the XUAR had detained 15 people, including 9
Uyghurs, a Hui individual, a Kazakh individual, and 4 Han
Chinese individuals, on suspicion of using the internet to
promote, store, and transmit material involving terrorism and
violence, religious extremism, ethnic separatism, and
fabricating rumors.\138\ Among the laws and regulations
authorities said those detained had violated were regulations
the XUAR People's Congress issued in December 2016 that
provided for punishment for residents who spread ``false'' or
``harmful'' information on the internet.\139\ In addition, in
September 2017, a U.S.-based news and commentary website
reported that authorities had sentenced the 25-year-old niece
of imprisoned Uyghur scholar Ilham Tohti to 10 years in prison
after security personnel inspecting her cell phone in early
2016 found photographs of Tohti and two RFA articles about
him.\140\

**AR-1473**

FOREIGN JOURNALISTS OBSTRUCTED IN THE XUAR

Foreign journalists reported facing increased official
restrictions on reporting from the XUAR in 2017. According to a
report published by the Foreign Correspondents' Club of China
(FCCC) in January 2018,\141\ 73 percent of journalists
completing an FCCC survey who traveled to the XUAR in 2017 said
officials and security personnel told them their work was
``prohibited or restricted,'' an increase of 31 percent over
the previous year's responses.\142\ The FCCC report noted the
detention of a Globe and Mail correspondent whom security
officials held for three hours in the XUAR in August 2017,
after he tried to interview residents of a township in Yarkand
(Shache) county, Kashgar prefecture.\143\ The FCCC reported
that XUAR authorities detained an anonymous American journalist
for 11 hours.\144\ [For more information on obstruction of
foreign journalists in China, see Section II--Freedom of
Expression.]

Freedom of Movement

As in past reporting years,\145\ XUAR officials continued
to restrict Uyghurs' and Kazakhs' ability to travel freely, in
violation of Chinese law and international legal
standards.\146\ Beginning in October 2016, authorities in many
locations throughout the XUAR reportedly ordered residents to
turn their passports in to police, with varying deadlines of up
to four months.\147\ In October 2017, authorities reportedly
broadened the passport recall to include Uyghurs living in
areas of China outside the XUAR, requiring them to submit their
passports to the nearest police station or to their
school.\148\ Officials also reportedly required XUAR residents
and those with a household registration permit (hukou)
registered in the XUAR to submit to the collection of their
biometric information prior to applying for passports or
conducting other ``hukou-related business.'' \149\

Labor

According to an October 2017 RFA report, in recent months,
government authorities had sent hundreds of women and children
from Qaraqash (Moyu) county, Hotan prefecture, to Aksu
prefecture, to engage in forced agricultural labor and other
heavy labor.\150\ A police officer in Qaraqash reportedly said
authorities had detained the men from these families in
``political reeducation'' centers, and that if the women and
children refused to participate in the forced labor,
authorities could detain some of them in the ``political
reeducation'' centers as well.\151\ Forced labor violates the
International Labour Organization's Convention Concerning
Forced or Compulsory Labour.\152\ [For more information on
forced labor in China, see Section II--Human Trafficking.]

Language Policy and ``Bilingual Education''

XUAR government authorities continued to expand Mandarin-
focused ``bilingual education'' in the region, a policy that
contravenes international law.\153\ Under ``bilingual
education,'' class instruction takes place primarily in
Mandarin, largely replacing instruction in languages spoken by
ethnic minority groups.\154\ In October 2017, the Chinese
Communist Party's United Front Work Department reported that
the total number of ethnic minority students at all levels in
the XUAR who had received ``bilingual education'' had increased
from 1.22 million in 2012 to 1.92 million in 2016, and between
2013 and 2016, authorities had invested 6 billion yuan
(approximately US$954.98 million) to build 3,075 rural
``bilingual kindergartens'' in the XUAR.\155\ Official media
reported in April 2018 that XUAR authorities planned to
construct additional kindergartens during the year, in order to
improve students' Mandarin skills.\156\ The plans continued a

**AR-1474**

regional government initiative to expand ``bilingual
education'' at the preschool level between 2016 and 2020 using
central government funds.\157\ [For more on language policy
toward ethnic minority populations, as well as information on
the United Front Work Department and ethnic policy, see Section
II--Ethnic Minority Rights.]


                                        Xinjiang
                                Xinjiang

     Notes to Section IV--Xinjiang

     \1\ See, e.g., ``Xinjiang Authorities Detain Uyghurs `Wanting To
Travel Abroad,' '' Radio Free Asia, 27 March 18; ``China Expands Recall
of Passports to Uyghurs Outside of Xinjiang,'' Radio Free Asia, 8
December 17; Mercy A. Kuo, ``Uyghur Biodata Collection in China,'' The
Diplomat, 28 December 17.
     \2\ See, e.g., PEN America, ``Forbidden Feeds: Government Controls
on Social Media in China,'' 13 March 18; ``China Detains Five More
Ethnic Kazakhs Over `Ethnic Hatred,' `Terrorist' Content,'' Radio Free
Asia, 19 December 17; Nithin Coca, ``China's Xinjiang Surveillance Is
the Dystopian Future Nobody Wants,'' Engadget, 22 February 18.
     \3\ See, e.g., ``China Detains Five More Ethnic Kazakhs Over
`Ethnic Hatred,' `Terrorist' Content,'' Radio Free Asia, 19 December
17; Joyce Huang, ``Stepped-up Surveillance of Uighurs Sends `Relatives'
Into Homes,'' Voice of America, 26 December 17; ``Chinese Police Order
Xinjiang's Muslims To Hand in All Copies of the Quran,'' Radio Free
Asia, 27 September 17.
     \4\ Human Rights Watch, ``China: Free Xinjiang `Political
Education' Detainees,'' 10 September 17; Gerry Shih, ``China's Mass
Indoctrination Camps Evoke Cultural Revolution,'' Associated Press, 18
May 18; Adrian Zenz, ``New Evidence for China's Political Re-Education
Campaign in Xinjiang,'' Jamestown Foundation, China Brief, Vol. 18,
Issue 10, 15 May 18; Bruce Pannier, ``Kazakhstan Confronts China Over
Disappearances,'' Radio Free Europe/Radio Liberty, 1 June 18. For
examples of the various terms that official and unofficial sources have
used to refer to ``political education'' centers or camps, see, e.g.,
Adrian Zenz, ``New Evidence for China's Political Re-Education Campaign
in Xinjiang,'' Jamestown Foundation, China Brief, Vol. 18, Issue 10, 15
May 18 (``anti-extremism education training centers'' (qu jiduanhua
jiaoyu peixun zhongxin) and ``educational training centers'' (jiaoyu
peixun zhongxin)); ``Uyghur Businessman Flees Abroad, Family Members
Suffer Abuse in [Training Center]'' [Weiwu'er shangren tao wang haiwai
jiaren guan ``peixun zhongxin'' canzao nuedai], Radio Free Asia, 19
January 18 (``training centers'' (peixun zhongxin)); Human Rights
Watch, ``China: Free Xinjiang `Political Education' Detainees,'' 10
September 17 (``anti-extremism training classes'' (qu jiduanhua peixun
ban) and ``education and transformation training centers'' (jiaoyu
zhuanhua peixun zhongxin)); ``Ten Ethnic Kazakhs Detained in Karamay,
Xinjiang, Nearly 100 Uyghurs Fined for Refusing To Stop Fasting''
[Xinjiang kelamayi 10 ming hasake zu ren bei bu jin bai weiwu'er zu ren
ju fengzhai bei fakuan], Radio Free Asia, 16 June 17 (``anti-extremism
training schools'' (qu jiduanhua peixun xuexiao)); ``Ethnic Cleansing
in Xinjiang, a Large Number of Uyghurs Are Detained in `Reform Centers'
'' [Xinjiang zhongzu qingxi daliang weizu ren bei guan ``gaizao
zhongxin''], Radio Free Asia, 28 March 18 (``education and reform
centers'' (jiaoyu gaizao zhongxin)); Qiao Nong, ChinaAid, ``Over a
Hundred Ethnic Minority Christians in Xinjiang Sent to `Training
Center' '' [Xinjiang yu bai ming shaoshu minzu jidu tu bei song
``peixun zhongxin''], 3 February 18 (``vocational skills training
centers'' (zhiye jineng peixun zhongxin), ``political study centers''
(zhengzhi xuexi zhongxin), and ``study centers'' (xuexi zhongxin));
Qiao Nong, ChinaAid, ``90-Year-Old Man Exposes `Training Center'
Torture Beyond Human Imagination'' [Jiu xun laoren pu ``peixun
zhongxin'' kuxing chaochu renlei xiangxiang], 24 March 18 (``wild imam
training centers'' (ye ahong peixun zhongxin)); ``Islamic Imams in
Xinjiang Are Gradually Disappearing, There Is a Lack of Imams To
Preside Over Funerals When Muslims Pass Away'' [Xinjiang yisilan jiao
ahong zhujian xiaoshi musilin qushi que ahong zhuchi zangli], Radio
Free Asia, 6 January 18. (``wild imam education centers'' (ye ahong
jiaoyu zhongxin)). See also Jeremy Daum, ``XJ Education Centers Exist,
but Does Their Legal Basis? '' China Law Translate (blog), 14 August

**AR-1475**

18.

\5\ ``Xinjiang Authorities Detain Uyghurs `Wanting To Travel Abroad,' '' Radio Free Asia, 27 March 18; ``A Summer Vacation in China's Muslim Gulag,'' Foreign Policy, 28 February 18; Adrian Zenz, ``New Evidence for China's Political Re-Education Campaign in Xinjiang,'' Jamestown Foundation, China Brief, Vol. 18, Issue 10, 15 May 18; Chinese Human Rights Defenders and Equal Rights Initiative, ``China: Massive Numbers of Uyghurs & Other Ethnic Minorities Forced Into Re-Education Programs,'' 3 August 18.

\6\ Xinjiang Uyghur Autonomous Region People's Congress Standing Committee, Xinjiang Uyghur Autonomous Region Anti-Extremism Regulations [Xinjiang weiwu'er zizhiqu qu jiduanhua tiaoli], issued 29 March 17, effective 1 April 17; ``Xinjiang Rolls Out China's First Law To Purge Religious Extremism,'' Xinhua, 30 March 17. See also Eva Dou, Jeremy Page, and Josh Chin, ``China's Uighur Camps Swell as Beijing Widens the Dragnet,'' Wall Street Journal, 17 August 18. For more information on the XUAR Anti-Extremism Regulations, see CECC, 2017 Annual Report, 5 October 17, 283, 286.

\7\ Rian Thum, ``China's Mass Internment Camps Have No Clear End in Sight,'' Foreign Policy, 22 August 18.

\8\ ``New Guidelines on Uyghur `Signs of Extremism' Issued to Xinjiang Authorities,'' Radio Free Asia, 7 November 17; ``Elderly Among Thousands of Uyghurs Held in Xinjiang Re-Education Camps,'' Radio Free Asia, 26 October 17.

\9\ ``Xinjiang Authorities Detain Uyghurs `Wanting To Travel Abroad,' '' Radio Free Asia, 27 March 18.

\10\ Ibid.

\11\ ``Uyghur Teenager Dies in Custody at Political Re-Education Camp,'' Radio Free Asia, 14 March 18; Gohar Abbas and Ben Dooley, ``Pakistanis Distressed as Uighur Wives Vanish Into China's Shadowy Network of `Reeducation Centres,' '' Hong Kong Free Press, 26 March 18; ``Chinese Police Detain Kazakhs With Overseas Ties, Send Them for `Re-education,' '' Radio Free Asia, 30 October 17.

\12\ ``A Summer Vacation in China's Muslim Gulag,'' Foreign Policy, 28 February 18; ``Interview: `I Lost All Hope of Surviving,' '' Radio Free Asia, 30 January 18; Human Rights Watch, ``China: Free Xinjiang `Political Education' Detainees,'' 10 September 17.

\13\ See, e.g., ``Overcrowded Political Re-Education Camps in Hotan Relocate Hundreds of Uyghur Detainees,'' Radio Free Asia, 26 January 18; ``Uyghur Inmates in Xinjiang's Korla City Endure Overcrowded Re-Education Camps,'' Radio Free Asia, 3 January 18; ``Children of Detained Uyghurs Face `Terrible' Conditions in Overcrowded Xinjiang Orphanages,'' Radio Free Asia, 18 October 17.

\14\ See, e.g., ``A Summer Vacation in China's Muslim Gulag,'' Foreign Policy, 28 February 18; ChinaAid, ``90-Year-Old Man Exposes `Training Center' Torture Beyond Human Imagination'' [Jiu xun laoren pu ``peixun zhongxin'' kuxing chaochu renlei xiangxiang], 24 March 18.

\15\ See, e.g., ChinaAid, ``90-Year-Old Man Exposes `Training Center' Torture Beyond Human Imagination'' [Jiu xun laoren pu ``peixun zhongxin'' kuxing chaochu renlei xiangxiang], 24 March 18; ``Interview: `I Lost All Hope of Surviving,' '' Radio Free Asia, 30 January 18.

\16\ See, e.g., ``Uyghur Inmates Suffer Health Complications Due to Neglect in Xinjiang Detention Centers,'' Radio Free Asia, 18 January 18; ``Interview: `I Lost All Hope of Surviving,' '' Radio Free Asia, 30 January 18; Amnesty International, ``Separated Souls: Uighur Journalist's Unbreakable Resolve To Help Her Detained Family,'' 16 March 18.

\17\ Emily Rauhala, ``New Evidence Emerges of China Forcing Muslims Into `Reeducation' Camps,'' Washington Post, 10 August 18.

\18\ See, e.g., ``Interview: `I Lost All Hope of Surviving,' '' Radio Free Asia, 30 January 18; ChinaAid, ``90-Year-Old Man Exposes `Training Center' Torture Beyond Human Imagination'' [Jiu xun laoren pu ``peixun zhongxin'' kuxing chaochu renlei xiangxiang], 24 March 18.

\19\ See, e.g., ``Uyghur Inmates in Xinjiang's Korla City Endure Overcrowded Re-Education Camps,'' Radio Free Asia, 3 January 18; ``Uyghur Inmates Suffer Health Complications Due to Neglect in Xinjiang Detention Centers,'' Radio Free Asia, 18 January 18.

\20\ See, e.g., Human Rights Watch, ``China: Free Xinjiang `Political Education' Detainees,'' 10 September 17; ``A Summer Vacation in China's Muslim Gulag,'' Foreign Policy, 28 February 18.

\21\ Universal Declaration of Human Rights, adopted and proclaimed by UN General Assembly resolution 217A (III) of 10 December 48, art. 9.

\22\ International Covenant on Civil and Political Rights (ICCPR), adopted by UN General Assembly resolution 2200A (XXI) of 16 December 66, entry into force 23 March 76, art. 9(1). See also CECC, 2014 Annual Report, 9 October 14, 81; United Nations Treaty Collection, Chapter IV, Human Rights, International Covenant on Civil and Political Rights, last visited 17 June 18. China has signed but not ratified the ICCPR. See also Body of Principles for the Protection of All Persons Under Any Form of Detention or Imprisonment, adopted by UN General Assembly resolution 43/173 of December 9, 1988, principle 4; International Justice Resource Center, ``Increased Oppression of Chinese Human Rights Defenders Draws International Criticism,'' 22 February 16.

\23\ Adrian Zenz, ``New Evidence for China's Political Re-Education Campaign in Xinjiang,'' Jamestown Foundation, China Brief, Vol. 18, Issue 10, 15 May 18; Adrian Zenz, `` `Thoroughly Reforming Them Toward a Healthy Heart Attitude''--China's Political Re-Education Campaign in Xinjiang,'' Academia.edu, updated 15 May 18, 11.

\24\ Adrian Zenz, ``New Evidence for China's Political Re-Education Campaign in Xinjiang,'' Jamestown Foundation, China Brief, Vol. 18, Issue 10, 15 May 18; Adrian Zenz, `` `Thoroughly Reforming Them Toward a Healthy Heart Attitude''--China's Political Re-Education Campaign in Xinjiang,'' Academia.edu, updated 15 May 18, 3, 4, 6.

\25\ Adrian Zenz, ``New Evidence for China's Political Re-Education Campaign in Xinjiang,'' Jamestown Foundation, China Brief, Vol. 18, Issue 10, 15 May 18.

\26\ Eva Dou, Jeremy Page, and Josh Chin, ``China's Uighur Camps Swell as Beijing Widens the Dragnet,'' Wall Street Journal, 17 August 18.

\27\ Rian Thum, ``What Really Happens in China's `Re-Education' Camps,'' New York Times, 15 May 18.

\28\ Eva Dou, Jeremy Page, and Josh Chin, ``China's Uighur Camps Swell as Beijing Widens the Dragnet,'' Wall Street Journal, 17 August 18.

\29\ Jessica Batke, ``What Satellite Images Can Show Us About `Re-education' Camps in Xinjiang: A Q&A With Shawn Zhang,'' Asia Society, ChinaFile, 23 August 18; Shawn Zhang, ``List of Re-Education Camps in Xinjiang,'' Medium (blog), last visited 19 August 18.

\30\ Surveillance, Suppression, and Mass Detention: Xinjiang's Human Rights Crisis, Hearing of the Congressional-Executive Commission on China, 26 July 18, Written Statement Submitted by Rian Thum, Associate Professor, Loyola University New Orleans, 1.

\31\ International Convention on the Elimination of All Forms of Racial Discrimination, adopted by UN General Assembly resolution 2106 (XX) of 21 December 65, entry into force 4 January 69.

\32\ Nick Cumming-Bruce, ``U.N. Panel Confronts China Over Reports That It Holds a Million Uighurs in Camps,'' New York Times, 10 August 18. See also UN Office of the High Commissioner for Human Rights, ``Committee on the Elimination of Racial Discrimination Reviews the Report of China,'' 13 August 18.

\33\ Stephanie Nebehay, ``China Rejects Allegations of Detaining Million Uighurs in Camps in Xinjiang,'' Reuters, 13 August 18. According to the Reuters article, Hu described the existence of ``vocational education and employment training centres'' and ``education'' programs for ``criminals,'' telling the committee ``[t]hose deceived by religious extremism . . . shall be assisted by resettlement and education.'' UN Office of the High Commissioner for Human Rights, ``Committee on the Elimination of Racial Discrimination Reviews the Report of China,'' 13 August 18.

\34\ Michael Caster, ``China's Crimes Against Humanity You've Never Heard Of,'' CNN, 26 July 18. See also China Digital Times, `` `Crimes Against Humanity' in Xinjiang Draw Attention,'' 30 July 18; Rome Statute of the International Criminal Court, adopted by the United Nations Diplomatic Conference of Plenipotentiaries on the Establishment of an International Criminal Court, A/CONF.183/9, 17 July 98, entry into force 1 July 02, art. 7.

\35\ Rome Statute of the International Criminal Court, adopted by the United Nations Diplomatic Conference of Plenipotentiaries on the Establishment of an International Criminal Court, A/CONF.183/9, 17 July 98, entry into force 1 July 02, art. 7. According to Article 7 of the Rome Statute, any of the following acts may constitute a ``crime against humanity'' when committed as part of a widespread or systematic attack directed against any civilian population, with knowledge of the attack: murder; extermination; enslavement; deportation or forcible

**AR-1477**

transfer of population; imprisonment or other severe deprivation of physical liberty in violation of fundamental rules of international law; torture; rape, sexual slavery, enforced prostitution, forced pregnancy, enforced sterilization, or any other form of sexual violence of comparable gravity; persecution against any identifiable group or collectivity on political, racial, national, ethnic, cultural, religious, gender as defined in paragraph 3, or other grounds that are universally recognized as impermissible under international law, in connection with any act described herein or any crime within the jurisdiction of the International Criminal Court; enforced disappearance of persons; the crime of apartheid; and other inhumane acts of a similar character intentionally causing great suffering, or serious injury to body or to mental or physical health. See also Michael Caster, ``China's Crimes Against Humanity You've Never Heard Of,'' CNN, 26 July 18; China Digital Times, `` `Crimes Against Humanity' in Xinjiang Draw Attention,'' 30 July 18.

\36\ ``Nearly 10 Percent of Residents of a Xinjiang Township Detained by Chinese Authorities,'' Radio Free Asia, 14 December 17; ``Xinjiang Authorities Up Detentions in Uyghur Majority Areas of Ghulja City,'' Radio Free Asia, 19 March 18; Adrian Zenz, `` `Thoroughly Reforming Them Toward a Healthy Heart Attitude'--China's Political Re-Education Campaign in Xinjiang,'' Academia.edu, updated 15 May 18, 6, 15; Rian Thum, ``What Really Happens in China's `Re-Education' Camps,'' New York Times, 15 May 18; Mercy A. Kuo, ``Uyghur Biodata Collection in China,'' The Diplomat, 28 December 17.

\37\ ``Nearly 10 Percent of Residents of a Xinjiang Township Detained by Chinese Authorities,'' Radio Free Asia, 14 December 17.

\38\ ``Children of Detained Uyghurs Face `Terrible' Conditions in Overcrowded Xinjiang Orphanages,'' Radio Free Asia, 18 October 17; James A. Millward, ``What It's Like To Live in a Surveillance State,'' New York Times, 3 February 18.

\39\ See, e.g., ``Authorities in Xinjiang's Kashgar Detain Uyghurs at `Open Political Re-Education Camps,' '' Radio Free Asia, 9 May 18.

\40\ Chinese Human Rights Defenders and Equal Rights Initiative, ``China: Massive Numbers of Uyghurs & Other Ethnic Minorities Forced Into Re-Education Programs,'' 3 August 18.

\41\ Ibid.

\42\ Ibid.

\43\ Ibid.

\44\ ``Elderly Among Thousands of Uyghurs Held in Xinjiang Re-Education Camps,'' Radio Free Asia, 26 October 17.

\45\ ``Uyghur Teenager Dies in Custody at Political Re-Education Camp,'' Radio Free Asia, 14 March 18.

\46\ Amnesty International, ``Separated Souls: Uighur Journalist's Unbreakable Resolve To Help Her Detained Family,'' 16 March 18.

\47\ ``Uyghur Muslim Scholar Dies in Chinese Police Custody,'' Radio Free Asia, 29 January 18; Uyghur Human Rights Project, ``Uyghur Human Rights Project Condemns Death in Custody of Scholar Muhammad Salih Hajim,'' 29 January 18. For more information on Muhammad Salih Hajim, see the Commission's Political Prisoner Database record 2018-00107.

\48\ ``Uyghur Exile Group Leader's Mother Died in Xinjiang Detention Center,'' Radio Free Asia, 2 July 18; ``Interview: `The Most Painful Part of Losing My Mother,' '' Radio Free Asia, 13 June 18.

\49\ World Uyghur Congress, ``Press Release: WUC Confirms Death in Custody of Yet Another Uyghur Religious Scholar Abdulehed Mehsum,'' 29 May 18.

\50\ ``More Than Two Dozen Uyghurs From One Xinjiang County Perished in Re-Education Camps,'' Radio Free Asia, 27 June 18.

\51\ For more information on Hesen Imin, see the Commission's Political Prisoner Database record 2018-00153.

\52\ For more information on Sawut Raxman, see the Commission's Political Prisoner Database record 2018-00154.

\53\ ``In Saghan, Yengisar, Reports of 4 Deaths in `Education Centers' Emerge'' [Yengisar saghanda az degende 4 kishining ``terbiyelesh merkizi'' de olgenliki ashkarilandi], Radio Free Asia, 30 October 17.

\54\ Ibid.

\55\ ``Uyghur Teenager Dies in Custody at Political Re-Education Camp,'' Radio Free Asia, 14 March 18; ``In Yopurgha, `Education Center' Death of 17-Year-Old Yaqupjan Naman Confirmed'' [Yopurghida 17 yashliq yaqupjan namanning ``terbiyelesh merkizi'' deolgenliki ashkarilandi],

**AR-1478**

Radio Free Asia, 9 March 18. For more information on Yaqupjan Naman, see the Commission's Political Prisoner Database record 2018-00267.

\56\ ``Uyghur Father of Two Dies After Falling Ill in Xinjiang Re-Education Camp,'' Radio Free Asia, 12 April 18. For more information on Abdughappar Abdujappar, see the Commission's Political Prisoner Database record 2018-00175.

\57\ ``Elderly Uyghur Woman Dies in Detention in Xinjiang `Political Re-Education Camp,' '' Radio Free Asia, 24 May 18.

\58\ ``Uyghur Man Buried Amid Strict Security After Latest Xinjiang Reeducation Camp Death,'' Radio Free Asia, 8 June 18.

\59\ ``24-Year-Old Nurimangul Memet Dies in `Education Center' in Bugur'' [24 yashliq nuriman'gul memet bugurdiki ``terbiyelesh merkizi'' de olup ketken], Radio Free Asia, 4 June 18. For more information on Nurimangul Memet, see the Commission's Political Prisoner Database record 2018-00395.

\60\ Nathan VanderKlippe, ``Exporting Persecution: Uyghur Diaspora Haunted by Anxiety, Guilt as Family Held in Chinese Camps,'' Globe and Mail, 12 August 18. For more information on Adalet Teyip, see the Commission's Political Prisoner Database record 2018-00431.

\61\ See, e.g., ``Interview: `I Thought I Had Completed My Duty as a Father,' '' Radio Free Asia, 3 January 18. See also ``Families of Uyghur Police Officers Among Those Detained in Xinjiang's Kashgar,'' Radio Free Asia, 6 November 17.

\62\ ``Uyghur Official Arrested for Sympathizing With Political `Re-Education Camp' Detainees,'' Radio Free Asia, 3 April 18. For more information on Pezilet Bekri, see the Commission's Political Prisoner Database record 2018-00160.

\63\ Ibid.

\64\ ``Xinjiang Jails Uyghur Civil Servants Over Lack of Enthusiasm for Anti-Extremist Campaigns,'' Radio Free Asia, 30 May 18. For more information, see the Commission's Political Prisoner Database records 2018-00264 on Omerjan Hesen and 2018-00265 on Elijan Ehmet.

\65\ Chris Buckley and Austin Ramzy, ``Star Scholar Disappears as Crackdown Engulfs Western China,'' New York Times, 10 August 18. See also PEN America, ``Disappearance of Uyghur Scholar an Example of Attempts To Erase Uyghur Culture,'' 10 August 18; Nick Holdstock, ``Where Is Rahile Dawut? '' London Review of Books, LRB Blog, 16 August 18.

\66\ See, e.g., ``Chinese Authorities Jail Four Wealthiest Uyghurs in Xinjiang's Kashgar in New Purge,'' Radio Free Asia, 5 January 18.

\67\ For more information on Abdujelil Hajim, see the Commission's Political Prisoner Database record 2018-00093.

\68\ For more information on Gheni Haji, see the Commission's Political Prisoner Database record 2018-00090.

\69\ For more information on Memet Tursun Haji, see the Commission's Political Prisoner Database record 2018-00091.

\70\ For more information on Imin Hajim, see the Commission's Political Prisoner Database record 2018-00092.

\71\ ``Chinese Authorities Detain Uyghur Hotelier in Xinjiang's Kashgar City,'' Radio Free Asia, 7 May 18.

\72\ ``Prominent Uyghur Scholar Detained in Xinjiang Capital Urumqi: Official,'' Radio Free Asia, 25 April 18. For more information on Abduqadir Jalalidin, see the Commission's Political Prisoner Database record 2018-00268.

\73\ Rachel Harris and Aziz Isa Elkun, ``Uyghur Pop Star Detained in China,'' Freemuse, 11 June 18; ``Popular Uyghur Singer's Whereabouts Unknown, Believed Detained in Xinjiang Re-Education Camp,'' Radio Free Asia, 18 May 18.

\74\ ``Xinjiang Authorities Detain Uyghur Pro Footballer for `Visiting Foreign Countries,' '' Radio Free Asia, 13 April 18. See also FIFPro, ``FIFPro Statement: Chinese Player `Detained,' '' 13 June 18. For more information on Erfan Hezimjan, see the Commission's Political Prisoner Database record 2018-00313.

\75\ ``The Families Left Behind: RFA's Uyghur Reporters Tell the Stories of Their Family Members' Detentions,'' Radio Free Asia, last visited 15 June 18; Josh Chin and Clement Burge, ``Beijing Squeezes Exiles in U.S. by Detaining Family Back Home,'' Wall Street Journal, 30 March 18; Amnesty International, ``Separated Souls: Uighur Journalist's Unbreakable Resolve To Help Her Detained Family,'' 16 March 18; Ben Dooley, ``US Journalists Fear China Detained Their Families,'' Agence-France Presse, 5 March 18; Srinivas Mazumdaru, ``Uighur Journalist Gulchehra Hoja: `I Have My Own Sad Story To Tell,' '' Deutsche Welle, 5

March 18; Austin Ramzy, ``After U.S.-Based Reporters Exposed Abuses,
China Seized Their Relatives,'' New York Times, 1 March 18; ``Rights
Groups Condemn China's Detention of RFA Reporters' Relatives,'' Radio
Free Asia, 1 March 18; Simon Denyer, ``China Detains Relatives of U.S.
Reporters in Apparent Punishment for Xinjiang Coverage,'' Washington
Post, 28 February 18. For more information on the detained family
members of RFA Uyghur Service journalist Gulchehra Hoja, see the
following records in the Commission's Political Prisoner Database:
2018-00373 on Elshat Abduweli, 2018-00382 on Gheyret Abdurahman, 2018-
00383 on Daniyar Abdukerim, 2018-00384 on Gulpiya Almas, 2018-00385 on
Izhar Almas, 2018-00386 on Madina Mutalip, 2018-00387 on Mirzat
Mutalip, 2018-00388 on Mehray Kahar, 2018-00392 on Kaisar Keyum, 2018-
00393 on Chimangul Zikri, and 2018-00394 on Abduqeyum Hoja. For more
information on the detained family members of RFA Uyghur Service
journalist Shohret Hoshur, see the following records in the
Commission's Political Prisoner Database: 2015-00471 on Tudaxun Hoshur,
2016-00002 on Shawket Hoshur, 2016-00003 on Rexim Hoshur, 2018-00367 on
Arzigul, 2018-00369 on Ilshat Shawket, 2018-00370 on Ilyar Shawket,
2018-00371 on Tursun, and 2018-00372 on Saniye. For more information on
the detained family members of RFA Uyghur Service journalist Jilil
Kashgary, see the following records in the Commission's Political
Prisoner Database: 2018-00352 on Seidiehmet Yunus, 2018-00354 on
Tursunmemet Yunus, 2018-00355 on Kerim Yunus, 2018-00356 on Nurmemet,
2018-00357 on Asiya Yasin, 2018-00358 on Abduhamit Ablet, and 2018-
00359 on Abdurusul Ablet. For more information on the detained brother
of RFA Uyghur Service journalist Kurban Niyaz, see the following record
in the Commission's Political Prisoner Database: 2018-00360 on Hasanjan
Niyaz. For more information on the detained family members of RFA
Uyghur Service journalist Mamatjan Juma, see the following records in
the Commission's Political Prisoner Database: 2018-00361 on Abduqadir
Juma and 2018-00362 on Ahmetjan Juma. For more information on the
detained family members of RFA Uyghur Service journalist Eset Sulaiman,
see the following records in the Commission's Political Prisoner
Database: 2018-00363 on Ehet Sulaiman, 2018-00364 on Saadet Kichik, and
2018-00365 on Memteli Sopi.
    \76\ ``The Families Left Behind: RFA's Uyghur Reporters Tell the
Stories of Their Family Members' Detentions,'' Radio Free Asia, last
visited 21 May 18; Josh Chin and Clement Burge, ``Beijing Squeezes
Exiles in U.S. by Detaining Family Back Home,'' Wall Street Journal, 30
March 18; Amnesty International, ``Separated Souls: Uighur Journalist's
Unbreakable Resolve To Help Her Detained Family,'' 16 March 18;
Srinivas Mazumdaru, ``Uighur Journalist Gulchehra Hoja: `I Have My Own
Sad Story To Tell,' '' Deutsche Welle, 5 March 18.
    \77\ Surveillance, Suppression, and Mass Detention: Xinjiang's
Human Rights Crisis, Hearing of the Congressional-Executive Commission
on China, 26 July 18, Written Testimony of Gulchehra Hoja, Uyghur
Service Journalist, Radio Free Asia, 1.
    \78\ `` `More Than 30' Relatives of Uyghur Exile Leader Rebiya
Kadeer Detained in Xinjiang,'' Radio Free Asia, 27 October 17; Ben
Blanchard, ``Amnesty Says China Detains 30 Relatives of Exiled Uighur
Leader,'' Reuters, 14 November 17; Amnesty International, ``Urgent
Action: 30 Relatives of Uighur Activist Arbitrarily Detained,'' 14
November 17. For more information on the detained family members of
Rebiya Kadeer, see the following records in the Commission's Political
Prisoner Database: 2006-00071 on Alim Abdureyim, 2006-00084 on Ablikim
Abdureyim, 2006-00091 on Kahar Abdureyim, 2018-00028 on Aygul, 2018-
00035 on Aydidar Kahar, 2018-00036 Zulpikar Kahar, and 2018-00037 on
Dildar Kahar.
    \79\ `` `More Than 30' Relatives of Uyghur Exile Leader Rebiya
Kadeer Detained in Xinjiang,'' Radio Free Asia, 27 October 17; Amnesty
International, ``Urgent Action: 30 Relatives of Uighur Activist
Arbitrarily Detained,'' 14 November 17.
    \80\ Josh Chin and Clement Burge, ``Beijing Squeezes Exiles in U.S.
by Detaining Family Back Home,'' Wall Street Journal, 30 March 18. See
also Jonathan Hiskes, Simpson Center for the Humanities, University of
Washington, ``Ethnography of a Surveillance State,'' reprinted in
Medium, 5 June 18; Darren Byler, ``Another Scene in the Fight Against
Islamophobia,'' anthro(dendum) (blog), 14 March 18.
    \81\ Bruce Pannier, ``Kazakh Man Recounts `Reeducation' in Western
Chinese Camp,'' Radio Free Europe/Radio Liberty, 26 April 18. For more
information on Kayrat Samarkan, see the Commission's Political Prisoner
Database record 2018-00453.

**AR-1480**

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPO...  Page 285 of 316

Case 3:20-cv-05910-LB  Document 77-7  Filed 10/01/20  Page 14 of 51
WeChat Appendix P Footnote H9 - Congressional-Executive Commission on China Annual Report 2018

\82\ Simon Denyer, ``Former Inmates of China's Muslim `Reeducation'
Camps Tell of Brainwashing, Torture,'' Washington Post, 17 May 18.
    \83\ Ibid.
    \84\ ``Interview: `I Lost All Hope of Surviving,' '' Radio Free
Asia, 30 January 18; Gerry Shih, ``China's Mass Indoctrination Camps
Evoke Cultural Revolution,'' Associated Press, 18 May 18. Media
organizations have also rendered Omir Bekali's name as Omurbek Eli. For
more information on Omir Bekali, see the Commission's Political
Prisoner Database record 2018-00449.
    \85\ Gerry Shih, ``China's Mass Indoctrination Camps Evoke Cultural
Revolution,'' Associated Press, 18 May 18.
    \86\ Ibid.
    \87\ Simon Denyer, ``Former Inmates of China's Muslim `Reeducation'
Camps Tell of Brainwashing, Torture,'' Washington Post, 17 May 18.
    \88\ Almaz Kumenov, ``Ethnic Kazakh's Life in Balance as
Deportation to China Looms,'' Eurasianet, 17 July 18.
    \89\ Ibid.
    \90\ ``China's `Prison-Like Re-Education Camps' Strain Relations
With Kazakhstan as Woman Asks Kazakh Court Not To Send Her Back,''
Agence France-Presse, reprinted in South China Morning Post, 17 July
18; Almaz Kumenov, ``Ethnic Kazakh's Life in Balance as Deportation to
China Looms,'' Eurasianet, 17 July 18.
    \91\ Emily Rauhala, ``New Evidence Emerges of China Forcing Muslims
Into `Reeducation' Camps,'' Washington Post, 10 August 18. See also
Gene A. Bunin, ``Central Asia Struggles With Fallout From China's
Internment of Minorities,'' Foreign Policy, 15 August 18.
    \92\ See, e.g., Jessica Batke, ``Central and Regional Leadership
for Xinjiang Policy in Xi's Second Term,'' Asia Society, ChinaFile, 11
May 18; ``China Has Turned Xinjiang Into a Police State Like No
Other,'' Economist, 31 May 18.
    \93\ ``Chen Quanguo--Member of Political Bureau of CPC Central
Committee,'' Xinhua, 25 October 17.
    \94\ China Digital Times, ``Qurans, Prayer Mats Confiscated in
Xinjiang,'' 28 September 17; Adrian Zenz and James Leibold, ``Chen
Quanguo: The Strongman Behind Beijing's Securitization Strategy in
Tibet and Xinjiang,'' Jamestown Foundation, China Brief, Vol. 17, Issue
12, 21 September 17.
    \95\ Human Rights Watch, ``China: Minority Region Collects DNA From
Millions,'' 13 December 17; Megha Rajagopalan, ``This Is What a 21st-
Century Police State Really Looks Like,'' BuzzFeed, 17 October 17; Josh
Chin and Clement Burge, ``Twelve Days in Xinjiang: How China's
Surveillance State Overwhelms Daily Life,'' Wall Street Journal, 19
December 17; Mercy A. Kuo, ``Uyghur Biodata Collection in China,'' The
Diplomat, 28 December 17.
    \96\ Adam Lynn, Open Technology Fund, ``App Targeting Uyghur
Population Censors Content, Lacks Basic Security,'' 9 April 18; Joseph
Cox, ``Chinese Government Forces Residents To Install Surveillance App
With Awful Security,'' Vice, Motherboard, 9 April 18; Roseanne Gerin,
``Report: Uyghurs in China Forced To Install Surveillance App That
Leaves Their Data Unsecured,'' Radio Free Asia, 10 April 18; Nithin
Coca, ``China's Xinjiang Surveillance Is the Dystopian Future Nobody
Wants,'' Engadget, 22 February 18; Josh Chin and Clement Burge,
``Twelve Days in Xinjiang: How China's Surveillance State Overwhelms
Daily Life,'' Wall Street Journal, 19 December 17; Gerry Shih, ``AP
Exclusive: Digital Police State Shackles Chinese Minority,'' Associated
Press, 17 December 17; Emily Feng, ``Security Clampdown Bites in
China's Xinjiang Region,'' Financial Times, 13 November 17.
    \97\ ``Uyghurs Left Waiting While Han Chinese Bypass Checkpoints in
Xinjiang's Hotan City,'' Radio Free Asia, 4 October 17; Megha
Rajagopalan, ``This Is What a 21st-century Police State Really Looks
Like,'' BuzzFeed, 17 October 17; Josh Chin and Clement Burge, ``Twelve
Days in Xinjiang: How China's Surveillance State Overwhelms Daily
Life,'' Wall Street Journal, 19 December 17; James A. Millward, ``What
It's Like to Live in a Surveillance State,'' New York Times, 3 February
18; Josh Chin, ``About To Break the Law? Chinese Police Are Already On
To You,'' Wall Street Journal, 27 February 18.
    \98\ Nithin Coca, ``China's Xinjiang Surveillance Is the Dystopian
Future Nobody Wants,'' Engadget, 22 February 18; Josh Chin and Clement
Burge, ``Twelve Days in Xinjiang: How China's Surveillance State
Overwhelms Daily Life,'' Wall Street Journal, 19 December 17.
    \99\ Human Rights Watch, ``China: Big Data Fuels Crackdown in
Minority Region,'' 26 February 18; Josh Chin and Clement Burge,

**AR-1481**

``Twelve Days in Xinjiang: How China's Surveillance State Overwhelms
Daily Life,'' Wall Street Journal, 19 December 17; Simon Denyer,
``Beijing Bets on Facial Recognition in a Big Drive for Total
Surveillance,'' Washington Post, 7 January 18; Peter Apps,
``Commentary: China's Muslim Minority Faces a Modern Orwellian
Nightmare,'' Reuters, 14 May 18.
    \100\ Josh Chin, ``About To Break the Law? Chinese Police Are
Already On To You,'' Wall Street Journal, 27 February 18; Roseanne
Gerin, ``Report: Uyghurs in China Forced To Install Surveillance App
That Leaves Their Data Unsecured,'' Radio Free Asia, 10 April 18.
    \101\ Human Rights Watch, ``China: Big Data Fuels Crackdown in
Minority Region,'' 26 February 18.
    \102\ Ibid.
    \103\ Adrian Zenz, ``China's Domestic Security Spending: An
Analysis of Available Data,'' Jamestown Foundation, China Brief, Vol.
18, Issue 4, 12 March 18. The average increase of 11.9 percent for
security expenditures was based on budgeted figures for 5 provinces or
regions and on actual spending in the other 13 provinces and regions.
See also CECC, 2017 Annual Report, 5 October 17, 282.
    \104\ Adrian Zenz, ``Corralling the People's Armed Police:
Centralizing Control To Reflect Centralized Budgets,'' Jamestown
Foundation, China Brief, Vol. 18, Issue 7, 24 April 18.
    \105\ Chinese Human Rights Defenders and Equal Rights Initiative,
``China's Counter-Terror Campaign Indiscriminately Targets Ethnic &
Religious Minorities in Xinjiang,'' 25 July 18.
    \106\ Ibid.
    \107\ Ibid; China Digital Times, ``Xinjiang Arrests Account for 21%
of Total in China in 2017,'' 25 July 18.
    \108\ ``Government Work Report--January 22, 2018, First Session of
the Thirteenth People's Congress in the XUAR, Regional Chairman Shohrat
Zakir'' [Zhengzuo baogao--2018 nian 1 yue 22 ri zai xinjiang
weiwu'er zizhiqu zhuxi xuekelaiti zhake'er], Xinjiang Daily, 28 January
18; ``China Says `Terror' Risks in Xinjiang Remains Serious Despite
Security Push,'' Reuters, 29 January 18; China Digital Times,
``Xinjiang To Continue Terror Crackdown,'' 1 February 18.
    \109\ ``Government Work Report--January 22, 2018, First Session of
the Thirteenth People's Congress in the XUAR, Regional Chairman Shohrat
Zakir'' [Zhengzuo gongzuo baogao--2018 nian 1 yue 22 ri zai xinjiang
weiwu'er zizhiqu di shisan jie renmin daibiao dahui di yi ci huiyi
shang zizhiqu zhuxi xuekelaiti zhake'er], Xinjiang Daily, 28 January
18; ``China Has Turned Xinjiang Into a Police State Like No Other,''
Economist, 31 May 18; Leng Shumei, ``Uyghur Teachers Caught Spreading
Religious Extremism,'' Global Times, 17 April 17. According to the
Party-run media outlet Global Times, which used the term ``two-faced,''
`` `[t]wo-faced' teachers refer to those who pretend to support
national unity but secretly spread separatism and extremism.''
    \110\ ``China Has Turned Xinjiang Into a Police State Like No
Other,'' Economist, 31 May 18.
    \111\ Zhang Hui, ``Xinjiang Officials Assigned as Relatives to
Uyghur Villagers for Ethnic Unity Campaign,'' Global Times, 11 January
18; Shang Lucun et al., ``The Roots of Tianshan Cedars Link Together,
Ethnic Unity Links Hearts Together, Xinjiang PSB Science and Technology
Corps Links Relatives Together Across Thousands of Miles in Southern
Xinjiang'' [Tianshan xuesong gen lian gen minzu tuanjie xin lian xin
xinjiang gong'an ting kexin zongdui nanjiang qianli jieqin], China News
Agency, 6 July 17; ``China Detains Kazakhs During `Unity Week' in
Troubled Xinjiang Region,'' Radio Free Asia, 18 December 17; Joyce
Huang, ``Stepped-Up Surveillance of Uighurs Sends `Relatives' Into
Homes,'' Voice of America, 26 December 17; ``Xinjiang Towns, Villages
Celebrate Party Spirit on Loudspeaker Systems,'' Global Times, 4
January 18; Qiao Nong, ChinaAid, ``Xinjiang Closes Ethnic Minority
Schools, Xinyuan No. 4 High School Changed Into Political Study Base''
[Xinjiang guanbi shaoshu minzu xuexiao xinyuan si zhong biangeng wei
zhengzhi xuexi jidi], 4 April 18.
    \112\ ``Bring All Ethnic Groups Together in an Excellent Manner''
[Yi youliang zuofeng ba ge zu qunzhong ningju zai yiqi], Xinjiang
Daily, 31 December 17. See also Zhang Hui, ``Xinjiang Officials
Assigned as Relatives to Uyghur Villagers for Ethnic Unity Campaign,''
Global Times, 11 January 18; ``Taking `Relatives' Some Spiritual
Nourishment'' [Gei qinqi song qu jingshen shiliang], Xinjiang Daily, 12
December 17.

**AR-1482**

\113\ Qiao Nong, ChinaAid, ``Xinjiang Closes Ethnic Minority
Schools, Xinyuan No. 4 High School Changed Into Political Study Base''
[Xinjiang guanbi shaoshu minzu xuexiao xinyuan si zhong biangeng wei
zhengzhi xuexi jidi], 4 April 18. See also ChinaAid, ``Family of Child
Bride Imprisoned for Murder,'' 4 April 18.

\114\ Ben Dooley, `` `Eradicate the Tumours': Chinese Civilians
Drive Xinjiang Crackdown,'' Agence-France Presse, 26 April 18.

\115\ Ibid.

\116\ Human Rights Watch, ``China: Visiting Officials Occupy Homes
in Muslim Region,'' 13 May 18. See also ``China Has Turned Xinjiang
Into a Police State Like No Other,'' Economist, 31 May 18.

\117\ For more information on China's hukou system, see, e.g.,
Priyanka Juneja, ``China's Hukou System,'' The Diplomat, 14 July 17.

\118\ Josh Chin and Clement Burge, ``Twelve Days in Xinjiang: How
China's Surveillance State Overwhelms Daily Life,'' Wall Street
Journal, 19 December 17; Rights Defense Network, ``26 Countries Put
Onto an Involved-With-Terrorism List, More Than 10 Muslims Sentenced in
Xinjiang'' [26 guo bei lie she kong mingdan xinjiang 10 duo ming
musilin bei panxing], 10 December 17. The 26 countries reportedly
included Algeria, Afghanistan, Azerbaijan, Egypt, Pakistan, Kazakhstan,
Kyrgyzstan, Kenya, Libya, South Sudan, Nigeria, Saudi Arabia, Iran,
Malaysia, Indonesia, Thailand, Russia, and Turkey.

\119\ Josh Chin and Clement Burge, ``Twelve Days in Xinjiang: How
China's Surveillance State Overwhelms Daily Life,'' Wall Street
Journal, 19 December 17.

\120\ Human Rights Watch, ``China: Big Data Fuels Crackdown in
Minority Region,'' 26 February 18.

\121\ Qiao Nong, ChinaAid, ``Xinjiang Officials Ban the `Quran,'
Habahe County Forces Muslims To Sign Pledge'' [Xinjiang guanfang jin
``gulanjing'' habahe xian po musilin qian chengnuo shu], 3 March 18.

\122\ ``Chinese Police Order Xinjiang's Muslims To Hand in All
Copies of the Quran,'' Radio Free Asia, 27 September 17; ``RFA
Exclusive: Large-Scale Seizure of `Qurans' in Xinjiang, Ban on the Sale
of Goods Related to Kazakhstan'' [RFA dujia: xinjiang da guimo shouyao
``gulanjing'' jin shou she ha shangpin], Radio Free Asia, 27 September
17; ``Xinjiang's Korla City Seizes Qurans, Prayer Mats From Uyghur
Muslims,'' Radio Free Asia, 2 October 17; Uyghur Human Rights Project,
``UHRP Expresses Concern About Reports of Quran Confiscations in East
Turkestan,'' 29 September 17.

\123\ ``China Jails Ethnic Kazakh Man Over Quranic Recitation
Audio,'' Radio Free Asia, 30 November 17. For more information on Manat
Hamit, see the Commission's Political Prisoner Database record 2018-
00176.

\124\ `` `Storing and Sharing Audiovisual Content From the `Quran'
Can Be' `Punished' as Class Three Terrorist Violence'' [``Chucun
fenxiang `gulanjing' yin shi neirong, kebei'' san ji baokong
``lunchu''], Radio Free Asia, 22 November 17.

\125\ ``Islamic Imams in Xinjiang Are Gradually Disappearing, There
Is a Lack of Imams To Preside Over Funerals When Muslims Pass Away''
[Xinjiang yisilan jiao ahong zhujian xiaoshi musilin qushi que ahong
zhuchi zangli], Radio Free Asia, 6 January 18. See also ``China
Detains, Brainwashes `Wild' Imams Who Step Out of Line in Xinjiang,''
Radio Free Asia, 16 October 17.

\126\ Qiao Nong, ChinaAid, ``Xinjiang Officials Ban the `Quran,'
Habahe County Forces Muslims To Sign Pledge'' [Xinjiang guanfang jin
``gulanjing'' habahe xian po musilin qian chengnuo shu], 3 March 18.
For more information on Salheti Haribek, see the Commission's Political
Prisoner Database record 2018-00205.

\127\ ``Xinjiang Authorities Use `Burial Management Centers' To
Subvert Uyghur Funeral Traditions,'' Radio Free Asia, 19 April 18.

\128\ See, e.g., ``Xinjiang Rapidly Building Crematoria To
Extinguish Uyghur Funeral Traditions,'' Radio Free Asia, 26 June 18;
Josh Rogin, ``Ethnic Cleansing Makes a Comeback--In China,'' Washington
Post, 2 August 18.

\129\ ``Xinjiang Authorities Launch Anti-Religion Campaign Through
Local Police Stations,'' Radio Free Asia, 12 February 18.

\130\ For information on official religious restrictions enforced
during Ramadan in previous reporting years, see, e.g., CECC, 2017
Annual Report, 5 October 17, 287; CECC, 2016 Annual Report, 6 October
16, 287; CECC, 2015 Annual Report, 8 October 15, 126, 286.

\131\ ChinaAid, ``Xinjiang Authorities Force Muslims To Break
Ramadan Fast,'' 23 May 18.

**AR-1483**

\132\ ``Uyghur Schoolchildren, Parents Forced To Abstain From Fasting During Ramadan,'' Radio Free Asia, 21 May 18.

\133\ Adam Lynn, Open Technology Fund, ``App Targeting Uyghur Population Censors Content, Lacks Basic Security,'' 9 April 18; Megha Rajagopalan, ``China Is Forcing People To Download an App That Tells Them To Delete `Dangerous' Photos,'' BuzzFeed, 9 April 18; Joseph Cox, ``Chinese Government Forces Residents To Install Surveillance App With Awful Security,'' Vice, Motherboard, 9 April 18; Roseanne Gerin, ``Report: Uyghurs in China Forced To Install Surveillance App That Leaves Their Data Unsecured,'' Radio Free Asia, 10 April 18; CECC, 2017 Annual Report, 5 October 17, 288.

\134\ Adam Lynn, Open Technology Fund, ``App Targeting Uyghur Population Censors Content, Lacks Basic Security,'' 9 April 18. See also Megha Rajagopalan, ``China Is Forcing People To Download an App That Tells Them To Delete `Dangerous' Photos,'' BuzzFeed, 9 April 18; Joseph Cox, ``Chinese Government Forces Residents To Install Surveillance App With Awful Security,'' Vice, Motherboard, 9 April 18; Roseanne Gerin, ``Report: Uyghurs in China Forced To Install Surveillance App That Leaves Their Data Unsecured,'' Radio Free Asia, 10 April 18.

\135\ ``Xinjiang Minorities Using Apple Phones Are Blocked'' [Xinjiang shaoshu minzu shiyong pingguo shouzi shouzu], Radio Free Asia, 18 January 18. See also Pei Li and Cate Cadell, ``At Beijing Security Fair, an Arms Race for Surveillance Tech,'' Reuters, 30 May 18.

\136\ Darren Byler, ``Perspectives: Navigating Xinjiang's Security Checkpoints,'' Eurasianet, 30 April 18; ``Xinjiang Minorities Using Apple Phones Are Blocked'' [Xinjiang shaoshu minzu shiyong pingguo shouzi shouzu], Radio Free Asia, 18 January 18. See also ``China Jails Ethnic Kazakh Man Over Quranic Recitation Audio,'' Radio Free Asia, 30 November 17.

\137\ See, e.g., Human Rights Watch, ``China: Big Data Fuels Crackdown in Minority Region,'' 26 February 18; Uyghur Human Rights Project, ``Briefing: China's New Counter-Terrorism Law and Its Human Rights Implications for the Uyghur People,'' 1 February 16; ``Chinese Authorities Ban Muslim Names Among Uyghurs in Hotan,'' Radio Free Asia, 24 September 15.

\138\ ``Xinjiang Internet Information Office and Other Relevant Departments Investigate and Handle Fifteen Model Cases of the Dissemination of Illegal Information'' [Xinjiang hulian wang xinxi bangongshi deng youguan bumen chachu shiwu qi chuanbo weifa xinxi dianxing anli], Tianshan Net, 5 November 17. See also ``11 Uyghurs and Kazakhs Criminally Detained for Involvement in `Terrorism and Extremist Religion' '' [11 ming weizu he hazu she ``kong yu jiduan zongjiao'' bei xingju], Radio Free Asia, 6 November 17; ``China Holds 9 Uyghurs, 2 Others Over `Terrorist, Extremist' Videos,'' Radio Free Asia, 7 November 17.

\139\ ``Xinjiang Internet Information Office and Other Relevant Departments Investigate and Handle Fifteen Model Cases of the Dissemination of Illegal Information'' [Xinjiang hulian wang xinxi bangongshi deng youguan bumen chachu shiwu qi chuanbo weifa xinxi dianxing anli], Tianshan Net, 5 November 17. For information on the regulations, see Xinjiang Uyghur Autonomous Region People's Congress Standing Committee, Xinjiang Uyghur Autonomous Region Regulations To Prevent and Punish the Spread of False Information on the Internet [Xinjiang weiwu'er zizhiqu fangfan he chengzhi wangluo chuanbo xujia xinxi tiaoli], issued 1 December 16, effective 10 December 16; Edward Wong, ``Xinjiang, Tense Chinese Region, Adopts Strict Internet Controls,'' New York Times, 10 December 16; Christian Shepherd and Michael Martina, ``China Imposes Hefty Fines for Fake or Harmful News in Xinjiang,'' Reuters, 8 December 16; ``Xinjiang Passes New Regulations To Prevent and Punish `False' and `Harmful' Information on the Internet'' [Xinjiang tongguo fangzhi wangluo ``xujia'' he ``youhai'' xinxi de tiaoli], Radio Free Asia, 12 December 16. See also CECC, 2017 Annual Report, 5 October 17, 289.

\140\ ``News About Uighur Scholar Ilham Tohti on the Third Anniversary of His Sentencing: No News,'' China Change, 22 September 17. See also ``Ilham Tohti's Niece Sentenced to 10 Years for Storing Picture on Cell Phone, Kazakh Businessman Suddenly Dies After Being Detained for 7 Months'' [Yilihamu zhinu shouji cun tu mi pan 10 nian hazu shangren bei bu qi yue hou turan siwang], Radio Free Asia, 25 December 17; ``Rights Groups Demand Uyghur Scholar's Freedom on

**AR-1484**

Anniversary of Life Sentence,'' Radio Free Asia, 25 September 17. For more information on Ilham Tohti, see CECC, 2016 Annual Report, 6 October 16, 284; CECC, 2015 Annual Report, 8 October 15, 284. See also the Commission's Political Prisoner Database record 2009-00315.

\141\ Steven Butler, Committee to Protect Journalists, ``Conditions Deteriorate for Foreign Press in China, FCCC Finds,'' 31 January 18.

\142\ Foreign Correspondents' Club of China, ``Access Denied: Surveillance, Harassment and Intimidation as Reporting Conditions in China Deteriorate,'' January 2018, 2, 5.

\143\ Ibid., 5, 12; Ann Hui, ``Globe and Mail Journalist Detained by Chinese Police in Xinjiang Region,'' Globe and Mail, 24 August 17.

\144\ Foreign Correspondents' Club of China, ``Access Denied: Surveillance, Harassment and Intimidation as Reporting Conditions in China Deteriorate,'' January 2018, 6, 12.

\145\ See, e.g., CECC, 2017 Annual Report, 5 October 17, 289-90; CECC, 2016 Annual Report, 6 October 16, 172, 289.

\146\ See, e.g., PRC Passport Law [Zhonghua renmin gongheguo huzhao fa], passed 29 April 06, effective 1 January 07, arts. 2, 15; International Covenant on Civil and Political Rights (ICCPR), adopted by UN General Assembly resolution 2200A (XXI) of 16 December 66, entry into force 23 March 76, art. 12(2); United Nations Treaty Collection, Chapter IV, Human Rights, International Covenant on Civil and Political Rights, last visited 31 August 18. China has signed but not ratified the ICCPR.

\147\ Edward Wong, ``Police Confiscate Passports in Parts of Xinjiang, in Western China,'' New York Times, 1 December 16; ``China Recalls Passports Across Xinjiang Amid Ongoing Security Crackdown,'' Radio Free Asia, 20 October 16; Yu Mengtong, ``Shihezi, Xinjiang, Tightens Border Controls Again, Public Security Requires Residents To Turn in Passports'' [Xinjiang shihezi biankong zai shoujin gong'an yao jumin shangjiao huzhao], Voice of America, 21 October 16.

\148\ ``China Expands Recall of Passports to Uyghurs Outside of Xinjiang,'' Radio Free Asia, 8 December 17.

\149\ Human Rights Watch, ``China: Minority Region Collects DNA from Millions,'' 13 December 17.

\150\ ``Uyghur Women and Children Endure Heavy Labor Amid Detentions in Xinjiang's Hotan,'' Radio Free Asia, 16 October 17.

\151\ Ibid.

\152\ International Labour Organization, ILO Convention (No. 29) Concerning Forced or Compulsory Labour, 28 June 30.

\153\ Declaration on the Rights of Persons Belonging to National or Ethnic, Religious and Linguistic Minorities, adopted by UN General Assembly resolution 47/135 of 18 December 92, art. 4.

\154\ ``Tongue-Tied: Teaching Uighur Children Mandarin Will Not Bring Stability to Xinjiang,'' Economist, 27 June 15; Uyghur Human Rights Project, ``Uyghur Voices on Education: China's Assimilative `Bilingual Education' Policy in East Turkestan,'' May 2015, 3-4, 10, 12, 16, 18, 21, 26-28. For Commission analysis, see ``Xinjiang Authorities Accelerate Promotion of Mandarin-Focused Bilingual Education,'' Congressional-Executive Commission on China, 10 May 11.

\155\ United Front Work Department, ``(Under the Microscope: Five Years of Encouragement) Xinjiang's Economic and Social Standards Have Developed Steadily and Healthily, People's Sense of Achievement Has Continuously Risen'' [(Weiguan: dili wu nian jian) xinjiang jingji shehui pingwen jiankang fazhan, renmin qunzhong huode gan buduan zengqiang], 10 October 17.

\156\ Jiang Fu'er, ``Xinjiang: Expanding Inclusive Kindergarten Coverage This Year'' [Xinjiang: jinnian jiang kuoda pu hui xing you'er yuan fugai mian], China Education Daily, 2 April 18; Zhao Yusha, ``Xinjiang To Build More Preschools for Mandarin Fluency,'' Global Times, 2 April 18.

\157\ ``Xinjiang To Strengthen Preschool Bilingual Education,'' Xinhua, 6 May 16.

Tibet

Tibet

V. Tibet

Status of Negotiations Between the Chinese Government and the Dalai

AR-1485

Lama or His Representatives

There has been no formal dialogue between the Dalai Lama's representatives and Chinese Communist Party and government officials since the ninth round of dialogue was held in January 2010.\1\ In its 2017 Report on Tibet Negotiations, the U.S. State Department reiterated the policy of the U.S. Government ``to encourage meaningful and direct dialogue between Chinese authorities and the Dalai Lama or his representatives, without preconditions, to lead to a settlement that resolves differences.'' \2\ In keeping with the Chinese government's longstanding policy,\3\ executive deputy head of the Party's United Front Work Department Zhang Yijiong stated on October 21, 2017, that the Chinese government opposes meetings between foreign officials and the Dalai Lama, calling him ``a leader of a separatist group that is engaging in separatist activities.'' \4\ At a November 23, 2017, meeting of the Indian Chamber of Commerce in Kolkata, the Dalai Lama reaffirmed the Middle Way Approach of seeking autonomy for Tibet within the People's Republic of China,\5\ stating that the Tibetan people ``are not seeking independence'' and that they ``want to stay with China.'' \6\ On April 3, 2018, Central Tibetan Administration (CTA) President Lobsang Sangay stated that ``back channel talks'' continue between the Chinese government and the CTA.\7\

Reincarnation and the 14th Dalai Lama

The Chinese central government maintains that only it has the right to decide the Dalai Lama's successor,\8\ a policy at odds with international standards of religious freedom.\9\ The 14th Dalai Lama, Tenzin Gyatso, who reached the age of 83 in July 2018,\10\ has stated that he will ``consult the high Lamas of the Tibetan Buddhist traditions, the Tibetan public, and other concerned people who follow Tibetan Buddhism, and re-evaluate whether the institution of the Dalai Lama should continue or not,'' \11\ and has hinted that he may select a successor while he is still alive.\12\

The Chinese government continues to suppress expression of devotion to or support for the Dalai Lama. In February 2018, the Tibet Autonomous Region (TAR) Public Security Department issued a circular encouraging people to report illegal activities of ``criminal groups connected to the Dalai clique.'' \13\ Despite these and other measures attempting to undermine the stature of the Dalai Lama, Tibetan Buddhists continue to revere him as their spiritual leader and take great risks to access his teachings, possess an image of him, or express their devotion in other ways.\14\ For example, on May 8, 2018, public security officials in Chiduo (Trido) township, Suo (Sog) county, Naqu (Nagchu) municipality, TAR, detained a father of two for possession of books and audio recordings of the Dalai Lama.\15\

Chinese authorities also continued to expand the public profile of their chosen Panchen Lama, Gyaltsen Norbu, whom Party and government officials selected as the 11th Panchen Lama in 1995, shortly after declaring the Dalai Lama's recognition of then six-year-old Gedun Choekyi Nyima to be ``illegal and invalid.'' \16\ According to observers, Gyaltsen Norbu is likely to play a significant role in the Party and government's selection of their endorsed successor to the 14th Dalai Lama.\17\ Chinese authorities abducted Gedun Choekyi Nyima and his parents on May 17, 1995, three days after the Dalai Lama recognized him as the reincarnation of the 10th Panchen Lama, and have refused to permit an independent expert to visit him.\18\ The Panchen Lama and his parents' whereabouts remain unknown.\19\

Religious Freedom for Tibetan Buddhists

The Party and government continued to regulate Tibetan Buddhism and its practices in an effort to strengthen their control over Tibetan Buddhists.\20\ During Saga Dawa, a month-long celebration of the Buddha's life and enlightenment that

AR-1486

fell between May 15 and June 15, 2018, TAR authorities set up
``service centers'' \21\ for worshippers and barred current and
retired government employees from participating in religious
activities.\22\ Authorities in Chengguan (Chamdo) township,
Changdu (Chamdo) municipality, TAR, forbade students attending
the Second Kindergarten School, as well as their parents, from
participating in religious activities or visiting monasteries
during Saga Dawa.\23\ [For information on relevant laws
relating to religious freedom in China, see Section II--Freedom
of Religion.]

------------------------------------------------------------------------
                  Further Clampdown on Larung Gar
------------------------------------------------------------------------

   In July 2016, provincial authorities in Ganzi Tibetan Autonomous
Prefecture (TAP), Sichuan province, began the process of demolishing
dwellings and expelling monks and nuns at Larung Gar Buddhist Institute
(Larung Gar), in Seda (Serthar) county, Ganzi TAP, Sichuan.\24\
Government control of Larung Gar continued during the Commission's 2018
reporting year.\25\ An October 2017 report by Free Tibet and Tibet
Watch shows that by the end of May 2017 authorities had leveled at
least 4,725 homes and forced at least 4,828 residents to leave Larung
Gar since July 2016.\26\ Human Rights Watch (HRW) obtained a brochure
that authorities issued in August 2017, which laid out
``standardization'' procedures at Larung Gar in the name of
security.\27\ According to the brochure, the government will install
cadres at every level and section of the monastery, many in top-level
roles, while officials will surveil the monastery as a whole using a
grid management system,\28\ instituting real-name registration for all
visitors and residents, and requiring monks, nuns, and laypeople to
wear colored tags indicating their status within the institute.\29\
According to HRW's January 2018 report, 40 percent of the monastery's
curriculum must include politics and other non-religious subjects.\30\
On October 29, 2017, authorities in Sichuan abruptly cancelled
observance of the prayer festival Dechen Shedrub at Larung Gar for the
second consecutive year, reversing an earlier decision to permit
celebrations.\31\ HRW China Director Sophie Richardson said the
government's actions ``show a pernicious intent to exercise extreme
control over religious practice.'' \32\ According to the International
Campaign for Tibet and the Tibetan Centre for Human Rights and
Democracy, the expulsions and demolitions at Larung Gar are also driven
by the Chinese government's plans to increase business and tourism in
the area.\33\
------------------------------------------------------------------------

                          Self-Immolations

   Self-immolations by Tibetans as a form of protest continued
during this past year,\34\ including three known self-
immolations in Tibetan autonomous areas \35\ of China. All
three were confirmed to be fatal, bringing the total number of
such self-immolations by Tibetans living in China to 147 since
2009, 130 of which were reportedly fatal.\36\ Since 2009, many
Tibetan self-immolators have called for the long life of the
Dalai Lama, his return from exile, and freedom for Tibet.\37\

       Tenga, a 63-year-old monk, self-immolated in
       Ganzi (Kardze) county, Ganzi TAP, Sichuan, on November
       26, 2017, while calling for freedom for Tibet.\38\
       Armed police quickly came and confiscated his body.\39\
       Authorities cut off telephone lines and social media
       services in Ganzi TAP following Tenga's death, while
       police were stationed at Tenga's family home.\40\
        Konpe, a former monk in his thirties, set
       himself on fire on December 23, 2017, near Kirti
       Monastery in Aba (Ngaba) Tibetan and Qiang Autonomous
       Prefecture (T&QAP), Sichuan.\41\ The police quickly
       extinguished the fire and brought Konpe to a hospital
       in Maerkang (Barkham) county, Aba T&QAP.\42\ Konpe died
       of his injuries on December 24.\43\ Around that time,
       authorities detained his father, Gyakyab, on unknown
       charges.\44\ According to the International Campaign

AR-1487

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPO... Page 292 of 316

Case 3:20-cv-05910-LB Document 77-7 Filed 10/01/20 Page 21 of 51
WeChat Appendix F Footnote H9 - Congressional-Executive Commission on China Annual Report 2018

for Tibet, 24 current and former Kirti monks have self-immolated since 2009.\45\

 Tsekho Tugchag (Tsekho Tugchak), a former monk at No. 4 (Namtsoma) village, Mai'erma (Me'uruma) township, Aba, self-immolated and died on March 7, 2018, in Aba.\46\

Tibetans have also faced detention for sharing information about self-immolations. For instance, in October 2017, authorities in Yushu (Yulshul) TAP, Qinghai province, detained seven Tibetans \47\ for posting to the messaging service WeChat a two-year-old video about the lives of self-immolators.\48\

Security, Surveillance, and Party Policy

The government and Party continued implementing repressive policies in Tibetan autonomous areas of China through the use of extensive and intrusive surveillance, stringent measures that restrict Tibetans' fundamental rights, and pervasive displays of police and military force.\49\ Domestic security spending in two Tibetan prefectures in Sichuan increased nearly 300 percent between 2007 and 2016, while the TAR's domestic security spending grew 404 percent over the same time period, compared to a 215 percent increase nationwide.\50\ Under Chinese President and Party General Secretary Xi Jinping, the Chinese Communist Party's United Front Work Department (UFWD) has assumed the primary role of administering religious and ethnic affairs, making it the locus of management of Tibetans within China as well as of relations with overseas Tibetans.\51\

Security measures markedly increased around the 19th National Congress of the Chinese Communist Party (19th Party Congress) in October 2017.\52\ The central government reportedly banned foreigners from visiting the TAR between October 18 and 28 \53\ and deployed security forces to the TAR and other Tibetan areas as the 19th Party Congress began, with public military drills reported in the TAR and in Guoluo (Golog) Tibetan Autonomous Prefecture (TAP), Qinghai province.\54\ In Shannan (Lhokha) municipality, TAR, ``temple management cadres'' went to monks' quarters to conduct ``one-on-one study'' of the ``19th Party Congress spirit.'' \55\ After the congress concluded, reports emerged of mandatory ``patriotic reeducation'' in Tibetan areas, with abbots and monastery teachers told to organize ``training courses'' on the ``19th Party Congress spirit.'' \56\

In a report submitted for the November 2018 session of the UN Human Rights Council's Universal Periodic Review (UPR) of the Chinese government's human rights record, the International Federation for Human Rights and International Campaign for Tibet warned that ``the human rights situation in the Tibetan areas of China has significantly worsened'' since the UN Human Rights Council's last UPR of China in 2013.\57\ The TAR government has reportedly constructed a ``mass surveillance'' system powered by data and technology,\58\ posting security officials to ``convenience police stations'' and Party cadres to villages and monasteries,\59\ while also incentivizing Tibetans to police each other. The Naqu (Nagchu) Municipal Public Security Bureau in Naqu municipality, TAR, issued a circular on March 13, 2018, promising cash rewards for tips on a number of alleged offenses, from illegal possession of firearms to ``the abuse of religion, power, and family connections to illegally encroach on property.'' \60\ The circular, reprinted in Radio Free Asia (RFA), indicates that public security officers will offer 50,000 yuan (US$7,300) for certain tips, and up to 100,000 yuan (US$14,700) for tips on ``criminal gangs'' advocating for ``separatism,'' \61\ which RFA reported may implicate the promotion of Tibetan cultural and religious practices or support for the Dalai Lama's Middle Way Approach.\62\

Status of Tibetan Culture

**AR-1488**

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPO... Page 293 of 316

Case 3:20-cv-05910-LB Document 77-7 Filed 10/01/20 Page 22 of 51
WeChat Appendix F Footnote-F9 - Congressional-Executive Commission on China Annual Report 2018

China's 2016-2020 National Human Rights Action Plan (HRAP) provides both that ``the cultural rights of ethnic minorities shall be guaranteed'' and that ``[t]he right of ethnic minorities to learn, use and develop their own spoken and written languages shall be respected and guaranteed,'' echoing provisions of China's Constitution, the PRC Regional Ethnic Autonomy Law, and the PRC Education Law.\63\ Tibetan culture and language face increasing marginalization, however, particularly as the Chinese government and Party continue to promote Mandarin Chinese as the main language of instruction in Tibetan areas.\64\

Nearly two years after the New York Times interviewed him and published a short film about his advocacy for Tibetan language education, Tashi Wangchug (Tashi Wangchuk) stood trial at the Yushu (Yulshul) Prefecture Intermediate People's Court in Qinghai province on January 4, 2018.\65\ Tashi Wangchug denied the charge of ``inciting separatism,'' arguing that he was ``exercising his right as a citizen to criticize'' the local government concerning the preservation of Tibetan culture and language.\66\ Authorities permitted only three of his relatives into the courtroom, and denied entry to diplomats from the United States, the European Union, the United Kingdom, Germany, and Canada.\67\ On May 22, the court found Tashi Wangchug guilty and sentenced him to five years in prison.\68\ The Qinghai High People's Court reportedly rejected his appeal in August 2018.\69\

### Freedom of Expression

This past year, Tenzin Tethong, Tibetan Service Director for Radio Free Asia, testified before the U.S. Congress that the Tibet Autonomous Region (TAR) ``ranks among the world's worst media environments after North Korea.'' \70\ In certain Tibetan areas, censorship further tightened around the 19th Party Congress in October 2017,\71\ including a digital communications blackout imposed by the TAR government during the Party Congress.\72\

Public security bureaus (PSB) in some Tibetan areas of China introduced local directives to control and censor social media groups, operationalizing features of the PRC Cybersecurity Law as well as the Provisions on the Administration of Internet Group Information Services, which took effect on October 8, 2017.\73\ The provisions hold social group creators and administrators responsible for content shared among public and private groups.\74\ Selected examples follow.

In Gannan (Kanlho) Tibetan Autonomous Prefecture (TAP), Gansu province, the Machu County PSB issued directives forbidding chat group administrators and WeChat public account owners from sharing nine different categories of information, from ``state secrets'' and ``rumors'' to ``other illegal information,'' noting that violators ``will be dealt with by the relevant departments in accordance with relevant laws and regulations.'' \75\
In advance of the 19th Party Congress in October 2017, PSB officials in Zeku (Zekog) county, Huangnan TAP, Qinghai province, forced 248 Tibetan WeChat group administrators to undergo legal training and write statements of responsibility for group chat content as part of an effort to resist ``illegal criminal activity'' and ``harmful information.'' \76\
Authorities reportedly forced monks at Tsang Monastery in Tongde (Gepasumdo) county, Hainan (Tsolho) TAP, Qinghai, to attend a March 2018 ``legal education'' session during which monks received instruction on the PRC Cybersecurity Law's provisions against sharing ``illegal content'' online.\77\ On April 16, 2018, local PSB officials reportedly detained two of the monks at Tsang Monastery.\78\ Reports only named one monk, Oechung Gyatso, whom authorities

AR-1489

detained in connection with the unauthorized sharing of
politically ``sensitive'' photos and writings on
WeChat.\79\

   The Commission observed one significant case of a high-
profile political prisoner whose detention contravened
international standards of freedom of expression.\80\ On
January 10, 2018, the Haibei Intermediate People's Court in
Haibei (Tsojang) TAP, Qinghai, sentenced Tsegon Gyal \81\ to
three years in prison for ``inciting separatism.'' \82\
According to a February 18 statement by the Tibetan Centre for
Human Rights and Democracy, authorities detained Tsegon Gyal on
December 9, 2016,\83\ apparently in connection to a blog post
he wrote criticizing the Chinese government for failing to
truly support its policy of ``ethnic unity.'' \84\
   Authorities released at least four political prisoners
during the reporting year.\85\ On March 19, 2018, popular
Tibetan writer and intellectual Drukar Gyal \86\ (pen name
Shogjang) completed a three-year prison sentence for ``inciting
separatism'' in connection to his writing.\87\ Around August 2,
authorities released popular singer Gonpo Tenzin upon
completing a sentence of three years and six months.\88\
Authorities detained him in 2013, apparently in connection with
his hit song ``How Can We Have New Year's Celebrations in
Tibet? '' which encouraged Tibetans to preserve their culture
and language.\89\ On August 10, Namkha Jam finished a nearly
six-year \90\ sentence for ``inciting separatism.'' \91\ The
Huangnan Intermediate People's Court of Huangnan (Malho) TAP,
Qinghai, convicted him and three other Tibetans in connection
with the sharing of information about self-immolations and
protests with allegedly ``separatist'' Tibetan
organizations.\92\ Authorities also released Gonpo Tseten on
August 13, one year and six months before the end of his 12-
year sentence for ``inciting separatism'' for leading a protest
in Awangcan (Bhelpan) township, Maqu (Machu) county, Gannan
(Kanlho) TAP, Gansu province in March 2008.\93\ All four men
still face from two to four years' deprivation of political
rights.\94\
   Filmmaker Dondrub Wangchen (Dhondup Wangchen), who had
served six years in prison and three years' deprivation of
political rights \95\ for ``inciting separatism,'' \96\ fled
China in fall 2017 and reunited with his family in San
Francisco on December 25, 2017.\97\ Authorities detained
Dondrub Wangchen in March 2008 for his role in making the
documentary ``Leaving Fear Behind,'' in which ordinary Tibetans
in China shared their feelings about a range of issues,
including the Dalai Lama and the August 2008 Summer Olympics in
Beijing municipality.\98\

-----------------------------------------------------------------
      Censorship of Social Media and Reporting on Jokhang Fire
-----------------------------------------------------------------
   Limited access to information about a fire that broke out at the
Jokhang temple complex in Lhasa municipality, Tibet Autonomous Region
(TAR), on February 17, 2018, raised concerns among Tibetan communities
and experts about the extent of the damage at the site.\99\ Tibetans
posted distressed messages and video of the fire to the messaging
service WeChat, including some messages questioning why the
fire department did not immediately arrive.\100\ Within hours, the TAR
government reportedly imposed a ban on discussion of the fire on social
media,\101\ while the state-run media outlet Xinhua reported that the
fire had been extinguished.\102\ A leaked document later revealed that
the authorities took 30 minutes to respond, even though in December
2017 China reported to the UN Educational, Scientific and Cultural
Organization (UNESCO) World Heritage Committee that the temple had a
fire brigade stationed on premises ``for the safety and protection of
cultural relics.'' \103\ The temple remained open on February 18, but
drapes covered the site of the central Jowo Shakyamuni statue,\104\ the
namesake of the temple and one of the most sacred statues in Tibetan
Buddhism.\105\ The State Administration of Cultural Heritage reported
that the fire did not damage the Jowo Shakyumuni statue.\106\
   According to scholar Robert Barnett, ``almost total suppression of

information'' \107\ quickly followed the fire at the 1,300-year-old
Jokhang temple complex,\108\ which is a sacred site for Tibetans,
Mongolians, and other Buddhists in the Himalayas and Central Asia.\109\
Barnett indicated that the restriction of information about the fire
caused many Tibetans to fear that the damage was far worse than had
been reported.\110\ In June, the advocacy organization Free Tibet
published satellite images showing damage to the Jowo Rinpoche Chapel,
which houses the Jowo Shakyamuni statue.\111\
--------------------------------------------------------------------

                          Freedom of Movement

     The Chinese government severely restricts the ability of
Tibetans to travel abroad, often in relation to religious
pilgrimage.\112\ For example, this past year Radio Free Asia
reported that Chinese authorities threatened the families of
Tibetans traveling to attend the Dalai Lama's teachings in Bodh
Gaya, India, and that Chinese immigration authorities destroyed
some of their passports upon their return to China and failed
to reissue new passports.\113\ According to international
advocacy organization Free Tibet, in March 2018, Chinese
authorities detained 60 Tibetans upon their return from
pilgrimage to India and Nepal, and reportedly sent them to a
``reeducation'' program.\114\
     Authorities also continued to restrict movement of Tibetans
within Tibetan areas of China. This past year, Tibetans making
pilgrimage to Lhasa on foot reportedly faced a fine of 3,000
yuan (US$440) per day.\115\ In April 2018, plainclothes
officers in Dali (Darlag) county, Guoluo (Golog) TAP, Qinghai
province, detained and interrogated a 60-year-old pilgrim on
her way to Lhasa.\116\ The pilgrim, Lhamo Drolma (Lhamo
Dolkar), from Bora village, Xiahe (Sangchu) county, Gannan
(Kanlho) TAP, Gansu province, remained missing as of April 13,
2018.\117\
     Chinese officials increasingly seek to restrict the freedom
of movement of Tibetans in neighboring Nepal with the
cooperation of Nepalese authorities. The Chinese government has
stationed Chinese police on the Nepali side of the border to
capture Tibetan refugees.\118\ The Chinese government
reportedly provided funding for a new training academy for the
Nepal Armed Police Force, which allegedly plays an important
role in preventing Tibetan refugees from entering Nepal.\119\
Nepal has hosted Tibetan refugees since the 1950s \120\ and
currently has a population of around 20,000 Tibetans.\121\

                   Economy, Environment, and Development

     The Commission observed no evidence during its 2018
reporting year that the Party or government solicited
systematic or representative input from the Tibetan population
on economic development in Tibetan autonomous areas of
China.\122\ Chinese officials reportedly used environmental
protection regulations to restrict the land use of Tibetan
herders \123\ and in one instance detained at least 30 people
who protested a mining project located on a mountain considered
a sacred site, while one protester went missing.\124\ Other
infrastructure projects may threaten environmental damage and
the livelihood and safety of Tibetans.\125\
     On November 27, 2017, Chinese authorities announced that
only security and other authorized officials would have access
to the Hoh Xil Nature Reserve, which spans Qinghai province,
the TAR, and the Xinjiang Uyghur Autonomous Region (XUAR);
Qiangtang (Chang Tang) National Nature Reserve in the TAR; and
Altun Shan Nature Reserve in the XUAR.\126\ UNESCO approved the
nomination of Hoh Xil as a World Heritage site in July
2017,\127\ the highest and largest plateau in the world \128\
and China's largest World Heritage site at 3.74 million
hectares (14,423.35 square miles), with a buffer zone of 2.29
million hectares (8,845.23 square miles).\129\ The Chinese
government estimated that 50,000 people herd in the reserve's
buffer zone,\130\ and stated that it would ``fully respect the
will of the local herders and their traditional culture,

AR-1491

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPO... Page 296 of 316

Case 3:20-cv-05910-LB Document 77-7 Filed 10/01/20 Page 25 of 51
WeChat Appendix P Footnote P9 - Congressional-Executive Commission on China Annual Report 2018

religious beliefs, and lifestyle.'' \131\ A white paper
released by the State Council Information Office in June 2018,
however, claimed that Hoh Xil is ``free of human activity.''
\132\
    Infrastructure projects in the TAR could further impact the
local people and the environment, as well as communities beyond
the TAR. For example, a proposed 1,000-kilometer (621.37-mile)
water tunnel from the TAR to the XUAR \133\ would divert the
Yarlung Tsangpo River, which becomes the Brahmaputra downstream
in Bangladesh and India.\134\ Some observers fear this is a
sign that the Chinese government is attempting to expand its
influence over neighboring countries.\135\ Fan Xiao, a senior
engineer at the Sichuan Bureau of Geological Exploration,\136\
warned that the scheme willfully ignores the environmental,
social, and cultural costs of diverting a major water source,
including flooding and displacement of local residents.\137\
    This past year, TAR officials continued to promote tourism,
efforts allegedly connected to the demolition of Tibetan
religious and cultural centers.\138\ According to the state-run
Xinhua news agency, the TAR received 1.2 million tourists
during the National Day holiday in October 2017, up 16.5
percent from the previous year, in part as the result of the
opening of a new highway connecting Lhasa municipality and
Linzhi (Nyingchi) municipality.\139\ In May 2018, about 60
Tibetan nomad families in the village of Lhadul in Nimu (Nyemo)
county, Lhasa, TAR, made a video that circulated online
appealing to officials beyond their township to regain access
to pastureland which Chinese authorities had designated for
tourism.\140\


                                            Tibet
                            Tibet
          Notes to Section V--Tibet

    \1\ U.S. Department of State, ``Report to Congress on Tibet
Negotiations, Department of State Authorities Act, Fiscal Year 2017,
Improvements Act P.L. 115-94, Sec. 13,'' attached to letter from Mary
K. Waters, Assistant Secretary, Legislative Affairs, U.S. Department of
State, to House of Representatives, Committee on Foreign Affairs, 21
May 18, 1; U.S. Department of State, ``Report on Tibet Negotiations,
P.L. 107-228 Section 613(b), of the Foreign Relations Authorization Act
of Fiscal Year 2003,'' attached to letter from Julia Frifield,
Assistant Secretary, Legislative Affairs, U.S. Department of State, to
the Senate Committee on Foreign Relations, 19 August 16, 1.
    \2\ U.S. Department of State, ``Report to Congress on Tibet
Negotiations, Department of State Authorities Act, Fiscal Year 2017,
Improvements Act P.L. 115-94, Sec. 13,'' attached to letter from Mary
K. Waters, Assistant Secretary, Legislative Affairs, U.S. Department of
State, to House of Representatives, Committee on Foreign Affairs, 21
May 18, 1. See also International Campaign for Tibet, ``Trump
Administration's First Tibet Negotiations Report to Congress Reflects
the Absence of a Special Coordinator for Tibetan Issues,'' 6 June 18.
    \3\ Cui Jia, ``China Strongly Opposes Any Meeting With Dalai
Lama,'' China Daily, 21 October 17. See also ``China Reiterates
Opposition to Dalai Lama's Botswana Visit Next Month,'' Tibetan Review,
16 July 17; Robert J. Barnett and Deborah Jerome, ``U.S.-China: Dalai
Lama Drama,'' Council on Foreign Relations (blog), 17 February 10.
    \4\ Stuart Lau, ``Senior Chinese Official Attacks Foreign Leaders
for Meeting Dalai Lama as He Promises To Crack Down on Religious
Separatists,'' South China Morning Post, 21 October 17; Bhuchung K.
Tsering, ``Analyzing Chinese Official Zhang Yijiong's Remarks on Dalai
Lama and Tibet,'' International Campaign for Tibet (blog), 26 October
17.
    \5\ Central Tibetan Administration, ``The Middle-Way Policy,'' last
visited 14 July 18; ``Tibet Wants To Stay With China, Says Dalai
Lama,'' Times of India, 24 November 17; `` `Past Is Past': Dalai Lama
Says Tibet Wants To Stay With China, Wants Development,'' Hindustan
Times, 23 November 17.
    \6\ `` `Past Is Past': Dalai Lama Says Tibet Wants To Stay With
China, Wants Development,'' Hindustan Times, 23 November 17; ``Tibet
Wants To Stay With China, Seeks Development, Says Spiritual Leader

AR-1492

Dalai Lama,'' Indian Express, 23 November 17.
    \7\ Tenzin Dharpo, ``No Official Communication With Beijing but
`Back Channel Talks' Happen, Says CTA President,'' Phayul, 4 April 18;
Aishwarya Kumar, ``No Official Communication, but Back Channel Talks On
With China, Says Tibetan Govt-in-Exile,'' News18, 3 April 18.
    \8\ Takeshi Narabe, ``Discussions on Dalai Lama's Succession Could
Begin This Year,'' Asahi Shimbun, 16 March 18; Matthew Gindin, ``US
Senate Backs Tibet in Battle Over the Dalai Lama's Reincarnation,''
Tricycle, 11 May 18. See also CECC, 2017 Annual Report, 5 October 17,
299; CECC, 2008 Annual Report, 31 October 08, 189; ``Special Topic
Paper: Tibet 2008-2009,'' Congressional-Executive Commission on China,
22 October 09, 38-39.
    \9\ Declaration on the Elimination of All Forms of Intolerance and
of Discrimination Based on Religion or Belief, adopted by UN General
Assembly resolution 36/55 of 25 November 81, art. 6(g). Article 6(g) of
the Declaration includes the right to ``train, appoint, elect or
designate by succession appropriate leaders called for by the
requirements and standards of any religion or belief.''
    \10\ Office of His Holiness the Dalai Lama, ``Brief Biography,''
last visited 14 July 18. According to biographical information on the
Dalai Lama's official website, he was born on July 6, 1935.
    \11\ Office of His Holiness the Dalai Lama, ``Reincarnation,'' 24
September 11.
    \12\ Takeshi Narabe, ``Discussions on Dalai Lama's Succession Could
Begin This Year,'' Asahi Shimbun, 16 March 18; Ellen Barry, ``Dalai
Lama's Journey Provokes China, and Hints at His Heir,'' New York Times,
6 April 17.
    \13\ Tibetan Autonomous Region Public Security Department,
``Bulletin on Reporting Leads on Crimes and Violations of Evil Forces''
[Guanyu jubao hei'e shili weifa fanzui xiansuo de tonggao], issued 12
February 18, sec. 1(2); ``CCP Cracks Down on Tibet--Preservation of
Mother Tongue Called `Reactionary Ideology' '' [Zhonggong yu xizang
kaizhan yanda--baohu muyu chengwei ``fandong sixiang''], Voice of
Tibet, 12 February 18; Liu Caiyu, ``Police Asks Tibetans for Dalai Lama
Tips,'' Global Times, 11 February 18; International Campaign for Tibet,
``Chinese Police Circular Urges Public To Report on Loyalty to `Evil
Forces' of Dalai Lama,'' 13 February 18.
    \14\ See, e.g., ``Two Tibetans Arrested for Keeping Dalai Lama
Photos,'' Tibetan Journal, 28 June 18; Tibetan Centre for Human Rights
and Democracy, ``Annual Report 2017: Human Rights Situation in Tibet,''
7 May 18, 49; Freedom House, ``Freedom in the World 2018--Tibet,'' last
visited 3 September 18.
    \15\ Free Tibet, ``China Arbitrarily Arrests Elderly Tibetan Man,''
18 May 18; ``Tibetan Detained, Disappears in Suo (Sog) County, Naqu
(Nagchu) Prefecture, TAR'' [Xizang naqu suo xian yi zangren bei bu
shizong], Radio Free Asia, 21 May 18. For more information on Ganggye,
see the Commission's Political Prisoner database record 2018-00279.
    \16\ Bureau of Democracy, Human Rights, and Labor, U.S. Department
of State, ``International Religious Freedom Report for 2017--China
(Includes Tibet, Hong Kong, and Macau),'' 29 May 18, 47; Guo Xin, ``It
Is Both Illegal and Invalid for the Dalai Lama To Universally Identify
the Reincarnated Soul Boy of the Panchen Lama,'' People's Daily, 1
December 95 (translated in Open Source Center, 1 December 95);
``China's Panchen Lama Calls for Patriotism, Says Greed Taints Tibetan
Buddhism,'' Reuters, 14 March 17; ``Dalai Lama Rejects Communist Party
`Brazen Meddling' in Tibetan Buddhist Reincarnation,'' CECC China Human
Rights and Rule of Law Update, No. 1, 24 January 12, 3. See also Lilit
Mohan, ``Tibetans Decry Disappearance of 11th Panchen Lama,'' Tribune,
18 May 18; Yangchen Dolma, ``Tibetans and Tibet Support Groups Urge
World Leaders To Act Over Missing Panchen Lama,'' Tibet Post
International, 18 May 18.
    \17\ Greg C. Bruno, Blessings From Beijing: Inside China's Soft-
Power War on Tibet (Lebanon, NH: ForeEdge, 2018), 92; John Powers, The
Buddha Party: How the People's Republic of China Works To Define and
Control Tibetan Buddhism (New York: Oxford University Press, 2017),
125. See also CECC, 2016 Annual Report, 6 October 16, 301-02. For more
information on the Panchen Lama and China's likely model for selecting
the next Dalai Lama, see CECC, 2008 Annual Report, 31 October 08, 189.
    \18\ Bureau of Democracy, Human Rights, and Labor, U.S. Department
of State, ``International Religious Freedom Report for 2017--China
(Includes Tibet, Hong Kong, and Macau),'' 29 May 18, 42; Tibetan Centre
for Human Rights and Democracy, ``China: Allow Independent

International Bodies To Verify Fate of Gedhun Choekyi Nyima, the 11th
Panchen Lama of Tibet,'' 17 May 18.

\19\ Bureau of Democracy, Human Rights, and Labor, U.S. Department
of State, ``Country Reports on Human Rights Practices for 2017--China
(Includes Tibet, Hong Kong, and Macau),'' 20 April 18, 76; ``Tibet's
Exile Community Observes the 23rd-Year Anniversary of the Panchen
Lama's Disappearance'' [Xizang liuwang shequ jinian banchan lama
shizong ershisan nian], Voice of Tibet, 17 May 18. For more information
on Gedun Choekyi Nyima, see the Commission's Political Prisoner
database record 2004-00835.

\20\ Tibetan Centre for Human Rights and Democracy, ``Annual Report
2017: Human Rights Situation in Tibet,'' 7 May 18, 52-53; Tshering
Chonzom, ``Tibet, the 19th Party Congress and China's United Front
Work,'' Institute of Chinese Studies, Delhi, ICS Delhi Blog, 1 November
17. See also Sarah Cook, Freedom House, ``The Battle for China's
Spirit: Religious Revival, Repression, and Resistance Under Xi
Jinping,'' February 2017, 86-101; CECC, 2016 Annual Report, 6 October
16, 300-04.

\21\ ``Tibetans in Lhasa Celebrate Holy Month of Saga Dawa,''
Xinhua, 16 May 18; Liu Xuanzun, ``Tibet Celebrates Saga Dawa Festival,
Stresses Social Order,'' Global Times, 24 May 18.

\22\ ``Tibetan Officials Warned Against Participating in Religious
Activities During Holy Month,'' Phayul, 31 May 18.

\23\ Free Tibet, ``Schoolchildren Blocked From Joining Buddhist
Festivities,'' 16 May 18.

\24\ Roseanne Gerin, ``Report Details Destruction at Sichuan's
Larung Gar Buddhist Academy,'' Radio Free Asia, 19 October 17. For more
information on the demolitions and expulsions at Larung Gar that took
place during the previous reporting year, see CECC, 2017 Annual Report,
5 October 17, 303-04.

\25\ Human Rights Watch, ``China: New Controls on Tibetan
Monastery,'' 24 January 18; U.S. Policy Toward Tibet: Access, Religious
Freedom, and Human Rights, Hearing of the Subcommittee on Asia and the
Pacific, Committee on Foreign Affairs, U.S. House of Representatives, 6
December 17, Testimony of Tenzin Tethong, Director of the Tibetan
Service, Radio Free Asia, 3.

\26\ Free Tibet and Tibet Watch, ``Destroying Heaven: China's
Campaign of Destruction at Larung Gar'' 20 October 17, 11.

\27\ Human Rights Watch, ``China: New Controls on Tibetan
Monastery,'' 24 January 18.

\28\ Ibid. ``Grid-style social management''--a central government
``securitization'' policy first deployed in the Tibet Autonomous Region
in 2012--divides urban and rural areas into smaller units for the
purpose of intensifying surveillance, policing, and control at the
community level. See Human Rights Watch, ``China: Alarming New
Surveillance, Security in Tibet,'' 20 March 13; Tibetan Centre for
Human Rights and Democracy, ``Annual Report 2017: Human Rights
Situation in Tibet,'' 7 May 18, 8; Adrian Zenz and James Leibold,
``Chen Quanguo: The Strongman Behind Beijing's Securitization Strategy
in Tibet and Xinjiang,'' Jamestown Foundation, China Brief, Vol. 17
Issue 12, 21 September 17. See also ``Grid Locked,'' Economist, 22 June
13.

\29\ According to the official brochure, released in Chinese and
Tibetan, monks must now wear red tags, nuns yellow tags, and laypeople
green tags. Human Rights Watch, ``China: New Controls on Tibetan
Monastery,'' 24 January 18.

\30\ Human Rights Watch, ``China: New Controls on Tibetan
Monastery,'' 24 January 18.

\31\ International Campaign for Tibet, ``Major Religious Festival
Cancelled and New Police Checkpoints at Larung Gar,'' 3 November 17;
``China Bans Major Prayer Festival at Larung Gar,'' Radio Free Asia, 1
November 17.

\32\ Human Rights Watch, ``China: New Controls on Tibetan
Monastery,'' 24 January 18.

\33\ Tibetan Centre for Human Rights and Democracy, ``Annual Report
2017: Human Rights Situation in Tibet,'' 7 May 18, 55; International
Campaign for Tibet, ``Major Religious Festival Cancelled and New Police
Checkpoints at Larung Gar,'' 3 November 17.

\34\ International Campaign for Tibet, ``Self-Immolations by
Tibetans,'' last visited 13 August 18; Free Tibet, ``Self-Immolation
Protests,'' last visited 13 August 18; Tibet Centre for Human Rights
and Democracy, ``2017 Annual Report on Human Rights Situation in

**AR-1494**

Tibet,'' 7 May 18, 24-26.

\35\ For more information on the Tibetan autonomous areas of China, see ``Special Topic Paper: Tibet 2008-2009,'' Congressional-Executive Commission on China, 22 October 09, 22-24.

\36\ International Campaign for Tibet, ``Tibetan Man Dies After Self-Immolation; Oppressive Measures Intensified in March 10 Anniversary Week,'' 7 March 18; International Campaign for Tibet, ``Young Tibetan Man Dies After Self-Immolation in Ngaba,'' 27 December 17; ``Tibetan Monk Burns to Death in Sichuan Calling for Tibetan Freedom,'' Radio Free Asia, 29 November 17; CECC, 2017 Annual Report, 5 October 17, 301-02.

\37\ Tibetan Centre for Human Rights and Democracy, ``2017 Annual Report on Human Rights Situation in Tibet,'' 7 May 18, 24-26.

\38\ International Campaign for Tibet, ``Respected Tibetan Monk Sets Fire to Himself in Eastern Tibet,'' 30 November 17; ``Tibetan Monk Burns to Death in Sichuan Calling for Tibetan Freedom,'' Radio Free Asia, 29 November 17.

\39\ International Campaign for Tibet, ``Respected Tibetan Monk Sets Fire to Himself in Eastern Tibet,'' 30 November 17.

\40\ ``Tibetan Monk Burns to Death in Sichuan Calling for Tibetan Freedom,'' Radio Free Asia, 29 November 17.

\41\ International Campaign for Tibet, ``Young Tibetan Man Dies After Self-Immolation in Ngaba,'' 27 December 17.

\42\ ``Tibetan Self-Immolator, a Former Kirti Monk, Dies of His Burns,'' Radio Free Asia, 26 December 17.

\43\ Jamphel Shonu, ``Update: Latest Self-immolator Konpe Passed Away,'' Central Tibetan Administration, 26 December 17; International Campaign for Tibet, ``Young Tibetan Man Dies After Self-Immolation in Ngaba,'' 27 December 17.

\44\ Tibetan Centre for Human Rights and Democracy, ``Chinese Authorities Detain Father of Tibetan Man Who Died of Self-Immolation Protest on Christmas Eve,'' 26 December 17; International Campaign for Tibet, ``Young Tibetan Man Dies After Self-Immolation in Ngaba,'' 27 December 17. For more information on Gyakyab, see the Commission's Political Prisoner Database record 2018-00029.

\45\ International Campaign for Tibet, ``Self-Immolations by Tibetans,'' 7 March 18.

\46\ International Campaign for Tibet, ``Tibetan Man Dies After Self-Immolation; Oppressive Measures Intensified in March 10 Anniversary Week,'' 7 March 18. The source spells Tsekho Tugchag's name ``Tsekho Tugchak.'' See also ``Tibetan Dies Wednesday in Self-Immolation Protest in Tibetan Region of China'' [Zhongguo zangqu zhou san fasheng zangren zifen kangyi shenwang shijian] Radio Free Asia, 7 March 18.

\47\ For more information on the seven cases, see the following records in the Commission's Political Prisoner Database: 2017-00335 on Tashi Dradul, 2017-00336 on Kalsang Gyatso, 2017-00337 on Tsering Choephel, 2017-00338 on Tenzin Namgyal, 2017-00339 on Choephel, 2017-00340 on Tsering Norbu, and 2017-00341 on Tsegyam.

\48\ ``China Detains Seven Tibetans in Yushul Over Self-Immolation Videos,'' Radio Free Asia, 23 October 17.

\49\ Tibetan Centre for Human Rights and Democracy, ``2017 Annual Report on Human Rights Situation in Tibet,'' 7 May 18, 8-13; Freedom House, ``Freedom in the World 2018--Tibet,'' last visited 3 September 18; International Campaign for Tibet, ``Tibet Brief--Edition 61,'' October-November 2017, 2. See also Adrian Zenz, ``China's Domestic Security Spending: An Analysis of Available Data,'' Jamestown Foundation, China Brief, Vol. 18, Issue 4, 12 March 18.

\50\ Adrian Zenz, ``China's Domestic Security Spending: An Analysis of Available Data,'' Jamestown Foundation, China Brief, Vol. 18, Issue 4, 12 March 18.

\51\ ``Chinese Communist Party Central Committee Issues `Plan for Deepening Reform of Party and Government Agencies' '' [Zhonggong zhongyang yinfa ``shenhua dang he guojia jigou gaige fang'an''], Xinhua, 21 March 18, sec. 1(13)-(14). The United Front Work Department will lead the State Ethnic Affairs Commission and manage religious affairs. See also Tshering Chonzom, ``Tibet, the 19th Party Congress and China's United Front Work,'' Institute of Chinese Studies, ICS Delhi (blog), 1 November 17; ``October 21 Press Conference on `Party's United Front Work and Party's Foreign Exchange' '' [10 yue 21 ri ``dang de tongyi zhanxian he dang de duiwai jiaowang'' jizhe zhaodaihui], People's Daily, 21 October 17.

**AR-1495**

\52\ International Campaign for Tibet, ``Inside Tibet: New Crackdown on `Hostile Forces' in Tibet in Buildup to Party Congress,'' 11 August 17; International Campaign for Tibet, ``New Developments in China's Tibet Policy as Communist Party's 19th Congress Begins,'' 17 October 17.

\53\ Christian Shepherd and Ben Blanchard, ``Leaving Nothing to Chance, China Increases Security, Social Control Before Congress,'' Reuters, 28 September 17.

\54\ ``Chinese Police Make Show of Force in Tibetan Areas as Party Congress Opens,'' Radio Free Asia, 18 October 17.

\55\ Duan Min, ``All Levels and Departments of Shannan Municipality Seriously Study, Publicize, and Implement the Spirit of the 19th Party Congress'' [Shannan shi ge ji ge bumen renzhen xuexi xuanchuan guanche shijiuda jingshen], Tibet News, 28 October 17.

\56\ See, e.g., Molly Lortie, ``CPC Starts Mandatory Training on 19th Congress Party in Tibet,'' Tibet Post, 28 November 17; Liu Caiyu, ``Tibetan Buddhist Monks Study 19th Party Congress,'' Global Times, 28 November 17.

\57\ International Federation for Human Rights and International Campaign for Tibet, ``Universal Periodic Review of the People's Republic of China, United Nations Human Rights Council, November 2018, Joint Submission,'' 29 March 18, item 2. See also Human Rights in China, ``Stakeholder Submission,'' March 2018, item 3.

\58\ Tibetan Centre for Human Rights and Democracy, ``2017 Annual Report on Human Rights Situation in Tibet,'' 7 May 18, 8.

\59\ Ibid., 8-9.

\60\ ``Police in Tibet Offer Cash Rewards for Tips on Crime, Disloyal Behavior,'' Radio Free Asia, 4 April 18; Zhen Dan, ``Nagchu Authorities Restrict Tibetans' International Communications'' [Naqu dangju yanjin zangren yu jingwai lianxi], Radio Free Asia, 3 April 18.

\61\ ``Police in Tibet Offer Cash Rewards for Tips on Crime, Disloyal Behavior,'' Radio Free Asia, 4 April 18.

\62\ Ibid.

\63\ State Council Information Office, ``National Human Rights Action Plan of China (2016-2020),'' August 2016, reprinted in Xinhua, 29 September 16, sec. III(1); Clemence Henry, ``The Chinese Education System as a Source of Conflict in Tibetan Areas,'' in Ethnic Conflict and Protest in Tibet and Xinjiang: Unrest in China's West, eds. Ben Hillman and Gray Tuttle (New York: Columbia University Press, 2016), 100; PRC Constitution, issued 4 December 82, amended 12 April 88, 29 March 93, 15 March 99, 14 March 04, 11 March 18, arts. 4, 121; PRC Regional Ethnic Autonomy Law [Zhonghua renmin gongheguo minzu quyu zizhi fa], passed 31 May 84, amended and effective 28 February 01, arts. 10, 21, 37; State Council, Certain Provisions on Implementing the ``PRC Regional Ethnic Autonomy Law'' [Guowuyuan shishi ``zhonghua renmin gongheguo minzu quyu zizhi fa'' ruogan guiding], passed 19 May 05, effective 31 May 05, art. 22; PRC Education Law [Zhonghua renmin gongheguo jiaoyu fa], passed 18 March 95, amended 27 August 09, 27 December 15, effective 1 June 16, art. 12. China's Constitution and the PRC Regional Ethnic Autonomy Law provide nominal protection for the use of minority languages. The State Council Provisions on Implementing the PRC Regional Ethnic Autonomy Law affirm the freedom to use and develop minority languages, but also place emphasis on the use of Mandarin by promoting ``bilingual'' education and bilingual teaching staff.

\64\ Nikhil Sonnad, ``Taiwan's Laws on Language Are Showing China What It Means To Be a Modern, Inclusive Country,'' Quartz, 9 May 18; Bureau of Democracy, Human Rights, and Labor, U.S. Department of State, ``Country Reports on Human Rights Practices for 2017--China (Includes Tibet, Hong Kong and Macau),'' 20 April 18, 90.

\65\ Chris Buckley, ``A Tibetan Tried To Save His Language. China Handed Him 5 Years in Prison,'' New York Times, 22 May 18; Amnesty International, ``China: Sham Trial Exposes Absurd Charge Against Tibetan Activist,'' 4 January 18. For more information on Tashi Wangchug, see the Commission's Political Prisoner Database record 2016-00077.

\66\ Chris Buckley, ``Tibetan Businessman Battles Separatism Charges in Chinese Court,'' New York Times, 4 January 18.

\67\ Ibid.

\68\ Chris Buckley, ``A Tibetan Tried To Save His Language. China Handed Him 5 Years in Prison,'' New York Times, 22 May 18; Lucas Niewenhuis, ``China Sentences Tibetan Language Activist to Five Years in Prison,'' SupChina, 22 May 18.

**AR-1496**

\69\ ``Group: China Denies Tibet Activist's Appeal of Jail Sentence,'' Associated Press, 23 August 18; Voice of Tibet (VOT_Tibetan), Twitter post, 22 August 18, 10:52 p.m.; Tenzin Dharpo, ``Tibetan Language Rights Advocate Tashi Wangchuk Appeals Against 5-Year Prison Term,'' Phayul, 20 June 18; Free Tibet, ``Tashi Wangchuk in Good Health and Appealing His Prison Sentence,'' 19 June 18.

\70\ U.S. Policy Toward Tibet: Access, Religious Freedom, and Human Rights, Hearing of the Subcommittee on Asia and the Pacific, House Foreign Affairs Committee, 6 December 17, Testimony of Tenzin Tethong, Director of the Tibetan Service, Radio Free Asia, 1.

\71\ ``248 WeChat Group Organizers Forced To Go Through Trainings in Zeku County, Qinghai'' [Qinghai zeku xian 248 ming weixin qunzhu bei qiangzhi jieshou jiaoyu], Radio Free Asia, 2 October 17; Freedom House, ``Freedom in the World 2018--Tibet,'' last visited 3 September 18.

\72\ Masashi Crete-Nishihata et al., ``Managing the Message: What You Can't Say About the 19th National Communist Party Congress on WeChat,'' University of Toronto, Munk School of Global Affairs, Citizen Lab, 6 November 17; ``248 WeChat Group Administrators Forced To Go Through Trainings in Zeku County, Qinghai'' [Qinghai zeku xian 248 ming weixin qunzhu bei qiangzhi jieshou jiaoyu], Radio Free Asia, 2 October 17; Freedom House, ``Freedom in the World 2018--Tibet,'' last visited 3 September 18.

\73\ Tibetan Centre for Human Rights and Democracy, ``China Issues Vague and Overbroad Rules on Internet Censorship in Tibet,'' 17 November 17; Cyberspace Administration of China, Provisions on the Administration of Internet Group Information Services [Hulianwang qunzu xinxi fuwu guanli guiding], issued 7 September 17, effective 8 October 17.

\74\ Cyberspace Administration of China, Provisions on the Administration of Internet Group Information Services [Hulianwang qunzu xinxi fuwu guanli guiding], issued 7 September 17, effective 8 October 17, art. 11; Lulu Yilun Chen and Keith Zhai, ``China's Latest Crackdown on Message Groups Chills WeChat Users,'' Bloomberg, 12 September 17.

\75\ Tibetan Centre for Human Rights and Democracy, ``China Issues Vague and Overbroad Rules on Internet Censorship in Tibet,'' 17 November 17; Tenzin Monlam, ``China Issues Localized Internet Censorship Rules in Tibet,'' Phayul, 18 November 17.

\76\ ``248 WeChat Group Administrators Forced To Go Through Trainings in Zeku County, Qinghai'' [Qinghai zeku xian 248 ming weixin qunzhu bei qiangzhi jieshou jiaoyu], Radio Free Asia, 2 October 17.

\77\ Tibetan Centre for Human Rights and Democracy, ``Chinese Authorities Detain Two Tibetan Monks for Sharing `Illegal' Contents on Social Media,'' 18 April 18; ``Two Monks From Tongde County, Qinghai's Tsang Monastery Detained'' [Qinghai tongde xian shizang si liang seng bei bu], Radio Free Asia, 18 April 18; ``Tsang Monastery Monk Oechung Gyatso Detained by Chinese [Authorities]'' [Gtsang dgon-pa'i dge-`dun pa `od-chung rgya-mtsho rgya-nag gis `dzin-bzung byas-`dug], Radio Free Asia, 18 April 18.

\78\ Tibetan Centre for Human Rights and Democracy, ``Chinese Authorities Detain Two Tibetan Monks for Sharing `Illegal' Contents on Social Media,'' 18 April 18; ``Two Monks From Tongde County, Qinghai's Tsang Monastery Detained'' [Qinghai tongde xian shizang si liang seng bei bu], Radio Free Asia, 18 April 18; ``Tsang Monastery Monk Oechung Gyatso Detained by Chinese [Authorities]'' [Gtsang dgon-pa'i dge-`dun pa `od-chung rgya-mtsho rgya-nag gis `dzin-bzung byas-`dug], Radio Free Asia, 18 April 18.

\79\ Tibetan Centre for Human Rights and Democracy, ``Chinese Authorities Detain Two Tibetan Monks for Sharing `Illegal' Contents on Social Media,'' 18 April 18; ``Two Monks From Tongde County, Qinghai's Tsang Monastery Detained'' [Qinghai tongde xian shizang si liang seng bei bu], Radio Free Asia, 18 April 18; ``Tsang Monastery Monk Oechung Gyatso Detained by Chinese [Authorities]'' [Gtsang dgon-pa'i dge-`dun pa `od-chung rgya-mtsho rgya-nag gis `dzin-bzung byas-`dug], Radio Free Asia, 18 April 18. For more information on Oechung Gyatso, see the Commission's Political Prisoner Database record 2018-00167.

\80\ The International Covenant on Civil and Political Rights (ICCPR), adopted by UN General Assembly resolution 2200A (XXI) of 16 December 66, entry into force 23 March 76, art. 19(2). Article 19 of the ICCPR holds that freedom of expression includes ``freedom to seek, receive and impart information and ideas of all kinds, regardless of frontiers, either orally, in writing or in print, in the form of art, or through any other media of his choice.''

**AR-1497**

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPO...    Page 302 of 316

Case 3:20-cv-05910-LB   Document 77-7   Filed 10/01/20   Page 31 of 51
WeChat Appendix F Footnote F9 - Congressional-Executive Commission on China Annual Report 2018

\81\ UN Human Rights Council, Working Group on Arbitrary Detention, Opinion No. 4/2017 on Tsegon Gyal (China), A/HRC/WGAD/2017/4, 11 August 17. For more information on Tsegon Gyal, see the Commission's Political Prisoner Database record 2004-01163.

\82\ ``Tibetan Writer Handed Three-Year Prison Term for `Inciting Separatism,' '' Radio Free Asia, 20 February 18.

\83\ Tibetan Centre for Human Rights and Democracy, ``Charged of Inciting Separatism, Detained Former Tibetan Political Prisoner Tsegon Gyal on `Silent Protest,' '' 29 December 16.

\84\ Tibetan Centre for Human Rights and Democracy, ``Prominent Former Political Prisoner Tsegon Gyal Sentenced to Three Years on Charge of `Inciting Separatism,' '' 18 February 18. For more information on Tsegon Gyal, see the Commission's Political Prisoner Database record 2004-01163.

\85\ International Covenant on Civil and Political Rights (ICCPR), adopted by UN General Assembly resolution 2200A (XXI) of 16 December 66, entry into force 23 March 76, art. 19(2). Article 19 of the ICCPR holds that freedom of expression includes ``freedom to seek, receive and impart information and ideas of all kinds, regardless of frontiers, either orally, in writing or in print, in the form of art, or through any other media of his choice.''

\86\ Tenzin Dharpo, ``Noted Writer Shogjang Released After Three Years in Chinese Prison,'' Phayul, 20 March 18; PEN America, ``Shokjang (Druklo),'' last visited 2 July 18. For more information on Drukar Gyal (pen name Shogjang; also known as Druglo), see the Commission's Political Prisoner Database record 2010-00153.

\87\ PEN America, ``Shokjang (Druklo),'' last visited 16 July 18; Independent Chinese PEN Center, ``218: Shogjang'' [218: Xuejiang], 21 March 18; ``Tibetan Author Druglo Sentenced to Three Years'' [Zangren zuojia zhuluo panjian 3 nian], Radio Free Asia, 20 February 16; International Campaign for Tibet, ``Popular Tibetan Blogger Asserts His Innocence in Letter From Prison,'' 4 April 16; Tibetan Centre for Human Rights and Democracy, ``Revoke Discriminatory, Unjust Verdict Against Tibetan Writer Shokjang,'' 7 April 16.

\88\ ``Tibetan Protest Singer Freed After Serving More Than Three Years in Prison,'' Radio Free Asia, 3 August 18; For more information on Gonpo Tenzin, see the Commission's Political Prisoner Database record 2014-00012.

\89\ Ibid.; ``China Detains Two Tibetan Singers from Driru,'' Radio Free Asia, 16 December 13; ``China Arrests Tibetan Monk in Tawu, Sentences Popular Singer from Driru,'' Voice of America, 21 May 15.

\90\ Dui Hua Foundation, ``Dui Hua Digest, March 2016,'' 16 March 16. According to the US-based Dui Hua Foundation, in December 2015, the Huangnan Intermediate People's Court commuted Namkha Jam's sentence from six years to five years and eight months.

\91\ ``Tibetan Freed After Serving Six Years on `Separatism' Charge,'' Radio Free Asia, 14 August 18; ``Tibetan in Qinghai Leaves Prison After Finishing Sentence for Observing Self-Immolations'' [Guanzhu zifen huozui qinghai zangren xingman chuyu], Radio Free Asia, 16 August 18; Free Tibet, ``Tibetan Political Prisoner Released After Completing a Six Year Prison Term,'' 14 August 18. For more information on Namkha Jam, see the Commission's Political Prisoner Database record 2013-00141.

\92\ Richard Finney, ``Chinese Court Jails Four Tibetans on `Separatism' Charge,'' Radio Free Asia, 15 April 13; Tibetan Centre for Human Rights and Democracy, ``Two Tibetans Convicted for `Inciting Separatism' Released After Serving Long Prison Terms,'' 17 August 18. For more information on the three other men detained at the same time as Namkha Jam, see the Commission's Political Prisoner database records 2013-00139 on Choepa Gyal, 2013-00142 on Chagthar, and 2013-00143 on Gonpo.

\93\ Tibetan Centre for Human Rights and Democracy, ``Two Tibetans Convicted for `Inciting Separatism' Released After Serving Long Prison Terms,'' 17 August 18; Free Tibet, ``Tibetan Political Prisoner Released After 10 Years,'' 17 August 18.

\94\ Federal Foreign Office of the Federal Republic of Germany, ``Statement by Human Rights Commissioner Kofler on Shokjang's Release,'' 21 March 18; Tibetan Centre for Human Rights and Democracy, ``Tibetan Singer Sentenced to Prison After Prolonged Secret Detention,'' 21 May 15; ``Tibetan Freed After Serving Six Years on `Separatism' Charge,'' Radio Free Asia, 14 August 18; Free Tibet, ``Tibetan Political Prisoner Released After 10 Years,'' 17 August 18;

PRC Criminal Law [Zhonghua renmin gongheguo xing fa], passed 1 July 79, amended 14 March 97, effective 1 October 97, amended 25 December 99, 31 August 01, 29 December 01, 28 December 02, 28 February 05, 29 June 06, 28 February 09, 25 February 11, 29 August 15, 4 November 17, art. 55. Drukar Gyal's sentence included two years of deprivation of political rights; Gonpo Tenzin's included four; and Namkha Jam's, three. The sources available to the Commission state that Gonpo Tseten faces an unknown amount of time under deprivation of political rights; Article 55 of the PRC Criminal Law stipulates that the term can last from one to five years.

\95\ Dui Hua Foundation, ``Dui Hua Welcomes Arrival of Dhondup Wangchen in the United States,'' 27 December 17.

\96\ Dondrub Wangchen, ``Putting Tibet Back on the Agenda,'' Project Syndicate, 15 May 18; Tibet ``From All Angles'': Protecting Human Rights, Defending Strategic Access, and Challenging China's Export of Censorship Globally, Hearing of the Congressional-Executive Commission on China, 14 February 18, Testimony of Dhondup Wangchen, Tibetan filmmaker and recently escaped political prisoner. For more information on Dondrub Wangchen's case, see the Commission's Political Prisoner Database record 2008-00586.

\97\ International Campaign for Tibet, ``International Campaign for Tibet Welcomes Former Political Prisoner Dhondup Wangchen to Freedom and Safety,'' 27 December 17.

\98\ CECC, 2010 Annual Report, 10 October 10, 225-26.

\99\ Tom Phillips, ``Jokhang Temple: Fire Engulfs Ancient `Heart' of Tibetan Buddhism,'' Guardian, 17 February 18; Francoise Robin, ``Guest Post: `The Silence of the State: The Jokhang Fire and the Response of the Chinese Government,' '' High Peaks Pure Earth (blog), 21 March 18; China Digital Times, `` `Almost Total Suppression of Information' After Tibet Fire,'' 20 February 18.

\100\ Francoise Robin, ``Guest Post: `The Silence of the State: The Jokhang Fire and the Response of the Chinese Government,' '' High Peaks Pure Earth (blog), 21 March 18.

\101\ Ibid.

\102\ ``Fire Put Out in Jokhang Temple in China's Tibet,'' Xinhua, 17 February 18.

\103\ International Campaign for Tibet, ``New Fears for Historic Structure of Jokhang Temple After Major Fire, as China Covers up Extent of Damage,'' 12 March 18.

\104\ ``Tibet's Jokhang Temple Closes for Three Days, Raising Concerns Over Damage,'' Radio Free Asia, 20 February 18.

\105\ Francoise Robin, ``Guest Post: `The Silence of the State: The Jokhang Fire and the Response of the Chinese Government,' '' High Peaks Pure Earth (blog), 21 March 18; International Campaign for Tibet, ``New Fears for Historic Structure of Jokhang Temple After Major Fire, as China Covers Up Extent of Damage,'' 12 March 18; Jonathan Kaiman, ``A Fire May Have Damaged Precious Relics at Tibet's Holiest Temple. China Says No--But Experts Aren't Sure,'' Los Angeles Times, 22 February 18; ``China Rules Out Arson in Fire at Tibetan Buddhism's Holiest Temple, as Authorities Accused of Cover-up,'' Agence France-Presse, reprinted in Hong Kong Free Press, 22 February 18.

\106\ State Administration of Cultural Heritage, ``World Heritage: Historic Ensemble of the Potala Palace, Lhasa (C 707) State of Conservation 2017--Appendix: Report on the Local Fire Accident Happening to Jokhang Monastery, Lhasa Presented by the People's Government of Tibet Autonomous Region,'' November 2017, 5. The report does not state when the appendix was added.

\107\ Tom Phillips, ``Jokhang Temple: Fire Engulfs Ancient `Heart' of Tibetan Buddhism,'' Guardian, 17 February 18.

\108\ Francoise Robin, ``Guest Post: `The Silence of the State: The Jokhang Fire and the Response of the Chinese Government,' '' High Peaks Pure Earth (blog), 21 March 18. The Jokhang is the central chapel of the Tsuglakhang temple complex. The term ``Jokhang temple'' refers to Tsuglakhang, not the Jokhang chapel.

\109\ Ibid.

\110\ Tom Phillips, ``Jokhang Temple: Fire Engulfs Ancient `Heart' of Tibetan Buddhism,'' Guardian, 17 February 18.

\111\ Free Tibet, ``The Jokhang Fire Four Months On,'' 22 June 18.

\112\ Freedom House, ``Freedom in the World 2018--Tibet,'' last visited 3 September 18; Human Rights Watch, ``Submission to the CERD Review of China,'' 21 June 18.

\113\ ``Authorities in China's Qinghai Province Block Tibetans From

**AR-1499**

Travel Amid Dalai Lama Teachings,'' Radio Free Asia, 24 January 18.

\114\ Free Tibet, ``China Detains Tibetan Pilgrims,'' 22 March 18. The source does not specify the nature of the reeducation program the Tibetans were believed to be undergoing.

\115\ Ibid.

\116\ ``Tibetan Pilgrim Disappears After Chinese Police Interrogation on Her Way to Lhasa,'' Radio Free Asia, 13 April 18.

\117\ Ibid. The source gives the pilgrim's name as Lhamo Dolkar, while the Commission's Political Prisoner Database lists her under the name Lhamo Drolma. Her detention is reportedly connected to her visit to an imprisoned Tibetan monk, Sanggyal Gyatso. For information about these cases, see the Commission's Political Prisoner Database records 2018-00168 on Lhamo Drolma and 2012-00127 on Sanggyal Gyatso.

\118\ Brad Adams, ``An Election in Nepal, Decades in the Making,'' Foreign Affairs, 7 December 17.

\119\ Debasish Roy Chowdhury, ``Driven by India Into China's Arms, Is Nepal the New Sri Lanka? '' South China Morning Post, 25 February 18.

\120\ Sapana Phuyal, ``Helping People on the Move,'' Kathmandu Post, 8 April 18.

\121\ Sudha Ramachandran, ``Sino-Nepali Relations: Scaling New Heights,'' Jamestown Foundation, China Brief, Vol. 18, Issue 6, 9 April 18.

\122\ See, e.g., Unrepresented Nations and Peoples Organization, ``New UPR Report Gives Damning Indictment on Chinese Treatment of Tibet Civil Society,'' 4 April 18.

\123\ International Campaign for Tibet, ``Ban on Access to Nature Reserves in Tibet Raises Concern About Tibetan Nomads at UNESCO Site,'' 11 December 17. See also Freedom House, ``Freedom in the World 2018-- Tibet,'' last visited 3 September 18.

\124\ ``30 Tibetans Detained for Mining Protest, One Missing,'' Phayul, 15 May 18. For information on some of the detained protesters, see the Commission's Political Prisoner Database records 2018-00132 on Karma, 2018-00197 on Khyenrab, 2018-00198 on Rinchen Namdrol, 2018-00199 on Tsultrim Gonpo, 2018-00200 on Jangchub Ngodrub, 2018-00201 on Dongye, 2018-00202 on Sogru Abu, and 2018-00203 on Namse.

\125\ ``Tibetan Villagers Tear-Gassed, Beaten for Mine Protest,'' Radio Free Asia, 11 July 18; International Campaign for Tibet, ``ICT Inside Tibet: Safety Fears Over Tibet Railway Raised Amid Concern Over Mega-Projects,'' 21 November 17; International Campaign for Tibet, ``Ban on Access to Nature Reserves in Tibet Raises Concern About Tibetan Nomads at UNESCO Site,'' 11 December 17.

\126\ International Campaign for Tibet, ``Ban on Access to Nature Reserves in Tibet Raises Concern About Tibetan Nomads at UNESCO Site,'' 11 December 17.

\127\ UN Educational, Scientific, and Cultural Organization, World Heritage Convention, ``World Heritage Committee Inscribes Three Natural Sites and One Extension on UNESCO's World Heritage List,'' 7 July 17.

\128\ UN Educational, Scientific, and Cultural Organization, World Heritage Convention, ``Qinghai Hoh Xil,'' last visited 1 June 18.

\129\ Ibid.

\130\ ``Unesco Heritage Listing Sparks Tibetan Resettlement Fears,'' BBC, 10 July 17.

\131\ International Campaign for Tibet, ``UNESCO Approves Controversial World Heritage Tibet Nomination Despite Concerns,'' 7 July 17.

\132\ State Council Information Office, White Paper on ``Ecological Progress on the Qinghai Tibet Plateau,'' July 2018, sec. VI; International Union for Conservation of Nature, ``Qinghai Hoh Xil-- Wilderness in the Heights,'' last visited 24 July 18. Section VI of the White Paper states, ``In its assessment report, the World Conservation Union took note of Hol Xil's expansive natural beauty--free of human activity--describing it as `an amazing scene to behold.' '' The World Conservation Union, which is also called the International Union for Conservation of Nature, stated that the ``World Heritage listing unequivocally supports the rights of the Tibetan pastoralists in the area,'' thus acknowledging human activity there.

\133\ Stephen Chen, ``Chinese Engineers Plan 1,000km Tunnel To Make Xinjiang Desert Bloom,'' South China Morning Post, 30 October 17.

\134\ Yarlung Tsangpo, ``An Ongoing `Quake Lake' Scare in India (With Images From Planet Labs),'' American Geophysical Union, Landslide Blog, 2 January 18; ``China Says Earthquake Behind Turbidity of

**AR-1500**

Brahmaputra Waters,'' Indo-Asian News Service, reprinted in New Indian
Express, 2 January 18; Fan Xiao, ``Opinion: The Madcap Scheme To Divert
the Brahmaputra,'' China Dialogue (blog), 17 January 18.

\135\ Stephen Chen, ``Chinese Engineers Plan 1,000km Tunnel To Make
Xinjiang Desert Bloom,'' South China Morning Post, 30 October 17; Atul
Aneja, ``China Bets on Mega Projects in Tibet,'' Hindu, 25 November 17.

\136\ ``Author: Fan Xiao,'' China Dialogue (blog), last visited 6
July 18.

\137\ Fan Xiao, ``Opinion: The Madcap Scheme To Divert the
Brahmaputra,'' China Dialogue (blog), 17 January 18.

\138\ International Campaign for Tibet, ``ICT Inside Tibet: Safety
Fears Over Tibet Railway Raised Amid Concern Over Mega-Projects,'' 21
November 17.

\139\ ``Tibet Receives 1.2 Mln Tourists During Holiday,'' Xinhua, 9
October 17.

\140\ ``Tibetan Nomads Appeal for Return of Land Seized for Tourist
Project,'' Radio Free Asia, 14 May 18.

Developments in
Hong Kong and
Macau

Developments in
Hong Kong and
Macau

VI. Developments in Hong Kong and Macau

Hong Kong

During its 2018 reporting year, the Commission observed a
continued erosion of Hong Kong's autonomy,\1\ as guaranteed
under the ``one country, two systems'' policy enshrined in the
Basic Law in accordance with the principles of the 1984 Sino-
British Joint Declaration.\2\ Reports showed diminishing space
for political action by pro-democracy groups and individuals in
Hong Kong's democratic institutions.\3\ Observers also
expressed concerns regarding the erosion of universal human
rights protected by international instruments applicable under
the Hong Kong Basic Law.\4\

CHINESE CENTRAL GOVERNMENT'S POLICY TOWARDS HONG KONG

At the 19th National Congress of the Chinese Communist
Party in October 2017, Party General Secretary and Chinese
President Xi Jinping reiterated that the central government
must maintain ``overall'' or ``comprehensive'' jurisdiction
over Hong Kong and Macau while ensuring a ``high degree of
autonomy.'' \5\ Government officials emphasized the importance
of Hong Kong's economic integration with mainland China and
joint cooperation through the Belt and Road Initiative.\6\
After a meeting with Party General Secretary Xi in December
2017, Hong Kong Chief Executive Carrie Lam Cheng Yuet-ngor said
that it is the Hong Kong government's responsibility to create
a ``suitable environment'' for enacting a national security law
as obligated by Article 23 of the Basic Law, emphasizing that
every person who ``loves [the] nation and loves Hong Kong''
should protect national security.\7\ At the annual meetings of
the National People's Congress and Chinese People's Political
Consultative Conference in March 2018, top Party officials
warned that the central government has ``zero tolerance'' for
calls for Hong Kong independence.\8\ The University of Hong
Kong surveyed 500 Hong Kong residents and found that 70.6
percent of young people (aged 18 to 35) in Hong Kong felt that
``democracy is equally or more important than economic
development.'' \9\

MARCH 2018 LEGISLATIVE COUNCIL BY-ELECTION SUBJECTED TO ``POLITICAL
SCREENING''

In March 2018, a Legislative Council (LegCo) by-election

**AR-1501**

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPO... Page 306 of 316

Case 3:20-cv-05910-LB Document 77-7 Filed 10/01/20 Page 35 of 51
WeChat Appendix F Footnote F9 - Congressional-Executive Commission on China Annual Report 2018

was held to replace legislative seats vacated by four out of six disqualified pro-democracy legislators.\10\ The Hong Kong High Court disqualified six legislators in 2016 and 2017,\11\ citing the interpretation on oath-taking issued by the National People's Congress Standing Committee in November 2016 \12\ and deeming the legislators' oaths invalid.\13\ Candidates from both the pro-democracy and pro-establishment camps won two seats each.\14\ The LegCo consists of 70 total seats--35 of which are elected by functional constituencies representing different professional sectors, while the other 35 are directly elected by Hong Kong geographical constituencies.\15\ After the March by-election, the pro-democracy camp held a total of 16 seats in geographical constituencies, which is not enough to veto bills, while the pro-establishment camp maintained a majority of 17 seats.\16\

During the nomination period preceding the March by-elections, the government of Hong Kong carried out what observers called ``political screening'' of prospective election candidates for the LegCo based on their political party or political beliefs.\17\ Government officials from the Electoral Affairs Commission (EAC) who review nomination applications (``returning officers'') \18\ rejected the nomination of several candidates,\19\ including Demosisto Party candidate Agnes Chow on grounds that her affiliated party's platform promoting ``self-determination'' contradicts the Basic Law.\20\ The EAC also rejected the nominations of ``localist'' candidates Ventus Lau Wing-hong and James Chan Kwok-keung who previously voiced support for Hong Kong independence.\21\ Hong Kong's Chief Executive Carrie Lam defended the rejection of Chow, saying that ``self-determination,'' similar to ``Hong Kong independence'' and ``self-autonomy,'' is not consistent with the Basic Law and ``deviates from the important principle of `one country, two systems.' '' \22\ In February 2018, the Hong Kong High Court ruled in the election petition of Andy Chan Ho-tin, an advocate of Hong Kong independence whose nomination for candidacy in the September 2016 LegCo General Election was rejected, that ``returning officers'' have the power to bar candidates based on the candidates' political views.\23\

The U.K. government and the European Union expressed concern that the rejection of Chow based on her political beliefs constituted a violation of the right to stand for election enshrined in Hong Kong's Basic Law, Hong Kong's Bill of Rights Ordinance, and the International Covenant on Civil and Political Rights (ICCPR).\24\ The Hong Kong Bar Association criticized the court ruling against Chan as ``an introduction of a political screening process for any prospective candidate,'' which lacks ``fair, open, and clear procedure to regulate this process'' and relies on a civil servant's interpretation of the unspecified requirement of ``upholding the Basic Law.'' \25\

GOVERNMENT LEGAL ACTION AGAINST POLITICAL OPPOSITION

This past year, the Hong Kong government continued to pursue cases against leaders and participants of the 2014 pro-democracy protests (Occupy Central) and activists from the political opposition. As of April 2018, the government reportedly brought a total of 40 court cases against 26 pro-democracy leaders since 2014, resulting in 13 convictions among 22 concluded cases.\26\ In October 2017, a Hong Kong court found 9 people guilty of criminal contempt for refusing to leave when a court ordered the clearance of protest sites in November 2014; 11 others who also had refused to leave the protest site pleaded guilty to contempt of court.\27\ As of February 2018, nine democracy protest leaders faced pending charges of ``inciting people to incite others to create a public nuisance'' and ``inciting others to incite more people to create a public nuisance,'' with Occupy Central protest leaders Benny Tai, Chan Kin-man, and Chu Yiu-ming facing an additional charge of ``conspiring to create a public nuisance.'' \28\ In June 2018, the Hong Kong High Court

**AR-1502**

sentenced localist Edward Leung Tin-kei to six years in prison on the charges of ``assaulting a police officer,'' which he pleaded guilty to, and ``rioting'' for a February 2016 clash with the police sparked by a crackdown on unregistered local street food stands in Mong Kok.\29\ Foreign observers such as Chris Patten, former governor of Hong Kong under British colonial rule, criticized the charges under the Public Order Ordinance \30\ as ``vague,'' ``open to abuse,'' and used to ``place extreme sentences on the pan-democrats and other activists.'' \31\ International lawyers and Hong Kong judges reportedly expressed concerns about the impact of political pressure exerted by the central government on the judiciary.\32\

------------------------------------------------------------------------
    Cases of Democracy Activists Joshua Wong, Nathan Law, and Alex Chow
------------------------------------------------------------------------

    In October 2017, authorities released on bail democracy activists and Nobel Peace Prize nominees \33\ Joshua Wong Chi-fung, Nathan Law Kwun-chung, and Alex Chow Yong-kang, after their imprisonment in August 2017,\34\ allowing them to appeal their prison sentences of six to eight months ordered by the Court of Appeal on charges related to ``unlawful assembly.'' \35\ A lower court had previously sentenced Wong and Law to community service, which the two had completed, and had ordered Chow to serve a suspended sentence.\36\ In February 2018, the Court of Final Appeal overturned the sentences of imprisonment for Wong, Law, and Chow, holding that the original sentences imposed by the magistrate were ``not manifestly inadequate,'' \37\ while recognizing that the Court of Appeal appropriately issued sentence guidelines for future cases of unlawful assemblies involving violence.\38\ Wong criticized the judgment as endorsing ``a very narrow definition of non-violent civil disobedience actions'' for future cases.\39\
------------------------------------------------------------------------

        ``CO-LOCATION'' OF HIGH-SPEED RAIL STATION IN WEST KOWLOON

    This past year, Hong Kong and mainland Chinese officials continued negotiations and finalized ``co-location'' plans for the Hong Kong section of the Guangzhou-Shenzhen-Hong Kong Express Rail Link in West Kowloon.\40\ In November 2017, Guangdong provincial governor Ma Xingrui and Hong Kong's Chief Executive Carrie Lam signed a cooperation agreement to allow the enforcement of mainland Chinese law in a designated ``Mainland Port Area'' within the West Kowloon railway station.\41\ The National People's Congress Standing Committee (NPCSC) approved the ``co-location'' plan in December,\42\ which was projected for completion in the third quarter of 2018.\43\ In January 2018, the Hong Kong government introduced the co-location bill in LegCo,\44\ which passed in June despite opposition from pro-democracy LegCo members and supporters.\45\ The Hong Kong Bar Association (HKBA) criticized the NPCSC approval of the co-location plan as a serious violation of the Basic Law, asserting that it undermines the rule of law and the ``one country, two systems'' framework in Hong Kong.\46\ The HKBA argued that the arrangement constitutes ``the most retrograde step to date in the implementation of the Basic Law'' and that it ``severely undermines public confidence in `one country, two systems.' '' \47\

                    FREEDOM OF EXPRESSION AND ASSOCIATION

    This past year, the Commission observed reports of restrictions on the freedom of expression and association in Hong Kong against academics and politicians who hold views the government deems unfavorable. In a report released in January 2018, the human rights monitoring organization Hong Kong Watch highlighted the government's political considerations in the removal from post and obstruction of promotions of several academic figures since 2015, including pro-democracy professors Chin Wan-kan, Johannes Chan, Benny Tai, and Cheng Chung-tai.\48\ The study noted that while academic freedom in Hong Kong remained relatively free compared to mainland China,

**AR-1503**

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPO... Page 308 of 316

Case 3:20-cv-05910-LB Document 77-7 Filed 10/01/20 Page 37 of 51
WeChat Appendix F Footnote H9 - Congressional-Executive Commission on China Annual Report 2018

``elements of academic control'' in mainland China are
``gradually being incorporated into the Hong Kong system.''
\49\ Pro-democracy scholars and activists also said that the
environment for academic freedom is deteriorating in Hong
Kong.\50\ In March 2018, Benny Tai, one of the conveners of the
pro-democracy protests in 2014, attended an academic forum in
Taiwan, during which he hypothesized future political options
for Hong Kong, including independence if the mainland were to
become democratic.\51\ The Hong Kong government subsequently
issued a statement that ``strongly condemned'' Tai's
remarks.\52\ Civil society groups and pro-democracy politicians
condemned the government's statement as breaching the right to
freedom of expression.\53\ In July 2017, the government of Hong
Kong began considering banning a political party that advocates
for independence,\54\ and subsequently opposed an August event
hosted by the Foreign Correspondents' Club of Hong Kong
featuring the party's founder, Andy Chan.\55\ The U.K.
government issued a statement of concern showing support for
Hong Kong's ``rights and freedoms'' under the Basic Law and
Hong Kong Bill of Rights and ``its way of life.'' \56\ A Hong
Kong Journalists Association survey from April 2018 cited
pressure from the Chinese central government as a key
obstruction to press freedom in Hong Kong in connection with
self-censorship of criticisms of the central government.\57\ In
advance of the UN Human Rights Council's Universal Periodic
Review of the Chinese government's human rights record,
including compliance with the ICCPR, 53 Hong Kong non-
governmental organizations raised concerns about the narrowing
space for lawful dissent and expression in Hong Kong and the
future of democratic development.\58\
    Chinese authorities reportedly used intimidation tactics
against members of a pro-democracy group and played a role in
barring a foreign rights advocate's entry into Hong Kong. In
August 2018, pro-democracy group Demosisto reported that
mainland officials detained and extensively questioned two of
its members on their political associations and activities in
Hong Kong when they attempted to return to Hong Kong from
mainland China.\59\ In October 2017, Hong Kong authorities
barred British human rights advocate Benedict Rogers from
entering Hong Kong after the Chinese embassy in London
reportedly warned against his visit.\60\

----------------------------------------------------------------------
            Hong Kong Bookseller Gui Minhai Detained Again
----------------------------------------------------------------------

  This past year, Chinese authorities first released and then detained
Swedish citizen Gui Minhai, one of the five Hong Kong booksellers
abducted and brought to mainland China in late 2015.\61\ In October
2017, authorities reportedly released Gui from custody after two years
of detention for an alleged ``traffic offense'' \62\ and placed him
under surveillance at a rented home in Ningbo municipality, Zhejiang
province.\63\ In January 2018, Gui was forcibly detained by
plainclothes Chinese authorities while he was traveling with two
Swedish diplomats to Beijing municipality, reportedly to seek a medical
examination for neurological symptoms.\64\ The Swedish foreign minister
condemned the Chinese government's acts as a ``brutal intervention''
against a Swedish citizen,\65\ while the European Union condemned
China's actions as violations of international rules on consular
support and protections against deprivation of liberty.\66\ Chinese
authorities confirmed that Gui was detained and facing additional
criminal charges \67\ for ``endangering state security,'' which
included allegations of ``illegally providing national secrets and
intelligence to overseas groups.'' \68\
  On February 10, Gui appeared in an interview with the South China
Morning Post (SCMP), among other news media outlets, reportedly
arranged by the Ministry of Public Security,\69\ during which he said
Sweden was ``hyping up'' his case for political reasons and using him
as a ``chess piece.'' \70\ Gui has appeared in at least three televised
confessions in mainland and Hong Kong media outlets,\71\ which the
international NGO Safeguard Defenders believes are typically extracted
through threats and torture, and used for both domestic and overseas
propaganda.\72\ Journalists \73\ and advocates \74\--including Gui

**AR-1504**

Minhai's daughter Angela Gui \75\--questioned the journalistic
integrity of SCMP, which Safeguard Defenders called ``the first English-
language, non-state media that collaborated with the Chinese police to
circulate a televised confession.'' \76\
------------------------------------------------------------------------

                                Macau

    Macau's Basic Law does not provide for elections by
``universal suffrage,'' \77\ though its provisions ensure the
applicability of the International Covenant on Civil and
Political Rights (ICCPR) in Macau \78\ and guarantee Macau a
``high degree of autonomy'' within China.\79\ During its 2018
reporting year, the Commission did not observe progress in
Macau toward ``an electoral system based on universal and equal
suffrage'' in line with the ICCPR,\80\ as recommended by the UN
Human Rights Committee.\81\ In advance of the November 2018
session of the UN Human Rights Council's Universal Periodic
Review (UPR) of China, pro-democracy group New Macau
Association submitted a report calling for direct elections for
the Chief Executive, Legislative Assembly, and members of a
newly proposed municipal administration body that would replace
the Civic and Municipal Affairs Bureau.\82\
    This past year, proposed legislative amendments raised
concerns regarding Macau's autonomy and rule of law. In March
2018, the government completed a draft law amending Macau's
Judicial Framework Law to bar foreign judges from hearing
national security and defense cases.\83\ Portuguese lawyers
were alarmed by the proposal and feared that it may violate
Macau's Basic Law and further erode the independence of the
city's judiciary.\84\ In December 2017, the government
completed a draft cybersecurity law and released the draft for
public comment.\85\ While the government reportedly stated that
the draft law would not compromise freedom of expression,\86\
cyber analysts said that based on the low level of cyber
attacks in Macau the legislation is not warranted, raising
concerns from cyber industries about the interpretation and
impact of the law.\87\
    In December 2017, Macau's legislature suspended 26-year-old
legislator Sulu Sou Ka Hou \88\--one of four pro-democracy
legislators elected in September 2017 to the Macau Legislative
Assembly (AL), a body composed of 33 total seats, 14 of which
are directly elected.\89\ The AL voted by secret ballot to
suspend Sou 48 days after he took office, a move that lifted
his immunity from being prosecuted in court under the charge of
``aggravated disobedience'' for his role in a 2016 protest \90\
and stripped him of his right to legislate.\91\ This marked the
first time that a legislator has been suspended from his duties
since Macau's 1999 handover from Portugal to China.\92\ In May
2018, a Macau court found Sou guilty of organizing an unlawful
protest and fined him 40,800 patacas (US$5,100); \93\ Sou
appealed the sentence in June,\94\ which he later withdrew in
order to have his suspension at the AL lifted.\95\
    Access and travel to Macau were reportedly limited for
certain events and individuals this past year. In March 2018,
the China Liaison Office in Macau reportedly warned organizers
of a literary festival in Macau that the government could not
guarantee entry to several book authors,\96\ including U.K.-
based writer and Mao Zedong biographer Jung Chang.\97\ In a
March 2018 statement, PEN Hong Kong, an international advocacy
organization for freedom of expression, said that the lack of
assurance for the entry of authors ``infringes directly on the
right of freedom of expression'' in Macau.\98\ Immigration
authorities denied pro-democracy and centrist Hong Kong
politicians entry to Macau this past year, citing concerns over
their participation in activities ``which may jeopardize the
public security . . . of the Macao SAR.'' \99\ In response to
an inquiry about the denial of Hong Kong politician Casper Wong
Chun-long from entry, a Macau official cited the prevention of
``chaos'' for the city.\100\

**AR-1505**

Developments in
Hong Kong and
Macau
Developments in
Hong Kong and
Macau
Notes to Section VI--Developments in Hong Kong and Macau

\1\ See, e.g., Hong Kong Watch, ``Major EU Parliament Report
Condemns Chinese Interference in Hong Kong's Internal Affairs,'' 16
December 17; Hong Kong Watch, ``Hong Kong 20 Years On: Freedom, Human
Rights and Autonomy Under Fire,'' 15 January 18, 4.

\2\ Basic Law of the Hong Kong Special Administrative Region of the
People's Republic of China, passed 4 April 90, effective 1 July 97,
art. 2; Joint Declaration of the Government of the United Kingdom of
Great Britain and Northern Ireland and the Government of the People's
Republic of China on the Question of Hong Kong, adopted 19 December 84,
item 3.

\3\ Bureau of Democracy, Human Rights, and Labor, U.S. Department
of State, ``Country Reports on Human Rights Practices for 2017--China
(includes Tibet, Hong Kong, and Macau)--Hong Kong,'' 20 April 18, 109.
See, e.g., Benjamin Haas, ``Enemy of the State? Agnes Chow, the 21-
Year-Old Activist Who Has China Worried,'' Guardian, 3 February 18;
Venus Wu, ``Hong Kong Lawyers Say Court Affirms `Political Screening'
in Elections,'' Reuters, 14 February 18.

\4\ Hong Kong Watch, ``Hong Kong 20 Years On: Freedom, Human Rights
and Autonomy Under Fire,'' 15 January 18; Freedom House, ``Freedom in
the World 2018--Hong Kong,'' last visited 18 July 18, secs. D-E; Basic
Law of the Hong Kong Special Administrative Region of the People's
Republic of China, passed 4 April 90, effective 1 July 97, arts. 25-39.
Articles 25 to 38 of the Basic Law list specific protected rights.
Article 39 says that the provisions of the International Covenant on
Civil and Political Rights, the International Covenant on Economic,
Social and Cultural Rights, and international labor conventions shall
remain in force in Hong Kong.

\5\ Xi Jinping, ``Secure a Decisive Victory in Building a
Moderately Prosperous Society in All Respects and Strive for the Great
Success of Socialism With Chinese Characteristics for a New Era,'' 18
October 17, Xinhua, 3 November 17, 29; Suzanne Pepper, ``Hong Kong's
Future in the Words of Xi Jinping,'' Hong Kong Focus (blog), 23 October
17.

\6\ State Council, ``Government Work Report'' [Zhengfu gongzuo
baogao], 5 March 18; Chen Lijun, `` `Integrating With National
Development Situation' Is the Road That Hong Kong Development Must
Take'' [``Rongru guojia fazhan daju'' shi xianggang fazhan de biyou zhi
lu], Overseas Net, 6 March 18; Office of the Commissioner, Ministry of
Foreign Affairs of the People's Republic of China in Hong Kong Special
Administrative Region, ``A New Model of `Mainland Plus Hong Kong Plus
X' and a New Platform for Belt and Road Cooperation,'' 31 August 17.

\7\ Hong Kong Information Services Department, ``Full Text of Chief
Executive's Interview With Media in Beijing (Part Two)'' [Xingzheng
zhangguan zai beijing chuanmei tanhua quanwen (er)], 15
December 17.

\8\ Charlotte Gao, ``Beijing Sets a Harsh Tone for Hong Kong in Two
Sessions,'' The Diplomat, 9 March 18.

\9\ ``Future Directions in Hong Kong's Governance: Youth
Perspectives,'' University of Hong Kong, Center for Comparative and
Public Law, April 2018, 1, 3, 7.

\10\ Electoral Affairs Commission, ``By-Election Brief,'' 8 March
18; ``Contentious By-Elections Disappoint Hong Kong's Democrats,''
Economist, 12 March 18; Legislative Council of the Hong Kong Special
Administrative Region, ``Changes in Membership of the Sixth Legislative
Council (2016-2020),'' 21 March 18.

\11\ Joyce Ng et al., ``Barred Hong Kong Localists Vow To Keep
Fighting After High Court Decision,'' South China Morning Post, 16
November 16; Elson Tong, ``4 More Elected Pro-Democracy Lawmakers To Be
Ousted Following Hong Kong Court Ruling,'' Hong Kong Free Press, 14
July 17.

\12\ National People's Congress Standing Committee, Interpretation
of Article 104 of the ``Basic Law of the Hong Kong Special
Administrative Region of the People's Republic of China'' [Quanguo
renmin daibiao dahui changwu weiyuanhui guanyu ``zhonghua renmin

gongheguo xianggang tebie xingzheng qu jiben fa'' di yibailingsi tiao de jieshi], issued 7 November 16.

\13\ In the High Court of Hong Kong Special Administrative Region, Court of First Instance, Constitutional and Administrative Law List, No 185 of 2016, HCAL 185/2016 and Miscellaneous Proceedings, No 2819 of 2016, HCMP 2819/2016, 15 November 16, paras. 19, 108; In the High Court of the Hong Kong Special Administrative Region, Court of First Instance, Constitutional and Administrative Law List, No 223 of 2016, HCAL 223-26/2016, and Miscellaneous Proceedings, No 3378-79 and 3381-82 of 2016, HCMP 3378-79/2016, 3381-82/2016, 14 July 17, paras. 19, 22, 34, 95-96, 113, 141-42, 165, 182-83, 229.

\14\ Laignee Barron, ``Hong Kong's Democracy Movement Suffers a Blow as Pro-Beijing Rivals Gain Ground in Election,'' Time, 12 March 18.

\15\ Legislative Council of the Hong Kong Special Administrative Region, ``Composition of the Legislative Council,'' last visited 6 June 18. See also Secretariat Education Service Team, Legislative Council of the Hong Kong Special Administrative Region, ``Composition of the Legislative Council,'' March 2017; Cal Wong, ``What Exactly Is Hong Kong's Legislative Council? '' The Diplomat, 6 September 16.

\16\ Jeffie Lam, ``What Happened to the Disqualifications Backlash? Five Takeaways From Hong Kong's Legco By-Election,'' South China Morning Post, 12 March 18.

\17\ Hong Kong Bar Association, ``Statement of the Hong Kong Bar Association on Disqualification,'' 14 February 18; Hong Kong Watch, ``Political Screening in Hong Kong'': The Disqualification of Candidates and Lawmakers Ahead of the March By-Elections,'' 8 March 18, 5.

\18\ Government of the Hong Kong Special Administrative Region, ``Transcript of Media Session by Secretary for Justice,'' 29 January 18.

\19\ Benjamin Haas, ``Enemy of the State? Agnes Chow, the 21-Year-Old Activist Who Has China Worried,'' Guardian, 3 February 18; ``(LegCo By-Election) Another Candidate Barred From Running,'' The Standard, 1 February 18; Jeffie Lam, ``Why Is Hong Kong Having Its Quietest Election Ever?'' South China Morning Post, 8 March 18.

\20\ Benjamin Haas, ``Enemy of the State? Agnes Chow, the 21-Year-Old Activist Who Has China Worried,'' Guardian, 3 February 18; Tony Cheung, ``Demosisto Party Candidate Agnes Chow Launches High Court Bid To Have Hong Kong Election Ban Overturned on Bill of Rights Grounds,'' South China Morning Post, 8 May 18.

\21\ Maya Wang, Human Rights Watch, ``Hong Kong's Great Leap Backward on Political Rights,'' 1 February 18; Kris Cheng, ``James Chan Third Citizen To Be Barred From Election by Hong Kong Gov't Over Political Beliefs,'' Hong Kong Free Press, 1 February 18.

\22\ Kimmy Chung and Tony Cheung, ``Political Storm in Hong Kong as Activist Agnes Chow Banned From By-Election Over Party's Call for City's `Self Determination,' '' South China Morning Post, 28 January 18. See also Government of Hong Kong Special Administrative Region, ``Transcript of Media Session by Secretary for Justice,'' 29 January 18.

\23\ In the High Court of the Hong Kong Special Administrative Region, Court of First Instance, Constitutional and Administrative Law List, No 162 of 2016, HCAL 162/2016, 13 February 18, sec. 118; Venus Wu and Pak Yiu, ``Hong Kong Court Rules Pro-Independence Stance Must Bar Standing for Election,'' Reuters, 13 February 18.

\24\ European Union Office to Hong Kong and Macao, ``Statement by the Spokesperson on the Decision To Bar Agnes Chow from Running for a Legislative Council By-Election,'' 29 January 18; United Kingdom Foreign & Commonwealth Office, ``FCO Statement on Forthcoming Legislative Council By-Election in Hong Kong,'' 31 January 18.

\25\ Hong Kong Bar Association, ``Statement of the Hong Kong Bar Association on Disqualification,'' 14 February 18; Ernest Kao and Tony Cheung, ``Hong Kong Bar Association Laments `Political Screening' of Election Candidates,'' South China Morning Post, 14 February 18; Venus Wu, ``Hong Kong Lawyers Say Court Affirms `Political Screening' in Elections,'' Reuters, 14 February 18.

\26\ Kong Tsung-gan, ``Overview of Prosecutions and Lawsuits Brought by the Hong Kong Government Against Pro-Democracy Leaders,'' Medium, 13 April 18.

\27\ Chris Lau, ``Hong Kong Student Leaders Joshua Wong, Lester Shum and Five Others Admit to Contempt of Court in Occupy Case,'' South China Morning Post, 6 July 17; Chris Lau, ``20 Hong Kong Protestors To

- CONGRESSIONAL-EXECUTIVE COMMISSION ON CHINA ANNUAL REPO...  Page 312 of 316

Case 3:20-cv-05910-LB  Document 77-7  Filed 10/01/20  Page 41 of 51
WeChat Appendix F Footnote F9 - Congressional-Executive Commission on China Annual Report 2018

Face Punishment for Contempt of Court in Occupy Case,'' South China
Morning Post, 13 October 17.

\28\ Ellie Ng, ``Defence Says Hong Kong Democracy Activists Face
`Unconstitutional, Unnecessary' Charges in Umbrella Movement Trial,''
Hong Kong Free Press, 9 January 18; Kris Cheng, ``Hong Kong Umbrella
Movement Trial: Court Refuses To Scrap `Inciting Others To Incite
Public Nuisance' Charge,'' Hong Kong Free Press, 13 February 18.

\29\ In the High Court of the Hong Kong Special Administrative
Region, Court of First Instance, High Court Criminal Case No 408 of
2016 [Xianggang tebie xingzheng qu, gaodeng fayuan yuan song fating
gaoyuan xingshi anjian 2016 nian di 408 hao], HCCC 408/2016, 11 June
18, secs. 69-71; Austin Ramzy, ``Hong Kong Activist Edward Leung Given
6 Years for Police Clash,'' New York Times, 11 June 18; Ben Westcott
and Divya Gopalan, ``Hong Kong Independence Activist Edward Leung
Jailed for Six Years,'' CNN, 11 June 18; ``Hong Kong Jails Independence
Leader Edward Leung for Six Years,'' Agence France-Presse, reprinted in
Guardian, 10 June 18. See also Jeffie Lam, ``Edward Leung Riot
Sentence: Too Harsh, or Necessary as Deterrent? Legal Scholars,
Politicians Split Over Jail Term for Hong Kong Independence Activist,''
South China Morning Post, 26 June 18.

\30\ Legislative Council of the Hong Kong Special Administrative
Region, Public Order Ordinance (Cap. 245) [Di 245 zhang gong'an
tiaoli], issued 17 November 67, amended 29 June 17. See also UN Human
Rights Committee, Concluding Observations on the Third Periodic Report
of Hong Kong, China, adopted by the Committee at its 107th Session (11-
28 March 2013), CCPR/C/CHN-HKG/CO/3, 29 April 13, para. 10. The UN
Human Rights Committee noted in its 2013 review of the Hong Kong
government's compliance with the International Covenant on Civil and
Political Rights that provisions within the Public Order Ordinance
``may facilitate excessive restriction to the Covenant rights.''

\31\ Hong Kong Watch, ``Lord Patten Criticises Public Order
Ordinance Following Sentencing of Edward Leung,'' 11 June 18.

\32\ Hong Kong Watch, ``Twelve Top International Lawyers Warn of
Grave Threats to Rule of Law, Judicial Independence and Human Rights in
Hong Kong,'' 16 October 17; Greg Torode and James Pomfret, ``Hong
Kong's Judges Voice Fears Over China Influence in Judiciary,'' Reuters,
15 March 18. See also Karen Cheung, ``UK Watchdog Urges Fair Trials for
Hong Kong Activists; Suggests Stripping Justice Sec. of Prosecution
Power,'' Hong Kong Free Press, 1 March 18.

\33\ See, e.g., ``Nobel Peace Prize Nomination for Hong Kong
Protest Leaders Angers Beijing,'' Radio Free Asia, 2 February 18; Venus
Wu, ``U.S. Congress Members Nominate Hong Kong's Joshua Wong for Nobel
Peace Prize,'' Reuters, 1 February 18; Tom Phillips, ``Nobel Peace
Prize: US Lawmakers Nominate Hong Kong Protesters,'' Guardian, 1
February 18; Eli Meixler, ``Hong Kong's `Umbrella Movement' Has Been
Nominated for the Nobel Peace Prize,'' Time, 1 February 18. See also
``Chairs Release 2017 Annual Report--Announce New Initiatives on Hong
Kong & Commemoration of Liu Xiaobo,'' Congressional-Executive
Commission on China, 5 October 17. At the release of the Commission's
2017 Annual Report, Senator Marco Rubio and Representative Chris Smith,
the Commission's Chair and Cochair, respectively, announced their
intention to nominate Joshua Wong, Nathan Law, and Alex Chow and the
entire Umbrella Movement for the Nobel Peace Prize. The Chairs, along
with 10 other members of the U.S. Congress, subsequently made the
nomination in February 2018 to the Nobel Peace Prize Committee.

\34\ ``Hong Kong Activist Joshua Wong Jailed for Six Months,'' BBC,
17 August 17; Alan Wong, ``Hong Kong Protest Leaders Are Freed on Bail
To Pursue Appeal,'' New York Times, 24 October 17.

\35\ In the High Court of the Hong Kong Special Administrative
Region, Court of Appeal, Criminal Jurisdiction, Application for Review
No. 4 of 2016 (On Appeal From ESCC No. 2791 of 2015) [Xianggang tebie
xingzheng qu, gaodeng fayuan shangsu fating, xingshi sifa guanxia quan,
fuhe shenqing, fuhe shenqing anjian 2016 nian di 4 hao (yuan dongqu
caipan fayuan xingshi anjian 2015 nian di 2791 hao), CAAR 4/2016, 17
August 17, paras. 7, 19-21, 174; Jasmine Siu, ``Joshua Wong and Other
Jailed Hong Kong Student Leaders See Political Careers Halted,'' South
China Morning Post, 18 August 17. See also Legislative Council of the
Hong Kong Special Administrative Region, Public Order Ordinance (Cap.
245) [Di 245 zhang gong'an tiaoli], issued 17 November 67, amended 29
June 17, sec. 18.

\36\ James Griffiths, ``Joshua Wong and Two Other Umbrella Movement
Leaders Jailed in Hong Kong,'' CNN, 17 August 17; Jasmine Siu, ``Joshua

**AR-1508**

Wong and Other Jailed Hong Kong Student Leaders See Political Careers Halted,'' South China Morning Post, 18 August 17.

\37\ In the Court of Final Appeal of the Hong Kong Special Administrative Region, Final Appeal No. 8 of 2017 (Criminal) (On Appeal From CAAR No. 4 of 2016), FACC 9/2017, 6 February 18, paras. 105, 120, 126.

\38\ Ibid.

\39\ Karen Cheung, ``Hong Kong Democracy Activists Joshua Wong, Alex Chow, Nathan Law Free To Go After Occupy Sentence Appeal,'' Hong Kong Free Press, 6 February 18.

\40\ Legislative Council, Bills Committee on Guangzhou-Shenzhen-Hong Kong Express Rail Link (Co-location) Bill, ``Background Brief Prepared by the Legislative Council Secretariat,'' 9 February 18, last updated 24 April 18, items 6-13.

\41\ ``Cooperation Plan for Mainland and Hong Kong Special Administrative Region Regarding the Implementation of `Co-Location' at the Guangzhou-Shenzhen-Hong Kong High Speed Rail West Kowloon Station'' [Neidi yu xianggang tebie xingzhengqu guanyu zai guangshengang gaotie jiulong zhan sheli kou'an shishi ``yidi liangjian'' de hezuo anpai], 18 November 17, reprinted in National People's Congress, 28 December 17.

\42\ Shadow Li and Cao Yin, ``Top Legislature Endorses Joint Checkpoint for Express Rail Linking HK and Mainland,'' China Daily, 28 December 17. See also Shi Longhong, ``National's People's Congress Standing Committee Approved `Regarding the Implementation of `Co-Location' at the Guangzhou-Shenzhen-Hong Kong High Speed Rail West Kowloon Station' '' [Quanguo renda changweihui pizhun ``neidi yu xianggang tebie xingzhengqu guanyu zai guangshengang gaotie xi jiulong zhan sheli kou'an shishi `yidi liangjian' de hezuo anpai''], Xinhua, 27 December 17.

\43\ Hong Kong Special Administrative Region Government, ``Customs, Immigration and Quarantine Arrangements of the Hong Kong Section of the Guangzhou-Shenzhen-Hong Kong Express Rail Link,'' 3.

\44\ Legislative Council of the Hong Kong Special Administrative Region, Bills Committee on Guangzhou-Shenzhen-Hong Kong Express Rail Link (Co-location) Bill, ``Background Brief Prepared by the Legislative Council Secretariat,'' 9 February 18, last updated 24 April 18, items 11-13; Legislative Council of the Hong Kong Special Administrative Region of the People's Republic of China, Guangzhou-Shenzhen-Hong Kong Express Rail Link (Co-Location) Bill, 26 January 18.

\45\ ``Co-Location Bill Passed,'' Hong Kong Government News, 14 June 18; Kimmy Chung et al., ``Hong Kong's Controversial China Rail Checkpoint Bill Finally Passed by Lawmakers Amid Protests, Delays and Expulsions,'' South China Morning Post, 14 June 18.

\46\ Statement of the Hong Kong Bar Association on the Decision of the NPCSC of 27 December 2017 on the Co-operation Agreement Between the Mainland and the HKSAR on the Establishment of the Port at the West Kowloon Station of the Guangzhou-Shenzhen-Hong Kong Express Rail Link for Implementing Co-location Arrangement,'' 28 December 17, items 5, 6, 11. See also Elizabeth Cheung, ``Hong Kong Bar Association `Appalled' by Approval of Joint Checkpoint Plan, Saying It `Irreparably' Breaches Basic Law,'' South China Morning Post, 29 December 17.

\47\ Hong Kong Bar Association, ``Statement of the Hong Kong Bar Association on the Decision of the NPCSC of 27 December 2017 on the Co-operation Agreement Between the Mainland and the HKSAR on the Establishment of the Port at the West Kowloon Station of the Guangzhou-Shenzhen-Hong Kong Express Rail Link for Implementing Co-location Arrangement,'' 28 December 17, item 7.

\48\ Kevin Carrico, Hong Kong Watch, ``Academic Freedom in Hong Kong Since 2015: Between Two Systems,'' January 2018, 1, 3-6.

\49\ Ibid., 4.

\50\ Jeffie Lam, ``Why Beijing Came Down So Hard on Pro-democracy Academic Benny Tai Over Hong Kong Independence Comments,'' South China Morning Post, 13 April 18; Kevin Carrico, Hong Kong Watch, ``Academic Freedom in Hong Kong Since 2015: Between Two Systems,'' January 2018, 4.

\51\ ``Dismissal Call Piles Pressure on Hong Kong Academic Over Independence Remarks,'' Reuters, 3 April 18; ``Row Over Law Scholar's Independence Remarks Sparks Concern in Hong Kong,'' Radio Free Asia, 5 April 18. See also Liu Lulu, ``Hong Kong Must Enact Basic Law Article 23 To Rein In Secession,'' Global Times, 2 April 18.

\52\ Hong Kong Special Administrative Region Government, ``Response by HKSAR Government to Media Enquiries,'' 30 March 18; ``Row Over Law

**AR-1509**

Scholar's Independence Remarks Sparks Concern in Hong Kong,'' Radio Free Asia, 5 April 18.

\53\ ``Row Over Law Scholar's Independence Remarks Sparks Concern in Hong Kong,'' Radio Free Asia, 5 April 18; International Federation of Journalists, ``Hong Kong Independence Comments Lead to Freedom of Speech Row,'' 4 June 18; Kris Cheng, ``Attacks Against Academic Benny Tai May Be Paving Way for Controversial National Security Law, Scholars Warn,'' Hong Kong Free Press, 6 April 18.

\54\ Austin Ramzy, ``Hong Kong May Ban Political Party That Seeks Independence From China,'' New York Times, 17 July 18.

\55\ Austin Ramzy, ``As Hong Kong Clamps Down, a Tiny Political Party Finds Itself in the Spotlight,'' New York Times, 6 August 18.

\56\ U.K. Foreign & Commonwealth Office, ``FCO Statement on the Hong Kong National Party,'' 17 July 18.

\57\ Hong Kong Journalists Association, ``Public Evaluation of Hong Kong Press Freedom Drops to New Low,'' 11 April 18.

\58\ Centre for Comparative and Public Law, University of Hong Kong, Hong Kong Human Rights Monitor, Hong Kong Union, et al., ``Joint Submission of NGOs for the Universal Periodic Review (3rd Cycle): Hong Kong Special Administrative Region (HKSAR) China,'' March 2018, item 12.

\59\ Demosisto, ``Statement To Condemn the Ministry of State Security's Decision To Detain Demosisto Members,'' 27 August 18, 1-2.

\60\ Tom Phillips and Benjamin Haas, ``British Conservative Party Activist Barred From Entering Hong Kong,'' Guardian, 11 October 17. See also Benedict Rogers, ``Why the World Must Wake Up to China's Threat to Freedom in Hong Kong,'' Guardian, 12 October 17.

\61\ Te-Ping Chen, ``China Defends Detention of Swedish Bookseller Gui Minhai,'' Wall Street Journal, 25 February 18; Tom Phillips, `` `A Very Scary Movie': How China Snatched Gui Minhai on the 11.10 Train to Beijing,'' Guardian, 21 February 18. See also CECC, 2016 Annual Report, 6 October 16, 329-31. For more information on Gui Minhai, see the Commission's Political Prisoner Database record 2016-00090.

\62\ Danny Lee and Phila Siu, ``Missing Hong Kong Bookseller Gui Minhai `Released,' but Family Cannot Find Him,'' South China Morning Post, 24 October 17; Austin Ramzy, ``China Is Said To Free Hong Kong Bookseller, but Family Says He's Missing,'' New York Times, 24 October 17; ``Sweden Demands Immediate Release of Citizen Detained in China,'' Reuters, 23 January 18.

\63\ Tom Phillips, `` `A Very Scary Movie': How China Snatched Gui Minhai on the 11.10 Train to Beijing,'' Guardian, 21 February 18; Mu Xuequan, ``China Focus: Gui Minhai Detained Over Allegedly Endangering State Security,'' Xinhua, 10 February 18; Phila Siu, ``Transcript of Gui Minhai's Government-Arranged Interview: `Swedish Government Used Me,' '' South China Morning Post, 10 February 18.

\64\ Chris Buckley, ``Chinese Police Seize Publisher From Train in Front of Diplomats,'' New York Times, 22 January 18; ``Sweden Condemns China's `Brutal' Seizure of Bookseller Gui Minhai,'' Agence France-Presse, reprinted in The Local, 6 February 18.

\65\ Government Offices of Sweden, ``Statement by Margot Wallstrom Regarding the Detention of Swedish Citizen Gui Minhai,'' 5 February 18; ``Sweden Condemns China's `Brutal' Seizure of Bookseller Gui Minhai,'' Agence France-Presse, reprinted in The Local, 6 February 18. See also Government Offices of Sweden, ``Statement on Swedish Citizen Gui Minhai,'' 8 March 18; Government Offices of Sweden, ``Statement in Connection With the Detention of Swedish Citizen Gui Minhai,'' 23 January 18.

\66\ European Union, ``Statement by High Representative/Vice-President Federica Mogherini on the Continued Detention of Gui Minhai in China,'' 15 February 18.

\67\ Mu Xuequan, ``China Focus: Gui Minhai Detained Over Allegedly Endangering State Security,'' Xinhua, 10 February 18; Ministry of Foreign Affairs, ``Foreign Ministry Spokesperson Geng Shuang's Regular Press Conference on February 12, 2018,'' 12 February 18; ``China Confirms Arrest of Bookseller Gui Minhai,'' Al Jazeera, 6 February 18.

\68\ Bai Yunyi, ``HK Bookseller Confesses to Truth About So-called `Disappearance,' Says Sweden `Manipulated' Him,'' Global Times, 10 February 18.

\69\ Phila Siu, ``Transcript of Gui Minhai's Government-Arranged Interview: `Swedish Government Used Me,' '' South China Morning Post, 10 February 18. See also Javier C. Hernandez, ``A Hong Kong Newspaper on a Mission To Promote China's Soft Power,'' New York Times, 31 March

**AR-1510**

18.

\70\ Phila Siu, ``Transcript of Gui Minhai's Government-Arranged Interview: `Swedish Government Used Me' '' South China Morning Post, 10 February 18; ``Detained Bookseller Gui Minhai Slams Sweden for `Hyping Up Case' for Political Reasons,'' People's Daily, 11 February 18; Te-Ping Chen, ``Bookseller Detained in China Says Sweden Is Using Him as a `Chess Piece' '' Wall Street Journal, 11 February 18.

\71\ Safeguard Defenders, ``Scripted and Staged: Behind the Scenes of China's Forced TV Confessions,'' April 2018, 25-27.

\72\ Ibid., 4-5.

\73\ China Digital Times, ``SCMP Confronted Over Forced Confession Coverage,'' 18 April 18.

\74\ Ibid. See also Safeguard Defenders, ``Scripted and Staged: Behind the Scenes of China's Forced TV Confessions,'' April 2018, 71.

\75\ ``An Exchange Between Gui Minhai's Daughter and the Post's Editor-in-Chief,'' South China Morning Post, 18 April 18. See also the Long Arm of China: Global Efforts To Silence Critics from Tiananmen to Today, Hearing of the Congressional-Executive Commission on China, 24 May 16, Testimony of Angela Gui, Daughter of Gui Minhai.

\76\ Safeguard Defenders, ``Scripted and Staged: Behind the Scenes of China's Forced TV Confessions,'' 10 April 18, 71.

\77\ Basic Law of the Macao Special Administrative Region of the People's Republic of China [Zhonghua renmin gongheguo aomen tebie xingzheng qu jiben fa], passed 31 March 93, effective 20 December 99, arts. 47, 68 and annexes I, II.

\78\ Basic Law of the Macao Special Administrative Region of the People's Republic of China [Zhonghua renmin gongheguo aomen tebie xingzheng qu jiben fa], passed 31 March 93, effective 20 December 99, art. 40.

\79\ Ibid., arts. 12, 16, 22.

\80\ International Covenant on Civil and Political Rights (ICCPR), adopted by UN General Assembly resolution 2200A (XXI) of 16 December 66, entry into force 23 March 76, art. 25(b). Article 25(b) of the ICCPR guarantees the right ``to vote and to be elected at genuine periodic elections which shall be by universal and equal suffrage . . ..''

\81\ UN Human Rights Committee, Concluding Observations on the Initial Report of Macao, China, adopted by the Committee at its 107th session (11-28 March 2013), CCPR/C/CHN-MAC/CO/1, 29 April 13, para. 7; UN Human Rights Committee, Report on Follow-up to the Concluding Observations of the Human Rights Committee, CCPR/C/112/2, 8 December 14, 23.

\82\ New Macau Association, ``Submission of the New Macau Association to the United Nations Human Rights Council for the 31st Session of Universal Periodic Review on Macau, China,'' 28 March 18, 1-3. See also Nelson Moura, ``Municipal Body Public Consultation Report Without Clear Data on Opposing Views,'' Macau News Agency, 2 March 18.

\83\ Farah Master, ``Macau Move To Curtail Foreign Judges Sparks Concerns Over China's Growing Control,'' Reuters, 7 March 18.

\84\ Ibid.

\85\ ``Public Consultation on Cyber Security Law Runs Until Jan 24,'' Macau Daily Times, 12 December 17.

\86\ Ibid.

\87\ Cross-Border Chinese Q&A, Culture & Media Education Foundation, ``What Is the Macau Government's `Cybersecurity Law' Aimed At?'' [Aomen zhengfu de ``wangluo anquan fa'' jian zhi hefang?], In Media HK, 24 January 18.

\88\ ``Person of the Year: Sulu Sou: An Inconvenient Voice,'' Macau Daily Times, 29 December 17.

\89\ Kris Cheng, ``Macau Election: Pro-Democracy Camp Maintains 4 of 33 Seats, With Youngest Ever Lawmaker Elected at 26,'' Hong Kong Free Press, 18 September 17; Kelvin Chan, ``Young Democracy Activist Among Macau Election Winners,'' Associated Press, 18 September 17.

\90\ ``Person of the Year: Sulu Sou: An Inconvenient Voice,'' Macau Daily Times, 29 December 17.

\91\ Kris Cheng, ``Macau's Youngest Ever Pro-Democracy Lawmaker Suspended Over `Aggravated Disobedience' Charge,'' Hong Kong Free Press, 4 December 17.

\92\ Raquel Carvalho, ``Macau's Youngest Lawmaker Sulu Sou, Suspended From Office and Found Guilty Over 2016 Protest, Hopes To Retake His Seat,'' South China Morning Post, 2 June 18.

\93\ Ibid.; Macau Special Administrative Region Court of First

Instance, Fourth Criminal Court, Independent Court Basic Law Criminal
Case No. CR4-17-0194-PCS, Judgment [Aomen tebie xingzheng qu chuji
fayuan, di si xingshi fating, duren ting putong xingshi an di CR4-17-
0194-PCS hao, panjue shu], 29 May 18.

\94\ Sheyla Zandonai, ``Sulu Sou Confirms Appeal of Sentence For
Illegal Protest,'' Macau News Agency, 26 June 18.

\95\ Cecilia U, ``Breaking News: Sulu Sou Withdraws Appeal To Cease
Suspension,'' Macau News Agency, 27 June 18.

\96\ ``The Central Government's Liaison Office in Macau Suggests
Cancelation of Writer's Presence in the Macau Literary Festival,''
Macau News, 12 March 18; ``Writer Jung Chang Entry in Macau Not
Guaranteed by Authorities,'' Macau News, 5 March 18.

\97\ ``The Central Government's Liaison Office in Macau Suggests
Cancelation of Writer's Presence in the Macau Literary Festival,''
Macau News, 12 March 18.

\98\ PEN Hong Kong, ``Statement on International Authors Being
Denied Access to Macau,'' 7 March 18.

\99\ See e.g., Kris Cheng, ``Macau Denies Entry to Member of
Centrist Hong Kong Party, Citing `Intention' To Jeopardise Public
Security,'' Hong Kong Free Press, 19 December 17; Ng Kang-chung, ``Hong
Kong Politician Barred From Macau Ahead of 18th Handover Anniversary
Over Security Concerns,'' South China Morning Post, 20 December 17;
Karen Cheung, ``Macau Denies Entry to Pro-democracy District
Councillor, Citing `Intention' To Jeopardise Public Security,'' Hong
Kong Free Press, 4 September 17.

\100\ ``Macau Denied People's Entry To Avoid Chaos,'' Macau Daily
Times, 22 December 17.

**AR-1512**

China Change » Eight Detained for Organizing Humanitarian Assistance for Political Pri… Page 1 of 2
Case 3:20-cv-05910-LB Document 77-7 Filed 10/01/20 Page 46 of 51
WeChat Appendix F Footnote 120 - China Change - Eight Detained for Organizing Humanitarian Assistance

# Eight Detained for Organizing Humanitarian Assistance for Political Prisoners and Their Families

China Change, April 15, 2018



From left: Guo Qingjun, Dai Xiangnan, and Lu Bi. Photos: RFA.

A WeChat group dedicated to raising money for Chinese prisoners of conscience and their families has recently been shut down by Chinese police, and its administrators targeted. One of the administrators of the 'National Tourism Chat Group' (全国旅游群), Guo Qingjun (郭庆军), was arrested by domestic security police in Changchun, Jilin Province, at his workplace on April 11. Guo's wife, Zhang Yuying (张宇英), sent out a message that the couple's house had been raided and Guo's computer confiscated. At least seven other individuals associated with the group from around China have also been targeted, including Bao Luo (保罗), Lu Bi (卢比), Liu Chunlin (刘春林), Dai Xiangnan (戴湘南), Sun Wenke (孙文科), Li Xiaohong (李小红), and an individual known as Meizi Qingxuan (梅子轻旋).

Guo's family is aware that though he was arrested in Changchun, it is in fact police from his hometown in Ganzhou, Jiangxi Province, that are handling his case. On April 12 Guo's wife received the official notification of criminal detention, which stated that he was suspected of "provoking quarrels and stirring up trouble."

An individual familiar with the circumstances of the case said that apart from the eight people arrested, over 100 members of the chat group have been summoned and questioned by domestic security police. Guo, under pressure from the authorities, had already announced the disbanding of the National Tourism Chat Group several days prior to his arrest.

According to [Radio Free Asia](#), citing an individual familiar with the case, the chatgroup was focused on prisoners of conscience, petitioners, and rights defenders in difficult circumstances. Guo's National Tourism Chat Group kept books on donations, and sent money to individuals that donors wanted to help. This is known as 'food delivery.' The [Civil Rights and Livelihood Watch website](#) explained that, for instance, the National Tourism Chat Group sent money to cover basic living expenses for the families of political prisoners Chen Jianxiong (陈剑雄), Yuan Bing (袁兵), Huang Wenxun (黄文勋) and others, to enable them to get through trying periods.

The locations at which the other seven targeted individuals are being detained is as yet unknown.

In China, providing relief to prisoners of conscience and their families is an act fraught with peril. As a way of not tipping off the authorities to the purpose of the group, and thus have it immediately shut down, the group managers took the name of 'National Tourism,' so they'd be able to help the families over the long term.

An activist who did not reveal his identity for safety reasons told Radio Free Asia that Guo Qingjun was one of the founders of the recently targeted ['Rose chatgroups](#),' as well as an important member of China Human Rights Observer (中国人权观察).

Guo lives in Changchun with his family; his day job is at a foreign-invested enterprise, and for years he has been involved in rights defense and citizen activism. He has largely tried to keep a low profile, though has been repeatedly warned to stop his activism by Chinese secret police.

Below is the limited information currently available on the individuals targeted:

**AR-1513**

Dai Xiangnan (phone number 13410097523) was a graduate of Peking University. In recent years he has been involved in NGO work in Shenzhen. In late 2015 when Guangdong-based labor NGOs were rolled up in a crackdown, he signed an open letter to the Chinese Communist Party's Central Committee, the National People's Congress, and the State Council, demanding that the authorities rationally and legally respond to the efforts of workers to collectively defend their rights, as well as labor rights NGOs.

Lu Bi (phone number 13316556166) is an activist in Shenzhen. He was taken away from his residence on April 11.

Liu Chunlin (phone number 13725526191) is an architect.

One of the detained is a civil servant in Shenzhen. The identity of the others has not yet been verified.

A member of the chatgroup, Zhou Xiaolin (周筱霖), the owner of the Guyang Teahouse (古养茶馆) in Shenzhen, was summoned by police for questioning on April 13.

The Ganzhou public security bureau refused to answer a reporter's questions about the case.

The 'food delivery' charity work that these individuals were engaged in is one of the many forms of activism that human rights defenders in China have developed to help the families of individuals who have been arrested and punished for political reasons. Yet, as the authorities suppression of rights defenders intensifies, even this modest act has come under the purview of the official crackdown. In 2013 the authorities forcibly disbanded a 'Food Delivery Party' (送饭党) led by Guo Yushan (郭玉闪) in Beijing. Guo was later himself arrested, tortured, and had his Transition Institute (传知行研究所) dismembered and banned.

The crackdown against the 'National Tourism Chat Group', as well as the attack on the 'Rose chatgroups,' is ongoing, and it's likely that more members of these loose online networks will be summoned, interrogated, and in some cases formally arrested and charged with crimes.

---

Related:

*Crushing a Rose Under Foot: Chinese Authorities Target Internet Chat Groups*, China Change, April 4, 2018.

*Buffett-Style Dinner Bids Woo Chinese for Just Society*, Bloomberg News, August 20, 2013.

AR-1514

Chinese Citizens Detained for Posts on Social Media Platform WeChat                    Page 1 of 9

Case 3:20-cv-05910-LB   Document 77-7   Filed 10/01/20   Page 48 of 51
WeChat Appendix 1 Footnote 421 - Chinese Citizens Detained for Posts on Social Media Platform WeChat

This is Google's cache of https://m.theepochtimes.com/chinese-citizens-detained-for-posts-on-social-media-platform-wechat_2462475.html. It is a snapshot of the page as it appeared on Sep 22, 2020 16:13:59 GMT. The current page could have changed in the meantime. Learn more.

**Full version**        Text-only version        View source

Tip: To quickly find your search term on this page, press **Ctrl+F** or ⌘-**F** (Mac) and use the find bar.



## THE EPOCH TIMES

Subscribe



A man walks past an advertisement for the WeChat social media platform at Hong Kong's international airport, on August 21, 2017. (Richard A. Brooks/AFP/Getty Images)

MORE

**CHINA HUMAN RIGHTS**

# Chinese Citizens Detained for Posts on Social Media Platform WeChat

BY ANNIE WU

March 9, 2018   Updated: October 8, 2018

A A



## Shares



## Comments

**AR-1515**

WeChat is one of China's most popular social media platforms, with 494.3 million individual users within China's borders, at last count. For some, though, using it can be considered a crime.

Six practitioners of Falun Gong, a spiritual meditation discipline that is severely persecuted by the Chinese regime, were recently arrested and detained for posting messages on WeChat about the regime's ongoing repression of the practice.

WeChat works closely with Chinese authorities to help censor content of which the regime disapproves. Information about Falun Gong, also known as Falun Dafa, is heavily censored within China. The spiritual practice, based on Buddhist and Daoist moral teachings, was banned in 1999.

Then-Chinese Communist Party leader Jiang Zemin feared the group's popularity—in 1999, there were up to 100 million adherents, according to Western media outlets quoting Chinese officials—would undermine the Party's authority. He launched a nationwide campaign in July 1999 to eradicate the practice, mobilizing the state's security apparatus to arrest and detain practitioners, while state-run media spread hate propaganda to turn public opinion against adherents.

**AR-1516**

Case 3:20-cv-05910-LB  Document 77-7  Filed 10/01/20  Page 50 of 51
WeChat Appendix F - Footnote 121 - Chinese Citizens Detained for Posts on Social Media Platform WeChat



Falun Gong practitioners exercise in Beijing, before the persecution began on July 20, 1999. (Courtesy of Minghui.org)

More than 4,000 practitioners are confirmed to have died as a result of torture and abuse while in custody, although the real number is believed to be much higher, due to the difficulty of getting information out of China, according to the Falun Dafa Information Center, the group's press office. In addition, large numbers of practitioners have been killed by means of forced organ harvesting in China's state-sanctioned organ transplant business.

**AR-1517**

Despite the violent suppression, millions of Falun Gong practitioners continue to practice their faith, according to a 2017 report by human rights watchdog Freedom House on religious persecution in China.

MOST READ

**Toddler Found Dead Near Softball Field Unidentified One Year Later: Police**

Many try to disseminate information about the regime's persecution to ordinary Chinese citizens, who are unable to access free information about Falun Gong on the internet or elsewhere within China's borders.

This most recent case is the regime's attempt to silence and punish these practitioners for their activity on WeChat. Four women and two men— Wang Hui, Wang Xin, Han Xiaoqiu, You Tingting, Wang Yong, and Wang Dengli—hailing from different cities and provinces, were arrested and subsequently detained at the Lishui City Detention Center in Zhejiang Province, according to Minghui.org, a U.S.-based website that tracks the persecution in China. Police, prosecutors, and Party agencies have since tried to coerce the six practitioners into giving up their beliefs, the Minghui report stated. They are scheduled for court hearings at Songyang County Court on March 20.

In the case of Wang Hui, plainclothes police pretended they were package deliverymen to lure her out of her home, then abducted her, in May 2017. She was brought to the local police station, then transferred to the Songyang County Detention Center. When family members and a lawyer visited the detention center to petition for Wang's release, she was transferred to the Lishui detention center. Her family was not informed until 22 days later, according to Minghui.org.

**AR-1518**