RELATED
**China Sentences Xi Critic to 18 Years for Graft**

China's constitution guarantees freedom of religion, expression, assembly, and protest. But the reality is that, under the Party's rule, Falun Gong practitioners and other dissidents continue to be arrested for simply practicing their faith or for spreading information.

The 2017 Freedom House report explained how Chinese authorities use surveillance technology and geolocation data to identify Falun Gong adherents, locate them, and gather "evidence" against them. "Court documents and anecdotes provided by Falun Gong refugees illustrate the varied and detailed types of evidence that authorities collect to convict adherents, from video footage on a bus to internet browsing histories and mobile phone records," the report said.

**AR-1519**

A worker adjusts security cameras on the edge of Tiananmen Square in Beijing on Sept. 30, 2014. (Greg Baker/AFP/Getty Images)

Freedom House analyzed a sample of 59 court verdicts involving Falun Gong practitioners in 2016. All were sentenced to prison for accessing or posting information. "Their alleged 'crimes' included leaving voicemail recordings, posting messages to the social media platforms WeChat or QQ, using a virtual private network (VPN) to download content from Minghui, or simply possessing large numbers of leaflets or discs for apparent dissemination," the report said.

**AR-1520**

Case 3:20-cv-05910-LB   Document 77-8   Filed 10/01/20   Page 3 of 40
WeChat Appendix F Footnote 12F - Chinese Citizens Detained for Posts on Soical Media Platform WeChat

Internet censorship grew increasingly severe during Party official Lu Wei's time as head of the Cyberspace Affairs Administration. Lu was charged with corruption and stripped of his post and Party membership in February.

A number of Falun Gong adherents have been arrested and detained for internet posts about the Chinese regime's persecution.

Forty-seven-year-old Huang Qian, for example, was arrested on Feb. 3, 2015, for posting a series titled "Gulag Memoir" on Weibo, the Chinese equivalent of Twitter, about the persecution. Huang was sentenced to five years in prison.

Zheng Jingxian, who also used Weibo as a platform to express his opinion, was arrested on the same day and detained at the Nanzhou Detention Center in the southern metropolis of Guangzhou.

*Luo Qiong contributed to this report.*

*Follow Annie on Twitter:* @annieeenyc


TOP NEWS

PREMIUM

**Trump Suggests Faster Investigations: 'I'm so Angry at Republicans'**

*NEW*    94    53

**US Household Net Worth Surged in 2nd Quarter to Record High**

*NEW*    74    12

PREMIUM

**World Leaders Must Hold China Accountable for Causing the Pandemic: Trump at UN**

*NEW*    831    164

**China Sentences Xi Critic to 18 Years for Graft**

**AR-1521**

Case 3:20-cv-05910-LB   Document 77-8   Filed 10/01/20   Page 4 of 40
WeChat Appendix F Footnote 72 - Chinese Citizens Detained for Posts on Soical Media Platform WeChat

*1HR*      ⤳ 33      💬 7

## Delaware Officials, FBI Seize Enough Fentanyl to Kill 75 Percent of State's Population

*1HR*      ⤳ 649      💬 38

## From Around the Web

AR-1522

Case 3:20-cv-05910-LB   Document 77-8   Filed 10/01/20   Page 5 of 40
WeChat Appendix F Footnote 121 - Chinese Citizens Detained for Posts on Soical Media Platform WeChat

**Disturbing video shows killer blast teen trying to crawl away from Bronx gun battle**

nypost.com

**Sen. John McCain's widow Cindy endorses Democrat Joe Biden for president**

marketwatch.com

**Senate Probe Finds John Kerry Falsely Claimed He Had No Knowledge**

nationalreview.com

**Tucker Carlson: What Happened To Don Lemon?**

realclearpolitics.com

**Lori Loughlin to Serve Sentence in Cushy Prison**

newsmax.com

**Maher: I'm Nervous About Biden, "I'm Feeling Less Confident"**

realclearpolitics.com

**Michigan Driver Arrested For Stunt Right Out Of 'Dukes Of Hazzard'**

doyouremember.com

**Canadian woman sent ricin to White House and included note**

marketwatch.com

**Meghan McCain Says Kavanaugh Hearings 'Changed The Game' For Republicans**

dailycaller.com

Copyright © 2000 - 2020

**AR-1523**

Case 3:20-cv-05910-LB   Document 77-8   Filed 10/01/20   Page 6 of 40
WeChat Appendix F Footnote 122 - Jailed for a Text

# Jailed for a Text: China's Censors Are Spying on Mobile Chat Groups

## Authorities scour private chats on messaging apps for blacklisted words, sensitive images



*Chen Shouli, a construction supervisor in Puyang, China, was detained by police for five days after telling a joke in a WeChat chat group alluding to a senior government official.*

Photo: Eva Dou/The Wall Street Journal

PUYANG, China—One night this September, construction supervisor Chen Shouli fired off a joke in a chat group.

"Haha," he typed on his black iPhone 7, followed by an off-color wisecrack about a rumored love triangle involving a celebrity and one of China's most senior government officials.

**AR-1524**

Four days later, he says, the police telephoned, ordering him in for questioning.

"I thought, I haven't done anything wrong, have I? I'm law-abiding," recalls Mr. Chen, a wiry 41-year-old. "So I went in. Once I arrived, they wouldn't let me leave."

Mr. Chen was locked in a cell for five days, he says. According to the police report, his comment on the WeChat messaging app was deemed "picking quarrels and provoking trouble," a broad offense that encompasses gang fighting and destruction of public property and is punishable by detention without trial.

In China's swiftly evolving new world of state surveillance, there are fewer and fewer private spaces. Authorities who once had to use informants to find out what people said in private now rely on a vast web of new technology. They can identify citizens as they walk down the street, monitor their online behavior and snoop on cellphone messaging apps to identify suspected malcontents.

Years ago, in the Mao Zedong era, people were sent to prison, labor camps and death for opinions expressed in private. In the decades since China launched economic reforms after Mao's death, prosperity and social mobility created room for more personal freedom and expression. Now China appears to be reverting to old form, empowered by new digital surveillance tools.

That means ordinary people such as Mr. Chen increasingly find themselves investigated and punished for imprudent comments they thought were private. It is now easy for a regular citizen to step over the brink, with a stray comment to family or friends screenshotted into evidence, without the need for an informant.

**AR-1525**

Case 3:20-cv-05910-LB   Document 77-8   Filed 10/01/20   Page 8 of 40
WeChat Appendix F Footnote 122 - Jailed for a Text



**AR-1526**



## Bad Words

Percentage of censored WeChat posts* that contained the following words:

| Word | Percentage |
|---|---|
| Corruption | 18.2% |
| Communist | 17.2 |
| Rape | 11.9 |
| Rule of law | 11.7 |
| Socialism | 11.6 |
| Illegal | 11.3 |
| Mao Zedong | 9.6 |
| Corrupt | 9.0 |
| Xi Jinping | 8.8 |
| Human rights | 8.2 |

*Based on 511 censored posts found in an analysis of 36,000 unique public-account posts between June 2014 and March 2015
Source: The Citizen Lab

Mr. Chen is now marked as a troublemaker by local officials and police, who have warned him to mind what he does. Some friends, he says, now keep their distance.

One recent afternoon, he argued with his wife about the detention in their cramped one-bedroom apartment on the edge of the small eastern city of Puyang.

"This incident is over," she told him.

"You don't understand," he shot back. "It's far, far from over."

Police in Puyang didn't respond to a request for comment, nor did Tencent Holdings Ltd., which owns WeChat.

**AR-1527**

In September, amid a drunken-driving clampdown in the city of Jieshou, auto mechanic Yang Qingsong used an expletive in a WeChat post to question the intelligence of police for doing checks in the rain. Police detained Mr. Yang for five days, saying his post to a group with 241 people "created negative social effects," according to an account of the incident the police posted on Weibo, China's equivalent of Twitter.

"Had I known it would be so serious, I wouldn't have sent it," says Mr. Yang, 24, who set up his own auto-repair shop last year.



Photo: Eva Dou/The Wall Street Journal

" We already can't speak on blogs. Can we draw a bottom line somewhere? Can we speak a little bit in our living rooms? "

— Zhu Shengwu, lawyer

Unlike postings to a blog or Twitter-like microblog, which are generally public platforms, chats on messaging apps such as WeChat are more private, limited to members accepted into a group. Larger ones have to meet stricter registration conditions imposed by the company, and WeChat caps groups at 500.

Zhu Shengwu was an intellectual-property lawyer in cases involving technology firms such as search engine Baidu Inc. before taking on a free-speech case this year. He says that monitoring closed chats is akin to eavesdropping in someone's home.

**AR-1528**

"We already can't speak on blogs," says Mr. Zhu. "Can we draw a bottom line somewhere? Can we speak a little bit in our living rooms?"

Chinese dissidents and foreign academics had predicted that information dispersed over the internet and through mobile communications would loosen the government's grip. But Chinese authorities have surmounted, one by one, the technological difficulties of monitoring text messages, emails, blogs and chat sites. Messaging apps, and WeChat in particular, are its latest challenge.

WeChat is China's most popular social-media platform, by far, with users sending 38 billion messages each day. It isn't clear how many private WeChat messages get deleted by Tencent because of government censorship requirements. WeChat also has a function to post publicly. Citizen Lab, an internet research center at the University of Toronto, examined 36,000 public posts in 2015 and found 4% were censored.



**AR-1529**

Jailed for a Text: China's Censors Are Spying on Mobile Chat Groups - WSJ          Page 7 of 14
Case 3:20-cv-05910-LB    Document 77-8    Filed 10/01/20    Page 12 of 40
WeChat Appendix F Footnote 122 - Jailed for a Text



# Chat Time in China

Monthly active users of the WeChat messaging app

*As of June 30

Note: Numbers include both domestic Weixin and overseas WeChat users

Source: Tencent

Software employed by WeChat appears to automatically scrub posts containing words on a blacklist, which is continually amended by human censors, according to Citizen Lab. The technology has now advanced to identify images deemed sensitive, which are then removed during transmission without the sender being alerted to the disruption.

**AR-1530**

The government has introduced rules and judicial interpretations making it a crime punishable by up to three years of prison time to spread what officials deem "false rumors." A new rule this fall made any individual who forms a private chat group legally responsible for comments posted there by others.

Most people caught posting objectionable content just see it deleted and sometimes receive a warning. Heavier punishment usually is reserved for people already targeted by authorities for being known political critics or social activists, or for having a record of past offenses.

**AR-1531**



*Wang Jiangfeng, pictured in a undated photo supplied by his wife, is serving a 22-month prison sentence for disparaging government leaders in a WeChat chat group.*

Photo: Sun Wenjuan

Wang Jiangfeng lost his job at a local agricultural cooperative in the eastern city of Zhaoyuan more than a decade ago, after he was accused of embezzling a payment from an apple-juice

**AR-1532**

factory, says his wife, Sun Wenjuan. Mr. Wang denied the accusation and called his dismissal unjust. He spent years petitioning government offices from Zhaoyuan to Beijing for redress, landing him repeatedly in detention and alienating local officials in the process, she says.

After he called President Xi Jinping a "baozi"—a steamed dumpling—in one WeChat post, and Chairman Mao a "bandit" in another, Mr. Wang was arrested, court records say. A local court in April sentenced him to two years in prison, a term that was reduced to 22 months after a retrial last month.

The prison sentence "was clearly motivated by retaliation," Ms. Sun says. "The local officials had their eyes on him."

Mr. Wang sobbed after the initial verdict, shocked that WeChat comments could draw such a harsh penalty, says Mr. Zhu, his lawyer. Shortly after the first sentencing, Mr. Zhu began criticizing the justice system in posts on the Weibo microblog. The provincial justice department ruled that several posts endangered national security, disbarring him as punishment.



Photo: Josh Chin/The Wall Street Journal

" The local officials had their eyes on him. "

— Sun Wenjuan, wife of Wang Jiangfeng

The Zhaoyuan People's Court, which sentenced Mr. Wang, didn't respond to a request for comment, nor did the Shandong provincial justice department, which disbarred Mr. Zhu.

**AR-1533**

Jailed for a Text: China's Censors Are Spying on Mobile Chat Groups - WSJ    Page 11 of 14
Case 3:20-cv-05910-LB    Document 77-8    Filed 10/01/20    Page 16 of 40
WeChat Appendix F Footnote 122 - Jailed for a Text

Stern treatment is now being meted out to ordinary people without records of prior offenses, according to Mr. Zhu and other lawyers.

"In the past, there were these kinds of cases at times," says Mo Shaoping, a prominent human-rights lawyer. "But it wasn't like now, where they are seizing people so blatantly and confidently."

China's Public Security Ministry, Justice Ministry and Cyberspace Administration didn't respond to requests for comment.

Mr. Chen, the construction supervisor in Puyang, says that while he wasn't an activist, he was interested in politics and social issues—frequent topics of the chat group "Drips of Water Wear Through Stone." Some talk in the group touched on Guo Wengui, a self-exiled billionaire living in New York who frequently used Twitter and other social media outside China to accuse senior Chinese officials of misconduct. Mr. Guo says he wants to expose what he calls China's "kleptocrats" and bring rule of law to the country.

Censors and police wanted to squelch comments from Mr. Guo that leaked through the firewall and to prevent any disruption to a critical Communist Party congress in October to reappoint Mr. Xi as China's top leader.



Photo: Eva Dou/The Wall Street Journal

AR-1534

" In the past, there were these kinds of cases at times. But it wasn't like now, where they are seizing people so blatantly and confidently. "

— Mo Shaoping, human-rights lawyer

Politically minded Chinese complained of a tide of chat-group shutdowns. Mr. Mo, the rights lawyer, said his WeChat account was suspended in October, after he forwarded a news report about Mr. Guo to a few friends in one-on-one chats. Though he has defended many dissidents, including the writer and eventual [Nobel Peace Prize winner Liu Xiaobo,](#) he says he never before lost his WeChat account.

Mr. Chen typed his joke at 10:45 p.m. on Sept. 15, starting with "Haha." Alluding to an allegation made by Mr. Guo, he wrote that if the rumors are true about an affair between a TV singing-competition star and someone surnamed Meng, then that would make the singer's husband a cuckold.

Mr. Chen named the singer and her husband, but only used the official's surname. For politically minded Chinese, the "Meng" clearly referred to Meng Jianzhu, who oversaw the nation's law-enforcement system. Mr. Meng didn't respond to a request for comment submitted for him through China's Foreign Ministry.

Mr. Chen doesn't know how his comment got flagged. While police often monitor the social-media accounts of known social activists, Mr. Chen had no previous run-ins with authorities, he says. He thinks the official's name he mentioned may have been on a watch list, or perhaps someone among the chat group's 453 members tattled.

Mr. Chen, who stands shy of 5 feet tall, recalls growing up poor, feeling hunger pangs and scrounging for food. Donggancheng village, outside Puyang, had no electricity, and the family home was made of blocks of mud mixed with wheat stalks. His father, one of only three college graduates in the village of 3,000, was the local doctor.

Like many of his neighbors, Mr. Chen now has a car and a smartphone. He and his wife live in a two-story apartment building near where Donggancheng village once stood. Together they run a small shop selling smartphones, while he works construction jobs and she sells insurance.

After first his father and then his mother were diagnosed with cancer, the family's savings were drained paying medical bills. His unhappiness with the medical system drove him to seek information in WeChat groups, he says. He wondered whether the factory pollution rav-

**AR-1535**

aging the surrounding countryside caused his parents' cancers. He says he began calling the local environment bureau to report violations.

As he read and chatted more on his phone, he learned that some major nations had free universal health care and that, also unlike many other world powers, China had autocratic rule.

"Gradually I became aware of it all," says Mr. Chen. "My thinking didn't develop in a day or two. It slowly, slowly accumulated."

When Mr. Chen reported to the local police station on Sept. 19, he says, officers made it clear they had seen his WeChat post. They asked him to confirm that his WeChat name was "The Flash of a Thought." Then they asked him to pull up the chat group on his phone.

Mr. Chen says officers grilled him for hours on everything from whether he has religious beliefs to what he thinks about China's leaders and blacklisted dissidents. He says he wasn't mistreated.



*Security cameras were installed near Chen Shouli's apartment in Puyang.*

Photo: Eva Dou/The Wall Street Journal

He and several cellmates took turns taking cold showers in the hot weather, then sat around on stools because lying down wasn't allowed for most of the day, he says. At night, unable to

**AR-1536**

sleep, he ruminated about his situation. His cellmates, he says, thought it hilarious that he was there for a WeChat comment.

After his release, Mr. Chen says, relatives, friends and officials all told him to learn his lesson and move on. Still, his detention nagged at him more than he anticipated. "I've lost some friends," he says. "Some people now speak to me with reserve."

Security cameras were installed outside his apartment building. Mr. Chen doesn't believe they are there because of him.

He and some other villagers discussed his detention recently over a lunch of dumplings and fiery baijiu grain liquor. A neighbor said it was Mr. Chen's own fault for writing the comment. "There are things you can say, and things you can't say," another neighbor piped in.

"If you were punished, you surely did something wrong," said the ruddy-faced village chief, Yang Cunfu. "That online post had too big an impact on society."

Mr. Chen responded that a post that starts with "haha" shouldn't create such a stir: "I still don't think I did anything wrong."

—Josh Chin contributed to this article.

**AR-1537**

China's Tech Giants Have a Second Job: Helping Beijing Spy on Its People - WSJ        Page 1 of 18
Case 3:20-cv-05910-LB   Document 77-8   Filed 10/01/20   Page 20 of 40
WeChat Appendix F Footnote 123 - China's Tech Giants Have a Second Job

# China's Tech Giants Have a Second Job: Helping Beijing Spy on Its People

## Tencent and Alibaba are among the firms that assist authorities in hunting down criminal suspects, silencing dissent and creating surveillance cities



*Alibaba Group's campus in Hangzhou, China, contains a police outpost.*

Photo: Qilai Shen/Bloomberg News

HANGZHOU, China—Alibaba Group's sprawling campus has collegial workspaces, laid-back coffee bars and, on the landscaped grounds, a police outpost.

Employees use the office to report suspected crimes to the police, according to people familiar with the operation. Police also use it to request data from Alibaba for their own investi-

China's Tech Giants Have a Second Job: Helping Beijing Spy on Its People - WSJ        Page 2 of 18
Case 3:20-cv-05910-LB    Document 77-8    Filed 10/01/20    Page 21 of 40
WeChat Appendix F Footnote 123 - China's Tech Giants Have a Second Job

gations, these people said, tapping into the trove of information the tech giant collects through its e-commerce and financial-payment networks.

In one case, the police wanted to find out who had posted content related to terrorism, said a former Alibaba employee. "They came to me and asked me for the user ID and information," he recalled. He turned it over.

*More From the WSJ*

The Chinese government is building one of the world's most sophisticated, high-tech systems to keep watch over its citizens, including surveillance cameras, facial-recognition technology and vast computers systems that comb through terabytes of data. Central to its efforts are the country's biggest technology companies, which are openly acting as the government's eyes and ears in cyberspace.

Companies including Alibaba Group Holding Ltd. , Tencent Holdings Ltd. and Baidu Inc., are required to help China's government hunt down criminal suspects and silence political dissent. Their technology is also being used to create cities wired for surveillance.

This assistance is far more extensive than the help Western companies extend to their governments, and the requests are almost impossible to challenge, a Wall Street Journal examination of Chinese practices shows.

**AR-1539**

China's Tech Giants Have a Second Job: Helping Beijing Spy on Its People - WSJ        Page 3 of 18
Case 3:20-cv-05910-LB   Document 77-8   Filed 10/01/20   Page 22 of 40
WeChat Appendix F Footnote 123 - China's Tech Giants Have a Second Job





## Going Mobile

Mobile internet usage in

**AR-1540**

China's Tech Giants Have a Second Job: Helping Beijing Spy on Its People - WSJ          Page 4 of 18
Case 3:20-cv-05910-LB   Document 77-8   Filed 10/01/20   Page 23 of 40
WeChat Appendix F Footnote 123 - China's Tech Giants Have a Second Job

China has grown rapidly.

## Mobile internet users



## Mobile internet penetration



**AR-1541**

China's Tech Giants Have a Second Job: Helping Beijing Spy on Its People - WSJ          Page 5 of 18
Case 3:20-cv-05910-LB   Document 77-8   Filed 10/01/20   Page 24 of 40
WeChat Appendix F Footnote 123 - China's Tech Giants Have a Second Job

Source: China Internet Network Information Center

Unlike American companies, which often resist U.S. government requests for information, Chinese ones talk openly about working with authorities. Tencent Chief Executive Ma Huateng, also known as Pony Ma, and Alibaba founder Jack Ma both have voiced support for private companies working with the government on law enforcement and security issues.

"The political and legal system of the future is inseparable from the internet, inseparable from big data," Alibaba's Mr. Ma told a Communist Party commission overseeing law enforcement last year. He said technology will soon make it possible to predict security threats. "Bad guys won't even be able to walk into the square," he said.

In practice, China's internet giants, which have benefited from trade policies shielding them from foreign competition, have little choice but to cooperate in a country where the Communist Party controls both the legal system and the right to function as a business.

Tencent, the world's largest online videogame company, dominates Chinese cyberspace with news, video-streaming operations and its WeChat app, used by nearly one billion people to communicate and for mobile payments.

Beijing activist Hu Jia said he bought a slingshot online after a friend recommended it for relieving stress. He paid with WeChat's mobile-payment feature. Mr. Hu said he was later interrogated by a state security agent, who asked if he was planning to shoot out surveillance cameras near his apartment.



**AR-1542**

*Beijing activist Hu Jia, on left in 2013, says 'everyone has a spy watching them. That spy is their smartphone.'*

Photo: Kim Kyung Hoon/REUTERS

A few years earlier, Mr. Hu said, he had messaged a friend headed to Taiwan with the names of activists he might want to see while traveling there. Later, he said, state security agents showed up at the friend's house and warned him against meeting Mr. Hu's acquaintances.

"Experience has proven that WeChat is completely compromised," especially for people on the government's watch list, Mr. Hu said. "Everyone has a spy watching them. That spy is their smartphone."

Neither Tencent nor Chinese security officials responded to requests for comment.

Chinese Artist Transforms Surveillance Footage Into Feature Film
You may also like
Up Next

0:00 / 3:33

**AR-1543**



**AR-1544**

China's Tech Giants Have a Second Job: Helping Beijing Spy on Its People - WSJ          Page 8 of 18
Case 3:20-cv-05910-LB   Document 77-8   Filed 10/01/20   Page 27 of 40
WeChat Appendix F Footnote 123 - China's Tech Giants Have a Second Job



Chinese Artist Transforms Surveillance Footage Into Feature Film
Xu Bing describes how he created a fictional film by piecing together footage
taken from ubiquitous surveillance cameras recording the daily lives of Chinese
citizens. Photo: Xu Bing Studio

When discussing their cooperation with the government, Chinese companies point to disclosures by former National Security Agency contractor Edward Snowden, which detailed how U.S. tech and telecommunications companies granted U.S. government agencies access to user data. Earlier, many American phone companies had complied with a secret National Security Agency program to intercept the communications of some U.S. citizens without a court warrant.

U.S. government requests for information about U.S. citizens or legal residents now have to be approved by a court. Chinese police, by contrast, can rely on a search warrant issued by the police themselves.

"I would disagree with the premise that the central government has access to all this corporate data. That's just not true," said Joseph Tsai, Alibaba's executive vice chairman, at the Journal's D.Live conference in October. "If they want data from you, just like in the U.S., they have to have a reason."

Alibaba and other tech companies push back if they believe a Chinese government request for data isn't warranted, said a Chinese police official familiar with the operations of the country's cyberpolice. He said law enforcement must follow set procedures to gain access to private information.

**AR-1545**

China's Tech Giants Have a Second Job: Helping Beijing Spy on Its People - WSJ        Page 9 of 18
Case 3:20-cv-05910-LB   Document 77-8   Filed 10/01/20   Page 28 of 40
WeChat Appendix F Footnote 123 - China's Tech Giants Have a Second Job

China's government, however, has the last word. There is no independent judiciary to approve or review government requests—or for companies to appeal to if they disagree with a demand.

It is unlikely any Chinese company could mount the sort of challenge Apple Inc. did when it refused to comply with a request by the U.S. Federal Bureau of Investigation to unlock the iPhone of a suspect in the San Bernardino mass shooting in 2015.



Photo: Qilai Shen/Bloomberg News

" The political and legal system of the future is inseparable from the internet, inseparable from big data. "

— Jack Ma, founder, Alibaba Group

Over the past year, Chinese regulators have ordered three popular internet platforms to stop streaming videos with political content not in line with government policy, and they more recently warned that companies that didn't comply with new social-media rules would be shut down. Facebook Inc. was banned in China in 2009, without a stated reason.

On June 1, a new cybersecurity law went into effect that requires companies running internet platforms in China to help authorities ferret out content that "endangers national security, national honor and interests."

**AR-1546**

That goes far beyond U.S. government demands on internet service providers or platforms, which are required by law to report suspected instances of child pornography when they discover it and take down material that has been found to infringe on copyrights.

Chinese government authorities didn't respond to requests for comment for this article.

In one of the first significant actions under the new law, China's Cyberspace Administration this fall slapped maximum fines on Tencent, internet company Baidu and others for allowing users to spread banned content, including "false rumors" and pornography.

Tencent said it "sincerely accepted" the punishment and vowed to do a better job. Baidu outlined a plan to use big data and artificial intelligence to better identify and dispel rumors. A Baidu spokeswoman said the new platform was developed in collaboration with police and other public and private agencies, and was designed to ensure users get accurate information.



Photo: mike blake/Reuters

" I would disagree with the premise that the central government has access to all this corporate data. "

— Joseph Tsai, executive vice chairman, Alibaba

Alibaba has data on hundreds of millions of Chinese citizens who use the company and its affiliated services to shop online, stream videos, pay rent, send text messages, make comments on social media and more.

**AR-1547**

WeChat Appendix F Footnote 123 - China's Tech Giants Have a Second Job

The job of monitoring traffic on these platforms falls to its Alibaba Security Team, whose Chinese name—Shendun—can be translated as "Magic Shield."

At the company's Hangzhou campus, computer programs sweep Alibaba's internet commerce sites and flag anything that might be prohibited, such as guns and pornography, according to current and former Magic Shield agents.

The security team scans the websites for suspicious sales, one former staffer said, such as tea being sold for an exorbitant price, an indication it might really be illegal drugs. Agents then review and remove objectionable content, and in cases of scams such as monetary fraud, will alert the police, the current and former agents said.

**AR-1548**



## Data Central

Chinese consumers use their smartphones
for a wide variety of activities, giving

**AR-1549**

for a wide variety of activities, giving Alibaba a vast trove of data through the portals it owns or has a stake in.



**AR-1550**

Source: Alibaba annual report

In a video published on the team's Twitter-like Weibo site, the Magic Shield team is shown working at computer screens. "Guns, rubber bullets, drugs," the narrator says. "As long as it's illegal, it will not escape our control."

The team has assisted police in "several thousand cases," the video says. The team also is called in to help police with criminal investigations, people familiar with the operations say.

Plans to set up police outposts at tech companies were disclosed in a 2015 posting on China's Ministry of Public Security website, which said the intent was to "find out about criminal activity at its first instance."

An Alibaba spokeswoman said the company's campus includes "a designated meeting space where law-enforcement staff visit occasionally to communicate the latest updates on regulation. If there are established criminal cases, our team will also use this space to discuss the extent of our assistance in those investigations as required by law. There are no police officers stationed on our campus."

Unlike their Chinese counterparts, U.S. tech companies, including Apple, Facebook and Alphabet Inc.'s Google, routinely disclose their government cooperation in transparency reports.



**AR-1551**

*Chinese President Xi Jinping, front, was applauded by Chinese and American technology CEOs and other executives at Microsoft Corp.'s campus in Redmund, Wash., in 2015.*

Photo: Ted S. Warren/Press Pool/Getty Images

Google, whose services are mostly blocked in China, said there were 23 Chinese government requests for Google to remove content in the second half of 2016, mostly for national security reasons.

Apple disclosed that more than 35,000 user accounts were affected by 24 Chinese law-enforcement requests in the first half of this year, many in connection with fraud investigations. It said it provided information on about 90% of them.

Chinese companies don't release any information on the number of requests from the government, the nature of the requests or the compliance rate.

Tencent's online monitoring operations use computers to filter its streamed videos, news feeds and other online platforms for obscene and politically sensitive content, according to people familiar with the operation.

*Self-Policing the Internet*

Chinese and U.S. internet platforms face different government standards for policing content.

PORNOGRAPHY:

- **U.S.:** Responsible for reporting child pornography
- **China:** Must be removed and reported. Liable for hosting content.

TERRORISM CONTENT:

- **U.S.:** May voluntarily remove, but no legal responsibility to report.
- **China:** Must be removed and reported. Liable for hosting content.

CONTENT PROMOTING GAMBLING:

- **U.S.:** Online gambling is mostly illegal. Should not accept online gambling ads and must not host, promote or support gambling activities.
- **China:** Must be removed and reported. Liable for hosting content.

**AR-1552**

CONTENT CONTAINING STATE SECRETS:

- **U.S.:** Acquiring or leaking state secrets is prohibited, but re-publication of such material is protected by First Amendment. May voluntarily remove.
- **China:** Must be removed and reported. Liable for hosting content.

CONTENT UNDERMINING PUBLIC MORALITY:

- **U.S.:** No legal responsibility to report.
- **China:** Must be removed and reported. Liable for hosting content.

*Sources: Stanford Law School, Baker McKenzie*

Censors at Chinese companies are responsible for blocking unfavorable references to the Communist Party and senior leaders, as well as foreign news stories casting China in a negative light. Computers are programed to spot thousands of words and phrases and delete most of the offensive content, according to the people familiar with the censorship operations.

Users of Tencent's WeChat app who run large group chats say they have received automated warnings about politically sensitive content. Some political activists say their WeChat accounts have been suspended or closed for posts critical of the government.

During important political events, staffers with China's internet regulator set up shop at Chinese content providers to catch anything that might slip through the cracks, people familiar with the operations said. The regulator, the Cyberspace Administration of China, didn't respond to a request for comment.

Along with access to online data, China's government wants something else from tech companies—the cloud computing prowess to sort and analyze information. China wants to crunch data from surveillance cameras, smartphones, government databases and other sources to create so-called smart cities and safe cities.

Alibaba's computers and artificial-intelligence algorithms power a "city brain" in Hangzhou that improves traffic flow and clears the path for ambulances by using mobile mapping and data from traffic cameras to time traffic signals. The company said its cloud and data services also have helped manage aircraft parking in Guangzhou and deploy tour guides in Wuhan.

**AR-1553**

WeChat Appendix F Footnote 123 - China's Tech Giants Have a Second Job



*Chinese President Xi Jinping appeared on a screen during the annual World Internet Conference in Wuzhen, China, in 2016.*

Photo: Aly Song/REUTERS

The township of Wuzhen hosts an annual internet conference attended by political and technology leaders. Chinese citizens with grievances show up, too, hoping to get their attention. Police now work with Alibaba to use surveillance footage and data processing to identify "persons of interest" and keep them out, local police official Dai Jinming said at a recent conference sponsored by Alibaba.

Tencent is working with police in the southern city of Guangzhou to build a cloud-based "early-warning system" that can track and forecast the size and movement of crowds, according to a statement from the Guangzhou police bureau.

Maya Wang, a Hong Kong-based researcher for Human Rights Watch, contends the proclaimed benefits of such wired cities mask their true purpose. "This whole safe city idea is a massive surveillance project," she said.

The government-sponsored Smart Cities Work Committee didn't respond to a request for comment.

China's latest five-year development plan calls for 100 smart-city trials to be rolled out next year.

**AR-1554**

By 2020, the plan says, smart cities will make up a "ubiquitous system" that is expected to "achieve remarkable results."

—Xiao Xiao and Lingling Wei contributed to this article.

**AR-1555**



# Wife of Jailed Dissident Who Stood up For Uyghurs Calls For His Release

2020-07-29



Chinese dissident Zhang Haitao, now jailed in Xinjiang, is shown in an undated photo.
Twitter

Concerns are growing for jailed Xinjiang dissident Zhang Haitao, who has only been allowed three family visits in the past five years of his sentence at a prison in the northwestern region of Xinjiang.

Zhang, an outspoken critic of the ruling Chinese Communist Party's treatment of the mostly Muslim Uyghur ethnic group, is serving a 19-year jail term at Xinjiang's Shaya Prison for "incitement to subvert state power" and spying charges.

**AR-1556**

Zhang's wife Li Aijie fled China with her son after being targeted for threats by local authorities after Zhang was sentenced by the Intermediate People's Court in Urumqi, regional capital of the northwestern region of Xinjiang, on Jan. 15, 2016.

Li told RFA on Wednesday that nobody in the family has had any news of Zhang since their last visit in April 2018.

"Zhang Haitao was detained on Dec. 2, 2016. He was sent to Shaya prison in Xinjiang. His last visit was from his sister on April 26, 2018," Li said.

"Family members haven't been allowed by the Chinese government to meet with him for two years and three months," she said.

"I call on the Chinese government to release Zhang Haitao immediately," she said. "He is innocent, and our son misses his father very much."

"He asks me every day when his father will be allowed to come home," Li said.

Zhang's sister said prison guards had called an immediate halt to her last meeting with him on April 26, 2018 when they heard her telling him that his wife and son were now safely in the United States.

"Before the visit, the prison guards called us to the office and told us that we wouldn't be allowed to discuss his wife and child's departure for the U.S., nor anything to do with religion," she said.

"About 30 minutes into the visit, we told him about his wife and child, and the meeting was terminated immediately," she said.

## Held in isolation, deprived of exercise

Zhang's sister said he was being held in solitary confinement with no exercise in the open air.

"He said he was alone, and I asked if he was allowed to go outside for exercise, but he said there was a door which had been sealed off," she said.

She said the authorities had refused to allow her to visit again, despite frequent

**AR-1557**

Case 3:20-cv-05910-LB   Document 77-8   Filed 10/01/20   Page 40 of 40

WeChat Appendix F_Footnote 124 - Wife of Jailed Dissident Who Stood up for Uyghurs Calls for His Release

telephone requests.

"They told me it was on orders from higher up," she said. "Later on, nobody even picked up."

Repeated calls to Shaya Prison rang unanswered during office hours on Wednesday.

At Zhang's trial, the prosecution cited 69 posts to the Chinese social media platform WeChat and 205 Twitter posts and reweets, as evidence of inciting subversion of state power.

Li, who gave birth to the couple's son shortly after he was jailed, and was left with no income, was relying on relatives for financial support, she told RFA at the time.

But ChinaAid, which helped to organize her escape from China, said she had faced abuse within her family as well as threats from officials.

Zhang, 46, was initially detained on June 26, 2015 on suspicion of "picking quarrels and stirring up trouble," but the charges against him were later changed to the more serious charges of subversion and spying.

The court said it had handed down a longer jail term because Zhang had "colluded" with overseas organizations.

*Reported by Qiao Long for RFA's Mandarin Service. Translated and edited by Luisetta Mudie.*

**AR-1558**