| | |
|---|---|
| MICHAEL W. BIEN – 096891 | THOMAS R. BURKE – 141930 |
| ERNEST GALVAN – 196065 | DAVIS WRIGHT TREMAINE LLP |
| VAN SWEARINGEN – 259809 | 505 Montgomery Street, Suite 800 |
| BENJAMIN BIEN-KAHN – 267933 | San Francisco, California 94111-6533 |
| ALEXANDER GOURSE – 321631 | Telephone: (415) 276-6500 |
| AMY XU – 330707 | Facsimile: (415) 276-6599 |
| ROSEN BIEN | Email: thomasburke@dwt.com |
| GALVAN & GRUNFELD LLP | |
| 101 Mission Street, Sixth Floor | DAVID M. GOSSETT – Admitted *Pro Hac Vice* |
| San Francisco, California 94105-1738 | DAVIS WRIGHT TREMAINE LLP |
| Telephone: (415) 433-6830 | 1301 K Street N.W., Suite 500 East |
| Facsimile: (415) 433-7104 | Washington, D.C. 20005-3366 |
| Email: mbien@rbgg.com | Telephone: (202) 973-4216 |
| egalvan@rbgg.com | Facsimile: (202) 973-4499 |
| vswearingen@rbgg.com | Email: davidgossett@dwt.com |
| bbien-kahn@rbgg.com | |
| agourse@rbgg.com | JOHN M. BROWNING – *Pro Hac Vice* forthcoming |
| axu@rbgg.com | DAVIS WRIGHT TREMAINE LLP |
| KELIANG (CLAY) ZHU – 305509 | 1251 Avenue of the Americas, 21st Floor |
| DEHENG LAW OFFICES PC | New York, New York 10020-1104 |
| 7901 Stoneridge Drive #208 | Telephone: (212) 603-6410 |
| Pleasanton, California 94588 | Facsimile: (212) 483-8340 |
| Telephone: (925) 399-5856 | Email: jackbrowning@dwt.com |
| Facsimile: (925) 397-1976 | |
| Email: czhu@dehengsv.com | |

ANGUS F. NI – Admitted *Pro Hac Vice*
AFN LAW PLLC
502 Second Avenue, Suite 1400
Seattle, Washington 98104
Telephone: (773) 543-3223
Email: angus@afnlegal.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE, CHIHUO INC., BRENT COULTER, FANGYI DUAN, JINNENG BAO, ELAINE PENG, and XIAO ZHANG,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, and WILBUR ROSS, in his official capacity as Secretary of Commerce,<br><br>Defendants. | Case No. 3:20-cv-05910-LB<br><br>**DECLARATION OF FANGYI DUAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STAY PENDING APPEAL OF ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: October 15, 2020<br>Time: 9:30 a.m.<br>Crtrm.: Remote<br><br>Judge: Hon. Laurel Beeler<br>Trial Date: None Set |

I, Fangyi "Amy" Duan, declare as follows:

1. I am a plaintiff in this case. I also operate a company called Chihuo Inc, another plaintiff of the case. I have personal knowledge of the matters stated herein and if called as a witness I could and would testify truthfully to them.

2. Chihuo Inc is an online platform to promote dining, food products, and restaurants mostly for Chinese-speaking people in the U.S. The company has about thirty employees.

3. The business's success is built upon WeChat's large user base within the Chinese communities, and it has more than 700,000 active followers on WeChat. Approximately 70% of our content subscribers/viewers originate from WeChat.

4. When the Executive Order banning the use of WeChat came out in early August, my company tried other alternative apps with little success.

5. Chihuo, Inc. relies on a special WeChat function called "official accounts" that can easily and quickly publish short or long articles embedded with pictures and videos. Followers of an official account will automatically see the article in his or her Moments (like Facebook Wall). With a click of a button, a viewer can repost, share, comment, and like the article. Unlike Facebook, the author on WeChat can manage comments, such as removing offensive comments, and rearranging the order of comments so that good comments are listed on top. Moreover, WeChat and its associated mini-programs offer a wide range of formatting tools, such as adding customized fonts and infographics, manipulating the positions of headings and subheadings, and so on. This is why the articles published by my company's official accounts on WeChat can be read tens of thousands of times within several hours of publication. No other apps come close. Telegram and Skype simply don't not have such a function. Line, Instagram, and Facebook are vastly inferior because they are good only for short blogs and do not offer many of the above-mentioned publishing functions for the author to format content and manage comments. The power of story-telling and going viral through WeChat's official accounts is unparalleled.

6. The chat and messaging functions of WeChat are also unique. Another way for my

1  company to reach a large number of people is through chat groups on WeChat. The host of a chat
2  group has the power to admit people in and remove people. This is critical to control the content
3  of the group chat, reduce spam messages, and to maintain quality of the group. I and my company
4  have tried Telegram, Facebook Messenger, and other apps, but they do not offer such features to
5  the group host. As a result, the chat groups on Telegram and Facebook Messenger are flooded
6  with unwanted advertisements or messages, and members of the group have decided to ignore all
7  messages of the group chat or even to quit.

8      7.    Importantly, the vast majority of Chinese-speaking people are on WeChat and not
9  any other apps. For example, my company maintains about a dozen chat groups on WeChat with
10 more than 5,000 members in the Bay Area alone. In anticipation of the WeChat ban, my company
11 set up Telegram chat groups for the Bay Area, but only about 300 members joined and and their
12 participation levels are barely active on that app.

13     8.    Chihuo Inc's business model relies on speed and prompt results provided by
14 WeChat, and it will be harmed if service is slowed or degraded. The blogs and articles published
15 by Chihuo Inc's official accounts contain a lot of videos and pictures. If the WeChat service is
16 slowed down, it could take several or more than ten seconds for the blogs to load instead of
17 appearing instantly. If that happens, a majority of the viewers will simply exit. This is the twenty
18 first century, and people do not like to wait. Another critical function of WeChat is its high-
19 quality voice and video calls. If WeChat service speed is slowed down, these calls will
20 experience lags and even break down, rendering it unusable.

21     9.    Finally, my abilities to access the outside world, to maintain my own personal
22 social ties, and to communicate with my family members and friends in China and in the United
23 States depend on WeChat. For example, I message my parents on WeChat every few days, and
24 they do not have the English or technical skills to install and operate apps that are designed for
25 English speakers. The language settings of some of the apps can be switched to Chinese, but
26 many function keys are still in English, and the initial sign-up page for the apps are still in
27 English (the language settings can be changed only after account registration is done). I have also
28 subscribed to hundreds of WeChat official accounts and rely on them for information and news

1  updates, and the vast majority of them are not on any other apps.

2       I declare under penalty of perjury under the laws of the United States of America that the
3  foregoing is true and correct to the best of my knowledge.

4

5      Executed on September __29__, 2020 at __Santa Clara__, California.

6

7                                         _____

8                                         Fangyi "Amy" Duan