FILED

OCT 2 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as the President of the United States; WILBUR ROSS, in his official capacity as Secretary of Commerce, <br><br> Defendants-Appellants. | No.   20-16908 <br><br> D.C. No. 3:20-cv-05910-LB <br> Northern District of California, <br> San Francisco <br><br> ORDER |

The court is in receipt of appellants' emergency motion to stay the district court's September 19, 2020 preliminary injunction order pending this appeal. Appellees' response to the motion is due October 9, 2020. Any reply in support of the motion is due October 14, 2020.

The appeal filed October 2, 2020 is a preliminary injunction appeal. Accordingly, Ninth Circuit Rule 3-3 shall apply.

The mediation questionnaire is due three days after the date of this order.

If they have not already done so, within 7 calendar days after the filing date of this order, the parties shall make arrangements to obtain from the court reporter an official transcript of proceedings in the district court that will be included in the record on appeal.

DA/MOATT

The briefing schedule shall proceed as follows: the opening brief and excerpts of record are due not later than October 30, 2020; the answering brief is due November 27, 2020, or 28 days after service of the opening brief, whichever is earlier; and the optional reply brief is due within 21 days after service of the answering brief.  *See* 9th Cir. R. 3-3(b).

No streamlined extensions of time will be approved.  *See* 9th Cir. R. 31-2.2(a)(3).  Any request for an extension of time to file a brief must be made by written motion under Ninth Circuit Rule 31-2.2(b).

Failure to file timely the opening brief shall result in the automatic dismissal of this appeal by the Clerk for failure to prosecute.  *See* 9th Cir. R. 42-1.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Delaney Andersen
Deputy Clerk
Ninth Circuit Rule 27-7