MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
VAN SWEARINGEN – 259809
BENJAMIN BIEN-KAHN – 267933
ALEXANDER GOURSE – 321631
AMY XU – 330707
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
egalvan@rbgg.com
vswearingen@rbgg.com
bbien-kahn@rbgg.com
agourse@rbgg.com
axu@rbgg.com

KELIANG (CLAY) ZHU – 305509
DEHENG LAW OFFICES PC
7901 Stoneridge Drive #208
Pleasanton, California 94588
Telephone: (925) 399-5856
Facsimile: (925) 397-1976
Email: czhu@dehengsv.com

ANGUS F. NI – Admitted *Pro Hac Vice*
AFN LAW PLLC
502 Second Avenue, Suite 1400
Seattle, Washington 98104
Telephone: (773) 543-3223
Email: angus@afnlegal.com

THOMAS R. BURKE – 141930
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: thomasburke@dwt.com

DAVID M. GOSSETT – Admitted *Pro Hac Vice*
DAVIS WRIGHT TREMAINE LLP
1301 K Street N.W., Suite 500 East
Washington, D.C. 20005-3366
Telephone: (202) 973-4216
Facsimile: (202) 973-4499
Email: davidgossett@dwt.com

JOHN M. BROWNING – *Pro Hac Vice* forthcoming
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020-1104
Telephone: (212) 603-6410
Facsimile: (212) 483-8340
Email: jackbrowning@dwt.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

U.S. WECHAT USERS ALLIANCE, CHIHUO INC., BRENT COULTER, FANGYI DUAN, JINNENG BAO, ELAINE PENG, and XIAO ZHANG,

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, and WILBUR ROSS, in his official capacity as Secretary of Commerce,

Defendants.

Case No. 3:20-cv-05910-LB

**PROOF OF SERVICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 4(i)**

Judge: Hon. Laurel Beeler

Trial Date: None Set

I, Karen Stilber, declare as follows:

1. At the time of service I was at least 18 years of age and not a party to this lawsuit.

2. I served copies of the following documents (hereinafter, collectively, the "Copies"):

- Summons;
- Complaint for Declaratory and Injunctive Relief;
- Civil Case Cover Sheet;
- Order Setting Initial Case Management Conference and Setting ADR Deadlines;
- Notice of Assignment of a Case to the United States Magistrate Judge for the Northern District of California and Consent or Declination to Magistrate Judge Jurisdiction;
- Standing Orders for Magistrate Judge Laurel Beeler including, a) Standing Order for United States Magistrate Judge Laurel Beeler, b) Standing Order for All Judges of the Northern District of California, c) Procedures for Telephonic Appearances – Magistrate Judge Laurel Beeler, d) Laurel Beeler Exhibit List;
- ECF Registration Information; and
- "Consenting to the Jurisdiction of a US Magistrate Judge".

3. I served Defendant Donald J. Trump, in his official capacity as President of the United States, and Defendant Wilbur Ross, in his official capacity as Secretary of Commerce, in compliance with the Federal Rules of Civil Procedure, rule 4(i) by doing each of the following:

a. **Service on the United States Attorney for the Northern District of California**

I caused to be served via Registered Process Server Copies to:

U.S. Attorney for the Northern District of California
Federal Building
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102

True and correct copies of the Declarations of Process Server showing service on

August 24, 2020 are attached hereto as **Attachment 1**.

b. **Mail Service on the Attorney General of the United States.**

On August 24, 2020, in compliance with the Federal Rules of Civil Procedure. I mailed the Copies to the Attorney General of the United States, addressed to:

William P. Barr
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001
*Certified Mail Receipt No. 7011 1570 0003 7115 0065*

I enclosed the Copies in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing via Certified Mail, Return Receipt Requested, following our ordinary business practices. I am readily familiar with the practice of Rosen Bien Galvan & Grunfeld LLP for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. A copy of the signed Certified Mail Return Receipt is attached hereto at **Attachment 2**.

c. **Mail service on an officer of the United States sued in their official capacity.**

On August 24, 2020, I mailed the Copies via certified mail to:

Donald J. Trump
President of the United States
1600 Pennsylvania Avenue NW
Washington, DC 20500
*Certified Mail Receipt No. 7011 1570 0003 7115 0119*

Wilbur Ross, Secretary of Commerce
U.S. Department of Commerce
1401 Constitution Ave NW
Washington, DC 20230
*Certified Mail Receipt No. 7011 1570 0003 7115 0102*

I enclosed the Copies in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing via Certified Mail, Return Receipt Requested, following our ordinary business practices. I am readily

familiar with the practice of Rosen Bien Galvan & Grunfeld LLP for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. Copies of the Certified Mail Receipts date stamped by the U.S. Postal Service and the signed Return Receipt addressed to Donald Trump are attached hereto at **Attachment 2**.

4. My name, address, and telephone number are:

Karen Stilber
Rosen Bien Galvan & Grunfeld LLP
101 Mission Street, Sixth Floor
San Francisco, CA 94105-1738
(415) 433-6830

5. I am not a registered California process server.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 6, 2020, at San Francisco, California.

Karen Stilber

# ATTACHMENT 1

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | *FOR COURT USE ONLY* |
|---|---|
| Michael W. Bien \| SBN: 96891<br>Rosen, Bien, Galvan & Grunfeld LLP<br>101 Mission Street, Sixth Floor San Francisco, CA 94105<br>TELEPHONE NO.: (415) 433-6830 \| FAX NO. \| E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff: | |
| **United States District Court**<br>STREET ADDRESS: 450 Golden Gate Avenue<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Francisco, CA 94102<br>BRANCH NAME: Northern District of California | |
| PLAINTIFF/PETITIONER: U.S. WECHAT USERS ALLIANCE, et al.<br>DEFENDANT/RESPONDENT: DONALD J. TRUMP, in his official capacity as President of the United States, and WILBUR ROSS, in his official capacity as Secretary of Commerce | CASE NUMBER:<br>20-CV-5910 LB |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>1696-1 |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND SETTING ADR DEADLINES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE AND CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; STANDING ORDER FOR UNITED STATES MAGISTRATE JUDGE LAUREL BEELER; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; PROCEDURES FOR TELEPHONE APPEARANCES; LAUREL BEELER EXHIBIT LIST; ECF REGISTRATION INFORMATION; CONSENTING TO THE JURISDICTION OF A US MAGISTRATE JUDGE**

PARTY SERVED: **DONALD J. TRUMP, in his official capacity as President of the United States**

PERSON SERVED: **Yvonne Nickerson - Receptionist, U.S. Attorney's Office, Authorized to Accept Service**

DATE & TIME OF DELIVERY: **8/24/2020**
**3:02 PM**

ADDRESS, CITY, AND STATE: **450 Golden Gate Avenue, 11th Floor**
**San Francisco, CA 94102**

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service: $ 60.00
County: San Francisco
Registration No.: 1401
Specialized Legal Services, Inc.
1112 Bryant St., Suite 200
San Francisco, CA 94103
(415) 357-0500
Ref: 1696-1

I declare under penalty of perjury under the laws of the The United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on August 24, 2020

Signature: [signature]
Sean Sprowl Mosley

**PROOF OF SERVICE**

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)
Michael W. Bien | SBN: 96891
Rosen, Bien, Galvan & Grunfeld LLP
101 Mission Street, Sixth Floor San Francisco, CA 94105

TELEPHONE NO.: (415) 433-6830 | FAX NO. | E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Plaintiff:

FOR COURT USE ONLY

**United States District Court**
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Northern District of California

PLAINTIFF/PETITIONER: U.S. WECHAT USERS ALLIANCE, et al.
DEFENDANT/RESPONDENT: DONALD J. TRUMP, in his official capacity as President of the United States, and WILBUR ROSS, in his official capacity as Secretary of Commerce

CASE NUMBER: 20-CV-5910 LB

**PROOF OF SERVICE**

Ref. No. or File No.: 1696-1

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND SETTING ADR DEADLINES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE AND CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; STANDING ORDER FOR UNITED STATES MAGISTRATE JUDGE LAUREL BEELER; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; PROCEDURES FOR TELEPHONE APPEARANCES; LAUREL BEELER EXHIBIT LIST; ECF REGISTRATION INFORMATION; CONSENTING TO THE JURISDICTION OF A US MAGISTRATE JUDGE**

PARTY SERVED: **WILBUR ROSS, in his official capacity as Secretary of Commerce**

PERSON SERVED: **Yvonne Nickerson - Receptionist, U.S. Attorney's Office, Authorized to Accept Service**

DATE & TIME OF DELIVERY: **8/24/2020**
**3:02 PM**

ADDRESS, CITY, AND STATE: **450 Golden Gate Avenue, 11th Floor**
**San Francisco, CA 94102**

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service: $ 30.00
County: San Francisco
Registration No.: 1401
Specialized Legal Services, Inc.
1112 Bryant St., Suite 200
San Francisco, CA 94103
(415) 357-0500
Ref: 1696-1

I declare under penalty of perjury under the laws of the The United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **August 24, 2020**

Signature: [signature]
Sean Sprowl Mosley

**PROOF OF SERVICE**

# ATTACHMENT 2

7011 1570 0003 7115 0065

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

Washington, DC 20530 OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $3.55 | 0019 13 |
| Certified Fee | $2.85 | |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 $0.00 $0.00 | RINCON STATION SF 94105 AUG 24 2020 USPS |
| Total Postage & Fees | $ $14.90 | 08/24/2020 |

$21.30

Sent To: Atty General of the U.S., US DOJ
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave NW
City, State, ZIP+4: Washington, DC 20530-0001

PS Form 3800, August 2006 See Reverse for Instructions

7011 1570 0003 7115 0102

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

Washington, DC 20230 OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $3.55 | 0019 13 |
| Certified Fee | $2.85 $0.00 | |
| Return Receipt Fee (Endorsement Required) | $0.00 $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | RINCON STATION SF 94105 AUG 24 2020 USPS |
| Total Postage & Fees | $ $3.40 | 08/24/2020 |

$9.80

Sent To: Wilbur Ross, Sec. of Commerce
Street, Apt. No.; or PO Box No.: 1401 Constitution Ave NW
City, State, ZIP+4: Washington DC 20230

PS Form 3800, August 2006 See Reverse for Instructions

7011 1570 0003 7115 0119

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

Washington, DC 20500 OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $3.55 | 0019 13 |
| Certified Fee | $2.85 $0.00 | |
| Return Receipt Fee (Endorsement Required) | $0.00 $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | RINCON STATION SF 94105 AUG 24 2020 USPS |
| Total Postage & Fees | $ $3.40 | 08/24/2020 |

$9.80

Sent To: Donald J. Trump, President
Street, Apt. No.; or PO Box No.: 1600 Pennsylvania Ave NW
City, State, ZIP+4: Washington DC 20500

PS Form 3800, August 2006 See Reverse for Instructions





**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

William P. Barr
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

9590 9402 4273 8121 3850 99

2. Article Number *(Transfer from service label)*

7011 1570 0003 7115 0065

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X [signature]

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

AUG 28 2020

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Donald J. Trump
President of the United States
1600 Pennsylvania Avenue NW
Washington, DC 20500

9590 9402 4273 8121 3950 36

2. Article Number *(Transfer from service label)*

7011 1570 0003 7115 0119

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X [signature]

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery [handwritten]

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED

SEP 4 REC'D

MSOD MAIL OPERATION

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

ALERT: STAY UPDATED ON POST OFFICE CLOSURES AND SERVICE DISRUPTIONS DUE TO S...

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70111570000371150102

Remove X

Your item was delivered to an individual at the address at 6:21 am on August 31, 2020 in WASHINGTON, DC 20230.

## Delivered

August 31, 2020 at 6:21 am
Delivered, Left with Individual
WASHINGTON, DC 20230

**Get Updates**

Feedback

**Text & Email Updates**

**Tracking History**

**Product Information**

**See Less**

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

## FAQs

Feedback

ALERT: STAY UPDATED ON POST OFFICE CLOSURES AND SERVICE DISRUPTIONS DUE TO S...

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70111570000371150119

Remove ×

Your item was delivered at 3:45 am on September 1, 2020 in WASHINGTON, DC 20500.

## Delivered

September 1, 2020 at 3:45 am
Delivered
WASHINGTON, DC 20500

**Get Updates**

Feedback

**Text & Email Updates**

**Tracking History**

**Product Information**

**See Less**

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

## FAQs

Feedback