# EXHIBIT B

| | |
|---|---|
| **From:** | Orloff, Serena M (CIV) |
| **To:** | Van Swearingen; Drezner, Michael L. (CIV); Robinson, Stuart J. (CIV) |
| **Cc:** | Michael W. Bien; Clay Zhu; Angus Ni; Thomas Burke; Gossett, David; Orloff, Serena M (CIV); Powell, Amy (CIV) |
| **Subject:** | RE: U.S. WeChat Users Alliance v. Trump - classified materials [IWOV-DMS.FID71398] |
| **Date:** | Friday, October 02, 2020 10:34:11 AM |

Van,

I apologize I was not able to send this response earlier. We are not sure what you have in mind when you say "proffer," but the unclassified description of the threat posed by WeChat is already reflected in detail in the Secretary's decision memo. We did not submit any classified briefing, and we are not aware of any authority that would require an unclassified proffer or summary regarding classified information in these circumstances, nor do I know whether it would even be possible to describe the ODNI assessment in unclassified terms that differ meaningfully from the materials you already have. I note that the Secretary's decision memorandum and accompanying appendices set forth hundreds of pages unclassified information regarding the threat and the basis for the Secretary's determinations.

If you would like to discuss further, please let me know (though I would appreciate if we could have that conversation after our Tuesday reply deadline, if possible).

Thank you,
Serena

**From:** Van Swearingen <​​​​​​​​​​​​​​​​​​​​​>
**Sent:** Wednesday, September 30, 2020 3:05 PM
**To:** Orloff, Serena M (CIV) <​​​​​​​​​​​​​​​​​>; Drezner, Michael L. (CIV) <​​​​​​​​​​​​​​​​​>; Robinson, Stuart J. (CIV) <​​​​​​​​​​​​​​​​​​​​​>
**Cc:** Michael W. Bien <​​​​​​​​​​​​​​​>; Clay Zhu <​​​​​​​​​​​​​​​​​>; Angus Ni <​​​​​​​​​​​​​​​​​>; Thomas Burke <​​​​​​​​​​​​​​​​​​​​​>; Gossett, David <​​​​​​​​​​​​​​​​​>
**Subject:** U.S. WeChat Users Alliance v. Trump - classified materials [IWOV-DMS.FID71398]

Serena,
We would appreciate a proffer from Defendants as to what the classified materials tend to show. Is there any summary or description of the classified materials that you can provide to us other than what is in Defendants' motion and supporting Costello declaration? Thank you,
Van

Van Swearingen



101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)

(415) 433-7104 (fax)
VSwearingen@rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.
IRS CIRCULAR 230 NOTICE:  As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.