| | |
|---|---|
| MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>VAN SWEARINGEN – 259809<br>BENJAMIN BIEN-KAHN – 267933<br>ALEXANDER GOURSE – 321631<br>AMY XU – 330707<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830<br>Facsimile: (415) 433-7104<br>Email: mbien@rbgg.com<br>egalvan@rbgg.com<br>vswearingen@rbgg.com<br>bbien-kahn@rbgg.com<br>agourse@rbgg.com<br>axu@rbgg.com<br><br>KELIANG (CLAY) ZHU – 305509<br>DEHENG LAW OFFICES PC<br>7901 Stoneridge Drive #208<br>Pleasanton, California 94588<br>Telephone: (925) 399-5856<br>Facsimile: (925) 397-1976<br>Email: czhu@dehengsv.com<br><br>ANGUS F. NI – Admitted *Pro Hac Vice*<br>AFN LAW PLLC<br>502 Second Avenue, Suite 1400<br>Seattle, Washington 98104<br>Telephone: (773) 543-3223<br>Email: angus@afnlegal.com | THOMAS R. BURKE – 141930<br>DAVIS WRIGHT TREMAINE LLP<br>505 Montgomery Street, Suite 800<br>San Francisco, California 94111-6533<br>Telephone: (415) 276-6500<br>Facsimile: (415) 276-6599<br>Email: thomasburke@dwt.com<br><br>DAVID M. GOSSETT – Admitted *Pro Hac Vice*<br>DAVIS WRIGHT TREMAINE LLP<br>1301 K Street N.W., Suite 500 East<br>Washington, D.C. 20005-3366<br>Telephone: (202) 973-4216<br>Facsimile: (202) 973-4499<br>Email: davidgossett@dwt.com<br><br>JOHN M. BROWNING – *Pro Hac Vice*<br>  forthcoming<br>DAVIS WRIGHT TREMAINE LLP<br>1251 Avenue of the Americas, 21st Floor<br>New York, New York 10020-1104<br>Telephone: (212) 603-6410<br>Facsimile: (212) 483-8340<br>Email: jackbrowning@dwt.com |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE, CHIHUO INC., BRENT COULTER, FANGYI DUAN, JINNENG BAO, ELAINE PENG, and XIAO ZHANG,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, and WILBUR ROSS, in his official capacity as Secretary of Commerce,<br><br>　　　　Defendants. | Case No. 3:20-cv-05910-LB<br><br>**PROOF OF SERVICE**<br><br>Judge:　Hon. Laurel Beeler<br><br>Trial Date:　None Set |

# PROOF OF SERVICE

**STATE OF , COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of . My business address is 101 Mission Street, Sixth Floor, San Francisco, CA 94105-1738.

On October 8, 2020, I served true copies of the following document(s) described as:

**Unredacted Version of DECLARATION OF VAN SWEARINGEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STAY PENDING APPEAL**

on the interested parties in this action as follows:

**Attorneys for Defendants**

Serena M. Orloff
Michael L. Drezner
U.S. Department of Justice
Civil Division, Federal Programs Branch
Serena.M.Orloff@usdoj.gov
Michael.L.Drezner@usdoj.gov

Stuart J. Robinson
U.S. Department of Justice
Civil Division, Federal Programs Branch
stuart.j.robinson@usdoj.gov

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address kstilber@rbgg.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 8, 2020, at San Francisco, California.

*/s/Karen Stilber*
Karen Stilber