| | |
|---|---|
| MICHAEL W. BIEN – 096891 | THOMAS R. BURKE – 141930 |
| ERNEST GALVAN – 196065 | DAVIS WRIGHT TREMAINE LLP |
| VAN SWEARINGEN – 259809 | 505 Montgomery Street, Suite 800 |
| BENJAMIN BIEN-KAHN – 267933 | San Francisco, California 94111-6533 |
| ALEXANDER GOURSE – 321631 | Telephone: (415) 276-6500 |
| AMY XU – 330707 | Facsimile: (415) 276-6599 |
| ROSEN BIEN | Email: thomasburke@dwt.com |
| GALVAN & GRUNFELD LLP | |
| 101 Mission Street, Sixth Floor | DAVID M. GOSSETT – Admitted *Pro Hac Vice* |
| San Francisco, California 94105-1738 | DAVIS WRIGHT TREMAINE LLP |
| Telephone: (415) 433-6830 | 1301 K Street N.W., Suite 500 East |
| Facsimile: (415) 433-7104 | Washington, D.C. 20005-3366 |
| Email: mbien@rbgg.com | Telephone: (202) 973-4216 |
| egalvan@rbgg.com | Facsimile: (202) 973-4499 |
| vswearingen@rbgg.com | Email: davidgossett@dwt.com |
| bbien-kahn@rbgg.com | |
| agourse@rbgg.com | JOHN M. BROWNING – *Pro Hac Vice* |
| axu@rbgg.com | forthcoming |
| | DAVIS WRIGHT TREMAINE LLP |
| KELIANG (CLAY) ZHU – 305509 | 1251 Avenue of the Americas, 21st Floor |
| DEHENG LAW OFFICES PC | New York, New York 10020-1104 |
| 7901 Stoneridge Drive #208 | Telephone: (212) 603-6410 |
| Pleasanton, California 94588 | Facsimile: (212) 483-8340 |
| Telephone: (925) 399-5856 | Email: jackbrowning@dwt.com |
| Facsimile: (925) 397-1976 | |
| Email: czhu@dehengsv.com | |

ANGUS F. NI – Admitted *Pro Hac Vice*
AFN LAW PLLC
502 Second Avenue, Suite 1400
Seattle, Washington 98104
Telephone: (773) 543-3223
Email: angus@afnlegal.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE, CHIHUO INC., BRENT COULTER, FANGYI DUAN, JINNENG BAO, ELAINE PENG, and XIAO ZHANG,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, and WILBUR ROSS, in his official capacity as Secretary of Commerce,<br><br>Defendants. | Case No. 3:20-cv-05910-LB<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL**<br><br>Judge: Hon. Laurel Beeler<br><br>Trial Date: None Set |

[3626401.1]

Case No. 3:20-cv-05910-LB

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL

# [PROPOSED] ORDER

Pursuant to Northern District Civil Local Rules 79-5 and 7-11, the Court, having reviewed Plaintiffs' Administrative Motion for Leave to File Under Seal ("Motion"), the Memorandum of Points and Authorities, and the Declarations of Michael W. Bien and Van Swearingen in support thereof, and compelling reasons to seal having been shown, hereby issues the following order:

It is hereby ORDERED that the Declaration of Van Swearingen and attached exhibit to this declaration shall be filed under seal to prevent the disclosure of confidential business information. Defendants do not oppose the Motion, and the request to seal has been narrowly tailored to seek sealing of sealable information only. *See* N.D. Cal. Civ. L.R. 79-5(b). Plaintiffs have e-filed and lodged unredacted versions of the declaration and attached exhibit with the Clerk of the Court and will serve an electronic copy of all such documents on Defendants' counsel.

DATED: _____, 2020

Honorable Laurel Beeler
United States Magistrate Judge