| | |
|---|---|
| MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>VAN SWEARINGEN – 259809<br>BENJAMIN BIEN-KAHN – 267933<br>ALEXANDER GOURSE – 321631<br>AMY XU – 330707<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830<br>Facsimile: (415) 433-7104<br>Email: mbien@rbgg.com<br>egalvan@rbgg.com<br>vswearingen@rbgg.com<br>bbien-kahn@rbgg.com<br>agourse@rbgg.com<br>axu@rbgg.com | THOMAS R. BURKE – 141930<br>DAVIS WRIGHT TREMAINE LLP<br>505 Montgomery Street, Suite 800<br>San Francisco, California 94111-6533<br>Telephone: (415) 276-6500<br>Facsimile: (415) 276-6599<br>Email: thomasburke@dwt.com<br><br>DAVID M. GOSSETT – Admitted *Pro Hac Vice*<br>DAVIS WRIGHT TREMAINE LLP<br>1301 K Street N.W., Suite 500 East<br>Washington, D.C. 20005-3366<br>Telephone: (202) 973-4216<br>Facsimile: (202) 973-4499<br>Email: davidgossett@dwt.com<br><br>JOHN M. BROWNING – *Pro Hac Vice*<br>forthcoming<br>DAVIS WRIGHT TREMAINE LLP<br>1251 Avenue of the Americas, 21st Floor<br>New York, New York 10020-1104<br>Telephone: (212) 603-6410<br>Facsimile: (212) 483-8340<br>Email: jackbrowning@dwt.com |
| KELIANG (CLAY) ZHU – 305509<br>DEHENG LAW OFFICES PC<br>7901 Stoneridge Drive #208<br>Pleasanton, California 94588<br>Telephone: (925) 399-5856<br>Facsimile: (925) 397-1976<br>Email: czhu@dehengsv.com | |

ANGUS F. NI – Admitted *Pro Hac Vice*
AFN LAW PLLC
502 Second Avenue, Suite 1400
Seattle, Washington 98104
Telephone: (773) 543-3223
Email: angus@afnlegal.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE, CHIHUO INC., BRENT COULTER, FANGYI DUAN, JINNENG BAO, ELAINE PENG, and XIAO ZHANG,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, and WILBUR ROSS, in his official capacity as Secretary of Commerce,<br><br>    Defendants. | Case No. 3:20-cv-05910-LB<br><br>**[REDACTED] DECLARATION OF VAN SWEARINGEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STAY PENDING APPEAL**<br><br>Date: October 15, 2020<br>Time: 9:30 a.m.<br>Crtrm.: Remote<br>Judge: Hon. Laurel Beeler<br>Trial Date: None Set |

| | |
|---|---|
| 1 | 1. I am an attorney duly admitted to practice before this Court. I am a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Stay Pending Appeal. |

1. I am an attorney duly admitted to practice before this Court. I am a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Stay Pending Appeal.

2. Attached as **Exhibit A** is a true and correct copy of Appendix I to Defendants' Decision Memo, *see* Ex. A to Decl. of John Costello, ECF No. 76-1, which Defendants' counsel provided to me on September 30, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 8th day of October, 2020.

*/s/ Van Swearingen*
Van Swearingen

# Exhibit A
# FILED UNDER SEAL