1   MICHAEL W. BIEN – 096891
    ERNEST GALVAN – 196065
2   VAN SWEARINGEN – 259809
    BENJAMIN BIEN-KAHN – 267933
3   ALEXANDER GOURSE – 321631
    AMY XU – 330707
4   ROSEN BIEN
    GALVAN & GRUNFELD LLP
5   101 Mission Street, Sixth Floor
    San Francisco, California  94105-1738
6   Telephone:     (415) 433-6830
    Facsimile:     (415) 433-7104
7   Email:         mbien@rbgg.com
                   egalvan@rbgg.com
8                  vswearingen@rbgg.com
                   bbien-kahn@rbgg.com
9                  agourse@rbgg.com
                   axu@rbgg.com
10
    KELIANG (CLAY) ZHU – 305509
11  DEHENG LAW OFFICES PC
    7901 Stoneridge Drive #208
12  Pleasanton, California  94588
    Telephone:     (925) 399-5856
13  Facsimile:     (925) 397-1976
    Email:         czhu@dehengsv.com
14
    ANGUS F. NI – Admitted *Pro Hac Vice*
15  AFN LAW PLLC
    502 Second Avenue, Suite 1400
16  Seattle, Washington  98104
    Telephone:     (773) 543-3223
17  Email:         angus@afnlegal.com

18  Attorneys for Plaintiffs

THOMAS R. BURKE – 141930
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111-6533
Telephone:     (415) 276-6500
Facsimile:     (415) 276-6599
Email:         thomasburke@dwt.com

DAVID M. GOSSETT – Admitted *Pro Hac Vice*
DAVIS WRIGHT TREMAINE LLP
1301 K Street N.W., Suite 500 East
Washington, D.C.  20005-3366
Telephone:     (202) 973-4216
Facsimile:     (202) 973-4499
Email:         davidgossett@dwt.com

JOHN M. BROWNING – *Pro Hac Vice*
  forthcoming
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York  10020-1104
Telephone:     (212) 603-6410
Facsimile:     (212) 483-8340
Email:         jackbrowning@dwt.com

19              UNITED STATES DISTRICT COURT

20      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| 21  U.S. WECHAT USERS ALLIANCE, CHIHUO INC., BRENT COULTER, 22  FANGYI DUAN, JINNENG BAO, ELAINE PENG, and XIAO ZHANG, 23                 Plaintiffs, 24              v. 25  DONALD J. TRUMP, in his official capacity as President of the United States, and 26  WILBUR ROSS, in his official capacity as Secretary of Commerce, 27                 Defendants. | Case No. 3:20-cv-05910-LB  **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL**  Judge:   Hon. Laurel Beeler  Trial Date:       None Set |

28

[3626401.1]                                                    Case No. 3:20-cv-05910-LB
        [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL

**[~~PROPOSED~~] ORDER**

Pursuant to Northern District Civil Local Rules 79-5 and 7-11, the Court, having reviewed Plaintiffs' Administrative Motion for Leave to File Under Seal ("Motion"), the Memorandum of Points and Authorities, and the Declarations of Michael W. Bien and Van Swearingen in support thereof, and compelling reasons to seal having been shown, hereby issues the following order:

It is hereby ORDERED that the Declaration of Van Swearingen and attached exhibit to this declaration shall be filed under seal to prevent the disclosure of confidential business information.  Defendants do not oppose the Motion, and the request to seal has been narrowly tailored to seek sealing of sealable information only.  *See* N.D. Cal. Civ. L.R. 79-5(b).  Plaintiffs have e-filed and lodged unredacted versions of the declaration and attached exhibit with the Clerk of the Court and will serve an electronic copy of all such documents on Defendants' counsel.

DATED: _____October 19_____, 2020 

_____
Honorable Laurel Beeler
United States Magistrate Judge