JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
JOHN V. COGHLAN
Deputy Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
Assistant Branch Director
SERENA M. ORLOFF
MICHAEL DREZNER
STUART J. ROBINSON
AMY POWELL
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Ben Franklin Station, P.O. Box No. 883
Washington, DC 20044
Phone: (202) 305-0167
Fax: (202) 616-8470
E-mail: serena.m.orloff@usdoj.gov

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE, *et al.*, | Case No. 3:20-cv-05910-LB |
| Plaintiffs, | **DEFENDANTS' NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| DONALD J. TRUMP, President of the United States, and WILBUR ROSS, Secretary of Commerce, | |
| Defendants. | |

*U.S. WeChat Users Alliance, et al. v. Trump, et al.*, Case No. 3:20-cv-05910-LB
Defendants' Administrative Motion to File Under Seal

## NOTICE OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL

PLEASE TAKE NOTICE that Defendants Donald J. Trump, President of the United States, and Wilbur Ross, in his official capacity as Secretary of Commerce, by and through undersigned counsel, hereby move to file under seal portions of the accompanying declaration of John Costello.  This Administrative Motion is filed pursuant to Northern District of California Civil Local Rule 7-11 and 79-5 and is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the accompanying declaration of Serena M. Orloff, and the entire record herein.

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Civil Local Rule 79-5, Defendants respectfully submit this Administrative Motion to File Under Seal portions of the accompanying Declaration of John Costello and Exhibit A thereto, which is the Decision Memorandum prepared by the Department of Commerce in connection with Secretary Ross's Identification of Prohibited Transactions pursuant to Executive Order 13943.  Pursuant to an agreement among Defendants' counsel, Plaintiffs' counsel, and third-party Tencent Inc., the parties have agreed to protect certain sensitive and sealable information provided by Tencent in response to an administrative subpoena served by the Department of Commerce.  Portions of Mr. Costello's declaration and accompanying Decision Memorandum include such information.  Defendants are concurrently filing an unredacted version of the Costello Declaration and accompanying Decision Memorandum, in conformance with Civil Local Rule 79-5(d)(1)(C) and (D), and will provide courtesy copies of the same documents to the Court, in conformity with Civil Local Rule 79-5(d)(2).  Plaintiffs do not oppose this Administrative Motion.

**I.     THERE IS GOOD CAUSE TO SEAL THE REQUESTED INFORMATION**

The Court may seal documents "only upon a request that establishes that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law."  Civ. L.R. 79-5(b).  Ordinarily, the party seeking to file under seal must

*U.S. WeChat Users Alliance, et al. v. Trump, et al.*, Case No. 3:20-cv-05910-LB
Defendants' Administrative Motion to File Under Seal

1

demonstrate "compelling reasons" for limiting public access to court records. *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096-97 (9th Cir. 2016). Where the evidence is attached to a non-dispositive motion, however, the less demanding "good cause" standard from Rule 26(c) of the Federal Rules of Civil Procedure applies. *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179-80 (9th Cir. 2006). The good cause standard applies to documents related to a motion for preliminary injunction. *See Jam Cellars, Inc. v. Wine Grp. LLC*, No. 19-cv-01878-HSG, 2020 WL 5576346, at *2 (N.D. Cal. Sept. 17, 2020).

"'Confidential business information' in the form of 'license agreements, financial terms, details of confidential licensing negotiations, and business strategies' satisfies the 'compelling reasons' standard." *Jam Cellars*, 2020 WL 5576346, at *1 (quoting *In re Qualcomm Litig.*, No. 3:17-cv-0108, 2017 WL 5176922, at *2 (S.D. Cal. Nov. 8, 2017)). *See also MMI, Inc. v. Baja, Inc.*, 743 F. Supp. 2d 1101, 1105-06 (D. Ariz. 2010) (finding compelling reasons to seal a licensing agreement). Agreements with third parties containing confidentiality clauses related to confidential business information similarly satisfy the "compelling reasons" standard. *See Finisar Corp. v. Nistica, Inc.*, No. 13-cv-03345, 2015 WL 3988132, at *5 (N.D. Cal, June 30, 2015).

The portions of the accompanying declaration and attachment sought to be redacted consist of business information that non-party Tencent Inc. designated as confidential business information when it produced such information in response to an administrative subpoena served by the Department of Commerce. "Courts regularly find that litigants may file under seal" documents "that contain propriety and confidential business information" of third parties. *Finisar Corp.*, 2015 WL 3988132, at *5. This Court has already granted a motion to seal with respect to similarly-designated confidential business information of Tencent. *See* ECF No. 92.

## II.   CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court grant the Administrative Motion to File Under Seal and adopt the Proposed Order Granting the Motion.

*U.S. WeChat Users Alliance, et al. v. Trump, et al.*, Case No. 3:20-cv-05910-LB
Defendants' Administrative Motion to File Under Seal

Dated: October 19, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

JOHN V. COGHLAN
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

DIANE KELLEHER
Assistant Branch Director

<u>/s/  Serena M. Orloff</u>
SERENA M. ORLOFF
MICHAEL DREZNER
STUART J. ROBINSON
AMY POWELL
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Ben Franklin Station, P.O. Box No. 883
Washington, DC 20044
Phone: (202) 305-0167
Fax: (202) 616-8470
E-mail: serena.m.orloff@usdoj.gov

*Counsel for Defendants*

*U.S. WeChat Users Alliance, et al. v. Trump, et al.*, Case No. 3:20-cv-05910-LB
Defendants' Administrative Motion to File Under Seal

3