JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
JOHN V. COGHLAN
Deputy Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
Assistant Branch Director
SERENA M. ORLOFF
MICHAEL DREZNER
STUART J. ROBINSON
AMY POWELL
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Ben Franklin Station, P.O. Box No. 883
Washington, DC 20044
Phone: (202) 305-0167
Fax: (202) 616-8470
E-mail: serena.m.orloff@usdoj.gov
*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States, and WILBUR ROSS, Secretary of Commerce, <br><br> Defendants. | Case No. 3:20-cv-05910-LB <br><br> **DECLARATION OF SERENA ORLOFF IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br><br> Judge: Hon. Laurel Beeler |

I, Serena Orloff, declare as follows:

1. I am a Trial Attorney and attorney of record for Defendants in this action. I make this declaration in support of Defendants' Administrative Motion to File Under Seal certain portions of the Declaration of John Costello and accompanying Decision Memorandum.

2. Mr. Costello's declaration and the accompanying Decision Memorandum contain information that was produced by non-party Tencent Inc. in response to an administrative subpoena

served by the Department of Commerce. The information at issue pertains to Tencent's business arrangements and was designated by Tencent as confidential business information. It has been disclosed to the attorneys for Plaintiffs, with Tencent's permission, pursuant to an "attorneys' eyes only" designation. The parties are presently negotiating a stipulated protective order to govern this information.

3. On October 19, 2020, I contacted counsel for Plaintiffs to inquire whether they opposed this administrative motion to seal. Michael Bien, of Rosen Bien Galvan & Grunfeld LLP, stated that Plaintiffs do not oppose the motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 19, 2020, at Washington, District of Columbia.

Respectfully submitted,

/s/ *Serena M. Orloff*
SERENA ORLOFF

Orloff Declaration in Supp. of Defs.' Adm. Motion to File Under Seal
Case No. 20-5910-LB