IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　　　　v.<br><br>DONALD J. TRUMP, President of the United States, and WILBUR ROSS, Secretary of Commerce,<br><br>　　　　Defendants. | Case No. 3:20-cv-05910-LB |

## [PROPOSED] ORDER

This matter comes before the Court on Defendants' Administrative Motion to File Under Seal portions of the declaration of John Costello and accompanying Decision Memorandum. Upon consideration of Defendants' motion and of all materials submitted in relation thereto, it is hereby

ORDERED, that Defendants' motion is GRANTED.

IT IS SO ORDERED.

Date:_____　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge