UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 26 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as the President of the United States; WILBUR ROSS, in his official capacity as Secretary of Commerce, <br><br> Defendants-Appellants. | No.   20-16908 <br><br> D.C. No. 3:20-cv-05910-LB <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before:  W. FLETCHER, BERZON, and BYBEE, Circuit Judges.

Appellants' motion (Docket Entry No. 5) to stay the district court's September 19, 2020 order pending appeal is denied.  On the record before us, Appellants have not demonstrated that they will suffer an imminent, irreparable injury during the pendency of this appeal, which is being expedited.  *See Nken v. Holder*, 556 U.S. 418, 425–26 (2009).

Appellees' motions to file under seal (Docket Entry Nos. 17 and 21) are granted.  The Clerk shall maintain under seal the sealed supplemental addendum and district court's unredacted order (Docket Entry Nos. 17-2 and 21-2).

The existing briefing schedule remains in place.  No streamlined extensions of time will be approved.  *See* 9th Cir. R. 31-2.2(a)(1).  No written motions for

extensions of time under Ninth Circuit Rule 31-2.2(b) will be granted absent extraordinary and compelling circumstances.

The Clerk shall place this case on the January 2021 calendar.  *See* 9th Cir. Gen. Order 3.3(g).