| | |
|---|---|
| MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>VAN SWEARINGEN – 259809<br>BENJAMIN BIEN-KAHN – 267933<br>ALEXANDER GOURSE – 321631<br>AMY XU – 330707<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:   (415) 433-6830<br>Facsimile:    (415) 433-7104<br>Email:           mbien@rbgg.com<br>                      egalvan@rbgg.com<br>                      vswearingen@rbgg.com<br>                      bbien-kahn@rbgg.com<br>                      agourse@rbgg.com<br>                      axu@rbgg.com<br><br>KELIANG (CLAY) ZHU – 305509<br>DEHENG LAW OFFICES PC<br>7901 Stoneridge Drive #208<br>Pleasanton, California  94588<br>Telephone:   (925) 399-5856<br>Facsimile:    (925) 397-1976<br>Email:           czhu@dehengsv.com<br><br>ANGUS F. NI – Admitted *Pro Hac Vice*<br>AFN LAW PLLC<br>502 Second Avenue, Suite 1400<br>Seattle, Washington  98104<br>Telephone:   (773) 543-3223<br>Email:           angus@afnlegal.com | THOMAS R. BURKE – 141930<br>DAVIS WRIGHT TREMAINE LLP<br>505 Montgomery Street, Suite 800<br>San Francisco, California  94111-6533<br>Telephone:   (415) 276-6500<br>Facsimile:    (415) 276-6599<br>Email:           thomasburke@dwt.com<br><br>DAVID M. GOSSETT – Admitted *Pro Hac Vice*<br>DAVIS WRIGHT TREMAINE LLP<br>1301 K Street N.W., Suite 500 East<br>Washington, D.C.  20005-3366<br>Telephone:   (202) 973-4216<br>Facsimile:    (202) 973-4499<br>Email:           davidgossett@dwt.com<br><br>JOHN M. BROWNING – *Pro Hac Vice*<br>   forthcoming<br>DAVIS WRIGHT TREMAINE LLP<br>1251 Avenue of the Americas, 21st Floor<br>New York, New York  10020-1104<br>Telephone:   (212) 603-6410<br>Facsimile:    (212) 483-8340<br>Email:           jackbrowning@dwt.com |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE, CHIHUO INC., BRENT COULTER, FANGYI DUAN, JINNENG BAO, ELAINE PENG, and XIAO ZHANG,<br><br>          Plaintiffs,<br><br>     v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, and WILBUR ROSS, in his official capacity as Secretary of Commerce,<br><br>          Defendants. | Case No. 3:20-cv-05910-LB<br><br>**STIPULATION AND [PROPOSED] ORDER RE SEALED MATERIALS**<br><br>Judge:     Hon. Laurel Beeler<br><br>Trial Date:            None Set |

In connection with its October 23, 2020 Order Denying Motion to Stay ("Order"), the Court instructed the parties to file a joint statement regarding the redaction and sealing of information related to Tencent's mitigation proposal.  *See* ECF 105.  Because the sealed material in the Court's Order reflects information that was designated by Tencent as confidential business information when submitted to the Department of Commerce, the parties would like to give Tencent through its outside counsel an opportunity to provide the parties with its position on the issues raised by the Court and, if necessary, to defend any equities in sealing on its own accord.  In furtherance of this goal, the parties stipulate to: (1) sharing with Tencent the Court's sealed Order Denying Motion to Stay (ECF 104); and (2) extending the time for the parties to file their joint statement responsive to the Court's request until noon (PST) on Tuesday, November 3, 2020.

DATED:  October 26, 2020                    Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By:  */s/ Michael W. Bien*
           Michael W. Bien

Attorneys for Plaintiffs

| | |
|---|---|
| DATED: October 26, 2020 | UNITED STATES DEPARTMENT OF JUSTICE CIVIL DIVISION, FEDERAL PROGRAMS BRANCH |
| | |
| | JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General |
| | JOHN V. COGHLAN<br>Deputy Assistant Attorney General |
| | ALEXANDER K. HAAS<br>Branch Director |
| | DIANE KELLEHER<br>Assistant Branch Director |
| | By:   */s/ Serena M. Orloff*<br>    SERENA M. ORLOFF<br>    MICHAEL DREZNER<br>    STUART J. ROBINSON<   >    AMY E. POWELL<br>    Attorneys |
| | Attorneys for Defendants |

**FILER'S ATTESTATION**

As required by Local Rule 5-1(i)(3), I, Michael W. Bien, attest that I obtained concurrence in the filing of this document from Serena M. Orloff, and that I have maintained records to support this concurrence.

DATED: October 26, 2020     */s/ Michael W. Bien*
                                                              Michael W. Bien

PURSUANT TO STIPULATION, IT SO ORDERED.

DATED: _____     _____
                                                              Hon. Laurel Beeler
                                                              United States District/Magistrate Judge