| | |
|---|---|
| MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>VAN SWEARINGEN – 259809<br>BENJAMIN BIEN-KAHN – 267933<br>ALEXANDER GOURSE – 321631<br>AMY XU – 330707<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:     (415) 433-6830<br>Facsimile:      (415) 433-7104<br>Email:            mbien@rbgg.com<br>                      egalvan@rbgg.com<br>                      vswearingen@rbgg.com<br>                      bbien-kahn@rbgg.com<br>                      agourse@rbgg.com<br>                      axu@rbgg.com<br><br>KELIANG (CLAY) ZHU – 305509<br>DEHENG LAW OFFICES PC<br>7901 Stoneridge Drive #208<br>Pleasanton, California  94588<br>Telephone:     (925) 399-5856<br>Facsimile:      (925) 397-1976<br>Email:            czhu@dehengsv.com<br><br>ANGUS F. NI – Admitted *Pro Hac Vice*<br>AFN LAW PLLC<br>502 Second Avenue, Suite 1400<br>Seattle, Washington  98104<br>Telephone:     (773) 543-3223<br>Email:            angus@afnlegal.com | THOMAS R. BURKE – 141930<br>DAVIS WRIGHT TREMAINE LLP<br>505 Montgomery Street, Suite 800<br>San Francisco, California  94111-6533<br>Telephone:     (415) 276-6500<br>Facsimile:      (415) 276-6599<br>Email:            thomasburke@dwt.com<br><br>DAVID M. GOSSETT – Admitted *Pro Hac Vice*<br>DAVIS WRIGHT TREMAINE LLP<br>1301 K Street N.W., Suite 500 East<br>Washington, D.C.  20005-3366<br>Telephone:     (202) 973-4216<br>Facsimile:      (202) 973-4499<br>Email:            davidgossett@dwt.com<br><br>JOHN M. BROWNING – *Pro Hac Vice*<br>   forthcoming<br>DAVIS WRIGHT TREMAINE LLP<br>1251 Avenue of the Americas, 21st Floor<br>New York, New York  10020-1104<br>Telephone:     (212) 603-6410<br>Facsimile:      (212) 483-8340<br>Email:            jackbrowning@dwt.com |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE, CHIHUO INC., BRENT COULTER, FANGYI DUAN, JINNENG BAO, ELAINE PENG, and XIAO ZHANG,<br><br>            Plaintiffs,<br><br>      v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, and WILBUR ROSS, in his official capacity as Secretary of Commerce,<br><br>            Defendants. | Case No. 3:20-cv-05910-LB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE SEALED MATERIALS**<br><br>Judge:     Hon. Laurel Beeler<br><br>Trial Date:          None Set |

1         In connection with its October 23, 2020 Order Denying Motion to Stay ("Order"),
2   the Court instructed the parties to file a joint statement regarding the redaction and sealing
3   of information related to Tencent's mitigation proposal.  *See* ECF 105.  Because the sealed
4   material in the Court's Order reflects information that was designated by Tencent as
5   confidential business information when submitted to the Department of Commerce, the
6   parties would like to give Tencent through its outside counsel an opportunity to provide the
7   parties with its position on the issues raised by the Court and, if necessary, to defend any
8   equities in sealing on its own accord.  In furtherance of this goal, the parties stipulate to:
9   (1) sharing with Tencent the Court's sealed Order Denying Motion to Stay (ECF 104); and
10  (2) extending the time for the parties to file their joint statement responsive to the Court's
11  request until noon (PST) on Tuesday, November 3, 2020.

13  DATED:  October 26, 2020          Respectfully submitted,

                                            ROSEN BIEN GALVAN & GRUNFELD LLP

                                            By:  */s/ Michael W. Bien*
                                                Michael W. Bien

                                            Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | DATED: October 26, 2020 | UNITED STATES DEPARTMENT OF JUSTICE |
| 2 | | CIVIL DIVISION, FEDERAL PROGRAMS BRANCH |
| 3 | | JEFFREY BOSSERT CLARK |
| 4 | | Acting Assistant Attorney General |
| 5 | | JOHN V. COGHLAN |
| | | Deputy Assistant Attorney General |
| 6 | | ALEXANDER K. HAAS |
| 7 | | Branch Director |
| 8 | | DIANE KELLEHER |
| | | Assistant Branch Director |

By: */s/ Serena M. Orloff*
　　SERENA M. ORLOFF
　　MICHAEL DREZNER
　　STUART J. ROBINSON
　　AMY E. POWELL
　　Attorneys

Attorneys for Defendants

## FILER'S ATTESTATION

As required by Local Rule 5-1(i)(3), I, Michael W. Bien, attest that I obtained concurrence in the filing of this document from Serena M. Orloff, and that I have maintained records to support this concurrence.

DATED: October 26, 2020　　　*/s/ Michael W. Bien*
　　　　　　　　　　　　　　　　Michael W. Bien

PURSUANT TO STIPULATION, IT SO ORDERED.

DATED: October 27, 2020　　　_____
　　　　　　　　　　　　　　　　Hon. Laurel Beeler
　　　　　　　　　　　　　　　　United States District/Magistrate Judge