JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
JOHN V. COGHLAN
Deputy Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
Assistant Branch Director
SERENA M. ORLOFF
MICHAEL DREZNER
STUART J. ROBINSON
AMY POWELL
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Ben Franklin Station, P.O. Box No. 883
Washington, DC 20044
Phone: (202) 305-0167
Fax: (202) 616-8470
E-mail: serena.m.orloff@usdoj.gov
*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States, and WILBUR ROSS, Secretary of Commerce, <br><br> Defendants. | Case No. 3:20-cv-05910-LB <br><br> **STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO CONTINUE CMC AND EXTEND DEADLINES** |

## STIPULATION

Pursuant to United States District Court, Northern District of California Local Rules 6-2, 7-11, and 7-12, Plaintiffs U.S. WeChat Users Alliance ("USWUA"), Chihuo, Inc., Brent Coulter, Fangyi Duan, Jinneng Bao, Elaine Peng, and Xiao Zhang (collectively, "Plaintiffs"), and Defendants President Donald Trump and Secretary Wilbur Ross (collectively "Defendants"), hereby file this Stipulation to continue the Case Management Conference currently set for November 19, 2020 for two weeks, and otherwise extend the deadlines set by the Order dated August 24, 2020. *See* ECF No. 4 ("Order").

WHEREAS, in the Order, the Court set an Initial Case Management Conference for November 19, 2020, and set deadlines as follows: by October 29, 2020, counsel for the parties are to meet and confer under Fed. R. Civ. P. 26(f) and file an ADR certification; by November 12, 2020, the parties are to file a 26(f) report; and the Order provides that these other deadlines will be extended commensurately if the CMC is continued;

WHEREAS, on September 19, 2020, this Court granted Plaintiffs' Motion for a Preliminary Injunction, ECF No. 59; on October 23, 2020, this Court denied Defendants' Motion to Stay the Injunction, ECF Nos. 104, 105; on October 26, 2020, the Court of Appeals for the Ninth Circuit denied Defendants' Motion to Stay the Injunction, ECF No. 106; and the Solicitor General has not yet made a determination as to whether to seek a stay in the Supreme Court;

WHEREAS, on October 23, 2020, the Court entered a stipulated schedule for production of the unclassified administrative record, and briefing of Defendants' anticipated dispositive motion, ECF No. 101;

WHEREAS, Defendants proposed that the parties stipulate to move or cancel the November CMC and other associated deadlines, and Plaintiffs agreed to push back by two weeks the upcoming dates in the Order while the parties continue to discuss scheduling;

WHEREAS, counsel for the parties have conferred and agree that this stipulation is supported by good cause;

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

*U.S. WeChat Users Alliance, et al. v. Trump, et al.*, Case No. 3:20-cv-05910-LB
Stipulation and Proposed Order

1. The Case Management Schedule should be extended two weeks, to December 3, 2020, or to a date thereafter convenient for the Court;
2. Other deadlines set in the Order are extended as follows: by November 12, 2020, counsel for the parties are to meet and confer under Fed. R. Civ. P. 26(f) and file an ADR certification; and by November 25, 2020, the parties are to file a 26(f) report.

Dated: October 29, 2020                              Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

JOHN V. COGHLAN
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

DIANE KELLEHER
Assistant Branch Director

*/s/  Amy E. Powell*
SERENA M. ORLOFF
MICHAEL DREZNER
STUART J. ROBINSON
AMY POWELL
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Ben Franklin Station, P.O. Box No. 883
Washington, DC 20044
Phone: (202) 305-0167
Fax: (202) 616-8470
E-mail: serena.m.orloff@usdoj.gov

*Counsel for Defendants*

*U.S. WeChat Users Alliance, et al. v. Trump, et al.*, Case No. 3:20-cv-05910-LB
Stipulation and Proposed Order

|  |  |
|---|---|
| DATED: October 29, 2020 | Respectfully submitted, |
|  | ROSEN BIEN GALVAN & GRUNFELD LLP |
|  | By: */s/ Van Swearingen* |
|  |     Van Swearingen |
|  | Attorneys for Plaintiffs |

**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Amy Powell, hereby attest that concurrence in the filing of this document has been obtained from any other signatories indicated by a signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

October 29, 2020 /s/Amy E. Powell
AMY E. POWELL

**[PROPOSED] ORDER APPROVING STIPULATION**

Pursuant to the above Stipulation, and on good cause shown,

IT IS HEREBY ORDERED that the Initial Case Management Conference is continued to __December 3__, 2020.

IT IS FURTHER ORDERED that the other dates set in the Order dated August 24, 2020 are extended as follows: by November 12, 2020, counsel for the parties are to meet and confer under Fed. R. Civ. P. 26(f) and file an ADR certification; and by November 25, 2020, the parties are to file a 26(f) report.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __October 29, 2020__

_____
Honorable Laurel Beeler
United States Magistrate Judge