THOMAS R. BURKE (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: thomasburke@dwt.com

DAVID M. GOSSETT (*admitted pro hac vice*)
COURTNEY T. DETHOMAS (CA State Bar No. 294591)
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, DC  20005
Main:  (202) 973-4200
Fax:  (202) 973-4499
Email: davidgossett@dwt.com
       courtneydethomas@dwt.com

Attorney for Plaintiffs
U.S. WECHAT USERS ALLIANCE,
CHIHUO INC., BRENT COULTER,
FANGYI DUAN, JINNENG BAO,
ELAINE PENG, and XIAO ZHANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE, CHIHUO INC., BRENT COULTER, FANGYI DUAN, JINNENG BAO, ELAINE PENG, AND XIAO ZHANG,<br><br>           Plaintiffs,<br><br>     v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, and WILBUR ROSS, in his official capacity as Secretary of Commerce,<br><br>           Defendants. | Case No. 3:20-cv-05910-LB<br><br>**NOTICE OF APPEARANCE**<br><br>Action Filed:  August 21, 2020 |

DAVIS WRIGHT TREMAINE LLP

**NOTICE OF APPEARANCE**
**Case No. 3:20-cv-05910-LB**

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs, U.S. WECHAT USERS ALLIANCE, CHIHUO INC., BRENT COULTER, FANGYI DUAN, JINNENG BAO, ELAINE PENG, and XIAO ZHANG, hereby appear in the above-entitled action by and through Courtney T. DeThomas of DAVIS WRIGHT TREMAINE LLP and requests that all further papers, pleadings, filings, and electronic filings, except original process, be served upon this attorney at the address and email address above stated.

Dated:  October 29, 2020

Respectfully submitted,
DAVIS WRIGHT TREMAINE LLP
THOMAS R. BURKE
DAVID M. GOSSETT
COURTNEY T. DETHOMAS

By: */s/  Courtney T. DeThomas*
　　Courtney T. DeThomas
　　Attorney for Plaintiffs
　　U.S. WECHAT USERS ALLIANCE,
　　CHIHUO INC., BRENT COULTER,
　　FANGYI DUAN, JINNENG BAO,
　　ELAINE PENG, and XIAO ZHANG

DAVIS WRIGHT TREMAINE LLP

1

**NOTICE OF APPEARANCE**
**Case No. 3:20-cv-05910-LB**