```
 1  KEESAL, YOUNG & LOGAN
    Peter R. Boutin, SBN 65261
 2  450 Pacific Avenue
    San Francisco, CA 94133
 3  Telephone: (415) 398-6000
    Facsimile: (415) 981-0136
 4  peter.boutin@kyl.com

 5  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
    Roberto J. Gonzalez (pro hac vice forthcoming)
 6  Jake E. Struebing (pro hac vice forthcoming)
    2001 K Street, NW
 7  Washington, DC 20006
    Telephone: (202) 223-7300
 8  Facsimile: (202) 223-7420
    rgonzalez@paulweiss.com
 9  jstruebing@paulweiss.com

10  Anand Sithian (pro hac vice forthcoming)
    Julie L. Rooney (pro hac vice forthcoming)
11  1285 Avenue of the Americas
    New York, NY 10019
12  Telephone: (212) 373-3000
    Facsimile: (212) 757-3990
13  asithian@paulweiss.com
    jrooney@paulweiss.com
14
    Attorneys for Proposed Intervenor Tencent Holdings Limited
15
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE, CHIHUO INC., BRENT COULTER, FANGYI DUAN, JINNENG BAO, ELAINE PENG, and XIAO ZHANG,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, and WILBUR ROSS, in his official capacity as Secretary of Commerce,<br><br>    Defendants. | Case No. 3:20-cv-05910-LB<br><br>**DECLARATION OF ROBERTO J. GONZALEZ IN SUPPORT OF TENCENT HOLDINGS LIMITED'S UNOPPOSED MOTION FOR LEAVE TO FILE COMBINED MOTION AND EXCESS PAGES** |

I, Roberto J. Gonzalez, declare and state as follows:

1. I am an attorney licensed in the District of Columbia and my *pro hac vice* application in this matter is pending. I am a partner at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP and represent Tencent Holdings Limited ("Tencent") in connection with this matter. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could competently testify to the facts herein.

2. I make this declaration in support of Tencent's Unopposed Motion for Leave to File a Combined Motion and Excess Pages.

3. On October 29, 2020, I contacted both Plaintiffs' counsel and Defendants' counsel to inform them that Tencent would be filing a combined motion to intervene in the above-captioned litigation for the limited purpose of protecting its confidential business information, and to maintain certain information under seal, on Monday, November 2, 2020.

4. On November 2, 2020, I contacted both Plaintiffs' counsel and Defendants' counsel asking for their consent to file a combined motion of 15 pages.

5. Both Plaintiffs' counsel and Defendants' counsel indicated that they consented to Tencent's requests to file a combined motion of 15 pages.

6. Because of the overlapping factual and legal issues surrounding Tencent's right to intervene and the sealing of its confidential business information, Tencent seeks to file a combined motion for efficiency and to preserve judicial resources.

7. Because of the volume and complexity of Tencent's confidential business information, Tencent seeks to file a combined motion exceeding the default limit of 5 pages under Civil Local Rule 7-11(a).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on November 2, 2020
Washington, D.C.

_____
Roberto J. Gonzalez (*pro hac vice forthcoming*)