KEESAL, YOUNG & LOGAN
Peter R. Boutin, SBN 65261
450 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 398-6000
Facsimile: (415) 981-0136
peter.boutin@kyl.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Roberto J. Gonzalez (*pro hac vice forthcoming*)
Jake E. Struebing (*pro hac vice forthcoming*)
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
rgonzalez@paulweiss.com
jstruebing@paulweiss.com

Anand Sithian (*pro hac vice forthcoming*)
Julie L. Rooney (*pro hac vice forthcoming*)
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
asithian@paulweiss.com
jrooney@paulweiss.com

*Attorneys for Proposed Intervenor Tencent Holdings Limited*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE, CHIHUO INC., BRENT COULTER, FANGYI DUAN, JINNENG BAO, ELAINE PENG, and XIAO ZHANG,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, and WILBUR ROSS, in his official capacity as Secretary of Commerce,<br><br>Defendants. | Case No. 3:20-cv-05910-LB<br><br>**[PROPOSED] ORDER GRANTING NONPARTY TENCENT HOLDINGS LIMITED'S UNOPPOSED MOTION FOR LEAVE TO FILE COMBINED MOTION AND EXCESS PAGES** |

Having read and considered Nonparty Tencent Holdings Limited's ("Tencent") Unopposed Motion for Leave to File a Combined Motion and Excess Pages, together with all papers filed in support of the motion, the Motion is hereby GRANTED.  Tencent may file a combined motion to (i) intervene for the limited purpose of protecting its confidential business information and (ii) maintain certain information under seal, not exceeding 15 pages.

IT IS SO ORDERED.

Dated: _____, 2020

THE HONORABLE LAUREL BEELER
United States Magistrate Judge