| | |
|---|---|
| 1 | KEESAL, YOUNG & LOGAN |
| 2 | Peter R. Boutin, SBN 65261<br>450 Pacific Avenue |
| 3 | San Francisco, CA 94133<br>Telephone: (415) 398-6000 |
| 4 | Facsimile: (415) 981-0136<br>peter.boutin@kyl.com |
| 5 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 6 | Roberto J. Gonzalez (*pro hac vice pending*)<br>Jake E. Struebing (*pro hac vice pending*) |
| 7 | 2001 K Street, NW<br>Washington, DC 20006 |
| 8 | Telephone: (202) 223-7300<br>Facsimile: (202) 223-7420 |
| 9 | rgonzalez@paulweiss.com<br>jstruebing@paulweiss.com |
| 10 | Anand Sithian (*pro hac vice forthcoming*) |
| 11 | Julie L. Rooney (*pro hac vice pending*)<br>1285 Avenue of the Americas |
| 12 | New York, NY 10019<br>Telephone: (212) 373-3000 |
| 13 | Facsimile: (212) 757-3990<br>asithian@paulweiss.com |
| 14 | jrooney@paulweiss.com |
| 15 | *Attorneys for Proposed Intervenor Tencent Holdings Limited* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE, CHIHUO INC., BRENT COULTER, FANGYI DUAN, JINNENG BAO, ELAINE PENG, and XIAO ZHANG,<br><br>  Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, and WILBUR ROSS, in his official capacity as Secretary of Commerce,<br><br>  Defendants. | Case No. 3:20-cv-05910-LB<br><br>**PROPOSED INTERVENOR TENCENT HOLDINGS LIMITED'S CERTIFICATION OF INTERESTED ENTITIES** |

TENCENT'S CERTIFICATION OF INTERESTED ENTITIES
CASE NO. 3:20-CV-05910-LB

1  Pursuant to Federal Rule of Civil Procedure 7.1, Proposed Intervenor Tencent Holdings
2  Limited ("Tencent") states that is has no parent corporation and that Naspers Limited owns 10
3  percent or more of Tencent's stock.  Pursuant to Civil Local Rule 3-15, the undersigned certifies
4  that, as of this date, there is no such interest to report.

Dated: November 2, 2020                Respectfully submitted,

                                       KEESAL, YOUNG & LOGAN

                                       By:/s/ Peter R. Boutin
                                       Peter R. Boutin

                                       PAUL, WEISS, RIFKIND, WHARTON &
                                       GARRISON LLP
                                       Roberto J. Gonzalez (*pro hac vice pending*)
                                       Anand Sithian (*pro hac vice forthcoming*)
                                       Jake E. Struebing (*pro hac vice pending*)
                                       Julie L. Rooney (*pro hac vice pending*)

                                       *Attorneys for Proposed Intervenor Tencent Holdings Limited*