Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

U.S. WECHAT USERS ALLIANCE, CHIHUO INC., BRENT COULTER, FANGYI DUAN, JINNENG BAO, ELAINE PENG, and XIA ZHANG,

Plaintiff(s),

v.

DONALD J. TRUMP, in his official capacity as President of the United States, and WILBUR ROSS, in his official capacity as Secretary of Commerce,

Defendant(s).

Case No: 3:20-cv-05910-LB

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Roberto J. Gonzalez, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Proposed Intervenor Tencent Holdings Ltd. in the above-entitled action. My local co-counsel in this case is Peter Boutin, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>2001 K Street NW Washington, DC 20006 | Keesal, Young & Logan LLP<br>450 Pacific Avenue San Francisco, CA 94133 |
| My telephone # of record:<br>202-223-7300 | Local co-counsel's telephone # of record:<br>415-398-6000 |
| My email address of record:<br>rgonzalez@paulweiss.com | Local co-counsel's email address of record:<br>peter.boutin@kyl.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 501506.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated:

*Roberto J. Gonzalez*
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 3, 2020

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Roberto J Gonzalez*

was duly qualified and admitted on May 11, 2007 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof,**
I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 22, 2020.

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.