1  KEESAL, YOUNG & LOGAN
   Peter R. Boutin, SBN 65261
2  450 Pacific Avenue
   San Francisco, CA 94133
3  Telephone: (415) 398-6000
   Facsimile: (415) 981-0136
4  peter.boutin@kyl.com

5  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
   Roberto J. Gonzalez  (*pro hac vice pending*)
6  Jake E. Struebing (*pro hac vice pending*)
   2001 K Street, NW
7  Washington, DC 20006
   Telephone: (202) 223-7300
8  Facsimile: (202) 223-7420
   rgonzalez@paulweiss.com
9  jstruebing@paulweiss.com

10 Anand Sithian (*pro hac vice forthcoming*)
   Julie L. Rooney (*pro hac vice pending*)
11 1285 Avenue of the Americas
   New York, NY 10019
12 Telephone: (212) 373-3000
   Facsimile: (212) 757-3990
13 asithian@paulweiss.com
   jrooney@paulweiss.com
14
   *Attorneys for Proposed Intervenor Tencent Holdings Limited*
15
                 **UNITED STATES DISTRICT COURT**
16
                 **NORTHERN DISTRICT OF CALIFORNIA**
17
                      **SAN FRANCISCO DIVISION**
18

19 | U.S. WECHAT USERS ALLIANCE, CHIHUO | ) | Case No. 3:20-cv-05910-LB |
   | INC., BRENT COULTER, FANGYI DUAN, | ) | |
20 | JINNENG BAO, ELAINE PENG, and XIAO | ) | **DECLARATION OF ROBERTO J.** |
   | ZHANG, | ) | **GONZALEZ IN SUPPORT OF** |
21 |  | ) | **TENCENT HOLDINGS LIMITED'S** |
   |  | ) | **UNOPPOSED MOTION TO** |
22 | Plaintiffs, | ) | **INTERVENE FOR A LIMITED** |
   |  | ) | **PURPOSE AND UNOPPOSED** |
23 | v. | ) | **MOTION TO MAINTAIN CERTAIN** |
   |  | ) | **INFORMATION UNDER SEAL** |
24 | DONALD J. TRUMP, in his official capacity as | ) | |
   | President of the United States, and WILBUR | ) | |
25 | ROSS, in his official capacity as Secretary of | ) | Date:  December 10, 2020 |
   | Commerce, | ) | Time:  9:30 AM PT |
26 | Defendants. | ) | Place: Courtroom B |
   |  | ) | |
27 |  | ) | |

28

DECLARATION IN SUPPORT OF TENCENT'S MOTION TO INTERVENE
CASE NO. 3:20-CV-05910-LB

I, Roberto J. Gonzalez, declare and state as follows:

1. I am an attorney licensed in the District of Columbia and my *pro hac vice* application in this matter is pending. I am a partner at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP and represent Proposed Intervenor Tencent Holdings Limited ("Tencent") in connection with this matter. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could competently testify to the facts herein.

2. I make this declaration in support of Tencent's Unopposed Motion to Intervene for a Limited Purpose, and Unopposed Motion to Maintain Certain Information under Seal.

3. On Thursday, October 29, 2020, I contacted both Plaintiffs' counsel and Defendants' counsel to inform them that Tencent would be moving to intervene in the above-captioned litigation for the limited purpose of maintaining the seal on its confidential business information. I explained Tencent's position that its Mitigation Proposal (ECF. No. 85-5, Ex. A) should remain sealed in its entirety, and most, but not all, of the redactions to the Costello Declaration (ECF No. 94-3) and the Decision Memo (ECF No. 94-4) should remain in place. I attached PDFs showing Tencent's proposed modifications to the redactions.

4. Later on Thursday, October 29, 2020, Plaintiffs' counsel indicated that Plaintiffs support Tencent's combined motion.

5. On Friday, October 30, 2020, Defendants' counsel indicated that "[t]he government does not oppose Tencent's intervention solely for purposes of defending Tencent's confidentiality interests with respect to materials produced in this litigation." Further, Defendants' counsel stated that the government does not oppose Tencent's request for (i) sealing of the Mitigation Proposal in its entirety and (ii) modified redactions to the Costello Declaration and the Decision Memo.

6. Attached as Exhibit A to this Declaration, filed under seal, is a copy of the Costello Declaration containing Tencent's proposed redactions in red boxes and the current redactions in yellow highlighting.

7. Attached as Exhibit B to this Declaration, filed under seal, is a copy of the Costello Declaration applying Tencent's proposed redactions.

8. Attached as Exhibit C to this Declaration, filed under seal, is a copy of the Commerce Decision Memo containing Tencent's proposed redactions in red boxes and the current redactions in yellow highlighting.

9. Attached as Exhibit D to this Declaration, filed under seal, is a copy of the Commerce Decision Memo applying Tencent's proposed redactions.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on November 2, 2020
Washington, D.C.

_____
Roberto J. Gonzalez (*pro hac vice pending*)