KEESAL, YOUNG & LOGAN
Peter R. Boutin, SBN 65261
450 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 398-6000
Facsimile: (415) 981-0136
peter.boutin@kyl.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Roberto J. Gonzalez (*pro hac vice pending*)
Jake E. Struebing (*pro hac vice pending*)
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
rgonzalez@paulweiss.com
jstruebing@paulweiss.com

Anand Sithian (*pro hac vice forthcoming*)
Julie L. Rooney (*pro hac vice pending*)
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
asithian@paulweiss.com
jrooney@paulweiss.com

*Attorneys for Proposed Intervenor Tencent Holdings Limited*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE, CHIHUO INC., BRENT COULTER, FANGYI DUAN, JINNENG BAO, ELAINE PENG, and XIAO ZHANG,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, and WILBUR ROSS, in his official capacity as Secretary of Commerce,<br><br>Defendants. | Case No. 3:20-cv-05910-LB<br><br>**[PROPOSED] ORDER GRANTING TENCENT HOLDINGS LIMITED'S UNOPPOSED MOTION TO MAINTAIN CERTAIN INFORMATION UNDER SEAL**<br><br>Date:  December 10, 2020<br>Time: 9:30 AM PT<br>Place: Courtroom B |

1  The Court, having reviewed Proposed Intervenor Tencent Holdings Limited's ("Tencent") Notice of Motion and Unopposed Motion to Maintain Certain Information Under Seal, together with all papers filed in support of the motion, and all other matters properly before the Court, issues the following order:

IT IS ORDERED that Tencent's Unopposed Motion to Maintain Certain Information Under Seal is GRANTED. The Mitigation Proposal, which is Exhibit A to the Declaration of Van Swearingen (ECF No. 85-5), shall remain under seal in its entirety to prevent the disclosure of Tencent's confidential business information. As reflected in the chart below, there are compelling reasons to keep the entire document under seal and the request has been narrowly tailored under Civil Local Rule 79-5 because the document contains substantial amounts of confidential business information and, in these circumstances, redaction would neither be feasible nor provide any substantial or comprehensible information to the public. The redactions in the Declaration of John Costello (ECF No. 94-3) and the Commerce Department Decision Memorandum (ECF No. 94-4) shall also remain under seal except for specific redactions identified below that shall be unsealed, as indicated in Exhibits B and D to the Declaration of Roberto J. Gonzalez. Finally, the redactions in the Court's Order Denying Defendants' Motion to Stay (ECF No. 104) shall remain under seal except for specific redactions identified below that shall be unsealed.

[PROPOSED] ORDER GRANTING TENCENT'S MOTION TO MAINTAIN
CERTAIN INFORMATION UNDER SEAL
CASE NO. 3:20-CV-05910-LB

| DOCUMENT | PORTION TO BE SEALED | REASON | ORDER |
|---|---|---|---|
| ECF No. 85-5, Ex. A Mitigation Proposal | Entire Document | Confidential business information related to (i) Tencent's proposed U.S. WeChat corporate structure, board and management composition, and governance structure; (ii) the proposed nature of a new WeChat U.S. app; (iii) the nature, technical aspects, and security aspects of a proposed partnership with a potential U.S.-based business partner; (iv) the nature and potential provider of proposed audits; (v) Tencent's proposed future business plans related to the WeChat U.S. app; (vi) the proposed nature of future interaction with the U.S. government; and (vii) the nature of Tencent's proposed security policies. | SEALED |
| ECF No. 94-3 Costello Decl. Gonzalez Decl., Exhibits A, B | Page 5, Lines 22–24 | | UNSEALED |
| ECF No. 94-3 Costello Decl. Gonzalez Decl., Exhibits A, B | Page 6, Line 4 (one word) | Confidential business information related to Tencent's U.S. business partners and infrastructure, including its agreements with content delivery network providers. | SEALED |
| ECF No. 94-3 Costello Decl. Gonzalez Decl., Exhibits A, B | Page 7, Lines 3 and 5 (one word) | Confidential business information related to Tencent's U.S. business partners and infrastructure, including its agreements with content delivery network providers. | SEALED |
| ECF No. 94-4 Decision Memo Gonzalez Decl., Exhibits C, D | Page 10, ¶ 2, Sentence 2 | | UNSEALED |
| ECF No. 94-4 Decision Memo Gonzalez Decl., Exhibits C, D | Page 10, ¶ 3, Sentences 2–3, and footnotes 67, 69, 70 | | UNSEALED |

| | | | |
|---|---|---|---|
| ECF No. 94-4 Decision Memo<br><br>Gonzalez Decl., Exhibits C, D | Page 10, ¶ 3, Sentence 4 | Confidential business information related to Tencent's data collection, retention, and security practices and business model with respect to advertising. | SEALED |
| ECF No. 94-4 Decision Memo<br><br>Gonzalez Decl., Exhibits C, D | Page 10, ¶ 3, Sentence 5 and footnote 71 | Confidential business information related to Tencent's data security practices and business strategy and business model with respect to third-party advertising. | SEALED |
| ECF No. 94-4 Decision Memo<br><br>Gonzalez Decl., Exhibits C, D | Page 10, ¶ 3, Sentence 6 | Confidential business information related to Tencent's business strategy and partnerships, including its business model with respect to third-party advertising. | SEALED |
| ECF No. 94-4 Decision Memo<br><br>Gonzalez Decl., Exhibits C, D | Page 15, ¶ 1, Middle of Sentence 3 | Confidential business information related to Tencent's business partners and infrastructure. | SEALED |
| ECF No. 94-4 Decision Memo<br><br>Gonzalez Decl., Exhibits C, D | Page 15, ¶ 5, Sentences 1–2 | Confidential business information related to Tencent's business partners and infrastructure, including its internet hosting services, exists in the middle of sentence 1. | PARTIALLY UNSEALED |
| ECF No. 94-4 Decision Memo<br><br>Gonzalez Decl., Exhibits C, D | Page 16, ¶ 1, Sentence 1 (one word) | Confidential business information related to Tencent's U.S. business partners and infrastructure, including its agreements with content delivery network providers. | SEALED |
| ECF No. 94-4 Decision Memo<br><br>Gonzalez Decl., Exhibits C, D | Page 16, ¶ 3, Sentence 1 (one word) | Confidential business information related to Tencent's U.S. business partners and infrastructure, including its peering agreements. | SEALED |

| | | | |
|---|---|---|---|
| ECF No. 104 Court Order Denying Defendants' Motion to Stay | Pages 3, Line 14 – Page 5, Line 3 | Confidential business information related to (i) Tencent's proposed U.S. WeChat corporate structure, board and management composition, and governance structure; (ii) the proposed nature of a new WeChat U.S. app; (iii) the nature, technical aspects, and security aspects of a proposed partnership with a potential U.S.-based business partner; (iv) the nature and potential provider of proposed audits; (v) Tencent's proposed future business plans related to the WeChat U.S. app; (vi) the proposed nature of future interaction with the U.S. government; and (vii) the nature of Tencent's proposed security policies. | SEALED |
| ECF No. 104 Court Order Denying Defendants' Motion to Stay | Page 7, Lines 21-22 | | UNSEALED |
| ECF No. 104 Court Order Denying Defendants' Motion to Stay | Page 13, Lines 4-7 | | UNSEALED |

IT IS SO ORDERED.

Dated: _____, 2020

_____
THE HONORABLE LAUREL BEELER
United States Magistrate Judge