JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
JOHN V. COGHLAN
Deputy Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
Assistant Branch Director
SERENA M. ORLOFF
MICHAEL DREZNER
STUART J. ROBINSON
AMY POWELL
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Ben Franklin Station, P.O. Box No. 883
Washington, DC 20044
Phone: (202) 305-0167
Fax: (202) 616-8470
E-mail: serena.m.orloff@usdoj.gov
*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States, and WILBUR ROSS, Secretary of Commerce, <br><br> Defendants. | Case No. 3:20-cv-05910-LB <br><br> **NOTICE OF FILING OF CERTIFIED CONTENTS OF ADMINISTRATIVE RECORD** |

Pursuant to Local Civil Rule 16-5, Defendants respectfully submit the attached declaration of John Costello, Deputy Assistant Secretary for Intelligence and Security with the Department of Commerce, certifying the contents of the unclassified, non-privileged materials making up the Administrative Record at issue in this action. Consistent with the Stipulation and Order to Extend Deadline and Set Briefing Schedule, ECF No. 101, these materials were served on counsel for Plaintiffs on November 2, 2020.

Notice of Filing of Certified Contents of Administrative Record
*U.S. WeChat Users Alliance et al. v. Trump*, No. 3:20-cv-05910-LB

| | | |
|---|---|---|
| 1 | Dated: November 3, 2020 | Respectfully submitted, |
| 2 | | JEFFREY BOSSERT CLARK |
| | | Acting Assistant Attorney General |
| 3 | | |
| 4 | | JOHN V. COGHLAN |
| | | Deputy Assistant Attorney General |
| 5 | | |
| 6 | | ALEXANDER K. HAAS |
| | | Branch Director |
| 7 | | DIANE KELLEHER |
| | | Assistant Branch Director |
| 8 | | |
| 9 | | */s/ Serena Orloff* |
| | | SERENA M. ORLOFF |
| 10 | | MICHAEL DREZNER |
| | | STUART J. ROBINSON |
| 11 | | AMY POWELL |
| | | Attorneys |
| 12 | | United States Department of Justice |
| | | Civil Division, Federal Programs Branch |
| 13 | | Ben Franklin Station, P.O. Box No. 883 |
| 14 | | Washington, DC 20044 |
| | | Phone: (202) 305-0167 |
| 15 | | Fax: (202) 616-8470 |
| | | E-mail: serena.m.orloff@usdoj.gov |
| 16 | | |
| 17 | | *Counsel for Defendants* |

Notice of Filing of Certified Contents of Administrative Record
*U.S. WeChat Users Alliance et al. v. Trump*, No. 3:20-cv-05910-LB