JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
JOHN V. COGHLAN
Deputy Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
Assistant Branch Director
SERENA M. ORLOFF
MICHAEL DREZNER
STUART J. ROBINSON
AMY E. POWELL
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Ben Franklin Station, P.O. Box No. 883
Washington, DC 20044
Phone: (202) 305-0167
Fax: (202) 616-8470
E-mail: serena.m.orloff@usdoj.gov
*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, and WILBUR ROSS, Secretary of Commerce,<br><br>Defendants. | Case No. 3:20-cv-05910-LB<br><br>**DECLARATION OF JOHN COSTELLO CERTIFYING ADMINISTRATIVE RECORD** |

**DECLARATION OF JOHN COSTELLO**

I, John Costello, declare as follows:

1.      I am currently employed as the Deputy Assistant Secretary for Intelligence and Security at the United States Department of Commerce ("Commerce").

1.      I have served in this capacity since June 22, 2020.  I am authorized to certify the truth and correctness of official records of Commerce, and of other documents recorded or filed with Commerce.

The facts attested to herein are based on my personal knowledge or information made available to me in the course of my official duties.

2.    I hereby certify that the attached Table of Contents contains a list of all documents comprising the Administrative Record for Commerce's WeChat Prohibition Federal Register Notice, "Identification of Prohibited Transactions to Implement Executive Order 13943 and Address the Threat Posed by WeChat and the National Emergency with Respect to the Information and Communications Technology and Services Supply Chain" signed on September 17, 2020.

3.    This Administrative Record contains all non-privileged materials directly or indirectly considered by Commerce in making the above-cited decision.

I certify, pursuant to 28 U.S.C. § 1746, under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this  2nd  day of November 2020 in Washington, D.C.

_____
JOHN COSTELLO

Administrative Record For:

WeChat Prohibition Federal Register Notice "Identification of Prohibited Transactions to Implement Executive Order 13943 and Address the Threat Posed by WeChat and the National Emergency with Respect to the Information and Communications Technology and Services Supply Chain" Dated September 17, 2020

The following Administrative Record was compiled in accordance with record keeping requirements set forth under Administrative Procedures Act, Federal Records Act and 36 CFR Chapter XII, Subchapter B.[1] Administrative records that directly or indirectly aid in the decision to make prohibitions as set forth in this decision include all factual, technical, and scientific material or data considered in making the decision.[2] This record contains information that has been designated as Business Confidential Information.

---

[1] Supplemented by National Archives and Records Administration Management Guide Series 1995 | https://www.archives.gov/records-mgmt/policy/agency-recordkeeping-requirements.html | DOI 20190201
[2] The administrative record does not include materials that solely reflect the internal deliberative processes of decision-making within the Department of Commerce or between another Executive Branch of the federal government or otherwise privileged materials.

## Table of Contents

Decision Memorandum for the Secretary of Commerce – Risks Pose by WeChat

    (BUSINESS CONFIDENTIAL)…................................................................................ …AR-3

    (BUSINESS CONFIDENTIAL INFORMATION REDACTED)………………….…AR-20


Publicly Available Sources Cited

    Selected Footnotes 1-85………………………………………………………………...AR-37


Appendices to the Decision Memorandum – Risks Posed by WeChat

    Appendix A. Office of the Director of National Intelligence, National Counterintelligence and Security Center Assessment Package (redacted)……………AR-961

        Appendix A.1 Office of the Director of National Intelligence Cover Memo…AR-961.1

        Appendix A.2 Office of the Director of National Intelligence Assessment…...AR-961.3

        Reference 1 to Appendix A.2 - NCSC 2018 Foreign Economic Espionage in Cyberspace……………………………………………………………………..AR-961.5


    Appendix B. Department of Homeland Security, Cybersecurity and Infrastructure Security Agency, National Risk Management Center Assessment…………………...AR-962

    Appendix C. List of Department of Justice Cases Involving Chinese Espionage…….AR-967

    Appendix D. Notable Examples of Chinese Targeting PII…………………………....AR-971

    Appendix E. Description of PRC National Security Laws…………………………AR-1140

    Appendix F. Examples of Tencent Facilitating PRC Monitoring Surveillance and Censorship………………………………………………………………………AR-1165

    Appendix G. Examples of PRC Censorship Affecting U.S. WeChat Users………….AR-1559

    Appendix H. Tencent Response to Administrative Subpoena (BUSINESS CONFIDENTIAL)………………………………………………………………AR-1601

    Appendix I. Tencent Final Mitigation Proposal (BUSINESS CONFIDENTIAL)…….AR-1653


Requests to External Parties Regarding Risks Posed by WeChat

    Appendix J – Administrative Subpoena Request to Tencent…………………………AR-1660

    Appendix K – Request for Assistance to the National Risk Management Center……AR-1668

    Appendix L – Request for Assistance to the National Counterintelligence and Security Center…………………………………………………………………………AR-1671

**AR-1**

Appendix M - Federal Register Notice – WeChat……………………...………………………..AR-1674

Other Materials

Correspondence with Tencent (BUSINESS CONFIDENTIAL)…………………......AR-1681

Certain References Cited in Appendix C …………………………………………….AR-1782