| | |
|---|---|
| MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>VAN SWEARINGEN – 259809<br>BENJAMIN BIEN-KAHN – 267933<br>ALEXANDER vanvaGOURSE – 321631<br>AMY XU – 330707<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone: (415) 433-6830<br>Facsimile: (415) 433-7104<br>Email: mbien@rbgg.com<br>egalvan@rbgg.com<br>vswearingen@rbgg.com<br>bbien-kahn@rbgg.com<br>agourse@rbgg.com<br>axu@rbgg.com<br><br>KELIANG (CLAY) ZHU – 305509<br>DEHENG LAW OFFICES PC<br>7901 Stoneridge Drive #208<br>Pleasanton, California  94588<br>Telephone: (925) 399-5856<br>Facsimile: (925) 397-1976<br>Email: czhu@dehengsv.com<br><br>ANGUS F. NI – Admitted *Pro Hac Vice*<br>AFN LAW PLLC<br>502 Second Avenue, Suite 1400<br>Seattle, Washington  98104<br>Telephone: (773) 543-3223<br>Email: angus@afnlegal.com | THOMAS R. BURKE – 141930<br>DAVIS WRIGHT TREMAINE LLP<br>505 Montgomery Street, Suite 800<br>San Francisco, California  94111-6533<br>Telephone: (415) 276-6500<br>Facsimile: (415) 276-6599<br>Email: thomasburke@dwt.com<br><br>DAVID M. GOSSETT – Admitted *Pro Hac Vice*<br>DAVIS WRIGHT TREMAINE LLP<br>1301 K Street N.W., Suite 500 East<br>Washington, D.C.  20005-3366<br>Telephone: (202) 973-4216<br>Facsimile: (202) 973-4499<br>Email: davidgossett@dwt.com<br><br>JOHN M. BROWNING – *Pro Hac Vice* forthcoming<br>DAVIS WRIGHT TREMAINE LLP<br>1251 Avenue of the Americas, 21st Floor<br>New York, New York  10020-1104<br>Telephone: (212) 603-6410<br>Facsimile: (212) 483-8340<br>Email: jackbrowning@dwt.com |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE, CHIHUO INC., BRENT COULTER, FANGYI DUAN, JINNENG BAO, ELAINE PENG, and XIAO ZHANG,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, and WILBUR ROSS, in his official capacity as Secretary of Commerce,<br><br>　　　　　Defendants. | Case No. 3:20-cv-05910-LB<br><br>**JOINT STATEMENT RE SEALED MATERIALS**<br><br>Judge:　Hon. Laurel Beeler<br><br>Trial Date:　None Set |

In connection with its October 23, 2020 Order Denying Motion to Stay, the Court instructed the parties to file a joint statement regarding the redaction and sealing of information related to Tencent's mitigation proposal. *See* ECF No. 105. On October 26, 2020, the parties filed a stipulation seeking to give Tencent through its outside counsel an opportunity to provide the parties with its position on the issues raised by the Court. *See* ECF No. 109. Further to that stipulation and pursuant to the Court's October 29, 2020 Order, the Court permitted the parties to share with Tencent the Court's sealed Order Denying Motion to Stay (ECF No. 104) and extended the time for the parties to file their joint statement responsive to the Court's request until noon (PST) on Tuesday, November 3, 2020. *See* ECF No. 110.

On October 29, 2020, Tencent's outside counsel informed the parties that Tencent decided to move to intervene in the litigation for the limited purpose of maintaining the sealing of its confidential business information ("CBI"), and explained the bases for Tencent's position. Tencent's outside counsel also indicated certain redactions it would propose lifting.

Plaintiffs support, and Defendants do not oppose, Tencent's intervention for the limited purpose of maintaining the sealing of its CBI. Tencent is best equipped to address the Court's questions, and it will be most efficient for Tencent to explain the confidentiality of the sealed information. Plaintiffs also support, and Defendants do not oppose, Tencent's efforts to maintain the details of the information at issue under seal under the circumstances. The parties respectfully ask to be relieved of any further obligation under ECF No. 105 to respond to the Court regarding the redaction and sealing of information related to Tencent's CBI since TENCENT will be responding to that order on its own.

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| DATED: November 3, 2020 | | Respectfully submitted, |
| | | ROSEN BIEN GALVAN & GRUNFELD LLP |
| | | By: */s/ Michael W. Bien* |
| | |     Michael W. Bien |
| | | Attorneys for Plaintiffs |
| DATED: November 3, 2020 | | UNITED STATES DEPARTMENT OF JUSTICE CIVIL DIVISION, FEDERAL PROGRAMS BRANCH |
| | | JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General |
| | | JOHN V. COGHLAN<br>Deputy Assistant Attorney General |
| | | ALEXANDER K. HAAS<br>Branch Director |
| | | DIANE KELLEHER<br>Assistant Branch Director |
| | | By: */s/ Serena M. Orloff*<br>    SERENA M. ORLOFF<br>    MICHAEL DREZNER<br>    STUART J. ROBINSON<br>    AMY E. POWELL<br>    Attorneys |
| | | Attorneys for Defendants |

## FILER'S ATTESTATION

As required by Local Rule 5-1(i)(3), I, Michael W. Bien, attest that I obtained concurrence in the filing of this document from Serena M. Orloff, and that I have maintained records to support this concurrence.

DATED: November 3, 2020        */s/ Michael W. Bien*
                                                      Michael W. Bien