| | |
|---|---|
| MICHAEL W. BIEN – 096891 | THOMAS R. BURKE – 141930 |
| ERNEST GALVAN – 196065 | DAVIS WRIGHT TREMAINE LLP |
| VAN SWEARINGEN – 259809 | 505 Montgomery Street, Suite 800 |
| BENJAMIN BIEN-KAHN – 267933 | San Francisco, California 94111-6533 |
| ALEXANDER GOURSE – 321631 | Telephone: (415) 276-6500 |
| AMY XU – 330707 | Facsimile: (415) 276-6599 |
| ROSEN BIEN | Email: thomasburke@dwt.com |
| GALVAN & GRUNFELD LLP | |
| 101 Mission Street, Sixth Floor | DAVID M. GOSSETT – Admitted *Pro Hac Vice* |
| San Francisco, California 94105-1738 | COURTNEY T. DETHOMAS – 294591 |
| Telephone: (415) 433-6830 | DAVIS WRIGHT TREMAINE LLP |
| Facsimile: (415) 433-7104 | 1301 K Street N.W., Suite 500 East |
| Email: mbien@rbgg.com | Washington, D.C. 20005-3366 |
| egalvan@rbgg.com | Telephone: (202) 973-4216 |
| vswearingen@rbgg.com | Facsimile: (202) 973-4499 |
| bbien-kahn@rbgg.com | Email: davidgossett@dwt.com |
| agourse@rbgg.com | courtneydethomas@dwt.com |
| axu@rbgg.com | |
| KELIANG (CLAY) ZHU – 305509 | JOHN M. BROWNING – Admitted *Pro Hac Vice* |
| DEHENG LAW OFFICES PC | DAVIS WRIGHT TREMAINE LLP |
| 7901 Stoneridge Drive #208 | 1251 Avenue of the Americas, 21st Floor |
| Pleasanton, California 94588 | New York, New York 10020-1104 |
| Telephone: (925) 399-5856 | Telephone: (212) 603-6410 |
| Facsimile: (925) 397-1976 | Facsimile: (212) 483-8340 |
| Email: czhu@dehengsv.com | Email: jackbrowning@dwt.com |

ANGUS F. NI – Admitted *Pro Hac Vice*
AFN LAW PLLC
502 Second Avenue, Suite 1400
Seattle, Washington 98104
Telephone: (773) 543-3223
Email: angus@afnlegal.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE, CHIHUO INC., BRENT COULTER, FANGYI DUAN, JINNENG BAO, ELAINE PENG, and XIAO ZHANG,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, and WILBUR ROSS, in his official capacity as Secretary of Commerce,<br><br>Defendants. | Case No. 3:20-cv-05910-LB<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND DEADLINES**<br><br>Judge: Hon. Laurel Beeler<br><br>Trial Date: None Set |

[3648534.1]

Case No. 3:20-cv-05910-LB

STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND DEADLINES

# STIPULATION

Pursuant to Northern District of California Local Rules 6-2, 7-11, and 7-12, Plaintiffs U.S. WeChat Users Alliance ("USWUA"), Chihuo, Inc., Brent Coulter, Fangyi Duan, Jinneng Bao, Elaine Peng, and Xiao Zhang (collectively, "Plaintiffs"), and Defendants President Donald Trump and Secretary Wilbur Ross (collectively, "Defendants"), hereby file this Stipulation to continue the Case Management Conference currently set for December 3, 2020 for two weeks, and otherwise extend the deadlines set by the Order dated October 29, 2020. *See* ECF No. 110 ("Order").

WHEREAS, in the Order, the Court continued the Initial Case Management Conference to December 3, 2020; the deadline for the parties to meet and confer under Fed. R. Civ. P. 26(f) and file an ADR certification to November 12, 2020; and the deadline for the parties to file a Rule 26(f) report to November 25, 2020;

WHEREAS, on September 19, 2020, this Court granted Plaintiffs' Motion for Preliminary Injunction, ECF No. 59; on October 23, 2020, this Court denied Defendants' Motion to Stay the Injunction, ECF Nos. 104, 105; and on October 26, 2020, the Court of Appeals for the Ninth Circuit denied Defendants' Motion to Stay the Injunction, ECF No. 106;

WHEREAS, on October 23, 2020, the Court entered a briefing schedule for Defendants' anticipated dispositive motion, ECF No. 101;

WHEREAS, the parties stipulate to move the December 3, 2020 CMC and other associated deadlines by two weeks, and agree that an extension is warranted in light of the need for further scheduling discussions, the imminent deadline for Defendants' motion(s), and the press of other business; and

WHEREAS, counsel for the parties have conferred and agree that this stipulation is supported by good cause;

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. The Case Management Conference should be continued by two weeks, to December 17, 2020, or to a date thereafter convenient for the Court;

1      2.     Other deadlines set in the Order are extended as follows: by November 25, 2020, counsel for the parties are to meet and confer under Fed. R. Civ. P. 26(f) and file an ADR certification; and by December 10, 2020, the parties are to file a Rule 26(f) report.

                                      Respectfully submitted,

DATED:  November 10, 2020          ROSEN BIEN GALVAN & GRUNFELD LLP

                                      By:  */s/ Van Swearingen*
                                           Van Swearingen

                                      Attorneys for Plaintiffs

DATED:  November 10, 2020          JEFFREY BOSSERT CLARK
                                      Acting Assistant Attorney General

                                      JOHN V. COGHLAN
                                      Deputy Assistant Attorney General

                                      ALEXANDER K. HAAS
                                      Branch Director

                                      DIANE KELLEHER
                                      Assistant Branch Director

                                      By:  */s/ Amy Powell*
                                           Amy Powell

                                      Attorneys for Defendants

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

# ATTORNEY ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, Van Swearingen, hereby attest that concurrence in the filing of this document has been obtained from any other signatories indicated by a signature (*/s/*) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: November 10, 2020          */s/ Van Swearingen*
                                  Van Swearingen

# [PROPOSED] ORDER APPROVING STIPULATION

Pursuant to the above Stipulation, and on good cause shown,

IT IS HEREBY ORDERED that the Initial Case Management Conference is continued to  January 28, 2021 at 9:30 a.m.

IT IS FURTHER ORDERED that the other dates set in the Order dated October 29, 2020, are extended as follows:  by November 25, 2020, counsel for the parties are to meet and confer under Fed R. Civ. P. 26(f) and file an ADR certification; and by December 10, 2020, the parties are to file a Rule 26(f) report.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  November 10, 2020

Honorable Laurel Beeler
United States Magistrate Judge