1  PETER R. BOUTIN, CASB No. 65261
   peter.boutin@kyl.com
2  CHRISTOPHER A. STECHER, CASB No. 215329
   christopher.stecher@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  450 Pacific Avenue
   San Francisco, California  94133
5  Telephone:     (415) 398-6000
   Facsimile:     (415) 981-0136
6
   ROBERTO J. GONZALEZ (*pro hac vice forthcoming*)
7  rgonzalez@paulweiss.com
   PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
8  2001 K Street, NW
   Washington, DC 20006
9  Telephone:     (202) 223-7300
   Facsimile:     (202) 223-7420
10
   Attorneys for Proposed Intervenor
11 TENCENT HOLDINGS LTD.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| U.S. WECHAT USERS ALLIANCE, CHIHUO INC., BRENT COULTER, FANGYI DUAN, JINNENG BAO, ELAINE PENG, and XIAO ZHANG, | Case No. 3:20-CV-05910-LB |
|---|---|
| Plaintiffs, | **PROPOSED INTERVENOR TENCENT HOLDINGS LTD.'S NOTICE OF APPEARANCE FOR CHRISTOPHER A. STECHER** |
| vs. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, and WILBUR ROSS, in his official capacity as Secretary of Commerce, | |
| Defendants. | |

**TO CLERK OF THE COURT AND TO ALL PARTIES AND ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Christopher A. Stecher, California State Bar No. 215329 (christopher.stecher@kyl.com) of the law firm of Keesal, Young & Logan, represents and hereby enters as counsel of record in the above-entitled action for Proposed Intervenor Tencent Holdings Ltd.,

- 1 -

- 2 -

1  without waiving any objections or defenses.  Service of all further pleadings, notices, documents or
2  other papers herein, exclusive of process, may be had upon Tencent Holdings Ltd. by serving the
3  undersigned at the address below stated.

6  DATED:  November 11, 2020

/s/ *Christopher A. Stecher*
PETER R. BOUTIN
CHRISTOPHER A. STECHER
KEESAL, YOUNG & LOGAN

ROBERTO J. GONZALEZ (*pro hac vice forthcoming*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Attorneys for Proposed Intervenor
TENCENT HOLDINGS LTD.