# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| _____ ) | |
| U.S. WECHAT USERS ALLIANCE, *et al.*, ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | |
|             v. ) | Case No. 3:20-cv-05910-LB |
| ) | |
| DONALD J. TRUMP, President of the United ) | |
| States, and WILBUR ROSS, Secretary of ) | |
| Commerce, ) | |
| ) | |
|     Defendants. ) | |
| _____ ) | |

## [PROPOSED] ORDER

This matter comes before the Court on Defendants' Motion to Dismiss.  Upon consideration of Defendants' motion and the entire record herein, it is hereby

**ORDERED**, that Defendants' motion is **GRANTED**.  It is further

**ORDERED,** that this action is **DISMISSED.**

.

Date:_____

_____
LAUREL BEELER
United States Magistrate Judge