IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

_____
)
U.S. WECHAT USERS ALLIANCE, *et al.*,    )
)
    Plaintiffs,    )
)
              v.    )    Case No. 3:20-cv-05910-LB
)
DONALD J. TRUMP, President of the United )
States, and WILBUR ROSS, Secretary of    )
Commerce,    )
)
    Defendants.    )
_____)

**[PROPOSED] ORDER**

    This matter comes before the Court on Defendants' Partial Motion to Dismiss. Upon consideration of Defendants' motion and the entire record herein, it is hereby

    **ORDERED**, that Defendants' motion is **GRANTED**. It is further

☐    **ORDERED,** that this action is **DISMISSED.**
.

    **IT IS SO ORDERED.**

Date:_____                              _____
                                                                                          LAUREL BEELER
                                                                                          United States Magistrate Judge