FILED

JAN 15 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as the President of the United States; WILBUR ROSS, in his official capacity as Secretary of Commerce, <br><br> Defendants-Appellants. | No.  20-16908 <br><br> D.C. No. 3:20-cv-05910-LB <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before: SCHROEDER, BYBEE, and R. NELSON, Circuit Judges.

The parties are ordered to submit supplemental briefs addressing whether the President exceeded his authority under the International Emergency Economic Powers Act, 50 U.S.C. § 1701, *et. seq*., by issuing Executive Order No. 13,943, as implemented through the Secretary of Commerce's Identification of Prohibited Transactions.

Defendants-Appellants shall submit their opening supplemental brief no later than 30 days after the entry of this order. Plaintiffs-Appellees shall submit a responsive supplemental brief 30 days after the submission of the opening brief. Defendants-Appellants may submit a reply supplemental brief no later than 15

days after Plaintiffs-Appellees' responsive brief if filed.  Parties who are registered for Appellate ECF must file the supplemental brief electronically.  Parties who are not registered Appellate ECF filers must file the original supplemental brief plus seven paper copies.

Submission is deferred pending the completion of supplemental briefing.