| | |
|---|---|
| MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>VAN SWEARINGEN – 259809<br>BENJAMIN BIEN-KAHN – 267933<br>ALEXANDER GOURSE – 321631<br>AMY XU – 330707<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:   (415) 433-6830<br>Facsimile:    (415) 433-7104<br>Email:          mbien@rbgg.com<br>                    egalvan@rbgg.com<br>                    vswearingen@rbgg.com<br>                    bbien-kahn@rbgg.com<br>                    agourse@rbgg.com<br>                    axu@rbgg.com | THOMAS R. BURKE – 141930<br>DAVIS WRIGHT TREMAINE LLP<br>505 Montgomery Street, Suite 800<br>San Francisco, California  94111-6533<br>Telephone:   (415) 276-6500<br>Facsimile:    (415) 276-6599<br>Email:          thomasburke@dwt.com<br><br>DAVID M. GOSSETT – Admitted *Pro Hac Vice*<br>COURTNEY T. DETHOMAS – 294591<br>DAVIS WRIGHT TREMAINE LLP<br>1301 K Street N.W., Suite 500 East<br>Washington, D.C.  20005-3366<br>Telephone:   (202) 973-4216<br>Facsimile:    (202) 973-4499<br>Email:          davidgossett@dwt.com<br>                    courtneydethomas@dwt.com |
| KELIANG (CLAY) ZHU – 305509<br>DEHENG LAW OFFICES PC<br>7901 Stoneridge Drive #208<br>Pleasanton, California  94588<br>Telephone:   (925) 399-5856<br>Facsimile:    (925) 397-1976<br>Email:          czhu@dehengsv.com | JOHN M. BROWNING – Admitted *Pro Hac Vice*<br>DAVIS WRIGHT TREMAINE LLP<br>1251 Avenue of the Americas, 21st Floor<br>New York, New York  10020-1104<br>Telephone:   (212) 603-6410<br>Facsimile:    (212) 483-8340<br>Email:          jackbrowning@dwt.com |

ANGUS F. NI – Admitted *Pro Hac Vice*
AFN LAW PLLC
502 Second Avenue, Suite 1400
Seattle, Washington  98104
Telephone:   (773) 543-3223
Email:          angus@afnlegal.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE, CHIHUO INC., BRENT COULTER, FANGYI DUAN, JINNENG BAO, ELAINE PENG, and XIAO ZHANG,<br><br>            Plaintiffs,<br><br>     v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, and WILBUR ROSS, in his official capacity as Secretary of Commerce,<br><br>            Defendants. | Case No. 3:20-cv-05910-LB<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15**<br><br>Judge:   Hon. Laurel Beeler<br><br>Trial Date:       None Set |

On behalf of Plaintiffs U.S. WeChat Users Alliance, Chihuo, Inc., Brent Coulter, Fangyi Duan, Jinneng Bao, Elaine Peng, and Xiao Zhang, and pursuant to Civil L.R. 3-15, the undersigned certifies that, as of this date, other than the named parties, there is no such interest to report.

DATED: January 19, 2021         Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Van Swearingen*
    Van Swearingen

Attorneys for Plaintiffs