| | |
|---|---|
| MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>VAN SWEARINGEN – 259809<br>BENJAMIN BIEN-KAHN – 267933<br>ALEXANDER GOURSE – 321631<br>AMY XU – 330707<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:     (415) 433-6830<br>Facsimile:      (415) 433-7104<br>Email:            mbien@rbgg.com<br>                       egalvan@rbgg.com<br>                       vswearingen@rbgg.com<br>                       bbien-kahn@rbgg.com<br>                       agourse@rbgg.com<br>                       axu@rbgg.com | THOMAS R. BURKE – 141930<br>DAVIS WRIGHT TREMAINE LLP<br>505 Montgomery Street, Suite 800<br>San Francisco, California  94111-6533<br>Telephone:     (415) 276-6500<br>Facsimile:      (415) 276-6599<br>Email:            thomasburke@dwt.com<br><br>DAVID M. GOSSETT – Admitted *Pro Hac Vice*<br>COURTNEY T. DETHOMAS – 294591<br>DAVIS WRIGHT TREMAINE LLP<br>1301 K Street N.W., Suite 500 East<br>Washington, D.C.  20005-3366<br>Telephone:     (202) 973-4216<br>Facsimile:      (202) 973-4499<br>Email:            davidgossett@dwt.com<br>                       courtneydethomas@dwt.com |
| KELIANG (CLAY) ZHU – 305509<br>DEHENG LAW OFFICES PC<br>7901 Stoneridge Drive #208<br>Pleasanton, California  94588<br>Telephone:     (925) 399-5856<br>Facsimile:      (925) 397-1976<br>Email:            czhu@dehengsv.com | JOHN M. BROWNING – Admitted *Pro Hac Vice*<br>DAVIS WRIGHT TREMAINE LLP<br>1251 Avenue of the Americas, 21st Floor<br>New York, New York  10020-1104<br>Telephone:     (212) 603-6410<br>Facsimile:      (212) 483-8340<br>Email:            jackbrowning@dwt.com |

ANGUS F. NI – Admitted *Pro Hac Vice*
AFN LAW PLLC
502 Second Avenue, Suite 1400
Seattle, Washington  98104
Telephone:     (773) 543-3223
Email:            angus@afnlegal.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE, CHIHUO INC., BRENT COULTER, FANGYI DUAN, JINNENG BAO, ELAINE PENG, and XIAO ZHANG,<br><br>                    Plaintiffs,<br><br>          v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, and WILBUR ROSS, in his official capacity as Secretary of Commerce,<br><br>                    Defendants. | Case No. 3:20-cv-05910-LB<br><br>**SUPPLEMENT TO CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15**<br><br>Judge:     Hon. Laurel Beeler<br><br>Trial Date:           None Set |

On behalf of Plaintiffs U.S. WeChat Users Alliance, Chihuo, Inc., Brent Coulter, Fangyi Duan, Jinneng Bao, Elaine Peng, and Xiao Zhang, and pursuant to Civil L.R. 3-15, the undersigned supplements its certification (ECF No. 144) to state that Tencent Holdings Ltd. is an interested entity within the meaning of Civil L.R. 3-15 in that it (i) has a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) has a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

DATED: January 20, 2021                  Respectfully submitted,

                                        ROSEN BIEN GALVAN & GRUNFELD LLP

                                        By: */s/ Van Swearingen*
                                              Van Swearingen

                                        Attorneys for Plaintiffs