MICHAEL D. GRANSTON
Deputy Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DANIEL SCHWEI
Special Counsel
SERENA M. ORLOFF
MICHAEL DREZNER
STUART J. ROBINSON
AMY E. POWELL
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Ben Franklin Station, P.O. Box No. 883
Washington, DC 20044
Phone: (202) 305-0167
Fax: (202) 616-8470
E-mail: serena.m.orloff@usdoj.gov
*Counsel for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE, CHIHUO INC., BRENT COULTER, FANGYI DUAN, JINNENG BAO, ELAINE PENG, and XIAO ZHANG,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, and WYNN COGGINS, in her official capacity as Acting Secretary of Commerce,<br><br>Defendants. | Case No. 3:20-cv-05910-LB<br><br>**STIPULATED REQUEST TO STAY PROCEEDINGS;** ~~PROPOSED~~ **ORDER**<br><br>Judge:   Hon. Laurel Beeler<br><br>Trial Date:  None Set |

TO THE COURT AND TO ALL PARTIES OF RECORD:

WHEREAS, on August 6, 2020, President Donald Trump issued Executive Order 13943 titled "Addressing the Threat Posed by WeChat, and Taking Additional Steps to Address the National Emergency with Respect to the Information and Communications Technology and Services Supply Chain" ("Executive Order"), 85 Fed. Reg. 48641 (Aug. 6, 2020), and on September 18, 2020, the Secretary identified six categories of prohibitions pursuant to the Executive Order;

WHEREAS, Plaintiffs filed this case on August 21, 2020, seeking declaratory and injunctive relief against the President and the Secretary of Commerce in relation to the Executive Order, and subsequently twice amended their complaint;

WHEREAS, on September 19, 2020, the Court granted Plaintiffs' motion to preliminarily enjoin the Secretary's six identified prohibitions, and subsequently declined to stay its injunction pending Defendants' appeal to the Court of Appeals for the Ninth Circuit;

WHEREAS, the parties have since commenced briefing of Defendants' partial motion to dismiss Plaintiffs' Second Amended Complaint, ECF No. 136, and are engaged in ongoing efforts to eliminate or narrow disputes regarding the appropriate scope of the administrative record;

WHEREAS, on January 20, 2021, the Biden Administration took office, and thereafter the Department of Commerce began a review of certain recently issued agency actions, including the Secretary's prohibitions regarding the WeChat mobile application at issue in this case;

WHEREAS, the Department plans to conduct an evaluation of the underlying record justifying those prohibitions, which will better position the Government to determine whether the national security threat described in the President's August 6, 2020 Executive Order, and the regulatory purpose of protecting the security of Americans and their data, continue to warrant the identified prohibitions;

WHEREAS, the Department of Commerce remains committed to a robust defense

of national security as well as ensuring the viability of our economy and preserving individual rights and data privacy;

WHEREAS, the Department's review of the prohibitions at issue here may narrow the issues presented or eliminate the need for judicial review entirely, and will permit new agency officials sufficient time to become familiar with the issues in this case;

WHEREAS, to allow the Department to adequately consider the issues presented in this case, the Government filed a motion to hold in abeyance the ongoing appeal before the Ninth Circuit of the preliminary injunction previously entered by this Court. *See U.S. WeChat Users Alliance v. Biden, et al.*, No. 20-16908, Dkt. No. 78 (9th Cir. Feb. 11, 2021), and that motion was unopposed by Plaintiffs;

WHEREAS, for the same reasons that the Government requested that the Ninth Circuit appeal be held in abeyance, the parties agree that it likewise makes sense to stay further proceedings before this Court based on the above developments.

Accordingly, pursuant to Northern District Local Rule 6-2, Plaintiffs U.S. WECHAT USERS ALLIANCE, CHIHUO INC., BRENT COULTER, FANGYI DUAN, JINNENG BAO, ELAINE PENG, and XIAO ZHANG and Defendants JOSEPH R. BIDEN JR., in his official capacity as President of the United States, and WYNN COGGINS, in her official capacity as Acting Secretary of Commerce, by and through their Counsel of Record,

HEREBY STIPULATE AS FOLLOW:

1. All further proceedings and pending deadlines in this case should be stayed and held in abeyance pending further developments;

2. The parties shall file a joint status report in 60 days, *i.e.*, on April 12, 2021, regarding this matter and any further developments.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED:  February 11, 2021 | Respectfully submitted, |
| 2 | | ROSEN BIEN GALVAN & GRUNFELD LLP |
| 3 | | By: /s/ *Michael W. Bien* |
| 4 | | Michael W. Bien |
| 5 | | Attorneys for Plaintiffs |

DATED:  February 11, 2021        Respectfully submitted,

MICHAEL D. GRANSTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

DANIEL SCHWEI
Special Counsel

By: /s/ *Serena M. Orloff*
Serena M. Orloff
Michael Drezner
Amy Powell
Stuart J. Robinson
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Phone: (202) 305-0167
Fax: (202) 616-8470
serena.m.orloff@usdoj.gov

Attorneys for Defendants

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that I have on file approvals for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

DATED: February 11, 2021

By:  /s/ *Serena M. Orloff*  
      Serena M. Orloff

1                                           ~~[PROPOSED]~~ **ORDER**

2          Pursuant to the above Stipulation, and good cause appearing therefor,

3          IT IS HEREBY ORDERED that further proceedings in this matter are STAYED, all pending deadlines are vacated, and the March 4, 2021 hearing on Defendants' Partial Motion to Dismiss is removed from the Court's calendar.

         IT IS FURTHER ORDERED that the parties shall file a joint status report in 60 days, *i.e.*, on April 12, 2021, regarding this matter and any additional developments.

**IT IS SO ORDERED.**

DATED:   February 12  , 2021                       /s/ Laurel Beeler
                                                                        Honorable Laurel Beeler
                                                                        United States Magistrate Judge