FILED

FEB 11 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as the President of the United States, *et al.*, <br><br> Defendants-Appellants. | No.   20-16908 <br><br> D.C. No. 3:20-cv-05910-LB <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before: SCHROEDER, BYBEE, and R. NELSON, Circuit Judges.

Defendants-Appellants' unopposed motion to hold this case in abeyance is GRANTED. Proceedings in 20-16908 are stayed and the Clerk's Office is directed to administratively close the docket, pending further order of the Court. Within 60 days of this order, and every 60 days thereafter, Defendants-Appellants shall file a report in this Court addressing the status of the Department of Commerce's review.