MICHAEL D. GRANSTON
Deputy Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DANIEL SCHWEI
Special Counsel
SERENA M. ORLOFF
MICHAEL DREZNER
STUART J. ROBINSON
AMY E. POWELL
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Ben Franklin Station, P.O. Box No. 883
Washington, DC 20044
Phone: (202) 305-0167
Fax: (202) 616-8470
E-mail: serena.m.orloff@usdoj.gov
*Counsel for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE, CHIHUO INC., BRENT COULTER, FANGYI DUAN, JINNENG BAO, ELAINE PENG, and XIAO ZHANG,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, and GINA RAIMONDO, in her official capacity as Secretary of Commerce,<br><br>Defendants. | Case No. 3:20-cv-05910-LB<br><br>**JOINT STATUS REPORT; ~~PROPOSED~~ ORDER**<br><br>Judge:  Hon. Laurel Beeler<br><br>Trial Date:  None Set |

1. The parties respectfully submit this joint status report pursuant to the Court's February 12, 2021 stipulated Order staying proceedings in this case, ECF No. 151.

2. The Department of Commerce is in the process of completing a comprehensive review of the Secretary's prohibitions regarding the WeChat mobile application at issue in this case.  Although the Department has made significant progress in its review of the prohibitions and the underlying record, some additional steps remain to be

completed.  In particular, new and incoming leadership at the Department of Commerce and other interested agencies need additional time to consider potential options, including whether the prohibitions should be revised or withdrawn.  Revision or withdrawal of the prohibitions would likely affect the issues presented, and may eliminate the need for this Court's review entirely.  The agency thus requires additional time to review the prohibitions and the underlying administrative record in light of the multiple legal issues presented, to consult with all interested federal agencies and offices, and to determine the appropriate course going forward

3. Previously, the Government filed a motion to hold in abeyance the pending appeal before the Ninth Circuit of the preliminary injunction previously entered by this Court.  *See U.S. WeChat Users Alliance v. Biden, et al.*, No. 20-16908, Dkt. No. 78 (9th Cir. Feb. 11, 2021).  That motion was unopposed by Plaintiffs, and the Ninth Circuit granted it.  Based on the facts set forth above, the Government intends to request that the appeal continues to be held in abeyance.

4. The parties agree that it likewise makes sense to continue to stay further proceedings before this Court based on the above developments.  Accordingly, the parties jointly propose that this matter continue to be stayed and that the Court vacate the April 22, 2021 case management conference.  The parties instead propose to file a further joint status report due in 60 days, *i.e.*, on June 11, 2021.  A proposed order is attached.

DATED:  April 12, 2021                         Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Michael W. Bien*
    Michael W. Bien

Attorneys for Plaintiffs

Respectfully submitted,

MICHAEL D. GRANSTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

DANIEL SCHWEI
Special Counsel

By:  */s/ Serena M. Orloff*
      Serena M. Orloff
      Michael Drezner
      Amy Powell
      Stuart J. Robinson
      Trial Attorneys
      United States Department of Justice
      Civil Division, Federal Programs Branch
      1100 L Street NW
      Washington, D.C. 20005
      Phone: (202) 305-0167
      Fax: (202) 616-8470
      serena.m.orloff@usdoj.gov

Attorneys for Defendants

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that I have on file approvals for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

DATED:  April 12, 2021

By:  */s/ Serena M. Orloff*
      Serena M. Orloff

**[~~PROPOSED~~] ORDER**

In light of the above Joint Status Report, and good cause appearing therefor,

IT IS HEREBY ORDERED that further proceedings in this matter continue to be STAYED and the case management conference previously scheduled for April 22, 2021 is hereby VACATED.

IT IS FURTHER ORDERED that the parties shall file a joint status report in 60 days, *i.e.*, on June 11, 2021, regarding this matter and any additional developments. To avoid losing track of the case, the court resets the case-management conference to June 17, 2021 at 11:00 a.m.

**IT IS SO ORDERED.**

DATED: \_\_April 12\_\_, 2021

_____
Honorable Laurel Beeler
United States Magistrate Judge