BRIAN M. BOYNTON
Acting Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DANIEL SCHWEI
Special Counsel
SERENA M. ORLOFF
MICHAEL DREZNER
STUART J. ROBINSON
AMY E. POWELL
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Ben Franklin Station, P.O. Box No. 883
Washington, DC 20044
Phone: (202) 305-0167
Fax: (202) 616-8470
E-mail: serena.m.orloff@usdoj.gov
*Counsel for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE, CHIHUO INC., BRENT COULTER, FANGYI DUAN, JINNENG BAO, ELAINE PENG, and XIAO ZHANG,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, and GINA RAIMONDO, in her official capacity as Secretary of Commerce,<br><br>Defendants. | Case No. 3:20-cv-05910-LB<br><br>**JOINT STATUS REPORT; PROPOSED ORDER**<br><br>Judge:   Hon. Laurel Beeler<br><br>Trial Date:  None Set |

1.     The parties respectfully submit this joint status report pursuant to the Court's April 12, 2021 stipulated Order continue the stay of proceedings in this case, ECF No. 155.

2.     As discussed in the parties' prior submissions, *see* ECF Nos. 150, 154, the Department of Commerce undertook a comprehensive review of the Secretary's prohibitions regarding the WeChat mobile application at issue in this case.  Additionally, the Biden Administration reviewed the Executive Order underlying the Secretary's

1    prohibitions.  *See* Exec. Order No. 13943, *Addressing the Threat Posed by WeChat, and*

2    *Taking Additional Steps to Address the National Emergency with Respect to the*

3    *Information and Communications Technology and Services Supply Chain* (Aug. 6, 2020).

4        3.    Based on those reviews, earlier this week the President issued a new

5    Executive Order.  *See* Exec. Order No. 14034, *Protecting United States Persons' Sensitive*

6    *Data from Foreign Adversaries* (June 9, 2021), available at

7    https://www.whitehouse.gov/briefing-room/presidential-actions/2021/06/09/executive-

8    order-on-protecting-americans-sensitive-data-from-foreign-adversaries/.  Among other

9    things, this new Executive Order established processes for evaluating, and taking

10   appropriate action, with respect to certain risks posed by connected software applications.

11   See id. § 2(b)-(d).  Without prejudice to any potential future actions, the new Executive

12   Order revoked the prior Executive Order pertaining to WeChat.  *See id.* § 1 (revoking

13   Exec. Order. No. 13943).  The new Executive Order further directed that all Executive

14   Branch agencies "shall promptly take steps to rescind any orders, rules, regulations,

15   guidelines, or policies . . . implementing or enforcing" that prior Executive Order.  *Id.*

16   § 2(a).

17       4.    The Department of Commerce has acknowledged issuance of the new

18   Executive Order and is in the process of taking steps toward its implementation.  *See* Dep't

19   of Commerce, ICT Supply Chain, *available at* https://www.commerce.gov/issues/ict-

20   supply-chain (last accessed June 9, 2021) (discussing the new Executive Order and stating

21   that "the Secretary of Commerce is preparing prompt and appropriate action to rescind the

22   prohibitions implemented under" the now-revoked Executive Order pertaining to WeChat).

23   In Defendants' view, these actions affect whether a live controversy remains in this case.

24       5.    Previously, the Government filed a motion to hold in abeyance the pending

25   appeal before the Ninth Circuit of the preliminary injunction previously entered by this

26   Court.  *See U.S. WeChat Users Alliance v. Biden, et al.*, No. 20-16908, Dkt. No. 78 (9th

27   Cir. Feb. 11, 2021).  That motion was unopposed by Plaintiffs, and the Ninth Circuit

28   granted it.  Based on the facts set forth above, the Government intends to request that the

appeal continue to be held in abeyance.

6. For the same reasons, Defendants' position is that it likewise makes sense to stay further proceedings before this Court based on the above developments. Plaintiffs agree that, so long as the Ninth Circuit appeal is held in abeyance, district court proceedings should also be held in abeyance. Accordingly, the parties jointly propose that this matter continue to be stayed, with a further joint status report due in 30 days, *i.e.*, on July 12, 2021. A proposed order is attached.

DATED:  June 11, 2021                Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By:  */s/ Michael W. Bien*
Michael W. Bien

Attorneys for Plaintiffs

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

DANIEL SCHWEI
Special Counsel


By:   */s/ Serena M. Orloff*
           Serena M. Orloff
           Michael Drezner
           Amy Powell
           Stuart J. Robinson
           Trial Attorneys
           United States Department of Justice
           Civil Division, Federal Programs Branch
           1100 L Street NW
           Washington, D.C. 20005
           Phone: (202) 305-0167
           Fax: (202) 616-8470
           serena.m.orloff@usdoj.gov

           Attorneys for Defendants



        Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that I have on file approvals

for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

DATED:  June 11, 2021

By:   */s/ Serena M. Orloff*
           Serena M. Orloff

1

**[PROPOSED] ORDER**

2      In light of the above Joint Status Report, and good cause appearing therefor,

3      IT IS HEREBY ORDERED that further proceedings in this matter continue to be

4   STAYED and the case management conference previously scheduled for June 17, 2021 is

5   hereby VACATED.

6      IT IS FURTHER ORDERED, that the parties shall file a joint status report in 30

7   days, *i.e.*, on July 12, 2021, regarding this matter and any additional developments.

8

9      **IT IS SO ORDERED.**

10

11   DATED:  _____, 2021      _____

12                                   Honorable Laurel Beeler
                                     United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28