BRIAN M. BOYNTON
Acting Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DANIEL SCHWEI
Special Counsel
SERENA M. ORLOFF
MICHAEL DREZNER
STUART J. ROBINSON
AMY E. POWELL
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Ben Franklin Station, P.O. Box No. 883
Washington, DC 20044
Phone: (202) 305-0167
Fax: (202) 616-8470
E-mail: serena.m.orloff@usdoj.gov
*Counsel for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

U.S. WECHAT USERS ALLIANCE, CHIHUO INC., BRENT COULTER, FANGYI DUAN, JINNENG BAO, ELAINE PENG, and XIAO ZHANG,

Plaintiffs,

v.

JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, and WYNN COGGINS, in her official capacity as Acting Secretary of Commerce,

Defendants.

Case No. 3:20-cv-05910-LB

**STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

Judge: Hon. Laurel Beeler

Trial Date: None Set

TO THE COURT AND TO ALL PARTIES OF RECORD:

WHEREAS, on August 6, 2020, President Donald Trump issued Executive Order 13943 titled "Addressing the Threat Posed by WeChat, and Taking Additional Steps to Address the National Emergency with Respect to the Information and Communications Technology and Services Supply Chain" ("WeChat Executive Order"), 85 Fed. Reg. 48641 (Aug. 6, 2020), and on September 18, 2020, the Secretary identified six categories of prohibitions pursuant to the WeChat Executive Order;

WHEREAS, Plaintiffs filed this case on August 21, 2020, seeking declaratory and injunctive relief against the President and the Secretary of Commerce in relation to the Executive Order, and subsequently twice amended their complaint;

WHEREAS, on September 19, 2020, the Court granted Plaintiffs' motion to preliminarily enjoin the Secretary's six identified prohibitions, and subsequently declined to stay its injunction pending Defendants' appeal to the Court of Appeals for the Ninth Circuit;

WHEREAS, on February 12, 2021, the Court stayed this case to permit the Biden Administration to review the Secretary's prohibitions regarding the WeChat mobile application at issue in this case;

WHEREAS, based on those reviews, on June 11, 2021, the Biden Administration issued Executive Order No. 14034, Protecting United States Persons' Sensitive Data from Foreign Adversaries, 86 Fed. Reg. 31,423, 31,424-25 (June 11, 2021) ("EO 14034"), which, among other things, revoked the prior administration's WeChat Executive Order, *see id.* § 1, and further directed that all Executive Branch agencies "promptly take steps to rescind any orders, rules, regulations, guidelines, or policies . . . implementing or enforcing" the WeChat Executive Order, and abolish "any personnel positions, committees, task forces, or other entities established pursuant to" the WeChat Executive Order. *Id.* § 2(a);

WHEREAS, pursuant to EO 14034, on June 23, 2021, the Secretary of Commerce rescinded the prohibitions at issue in this case, *see* Rescission of Identification of

Prohibited Transactions With Respect to TikTok and WeChat, 86 Fed. Reg. 32,757 (June 23, 2021);

WHEREAS, on June 14, 2021, the Court scheduled an initial case management conference for July 22, 2021, and further instructed the parties to submit an initial case management report by July 15, 2021;

WHEREAS, the parties are conferring about next steps in the litigation;

WHEREAS, undersigned counsel for the Government is scheduled to be on vacation on July 22, 2021, when the initial case management conference is set;

Accordingly, pursuant to Northern District Local Rule 6-2, the parties, by and through their Counsel of Record,

HEREBY STIPULATE TO REQUEST THE FOLLOWING:

1. That the initial case management conference scheduled for July 22, 2021 be continued to August 5, 2021, or a date thereafter at the convenience of the Court;

2. That the deadline to submit the initial case management statement be extended to one week before the case management conference.

IT IS SO STIPULATED.

DATED: July 15, 2021

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Michael W. Bien*
Michael W. Bien

Attorneys for Plaintiffs

DATED: July 15, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

DANIEL SCHWEI
Special Counsel

By: */s/ Serena M. Orloff*
Serena M. Orloff
Michael Drezner
Amy Powell
Stuart J. Robinson
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Phone: (202) 305-0167
Fax: (202) 616-8470
serena.m.orloff@usdoj.gov

Attorneys for Defendants

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that I have on file approvals for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

DATED: July 15, 2021

By: */s/ Serena M. Orloff*
Serena M. Orloff

**[PROPOSED] ORDER**

Pursuant to the above Stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED that the initial case management conference scheduled for July 22, 2021 is continued to August 5, 2021, or a date thereafter at the convenience of the Court;

IT IS FURTHER ORDERED that the deadline to submit the initial case management statement is extended to one week before the case management conference.

**IT IS SO ORDERED.**

DATED: ____________, 2021

______________________________
Honorable Laurel Beeler
United States Magistrate Judge