FILED

AUG 9 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE; CHIHUO INC.; BRENT COULTER; FANGYI DUAN; JINNENG BAO; ELAINE PENG; XIAO ZHANG,<br><br>　　　　Plaintiffs-Appellees,<br><br>　v.<br><br>DONALD J. TRUMP, in his official capacity as the President of the United States; WILBUR ROSS, in his official capacity as Secretary of Commerce,<br><br>　　　　Defendants-Appellants. | No.　20-16908<br><br>D.C. No. 3:20-cv-05910-LB<br>Northern District of California, San Francisco<br><br>ORDER |

Before:  SCHROEDER, BYBEE, and R. NELSON, Circuit Judges.

The unopposed Motion to Dismiss, filed by the appellants on July 26, 2021, is GRANTED.  Fed. R. App. P. 42(b).  This Order shall constitute the mandate of this Court.