FILED

SEP 7 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as the President of the United States; WILBUR ROSS, in his official capacity as Secretary of Commerce, <br><br> Defendants-Appellants. | No.   20-16908 <br><br> D.C. No. 3:20-cv-05910-LB <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before: SCHROEDER, BYBEE, and R. NELSON, Circuit Judges.

The Plaintiffs-Appellees' unopposed motion to transfer consideration of any application for attorneys' fees and expenses to the district court pursuant to Circuit Rule 39-1.8 is GRANTED.