BRIAN M. BOYNTON
Acting Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DANIEL SCHWEI
Special Counsel
SERENA M. ORLOFF
MICHAEL DREZNER
STUART J. ROBINSON
AMY E. POWELL
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Ben Franklin Station, P.O. Box No. 883
Washington, DC 20044
Phone: (202) 305-0167
Fax: (202) 616-8470
E-mail: serena.m.orloff@usdoj.gov
*Counsel for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. WECHAT USERS ALLIANCE, CHIHUO INC., BRENT COULTER, FANGYI DUAN, JINNENG BAO, ELAINE PENG, and XIAO ZHANG,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, and GINA RAIMONDO, in her official capacity as U.S. Secretary of Commerce,<br><br>Defendants. | Case No. 3:20-cv-05910-LB<br><br>**STIPULATION OF DISMISSAL**<br><br>Judge:   Hon. Laurel Beeler<br><br>Trial Date:   None Set |

TO THE COURT AND TO ALL PARTIES OF RECORD:

The parties have executed an agreement settling Plaintiffs' claim for attorneys' fees, costs, and expenses in connection with this litigation, thereby resolving the last remaining issue in the case.  Accordingly, it is hereby stipulated and agreed by and between the undersigned counsel pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action is dismissed with prejudice.  The Court shall retain jurisdiction for purposes of

1 | enforcing, if necessary, the terms of the agreement.

2 | DATED: October 20, 2021          Respectfully submitted,

3 | ROSEN BIEN GALVAN & GRUNFELD LLP

4 | By: */s/ Michael W. Bien*
5 | Michael W. Bien

6 | Attorneys for Plaintiffs

8 | DATED: October 20, 2021          Respectfully submitted,

9 | BRIAN M. BOYNTON
    Acting Assistant Attorney General

10 |

11 | ALEXANDER K. HAAS
     Branch Director

12 | DANIEL SCHWEI
     Special Counsel

15 | By: */s/ Serena M. Orloff*
     Serena M. Orloff
16 | Michael Drezner
     Amy Powell
17 | Stuart J. Robinson
     Attorneys
18 | United States Department of Justice
19 | Civil Division, Federal Programs Branch
     1100 L Street NW
20 | Washington, D.C. 20005
     Phone: (202) 305-0167
21 | Fax: (202) 616-8470
22 | serena.m.orloff@usdoj.gov

23 | Attorneys for Defendants

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that I have on file approvals for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

DATED: October 20, 2021

By: */s/ Serena Orloff*
Serena M. Orloff